3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AWS MOHAMMED NASER,
      a/k/a, MuslimX1,
      a/k/a, ISxxxIS,

Defendant.
_____/

Case: 2:22-cr-20504
Judge: Borman, Paul D.
MJ: Grand, David R.
Filed: 10-05-2022
INDI USA VS SEALED MATTER (DP)

Violations:
18 U.S.C. § 2339B(a)(1)
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**18 U.S.C. § 2339B(a)(1)**
(ATTEMPTING TO PROVIDE MATERIAL SUPPORT AND RESOURCES TO A FOREIGN TERRORIST ORGANIZATION)

On an exact date that is unknown, but by at least on or about December 2011, through October 30, 2017, in the Eastern District of Michigan and elsewhere, AWS MOHAMMED NASER, a United States national, did knowingly attempt to provide material support and resources, including personnel (including himself) and services, to a foreign terrorist organization, to wit: the Islamic State of Iraq and al-Sham ("ISIS"), which, at all times relevant to this Indictment, was designated by the United States Secretary of State as a foreign terrorist organization, knowing that ISIS

was a designated foreign terrorist organization and that ISIS engages and has engaged in terrorist activity and terrorism, all in violation of Title 18, United States Code, Section 2339B(a)(1).

## COUNT TWO
### 18 U.S.C. § 922(g)(1)
(FELON IN POSSESSION OF A DESTRUCTIVE DEVICE)

On or about October 30, 2017, in the Eastern District of Michigan, the defendant, AWS MOHAMMED NASER, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a destructive device, more specifically, any combination of parts either designed or intended for use in converting any device into any destructive device and from which a destructive device may be readily assembled, all in violation of Title 18, United States Code, Section 922(g)(1).

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

s/Kevin Mulcahy
KEVIN MULCAHY
Assistant United States Attorney

s/Saima S. Mohsin
SAIMA S. MOHSIN
Assistant United States Attorney

10/5/22

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**  |  **Companion Case Number:**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:  |  **Judge Assigned:**

☐ Yes    ☒ No    |    **AUSA's Initials:**

**Case Title:** USA v. AWS MOHAMMED NASER

**County where offense occurred:** Wayne

**Check One:**    ☐ Felony    ☐ Misdemeanor    ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number:                    ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 4, 2022
Date

Kevin Mulcahy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9713
Fax:
E-Mail address: Kevin.Mulcahy@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.