UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AWS MOHAMMED NASER,

    Defendant.

Case: 2:22-cr-20504
Judge: Borman, Paul D.
MJ: Grand, David R.
Filed: 10-05-2022
INDI USA VS SEALED MATTER (DP)

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order sealing the Indictment and Arrest Warrant in this case and states:

1. The indictment in this case charges the Defendant with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the Indictment and Arrest Warrant be sealed because it is concerned that the Defendant may ~~attempt to flee,~~ destroy evidence, or intimidate witnesses if the Indictment and Arrest Warrant becomes a matter of public record before the Defendant is arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and Arrest Warrant.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Kevin Mulcahy*
Kevin Mulcahy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Kevin.Mulcahy@usdoj.gov
(313) 226-9713

Dated: October 5, 2022

**IT IS SO ORDERED**.

/S/ Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
United States Magistrate Judge

Entered: OCT - 5 2022