UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

                                              NO. 22-20504

v.

AWS MOHAMMED NASER,

    Defendant.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Aws Mohammed Naser, and states:

Defendant is charged in this case with 18 U.S.C. § 2339B(a)(1) and 18 U.S.C. § 922(g)(1).

Defendant is currently incarcerated at Carson City Correctional Facility in Carson City, MI in connection with a different case, and is in the custody of MDOC.

Defendant's Initial Appearance has been scheduled for Tuesday, November 15, 2022 at 1:00 p.m. before the United States Magistrate Judge, in Room 114 of the Theodore Levin U.S. Courthouse.  A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the MDOC, the United States Marshals Service, and any other interested federal law enforcement officer to produce Aws Mohammed Naser before the judicial officer and at the place and time stated above.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

        *s/Kevin Mulcahy*
        Kevin Mulcahy
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Kevin.Mulcahy@usdoj.gov
        (313) 226-9713

Date: October 11, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

  Plaintiff,

NO. 22-20504

v.

AWS MOHAMMED NASER,

   Defendant.

# ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

Kimberly Altman
United States Magistrate Judge

Date:  October 11, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

NO. 22-20504

v.

AWS MOHAMMED NASER,

   Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The MDOC, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant Aws Mohammed Naser before the United States Magistrate Judge, in room 114 of the Theodore Levin U.S. Courthouse on Tuesday, November 15, 2022, at 1:00 p.m. for his Initial Appearance; and you are also directed to return Aws Mohammed Naser to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                              KINIKIA D. ESSIX
                                              Clerk

                                           By:    s/ Kristen Castaneda
                                                      Deputy Clerk

                                           (Seal)