UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
NOV 15 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

vs.                              Criminal No. 22-cr-20504

                                    Hon. Paul D. Borman

Aws Mohammed Naser,

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

    I, Aws Mohammed Naser, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1 - 8 U.S.C. § 2339B(a)(1) - Attempting to provide material support and resources to a foreign terrorist organization: up to 20 years imprisonment and/or a $250,000 fine.

Count 2 - 18 U.S.C. § 922(g)(1) – Felon in possession of a destructive device: up to 15 years imprisonment and/or a $250,000 fine.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Aws Mohammed Naser
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 11/15/22

_____
BENTON C. MARTIN
Defense Counsel