UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,
   Plaintiff,                    Case: 2:22-cr-20504
vs.                              Judge: Borman, Paul D.

Aws Mohammed Naser,
   Defendant, Pro sea

## MOTION TO DISMISS
## 18 U.S.C. 922(g)(1)

Defendant moves this Court for the following reasons:

1- Clear & Present 4th Amendment violations. Fraudulent representation, deception & coercion. United States v. Hurston, 12 F. Supp 2d 630, 637.

2- Bad search warrants where officer's lied or omitted information from the affidavit for the warrent begs for a Franks hearing. United States v. Burton, 288 F.3d 91, 104

1 of 2

3- Government is making every excuse under the sun to withhold affidavit for the warrent GPS/wire Taps it filed on defendant. Leaving only one logical explanation, they lied.

4- lack of specificity, records requested, location to be searched, & the need for Probable cause that evidence of criminal activity in the Place to be searched.

5- Context in which term "Combination" is used in 26 USCS 5845 (F)(3) clearly Indicates that Congress meant an association of the components of a destructive device, at the same time & Place, capable of being converted into a destructive Device. Complete absence of explosive material would Prevent Component Parts in defendant's Possession (House hold Items) From being "Destructive device" United States v. Malone, 546 F.2d 1182, 1977 U.S.

To Conclude this Charge has no merit or standing & should be thrown out.

_[signature]_                                    11-12-2022

Aws M. Naser

Aug[illegible]
Midland County Jail
[illegible], MI 48642
95 East Ice Dr.
Midland, mi 48642

U.S. District Court
Eastern District of MI
Clerk of Judge Borman, Paul D.
231 W. Lafayette Blvd
Detroit, MI 48226

RECEIVED
DEC 16 2022
PAUL D. BORMAN
U.S. DISTRICT JUDGE

U.S. MARSHALS

The writer of this [letter]
is an inmate in
Midland County Jail
Midland, MI 4[illegible]

12 DEC 2022 PM 3 L

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019