UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case No. 22-CR-20504

vs.                                     Hon. Paul D. Borman

AWS MOHAMMED NASER,

        Defendant.
_____/

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

      The United States of America hereby provides notice to the Defendant, Aws Mohammed Naser, and to the Court that, pursuant to 50 U.S.C. §§ 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801–1812 and 1821–1829.

WHEREFORE, the United States respectfully requests that the Defendant and the Court take notice of the above.

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

By:  */s/ Saima S. Mohsin*
       Saima S. Mohsin
       Assistant United States Attorney
       Eastern District of Michigan
       211 W. Fort Street, Suite 2001
       Detroit, MI 48226
       Telephone: (313) 226-9163
       E-mail: Saima.Mohsin@usdoj.gov

       */s/ Dmitriy Slavin*
       Dmitriy Slavin
       Trial Attorney
       National Security Division
       Counterterrorism Section
       Telephone: (202) 616-2846
       E-mail: Dmitriy.Slavin@usdoj.gov

Date: December 21, 2022