# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),          Case No. 22-cr-20504

v.          Honorable Paul D. Borman

AWS MOHAMMED NASER,

        Defendant(s).
_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date: March 13, 2023          s/Paul D. Borman
        Paul D. Borman
        U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Denise Page Hood.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: March 13, 2023          s/ S Schoenherr
        Deputy Clerk