UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                              Case No. 2:22−cr−20504−DPH−DRG
                                                      Hon. Denise Page Hood

Aws Mohammed Naser,

                    Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Aws Mohammed Naser

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: April 5, 2023 at 03:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Saulsberry
                                                          Case Manager

Dated: March 14, 2023