UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 22-cr-20504 |
| v. | Hon. Denise Page Hood |
| Aws Mohammed Naser, | |
| Defendant. | |

# MOTION FOR LEAVE TO FILE EXHIBITS 3 AND 4 (AUDIO AND VIDEO) FOR THE GOVERNMENT'S MOTION TO AMEND PROTECTIVE ORDER IN THE TRADITIONAL MANNER

The United States of America, by its undersigned attorneys, respectfully requests that Exhibits 3 and 4 (audio and video) for the Government's Motion to Amend Protective Order, be filed in the traditional manner.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/Saima Mohsin
Saima Mohsin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Saima.Mohsin@usdoj.gov
(313) 226-9163

Dated:   April 4, 2023