UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 22-20504
v.                                           Hon. Denise Page Hood

AWS MOHAMMED NASER,

        Defendant.
_____/

## ORDER SETTING BRIEFING SCHEDULE

Pursuant to the Status Conference held in this matter on April 5, 2023,

IT IS ORDERED that the following briefing schedule applies as to the SEALED Motion to Amend Protective Order:

| | |
|---|---|
| Response must be filed by: | April 20, 2023 |
| Reply must be filed by: | April 27, 2023 |
| A hearing date is set for: | May 4, 2023, 9:30 am |

                                                           s/Denise Page Hood
                                                           DENISE PAGE HOOD
                                                           United States District Judge

DATED: April 13, 2023