UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff(s),                                      Case No. 22-20504

v.                                                        Honorable Denise Page Hood

AWS Mohammed Naser,

       Defendant(s).
_____/

**ORDER RE: DISQUALIFICATION OF JUDGE**

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date: May 2, 2023                                         s/Denise Page Hood
                                                           Denise Page Hood
                                                           U.S. District Judge

Pursuant to this order, this case is reassigned to Judge Jonathan J.C. Grey. Case assignment credit will be given to the appropriate Judicial Officers.

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: May 2, 2023                                         s/ S Schoenherr
                                                           Deputy Clerk