# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

**Plaintiff,**             Case No. 22-CR-20504

v.             HON. JONATHAN J. C. GREY
            FILED UNDER SEAL

AWS MOHAMMED NASER,

    **Defendant.**
_____/

## ORDER STRIKING ECF No. 59

On June 6, 2023, the government filed a document titled Motion for Leave to File Exhibits 5A and 5B (audio recordings) for the Supplement to Government's Motion to Amend Protective Order. (ECF No. 59). The government, however, desires that Exhibits 5A and 5B be filed under seal.

Accordingly, for the reasons stated in the Motion to Strike,

**IT IS ORDERED** that the Clerk's Office shall **STRIKE** the government's filing at ECF No. 59 (the "Motion for Leave to File Exhibits 5A and 5B (audio recordings) for the Supplement to Government's Motion to Amend Protective Order").

June 6, 2023             s/JONATHAN J.C. GREY
            HON. JONATHAN J.C. GREY
            United States District Court Judge