UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 22-CR-20504

vs.                                         Hon. Jonathan J.C. Grey

AWS MOHAMMED NASER,

        Defendant.
_____/

## NOTICE REGARDING MOTION TO AMEND PROTECTIVE ORDER

The Government makes this filing to inform the Court of a recent ruling that is directly relevant to the pending Motion to Amend Protective Order. On June 19, 2023, the United States District Court for the Southern District of Florida entered the attached protective order in *United States v. Trump*, No. 9:23-cr-80101-AMC. The protective order includes similar protections to those requested in this case. The Govermnent has consulted with the Defense, who does not object to this filing.

                                             Respectfully submitted,

                                             DAWN N. ISON
                                             United States Attorney

                                             */s/ Saima S. Mohsin*
                                             SAIMA S. MOHSIN
                                             Assistant United States Attorney

                                             */s/ Dmitriy Slavin*
                                             DMITRIY SLAVIN
                                             Trial Attorney
                                             National Security Division

Date:  June 21, 2023