UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              CR. NO. 22-20504

v.                                            Hon. Jonathan C. Grey

AWS NASER,

        Defendant.
_____/

**RESPONSE TO GOVERNMENT'S REQUEST FOR MORE TIME TO RESPOND TO NASER'S MOTION UNDER FISA**

Aws Naser, through counsel, filed a motion to disclose and suppress FISA materials on September 19, 2023. (ECF No. 73). On September 26, the government filed a motion seeking an additional 90 days to respond to that motion. (ECF No. 74.)

Mr. Naser opposes the government's request. As detailed in his recently filed Notice Asserting Speedy Trial Rights (ECF No. 76), this case has already proceeded on a significantly delayed timeline. Mr. Naser does not consent to further delay.

                                              Respectfully submitted,

                                              **FEDERAL COMMUNITY DEFENDER**

                                              s/James Gerometta & Amanda Bashi
                                              JAMES GEROMETTA & AMANDA N. BASHI
                                              Attorneys for Aws Naser
                                              613 Abbott Street, Suite 500
                                              Detroit, Michigan 48226
                                              (313) 967-5842
                                              james_gerometta@fd.org / amanda_bashi@fd.org

Dated: October 5, 2023

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the parties of record.

                                     Signed,

                                     s/Amanda N. Bashi
                                     AMANDA N. BASHI
                                     613 Abbott Street, Suite 500
                                     Detroit, Michigan 48226
                                     (313) 967-5845
                                     E-mail:  amanda_bashi@fd.org

Dated:  October 5, 2023