UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 2:22−cr−20504−JJCG−DRG
                                               Hon. Jonathan J.C. Grey

Aws Mohammed Naser,

           Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [79] MOTION for Extension of Time to File *Discovery and CIPA Motions,* [74] MOTION for Extension of Time to File Response/Reply as to [73] MOTION to Disclose and Suppress FISA Materials *as to Aws Mohammed Naser.* **Motion Hearing set for 10/25/2023 10:00 AM before District Judge Jonathan J.C. Grey** (SOso)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 624.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Sandra A Osorio
                                                    Case Manager

Dated:  October 19, 2023