UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 22-20504

v.                                              HON. JONATHAN J.C. GREY

AWS MOHAMMED NASER,

    Defendant.
_____/

**ORDER ON GOVERNMENT'S MOTION FOR AN ORDER DESIGNATING CASE AS A COMPLEX CASE AND FOR EXCLUDABLE DELAY (No. 25)**

On October 5, 2022, a grand jury indicted Aws Mohammed Naser in an indictment with allegations of (1) Attempting to Provide Material Support and Resources to a Foreign Terrorist Organization in violation of 18 U.S.C. § 2339B(a)(1), and (2) Felon in Possession of a Destructive Device in violation of 18 U.S.C. § 922(g)(1). (ECF No. 1.) The alleged offenses occurred on or about December 2011 through October 30, 2017. (Id.) On December 21, 2022, the Government moved for an order designating the case as complex and for excludable delay, averring that the case could not proceed to trial within seventy days. (ECF No. 25.)

As the government urged from the outset, the Court plainly finds that this case is complex. This matter involves thousands of documents, several gigabytes of media material, and classified materials not yet disclosed from materials obtained pursuant to authorization by the Foreign Intelligence Surveillance Court. The allegations and complexity of the case compelled the appointment of a classified information security officer. Discovery continues. Further, neither party has indicated they are ready for trial right now. Accordingly, the Court **GRANTS** the government's motion for an order designating the case as complex (No. 25). On November 3, 2023, at the 3:00 p.m. hearing on pending motions (ECF No. 81), the parties shall be prepared to discuss a trial date, in addition to the pending motions and discovery.

**IT IS SO ORDERED.**

October 27, 2023	**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 27, 2023.

s/ **S. Osorio**
Sandra Osorio
Case Manager
