UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                Case No. 2:22−cr−20504−JJCG−DRG
                                                    Hon. Jonathan J.C. Grey

Aws Mohammed Naser,

                    Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Aws Mohammed Naser

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 219, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: December 19, 2023 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/Sandra A Osorio
                                                                Case Manager

Dated: November 7, 2023