UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                              Case No. 2:22−cr−20504−JJCG−DRG
                                                   Hon. Jonathan J.C. Grey

Aws Mohammed Naser,

                Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [94] MOTION to Suppress *Evidence from MDOC Parole Searches* as to Aws Mohammed Naser. **Motion Hearing set for 4/22/2024 10:00 AM before District Judge Jonathan J.C. Grey** (SOso)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Sandra A Osorio
                                                   Case Manager

Dated:  February 14, 2024