UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case Number 22-20504

v.

                                    Honorable Jonathan J.C. Grey

AWS NASER,

        Defendant.

---

### MOTION TO FILE UNDER SEAL

---

Defendant Aws Naser, through his attorneys James R. Gerometta and Amanda N. Bashi, is requesting that the record be unsealed for the purpose of preparation of the transcript of the Motion Hearing held on June 20, 2024, and thereafter resealed.

Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**

s/Amanda N. Bashi
JAMES R. GEROMETTA (P60260)
AMANDA N. BASHI
Attorneys for Aws Naser
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5845
E-mail: amanda_bashi@fd.org

Dated: July 1, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          CR. NO. 22-20504

v.                                         Hon. Jonathan C. Grey

AWS NASER,

        Defendant.

## ORDER TO FILE UNDER SEAL

Aws Naser, having moved to unseal the June 20, 2024 motion hearing for purposes of transcript preparation, and reseal the transcript thereafter, and the Court having been duly advised in the premises and supporting authority;

IT IS ORDERED that those portions of the June 20, 2024 proceedings conducted under seal be unsealed for the sole purpose of producing the transcript;

IT IS FURTHER ORDERED that the sealed portions of the June 20, 2024 proceedings be resealed after the transcript is produced.

SO ORDERED.

**Dated: July 1, 2024**                  **s/Jonathan J.C. Grey**
                                                 **HON. JONATHAN J.C. GREY**
                                                 UNITED STATES DISTRICT JUDGE