UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Case No. 22-cr-20504

v.                      Hon. Jonathan J.C. Grey

AWS MOHAMMAD NASER,

    Defendant.
_____/

**EX PARTE MOTION FOR LEAVE TO FILE EXHIBITS
USING THE MEDIA FILE UPLOAD**

Now comes the undersigned, Assistant United States Attorney, Saima Mohsin, and pursuant to the Electronic Filing Policies and Procedures, seeking leave of this Court to file one exhibit via the electronic portal "Media File Upload" in CM/ECF.

The government is filing its Response to Defendant's Motion to Suppress Statements (ECF 144). Exhibit 1 to the government's response is a Bloomfield Township Police Department video interview of the defendant. This video has been produced to defense counsel in the normal course of discovery.

The government respectfully requests that this Court grant permission to file this exhibit via the electronic portal "Media File Upload" in CM/ECF.

          Respectfully Submitted,

          DAWN N. ISON
          United States Attorney

          *s/ Saima Mohsin*
          SAIMA MOHSIN
          Assistant United States Attorneys
          211 W. Fort Street, Suite 2001
          Detroit, MI  48226
          (313) 226-9100
          Saima.Mohsin@usdoj.gov

Dated:  September 3, 2024

## CERTIFICATE OF SERVICE

I certify that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court of the Eastern District of Michigan using the ECF system, which will send notification to all counsel of record via email.

*s/ Saima Mohsin*
SAIMA MOHSIN
Assistant United States Attorney