# TIMELINE EXHIBIT

U.S. v. Aws Naser -- Timeline Exhibit

| | |
|---|---|
| January 2016 | Naser is released from MDOC custody to ICE. The FBI inquires about Naser's impending deportation, and explores any action they can take when they learn Naser will not be deported, because he has a lawful claim to citizenship. (Def. H'rg Ex. 3.) |
| March 2016 | Naser is released from ICE custody to MDOC parole (ECF No. 97-1 (sealed), at 3593.) Cynthia Simon begins supervision as Naser's parole officer (ECF 170, PageID.1639.) |
| May 2017 | TFO Wright (who is not Naser's assigned MDOC parole agent, ECF 170, PageID.1640) takes surreptitious photos of Naser's home, and searches and seizes Naser's iPhone under the guise of "looking for child pornography" (ECF 170, PageID.1664-65.) |
| July 2017 | Naser is driving and being followed by the FBI. The FBI calls local law enforcement to stop Naser and search him. Naser is handcuffed and his car is searched, pursuant to his parole status. (ECF No. 108, PageID.1121 & Sealed Ex. D.) |
| August 2017 | TFO Wright takes surreptitious photos of Naser's home, and searches and seizes Naser's LG phone under the guise of "looking for child pornography" (ECF 170, PageID.1669-70.) Wright holds the phone while waiting for a court-issued warrant (ECF 170, PageID.1678, 1721.) |
| October 2017 | McAteer emails Wright grocery list of reports for parole violations. (ECF No. 174-1 (emails)). Agents ignore exclusions in the search warrant and locate a BB gun in a drawer of a rented room in Naser's home (ECF 185, PageID.2033, 2038-39.) |
| January 2020 | Naser is granted a parole date in February 2020 (ECF 185, PageID.2118.) The FBI intervenes with MDOC, to get his parole release reversed (ECF 185, PageID.2107, 2112) without Naser learning why. (ECF 185, PageID.2113-14.) Ultimately, the FBI asked for Naser's parole reconsideration to be put out past October 30, 2022 (ECF 185, PageID.2116). |