## Government's Timeline Exhibit

**February 10, 2015** -- Removal proceedings commenced against Naser, after he was deemed an aggravated felon with two other criminal convictions. He was ordered deported.

**March 17, 2016** -- An Immigration Law Judge found that the government "has not met its burden of proof to establish [Naser's] alienage" and terminated removal proceedings.

**March 18, 2016** -- Naser released from ICE custody. FBI Supervisor Milan Sucevic offered to "reach out and see if we can interject at some level" but, because Naser had already been released, it was a moot point. (Def. Ex. 3)

**December 2016** -- Sucevic discussed closing out the Naser investigation with the assigned case agent. (R. 171 at 1851-52)

**January 4, 2017** -- FBI Special Agent Jeff O'Donnell learned that Naser had a Telegram account with the username, "ISxxxIS." (Id. at 1852-53)

**May 17, 2017** -- JTTF TFO and MDOC Parole Agent Charles Wright conducted a home visit on behalf of MDOC after he learned that the FBI was preparing to close out their investigation. (R. 170 at 1693-94, 1710). Wright observed red flags during his visit: (1) Naser was sleeping on the floor on a makeshift bed away from his wife to be pious. See Gov't Ex. 7-1. (Id. at 1695-96, 1698-99); (2) During their walk through his bedroom, Naser surreptitiously closed a notebook cover to hide the notebook with Arabic handwriting from Wright. Wright noticed and took pictures of the pages.[1] See Gov. Ex. 7-13 (Id. at 1702-74); (3) Naser had two index cards on his desk with Arabic handwriting.[2] See Gov't Ex. 7-11 (Id. at 1678); (4) Naser had a drone manual and Wright knew that during this time, drones had been weaponized. See Gov't Ex. 7-8 (Id. at 1706-77). Based on his training and experience, Wright was concerned that Naser could be a "lone wolf" terrorist. (Id. at 1743). Wright did not want to "tip his hand" and he therefore decided to act in a covert manner to prevent Naser from becoming "activated." (Id. at 1693-94).

**May 20, 2017** -- TFO Megan McAteer was assigned a Guardian report from Los Angeles, California which identified a PalTalk user named "MuslimX1" in the Detroit AOR who was bragging about his support for ISIS. MuslimX1 called for other members of the chatroom to support ISIS in a real manner and stated that in 2012 he was in Mosul and took part in the robbery and murder of a Christian

---

[1] Translated, the document started with "We are soldiers of the Caliphate, we shoot a word and a bullet."

[2] Translated, the words "I am the son of the Islamic State" were written on the index cards.

jewelry store owner. He also stated that the stolen jewelry was given to the Mujahidin. (Id. at 1764-65).

**June 9, 2017** -- McAteer obtained records that showed the IP address for PalTalk user MuslimX1 was Aws Naser's home address in Westland, Michigan. (Id. at 1765).

**July 2, 2017** – Naser drove 1-2 hours away from his home and into western Michigan. He pulled into a driveway on a very dark rural road and disappeared from the view of an FBI agent who was surveilling him. A short time later, Naser pulled his vehicle up closely behind the agent's vehicle and within two feet of the vehicle's bumper, alarming the agent. Local police arrived and asked Naser what he was doing in the area.

**August 7, 2017** – MDOC assigned Wright to supervise Naser.

**August 16, 2017** -- Wright conducted a home visit. (R. 170 at 1668-89). Wright observed two cellphones on the couch. Naser concealed one of the cellphones (an LG phone) by sitting on it/ hiding it in his back pocket. When Wright asked for the phone, Naser became aggressive and stepped towards Wright. (Id. at 1714-16). Wright told Naser he was going to search for child sexually explicit material because he did not want Naser to be alerted "because of my research and because of my training, extensive training that I have had in regards to lone wolves or terrorists, if triggered or known, they may go out and automatically do whatever task they were going to do before or other ones." Wright observed official ISIS propaganda images on the LG phone which caused "alarms" and red flags to go off. See Gov't Ex. 12-26 to12-28. (Id. at 1717-19, 1740).

**August 22, 2017** -- Wright turned the LG phone over to the FBI after they obtained a search warrant for the phone. (Id. at 1721).

**October 19, 2017** -- During a home visit, Naser told Wright that his wife and kids were no longer living at the home. Naser stated he was living in the basement and that he had rented out the upstairs rooms. (Id. at 1722-23). Naser had been advised of the grievance policy which allowed parolees to lodge complaints against their parole agents. Naser never filed any grievances against Wright. (Id. at 1734-35).

**October 25, 2017** -- McAteer emailed Wright a list of police report numbers associated with police reports filed against Naser. These included the April 3, 2017, police report alleging malicious destruction of property. The victim identified Naser as a former co-worker who slashed the victim's vehicle tires. Naser was later arrested and charged with malicious destruction of property and pled guilty to a lesser charge without reporting the events to his parole agents. McAteer's list also included police report numbers for Naser's contact with police in August 2017 and involved a PPO and domestic incidents with Noor Al-Bahiya. Naser also did not

report these various police contacts to his parole agents in violation of his parole conditions.

**October 30, 2017** – FBI obtained a search warrant for Naser's home that authorized a search for weapons, firearms, explosives, or items used to make explosives, such as chemicals, wiring, shrapnel, or timers. (Ex. C, 10/27/17 SW Attachment B). The Court excluded two bedrooms from the property to be searched "as they are currently occupied by tenants." (Id. at Attachment A). FBI bomb techs conducted a controlled and limited sweep for explosives in an unoccupied and vacant bedroom. A firearm (BB gun) was seen in a drawer during the sweep and later seized. No search of the room was conducted. Naser was arrested.

**December 2017** – Naser's parole was revoked.

**January 19, 2018** – Naser sentenced to 60 months for violating parole. (R. 185 at 2102-03).