UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,              CR. NO. 22-20504

v.                                 Hon. Jonathan C. Grey

AWS NASER,                  MJ Hon. David R. Grand

        Defendant.

## INDEX OF EXHIBITS

A.    Notice of Decision, mailed 1.8.2020
B.    Memo of Michael Eagen
C.    Notice of Decision, mailed January 25, 2020
D.    MDOC Evaluation
E.    Notice of Decision, mailed 3.17.2020
F.    Notice of Decision, mailed 3.24.2020
G.    Letter Dated June 15, 2020
H.    Letter Dated June 25, 2020
I.    Letter of July 7, 2020
J.    Letter Dated August 10, 2020
K.    Letter Dated October 22, 2020
L.    Email and Attachment Dated January 23, 2020 (FILED UNDER SEAL)