MICHIGAN DEPARTMENT OF CORRECTIONS
**NOTICE OF ACTION/MICHIGAN PAROLE BOARD**

PP-182
CAX-114
Rev.02/2011
4835-1114

| NUMBER | NAME | LOCATION | CONSIDERATION DATE |
|---|---|---|---|
| A-895010 | NASER, AWS | MBP A--55T | 1/8/2020 |

| ACTION | REASON CODE | TERM (MOS) | NEXT ACTION DATE | INSTRUCTION | OFFICIAL DATE |
|---|---|---|---|---|---|
| Parole or Parole Reinstatement | 61 | 24 M | 1/9/2020 | Non Fixed Date | |

Actual release is subject to investigation and approval of the placement plan. Institutional misconduct could result in loss of parole.

ACTION DESCRIPTION:   REGULAR PAROLE

SPECIAL CONDITIONS:

2.0   You must not use or possess alcoholic beverages or other intoxicants. You must not enter bars or other places where the primary purpose is to serve alcoholic beverages for drinking on site, unless the field agent has first given you written permission for your employment at a specific location.

2.1   You must complete outpatient or residential substance abuse treatment or Reentry program when you are referred by the field agent.

4.16   You must obey all court orders.

4.2   Written consent to search the parolee's person and/or property, MCL791.236(19): I voluntarily consent to a search of my person and property upon demand by a peace officer or parole officer. If I do not sign this written consent, I understand that my parole may be rescinded or revoked.

4.4   You must be in your approved residence between the hours of 11:00 p.m. and 6:00 a.m. unless excused by first obtaining written permission from the field agent.

4.5   You must not have verbal, written, electronic, or physical contact with SEAN AWDISH AND MATTHEW REHN, either directly or through another person and you must not be within 500 feet of their residence, school, or place of employment.

7.5   You must pay $68 state cost as ordered by the sentencing court on the Judgment of Sentence. The state cost is payable when the parole order is entered, but may be paid in monthly installments to be determined by the field agent.

ENTERED BY: jb         BY:         14 Brian Shipman

**FIELD OPERATIONS COMMENTS**

**PLACEMENT**

| LOCATION | ASSIGNED TO | DATE | REPORT DUE |
|---|---|---|---|
|  |  |  |  |

| Michigan Department of Corrections | Parole Board Notice of Decision | | Page 1 of 3 |
|---|---|---|---|
| | | | CFJ-279 |

| Name: | Number: | Location: | Mailed: |
|---|---|---|---|
| NASER, AWS | A895010 | MBP | 01/08/2020 |

**The Michigan Parole Board,** having attained jurisdiction over the sentence of the above prisoner, having considered the facts and circumstances including the prisoner's mental and social attitude, and having exercised the discretion granted by the Legislature, says as follows:

[X] Reasonable assurance exists that the prisoner will not become a menace to society or to the public safety and pending investigation and approval of the proposed placement preliminarily acts as follows:

| DECISION DATE: | ACTION: | TERM OF PAROLE: | PROJECTED PAROLE DATE: |
|---|---|---|---|
| 01/02/2020 | Parole without Interview | 24 Months | 01/30/2020  2-6-20 |

61                                                                                NFD

**PLAN Changes:**

**SPECIAL CONDITIONS IMPOSED IN ADDITION TO STANDARD RULES:**

| 2.0 | You must not use or possess alcoholic beverages or other intoxicants. You must not enter bars or other places where the primary purpose is to serve alcoholic beverages for drinking on site, unless the field agent has first given you written permissionfor your employment at a specific location. |
|---|---|
| 2.1 | You must complete an outpatient or residential substance abuse or re-entry program when you are referred by the field agent. |
| 4.16 | You must obey all court orders. |
| 4.4 | You must be in your approved residence between the hours of 11:00 p.m. and 6:00 a.m. unless excused by first obtaining written permission from the field agent. |
| 4.5 | You must not have verbal, written, electronic, or physical contact with, either directly or through another person and you must not be within 500 feet of their residence, school, or place of employment. SEAN AWDISH AND MATTHEW REHN |

**REASONS IN SUPPORT OF PAROLE BOARD ACTION:**

| Michigan Department of Corrections | Parole Board Notice of Decision | | Page 3 of 3 |
|---|---|---|---|
| | | | CFJ-279 |
| **Name:** NASER, AWS | **Number:** A895010 | **Location:** MBP | **Mailed:** 01/08/2020 |

*[Signature]*
KING, ANTHONY  12/17/2019

*[Signature]*
SHIPMAN, BRIAN J  1/2/2020