9-37

# MICHIGAN DEPARTMENT OF CORRECTIONS

*"Committed to Protect, Dedicated to Success"*

# MEMORANDUM

**DATE:** January 21, 2020

**TO:** File of Naser, #895010

**FROM:** Michael C. Eagen, Chairperson

**SUBJECT:** Suspended Parole

The Parole Board requests a psychological evaluation prior to parole release, after a file review.