# Michigan Department of Corrections    Parole Board Notice of Decision

Page 1 of 1
CFJ-279

| Name: | Number: | Location: | Mailed: |
|---|---|---|---|
| NASER, AWS M | A895010 | MBP | 01/25/2020 |

The Michigan Parole Board, is exercising its right to reconsider a prior decision issued by the Parole Board, through the following action:

| Decision Date: | Action: | Prior Action: P6/ 24 02/06/2020 |
|---|---|---|
| 01/24/2020 | Suspend | Parole Without Interview dated: 01/02/2020 |

[X] The Parole Board is suspending the parole action pursuant to MCLA 791.236(2), to consider information received by the Parole Board after the original parole release decision. Following is a summary of the new evidence that is the basis for reconsideration:

Due to new information following a file audit, suspend and list for interview.

AXM

PAROLE BOARD NOTICE TO SUSPEND

Parole has been suspended for the following reason:

____ Misconduct (copy attached)

____ Pending Charge (detainer screen attached)

____ File audit that resulted in date change (information attached)

____ Program Failure/Drop/Refusal (information attached)

_X_ Other new Information Received (information attached)    NO IFO attached?

I acknowledge receipt of this summary and copy of the above new information.
I hereby (____waive) (____refuse to waive) my 10 day notice to an interview.
      (initial which one)

_____    _____
Prisoner Name and Number                    Date

_____    _____
Witness                                              Date

Please fax or scan this information back to the Parole Board, Attn: Suspend Desk as soon as possible. Fax number is 517-335-0039.