# Michigan Department of Corrections
## QMHP Report

| | | | |
|---|---|---|---|
| Offender Name: NASER, AWS M | | Off #: | 0895010 |
| Date of Birth: 01/10/1988 | Sex: M | Facility: MBP | |
| Date: 02/11/2020 12:53 | Provider: Green, Garrett [GG1] LPC | | |
| Level of Care: | | | |

### Evaluation Type
Parole Board

### Identifying Information
Mr. Naser is a 32 year old, married (currently separated), white male. Father of three children. Mr. Naser is currently housed at a Level 1 facility on his A prefix with the Michigan Department of Corrections (MDOC). He is currently serving on a sentence of Armed Robbery. Refer to his most recent PSI report for complete details. He had an Earliest Release Date (ERD) of 1/3/2016 and a Maximum Release Date of 1/03/2033.

He was identified by his photo, verbal confirmation of identity and custody confirmation of identity. Inmate accurately reported his ID number and DOB to this writer.

### Reason for Referral/Evaluation
"REQUESTING A CURRENT PSYCHOLOGICAL EVALUATION TO DETERMINE EXTENT OF ANTISOCIAL THINKING/BEHAVIOR AND PRO-SOCIAL THINKING/ASPIRATIONS. DETERMINE EXTENT AND NATURE OF SUPPORT NETWORK AND SIGNIFICANT SOCIAL INFLUENCES. DETERMINE TEMPERAMENT, EXTENT OF IMPULSE CONTROL AND SELF-REGULATION SKILLS."

### Clinical History and Impression
Mental Health History: Mr. Naser denied any previous mental treatment or mental health assessments. Denied ever taking any medications for mental health symptoms and that he didn't require special education in school. EMR mental health notes related to Naser are few and not clinically significant enough to require treatment.

Criminal History: Please refer to the PSI for details regarding the instant offense. He is currently serving on a sentence of Armed Robbery. Refer to his most recent PSI report for complete details. He had an Earliest Release Date (ERD) of 1/3/2016 and a Maximum Release Date of 1/03/2033. This is A prefix. He three other arrests prior to his instant offense. He was paroled on 1/03/2016 and returned to prison on 10/31/2017 due to parole violations. When asked about his parole violations; "I thought on parole that I would go back to normal life. I made the mistake of not knowing my options and the conditions of the parole. I learned a lot about parole since then and I plan on walking a tight path because I want to be better out there."
When asked the criminal behavior related to instant offense; "It was stupid. He owed me money and I just made things worse. I should have let it go but I was stupid because I wanted the money and here I am because of $480."

Substance Use History: Mr. Naser denied any drug or alcohol use. Records indicate no substance abuse tickets. "I don't drink or smoke." There is no current evidence that substance use is a factor in criminal behavior or criminal thinking at this time.

Social History: Mr. Naser was born on 1/10/1988 in Baghdad, Iraq as one of six children in the family. Grew up in Iraq and denied any abuse or neglect as a child. Parents moved to the United States in 2000, first in New York and then moved to Michigan in 2003, where his family had remained.
In regarding to his social behaviors, Mr. Naser reports that he has a few people that he spends most of his time with yet he wouldn't consider them friends. "I am focused on getting out of here so that is where my mind is. There are some other inmates I pray with but I'm not real close to them." No evidence of gang affiliation.

Parole Readiness/Future Aspirations: In regards to employment, Mr. Naser was confident in his desire to return to working at car dealerships on car bodies and detailing. "That is what I have done and I liked it. The boss was good and was making good money when I was going to school."
In regards to education/advancement. "I want to finish getting my CIP (Computer Information Processing) degree so that I can get a better paying job and I hope that with the money that I would be able to help my children and be able to travel." This is a realistic expectation since Mr. Maser has a track record of gaining educational credits.
In regards to housing, he plans to live with his brother (Fady) in Westland Michigan. He was aware of the housing dynamics that were supportive toward a prosocial outcome. He has a positive and realistic outlook on his housing

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | NASER, AWS M | | | Off #: | 0895010 |
| Date of Birth: | 01/10/1988 | Sex: | M | Facility: MBP | |
| Date: | 02/11/2020 12:53 | Provider: | Green, Garrett [GG1] LPC | | |
| Level of Care: | | | | | |

situation.

