| Michigan Department of Corrections | Parole Board Notice of Decision | Page 1 of 1 |
|---|---|---|

CFJ-279

| Name: NASER, AWS | Number: A895010 | Location: NCF  Q-37 | Mailed: 03/17/2020 |
|---|---|---|---|

**The Michigan Parole Board,** having attained jurisdiction over the sentence of the above prisoner, having considered the facts and circumstances including the prisoner's mental and social attitude, and having exercised the discretion granted by the legislature, says as follows:

[X] The Parole Board <u>lacks</u> reasonable assurance that the prisoner will not become a menace to society or to the public safety and denial of parole is warranted with action as follows:

| DECISION DATE: 03/11/2020 | ACTION: Continue with Interview | TERM OF DENIAL: 24 Months | RECONSIDERATION DATE: 01/22/2022   02/17/2022 |
|---|---|---|---|

29

**REASONS IN SUPPORT OF PAROLE BOARD ACTION:**

<u>Summary:</u>

NEEDS TO COMPLETE MIDVP.

**RECOMMENDATIONS FOR CORRECTIVE ACTION WHICH MAY FACILITATE RELEASE:**

Demonstrate responsible behavior by earning positive reports in any programs you may be involved in

Demonstrate responsible behavior by avoiding situations which result in misconduct citations

Provide additional demonstration of positive prison behavior during the period of the continuance

Comply with any recommendation for psychological screening and/or therapeutic programming when referred.

**<u>COMPLETION DOES NOT GUARANTEE A POSITIVE ACTION</u>**

*[signature]* KING, ANTHONY 3/11/2020

*[signature]* EAGEN, MICHAEL C 2/24/2020