**LEWIS & DICKSTEIN, P.L.L.C.**
*attorneys and counselors at law*

Loren M. Dickstein    Randall M. Lewis
George MacAvoy Brown    Spencer M. Bondy

**2000 Town Center, Ste. 2350 – Southfield, Michigan 48075-1188**    Office: (248) 263-6800 - Fax: (248) 357-1371

June 15, 2020

Parole Board
Michigan Department of Corrections
P.O. Box 30003
Lansing, MI 48909
*Sent via US Mail and fax to (517) 335-0039*

    Re:  Aws Naser, MDOC #895010

Dear Sir or Madam:

I am writing on behalf of my client, Aws Naser, after attempting to contact your office by telephone and leaving messages for weeks. I imagine the COVID-19 health emergency has affected the operations of the office of the Parole Board but I hope someone can contact me soon.

It is my understanding that the Parole Board decided on January 2, 2020 to parole Mr. Naser, effective February 6th. On January 24th, however, the Parole Board exercised its right to reconsider the earlier decision and suspended that parole action. I am attempting to learn more about the rationale behind that reconsideration and would appreciate an opportunity to review the documentation related to it.

Please contact me at your earliest convenience. I can be reached on my cell phone at (202) 436-5502.

Thank you for your time and assistance.

Respectfully,

George MacAvoy Brown