

| GRETCHEN WHITMER<br>GOVERNOR | STATE OF MICHIGAN<br>DEPARTMENT OF CORRECTIONS<br>LANSING | HEIDI E. WASHINGTON<br>DIRECTOR |
|---|---|---|

June 25, 2020

George MacAvoy Brown
Attorney & Counselor at Law
Lewis & Dickstein, PLLC
2000 Town Center, Suite 2350
Southfield, Michigan 48075

Dear Mr. Brown:

    Thank you for your letter regarding Aws Naser, #895010.

    A suspend hearing in the matter of Mr. Naser was conducted during the week of February 17, 2020. The notes of the hearing summarize a discussion with Mr. Naser regarding an incident involving his wife that resulted in a Personal Protection Order being issued by the court. Mr. Naser described his actions as having to "force" his wife out of the home.

    As a result of the hearing, the Parole Board decided Mr. Naser was a risk to be released prior to completing domestic violence programming. He is currently on the waitlist for the program and will be enrolled in the next available class.

    Your letter will be placed in Mr. Naser's central office file

    Again, thank you.

Sincerely,

Michael C. Eagen, Chairperson
Michigan Parole Board

mce:amm