# LEWIS & DICKSTEIN, P.L.L.C.
*attorneys and counselors at law*

Loren M. Dickstein     Randall M. Lewis
George MacAvoy Brown     Spencer M. Bondy

2000 Town Center, Ste. 2350 – Southfield, Michigan 48075-1188     Office: (248) 263-6800 - Fax: (248) 357-1371

July 7, 2020

Michael C. Eagen
Chairperson
Michigan Parole Board
Michigan Department of Corrections
P.O. Box 30003
Lansing, MI 48909
*Sent via US Mail, fax to (517) 335-0039, and email to MooreA@michigan.gov*

    Re: Aws Naser, MDOC #895010

Dear Mr. Eagen,

I just received your letter dated June 25th (enclosed). I appreciate your response to my initial request and have some additional questions about the timing and substance of the reconsideration of the January 2nd decision to grant Mr. Naser parole.

Your letter indicates that a "suspend hearing" was conducted during the week of February 17th but the documentation I have states that the action was actually suspended on January 24th based on "other new information received" and that the information was attached. The materials I have include no attachment and no "other new information." Is this when he was reported to have claimed he used "force" to remove his wife from his home? The petition for the now ineffective 2017 personal protection order contains no allegation by his wife that he used force to remove her from his home and I can find no instance of him making such a claim in January or at any other time.

I would appreciate you forwarding me the "other new information received" that the January 24th Notice of Decision claimed was attached. It appears something occurred between January 2nd and January 24th that triggered the suspension of parole, well before the week of February 17th, but the materials in my possession make no mention of it.

I appreciate your time and thank you in advance for providing me with the above-referenced documentation as well as an explanation regarding what happened in January.

Respectfully,

George MacAvoy Brown

Enclosure