

| GRETCHEN WHITMER<br>GOVERNOR | STATE OF MICHIGAN<br>**DEPARTMENT OF CORRECTIONS**<br>LANSING | HEIDI E. WASHINGTON<br>DIRECTOR |
|---|---|---|

October 22, 2020

George MacAvoy Brown
Attorney & Counselor at Law
Lewis & Dickstein, PLLC
2000 Town Center, Suite 2350
Southfield, Michigan 48075

Dear Mr. Brown:

    Thank you for your letter regarding Aws Naser, #895010.

    Mr. Naser's next official eligibility date for parole consideration is February 17, 2022. He will be scheduled for an interview approximately four to six months prior to that date. The Parole Board's decision dated March 17, 2020 will not be reconsidered.

    Your letter will be placed in Mr. Naser's central office file.

    Again, thank you.

Sincerely,

Michael C. Eagen, Chairperson
Michigan Parole Board

mce:amm