<u>Government's Index of Exhibits</u>

Exhibit 1:  Michigan Parole Board Notice of Action, January 18, 2018

Exhibit 2:  MDOC Misconduct Summary Report

Exhibit 3:  Milan Homemade Weapon