Government's Index of Exhibits

Exhibit 1: Michigan Parole Board Notice of Action, January 18, 2018

Exhibit 2: MDOC Misconduct Summary Report

Exhibit 3: Milan Homemade Weapon