**Michigan Department of Corrections**     **Parole Board Notice of Action**

| Name:<br>NASER, AWS | Number:<br>A895010 | Location:<br>~~RGC~~ LRF | Mailed:<br>01/26/2018 |
|---|---|---|---|

**The Michigan Parole Board,** having attained jurisdiction over the sentence of the above prisoner, having considered the facts and circumstances involved in this case and having exercised the discretion granted by the legislature, says as follows:

[X] The Parole Board <u>lacks</u> reasonable assurance that the prisoner will not become a menace to society or to the public safety and revocation of parole is warranted with action as follows:

| DECISION DATE:<br>01/19/2018 | ACTION:<br>Continue with Interview | TERM OF DENIAL:<br>60 Months | RECONSIDERATION DATE:<br>10/30/2022 |
|---|---|---|---|

19

**Parole Violations:**

1. On or about 04/03/2017, you were involved in behavior which constitutes a violation of State Law. You caused malicious destruction of property. You subsequently were found guilty to a charge of Breach of Peace on 10/11/2017 in the 19th District Court     Guilty by Plea

2. On or about 04/03/2017, you engaged in behavior that was assaultive, abusive, threatening and/or intimidating by cutting tires to a motor vehicle.     Guilty by Plea

3. On or about 04/03/2017, you had in your possession a sharp object which was used as a weapon.     Dismissed by OFP for Cause

4. On or about 04/03/2017, you engaged in behavior that was assaultive, abusive, threatening and/or intimidating by following Munir Al-Muraisy home.     Dismissed by OFP for Cause

5. On or about 04/07/2017, you failed to notify your field agent, within the required 24-hour period, that you have had police contact by the Dearborn Police Department on 04/06/2017.     Guilty by Plea

6. On or about 04/15/2017, you failed to notify your field agent, within the required 24-hour period, that you have had police contact by the Dearborn Police Department on 04/14/2017.     Dismissed by OFP for Cause

7. On or about 04/28/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017 and on 04/14/2017.     Dismissed by OFP for Cause

8. On or about 05/12/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017 and on 04/14/2017.     Dismissed by OFP for Cause

9. On or about 05/19/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017 and on 04/14/2017.     Dismissed by OFP for Cause

10. On or about 05/23/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017 and on 04/14/2017.     Dismissed by OFP for Cause

11. On or about 06/12/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017 and on 06/08/2017.     Dismissed by OFP for Cause

RECEIVED
MICHIGAN DEPARTMENT OF CORRECTIONS
JAN 3 1 REC'D
METRO DISTRICT PAROLE OFFICE
METROPOLITAN REGION - FOA

**Michigan Department of Corrections** — **Parole Board Notice of Action** — Page 2 of 11

| Name: NASER, AWS | Number: A895010 | Location: RGC | Mailed: 01/26/2018 |
|---|---|---|---|

**Parole Violations:**

12. On or about 06/26/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017 and on 06/08/2017. — Dismissed by OFP for Cause

13. On or about 07/10/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017 and on 06/08/2017. — Dismissed by OFP for Cause

14. On or about 07/12/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017 and on 06/08/2017. — Dismissed by OFP for Cause

15. On or about 08/07/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Dismissed by OFP for Cause

16. On or about 08/16/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Dismissed by OFP for Cause

17. On or about 08/23/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Dismissed by OFP for Cause

18. On or about 09/08/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Dismissed by OFP for Cause

19. On or about 09/21/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Dismissed by OFP for Cause

20. On or about 10/09/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Dismissed by OFP for Cause

21. On or about 10/19/2017, you submitted a false and inaccurate report by failing to report you had police contact on 04/06/2017, 04/14/2017, 06/08/2017 and on 07/25/2017. — Guilty by Plea

22. On or about 01/01/2017, you were involved in behavior which constitutes a violation of State Law. You assaulted Noor Albahiya. — Dismissed by OFP for Cause

