# Michigan Department of Corrections
## Offender Management System
# Misconduct Summary Report

| Offender Num: 895010 | Offender Name: NASER, AWS | | | Location: DRF | | |
|---|---|---|---|---|---|---|
| **MCR No.** | **Violation Date/Time** | **Misconduct Charge Code** | **Verdict/ Finding** | **Reduced/ Elevated** | **Hearing Date** | **Hearing Location** | **Hearing Officer** |
| 44 | 03/26/2022/09:22 | 435 - UNAUTHORIZED OCUPATION OF CELL OR ROOM | Guilty | Neither | 3/27/2022 | DRF | 099 |
| 43 | 12/08/2021/18:50 | 030 - Possession Of Dangerous Contraband | Guilty | Neither | 12/16/2021 | DRF | 079 |
| | | 427 - DESTRUCTION/MISUSE PROPERTY | Dismissal | Neither | | | |
| 42 | 11/03/2021/12:31 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 11/12/2021 | DRF | 099 |
| 41 | 09/08/2021/11:30 | 014 - Fighting | Guilty | Neither | 9/16/2021 | DRF | 075 |
| 40 | 09/16/2021/08:32 | 436 - OUT OF PLACE | Guilty | Neither | 9/17/2021 | DRF | 099 |
| 39 | 07/21/2021/15:04 | 427 - DESTRUCTION/MISUSE PROPERTY | Guilty | Neither | 7/27/2021 | DRF | 099 |
| 38 | 07/13/2021/16:00 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 7/21/2021 | DRF | 099 |
| 37 | 05/28/2021/15:45 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 6/4/2021 | DRF | 099 |
| | | 435 - UNAUTHORIZED OCUPATION OF CELL OR ROOM | Guilty | Neither | | | |
| 36 | 05/10/2021/17:35 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 5/14/2021 | DRF | 099 |
| 35 | 02/14/2021/10:15 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 2/19/2021 | NCF | 099 |
| 34 | 02/05/2021/20:02 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 2/6/2021 | NCF | 099 |
| 33 | 01/22/2021/12:45 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 1/30/2021 | NCF | 099 |
| | | 436 - OUT OF PLACE | Guilty | Neither | | | |
| 32 | 01/30/2021/21:08 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 1/31/2021 | NCF | 099 |
| 31 | 01/11/2021/11:12 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 1/21/2021 | NCF | 099 |
| 30 | 01/10/2021/12:32 | 030 - Possession Of Dangerous Contraband | Guilty | Neither | 1/14/2021 | NCF | 048 |
| 28 | 01/08/2021/17:46 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 1/12/2021 | NCF | 099 |
| 27 | 12/16/2020/21:05 | 435 - UNAUTHORIZED OCUPATION OF CELL OR ROOM | Guilty | Neither | 12/19/2020 | NCF | 099 |
| 26 | 12/16/2020/23:27 | 020 - Disobeying A Direct Order (DDO) | Guilty | Elevated | 12/30/2020 | NCF | 048 |
| | | 032 - Creating A Disturbance | Dismissal | Elevated | | | |
| 25 | 12/08/2020/15:13 | 435 - UNAUTHORIZED OCUPATION OF CELL OR ROOM | Guilty | Neither | 12/9/2020 | NCF | 099 |
| 24 | 12/07/2020/16:55 | 435 - UNAUTHORIZED OCUPATION OF CELL OR ROOM | Guilty | Neither | 12/8/2020 | NCF | 099 |
| 23 | 11/06/2020/17:15 | 020 - Disobeying A Direct Order (DDO) | Guilty | Elevated | 12/17/2020 | NCF | 048 |
| 22 | 09/24/2020/14:00 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 10/4/2020 | NCF | 099 |
| 21 | 09/07/2020/08:00 | 421 - POSSESSION OF FORGED DOCUMENTS: FORGERY | Guilty | Neither | 9/10/2020 | NCF | 099 |
| 20 | 03/19/2020/12:11 | 436 - OUT OF PLACE | Guilty | Neither | 3/20/2020 | NCF | 099 |
| 19 | 01/28/2020/18:08 | 437 - POSSESSION OF STOLEN PROPERTY; THEFT | Guilty | Neither | 2/4/2020 | MBP | 099 |
| 18 | 01/14/2020/08:13 | 436 - OUT OF PLACE | Guilty | Neither | 1/14/2020 | MBP | 099 |
| 16 | 08/27/2018/06:50 | 436 - OUT OF PLACE | Guilty | Neither | 8/29/2018 | LRF | 099 |
| 15 | 04/29/2018/20:39 | 436 - OUT OF PLACE | Guilty | Neither | 5/2/2018 | LRF | 099 |
| 13 | 11/22/2017/06:40 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 11/29/2017 | RGC | 099 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | 11/21/2017/12:13 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 11/29/2017 | RGC | 099 |
| 11 | 11/19/2017/12:17 | 049 - Class III Misconduct | Guilty | Reduced | 11/30/2017 | RGC | 061 |
| 10 | 12/03/2015/23:37 | 420 - DISOBEYING A DIRECT ORDER | Guilty | Neither | 12/9/2015 | ARF | 099 |
| 9 | 02/17/2015/22:18 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 3/2/2015 | MTF | 099 |
| 8 | 02/04/2015/13:00 | 030 - Possession Of Dangerous Contraband | Guilty | Neither | 2/11/2015 | MTF | 027 |
| 7 | 02/13/2015/22:25 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 2/14/2015 | MTF | 099 |
| 6 | 02/13/2015/23:45 | 423 - INTERFERENCE WITH THE ADMIN OF RULES | Guilty | Neither | 2/14/2015 | MTF | 099 |
| 5 | 02/07/2015/14:30 | 436 - OUT OF PLACE | Guilty | Neither | 2/8/2015 | MTF | 099 |
| 2 | 07/23/2014/16:00 | 436 - OUT OF PLACE | Guilty | Neither | 7/24/2014 | MTF | 099 |
| 1 | 07/23/2014/21:30 | 436 - OUT OF PLACE | Guilty | Neither | 7/24/2014 | MTF | 099 |
| **Total Misconducts: 39** | | | | | | | |