UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                                  No. 22-cr-20504

       Plaintiff,                   Hon. Jonathan J.C. Grey

v.

 Aws Mohammed Naser,

       Defendant.

_____/

## MOTION TO SEAL EXHIBIT 1 FOR THE REPLY ON GOVERNMENT'S MOTION IN LIMINE TO ADMIT DEMONSTRATIVE VIDEO OF EXPLOSIVES DEVICE DETONATION

The United States of America, by its undersigned attorneys, respectfully

requests that Exhibit 1 for the Reply on Government's Motion in Limine to Admit

Demonstrative Video of Explosives Device and Detonation, be sealed until further

Order of the Court due to Exhibit 1 being a sensitive discovery document and in

accordance with the Court's Protective Order.  Exhibit 1 contains expert discussion

of a method used to construct explosives.  Its public release would be dangerous.

Respectfully submitted,

JULIE A. BECK
Acting United States Attorney

*s/Saima Mohsin*
Saima Mohsin
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Saima.Mohsin@usdoj.gov
(313) 226-9163

Dated:     March 4, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                                        No. 22-cr-20504

        Plaintiff,                        Hon. Jonathan J.C. Grey

v.

 Aws Mohammed Naser,

        Defendant.

_____/

# ORDER TO SEAL

The government having moved to seal Exhibit 1 for the Reply on Government's Motion in Limine to Admit Demonstrative Video of Explosives Device and Detonation and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that Exhibit 1 for the Reply on Government's Motion in Limine to Admit Demonstrative Video of Explosives Device and Detonation**,** be sealed until further Order of the Court.

<u>**s/Jonathan J.C. Grey**</u>
Jonathan J.C. Grey
United States Magistrate Judge

Dated:  March 4, 2025