UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CASE NO: 22-cr-20504

v.                                                        HON. JONATHAN J.C. GREY

AWS MOHAMMED NASER,

    Defendant.
_____/

## ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL

       This matter is before the Court on the government's motion for leave to file under seal Exhibits 2, 3, 4, 5 and 6 to the Government's Response Opposing Exclusion of Expert Witness Testimony on Explosives. The exhibits contain explosives related information that are covered by the court's protective order and personal information about the witnesses testifying at trial.

    The Court has reviewed the motion to seal and finds that it should be granted.

    Accordingly, it is ORDERED that the government's motion to seal is GRANTED, and the government is permitted to file UNDER SEAL Exhibits 2, 3, 4 5 and 6.

    **SO ORDERED.**

                                                        s/Jonathan J.C. Grey
                                                        HON. JONATHAN J.C. GREY
                                                        United States District Judge

Entered: April 15, 2025