UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 22-CR-20504

v.        HON. JONATHAN J.C. GREY

AWS MOHAMMED NASER,

        Defendant.
_____/

Index of Exhibits

1. Exhibit 1: Schumb Table
2. SEALED Exhibit 2: Raleigh Parrott Laboratory Case Notes
3. SEALED Exhibit 3: Ibn Taymiyah Media Center Video Translation
4. SEALED Exhibit 4: Laboratory Report
5. SEALED Exhibit 5: CV Raleigh Parrott
6. SEALED Exhibit 6: CV Christopher Rigopoulos
7. Exhibit 7: Raman Spectrum
8. Exhibit 8: Raman Water Research