:22-cr-20504-JJCG-DRG   ECF No. 260-2, PageID.3230   Filed 04/16/25   Page

TABLE 9. DEVIATION OF EQUATION (6) FROM EXPERIMENTAL DATA WHEN
USING GENERAL COEFFICIENTS OF TABLE 8

| Reference | Temperature (°C.) | Average Deviation Units | % | Maximum Deviation Units | % |
|---|---|---|---|---|---|
| Huckaba and Keyes[19] | 0 | 0.00034 | 0.026 | 0.0006 | 0.058 |
| Giguère and Geoffrion[16] | 0 | 0.0015 | 0.117 | 0.0025 | 0.184 |
| Kubaschewski and Weber[20] | 18 | 0.0023 | 0.195 | 0.0056 | 0.478 |
| Easton, Mitchell, and Wynne-Jones[21] | 25 | 0.0003 | 0.022 | 0.0007 | 0.056 |
| Easton, Mitchell, and Wynne-Jones[21] | 96 | 0.0008 | 0.067 | 0.0016 | 0.144 |

TABLE 10. DENSITY AND MEAN COEFFICIENTS OF CUBICAL EXPANSION
OF HYDROGEN PEROXIDE SOLUTIONS AT 0 AND 25°C.

| Wt. % $H_2O_2$ | Density, $\rho$, g./cc. | | Mean Coefficient* of Cubical Expansion, $\beta$, °C.$^{-1}$ × $10^4$ | |
|---|---|---|---|---|
| | 0°C.[19] | 25°C.[21] | from 0 to 25°C.[19] | from 25 to 96°C.[21] |
| 0 | 0.9998 | 0.9971 | 0.83 | 5.25 |
| 5 | 1.0193 | 1.0145 | 1.97 | 5.57 |
| 10 | 1.0393 | 1.0324 | 2.92 | 5.91 |
| 15 | 1.0598 | 1.0507 | 3.61 | 6.26 |
| 20 | 1.0804 | 1.0694 | 4.21 | 6.56 |
| 25 | 1.1014 | 1.0885 | 4.70 | 6.82 |
| 30 | 1.1226 | 1.1081 | 5.14 | 7.05 |
| 35 | 1.1441 | 1.1282 | 5.50 | 7.26 |
| 40 | 1.1661 | 1.1487 | 5.83 | 7.46 |
| 45 | 1.1883 | 1.1698 | 6.11 | 7.64 |
| 50 | 1.2110 | 1.1914 | 6.36 | 7.80 |
| 55 | 1.2342 | 1.2137 | 6.57 | 7.93 |
| 60 | 1.2579 | 1.2364 | 6.77 | 8.04 |
| 65 | 1.2822 | 1.2598 | 6.95 | 8.15 |
| 70 | 1.3071 | 1.2839 | 7.11 | 8.24 |
| 75 | 1.3326 | 1.3086 | 7.26 | 8.34 |
| 80 | 1.3589 | 1.3339 | 7.40 | 8.44 |
| 85 | 1.3858 | 1.3600 | 7.53 | 8.50 |
| 90 | 1.4136 | 1.3867 | 7.65 | 8.53 |
| 95 | 1.4421 | 1.4142 | 7.75 | 8.56 |
| 100 | 1.4709 | 1.4425 | 7.85 | 8.58 |

* To be used in equation (4); for temperatures below 0°C. use data of Table 2.

provides coefficients of cubical expansion for temperatures below 0°C.
Alternately, densities may be obtained graphically from Figure 1. Linear
interpolation between values shown in Table 10 and read from Figure 1 is
reliable to 1 part in 1000. Routine volumetric or densitometric analysis is
generally not carried to superior precision.



GOVERNMENT
EXHIBIT

1

Generated on 2025-04-08 21:14 GMT / https://hdl.handle.net/2027/mdp.39015063708784
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google