No. 24-2044

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

┌─────────────────────────┐
│        **FILED**        │
│     Apr 25, 2025        │
│ KELLY L. STEPHENS, Clerk │
└─────────────────────────┘

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

AWS MOHAMMED NASER,

     Defendant-Appellant.


     Before: NALBANDIAN, MURPHY, and RITZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

     THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

     IT IS HEREBY ORDERED that the district court's order is AFFIRMED, and that this matter is DISMISSED.

     ENTERED BY ORDER OF THE COURT

     *Kelly L. Stephens*

     Kelly L. Stephens, Clerk