In regards to family, he is planning on working toward getting some custody of his children. He is aware that this is something that he will need to look more into and is cautious of pursuing this while on parole due to fear of retaliation from his separated wife.

Institutional Conduct: Mr. Naser ticket record is as follows; 2014   2 tickets, 2015   6 tickets, 2016   0 tickets, 2017   3 tickets, 2018   2 tickets, 2019   0 tickets and in 2020   2 tickets. Most common ticket is 'Out of Place'. He has no threatening, fighting or assault tickets. He is currently housed at a level 1 MDOC setting.

Awareness/Insight into Behaviors (Antisocial Thinking, Prosocial Thinking, Impulse Control, Self-Regulation): Mr. Naser didn't present with clinically significant antisocial thinking patterns. There were a few comments of rationalization and blaming yet those comments were few and often later countered with proactive self-regulation comments. Mr. Naser often presented with prosocial thinking patterns as evidenced by his comments related to personal, employment and educational goals. Impulsive control appears to be within normal limits as evidenced by his tickets and historical information. Mr. Naser presents as an individual with competent self-regulation related to his emotions as evidenced by his comments during the interview and review of his behavioral history.

Extent and Nature of Support Network and Significant Social Influences: Mr. Naser reports that he calls his family 2-4x a week. He has contact with his mother, father and his four brothers and one sister. "My family is very supportive. They have helped a lot and I am thankful for them." He reports that he contact with his wife (currently separated yet not divorced) and his children. "I call them 1-2x a week and talk with them."

Clinical Assessment: Mr. Naser appears able to independently care for his daily basic needs while under the conditions of staff. Inmate was able to track the conversation and presents with no significant abnormal motor functions. Inmate presents with no evidence of suicidal risk or thoughts of hurting others. Inmate was in no acute stress and mental health services will follow per policy. He appears to know right from wrong. He is capable of following departmental rules and expectations.

**Current Suicide Risk Level**

Inmate denied any current suicidal thoughts or depressed feelings.

**Conclusion and Recommendations**

Conclusions/Summary:
Mr. Naser does not present with a major mental health disorder or substance abuse issue. No clinically significant evidence of issues with antisocial thinking patterns and impulsiveness at this time.

While incarcerated Mr. Naser reports that he is currently hoping to stay with brother, complete his computer science degree and gain a better job.

A review of his institutional file indicates that Mr. Naser appears to have the cognitive capacity to make good decisions, and the capacity to follow rules and guidelines when he chooses to do so. His risk factors for recidivisms include: "Not thinking of what it will cost me." And "getting upset when people take things away from me." His protective factors for success on community release are: supportive family, desire for employment, desire for education and motivation to avoid more prison time.

Recommendations:
If incarceration is continued, Mr. Naser is recommended to continue with working toward more time without tickets.
If paroled, Mr. Naser is recommended that he continue with his educational/employment goals and to get resources to increase his social supports and vocational strengths.

**Current Mental Status**

    Level of Consciousness: Alert and Oriented

    Psychomotor Activity: Normal

    General Appearance: Normal

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | NASER, AWS M | | | Off #: | 0895010 |
| Date of Birth: | 01/10/1988 | Sex: | M | Facility: | MBP |
| Date: | 02/11/2020 12:53 | Provider: | Green, Garrett [GG1] LPC | | |
| Level of Care: | | | | | |

Behavior: Cooperative
Mood: Appropriate to Content
Thought Process: Appropriate
Thought Content: Normal

Mental Health Status Exam: Mr. Naser presented to the interview in his state issued blues, with appropriate grooming and hygiene. He maintained good eye contact and was cooperative throughout the entirety of the interview. He was alert and oriented to person, place, time and situation. His affect and mood were appropriate to the topics being discussed. Mr. Naser thought processes were logical, and there was no evidence of a formal thought disorder. His speech was spontaneous and normal in volume and tone and his motor activity was unremarkable. Mr. Naser's intellect is estimated to be above average range of functioning. His attention and concentration were intact. He denied suicidal or homicidal ideation, and he was goal directed and future oriented. There were no signs or symptoms of a major mental health disorder observed during the session.

**Co-Pay Required:** No    **Cosign Required:** No
**Telephone/Verbal Order:** No
**Standing Order:** No

Completed by Green, Garrett [GG1] LPC on 02/11/2020 13:06