23. On or about 01/01/2017, you engaged in behavior that was assaultive, abusive, threatening and/or intimidating by assaulting Noor Albahiya. — Dismissed by OFP for Cause

24. On or about 02/01/2017, you engaged in behavior that was assaultive, abusive, threatening and/or intimidating by threatening to do great bodily harm to Noor Albahiya and Tajela Aws. — Dismissed by OFP for Cause

25. On or about 08/27/2017, you failed to comply with the Personal Protection Order ordered by Judge Susan L. Hubbard not to enter onto the property where Noor Albhahiya lives. — Dismissed by OFP for Cause

26. On or about 08/28/2017, you failed to notify your field agent, within the required 24-hour period, that you have had police contact with the Westland Police Department regarding a violation of a personal protection order on 08/27/2017. — Dismissed by OFP for Cause

27. On or about 09/08/2017, you submitted a false and inaccurate report by failing to report you had police contact regarding a violation of a personal protection order on 08/27/2017. — Dismissed by OFP for Cause

**Michigan Department of Corrections** — **Parole Board Notice of Action**

| Name: | Number: | Location: | Mailed: |
|---|---|---|---|
| NASER, AWS | A895010 | RGC | 01/26/2018 |

**Parole Violations:**

28 On or about 09/21/2017, you submitted a false and inaccurate report by failing to report you had police contact regarding a violation of a personal protection order on 08/27/2017 and on 09/19/2017. — Guilty by Plea

29 On or about 10/09/2017, you submitted a false and inaccurate report by failing to report you had police contact regarding a violation of a personal protection order on 08/27/2017 and on 09/19/2017. — Dismissed by OFP for Cause

30 On or about 10/19/2017, you submitted a false and inaccurate report by failing to report you had police contact regarding a violation of a personal protection order on 08/27/2017 and on 09/19/2017. — Dismissed by OFP for Cause

31 On or about 10/30/2017, you submitted a false and inaccurate report by failing to report you had police contact regarding a violation of a personal protection order on 08/27/2017 and on 09/19/2017. — Dismissed by OFP for Cause

32 On or about 10/30/2017, you did have in your possession ammunition. — Guilty by Plea

33 On or about 10/30/2017, you did have in your possession ammunition namely BB's and pellets. — Guilty by Plea

34 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had in your possession ammunition. — Dismissed by OFP for Cause

35 On or about 10/30/2017, you had in your possession firearm components namely CO2 cartridges. — Guilty by Plea

36 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had in your possession a stungun. — Dismissed by OFP for Cause

37 On or about 10/30/2017, you had in your possession a stungun. — Guilty by Plea

38 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had in your possession a knife. — Dismissed by OFP for Cause

39 On or about 10/30/2017, you did have in your possession a knife. — Guilty by Plea

40 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had in your possession a knife. — Dismissed by OFP for Cause

41 On or about 10/30/2017, you did have in your possession a knife. — Dismissed by OFP for Cause

42 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had in your possession a knife. — Dismissed by OFP for Cause

43 On or about 10/30/2017, you did have in your possession a knife. — Dismissed by OFP for Cause

| Name: | Number: | Location: | Mailed: |
|---|---|---|---|
| NASER, AWS | A895010 | RGC | 01/26/2018 |

**Parole Violations:**

44 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had in your possession a knife.  Dismissed by OFP for Cause

45 On or about 10/30/2017, you did have in your possession a knife.  Dismissed by OFP for Cause

46 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You had concealed weapon namely a sword.  Dismissed by OFP for Cause

47 On or about 10/30/2017, you did have in your possession a concealed sword.  Guilty by Plea

48 On or about 10/30/2017, you did have in your possession a firearm.  Guilty by Hearing

49 On or about 10/30/2017, you were involved in behavior which constitutes a violation of State Law. You did have in your possession a firearm.  Dismissed by OFP for Cause

50 On or about 10/30/2017, you did have in your possession components to a firearm and ammunition namely one magazine and BB's.  Guilty by Hearing