```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3    UNITED STATES OF AMERICA,

 4                Plaintiff,
                                           HON. JONATHAN J.C. GREY
 5
       v.                                  No. 22-CR-20504
 6
      AWS MOHAMMED NASER,
 7
                  Defendant.
 8    _____/

 9
                   JURY TRIAL - VOLUME 2 - REVISED TRANSCRIPT
10
         BEFORE UNITED STATES DISTRICT JUDGE JONATHAN J.C. GREY
11               Theodore Levin United States Courthouse
                      231 West Lafayette Boulevard
12                         Detroit, Michigan
                        May 12, 2025 - 9:06 a.m.
13

14    APPEARANCES:

15       For the Plaintiff:        SAIMA S. MOHSIN
                                    HANK E. MOON
16                                  U.S. Attorney's Office
                                    211 West Fort Street, Suite 2001
17                                  Detroit, Michigan  48226
                                    (313) 226-9100
18
                                    DMITRIY SLAVIN
19                                  Department of Justice
                                    Counterterrorism Section
20                                  950 Pennsylvania Avenue NW
                                    Suite 7600
21                                  Washington, D.C.  20530
                                    (202) 616-2846
22

23       (Appearances continued)

24          To Obtain Certified Transcript, Contact:
          Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC, RDR
25          Christin E. Douglas, FCRR, RDR, CRR, CSR-5607
                        www.transcriptorders.com
```

```
 1   APPEARANCES (Continued):

 2      For the Defendant:        RIYAH BASHA
                                  AMANDA N. BASHI
 3                                Federal Community Defender
                                  613 Abbott Street
 4                                Fifth Floor
                                  Detroit, Michigan  48226
 5                                (313) 967-5555

 6                                JAMES R. GEROMETTA
                                  Law Office of James Gerometta
 7                                27 E. Flint Street, Suite 2
                                  Lake Orion, Michigan  48362
 8                                (313) 530-9505

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**TABLE OF CONTENTS**

Government's Case in Chief                                    Page

  **Robert Antoon**

  Direct Examination (Cont'g) By Ms. Mohsin            9

  Cross-Examination By Ms. Basha                      29

  Redirect Examination By Ms. Mohsin                  31


  **Hassan Hassan**

  Direct Examination By Mr. Slavin                    34

  Cross-Examination By Mr. Gerometta                 127

  Redirect Examination By Mr. Slavin                 159



Defendant's Case in Chief                                    Page



Motions/Other                                               Page

Government's Exhibits

| Number | Received |
|---|---|
| GX 5-2.241, 5-2.214A, 10-6A, 10-12A, 17-34A, 18-1A, 17-148, 18-2A, 18-3A, 18-5A, and 18-6A | 13 |
| GX 5-2.45, 5-2.46, 5-2.126, 5-2.129, 5-2.140, 5-2.152, 5-2.177, 5-2.214, 5-2.219, 5-2.221, 5-2.223, 5-2.238, and 18-4 - 18-6 (Subject to the Court's prior ruling.) | 33 |
| GX #9-14 | 85 |
| GX 9-11 | 89 |
| GX 9-18 | 27 |
| GX 10-14 - 10-16, 10-16A, 11-1, 11-9 - 11-13, 11-13A, 11-14, 11-16, 11-16A, 11-17, 11-17A, 11-18, 11-18A, 11-19 - 11-22, 11-22A, 11-23, 11-23A, 11-26, 11-27, 11-27A, 11-29, 11-33, 11-33A, 11-33A, 11-34, 11-38A, 18-15A, 18-16, and 18-23 | 19 |
| GX 10-2, 10-2A, 10-7 - 10-11, 10-13, 12-8, 12-8A, 12-9, 12-9A, 17-29, 17-29A, 18-9, 18-9A, and 18-10 - 18-14 | 15 |
| GX 15-22 | 119 |
| GX 17-96 | 96 |
| GX 20-13 | 65 |
| GX 20-14 | 80 |
| GX 20-15 | 97 |

```
 1    Defendant's Exhibits

 2      Number                                          Received

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20      CERTIFICATION OF REPORTERS                        170

21

22    **REPORTER'S NOTE:  Material read into the record is
      transcribed verbatim, as read into the record, and may not
23    reflect exact quotes from documents or exhibits.

24

25
```

```
 1                                        May 12, 2025

 2                                        Detroit, Michigan

 3                          -    -    -

 4        (Court, Counsel and Defendant present; 9:06 a.m.)

 5            THE COURT CLERK:  All rise.  The United States

 6   District Court for the Eastern District of Michigan is now in

 7   session before the Honorable Jonathan J.C. Grey presiding.  You

 8   may be seated.

 9            The Court now calls Case Number 22-CR-20504, the

10   United States of America versus Aws Mohammed Naser.

11            If counsel will please place their appearances for the

12   record, starting with the government.

13            MS. MOHSIN:  Good morning, your Honor.  Saima Mohsin,

14   Assistant United States Attorney, appearing on behalf of the

15   United States.  To my left, Dmitriy Slavin, trial attorney with

16   National Security Division, and also Hank Moon, Assistant

17   United States Attorney, and our team.

18            THE COURT:  Good morning to each of you.

19            MR. SLAVIN:  Good morning.

20            MR. GEROMETTA:  James Gerometta on behalf of Aws

21   Naser, along with Amanda Bashi and Riyah Basha.  Thank you.

22            THE COURT:  Good morning to each of you as well.

23            MS. BASHA:  Good morning.

24            THE COURT:  Before the jury comes in, I did receive a

25   stipulation that you-all would like for me to place into the
```

 1    record, as well as an accompanying proposed limiting

 2    instruction.  And just so that the record is clear, would

 3    you-all like for me to read the limiting instruction at some

 4    point during or after this witness's testimony?

 5         MS. MOHSIN:  So, Judge, the purpose of this particular

 6    limiting instruction is that there are two distinct types of

 7    transcripts in this case, and each is to be handled slightly

 8    differently.

 9         To the extent that the English-language transcripts

10    have been prepared, it is important for the Court to issue a

11    limiting instruction at the conclusion of the playing of an

12    audio recording that is in English, so that the jury

13    understands that the best evidence is the recording itself.

14         And to the extent that there may be conflict between

15    what is spoken in English and what is in the transcript, the

16    jury is to consider the audio recording to be the best

17    evidence.  However, we also have a lot of translations which

18    are from foreign languages, and the evidence as it relates to

19    those translations is to be handled more substantively, not as

20    an aid to the jury but really as substantive evidence.

21         So the government, number one, recommends that after a

22    English-language transcript or a foreign-language transcript is

23    played -- sorry -- is presented, that the Court issue this

24    instruction which attempts to dispel any of -- any confusion

25    that the jury might have about the proper handling of the two

1    types of testimony.

2             We will be asking for the Court to do it again later,

3    but certainly because a limiting instruction is required after

4    the playing of a recording, we would ask for this instruction

5    to be given.

6             THE COURT:  All right.  I don't see any problem with

7    that.  And then the stipulation regarding the prior conviction,

8    when would you-all like for me to read that into the record?

9    Or would you?

10            MS. MOHSIN:  So may I have one moment?

11            THE COURT:  Yes.

12        (Attorney conference.)

13            MS. MOHSIN:  Judge, we're happy to enter the

14   stipulation into the record on behalf of the government.  I do

15   think the judicial notice is something for the Court to take

16   judicial notice of.  We have provided a stipulation or a

17   proposed reading for the Court to provide whenever the --

18   whenever it is convenient for the Court.

19            THE COURT:  All right.  I do have it, and we'll see.

20   Thank you.

21            MS. MOHSIN:  Thank you, Judge.

22            THE COURT:  We'll have the jury brought in.  And if

23   your witness would just resume -- retake the stand.  I see him

24   in the back.

25            THE LAW CLERK:  All rise for the jury.

9

ROBERT ANTOON - DIRECT BY MS. MOHSIN

1      (Whereupon the jury entered the courtroom, 9:11 a.m.)

2          THE COURT:  Good morning, members of the jury.  You

3   all may be seated.  Thank you all for being on time.

4          Everyone in the courtroom may be seated.  The witness

5   remains under oath, and the government may continue with direct

6   examination.

7          MS. MOHSIN:  Thank you, your Honor.

8      (**Robert Antoon**, sworn previously, retook the witness stand

9      at 9:12 a.m.)

10                  DIRECT EXAMINATION (Cont'g)

11  BY MS. MOHSIN:

12  Q.  Good morning.

13  A.  Good morning.

14  Q.  Mr. Antoon, on Friday when we departed, we were reviewing

15  transcriptions.  And you had testified that you prepared

16  transcripts, and within the transcripts you provided an

17  explanation for various abbreviations; is that right?

18  A.  Yes.

19  Q.  Were you consistent with that method throughout all of the

20  translations that you prepared in this case?

21  A.  Yes.

22  Q.  I want to direct your attention now to certain exhibits.

23  Were you presented with video exhibits that had Arabic language

24  spoken in video exhibits?

25  A.  Yes.

USA v. NASER, 22-20504

ROBERT ANTOON - DIRECT BY MS. MOHSIN

1  Q.  And did you prepare translations for all or portions of

2  those video exhibits?

3  A.  Yes.

4  Q.  Did you -- were they accurately transcribed from Arabic

5  into English?

6  A.  Yes.

7  Q.  Now, prior to your testimony here today and prior to

8  Friday, did you examine all of the exhibits that you prepared

9  or the translations that you prepared?

10  A.  Yes.

11  Q.  I want to direct your attention to the following

12  translations by the following exhibit numbers.  We talked about

13  3-21A, which has been admitted, and that corresponds to the

14  video at 3-21; is that right?

15  A.  Should I look at it here or --

16  Q.  Yes, please.

17      So they've been tabbed, and hopefully they are in

18  order.

19  A.  Did you say 3-21?

20  Q.  Yes.  So 3-21A --

21  A.  Oh, okay.

22  Q.  -- which we talked about on Friday, and it was admitted, is

23  a translation of the video at 3-21; is that right?

24  A.  I was looking at the tabs.  Should I look at the --

25      MS. MOHSIN:  May I approach, your Honor?

 1            THE COURT:  You may.

 2       (Brief pause.)

 3  A.   Thank you.

 4  BY MS. MOHSIN:

 5  Q.   Sir, within your binder are tabs.  One should be marked

 6  "Videos."  Do you see that?

 7  A.   "Written" and "Videos."  Okay.

 8  Q.   Contained within that tab are a series of translations that

 9  you prepared; is that right?

10  A.   Yes.

11  Q.   And do they include translations for Exhibit 5- -- sorry --

12  5-2.241?

13  A.   Yes, I see it.

14  Q.   And was that a video that you translated?

15  A.   Yes.

16  Q.   And is the transcript 5-2.241A?

17  A.   5-2.214A or 41?

18  Q.   Should be -- one moment, please.

19       (Brief pause.)

20  BY MS. MOHSIN:

21  Q.   Is it marked 214A?

22  A.   Yes.

23  Q.   Then it's 214A.

24  A.   Yes.

25  Q.   Similarly, is there a translation for 10-6A?

1   A.   Yes.

2   Q.   10-12A?

3   A.   Yes.

4   Q.   11-34A?

5   A.   11 or 17-34A?  I --

6   Q.   Is it 17-34A?

7   A.   That's what I have here.

8   Q.   Okay.  And then what is the next one that you have?

9   A.   17-148.

10  Q.   Okay.  Do you have 18-1A?

11  A.   Yes.

12  Q.   18-2A?

13  A.   Yes.

14  Q.   18-3A?

15  A.   Yes.

16  Q.   18-5A?

17  A.   Yes.

18  Q.   And 18-6A?

19  A.   Yes.

20  Q.   Did you correctly translate from Arabic to English all of

21  the contents of the original exhibits in the -- all of the

22  contents of the original exhibits from Arabic to English?

23  A.   Yes.

24  Q.   Okay.

25           MS. MOHSIN:  Your Honor, at this time the government

1    moves for the admissions -- admission of the original items as

2    well as their translations.  And I can provide a list for the

3    Court.

4              THE COURT:  If you would provide it.

5              MS. MOHSIN:  All right.  It was 2 -- sorry -- 5-2 --

6              THE COURT:  Oh, just the ones that were already read?

7              MS. MOHSIN:  Correct.

8              THE COURT:  All right.

9              MS. MOHSIN:  You got them?

10             THE COURT:  Yes.  And I'm sure Ms. Lizza does as well.

11             MS. BASHA:  And no objection, your Honor.

12             THE COURT:  All right.  Admitted without objection.

13        (GX 5-2.241, 5-2.214A, 10-6A, 10-12A, 17-34A, 18-1A,

14        17-148, 18-2A, 18-3A, 18-5A, and 18-6A received in

15        evidence.)

16             MS. MOHSIN:  Thank you, your Honor.  And I will note

17   that the A denotes the translation and the video is without the

18   A.

19             THE COURT:  Okay.

20   BY MS. MOHSIN:

21   Q.  Same -- there's a second tab there for written evidence.

22   I'm going to ask you the same question with regard to the

23   following exhibits.  I'm going to read them for you, and you

24   can tell me, when I've concluded, if those exhibits were your

25   translations, okay?

1   A.   Okay.

2   Q.   10-2, which contains an original and translations in one

3   document?

4   A.   Yes.

5   Q.   10-2.A, which is a translation for one of the items within

6   10-2?

7   A.   10-2A?

8   Q.   Yes.

9   A.   Yes, I see it.

10  Q.   10-7, which is a original along with a translation in the

11  same document.

12  A.   Yes.

13  Q.   10-8, 10-9, 10-10, all of which are originals with

14  translations included in the same document?

15  A.   Yes.

16  Q.   10-11, 10-13, both of which have originals contained within

17  the same document?

18  A.   Yes.

19  Q.   12-8A, which is a translation of the original, which is

20  12-8?

21  A.   Yes.

22  Q.   12-9A, which is an original of -- sorry -- which is a

23  translation of the original at 12-9?

24  A.   Yeah.

25  Q.   17-29A, which is a translation of the original at 17-29?

1    A.   Yes.

2    Q.   18-9A, which is a translation of the original at 18-9?

3    A.   Yes.

4    Q.   And then 18-10, 18-11, 18-12, 18-13, and 18-14, which are

5    originals with translations?

6    A.   Yes.

7            MS. MOHSIN:  Your Honor, we move to admit all of these

8    exhibits.

9            MS. BASHA:  No objection, your Honor.

10           THE COURT:  Admitted.

11       (GX 10-2, 10-2A, 10-7 - 10-11, 10-13, 12-8, 12-8A, 12-9,

12       12-9A, 17-29, 17-29A, 18-9, 18-9A, and 18-10 - 18-14

13       received in evidence.)

14   BY MS. MOHSIN:

15   Q.   Directing your attention to the tab that says "Paltalk."

16   Are the exhibits under that tab translations of both written

17   materials and audio recordings?

18   A.   Yes.

19   Q.   Are there audio recordings in which the defendant's voice

20   can be heard?

21   A.   Yes.

22   Q.   And have you recognized his voice and indicated in your

23   translation where you have recognized your -- his voice?

24   A.   Yes, yes.

25   Q.   Okay.  And once again, I'm going to read the original

1   exhibit numbers and ask you about the translations and whether

2   you have prepared them and approved them.

3           Okay.  Exhibit 11-1, which contains original Arabic

4   writing as well as your translations?

5   A.  Yes.

6   Q.  Exhibit 11-9, 11-10, 11-11, 11-12, which also contain

7   writings along with translations that you have prepared and

8   approved?

9   A.  Yes.

10  Q.  Directing your attention to 11-13 and 11-13A.

11          Is 11-13A a Paltalk audio recording?

12  A.  Yes.

13  Q.  And the translation for it?

14  A.  Yes.

15  Q.  11-14, a -- a written -- an original Arabic writing along

16  with your translation in one document?

17  A.  Yes.

18  Q.  11-16, 11-16A, 11-17, 11-17A, and 11-18 and 11-18A, are

19  these all audio recordings with translations?

20  A.  Last one was 11-18A?

21  Q.  Yes.

22  A.  Yes, they are.

23  Q.  And specifically, 11-18A and 11-16, did you recognize the

24  defendant's voice in those particular recordings?

25  A.  Yes.

ROBERT ANTOON - DIRECT BY MS. MOHSIN

1   Q.  And did you indicate in the translation when he was

2   speaking?

3   A.  Yes.

4   Q.  Directing your attention to 11-19, 11-20, and 11-21, are

5   those Arabic writings that were translated into English?

6   A.  Yes.

7   Q.  And that is combined into one document each?  The original

8   and the translation are combined into each of those --

9   A.  Yes.

10  Q.  -- exhibits?

11        Directing your attention to 11-22 and 11-22A, 11-23

12  and 11-23A, are those audio recordings along with their

13  corresponding translations?

14  A.  Yes.

15  Q.  Directing your attention to 11-26, is that Arabic writing

16  along with your translations in one exhibit?

17  A.  Yes.

18  Q.  11-27 and 11-27A, is that an audio recording and a

19  corresponding translation?

20  A.  You said 27A?

21  Q.  Yes.

22  A.  Yes.

23  Q.  And do you recognize the defendant's voice during that

24  particular recording?

25  A.  Yes.

1  Q.  And does your translation indicate when he's speaking?

2  A.  Yes.

3  Q.  Directing your attention to 11-29, is that a Arabic writing

4  along with your translation in one exhibit?

5  A.  Yes.

6  Q.  11-33 and 11-33A, is that an audio recording along with a

7  translation?

8  A.  Yes.

9  Q.  11-34, is that a Arabic-language writing along with your

10  translation in the same document?

11  A.  Yes.

12  Q.  11-38 and 11-38A, is this a audio recording with -- along

13  with your translation?

14  A.  Yes.

15  Q.  Do you -- do you recognize the defendant's voice in that

16  particular audio?

17  A.  Yes.

18  Q.  And have you indicated when he speaks in your translation?

19  A.  Yes.

20  Q.  Now, there were additional materials in this case.

21      Were they presented to you for translation, PowerPoint

22  slides, and things of that nature?

23  A.  Yes.

24  Q.  And were they written materials?

25  A.  Most of the time written or in the form of a spreadsheet.

 1    Q.   Okay.  I want to direct your attention now to exhibits

 2    10-14, 10-15, and 10-16.  I'm sorry, 14 and 15.

 3         Were these PowerPoint slides that you were asked to

 4    provide translations for certain words?

 5    A.   Yes.

 6    Q.   Okay.  10-16 and 10-16A, were you provided with some

 7    writings and asked to provide a translation?

 8    A.   Yes.

 9    Q.   Did you do so at 10-16A?

10    A.   Yes.

11    Q.   10-15A, were you asked to provide a translation of another

12    PowerPoint slide?

13    A.   Yes.

14    Q.   I apologize.  18-15A.  If I said 10-15A, 18-15A.

15    A.   Yes.

16    Q.   And then 18-16 and 18-23, are they additional slides that

17    you were asked to provide translations for?

18    A.   Yes.

19         MS. MOHSIN:  Your Honor, we move to admit all of the

20    original and translations associated with the original exhibits

21    as I've -- I've -- as I've articulated them.

22         MS. BASHA:  No objection, your Honor.

23         THE COURT:  Admitted.

24      (GX 10-14 - 10-16, 10-16A, 11-1, 11-9 - 11-13, 11-13A,

25         11-14, 11-16, 11-16A, 11-17, 11-17A, 11-18, 11-18A, 11-19 -

1        11-22, 11-22A, 11-23, 11-23A, 11-26, 11-27, 11-27A, 11-29,

2        11-33, 11-33A, 11-33A, 11-34, 11-38A, 18-15A, 18-16, and

3        18-23 received in evidence.)

4    BY MS. MOHSIN:

5    Q.   Okay.  I want to direct your attention to Exhibit 18-1 and

6    18-1A in evidence.  You prepared the translation for that

7    exhibit, and we've had some testimony about that.  I would like

8    to publish that for the jury at this time.

9        THE COURT:  All right.  Before you publish that, I

10   will just provide a instruction to members of the jury.  During

11   this trial you're going to hear some recorded conversations in

12   English that were received in evidence, and you'll also be

13   given some written transcriptions of the recordings.

14       Keep in mind that the transcripts of recordings spoken

15   in the English language are not evidence.  They'll be given to

16   you only as a guide to help you follow what is being said.  The

17   recordings themselves are the evidence.  If you notice any

18   differences between what you hear on the recordings and what

19   you read in the transcripts, you must rely on what you -- what

20   you hear, not on what you read.

21       And if you cannot hear or understand certain parts of

22   the recordings, you must ignore the transcripts as far as those

23   parts are concerned.  So those are for recorded conversations

24   in English.

25       You are also going to hear some recorded

ROBERT ANTOON - DIRECT BY MS. MOHSIN

1   communications, including calls, videos, and other audio

2   recordings in a foreign language, including Arabic, and see the

3   information originally presented in Arabic or another foreign

4   language.  These communications were received into evidence.

5   I've also received into evidence translations of these

6   communications into Arabic from other -- from other languages

7   into English.

8         Both the underlying communication in the foreign

9   language and the English translations in transcripts are

10  evidence, and you should rely upon the English translations and

11  transcripts to understand the original foreign-language

12  communication.

13        You may proceed.

14        MS. MOHSIN:  Thank you, your Honor.

15        At this time the government would like to publish

16  Exhibit 18-1, the original, along with 18-1A.

17  BY MS. MOHSIN:

18  Q.  And before I do so, can you just tell us what the jury is

19  about to -- to see or hear?

20  A.  Sorry, which job is this?

21  Q.  This is in the -- the video-audio tab, the first one.  And

22  this is 18-1 and 18-1A.

23      (Brief pause.)

24        THE WITNESS:  One behind the other?  Thank you.

25  BY MS. MOHSIN:

1   Q.  Is this an audio recording?

2   A.  Yes.

3   Q.  Okay.  And did you recognize the voice of the person who

4   was speaking in this recording?

5   A.  Yes.

6   Q.  Who was the person speaking?

7   A.  Aws Naser.

8   Q.  Okay.

9        MS. MOHSIN:  At this time, I would like to publish the

10  recording.

11       THE COURT:  You may proceed.

12       MS. MOHSIN:  Thank you, your Honor.  And if we could

13  have a dimming.

14    (Whereupon the recording was played.)

15       MS. MOHSIN:  Thank you.

16  BY MS. MOHSIN:

17  Q.  I want to direct your attention now to Exhibit 12-8 and

18  12-8A, which is under the "Written Evidence" tab.  And I think

19  we can publish 12-8.  It's a writing in evidence.

20       Mr. Antoon, if you look at the screen, you will see we

21  have published for the jury Exhibit 12-8 in evidence.

22       Do you recognize this exhibit?

23  A.  Yes.

24  Q.  Did you translate this exhibit?

25  A.  Yes.

23

1           MS. MOHSIN:  If you would please publish 12-8A?  Could

2    you please publish that for the jury.  Can you zoom in on the

3    top half?

4    BY MS. MOHSIN:

5    Q.  Can you explain for the jury if you have reviewed --

6    prepared, reviewed, and -- this particular translation?  I

7    think you already testified to that.

8    A.  Yes, I did.

9    Q.  Can you explain what the jury is -- is looking at here?

10   A.  This is a translation of two index cards with handwritten

11   Arabic.

12   Q.  Is the top of the index card translation actually at the

13   bottom?

14   A.  Yes, that's, that's -- was the way it was in the picture.

15   So we noted that, you know, from the flow of the conversation,

16   usually when a sentence starts "In the name of God," et cetera,

17   that will be the -- the introduction.  So this was written on

18   the bottom index card, so we just put them in context.

19   Q.  Okay.  And are the words that are translated here the same

20   as the words that were spoken in 18-1 that you translated at

21   18-1A, the recording that we just heard?

22   A.  Yes, they are.

23   Q.  Okay.  Directing your attention now to Exhibit 12-9.

24           MS. MOHSIN:  Could you please publish that.

25   BY MS. MOHSIN:

ROBERT ANTOON - DIRECT BY MS. MOHSIN

 1  Q.  Is 12-9 one page of a -- or, sorry, of an original Arabic

 2  writing?

 3  A.  So --

 4  Q.  You can look on the screen.

 5  A.  -- when I see here is -- would be 12-9A when I -- would be

 6  the translation of this.

 7  Q.  Okay.

 8  A.  Yes, I see it here.

 9          MS. MOHSIN:  Can you publish 12-9A.

10  BY MS. MOHSIN:

11  Q.  Is the image at 12-9A two pages of a written notebook?

12  A.  Yes.

13  Q.  Did you translate those two pages?

14  A.  Yes.

15          MS. MOHSIN:  Can you go to page 2 of this exhibit.

16  BY MS. MOHSIN:

17  Q.  Looking at page 2 of this exhibit, is this part of your

18  translation?

19  A.  Yes.

20          MS. MOHSIN:  And go to page 3, please.

21  BY MS. MOHSIN:

22  Q.  Is this the other part of your translation for the exhibit

23  at 12-9A, the original?

24  A.  Yes.

25  Q.  Okay.

1          MS. MOHSIN:  Can you go back to the first page,
2    please.
3    BY MS. MOHSIN:
4    Q.  Okay.  So there are two pages, and you have translated them
5    in this document at -- at pages 2 and 3?
6    A.  Yes.
7    Q.  Okay.  Finally, I would like to direct your attention to
8    17-29.
9          Do you recognize this particular exhibit as one that
10   you were presented with to translate?
11   A.  Yes.
12   Q.  Do you recognize the individual whose photo is displayed?
13   A.  Yeah, this is the former head of ISIS at some point, and
14   his name is stated here as al-Baghdadi.
15   Q.  And you provided a translation at 17-29A.
16         MS. MOHSIN:  Could you please publish that exhibit.
17   BY MS. MOHSIN:
18   Q.  Is this the translation of the earlier page, 17-29?
19   A.  Yes.
20   Q.  Okay.  And it indicates that this is al-Baghdadi on the
21   left part of the translation, correct?
22   A.  Yes.
23         MS. MOHSIN:  Okay.  Thank you.
24   BY MS. MOHSIN:
25   Q.  Now, there were, we talked about on Friday, English

26

1    recordings or materials in the English language that had

2    certain Arabic words contained within them; is that right?

3    A.   Right.

4    Q.   And you examined those, and in some instances we've

5    admitted some of the exhibits, like the PowerPoints, et cetera,

6    where you translated some of those words; is that correct?

7    A.   Yes.

8    Q.   Now, have you had an opportunity to see Government's

9    Proposed Exhibit 9-18, which is in the book -- at the front of

10   the book, in the sleeve?

11   A.   Yes.

12   Q.   If you would take a moment to look at that exhibit.

13   Tell -- when you've had an opportunity to review it, if you

14   would tell the members of the jury what that exhibit is.

15   A.   So this is a list of Arabic words spelled in Arabic or --

16   let me say transliterated.  That means we would write what we

17   hear.  It's not translated, it's transliterated.  And next to

18   it is some kind of a definition as to what this word might

19   mean.

20   Q.   Okay.  And are some of the words in this list common words

21   that are used commonly within Arabic?

22   A.   Yes.

23        MS. MOHSIN:  Your Honor, we would move to admit

24   Government's Proposed Exhibit 9-18 into evidence.

25        MS. BASHA:  No objection, your Honor.

```
 1              THE COURT:  Admitted.
 2       (GX 9-18 received in evidence.)
 3              MS. MOHSIN:  Thank you.
 4              Could you please publish 9-18?  Can you focus on the
 5   top half.
 6   BY MS. MOHSIN:
 7   Q.  Mr. Antoon, can you just help the jury understand what
 8   they're looking at, starting with the title headings or the
 9   column headings?
10   A.  So the -- on the left is the Arabic word, like I said,
11   transliterated, meaning written in English letters but it's
12   voiced, not translated.  And on the right-hand side is a
13   traditional definition, which always depends on the context.
14   Q.  Okay.  And so the very first word that is provided is
15   "akhi," which, according to this exhibit, means "my brother" in
16   Arabic, used to address a fellow Muslim or friend.  And it is
17   used to signify camaraderie or loyalty among members.
18   A.  Yes.
19              MS. MOHSIN:  Okay.  Can you zoom back out?
20   BY MS. MOHSIN:
21   Q.  This is a three-page exhibit, or two and a half pages, and
22   does it contain words and phrases that are used throughout this
23   case?
24   A.  Yes.
25   Q.  Okay.  I want to address your attention to -- one moment --
```

ROBERT ANTOON - DIRECT BY MS. MOHSIN

1  the word "hijrah."

2  A.   Yes.

3  Q.   Can you tell the members of the jury what that word means

4  as it is indicated in Exhibit 9-18?

5  A.   "Hijrah," by itself, the word means to -- you know,

6  migration or immigration.  And if it's used in a different

7  context, historically would mean something different in --

8  nowadays.  Based on my experience in the last 20 years with

9  translations of many, let's say, conversations or written

10  material, currently it means to leave a place and go to another

11  place.

12        And the person who does the hijrah is called Muhajir,

13  which in -- like I said, in the last 20 years it has taken on a

14  meaning of possibly going and fighting in another land.

15  Q.   Okay.  I want to direct your attention to page 2 and the

16  word "jihad."  I have the same question, if you could read the

17  traditional definition and explain.

18  A.   "Jihad," literally struggle or striving.  Traditionally it

19  can be spiritual, intellectual, or physical.  Now it is mostly

20  used by extremists to refer to armed struggle.

21  Q.   Okay.

22        MS. MOHSIN:  One moment, please.

23     (Brief pause.)

24        MS. MOHSIN:  Your Honor, I have nothing further for

25  this witness.  Thank you.

29

 1             THE COURT:  All right.  Thank you, Ms. Mohsin.

 2             MS. BASHA:  If we may have one moment, your Honor?

 3             THE COURT:  You may.

 4        (Attorney conference.)

 5             MS. BASHA:  If I may, your Honor?

 6             THE COURT:  You may.

 7                          CROSS-EXAMINATION

 8   BY MS. BASHA:

 9   Q.  Good morning, Mr. Antoon.

10   A.  Good morning.

11   Q.  Mr. Antoon, you said that about 50 percent of your work for

12   the FBI is on counterterrorism cases.

13   A.  I said over 50.

14   Q.  Over 50 percent?

15   A.  As an estimate, yes.

16   Q.  And in this case you reviewed material with religious

17   terminology?

18   A.  Yes.

19   Q.  And I believe Ms. Mohsin showed you Exhibit 9-18 that had

20   examples of that religious terminology?

21   A.  The list, yes.

22   Q.  Right.  With words like "hijrah" or "jihad"?

23   A.  Yes.

24   Q.  Do you ever review religious material, specifically Islamic

25   vocabulary, outside of terrorism cases?

1    A.  You mean review -- by "review," do you mean translate?

2    Q.  Correct.

3    A.  Yeah.  We translate, you know -- sometimes we translate

4    PowerPoints that have these words.  But I'm not sure what you

5    mean by "outside of."  It's all in the context.  I read a

6    sentence and the word is in there, and depending on the

7    context, I translate, whether it's a -- you know, Islamic or

8    it's a novel or a saying.

9    Q.  I'll try to ask it a different way.

10            You reviewed -- in your work for the FBI, when you

11   review religious vocabulary, specifically Islamic vocabulary,

12   that work is predominantly in the context of terrorism cases,

13   correct?

14   A.  Yes.

15   Q.  And your training on translating that vocabulary is -- was

16   only received through the FBI, correct?

17   A.  No.  I mean, I've been speaking the two languages for,

18   like, 60 years.  So my life experience, where I've lived, in

19   addition to the FBI training.

20   Q.  But your training and your -- your continuing education on

21   translating Arabic and specifically Islamic vocabulary was only

22   through the FBI, right?

23   A.  No.

24   Q.  I mean your formal training.

25   A.  Well, the training for the FBI, if you --

ROBERT ANTOON - REDIRECT BY MS. MOHSIN

1   Q.  If you could just answer yes or no, Mr. Antoon.

2   A.  Okay.  So, no, it's not just with the FBI.

3   Q.  Okay.  You spoke about two words in particular, like

4   "hijrah" and "jihad," right?

5   A.  Yeah.  I was asked about those.

6   Q.  You were asked about those words.

7        You don't attend a mosque, Mr. Antoon, right?

8   A.  No.

9   Q.  And so you don't know how Muslims use those words, those

10  two particular words, "hijrah" and "jihad," in the mosque or in

11  their community, right?

12  A.  I don't know how they use them in the mosque.

13       MS. BASHA:  Okay.  No further questions, your Honor.

14  Thank you.

15       THE COURT:  Thank you, Ms. Basha.

16       Any request for redirect?

17       MS. MOHSIN:  Very briefly.

18       THE COURT:  You may proceed, Ms. Mohsin.

19                    REDIRECT EXAMINATION

20  BY MS. MOHSIN:

21  Q.  Mr. Antoon, you were going to answer her question regarding

22  your training.  Could you just do so now?

23  A.  The training in the FBI, if I am going to estimate, only

24  maybe added 20 percent to my original knowledge of the English

25  language and the Arabic language.

ROBERT ANTOON - REDIRECT BY MS. MOHSIN

1          I grew up in Iraq.  I would hear the Quran on TV every

2  day.  I can recite many of the verses of the Quran because I've

3  heard them.  I've lived with people from different cultures,

4  and that's how you accumulate your knowledge about the

5  language.  It's not just training.

6  Q.  Okay.  So would it be fair to say that most of your

7  education you already acquired in Arabic before you joined the

8  FBI?

9  A.  Definitely.

10  Q.  Okay.  And were you exposed to Islam before you joined the

11  FBI?

12  A.  Definitely.

13          MS. MOHSIN:  Nothing further.

14          THE COURT:  All right.  This concludes your testimony.

15  You're excused.  You may step down.

16          THE WITNESS:  Thank you.

17      (Witness excused, 9:47 a.m.)

18          THE COURT:  And, Ms. Mohsin, are you retrieving the

19  items --

20          MS. MOHSIN:  Yes.

21          THE COURT:  -- at the witness stand?

22          Thank you.

23          And the government may call its next witness.

24          MR. SLAVIN:  Thank you, your Honor.  The government

25  calls Hassan Hassan.

1        THE COURT:  If he would approach and be sworn.

2        Good morning.  If you would come forward and pause at

3   the witness box so that you may be placed under oath.

4        THE COURT CLERK:  Good morning.  Please raise your

5   right hand.

6      (**Hassan Hassan**, sworn, 9:48 a.m.)

7        THE COURT CLERK:  Thank you.  You may be seated.

8        THE COURT:  You may proceed, Mr. Slavin.

9        MR. SLAVIN:  Thank you, your Honor.

10       And before we do, the United States is going to ask to

11  admit 15 video exhibits, which I have talked with the defense

12  and I understand they have no new objection on.  The -- I'll

13  give that list of exhibits.  It is 5-2.45, 5-2.46, 5-2.126,

14  5-2.129, 5-2.140, 5-2.152, 5-2.177, 5-2.214, 5-2.219, 5-2.221,

15  5-2.223, 5-2.238, 18-4, 18-5, and 18-6.

16       THE COURT:  Is that accurate, that there's not a

17  specific objection at this time?

18       MR. GEROMETTA:  We just renew our prior objection by

19  written motion, but that's all.  Thank you.

20       THE COURT:  Okay.  Subject to the Court's prior

21  ruling, it's admitted.

22       MR. SLAVIN:  Thank you, your Honor.

23    (GX 5-2.45, 5-2.46, 5-2.126, 5-2.129, 5-2.140, 5-2.152,

24     5-2.177, 5-2.214, 5-2.219, 5-2.221, 5-2.223, 5-2.238, and

25     18-4 - 18-6, subject to the Court's prior ruling, were

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1          received in evidence.)

2                        DIRECT EXAMINATION

3    BY MR. SLAVIN:

4    Q.  Mr. Hassan, could you please introduce yourself to the jury

5    and spell your last name.

6    A.  My name is Hassan Hassan, H-A-S-S-A-N.

7    Q.  Okay.  Mr. Hassan, what do you do?

8    A.  I work as a journalist and a researcher.

9    Q.  Who do you work for?

10   A.  Currently I work as the editor-in-chief of New Lines

11   Magazine.  It's a global affairs magazine.

12             THE COURT:  Did you say "new alliance"?

13             THE WITNESS:  New Lines Magazine.

14             THE COURT:  New Lines.  Thank you.  Go ahead.

15   BY MR. SLAVIN:

16   Q.  And what is New Lines Magazine?

17   A.  So it's an international magazine focused on reporting from

18   around the world, journalism.

19   Q.  Now, Mr. Hassan, where did you grow up?

20   A.  I grew up in Syria.

21   Q.  And did you attend school there as well?

22   A.  Yeah.  I lived pretty much most of my life there, all the

23   way until I entered -- I finished my undergraduate studies.

24   Q.  Where did you do your undergraduate studies?

25   A.  At Damascus.  University of Damascus.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   Q.   And what did you study?

2   A.   English -- English literature.

3   Q.   Did you continue your studies after that?

4   A.   Yes.

5   Q.   Where was that?

6   A.   In the United Kingdom, in England.

7   Q.   And what school was that at?

8   A.   At the University of Nottingham.

9   Q.   And what did you study?

10  A.   International relations.  I did MA in international

11  relations.

12  Q.   Have you done any studies -- any formal studying since

13  then?

14  A.   I'm currently in the process of studying in Cairo, Egypt.

15  Q.   At what institution?

16  A.   Azhar University, A-Z-A -- A-Z-H-A-R.

17  Q.   And what are you studying there?

18  A.   I'm doing Islamic studies there.

19  Q.   And how long have you been doing that?

20  A.   About a year so far.

21  Q.   After you finished your education, what did you do?

22  A.   After I finished my post-graduate studies in -- in the UK,

23  I went back to the Middle East to work in journalism.

24  Q.   Where did you go?

25  A.   So I went to the United Arab Emirates, the UAE, known as

1   the UAE.

2   Q.   Okay.  And what kind of work were you doing there?

3   A.   So I -- I went there to work full time for, at the time,

4   newly established English-language daily newspaper called The

5   National in the -- in the Emirati capital there.

6   Q.   And what -- around what year was this?

7   A.   2008.

8   Q.   And what kind of reporting did you do for them?

9   A.   So it was reporting daily news in -- inside the country and

10  in the UAE and around the Middle East, anything from crimes to

11  politics, to events, upheavals, conferences in -- in the

12  region.

13  Q.   What did you do next professionally?

14  A.   So during my work, I started doing work for think tanks in

15  the U.S., in the UK.  But I -- in 2014, I start working on a

16  book on ISIS.  And afterwards, I start working mostly for think

17  tanks and journalism.

18  Q.   What was that book called?

19  A.   It's called ISIS: Inside the Army of Terror.

20  Q.   And was it published?

21  A.   It was published in New York in 2015.

22  Q.   How did you research this book?

23  A.   I -- the main contribution of the book was that we

24  interviewed actual ISIS fighters in -- inside Syria and Iraq

25  and outside it.  Also -- but at the time, it was like active

1    fighters inside.  I -- I don't recall.  For example, many books

2    have -- have done that.  Also, we interviewed everybody

3    involved -- every person represented, whoever was involved in

4    the fight against ISIS, whether officials, fighters, people who

5    fought against ISIS, people who fought for ISIS, ideologues,

6    religious clerics, preachers, again, who preached for ISIS or

7    against ISIS, as well as tribal leaders and locals.

8    Q.   How did you interview these people?

9    A.   So two -- two ways.  One, remotely through WhatsApp calls,

10   phone calls.  It was sort of easier in 2014 before -- at -- at

11   that time.  We used -- WhatsApp was -- was an easy -- it was

12   more common.  Also, through social media, other platforms like

13   Twitter, Facebook, and so on, so forth.

14          And in late 2014, I traveled to Turkey.  And the

15   southern -- the southern parts of Turkey used to be a very

16   active frontier for ISIS and other jihadist organization who

17   still had some sort of these -- of movement in -- in the

18   southern parts of Turkey.

19   Q.   Did you also study materials that ISIS put out?

20   A.   Yes, absolutely.  That was part of my coverage of the

21   Syrian crisis.  So even before ISIS, I was following every

22   move, and it was part of my daily task to follow whatever was

23   happening in -- in Syria.  So I was studying their statements,

24   their materials, their news bulletins, their literature, their

25   propaganda, all the text that they basically put out there.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   Q.  Have you done any research on radicalization?

2   A.  Yes.

3   Q.  What kind of research?

4   A.  So I did that as part of my post-graduate studies on

5   extremism in -- in general, also specific to the Middle East.

6   Also, I studied extremist materials for research papers.  I did

7   for places like the Carnegie Endowment, for Oxford University

8   Press, which was published part of a book published by Oxford

9   in the UK.

10          And closely, like generally, I grow -- you growing up

11  in the region, that was part of the work, work you study at

12  school, for example, the history of extremism.  You get exposed

13  to kind of knowledge about what kind of -- what groups are

14  extremists and what groups aren't.

15  Q.  And since publishing your book, have you done further work

16  on ISIS and other extremist groups?

17  A.  Yeah.  That has continued to be my focus: extremism,

18  radicalization, geopolitics in the Middle East, and generally

19  international -- international reporting.

20  Q.  And do you speak Arabic?

21  A.  Yes, I do.

22  Q.  What is your fluency level in Arabic?

23  A.  Arabic is my native tongue, and English is the second

24  language.

25  Q.  So let's talk about the history of Islamic extremism.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1        Is Islamic extremism a new concept or is it an old --

2    is it old?

3    A.   It's both.  They're distinct.  So historically, they're --

4    in Islamic history have -- there have been extremist

5    organizations, even in the first generation of Islam.  But

6    modern extremism is distinct from that.  They draw on some of

7    the extremist thinking and ideas, but it has specific

8    characteristics, the modern extremism.

9    Q.   Okay.  So let's first talk about extremism, you know,

10   throughout history.

11       So -- so in kind of more ancient times, what was

12   Islamic extremism like?

13   A.   So in Islamic history, the first generation that --

14   basically after the death of Prophet Muhammad, there was --

15   there were disputes about what Islam -- how Islam should be

16   implemented.  With the third ruler after the Prophet Muhammad,

17   we started to see the emergence of a group called Kharijites,

18   or "Khawarij" in Arabic, which would be spelled

19   K-H-A-R-I-J-I-T-E-S, Kharijites.  Could be spelled in different

20   ways.

21       Those -- basically just means those who rebelled,

22   who -- who became the outsiders, the outsiders.  And those

23   people who basically rejected -- rejected the illegitimacy of

24   the fourth -- or they start basically disputing.  Like they --

25   they disputed the legitimacy of the Muslim rulers of the time.

1    And they started to adhere to specific extreme ideas,

2  like those people are no longer Muslims, the ruler, because

3  they started to accept, in their thinking, ideas that are

4  rejected by Islam.

5    So those -- that -- that became the template for --

6  for kind of extremism ideas, these who rebel, rebel against

7  rulers who think that these rulers do not implement Islam as

8  brought by the Prophet Muhammad.

9  Q.  And are you familiar with the term "Salafism"?

10 A.  Yes.  So that is part of that discussion.  So Salafism is

11 taken from the Arabic word "Salaf," S-A-L-A-F, which means

12 the -- literally the ancestors or the first -- refers to the

13 first generations of Islam.  By that, we mean the -- the time

14 of the Prophet and his companions, the people, the -- the

15 successors of those, and the successors -- basically the first

16 three generations of Islam.

17    And that's what people refer to the Salaf, usually

18 like if you take it like at face value.  But then that became

19 sort of an ideology.  Basically, people who believe that in

20 order to become a real Muslim, you have to go back to the first

21 generation.  And whatever they did, you have to do today.

22    So 7th century practices should be implemented in 21st

23 century.  That includes penal codes, like the cutting hands --

24 cutting hands -- the cutting of the hands of thieves or stoning

25 or lashing adulterers, and so on, so forth.  So those are

1    fundamentalist ideas should be implemented today.

2    Q.  You mentioned that modern extremism is different than

3    historic extremism.

4         When would you say that modern extremism began?

5    A.  So evolved over time, but I would say a clear timeline is

6    the '80s.  It started before, but with the '80s it started to

7    take a more clear violent nature, violent route.  And that

8    started with Afghanistan with the war against the Soviets.

9         So Muslim volunteers and jihadists started to go to

10   Afghanistan, and it started to be -- to have sort of a

11   political ideology in addition to what I just mentioned about

12   fundamentalism ideas.  So it start -- it started to see the

13   emergence of al'Qaida and -- and later other jihadist

14   organizations.

15        But the '70s and '80s are sort of the beginning, the

16   clear beginning for modern extremism.

17   Q.  So you used the word "jihadist."  What does that word mean?

18   A.  Again, so there -- there are a lot of terms that are

19   borrowed from Islamic text.  But once you start to see "ism,"

20   that means it's an ideology.  It's an interpretation -- it's an

21   extremist interpretation of that concept.  Most mainstream

22   Muslims don't agree with the definition of -- of what jihadism,

23   for example.  They don't agree with Salafism, mainstream Islam.

24        So jihadism also comes from the word "jihad," which

25   also is a complicated word.  It could mean anything from the

42

```
1   inner struggle to be a better person.  In -- in mainstream
2   Islam, that's called greater jihad, right?
3         And the other jihad historically -- I'm talking about
4   historically -- that word meant you basically military -- you
5   know, become part of a military fight and so-and-so.  So it
6   could be a physical fight, military fight.  And it could be --
7   it could be kind of a more...
8         But in today's context, jihad means something
9   completely different.  And jihadism means a completely
10  different thing, which is basically a political ideology to
11  enforce, through violent means and through terrorism, an
12  Islamic State.
13  Q.  So you mentioned the rise of al'Qaida in '80s Afghanistan.
14  What was the goal of al'Qaida?
15  A.  So in the '80s when Muslim fighters from across the world
16  went to Afghanistan to fight against the Godless atheists, the
17  Godless Soviets, they started to develop ideas after that that
18  once we get rid of the Soviets -- the Soviet Union and
19  Russians, so on, so forth -- we need to move to the next
20  target, the next devil essentially, which is America, the
21  United States.
22        So they wanted to use their expertise and their
23  ideologies and everything in Afghanistan and start to say the
24  next target we should not stop at Afghanistan.  Afghanistan
25  will be, you know, that's -- it's free and everything.  It's a
```

1    Muslim country.  But we need to move on to the next target,

2    which is the United States and its allies in the region.

3            So in order to establish an Islamic State, an Islamic

4    Caliphate, which we could come back to, we need to fight the

5    United States.  And we need to unite the fight its -- its

6    proxies, like the Saudi Arabia -- Saudi Arabia, Egypt, and all

7    these Arab and Muslim countries.  We need to topple them.  And

8    that's how we basically establish a Islamic State.

9    Q.  So what was different and what was new about al'Qaida's

10   form of extremism that made it different from the historic

11   extremism that you described?

12   A.  So they -- what I mentioned earlier about this

13   fundamentalist idea is to bring the 7th century ideas with

14   old -- with no context basically, bring it here and implement

15   it.  That's one pillar -- one of two pillars of what we today

16   called "Salafi-Jihadism" from which al'Qaida emerged.

17           Salafi-Jihadism, combination of two ideologies.  One

18   is, like I said, you bring Sharia, implement it today, that's

19   fundamentalism.  Like in academic terms, they use it -- like

20   it's like fundamentalist ideas, rigid ideas, extreme ideas and

21   teachings.

22           When you combine jihadism, meaning what -- what --

23   with that -- jihadism is more like a practical military

24   ideology.  Means -- means to achieve that goal through violence

25   basically, through the idea of picking up arms and making sure

1    that you fight and fight and fight until you establish those

2    ideas.

3            That combination of the two would start to make

4    what -- what al'Qaida is and what ISIS later is and what

5    Salafi-Jihadism in general, which is an umbrella that covers

6    both groups.

7            Like I said, there are three distinct features of

8    this, of this Salafi-Jihadism.  One is international terrorism.

9    Second thing is a suicide bombing.  The rest of the Muslims

10   don't believe in this, you know -- you know, mainstream Islam.

11   And the third thing is what we call "takfir," T-A-K-F-I-R.

12   Complicated a lot of words there.

13           But the takfir is mass communication -- it's mass

14   excommunication, meaning that only us on the right -- on the

15   right path as Muslims, true Muslims, meaning ISIS or al'Qaida.

16   And the rest of the Muslims, even if they pray, even if they

17   fast of -- fast as a form of worship and so on, so forth, these

18   are not true Muslims.  Only us are true Muslims.  That's the

19   third pillar of Salafi-Jihadism.

20   Q.  So I want to talk a little bit more about that.

21           So what -- according to them, what is required to be a

22   true Muslim?

23   A.  It's -- so they have a set of ideas.  Without them, you

24   cannot be a true Muslim.  At the most basic level, basically

25   you have to involve politics in who you are as a Muslim.  You

 1   can't be a Muslim without that political ideology.  And then

 2   you start to get into the specifics of what that means, for

 3   example.

 4          Again, there's a word that mainstream Muslims would

 5   use, monotheism.  You know, Islam, Christianity, as -- as

 6   religions, they believe that they are monotheistic religions,

 7   means they believe in God.  At the most -- the normal,

 8   mainstream, basic level, that's -- that's a part of Islam,

 9   you're monotheist.  We -- we Muslims believe that.  We believe

10   in one God and only one God.  We do not associate with God any

11   other deity.

12          So for them, monotheism is -- is a pillar of their

13   ideology, but monotheism to them means completely different.

14   It's a political ideology, meaning -- what that means

15   basically, they believe that to be a true monotheistic, you

16   know, mono -- like a monotheistic person or person who believes

17   in monotheism, you have to abandon anything that defies God.

18          To them what defies God, the international system.

19   But -- for example, the United States and the international

20   order.  That's, to them, they call it a deity.  It's -- it's

21   like a god.  And they believe that the NATO is a deity.  The

22   political system in Saudi Arabia, elsewhere, these are deities

23   that people worship other than God.  They -- they submit to it.

24   They don't submit to God; they submit to these orders.  Now,

25   that's a very radical extremist ideas -- idea.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1          So for them, that's when it becomes -- like in order

2     to be a true Muslim, by extension that takes -- there's a whole

3     chain of things that you have to follow in order to be Muslim.

4          So, for example, if you are a Muslim who works as part

5     of the police or the mil -- or the courts that are -- don't --

6     they're not Sharia courts, then you violate the concept of

7     monotheism.  So monotheism is a very extreme -- they have a

8     very extreme interpretation of what monotheism is, to the

9     degree that it's unrecognizable to mainstream Islam.

10    Q.  There's another word you used that I want to get back to,

11    which is "Caliphate."  Can you explain what a Caliphate is?

12    A.  So Caliphate, or Caliphate, comes from the word "Caliph,"

13    C-A-L-I-P-H, Arabic for "the successor," the -- the ruler who

14    comes after Prophet Muhammad.

15         So after the death of Prophet Muhammad, the person who

16    followed him to rule the new, nascent Muslim community in

17    Medina and Mecca was called the Caliph.  Means basically the

18    Caliph of the Prophet, the successor of Prophet Muhammad.  And

19    then the person who came after him sought to be called the

20    Caliph of the Caliph or the successor of the successor.

21         When it became harder, because with the third, it

22    becomes harder to say "the successor of the successor," the

23    second one changed the name.  So their reference became the

24    Commander of the Faithful, Amir al-Moaminin.  A-M-I-R, and then

25    second word, A-L, and then a third one, M-O-A-M-I-N-I-N.  Could

1    be a different spell -- spelled differently.

2          So the system became later a reference to any rule

3    that -- you know, where Muslims live under.  Later became more

4    rigid.  So Caliphate start to become a system of governance

5    that, to extremists, for example, is a requirement for Muslims

6    to live under.  So all Muslims around the world have to live

7    under -- according to these extremist ideas, to live under a

8    system of Caliphate.

9          So Caliph became a tenet, like a pillar of

10   Salafi-Jihadism and some other organizations.

11   Q.  So how do extremist groups use that term today?

12   A.  For legitimacy.  So if you don't live under a Caliph and a

13   Caliphate, and you don't pledge allegiance to a Caliph, your

14   Islam is nullified.  To them, that's -- you know, that's a very

15   extreme -- that extreme ideology is a big part of their

16   ideology.

17         So Muslims who live in Saudi Arabia, for example, or

18   even in Afghanistan under the Taliban, these are not true

19   Muslims until they pledge allegiance to a Commander of the

20   Faithful, a Muslim who -- a Muslim in the world who has

21   legitimacy over all Muslims across the world, even in the West,

22   who live in the West.

23   Q.  And which groups currently have a Caliph?

24   A.  ISIS is the only one.

25   Q.  All right.  So speaking of ISIS, can you -- I want to talk

48

1    about the history of ISIS.

2    A.  Sorry, just to correct.  So ISIS has the Caliph.  Some

3    other people call themselves Caliph, but the one that became

4    associated with this concept, Caliph of the Caliph, today is

5    ISIS.

6    Q.  Speaking of ISIS, I want to go into the history of ISIS.

7    Where and when did ISIS start?

8    A.  So ISIS can be traced back to Iraq.  It could be -- like as

9    an ideology, can be traced further back, as I said, centuries.

10   But ISIS can be traced to its founder.  The first founder was

11   someone called Zarqawi, Z-A-R-Q-A-W-I.  He was a Jordanian

12   jihadist who had a history of fighting in Afghanistan.  He is

13   from a town called Zarqa; hence Zarqawi, from Zarqa in the

14   northern parts of Jordan.

15          So that Jordanian jihadist from Zarqa went to Iraq

16   just before the American invasion of Iraq in 2004, in

17   preparation for a fight against the Americans.  And he

18   established a small group there that, within a year, pledged

19   allegiance to al'Qaida and became al'Qaida in Iraq or also

20   known as al'Qaida in the Land of the Two Rivers, which is Iraq,

21   the Euphrates and Tigris.

22          And from there, it changed its name over time, until

23   it became Islamic State or ISIS.

24   Q.  Are you familiar with the U.S. government's designation of

25   foreign terrorist groups?

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   A.  Yes.

2   Q.  And in this time in 2004, did that group become a

3   designated terrorist organization?

4   A.  Yes, as part of al'Qaida.

5   Q.  A designated foreign terrorist organization?

6   A.  Yeah.

7         THE COURT:  We're going to go ahead and have our

8   morning break.

9         Members of the jury, you may retire to the jury room.

10  This will be about a ten-minute break.

11        THE LAW CLERK:  All rise for the jury.

12     (Whereupon the jury was excused, 10:17 a.m.)

13        THE COURT:  You may step down during this break.

14        Court is in recess for ten minutes.

15        THE COURT CLERK:  Court is in recess.

16     (Court in recess, 10:18 a.m.)

17     (Back on the record, 10:28 a.m.)

18        THE LAW CLERK:  All rise.

19        THE COURT CLERK:  The United States District Court for

20  the Eastern District of Michigan is back in session.

21        THE COURT:  We'll have the jury brought back, and the

22  witness can retake the stand.

23        THE LAW CLERK:  All rise for the jury.

24     (Whereupon the jury entered the courtroom, 10:29 a.m.)

25        THE COURT:  Members of the jury, you-all may be

USA v. NASER, 22-20504

 1    seated.

 2              Everyone in the courtroom may be seated.

 3              You may continue, Mr. Slavin.  The witness remains

 4    under oath.

 5              MR. SLAVIN:  Thank you, your Honor.

 6    BY MR. SLAVIN:

 7    Q.  Before we took a break we were talking about name changes.

 8    So what was the organization's name in 2004?

 9    A.  Al'Qaida in Iraq -- initially it was the -- you mean before

10    al'Qaida in Iraq?  It was -- it was around that same time.  So

11    it was al'Qaida in Iraq or al'Qaida in the Land of the Two

12    Rivers.

13    Q.  And did it add a name in 2006?

14    A.  Yes.

15    Q.  And --

16    A.  So in 2006 it went through two name changes.  Initially

17    when they rebranded from al'Qaida -- away from al'Qaida in Iraq

18    as a name, as an official name, they remained the same group

19    but they started to incorporate other Iraqi like-minded

20    organizations.  And in October 20 -- 2006 they called

21    themselves the Islamic State of Iraq.

22    Q.  So when these -- this organization changes names -- first

23    of all, why does it change names?

24    A.  Multiple reasons.  ISIS was more known to change its name.

25    And it did so either to claim legitimacy in Iraq -- so instead

1   of using the word "al'Qaida in Iraq," they dropped "al'Qaida"

2   and they called themselves the Islamic State of Iraq.  And the

3   reason for that is because they said, "Now we can claim

4   legitimacy over all the areas under our control in western and

5   northern Iraq."  And -- so for legitimacy.

6        Sometimes it changes its name when expands to another

7   country, as it did in Syria, when it expanded in Syria.  And --

8   or later also when it claimed that it is more than just a local

9   organization, it's a global organization.  So it called itself

10  the Islamic State later, dropping the names "Iraq" or "Syria."

11  Q.  So when the organization changes names, is it still the

12  same organization?

13  A.  Yes.  They never -- the evidence is basically they don't

14  change the leader.  The structures remain the same.  The leader

15  remains the same.  Sometimes they -- for the most part,

16  obviously.

17       So when they call themselves the Islamic State of

18  Iraq, they appointed an Iraqi leader, but it remained the same

19  group.  Al-Baghdadi changed his name twice, but he remained the

20  leader, and the structures remained the same.

21  Q.  Now I want to talk about 2011.  In 2011 who was the leader?

22  A.  Abu Bakr Baghdadi.

23  Q.  And did he do something significant in 2011?

24  A.  So in 2011 we would later known -- know, but at the time

25  they basically expanded into Iraq.  In 2 -- I'm talking about

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    2011.

2    Q.  Sorry.  Do you mean they expanded out of Iraq?

3    A.  Out of Iraq into Syria.  So we knew that when they

4    announced in January 2012 publicly that there's a group called

5    Jabhat Al Nusra, sometimes known as Nusra Group, N-U-S-R-A

6    Group, or the Jabhat Al Nusra, like J-A-B-H-A-T, A-L, that's

7    the second word, and then N-U-S-R-A.  That was, you know, a

8    branch of al'Qaida -- sorry -- Islamic State of Iraq, sometimes

9    referred as ISI.

10          So in 2011 they dispatched about a handful of their

11    Iraqi and Syrian members into Syria to establish that branch

12    inside Syria.

13    Q.  And who was the leader of the group that went to -- was

14    sent to establish that group?

15    A.  It was established by a Syrian known as Abu Muhammad Al

16    Jolani at the time.  Should I spell his name?

17    Q.  It would help.

18    A.  Oh.  A-B-U, and then -- and then Mohammed,

19    M-U-H-A-M-M-A-D -- sorry -- M-U-H-A-M-M-A-D, al Jolani, A-L and

20    then J-O-L-A-N-I.

21          And he was like the public face of this Syria --

22    Syrian organization.  And he was member of -- he had been a

23    member of Islamic State of Iraq before.

24    Q.  So who dispatched him to Syria?

25    A.  Abu Bakr Baghdadi.

1  Q.  And did he owe his allegiance to somebody?

2  A.  Yeah.  So he was, like I said, part of Islamic State of

3  Iraq.  He pledged allegiance before to Abu Bakr Baghdadi, the

4  leader of the Islamic City [sic] Iraq.  And he continued to

5  have that pledge of allegiance as he worked in Syria.

6  Q.  And then did there come a time in late 2012 that the United

7  States recognized that connection?

8  A.  Yes.  Designated formally as an alias of al'Qaida of Iraq

9  or Islamic State of Iraq.

10  Q.  Now, I want to talk about what was going on in Syria at

11  this time.  So what happened in Syria in 2011?

12  A.  So the spring of 2011, Syria was part of a wave in the

13  region that saw popular uprisings against the regimes: Tunisia,

14  Egypt, Libya, Yemen, Syria, other countries.  So Syria was part

15  of a -- Syria had a popular uprising against the president,

16  Bashar Assad at the time.  The Assad regime had ruled Syria for

17  decades.

18         So people rose up against the dictatorship.  And they,

19  as other Arabs in the region, demanded change towards

20  democracy, towards not one-man rule but, like, more

21  participation.  And that uprising grew, with time, throughout

22  2011, till it started to become armed rebellion against the

23  Assad regime.

24  Q.  And who was involved in this rebellion?

25  A.  Mostly Syrian -- local Syrians.  Mostly young Syrians who,

1   like I said, demanded change, shouted in favor of democracy and

2   representation.

3   Q.  As the conflict evolved, did it become more complicated?

4   A.  Yes.

5   Q.  How so?

6   A.  So with time, became more violent.  Like I said, initially

7   it was more like peaceful protests in the first few months, and

8   then it became a full-fledged sort of armed rebellion against

9   the Assad regime.  The Assad regime, from day one, responded in

10  basically violence, sent troops and tanks into the cities and

11  started killing anybody protesting.  That was before even they

12  carried arms against Assad regime.

13       And then you started to see groups forming in

14  different parts of the country.  For the first year or so,

15  those locals in villages, towns, cities, and across Syria were

16  operating as part of what we called Free Syrian Army, one

17  umbrella, the Free Syrian Army, FSA.

18       So that was basically like an umbrella name for all

19  the local Syrians, who mostly carried arms to protect the

20  protestors so protestors can be -- can have, like, some sort of

21  protection.  Either stop the army from coming in or securing

22  the area.  And then became obviously a rebellion.

23       With time, you started to see other groups coming in

24  and dominating.  In 2012, 2013, you started to have -- we

25  started to see dominance of Islamist and jihadist

1    organizations, unlike in the beginning.

2    Q.  So let's talk about that.  First, what is an Islamist

3    organization?

4    A.  So Islamist organizations, mostly they don't accept -- they

5    don't -- we distinguish them from the rest of the Syrians, who

6    just wanted a political change, any polit -- like political

7    change towards democratic rule or representation.

8         Islamists had a different idea, like, agenda in mind.

9    They didn't want just change of regime.  They wanted a change

10   towards establishing Islam as the center of politics.

11        So Islamism becomes a spectrum.  It could be like the

12   likes of the Muslim brotherhood, who believes that Islam has to

13   be central, has to rule, the president has to be Muslim, not

14   Christian or others, and so on.  There's a whole list of -- you

15   know, Islam has to rule the country, rather than man-made

16   rules.  That's the softer part.

17        Then Islamism can be -- you can go into jihadism.

18   Jihadism can also be called Islamists, but we usually refer to

19   Islamists as political Islam.

20   Q.  So a jihadist group and Islamist group aren't necessarily

21   the same thing?

22   A.  No.  Like in terms of -- a jihadist, like I said, is -- is

23   very specific.  So jihadist, broadly speaking, can be an

24   Islamist organization that believes in extreme violence and

25   extreme ideas that should be ruled, should be implemented in

1    society through the specific methodology, which is what they

2    call -- even they call it methodology, which is jihadism,

3    basically terrorism and so on, so forth.

4    Q.  You mentioned the Free Syrian Army.

5         What kind of group was that?

6    A.  So Free Syrian Army was, like I said, more like a

7    coalition, umbrella name, for local groups.  So in my town,

8    there will be like a group locally representing my town, for

9    example.  And they would be carrying arms and governing the

10   area and so on, so forth.  That's -- and belongs to the Free

11   Syrian Army.

12        So it's -- it's mostly representing Syrians in all --

13   it could be like really corrupt people, you know, thieves and

14   stuff like that.  It could be nice people who believe in like,

15   you know, liberal ideas and so on, so forth.  It's like

16   local -- local representation of...

17        But they believed primarily that they -- they believe

18   in the original idea of the Syrian revolution, which is get rid

19   of Assad regime.  Build a society that we all live under, like

20   coexist together, minorities and other minor -- and others.

21   People who deviate from this idea will be the exception,

22   meaning you -- you don't believe in coexistence.  You don't

23   believe that you should absorb minorities, like other -- like

24   the other minorities.  I don't want to mention names, not to

25   spell them.  Like other minorities and so on, so forth.  Those

1   who deviate from this idea, they don't accept this, then they

2   will raise their own flags.

3   Q.   And -- and Syria in general, is it a pretty diverse

4   country?

5   A.   Yes.  So Syria historically had religious minorities.  We

6   had people who speak Aramaic, for example, which is the

7   language of Jesus, still spoken.  We have Druze.  We have

8   Kurds, Arabs, Greek.  It's a diverse country because it's east

9   Mediterranean.  Historically had different empire and different

10  nationalities and ethnicities.  So it's diverse.  There's

11  Christians, Armenians, and so on, so forth.

12  Q.   Are there -- is there religious diversity as well?

13  A.   Yes, religious and ethnic diversity.

14  Q.   What kind of religious diversity is there?

15  A.   So like I said, Christians, Muslims, used to be a Jewish

16  population.  There's some still, but not a lot.  There are,

17  like I said, ancient religions like Zoroastrians, Druze.

18  Q.   And even within the Muslims in Syria, is there a religious

19  diversity?

20  A.   Yes.  Syria historically had -- the local religious

21  mainstream Sunni dominant or -- or like religion.  Sunni

22  means -- which is spelled S-U-N-N-I.  It's one of -- it's the

23  main sect of Islam.  It's similar to what we -- what we have

24  in -- like Egyptians have.  So it's a -- it's a modern -- it's

25  a moderate mainstream, you know, sect.

1          And within it, they have -- there are Sufis, these

2    people who believe in Islamic mysticism and religious, you

3    know, moderation but focused on spirituality.  Salafism, for

4    example, we talked about is present but like a small minority

5    in Syria.

6    Q.  And are there also Shia --

7    A.  This is I'm talking about within -- within the Sunni, you

8    know, rubric.  Then there are -- obviously, there is Shia, and

9    there are other Muslim sects like the Druze and the Alawites.

10   There are -- you know.

11   Q.  Okay.  So who are the -- we talked about the Free Syrian

12   Army.

13          Who were the jihadist groups in Syria at this time?

14   A.  2012?

15   Q.  Yes.

16   A.  It was al'Qaida -- and Jabhat Al Nusra is the main group,

17   yeah.  Jabhat Al Nusra is the -- they just were the Nusra

18   Front.  N-U-S-R-A is also another name for Nusra Front.

19   Q.  And this was the group that was led by Jolani?

20   A.  Yes, that's the branch of ISIS in -- in Syria.

21   Q.  Okay.  Now, you also said al'Qaida -- scratch that.  We'll

22   get back to that.

23          Did these groups recruit different kind of people?

24   A.  The FSA versus Muslim?

25   Q.  Yes.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    A.   Yes.  So FSA was typically local Syrians and nothing else
2    because they adhered specific ideas, like I said, that jihadist
3    would reject.  Jihadists would go for Nusra.  That's the main
4    distinctions in 2012.  Nusra or FSA.  The other groups, the
5    Islamists, like I said in between, they're more like who are
6    not jihadists, but like they're not also secular, so in
7    between.
8    Q.   So out of all these groups, how many of them reached out to
9    and attracted foreign fighters?
10   A.   Foreign fighters specifically, Nusra was the main -- the
11   only group at the time seeking foreign fighters and working
12   with foreign fighters.
13   Q.   So if, for example, an American showed up in Syria during
14   this time and wanted to be part of the Civil War, what groups
15   could he join?
16   A.   Typically, Nusra.
17   Q.   And if he tried to join Nusra, would he be able to?
18   A.   Yeah, under conditions.  Like they have their own
19   conditions.
20   Q.   And what would those conditions be?
21   A.   So Nusra, as all jihadist organization, they're suspicious.
22   So they don't accept everybody and anybody because they believe
23   that intelligence forces -- intelligence agencies in the
24   region, including Saudis and others, would try to infiltrate
25   them.  So they would have to trust that person somehow, has to

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    vet them or has someone else vetting that person -- knowing

2    that person.

3           So usually they -- they have something call tazkiya,

4    T-A-Z-K-I-Y-A, spelled different.  But "tazkiya" means like

5    when someone vouches for you, so it's like a letter of

6    recommendation.  So in order to join a jihadist organization,

7    typically -- especially al'Qaida, ISIS, and other groups -- you

8    have to have two people that the group knows very well vouching

9    for you.  Like I know this person.  He's trustworthy.  He's not

10   working for someone.

11   Q.  If you didn't have that, would you be able to, you know,

12   have some sort of probationary period?

13   A.  Yes.  So especially during a war -- like in -- in the

14   context of a war like Syria, they would -- they have their own

15   measures to monitor the person because there's a lot of need

16   for people to fight for them.  So there's no luxury of like

17   I -- I -- you know, if you don't have these two

18   recommendations.

19          So they're -- they're more flexible.  They allow

20   people to work with them.  But they have measures that they

21   take to make sure that this person is being watched.

22   Q.  So would you be fighting alongside them but not yet be a

23   full member?

24   A.  Yeah.  It would be integrated.  You'll go through their

25   training, religious and military training.  You'd be fighting

```
 1    for them.  You'd be preaching for them, whatever need they have

 2    for you.

 3            But, again, like I said, you're -- you're not just

 4    left to your own -- your own device, yeah.  It could be

 5    monitored and watched for a period of time.

 6    Q.  All right.  I'm going to step out of Syria for a moment but

 7    stick with this same time period in 2012.

 8            What was happening next door in Iraq at this time?

 9    A.  So Iraq was same as before.  Didn't see like the same mass

10    uprisings, but the -- the Iraqi security forces were in

11    control.  The Kurdish forces were in control of the Kurdish

12    areas.  And their ISI operates in -- or try -- you know, is

13    trying to kind of revive itself after the defeat in 27 -- 2007.

14    Q.  So I want to focus on -- on a few specific cities.

15            What was -- or what would Erbil have been like in

16    2012?

17    A.  A peaceful capital of the Kurdish region.  Flourishing,

18    thriving area.

19    Q.  And just -- in very, very basic terms, what -- what is

20    "Kurdish"?  What does that mean?

21    A.  So Kurdish is an ethnic minority in the region.  It's like

22    Persians, Arabs, Kurds, Turks.

23    Q.  How about Mosul?  What would Mosul have been like in 2012?

24    A.  Mosul was under the control of the Iraqi security forces,

25    mostly Shia security forces.
```

1    Q.   And then how about the capital, Baghdad?

2    A.   Baghdad, same.  Was under the control of the Shia-dominant

3    Iraqi government.

4    Q.   So if -- if someone, and specifically a foreigner, were to

5    show up in one of these cities in 2012, would they have been

6    able to, you know, walk in and -- you know, into a recruiting

7    office and join ISI?

8    A.   No.  ISIS didn't have like a specific area they controlled.

9    So it's -- it's -- all these areas are under the -- under the

10   control of security forces, either the Kurds or the Iraqis --

11   or the Iraqi Kurds or the Iraqi Arabs.  Yeah.

12   Q.   So would -- would a jihadist showing up in those cities at

13   that time have felt welcome?

14   A.   No.

15   Q.   Now, if you wanted to travel from one of those cities to

16   Syria, would you have been able to do that?

17   A.   2012, yes, because at the time there's a flow of jihadist

18   and others from across the world, from -- through Turkey,

19   through Iraqi, through Lebanon or Jordan.

20   Q.   Would it have been easy to do if you weren't local and

21   didn't speak the language?

22   A.   Would it be easy?

23   Q.   Yes.

24   A.   Usually, typically people would connect with -- with people

25   they would know -- they know inside Syria or Iraq through

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   networks, through smugglers.  There's plenty of smug -- like

2   plenty of like entry points in those areas.

3   Q.  We're going to -- ask you quickly about a few other

4   countries at this time.

5        What was happening in Egypt at this time?

6   A.  2012?  Also, Egypt at the time in 2012 was going through

7   transition.  So in 2011, they toppled the leader there,

8   President Mubarak.  And the military took over for a period of

9   time.  And then the Muslim brotherhood won the election.  And

10  then 2013, the Muslim brotherhood was -- were toppled in a coup

11  by the military camp.

12  Q.  How about Yemen?  What's happening in Yemen at this time?

13  A.  Same thing.  They were grappling with the uprising and the

14  political upheaval.  The leader was, you know, being embattled

15  at the time, and then you have different forces trying to take

16  over.

17  Q.  Were there -- were terrorist groups pretty active in Yemen

18  at this time?

19  A.  Yeah.  Yemen was one of the areas that jihadist and

20  militants were active even before, unlike Syria of 20 -- before

21  2011.  So Iraq, Yemen, Somalia, and others had some sort of

22  militant or jihadist activities.

23  Q.  How about Jordan?

24  A.  Jordan was stable.  But no, like, massive uprisings.  But

25  they had jihadist activities like in Zarqa, like I said, in the

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1  northern parts of Jordan.

2  Q.  And, finally, what about Lebanon?

3  A.  Lebanon had, even before 2011, some activities as well,

4  jihadist and Hezbollah activities.  So, you know, Lebanon has

5  always been like different factions vying for power and -- with

6  some jihadist and Shia militant activities.

7  Q.  How about Sunni militants?  Any groups that would have

8  aligned with that?  Was that big in 2012?

9  A.  No, like major.  Like -- but they, they existed.  They

10  operated in different -- even before 2011, they operate in --

11  in the valleys and the northern parts of Lebanon.

12  Q.  I'm going to hand you a couple of exhibits to look at.

13        MR. SLAVIN:  Your Honor, may I approach?

14        THE COURT:  You may.

15  BY MR. SLAVIN:

16  Q.  Take a look at the first one there, which I believe is

17  20-13.

18  A.  Yes.

19        MR. SLAVIN:  Where did I put my list of questions?

20  Did I also hand that to you?  No, it's right here.  Okay.

21  BY MR. SLAVIN:

22  Q.  Do you recognize that?

23  A.  Yes, all of them.

24  Q.  Okay.  Have you -- have you seen that before?  And what is

25  it?

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   A.   These are pictures of jihadist leaders and preachers.

2   Q.   And have you become familiar with all of them during your

3   research?

4   A.   Yes.

5         MR. SLAVIN:  I move to admit Exhibit 20-13.

6         MR. GEROMETTA:  No objection.

7         THE COURT:  Admitted.

8      (GX 20-13 received in evidence.)

9         MR. SLAVIN:  Can we publish that, please.

10        THE COURT:  You may.

11  BY MR. SLAVIN:

12  Q.   Okay.  Can you briefly go through and -- and explain to the

13  jury who all of these six people are?

14  A.   The top left is Abu Bakr Baghdadi.  He was the leader of

15  ISIS from 2010 to his death in 2019.

16  Q.   And is this the -- the man you were talking about who

17  dispatched Al Jolani to Syria?

18  A.   Yes, in 2011, and declared himself the Caliph in the summer

19  of 2014.

20  Q.   Go on.

21  A.   And then Osama bin Laden, the leader of al'Qaida until his

22  death in 2011.  And then Abu Mohammed al-Adnani, who was the

23  former spokesperson of ISIS until his death in 2016, I believe.

24  And Abu Musab al-Zarqawi, he was the leader and the founder of

25  ISIS as we -- what we would today know as ISIS, until his death

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   in 2006.  And that Jordanian jihadist from Zarqa, Zarqawi.

2        Anwar Awlaki is an American-Yemeni jihadist preacher

3   known for his preaching for, you know, al'Qaida and other --

4   like jihadist -- jihad, in general, against the U.S. and

5   Western powers.  He was, I believe, killed in 2011 -- 2011 as

6   well.

7        Ayman al-Zawahiri, he was the successor for Osama bin

8   Laden, the person who took over al'Qaida after the death of

9   Osama bin Laden.  And he was an Egyptian jihadist who -- he was

10  always the deputy of Osama bin Laden during his life and his

11  successor after.  He was killed a few years ago.

12  Q.  So three of the -- these men you mentioned were al'Qaida,

13  and three you mentioned were ISIS; is that correct?

14  A.  Yes.

15  Q.  So at this time in 2012, what was the relationship like

16  between those two organizations?

17  A.  In 20 -- until 2014 they had been -- you can say it's the

18  same ecosystem, like the same group, the same organization,

19  same ideology.  They -- we can go into, like, the specific

20  tactics they disagreed on, but, like, they still believed in

21  the same ideology, the same thing.  So you would have someone

22  who would support both at the same time.

23  Q.  So you said until 2014.  What happened in 2014?

24  A.  So in early 20 -- I believe January 2014, Ayman

25  al-Zawahiri, the successor of Osama bin Laden, thought ISIS was

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    too extreme even for al'Qaida, that they had to disown ISIS.

2    So they publicly said, "ISIS is no longer a part of our

3    ideology and organization."

4         So he distanced himself from it, and that's when --

5    for a year before that, there was infighting between al'Qaida

6    and, you know, its ideo -- like, whatever -- whoever subscribed

7    to its ideology and ISIS, especially because of Syria.  But

8    they still tried to reconcile between these two groups for

9    about a year.  But in 2014, that was like the official breakup

10   between the two.

11   Q.  So you said Zarqawi was the one who caused this?

12   A.  No.  So Zarqawi -- yeah, so Zarqawi --

13   Q.  I'm sorry.  Not Zarqawi.  Zawahiri?

14   A.  Zawahiri was the official who, like, basically declared

15   that ISIS is no longer associated with al'Qaida anywhere in any

16   way.  Zarqawi had some role in kind of creating a division

17   between the two groups before.

18   Q.  So what was it about ISIS that Zawahiri, the leader of

19   al'Qaida, did not like?

20   A.  It was their tactics were too extreme even by the standards

21   of al'Qaida.  So al'Qaida -- sorry -- ISIS, unlike al'Qaida --

22   or not unlike.  Let me rephrase.

23        So ISIS was known more for specific savage tactics

24   that al'Qaida may do, but they would hide -- they would

25   distance themselves.  They wouldn't publicly advertise that

1    they beheaded a person, for example.  Sorry for the language.

2         But for ISIS, a big part of its ideology is to

3    advertise that they're violent and savage, because they thought

4    this is the way to -- because they're small numbers, they can

5    deter Muslims and stop them from fighting them.  They say, "We

6    basically win by terror."  That win by terror is a big part of

7    their strategy.

8         So they also -- ISIS goes much further than al'Qaida

9    and would declare that these tactics can be applied to Muslims

10   as well.  So ISIS, unlike al'Qaida, would bomb -- like, blow up

11   mosques -- Muslim mosques, not Shia like -- not just Shia but

12   Sunni, meaning their own sect, people who believe in,

13   supposedly, the same sort of sect, Sunni Islam.  They say it's

14   okay to go to Saudi Arabia, in Mecca, and blow up a mosque.

15        Al'Qaida obviously would try to win more and more

16   Muslims, even the extremist organization, by basically -- by

17   saying, "We believe in these things, but we're not really as

18   ISIS.  We're less extreme."

19   Q.  So you said that the split happened around 2014.  What else

20   was going on with ISIS around that time, 2014?

21   A.  So just to step -- so the -- the breaking point between --

22   the main difference between the two groups that kind of sparked

23   the differences and brought them to the fore is that they

24   disagreed over Syria.

25        So al'Qaida and the Syrian part of ISIS were saying,

1    "Let's continue to operate secretly, like, as a Syrian group

2    and not be part of ISIS in Iraq."  And Baghdadi said, "No, you

3    have to be part of ISIS publicly and do my own bidding and

4    everything."

5            So it was different -- it was basically disagreements

6    on what to do in Syria.  And both al'Qaida and Nusra rejected

7    Abu Bakr Baghdadi's idea -- not ideology but, like, his tactics

8    and his strategy in how to conduct the war.  So it was like a

9    war effort there.

10           So when ISIS and al'Qaida -- when ISIS and Nusra had

11   those disagreements, Al Nusra split from ISIS and said, "You

12   know what, let's do our own thing.  We're not going to be part

13   of Jabhat Al Nusra.  We can be part of al'Qaida, because both

14   of us are part of al'Qaida."  So that's -- the difference

15   happened.

16           And ISIS went in and said, "You know, we're going to

17   also declare Islamic State, meaning we become a Caliphate.  Not

18   just in Iraq and Syria, but globally."

19   Q.  What did ISIS do next?

20   A.  So in the summer of 2014, they announced themselves no

21   longer the Islamic State of Iraq and Syria, ISIS, but they

22   called themselves the Islamic State and declared themselves to

23   be the Caliphate.  So they said, "We're no longer just a group,

24   organization in Syria and Iraq.  We are a global Caliphate that

25   all Muslims have to, A, pledge allegiance to and adhere to its

1    rules and follow its edicts."  Like, you know, instructions and

2    so on, so forth.

3            And that's when they announced also Abu Bakr

4    al-Baghdadi to be the Caliph, the head of this organization.

5    And so by that, that meant that all Muslims anywhere in the

6    world have to pledge allegiance to this one ruler and he's the

7    only legitimate Muslim ruler in the entire world.

8    Q.   I'm going to ask you about al-Jaloni, who we talked about.

9    What did he do?

10   A.   In 2014?

11   Q.   Yes.

12   A.   So after that divergence, so after he split from ISIS, he

13   became part of al'Qaida officially, like publicly part of

14   al'Qaida.  So he started to see ISIS, al'Qaida, and the other

15   Syrian groups.  These are the three sort of main components of

16   the Syrian rebellion at the time.

17           And Jaloni started to emphasize working with other

18   Syrians.  You know, obviously they rejected their ways, but

19   they still tried to kind of work with the Syrians.  And ISIS,

20   you know -- they rejected ISIS, and they wanted to stay out of

21   that kind of ISIS tactics.

22   Q.   So what was the view after this of al-Jaloni within ISIS?

23   A.   So can you repeat the question?

24   Q.   How did ISIS view Jaloni after this?

25   A.   So they declared himself an apostate, meaning he's no

1    longer a true Muslim, and he's a traitor.  He betrayed

2    al-Jaloni.  Because to them, he had a bayat, B-A-Y-A-T, means

3    an oath of allegiance to Baghdadi.  And he violated that oath

4    of allegiance and he became -- to them, obviously, in their

5    ideology, that's a grave sin, to violate a pledge of

6    allegiance, that you pledge allegiance to someone and then you

7    abandon that.

8            So to them, he became worse than a traitor, betrayed

9    the cause, and he committed a grave, a grave sin.

10   Q.  So how did the world react to ISIS declaring its Caliphate

11   in 2014?

12   A.  So ISIS militarily was clearly a threat to central

13   governments in places like Iraq, neighboring countries

14   throughout the region.  So there was panic, because they were

15   taking over areas in both Iraq and Syria very rapidly.  Within

16   a few months they took over one-third of Iraq territorially and

17   almost half of Syria territorially.

18           So they became like, you know, massive, kind of a

19   substantial region in that -- so that alarmed regional

20   countries and also the United States and Western powers,

21   because they also started to call for terrorist attacks in the

22   streets of Paris and elsewhere.

23           And obviously their tactics, like beheading, they also

24   enslaved the Yazidis in Iraq.  Basically they went into Yazidi

25   towns and villages and they killed the men and they kidnapped

1    the women and enslaved them and became basically their own --

2    they restored slavery officially.  They start writing about

3    that their slavery is back.  And that obviously violates

4    every of the, you know, political -- like the regional order

5    and the international order.

6    Q.  Now, throughout its time did ISIS call for like-minded

7    people to come travel to join them?

8    A.  Yes.  So right after, you know -- actually, during their

9    announcement of the Caliphate in June and July 2014, they

10   called on all Muslims to come -- to come to Iraq and Syria and

11   build this nascent Caliphate.

12        So they said, "We have now a Caliphate.  We now have a

13   Muslim leader, legitimate, Abu Bakr al-Baghdadi.  Come and help

14   us build this Caliphate."  Because at the time, like I said,

15   they were minority, like small group.  But, you know, they took

16   over all these areas because of the, you know, savagery and

17   everything.

18        And they wanted everyone from, like, engineers,

19   doctors, media people, fighters, anybody to come to join their

20   cause in Iraq and Syria to kind of build this Caliphate.

21   Q.  Is there a specific term that they used for this?

22   A.  Yeah.  "Hijrah" is the term they use, H-I-J-R-A-H.  It's

23   basically immigration, like basically -- it's a very specific

24   word that means leave everything and come.  You know, uproot

25   yourself and come here, live under the Caliphate, because this

73

1   is the true -- true community of true Muslims.

2   Q.  Now, you said that they made this call for hijrah when they

3   declared their Caliphate.  In the previous years before this,

4   was it also, you know, a part of their strategy?

5   A.  They would welcome people to go to -- you know, to them,

6   encourage people to come to Iraq and Syria.  And same thing in

7   Yemen.  But that global call was not in line with -- because

8   like I said, they were mostly in Iraq and then they became Iraq

9   and Syria.  But when they said, "We are global," that's when

10  they wanted everyone to come and build and then help.  So they

11  wanted everybody to go on hijrah.

12          They -- like I said before, there was always this

13  call, like, "Come join us here and there," but as local

14  fighters, you know, fighting locally.

15  Q.  So would they encourage people to do hijrah back in 2011,

16  2012 as well?

17  A.  No, the call was mostly -- that call for hijrah, to come to

18  Syria and Iraq and join the Caliphate, was in 2014.

19  Q.  Is that term common in mainstream Islam as well or is it

20  more common in extremist groups, in your research?

21  A.  In extremist groups.  So "hijrah," that word, immigration,

22  has two meaning, two different.  One meaning is historical one.

23          So when used in its historical sense, which just means

24  that at some point when the Prophet Muhammad and his small

25  community of believers in Mecca were persecuted and chased and

1    tortured, he decided to go and leave Mecca, his homeland, and

2    go to Medina, next door, and live there.  That act, just the

3    effect, is called hijrah.  He migrated from one place to

4    another.  That historical meaning is just, you know, limited to

5    that.  So it's a historical thing.

6          But in the way -- the meaning that extremists use is

7    completely different one.  Meaning they apply -- they give it a

8    different, new meaning, which is "you do hijrah" means you

9    believe that you live in a rotten society, that none of it is

10   acceptable, even if it's a Muslim community, and then you have

11   to do hijrah to be among a community of true believers.

12         That is a new concept, that even in mainstream Islam

13   they talk about it as a sign of extremism, as a core part of --

14   a pillar of extremism, modern extremism; so much so that there

15   was a group in Egypt in the '70s, I believe, was called after

16   this name, basically excommunication and immigration.

17         Because that's the two pillars they believe -- they

18   believe that the Muslims around them are not Muslims, they're

19   Kaffir, K-A-F-F-I-R -- I-R, meaning they all apostates or

20   infidels, they're not true Muslims.  And by extension, that

21   means you have to leave them and migrate somewhere else.  So

22   it's a pillar of extremism.

23   Q.  So you said that dates back to even the '70s?

24   A.  Yeah.  Like -- I don't want to give, like -- but around the

25   '60s or the '70s.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   Q.  And would -- you know, the jihadists coming to Afghanistan,

2   for example, fighting against the Soviet Union, would that have

3   been considered hijrah as well?

4   A.  Yeah, if they take their families and go and live there,

5   yes.

6   Q.  And would it also be the same in 2012 Syria?

7   A.  Yes, to go and fight, because there was a process of

8   establishing the Islamic State.

9   Q.  Now, did there come a time where ISIS declared an

10  alternative, something else you could do if you can't do

11  hijrah?

12  A.  So later, when it became harder for ISIS to observe --

13  because they were being defeated in part of Iraq and Syria,

14  militarily, so their territory started to shrink.  And when

15  their territory started to shrink, they started to change their

16  ideology a little bit, for practical reasons.

17         So you don't need to come to Syria, Iraq.  You can do

18  jihad where you are.  You -- so they started to emphasize more

19  that aspect of stay where you are and do what you can in terms

20  of carrying out terrorist attacks.

21  Q.  And how did ISIS instruct its followers to commit jihad

22  where they are?

23  A.  So there was a call, for example, by -- one of the main

24  ones was by the spokesperson -- the former spokesperson of

25  ISIS.  It was in the picture.  Basically saying, "You can help

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   further ISIS by staying where you are and carrying out any

2   attack you can carry."  That could be blowing up things, could

3   be stabbing people, could be ramming people in cars.

4       And he said -- I remember, for example, he said, "The

5   least you can do -- you run out of options, even spitting in

6   infidel's face, that serves our purpose."

7       So they wanted to mobilize Muslims if they are -- if

8   they can't come in Syria, Iraq, or to any of their branches,

9   they -- they need to do something just to kind of show that,

10  you know...

11      Because they believe that the fight is not just by

12  establishing an Islamic State, but also what they call a war

13  for attrition.  And there's a whole literature for how they do

14  it.  Meaning as long as your enemies are busy fighting you,

15  that's part of the process because you depleting them, you're

16  draining their resources, you make them hesitate next time

17  you -- you establish a Islamic State to come and fight you.

18      So that process is -- is a -- you know, the insurgency

19  process is part of it.  So any -- any attack, do it on your --

20  do it yourself.  That's a term that came to be known among

21  academics as lone wolf, meaning -- meaning you don't have -- if

22  you run out of options and you can do it, you know, like do it

23  yourself essentially.

24      And that person becomes entrepreneurial think and --

25  and do something in the name of ISIS, even if you don't

1    coordinate directly with ISIS, you don't have any direct

2    communication with -- with ISIS or its representatives, as long

3    as you can do something that serves the purpose of ISIS.

4    Q.   So you said this call came from ISIS's former spokesperson.

5            Is that the man you identified as al-Adnani?

6    A.   Yes.

7    Q.   Okay.  And why did you call him the "former spokesperson"?

8    A.   Because he was killed in 2016.

9    Q.   Okay.  Were there any specific directions that someone had

10   to follow to -- to commit one of these attacks for ISIS?

11   A.   So the -- the ideal scenario for ISIS, in terms of carrying

12   out attacks, the ideal scenario is ISIS would coordinate with

13   someone.  They maximize the effect of a -- of an attack.

14   Coordination with multiple, obviously that's an ideal.

15           But if they run out of options and you -- you can,

16   like, send somehow a pledge of allegiance to indicate that this

17   person who carried out the attack is actually indeed an ISIS

18   person, they would do that.

19           If they can't, ISIS says, "Don't worry about these

20   things.  Don't worry about the -- like the formalities of it.

21   As long as you are doing what we're instructing you to do,

22   which is do something against the enemy so the enemy continues

23   to be busy in this fight and be -- serve this idea of war of

24   attrition."  I don't know if that answers the question.

25           But basically any -- any -- the ideal scenario is

1  coordination or signaling that this person is an ISIS person.

2  But if the only option is to do it silently, complete

3  discreetly without having send in any sort of communication,

4  then that still counts as part of ISIS attack.

5  Q.  So, you know, there is sometimes a conception that ISIS

6  will claim any terrorist attack as its own.  Is that conception

7  true?

8  A.  That's not true, no.  Any observer usually, like, there

9  might be, like, by mistake one or two exceptions.  But ISIS

10 historically developed this habit -- academics and others would

11 acknowledge -- that they only claim attacks they -- they

12 carried.  And if they don't claim it, then most likely it's not

13 their -- their operation.  Or maybe they didn't know the person

14 was part of them.

15 Q.  So what would -- what kind of things would ISIS consider to

16 claim an attack?

17 A.  That person coordinated with someone who is associated with

18 ISIS.  So it could be individual linked to ISIS.  ISIS would

19 tip them off that this person was actually part of ISIS.  Or

20 the person has written indications that the person was a --

21 like believed in the ideology of ISIS.

22       They would follow their materials and only their

23 materials or their materials like -- they consumed their

24 literature and then carry out the attack.  Then that's a --

25 that's an ISIS person because he -- he had respect for Abu Bakr

```
1    al-Baghdadi.  He believed in their ideology.  He followed
2    their -- their -- it's pretty easy to kind of establish that
3    person.
4    Q.  And when ISIS claimed these attacks, did they refer to the
5    people who committed them in any specific way?
6    A.  Yes.  So that's also part of the news.  Like when we cover
7    the news, academics who are close observers of ISIS, if there's
8    specific language that ISIS, that ISIS uses, for example, the
9    "Son of the Caliphate" or the "Soldier of the Caliphate" or the
10   "Soldier of the State," there are different variations.
11          Basically, that means the person belonged and pledged
12   allegiance to ISIS.  So when they say a person is a Soldier of
13   the Caliphate, then that's -- that's an ISIS person.
14   Q.  All right.  I'm going to ask you to turn to the next piece
15   of paper that I gave you, which is exhibits 20-14.
16          Are you familiar with that?
17   A.  Yes.
18   Q.  And what is it?
19   A.  So these are logos or flags belonging to different
20   organizations.
21   Q.  And what --
22   A.  So the top left is --
23   Q.  We'll get to that in a second, but are you familiar with
24   all of these organizations from your research and your work?
25   A.  Yes.  Yes, absolutely.
```

1          MR. SLAVIN:  I'm going to move for the admission of

2    Exhibit 20-14 at this time.

3          THE COURT:  Any objection?

4          MR. GEROMETTA:  No objection.  I'm sorry.

5          THE COURT:  Admitted.

6      (GX 20-14 received in evidence.)

7          MR. SLAVIN:  Bring it up, please.

8    BY MR. SLAVIN:

9    Q.  So can you please go through and explain what all of these

10   are?

11   A.  From top left, Sahab is basically -- it's, it's an ISIS --

12   it's an al'Qaida publication -- media publication that releases

13   videos and other materials from al'Qaida.  Al-Furqan is the

14   second one, is the central ISIS media outlet.  So ISIS uses

15   different publications.  But the main one that comes right from

16   the central -- central Caliphate or the central organization is

17   the Furqan, the second one.

18          And then Malahem Media is published in Yemen, al'Qaida

19   in Yemen or Al'Qaida in the Arabian Peninsula, AQAP, A-Q-A-P.

20          And then the ISIS flag that was adopted in Iraq and

21   since then.

22          And then the Free Syrian Army, this is the umbrella

23   group -- umbrella organization for local Syrian fighters.  And,

24   they have a flag that is adopted today, for example, in Syria.

25   It's hugely distinct -- distinguished from Islamists or

1    jihadist flags.

2           And then Jabhat Al Nusra, Al Nusra group, Al Nusra

3    Front, that's their flag for a long time, yeah.

4    Q.  So both the ISIS flag and the Al Nusra flag on this picture

5    are black; is that right?

6    A.  Yes.

7    Q.  Does the black flag have any special significance to these

8    extremist groups?

9    A.  Yeah.  It's part of what we call Islamic eschatology or the

10   latter days, like prophecies of the end of times.  You know, a

11   lot of religions have end-of-times kind of prophecies.

12          So a specific -- in mainstream Islam, they don't --

13   they try to avoid this kind of prophecies and stuff like that.

14   They -- they think it's -- you know, it's only like for kind of

15   extremist-minded people who busy themselves with these things.

16          But -- so they're part of the traditions.  But mostly

17   people who lead -- you know, they have that, you know,

18   tendency, extremist tendency to kind of think too much about

19   it, obsess with those things.

20          And part of these traditions that -- is something

21   called the -- the black banners.  The black banners prophesy by

22   supposedly Islamist traditions that there will come a day

23   towards the end of times that the black flags were marked from

24   Khorassan, which is a region that today refers to Pakistan,

25   Afghanistan.  K-H-O-R-A-S-S-A-N.

1          So, you know, they think that after Afghanistan, the

2     black banners started to march and increase and grow in the --

3     in the region.  So it started to be adopted by mostly

4     extremists organizations, but typically ISIS and al'Qaida.

5     Q.  So these -- some of these other symbols are symbols of ISIS

6     and al'Qaida media organizations.

7          How do these groups use these media organizations?

8     A.  So it's -- this is a way -- so for their followers, they

9     know where to find the materials produced by these

10    organizations.  So they -- these outlets would coordinate with

11    a group -- al'Qaida, ISIS, or others -- and would receive

12    videos or materials, news bulletins, anything, or even like a

13    clip stamp, you know, created by -- by someone.  And they would

14    publish it on -- online.

15         So either, you know, historically used to be part of

16    like a -- internet forums in the early 2000s; later on social

17    media:  YouTube, Twitter, and Facebook and other -- other apps.

18              MR. SLAVIN:  Your Honor, may I approach?

19              THE COURT:  You may.

20    BY MR. SLAVIN:

21    Q.  I'm going to hand you two more exhibits now, 9-14 and 9-11.

22    Let's start with the one you're holding now.

23         Do you recognize it?

24    A.  Yeah.  It's the cover of the magazine Dabiq, ISIS

25    publication.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1  Q.  In --

2  A.  In -- it was a language -- it was an English-language

3  publication that ISIS produces, like a magazine feature and

4  content by ISIS.

5  Q.  Okay.  Is that marked 9-11 exhibit?  Or 9-14?  I may

6  have --

7  A.  14, 14.  Yeah.

8  Q.  I got them backwards.  I apologize.  9-14.

9       Okay.  And can you explain:  Why did ISIS begin

10  putting out this magazine?

11  A.  So after the establishment of the Caliphate in 2014, they

12  wanted to appeal to English-speaking Muslims and fighters.

13  But, you know, followers mostly.  And they started to publish

14  this magazine to feature their propaganda, their essentially

15  best materials, quote, unquote.

16       So any, like, biographies, could be like statements,

17  could be essays by their leaders, propaganda materials,

18  anything like, including gore violence, beheadings, and so on,

19  so forth.  So it was -- it was basically publishing their

20  materials in print.

21  Q.  And what -- what does the title of it mean, "Dabiq"?

22  A.  So Dabiq is the name of a small town in northern Syria,

23  Aleppo.  It's a small town.  But the indications --

24  significance of this is that it's also another town mentioned

25  in that -- you know, end-of-times sort of prophecies.  And it

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    was supposed to be a site for the battle between two armies:

2    the Muslim army and the Christian army.  And there would be an

3    epic battle between the two in the town of Dabiq.

4         And this was quoted -- was mentioned also by the

5    founder of ISIS.  In fact, they always feature it as the first

6    after -- in the -- in the beginning.  It would be the founder

7    of ISIS would say, "The spark has been lit here in Iraq," at

8    the time -- during the war in Iraq, and "its heat will continue

9    to intensify by Allah's permission until it burns the Crusader

10   armies in Dabiq," in northern Syria.

11        So when ISIS expanded to Syria and took over Dabiq,

12   they thought, oh, this is a fulfillment of, A, Zarqawi's

13   prophecy, but also the end-of-time prophecies in Islamic

14   traditions.  So they intentionally -- one of the first towns

15   they took was Dabiq because they wanted to sort of have that

16   association with their -- with the prophecy.

17        And when the fight came to Dabiq, they -- they lost it

18   very quickly.  Syrians would joke that -- not joke but like

19   actually report that when they fled the town, they took the

20   sign of Dabiq and took it with them because they said "Dabiq

21   will stay with us."

22        MR. SLAVIN:  I'm going to move at this time to admit

23   Exhibit 9-14.

24        MR. GEROMETTA:  No objection.

25        THE COURT:  Admitted.

```
 1          (GX #9-14 received in evidence.)
 2             MR. SLAVIN:  Ms. McDonald, would you put up the first
 3   page, please, the visual scanned-in version of that.  No,
 4   sorry, the cover page.  That's what I meant.
 5   BY MR. SLAVIN:
 6   Q.  Okay.  And what issue is this?
 7   A.  This is issue 5.
 8             MR. SLAVIN:  If we could turn to page 36, please, of
 9   that magazine.
10   BY MR. SLAVIN:
11   Q.  Okay.  Do you recognize this?
12   A.  I recognize the person, yeah, on the --
13   Q.  Who is the person who is pictured?
14   A.  So -- so John Cantlie was one of the -- one of several
15   Western either aid -- aid workers or journalists kidnapped by
16   ISIS and kept hostage.  So they kept him as a British
17   journalist, kept as a hostage by ISIS for several years.  And
18   they used him in -- especially during the battle of Mosul in
19   2016, '17.  Sorry, 2016, they used him as a propaganda kind of
20   face.
21             So they showed him on TV, on videos, and they print
22   his message here, claiming that he's now, you know, a defender
23   of ISIS and ISIS -- and he was basically making statement
24   against the West through ISIS.
25   Q.  Could I ask you to read beginning in that cutoff paragraph
```

1  at the end of the page that begins with "It was" and continues

2  on to the next page, please?

3  A.  "It was Shaykh Abu Mohammad al-Adnani's call for action --

4  or to action for Muslims, whenever they were, to rise up and

5  fight the enemies of the Islamic State that brought almost

6  instant reaction from around the world."

7  Q.  Who is this referring to?  Who is Shaykh Abu Mohammad

8  al-Adnani?

9  A.  That's the former spokesperson of ISIS that I mentioned was

10  killed in 2016.

11  Q.  Can you please continue?

12  A.  "'Do not let this battle pass by -- pass you by whenever --

13  whatever you may be,' commanded the Shaykh."

14  Q.  And please continue to the next paragraph.

15  A.  "'You must strike the soldiers, patrons, and the troops of

16  the tawaghit.'"

17  Q.  And what does that word mean?

18  A.  "Tawaghit" means basically like what I mentioned earlier,

19  the deities, the people -- non -- deities beyond God.  So

20  anything -- it's like basically a reference to the rulers and

21  whoever worked for rulers around the world.

22          So it could be -- they mentioned -- Obama was a

23  tawaghit, for example.  The Saudi king was a tawaghit.  The

24  religious clerics in Saudi Arabia and Muslims are all tawaghit.

25  So any establishment, essentially, that they think is not

1    ruling by God's rule is a tawaghit.

2    Q.  Can you please continuing reading?

3    A.  "'Strike their police'" -- so I mentioned earlier --

4    "'security, intelligence members.  If you kill a disbelieving

5    American or European, especially the spiteful and filthy French

6    or an Australian or Canadian or any other disbeliever from the

7    disbelievers waging war against the Islamic State, then rely

8    upon Allah and kill him in any manner or way however it may

9    be.'"

10          "And so it began.  Just days later, chaos erupted

11   around the world."

12   Q.  Okay.  And on the next page, if you can please read the top

13   right paragraph, starting with "The significance."

14   A.  "The significance of these attacks and others is enormous

15   and cannot be underestimated.  By calling on Muslims around the

16   world to rise up in arms, the Shaykh launched attacks in

17   Canada, America, and Australia, three of the countries

18   mentioned in his speech, with nothing more than words and a

19   shared belief in the act of worship that's jihad."

20   Q.  And the "sheikh" in this paragraph, does that refer to

21   al-Adnani?

22   A.  Al-Adnani, yeah, the spokesperson.

23   Q.  Please continue.

24   A.  "A general in a conventional army could not possibly hope

25   to have such power over men he had never met on the other side

1  of the world, ordering them to attack and possibly be killed,

2  even if he -- even if he offered them money.  The NYPD officers

3  in New York were fortunate they were attacked with a hatchet

4  and not a gun.  Otherwise, the outcome could have been even

5  more serious."

6  Q.  Okay.  And then if we turn to next page.  Can you just read

7  that, in the third paragraph, starting with the word "Spurred

8  on"?

9  A.  "Spurred on by the continual American intervention, the

10  sphere of influence of the Islamic State has expanded to such a

11  degree that they can now order attacks on U.S. soil by complete

12  strangers via word alone."

13  Q.  Stop there.  So is this what you were referring to in your

14  testimony?

15  A.  Exactly, yeah.

16  Q.  So what does it mean when you say "attacks by complete

17  strangers via word alone"?

18  A.  So part of what -- the success that ISIS claimed, that it

19  held that sort of power over Muslims and their ability to

20  mobilize followers to conduct attacks in its name, even without

21  coordination.

22        So just by the sheer -- or the mere fact -- the mere

23  act of saying "Attack the infidels" or "Carry out attacks where

24  you are," they had people who listened and heeded their call

25  and carried out terrorist attacks in their name, without even

HASSAN HASSAN – DIRECT BY MR. SLAVIN

1   coordinating with -- or communicating with ISIS.

2   Q.  And this call that we've just read, is it pretty common in

3   ISIS propaganda?

4   A.  Yeah, absolutely.  It was -- it was a call that was well

5   publicized for everybody, especially as ISIS started to lose

6   ground in Iraq and Syria.

7        MR. SLAVIN:  Okay.  Take that down.

8   BY MR. SLAVIN:

9   Q.  I'm going to ask you to turn to the other exhibit I handed

10  you, which is 9-11.  Do you recognize this?

11  A.  Yeah.  That's another publication for English-speaking

12  followers of ISIS.  It was actually -- after they lost Dabiq,

13  they discontinued that and started Rumiyah, which is this

14  publication.

15  Q.  And have you seen this before in your work?

16  A.  Yeah, of course.

17       MR. SLAVIN:  Move to admit Exhibit 9-11, please.

18       MR. GEROMETTA:  No objection.

19       THE COURT:  Admitted.

20    (GX 9-11 received in evidence.)

21       MR. SLAVIN:  Can we bring up the cover page, please.

22  BY MR. SLAVIN:

23  Q.  What does "Rumiyah" mean?

24  A.  Simply speaking, it refers to Rome, basically Christendom.

25  Q.  "Rome," meaning the city of Rome in Italy?

1   A.   Exactly.  Reference to -- because historically the

2   Byzantine Empire represented all Christian -- Christendom,

3   yeah.

4   Q.   So why did -- what was the purpose of this magazine?

5   A.   That continued from there basically featuring ISIS

6   propaganda directed at English-speaking followers.

7   Q.   And is this the first issue of this magazine?

8   A.   Yes.

9   Q.   Why put out magazines in English instead of just Arabic?

10  A.   Because they wanted to appeal to everybody, people who

11  spoke Arab, who spoke English.  But they think because English

12  was dominant language, that they invested in English to do

13  propaganda.

14  Q.   Okay.  And do you recognize the person on the cover?

15  A.   That's the former spokesperson of ISIS, Adnani.

16  Q.   I'm going to ask you to turn to page 36, please.  Do you

17  have it in front of you?

18  A.   Yeah.

19  Q.   Can I just ask you to read the very last paragraph of this

20  page, starting with the word "Muslims"?

21  A.   "Muslims currently living in Dar al-Kufr" --

22  Q.   What does "Dar al-Kufr" mean?

23  A.   The land of infidels.  So that contrasts with Dar al-Islam.

24  So there's Dar al-Islam, the Land of Islam, and Dar al-Kufr for

25  anything else.

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    Q.   Okay.  Continue, please.

2    A.   "Must be reminded that the blood of the disbelievers is

3    halal."

4    Q.   And can you explain what that word means?

5    A.   Permissible.

6             "And killing them is a form of worship to Allah, the

7    Lord, King, and God of mankind.  This includes the businessman

8    riding to work in a taxicab, the young adults (post-pubescent

9    'children') engaged in sports activity in the park, and the old

10   man waiting in line to buy a sandwich.

11            "Indeed, even the blood of the kafir street vendor

12   selling flowers to those passing by is permiss -- is halal to

13   shed -- and striking terror into the hearts of all disbelievers

14   is a Muslim's duty.  There's no shar'i requirement to target

15   soldiers and policemen nor judges and politicians, but all

16   kuffar who are not under the covenant of dhimmah are fair

17   game."

18   Q.   Can you explain that sentence?

19   A.   The whole thing?

20   Q.   That sentence that you just read.

21   A.   So there's no shar'i requirement to target soldiers and

22   policemen nor judges and politicians, basically saying the

23   shar'i does not specify that when you say "kaffir," infidels,

24   it only applies to soldiers, policemen, judges, or politicians.

25   He's basically saying, no, it encompasses, includes all kaffir,

1    all infidels who are not under the covenant of the dhimmah,

2    meaning under the principle -- dhimmah is basically protected

3    minority within Islam.  That's a very specific -- so they have

4    specific rules.

5          So if a Christian lives under a Muslim rule, they have

6    to abide by specific things.  So unless they have this

7    covenant, meaning like a written agreement that governs how

8    they live and be governed under the Muslim rule, then if

9    they're not that, then they're fair game, then they're fair

10   game.

11   Q.  Okay.  Can you continue, please, with that last sentence?

12   A.  "How can the disbelievers ever dream of safety and security

13   while Muslims suffer anywhere in the world and while the rule

14   of God -- of Allah is mockingly replaced by manmade monstrosity

15   of democracy?"

16   Q.  So is this another example of what you -- you've testified

17   to in terms of their calls?

18   A.  Exactly.  So he's basically saying anything counts, and you

19   need to target everybody regardless of what they, you know --

20   who they are.  It could be a person walking the street, ram

21   them in the car or something.  And basically that's a very

22   extreme -- even by the standards of jihadists.

23          So here, when he says "Muslims currently living in Dar

24   al-Kufr," means anywhere in the world except under ISIS,

25   because they think only ISIS territories are the land of Islam.

1    So even outside those areas in Iraq and Syria, they are not.

2    So Turkey is a land of kufr, infidels.  Rest of Syria, rest of

3    Iraq, Saudi Arabia, other ones, these are all lands of kufr.

4    Obviously Western countries.

5            So any person carrying out any attack anywhere there,

6    that's permissible.  And that includes, by the way, Saudi

7    soldiers, security forces who are killed by ISIS sympathizers

8    in Mecca and Medina, because they were permissible.

9    Q.  And just one more thing.  Can you read the caption

10   underneath the picture, please?

11   A.  "Even the blood of a merry Crusader citizen selling flowers

12   to a passerby."

13   Q.  Does that refer to that same paragraph?

14   A.  Yeah.  So basically all civilian -- you know, they extended

15   the concept of civilians.  So just to contrast it with

16   al'Qaida, al'Qaida would say you can kill civilians as

17   collateral damage.  So if you target a military base, for

18   example, and if civilians are killed, that's fine.  That's

19   collateral damage.

20           Where ISIS says killing civilians actually sometimes

21   more preferable.  And that's another statement that he later

22   said --

23           THE COURT:  Can you redirect the microphone closer to

24   you.

25   A.  I'm sorry.  So Adnani himself later would say, in fact,

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   killing civilians is more preferable because that's more

2   deterrent, more damaging to them.  So that's -- that's where

3   ISIS even deviates from al'Qaida itself.  So even more extreme

4   than al'Qaida.

5          MR. SLAVIN:  We can go ahead and take that down.

6          If we go back to 9-14 for just a second.  Put up the

7   cover page, please.

8   BY MR. SLAVIN:

9   Q.   What is the title of this issue of the magazine?

10  A.   "Remaining and Expanding" is the main headline.

11  Q.   Does that mean something to you?

12  A.   Yeah.  That's the slogan of ISIS for -- you know, ISIS

13  since 2000 -- since the mid-2000s, they had a slogan "Remaining

14  and Expanding."  Because when ISIS was defeated briefly in

15  Iraq, they came out and said, "We're not just remaining, we're

16  going to expand."  So "Remaining and Expanding" became their

17  call.

18  Q.   So when you said ISIS -- excuse me -- when you said ISIS

19  was briefly defeated in Iraq, are you talking about 2007?

20  A.   Yes.

21         MR. SLAVIN:  We can take that down.

22  BY MR. SLAVIN:

23  Q.   Were there other ISIS media publications as well?

24  A.   Yeah, there were a few.

25  Q.   What was Naba, N-A-B-A?  Are you familiar with that?

1   A.  Yes.  It's the Arabic magazine that they would publish

2   weekly.  They still -- they continue to publish that.  It

3   basically features their news, stories, biographies, sometimes

4   like tributes, statements, editorials, basically anything

5   that's produced by ISIS week in and week out.

6   Q.  What about Furat, F-U-R-A-T?

7   A.  So that's like more local, you know, outlet.  "Furat" means

8   Euphrates River.  It refers to the river.  And for a while,

9   that's a reference to, like, a province within ISIS that

10  included parts of Iraq and Syria and the borders.

11  Q.  And then does al'Qaida have its own publications?

12  A.  Yes.

13  Q.  Is one of these called Inspire?

14  A.  Yes.  That was -- we mentioned -- yeah.  Sorry, that was

15  one -- one publication you mentioned earlier that was part of

16  Inspire.

17  Q.  Have you ever heard of a video called Flames of War?

18  A.  Yes.

19  Q.  Can you explain what that was?

20  A.  So that was one of -- one of the -- one of the videos that

21  ISIS publicized very widely in 2014.  It was basically a

22  well-produced video featuring ISIS activities in Iraq and

23  Syria.  And it was one way -- basically a way to -- with

24  messages about America and others, featuring violence, gore

25  violence and fighting, so on and so forth.  So it was a

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1   propaganda video they produced in 2014.

2          MR. SLAVIN:  Your Honor, may I approach?

3          THE COURT:  You may.

4   BY MR. SLAVIN:

5   Q.  I approach you with what is marked as Exhibit 17-96.  Do

6   you recognize this?

7   A.  Yes.

8   Q.  And what is it?

9   A.  So that's the Flames of War, the video I was talking about.

10  Q.  Okay.  The cover screen?

11  A.  Yeah, the cover screen.  Yeah.

12  Q.  And have you -- is that what you've just testified about?

13  A.  Yes.

14         MR. SLAVIN:  Move to admit Exhibit 17-96, please.

15         MR. GEROMETTA:  No objection.

16         THE COURT:  Admitted.

17     (GX 17-96 received in evidence.)

18         MR. SLAVIN:  Can we bring it up on the screen, please,

19  Ms. McDonald.

20  BY MR. SLAVIN:

21  Q.  What are we looking at?

22  A.  So this is an ISIS -- it's a video of ISIS, one of the

23  footage including -- featured in the -- in the video, an ISIS

24  fighting fighter -- a fighter fighting against the enemies of

25  ISIS with -- with an RPG.

1           MR. SLAVIN:  Go ahead and take that down.

2           May I approach the witness again?

3           THE COURT:  You may.

4    BY MR. SLAVIN:

5    Q.  Handing you Government's Exhibit 20-15.

6           Do you recognize this?

7    A.  Yes.

8    Q.  And what is it?

9    A.  He's a Muslim leader, Omar Bakri, Lebanese extremist.

10          MR. SLAVIN:  I'm going to move to admit Exhibit 20-15.

11          MR. GEROMETTA:  No objection.

12          THE COURT:  Admitted.

13      (GX 20-15 received in evidence.)

14          MR. SLAVIN:  Put it on the screen.

15   BY MR. SLAVIN:

16   Q.  You said this is -- Omar Bakri is his name?

17   A.  Yes.

18   Q.  Tell us about Mr. Bakri.

19   A.  So Omar Bakri is a Lebanese extremist.  He was jailed.  And

20   he was -- he's -- he's part of Hizb ut-Tahrir -- H-I-Z-B, Al

21   [sic], A-L, and Tahrir, T-A-H-R-I-R -- known for his kind of

22   radical views and...

23   Q.  What views is he known for specifically?

24   A.  So he -- one of the main ones is that he preaches the

25   establishment of the Caliphate.  That's a pillar of Hizb

HASSAN HASSAN - DIRECT BY MR. SLAVIN

```
 1   ut-Tahrir ideology.
 2           MR. SLAVIN:  Go ahead and take that down.
 3   BY MR. SLAVIN:
 4   Q.  Okay.  As part of your -- your work on this case, did you
 5   review a number of videos?
 6   A.  Yes.
 7   Q.  And were those videos very familiar to you?
 8   A.  Yes.
 9   Q.  How were they familiar to you?
10   A.  From my work, part of my research on ISIS has always been
11   to watch their materials; read their literature, examine it;
12   and follow their news.
13   Q.  I'm going to ask Ms. McDonald to play some of these videos.
14   I'm going to ask you some questions of each of them.
15           MR. SLAVIN:  Let's start with 5-2.45, please.
16       (Whereupon the recording was played.)
17   BY MR. SLAVIN:
18   Q.  Would you tie this video to a specific ideology or group?
19   A.  Yeah.  It has the central -- the -- like one of the footage
20   is -- features central media of ISIS, Al-Furqan, which we went
21   through earlier.  And the -- the imagery they use on the
22   fighters and, you know, the -- the prisoners tend to be related
23   like part of the ISIS propaganda.
24   Q.  Now, there's a song playing in the background of this
25   video.
```

1    A.  Yeah.

2    Q.  Is that what you call a "nasheed"?

3    A.  Yeah, nasheed usually like they -- you know, they produce

4    videos, and they usually put nasheed.  That's a poem sung by --

5    by someone as -- as part of kind of depicting the theme of the

6    video.  So the song in this one is talking about -- "I look to

7    the men, the faces of men."  He's talking about the prisoners,

8    inmates in -- jailed by the Americans and the Iraqis.  And he

9    talks about them as lions, like, you know -- like in, you know,

10   true men who would fight the -- the enemies.  And the -- he

11   talks about them as helpless at the same time, meaning like

12   nobody's saving them and rescuing them from captivity.

13   Q.  So are nasheeds important in these videos?

14   A.  Yeah.

15   Q.  You mentioned that the prisoners were being referred to as

16   lions.  Is that a common theme in this -- in their propaganda

17   as well?

18   A.  Yeah.  That's a word they use, is like to indicate bravery,

19   that they sacrifice everything.  And they're like -- they're

20   vicious like lions.  They're not cowering to the enemies.

21        MR. SLAVIN:  Let's bring that down.  Let's bring up

22   Exhibit 5-2.46, please.  .46.  46.  5-2.46.

23     (Brief pause.)

24        MR. SLAVIN:  Display it, please.

25     (Whereupon the recording was played.)

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    BY MR. SLAVIN:

2    Q.   So this video doesn't have any clips.  Is this --

3    A.   Yeah.

4    Q.   Would you see videos like this as well?

5    A.   Yes, yeah.  This is mostly the song with a -- with a

6    symbolism of jihadi fighting.

7    Q.   With a symbolism of what?  Sorry?

8    A.   If you link the words -- the words would say "jihadi."  For

9    example, it means like go and jihad, carrying out, you know,

10   mobilizing the people to go on jihad.  He is talking about

11   the -- the people should also rise up.

12            THE COURT:  You said talking about the what?

13            THE WITNESS:  Jihad.

14            MR. SLAVIN:  Just bring the microphone a little

15   closer.  Speak a little bit slower, too.

16            THE WITNESS:  Oh, sorry.  Yeah.

17            So he -- the -- the song is about -- it starts with

18   talking about jahid means do jihad essentially.  And it's about

19   mobilizing through the voice of -- of, you know, addressing one

20   person and then later addressing people.  So he's asking people

21   to mobilize in -- in favor of jihad.

22   Q.   So you've mentioned before that, you know, jihad can have

23   different meanings.

24            Is it clear what meaning it has here?

25   A.   Yeah.  It's a military -- military jihad fighting.

USA v. NASER, 22-20504

1   Q.  And -- and what -- what makes that clear to you?

2   A.  So, A, you have the gun and the symbolism -- the flag of

3   the -- the flag and the words even like, Liwa al Islam, the --

4   means the legion of Islam.  It's like usually a group.  Liwa

5   mean like basically this is the flag of Islam.  And with the --

6   with a gun and the words combined, the words are about doing

7   jihad and resisting and -- and fighting.  That's the lyrics,

8   have to go through each one.

9           MR. SLAVIN:  Okay.  We can bring this down.

10          Your Honor, is this a good time for our lunch break,

11  or should we keep going?

12          THE COURT:  It is.

13          We're going to have a 35-minute lunch break.  Members

14  of the jury, if you would go to the jury room at this time and

15  follow the instructions of my staff.  Remember not to discuss

16  any testimony or anything related to the case.

17          THE LAW CLERK:  All rise for the jury.

18      (Whereupon the jury was excused, 11:59 a.m.)

19          THE COURT:  You may step down during this break.

20  Court is in recess until 12:35.

21          THE COURT CLERK:  Court is in recess.

22      (Court in recess, 12:00 p.m.)

23      (Back on the record, 12:35 p.m.)

24          THE COURT CLERK:  All rise.  The United States

25  District Court for the Eastern District of Michigan is back in

1    session.  You may be seated.

2         THE COURT:  We are back on the record.  We'll have the

3    jury brought out.

4       (Brief pause.)

5         THE COURT:  Court will be in a brief recess.

6         THE COURT CLERK:  All rise.  Court is in recess.

7       (Court in recess, 12:37 p.m.)

8       (Back on the record, 12:38 p.m.)

9         THE COURT:  All right.  We are back on the record.

10   We'll have the jurors brought out.

11        THE LAW CLERK:  All rise for the jury.

12      (Whereupon the jury entered the courtroom, 12:38 p.m.)

13        THE COURT:  Members of the jury, you may be seated.

14        Everyone in the courtroom may be seated.

15        You may continue with direct examination.

16        And I note it's a little bit warm in here.  Again,

17   it's difficult for us to control the temperatures in the

18   building.  You're welcome to remove an outer layer as you see

19   fit.

20        Go ahead, Mr. Slavin.

21        MR. SLAVIN:  Thank you.

22   BY MR. SLAVIN:

23   Q.  Mr. Hassan, this morning, we talked about the group that an

24   American going to Syria in 2012 would join.

25        Do you remember that?

1   A.  Yes.

2   Q.  Okay.  What, what groups would be an option for an American

3   traveling to Syria in 2012?

4   A.  The Nusra -- Nusra Front.

5   Q.  And would someone like Omar Bakri be useful in someone

6   trying to go to Syria to join Nusra Front?

7   A.  Might be, yeah.

8   Q.  Did he have connections with these types of groups?

9   A.  Yes.  Yeah.  He runs in these circles, so he might have

10  connections.

11          COURT REPORTER:  Can you please speak into --

12          THE WITNESS:  Oh, yeah.

13          MR. SLAVIN:  Do you need him to repeat that?

14          COURT REPORTER:  Please.

15  BY MR. SLAVIN:

16  Q.  Can you repeat that answer, please?

17  A.  So he, as someone who believes in the, in the Caliphate, he

18  has connections and could be connecting people to fighters in

19  Syria.

20  Q.  You said he runs in those circles?

21  A.  Yes, he runs in those circles.

22  Q.  We're going to pull up -- bring up Exhibit 5-2.129.

23          Have you reviewed this video before?

24          Sorry.  That's a terrible question because it's just

25  numbers.  Okay.  And I made the mistake of touching the

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    microphone.

2          Does this video have some graphic violence around the

3    3-minute mark?

4    A.   Yes.

5    Q.   Was that common in these videos?

6    A.   Yes.

7    Q.   Why would -- what's the purpose of that graphic violence?

8    A.   This is part of the strategy of ISIS, to use extreme

9    violence and savagery and show it, as a way to weaken the

10   resolve of their enemies, and also to inspire people to be part

11   of the organization.

12   Q.   Okay.  And what specifically are we going to see around the

13   3-minute mark of this video?

14   A.   A picture of a beheading.

15   Q.   And do you know who -- it's just a brief picture after

16   beheading, right?

17   A.   Yes.

18   Q.   Okay.  And do you know who the person is?

19   A.   It was the first advertised beheading act by the founder of

20   ISIS, the jihadist from Zarqa, Jordan.  He beheaded an American

21   contractor.  I believe his name was Nick Berg or -- Burke --

22   Berg.  I -- I may have spell the first name, Nick Berg.

23          MR. SLAVIN:  Can we go ahead and play the video,

24   please.

25          THE COURT:  Go ahead.

USA v. NASER, 22-20504

105

1      (Whereupon the recording was played.)

2    BY MR. SLAVIN:

3    Q.  So before we go on, I want to talk about some of the

4    symbols we've seen already.

5           So what symbols have we -- have been -- have you even

6    in this video already?

7    A.  So as you can see, there is a flag, the black flag.  That's

8    the black flag of ISIS, associated with ISIS.  The -- and also

9    a map of countries in the region named -- the, the names they

10   use, they don't exactly use the current name.  So they use

11   "Sham," for example, for Syria.  "Arabian Peninsula" for Saudi.

12   And then they showed that the borders are -- they disappear

13   because of the flag of ISIS.

14   Q.  What's the -- what is the symbolism of that?  What is the

15   significance of the border disappearing when the flag crashes

16   down?

17   A.   Like I said, because they believe in the Caliphate, no

18   borders, everything is under the control of the Caliphate, that

19   means they don't recognize modern borders.  They don't

20   recognize the borders between Iraq and Syria.  They say these

21   are Western imposed borders.

22   Q.  And is there any significance to not using the current

23   names of these countries, but using different names?

24   A.   Also, they don't recognize the modern monikers of these

25   countries.  So Syria is a, is a modern construct for them.

```
 1    They think historically it's been called the "Sham."
 2              And, you know, some people translate the name, they,
 3    they call themselves Islamic State of Iraq and Sham rather than
 4    Syria.  Arabian Peninsula, they don't recognize Al Saud, the
 5    Saudi family --
 6        (Court Reporter requested clarification.)
 7    A.  In Saudi Arabia...because Saudi Arabia is named after a
 8    dynasty, right?  Al Saud.  So they don't recognize the name
 9    "Saudi Arabia."  They just call it the Arabian Peninsula.
10    That's the historical name of that place and so on, so forth.
11    So they, they don't recognize current and modern contemporary
12    names for many of these countries, unless they happen to also
13    be historical names.
14              MR. SLAVIN:  Please continue.
15        (Whereupon the recording was played.)
16    BY MR. SLAVIN:
17    Q.  Which group is this video about?
18    A.  Islamic State of Iraq.
19    Q.  And how do you know that?
20    A.  It's -- the name is mentioned there.  It's produced by the
21    Islamic State of Iraq with footage from the central media.
22    There is a reference to the, the words, the words in Arabic,
23    the Islamic State of Iraq.  And they sing about the Islamic
24    State.
25    Q.  Is there a nasheed in the background of this video?
```

1    A.  Yes.  Yes.

2    Q.  And what is that nasheed about?

3    A.  It stated -- it's says, "Our state is victorious."  And

4    just, you know, it's praising the lions of the, the Jihad in

5    Iraq and says "the state" as in our -- the ISIS or ISI at the

6    time -- "is victorious."

7    Q.  Did you recognize any of the people who were featured in

8    this video?

9    A.  The Zarqawi, the founder of ISIS.  Also, Abu Omar

10   al-Baghdadi, the first -- the first Baghdadi before Abu Bakr

11   Baghdadi, the, the first leader of ISI as we -- like Islamic

12   State of Iraq.  There's Osama bin Laden and other fighters.

13   Also, there is Iraqi tribal leaders and...

14   Q.  Did you see at one point in the video a fighter was holding

15   up a single finger?

16   A.  Yes.  Yeah.

17   Q.  Is that a significant symbol?

18   A.  Yeah.  In this context, it means it's a, it's a sign of

19   monotheism and -- but in that context as well in the way they

20   understand it.

21   Q.  In the way you described monotheism this morning?

22   A.  Yes.  Yeah.

23   Q.  And is that a common symbol in, in Islamic practice

24   generally?

25   A.  It's mostly used now associated with like -- with jihadists

1  in the, in the battle.  So, you know, itself in isolation of

2  everything is just, you know, it's a -- usually, it's

3  popularized by jihadists as, as an alternative to the "V," the

4  victory, means like victory.  So in the context of battles,

5  it's usually associated with jihadists.

6          Some other people use it but, but in -- with the, with

7  the context, like the, the imagery that we saw and the vibe --

8  like the imagery that we saw is associated with jihadism.

9          MR. SLAVIN:  Let's bring up 5-2.152, please.

10     (Whereupon a video was played.)

11 BY MR. SLAVIN:

12 Q.  Is this video a celebration of something?

13 A.  Yeah.  This is about the establishment of the Islamic State

14 in Iraq.  So you have a celebration, like Osama bin Laden

15 issuing congratulations and blessings of the establishment of

16 this organization in, in Iraq, the Islamic State.

17          And this is basically they, they, they are talking

18 about why they want to establish in Iraq as an Islamic State

19 and as a step towards establishing something bigger.

20 Q.  And other than Osama bin Laden, who you mentioned, did you

21 recognize other people in this video?

22 A.  His deputy at the time, Ayman al-Zawahiri and -- I forgot,

23 but like, yeah.  At least that one.  And there was another,

24 other jihadist, other jihadist leaders.

25          MR. SLAVIN:  Okay.  Let's go onto 5-2.238, please.

1          (Whereupon a video was played.)

2    BY MR. SLAVIN:

3    Q.   What is this video about?

4    A.   They -- so the beginning, they show a fighter, unnamed.

5    And the lyrics of the poem in the background talks about dying

6    as a martyr and dying alone and should be buried alone.  So

7    it's a kind of a tribute to martyrs.  And then they show black

8    flags.  And there is also mention of the establishment of the

9    Caliphate soon.

10   Q.   So the -- we, we talked a bit earlier this morning about

11   Caliphates.  Probably most people in the United States hadn't

12   heard of that term before 2014.  But was it around in these

13   organizations before that?

14   A.   Yes.

15          MR. SLAVIN:  Let's go onto 5-2.223, please.

16       (Whereupon a video was played.)

17   BY MR. SLAVIN:

18   Q.   What is this video about?

19   A.   About a person who was killed fighting jihad in Syria for,

20   like, a foreign, a foreign jihadist, so forth, in Syria.

21          There was also mention, just to kind of -- to go back

22   to earlier about the finger.  So as a part of the testimony for

23   him, like a tribute to, to him, his -- the tribute says he

24   proclaimed the, the testimony of faith and raised the finger.

25   They mean by this (demonstrating) and died as a martyr --

1    martyr.

2           Just, just to kind of reinforce the idea that the

3    finger in that context is basically a sign that they're like

4    jihadism and martyrdom.

5    Q.  Can you tell what organization this video is attached to?

6    A.  Yeah.  In the beginning of the first -- like at the

7    beginning the footage, it mentions -- it shows the Jabhat Al

8    Nusra -- the Nusra Front.

9    Q.  And you said that this man was a foreign fighter?

10   A.  So this person from like the, like the video -- he's, he's

11   like from the gulf, from like Saudi Arabia, who -- his sister

12   wrote this tribute because he died fighting for Jabhat Al Nusra

13   in Syria.

14   Q.  What was the purpose of publishing these kinds of videos?

15   A.  That's, that's part of one jihadist organization.  So if

16   someone dies, they usually either produce a tribute, a tribute

17   showing his story.  He left his country -- usually, it's the

18   same story:  He left country, left everything behind.  He went

19   to fight jihad and he died in, in -- during the fight.

20          MR. SLAVIN:  Let's go onto 5-2.219, please.  Go ahead

21   and play that.

22       (Whereupon a video was played.)

23   BY MR. SLAVIN:

24   Q.  Can you tell us what this video is about?

25   A.  So this is a message from a Saudi fighter addressed to Al

1    Saud, or they call it here "Al Salul," not the, the Saudi

2    family, just a word they use as pejorative against the Saudi

3    family, the Royal family.  And he's basically saying, "I'm,

4    I'm dying" -- it's a message written before he presumably

5    carried out a suicide attack.  So he says, "I'm dying here and

6    my, my brothers will soon be in the -- like in Saudi Arabia,"

7    essentially.

8    Q.  And you mentioned before that, you know, suicide bombing

9    was kind of unique to modern extremist groups?

10   A.  Yes.  Yeah.

11   Q.  Do videos like these, are they meant to encourage more

12   suicide bombers?

13   A.  Yes.  Exactly.  So usually with suicide operations, these

14   groups like to publicize that this person died -- died.  They

15   came.  He left his country, he left everything behind and

16   carried out an attack.  That's usually, to them, is a story of

17   sacrifice, story of being faithful to the organization, and

18   dying believing in their organization.  So this is meant to

19   be -- to inspire other people, to encourage them to do the

20   same.

21        MR. SLAVIN:  Let's go on to 5-2.126, please.

22   BY MR. SLAVIN:

23   Q.  And I'd like you to tell me who is featured in this video.

24        MR. SLAVIN:  Can you go ahead and play it, please?

25        (Whereupon a video was played.)

```
 1    BY MR. SLAVIN:
 2    Q.  Can, can you tell us who is featured in this video?
 3    A.  So the first part is just a Quran recitation, so someone
 4    reading the Quran.  As famous Egyptian reciter, nothing to the
 5    group.  The first person talking is Abu -- is the former
 6    spokesperson of ISIS, Abu Mohammad al-Adnani.
 7    Q.  Al-Adnani?  And is this the same person who was quoted in
 8    the magazines we looked at this morning?
 9    A.  Yes.
10          MR. SLAVIN:  Let's go on to 18-4, please.
11       (Whereupon a video was played.)
12    BY MR. SLAVIN:
13    Q.  Are you familiar with this video?
14    A.  Yes.
15    Q.  Is it pretty well known?
16    A.  Yeah.  The speech is well known by former spokesperson of
17    ISIS.
18    Q.  Same spokesperson?
19    A.  Adnani, yeah, spokesperson.
20    Q.  And which -- what organization created this video?
21    A.  ISIS.
22    Q.  Any specific media group in ISIS?
23    A.  Yeah.  It's mentioned there, but I didn't pay attention to
24    the -- to the --
25          THE COURT:  Can you keep your voice up?  You may need
```

```
1    to raise the microphone.
2              THE WITNESS:  Yeah, it's mentioned -- oh, sorry.
3              THE COURT:  You can move it closer.  Thank you.
4    BY MR. SLAVIN:
5    Q.  So is this an official production of the organization?
6    A.  No.  This would be, like, semi official.  It would be
7    produced by ISIS, but not the central -- so ISIS produces
8    different forms.  It was central ISIS, which is a furqan,
9    that's usually it would be well produced, takes time.  These
10   clips would be still ISIS outlets, but they are for either
11   breaking news or for productions like this that are, like,
12   taken from a speech, made into clippings and distributed.
13   Q.  So can you explain a little bit more about that?  What's
14   the difference between the central or official ISIS outlets and
15   then what you just said are semi official?
16   A.  So ISIS has a variety of media outlets for different
17   audiences but also for different purposes.  Sometimes for
18   plausible deniability.  If it's a central production, they can
19   say, "Oh, someone made a mistake.  This is official."
20             So sometimes they, they have still ISIS -- you know,
21   like produced by ISIS, but not supervised and overseen by ISIS
22   official leaders.  So that leaves them some sort of leeway to
23   use different language sometimes.  Like, you know, they could
24   use a variety of different languages and different
25   publications.  But it's still all ISIS, all coordinated with
```

1    ISIS media people.

2          MR. SLAVIN:  Let's bring up Exhibit 18-6, please.

3       (Whereupon a video was played.)

4          MR. SLAVIN:  Pause it for a second.

5    BY MR. SLAVIN:

6    Q.  Can you tell who made this video?

7    A.  Yeah, it's ISIS.  There's the flag.  And within -- also

8    this is produced specifically by an ISIS province called Homs

9    province, which is basically the Syrian city of Homs, which

10   also includes the Syrian Desert like in -- between Iraq and

11   Syria, where the fighting is happening.

12         MR. SLAVIN:  Thank you.  Please continue.

13      (Whereupon a video was played.)

14   BY MR. SLAVIN:

15   Q.  A couple of times the speaker has mentioned the Nusayris,

16   N-U-S-A-Y-R-I-S.  Can you explain what those are?

17   A.  So this is kind of a pejorative reference to the Alawite

18   minority in Syria.  So the Alawites -- I don't know if you need

19   the spelling -- is like a religious minority in Syria.  It's a

20   small sect within Shia Islam.

21         And some people would refer to them as Nusayris rather

22   than by the name Alawites, because they want to remove -- I

23   mean, that's historical, but that's just basically a pejorative

24   way of referencing.

25   Q.  And then it looks like this next line is talking about

```
 1   polytheists against the state of the monotheists.  Is that the
 2   same topic that we talked about this morning?
 3   A.  Yes.  Exactly.
 4       (Whereupon a video was played.)
 5   BY MR. SLAVIN:
 6   Q.  Another thing that is said in this video is, "If you are
 7   killed, that is victory."  What does that mean?
 8   A.  So this is a well-known kind of mantra by jihadists.  They
 9   say you, you either die or emerge as victorious.  In both
10   cases, you win.  If you die, you die as a martyr, that means
11   you go to heavens.  And if you are -- if you survive and
12   continue fighting, then that's also good.  That's usually like
13   the reference here.
14   Q.  And what was the purpose of videos like this one?
15   A.  So these are typical before they go into a raid or a fight.
16   They -- each group would be mobilized and galvanized and
17   animated by someone preaching about martyrdom, about victory,
18   and about God, monotheism, and so on and so forth, to kind of
19   remind them that the people they are facing are, you know, bad
20   people that can be killed.  They are permissible.  Their blood
21   is permissible.  And it's like rabble-rousing, you know.
22           MR. SLAVIN:  One last video.  Let's go to 5-2.214.
23       (Whereupon a video was played.)
24   BY MR. SLAVIN:
25   Q.  Do you know who the person in this video is?
```

1    A.   Yes.

2    Q.   Who is he?

3    A.   He is a well-known YouTuber.  I believe he's a medical

4    doctor from Jordan.

5    Q.   And what is he talking about?

6    A.   He is commenting on the designation of the Nusra Front as a

7    terrorist organization by the U.S., you know, basically calling

8    them -- like designating them as terrorist in his -- in his

9    commentary.

10          He's talking about he -- this is along -- like this is

11   one of the known videos where he explains that this should not

12   deter people from supporting Jabhat Al Nusra just because the

13   U.S. designated them as a terrorist organization.  And he says

14   they do that for all organizations that do jihadism and they

15   have an Islamic State sort of project.

16          So he's saying that's, that's how they, you know,

17   they -- so he's basically rejecting that designation, but also

18   explaining to followers that they should not be deterred and,

19   like, prevented from supporting these groups just because the

20   U.S. designated them.

21   Q.   And this designation was -- was this the one that named Al

22   Nusra as an alias of al'Qaida in Iraq?

23   A.   Correct.  Yeah.

24   Q.   And do you know what year that was?

25   A.   2012.

1          MR. SLAVIN:  Let's bring this down.

2     BY MR. SLAVIN:

3     Q.  Let's go -- all of these -- are all of these videos part of

4     ISIS's recruitment methods?

5     A.  Which one?  Oh, the -- yes.  Yes.  Yeah.  Yeah, I mean,

6     this -- yeah, all the group.

7     Q.  What other -- what other methods does ISIS use to recruit

8     new followers?

9     A.  So they, they produce materials, speeches, stories, like

10    videos of, like you said, martyr -- like martyrdom or they call

11    it martyrdom operations.  Reaching out to people doing what

12    they call dawah, D-A-W-A-H, through basically spreading

13    specific materials.  There are well-known, for example, methods

14    they use in prisons, like, you know, distributing specific

15    materials that advance their ideology.

16         MR. SLAVIN:  Let's bring up Exhibit 12-8, please.

17    BY MR. SLAVIN:

18    Q.  Have you reviewed this before?

19    A.  Yes.

20    Q.  Does this remind you of anything that you've seen in your

21    work, in your research?

22    A.  Yeah.  The language is familiar.

23    Q.  What's -- what's familiar about the language?

24    A.  So the first line, for example, the second -- the one at

25    the bottom, the Arabic words basically, familiar phrase or

1   language they use to confirm allegiance to something.  So

2   reaffirmation of -- so if someone meets an amir or a leader

3   that they pledge their allegiance to, and there has been a

4   dispute between them or something, they would say these words.

5   They would say, confirm, affirm their commitment to that -- to

6   that person.

7            And then it mentions the Islamic State.  This is a

8   reaffirmation of allegiance to the Islamic State and saying

9   there is nothing will, will make them or compel them to change

10  their mind about commitment -- their commitment, their --

11  basically they are saying, "My commitment to the Islamic State

12  is unwavering."  And there are references, other, like, words

13  and they use within them --

14  Q.  Have you seen --

15  A.  -- the text.

16  Q.  Have you seen this language elsewhere in, in the research

17  you've done?

18  A.  Some of the phrases, not the exact text, but like I said,

19  the first line about reaffirming.  And then they use their own

20  words.  They use words, for example, like use Al Saud lions,

21  like we mentioned earlier.  And they say, "I'm one of the

22  Lions, a new lion," and with, with their claws still grounded

23  in, in the soil.

24            And so it's about unwavering commitment.  And then

25  mentions Islamic State at the top.

 1                MR. SLAVIN:  You can bring that down.

 2                Your Honor, may I approach?

 3                THE COURT:  You may.

 4    BY MR. SLAVIN:

 5    Q.  I'm bringing you what has been marked as Exhibit 15-22.

 6                What did I just hand you?  Generally speaking.

 7    A.  Generally speaking --

 8    Q.  I just handed you a bag, right?

 9    A.  Oh, yeah.  Yeah.

10    Q.  Can you take out what's in the bag, please?

11    A.  Okay.

12    Q.  Okay.  What is that?

13    A.  That's a name of a person.  And then --

14    Q.  And what is the physical object?

15    A.  Oh, like notepad.

16    Q.  Okay.  Have you reviewed that notebook before?

17    A.  Yes.

18                MR. SLAVIN:  I'm going to ask that 15-22 be admitted

19    at this point.

20                THE COURT:  Any objection?

21                MR. GEROMETTA:  I have no objection.  Sorry.

22                THE COURT:  Admitted.

23        (GX 15-22 received in evidence.)

24    BY MR. SLAVIN:

25    Q.  Can you turn to the two pages of that notebook that have

1    Arabic writing in them?

2    A.  Yes.

3          MR. SLAVIN:  And can we go ahead and bring up 12-9 on

4    the screen, please?  12-9A, actually, which I believe has been

5    admitted.

6    BY MR. SLAVIN:

7    Q.  Mr. Hassan, if you look at the screen, is that the same

8    text that's in the notebook I handed you?

9    A.  Yes.

10   Q.  Just looking at the notebook, it's a little easier.  Does

11   this remind you of anything you've seen in your research?

12   A.  Yes.  This is a well-familiar poem by ISIS and its

13   followers, publicized around 2014 especially.

14   Q.  And do any specific -- does any specific language in this

15   poem stand out to you?

16   A.  Yeah.  So on the second page, on the page to the left, the

17   first line, for example, that's, that's the mantra they use

18   when they sing it.  "Ya aseb alras weinak."  It means, "The one

19   with the vendetta -- vendetta on their head, where are you?"

20   So they sing that song -- that's the mantra.  And then it's

21   Arabic poetry.  You know, "We are the soldiers of the

22   Caliphate.  We shoot or throw with the word, with the word and

23   the bullet.  We are soldiers of the Caliphate.  We throw with

24   the words and the bullets."  And then it continues from there.

25          So it has a specific rhythm.  It was so popular in

1   2014 that its own, like, ISIS enemies, when it was defeated,

2   were using it to mock ISIS, using the same rhythm and the same

3   words, but they changed the -- they changed the lyrics,

4   essentially.

5   Q.  So is this -- what you have in front of you, is this the

6   original lyrics or have these lyrics been changed to mock ISIS?

7   A.  No, no.  These are the original, praising ISIS and

8   celebrating ISIS.  These are the original lyrics.

9   Q.  Any other mantras or phrases that are familiar in this

10  text?

11  A.  Yeah.  So there is one, for example, that says -- towards

12  the end of the left page, it says "khilafa baqiya."  That means

13  a Caliphate that remains and expands, or expand -- remain and

14  expanding, which is what we mentioned, we saw earlier in the --

15  one of the ISIS publication.  This is an official slogan of

16  ISIS.  A Caliphate that's not just remaining but also

17  expanding.

18          MR. SLAVIN:  You can take that down.

19          All right.  Next, can we please bring up Exhibit 10-2,

20  which has been previously admitted, and go to page 38, please,

21  Ms. McDonald.

22          And can we zoom in to that middle part, please?

23  BY MR. SLAVIN:

24  Q.  Mr. Hassan, is this familiar to you?

25  A.  Yeah.  That's the template of the oath of allegiance that

 1  people use to, to pledge -- to swear allegiance to ISIS leader.

 2  Q.  Where did this language come from?

 3  A.  These are, like, they come from Islamic traditions.  But

 4  this specific mentions the Caliphate of Abu Bakr al-Baghdadi.

 5  It's an ISIS -- ISIS language appropriated for ISIS and its

 6  leader.

 7  Q.  And how often have you seen this in your research?

 8  A.  That's what you hear in videos and, you know, swearing

 9  allegiance to ISIS or people write in them swearing allegiance

10  to ISIS.

11          In this case, this is a reaffirm -- renewal or

12  reaffirming the pledge of allegiance.  So they use "mujaddid."

13  It means like "we renew" -- the first word they use here is we

14  renew our -- swear allegiance or offer allegiance to the Caliph

15  Abu Bakr Baghdadi, to obey him and listen to him or hear him in

16  hardship or in good times and -- in bad times, in good times,

17  in hardship, or in ease, and despite all our struggles and, and

18  not to rival or dispute this authority.

19  Q.  What does that second sentence mean?  Is it talking about

20  clear blasphemy?

21  A.  In the, the second line the same -- oh.  Basically will not

22  dispute his authority unless we see a clear sign of apostasy.

23  Like in -- like being an infidel, like basically committing a,

24  a grave -- a sin that we see a complete and clear proof from

25  God about it.  It means, like, beyond the shadow of doubt.

1    Q.   Again, is that language typical?

2    A.   Typical, yeah.

3    Q.   Okay.  And is, is there a term in Arabic that was used for,

4    for this?

5    A.   This is the bayat, yeah.  This is the bayat, B-A-Y-A-T.

6    It's basically the, the template they use to pledge allegiance

7    to Abu Bakr Baghdadi or ISIS.

8             MR. SLAVIN:  You can take that down.

9    BY MR. SLAVIN:

10   Q.   Now, all -- have all the materials that you reviewed for

11   this case, how do they compare to the materials that the ISIS

12   members that you interviewed for your book watched?

13   A.   They, they align.  This is the, the -- in terms of the use

14   of violence, the videos, the propaganda, the imagery, the

15   persons within ISIS, the flags, the terminology.  Everything.

16   Q.   Now, as a journalist who is focused on the region, would

17   you personally seek out some of these materials?

18   A.   As a journalist?

19   Q.   Yes.

20   A.   As a journalist, I -- if I want to study them, I would be

21   reading a lot of those, yes.

22   Q.   Okay.  How about -- if you are looking for news from the

23   region, would this be the kind of material you would look at?

24   A.   No.

25   Q.   Why not?

1  A.  This would be for people who are specifically interested

2  in, in this.  So even people in the region, when you ask them

3  about a lot of these things, they wouldn't know, for example,

4  how to do this and that because they're not following -- they

5  have, A, it's harder to have access to these unless you're

6  seeking them out.  So a normal person watching -- reading the

7  news or watching TV, they, they wouldn't be familiar with

8  these.

9          Someone seeking out -- even someone who follows, say,

10  the Syrian conflict very closely, they, they wouldn't be, you

11  know, finding these, unless they look for, for them in specific

12  areas like social media groups, communities, certain places

13  online.

14  Q.  Do you still have family in Syria?

15  A.  Yes.

16  Q.  And did you join the, the conflict?

17  A.  Yeah, they've -- they've been there.

18  Q.  Now, if you are looking for, you know, information about

19  what's going on, you know, out of concern for your family,

20  would you be looking at these kinds of videos?

21  A.  No.

22  Q.  Why not?

23  A.  Unless -- I mean, these are -- usually these videos

24  broadcast what ISIS is doing, rather than "are we going to tell

25  you what's happening in Syria objectively."

1          No.  This is -- this is not news bulletins.  These are

2    stories about ISIS itself and, and propaganda videos and news.

3    Q.  I'll ask you about a different topic.

4          Was, was hypocrisy common within ISIS?

5    A.  So it depends.  People, like, accuse ISIS of hypocrisy,

6    ISIS critics.  And ISIS's own group, own members sometimes were

7    on the descent from ISIS, they would say they're hypocrites.

8    They would cite hypocrisy as a reason that they left the

9    organization.  ISIS would call them extremists, for example,

10   because they, they wouldn't accept ISIS doing something.

11         For example, they would say, "Our leaders are

12   corrupt."  Or, you know, you preach something and you do

13   something else, the hypocrisy is, yeah, is well documented.

14         Also, critics of ISIS in the region, a lot of -- one

15   of the reasons they, they say ISIS is bad, and apart from

16   everything, like the violence, they would say the -- they never

17   are true to their word.  They would say something, and then

18   they do -- they -- you know, they do their -- something else.

19   Yeah.

20   Q.  So, for example, have you seen cases of ISIS members doing

21   things that ISIS bars, such as drinking alcohol or smoking?

22   A.  Yes.  Yeah.  There were -- I personally saw videos of one

23   of the leaders of ISIS in my hometown in their house.  You

24   know, it's a -- it's a different world than where they preach

25   in public.  They would smoke shisha.  They would call like the

HASSAN HASSAN - DIRECT BY MR. SLAVIN

1    -- they would, you know, smoke and things like that.  They

2    would punish other people for doing that, but they would do it

3    themselves in, in the house -- in their house.

4          A lot of -- a lot of stories you hear consistently

5    about the hypocrisy of ISIS, in that sense, yeah.

6          MR. SLAVIN:  No further questions.  Thank you.

7          THE COURT:  We're going to go ahead and have our last

8    break of the day.

9          Members of the jury, this will be a 10-minute break.

10         THE LAW CLERK:  All rise for the jury.

11      (Where upon the jury was excused, 1:33 p.m.)

12         THE COURT:  Court is in recess for ten minutes.

13         THE COURT CLERK:  Court is in recess.

14      (Court in recess, 1:33 p.m.)

15      (Back on the record, 1:43 p.m.)

16         THE COURT CLERK:  All rise.  The United States

17   District Court for the Eastern District of Michigan is back in

18   session.

19         THE COURT:  We'll have the jury brought in.

20         THE LAW CLERK:  All rise for the jury.

21      (Whereupon the jury entered the courtroom, 1:44 p.m.)

22         THE COURT:  Members of the jury, you may be seated.

23         Everyone in the courtroom may be seated.

24         You may proceed with cross-examination, Mr. Gerometta.

25         MR. GEROMETTA:  Thank you.

```
 1                      CROSS-EXAMINATION

 2   BY MR. GEROMETTA:

 3   Q.  Good afternoon, Mr. Hassan.

 4   A.  Good afternoon, sir.

 5   Q.  So you went into a lot of -- a lot of detail on a lot of

 6   things.  I want to kind of zoom out and then zoom back in, if

 7   we can.  All right?  But I'm not going to get as detailed as

 8   Mr. Slavin did.

 9           So just to start out, I -- to make sure we're all

10   starting from the same spot, can you generally tell me where

11   Syria and Iraq are?

12   A.  Like -- oh, here.  Like --

13   Q.  Okay.  Over here, correct?

14           Can you see that?

15   A.  Yes.  Exactly.

16   Q.  They are southeast of Europe and east of Africa?

17   A.  East of the Mediterranean, exactly, east of Africa.

18   Q.  Okay.  All right.  All right.  Zooming in a little bit

19   more, there we can see where they are at in relation to Europe.

20           And then if we zoom in here, this is Syria and some of

21   western Iraq, correct?

22   A.  Exactly.

23   Q.  All right.  So we're going to be discussing Syria a lot in

24   part of this trial and through some of your testimony.  So I

25   just want to get some general familiarity with it.
```

128

```
 1              So the part of Syria -- you see where Iraq is?  You
 2  obviously know where Iraq is, correct?
 3  A.  Yeah.  Yeah, yeah.
 4  Q.  Okay.  So that's along a river there.
 5              What river is that?
 6  A.  Euphrates.
 7  Q.  The Euphrates River?
 8  A.  Yeah, the Euphrates River, crossing into Iraq.
 9  Q.  Okay.  All right.  And I promise -- I know it's hard to
10  look at both.  I promise I won't trick you.  Okay?
11  A.  Okay.
12  Q.  So the Euphrates River is, is very important to Syria.
13              Why is that?
14  A.  So it's the main river, the biggest.  It flows from Turkey
15  through Syria and Iraq.
16  Q.  Okay.  And we can see some green shading on the map.
17              What does that represent?
18  A.  Alongside the river?
19  Q.  Alongside the river.
20  A.  So these are agricultural areas on the two sides of the
21  river.
22  Q.  So if we think of the agricultural -- so let -- let's think
23  of it in relation to maybe like the Nile River in Egypt, right?
24  A.  Yes.  Yeah.
25  Q.  It's -- the agricultural is along the river?
```

USA v. NASER, 22-20504

1    A.   Yes.

2    Q.   And then outside of that, it's, it's much more barren,

3    correct?

4    A.   Yeah.  Yes.

5    Q.   In fact, this area south of Raqqa and going into Iraq is

6    the, the Syrian Desert, correct?

7    A.   Usually, the Syrian Desert refers to the area from Homs

8    where the yellow sign is --

9    Q.   Sure.

10   A.   -- westward towards Iraq.  So it, it can be part of the,

11   you know, Syrian Desert.  But it overlaps.

12   Q.   Okay.  Sure.  And --

13   A.   That, that -- yeah.  Sorry.

14   Q.   That's okay.  Al right.  And the Syrian Desert is --

15   sometimes we call things deserts, and there's some scrub

16   vegetation and stuff, but the Syrian Desert is fairly desolate

17   through most of it, correct?

18   A.   Yeah.  There are like poorly populated areas across, but

19   like you said --

20   Q.   Okay, okay.  All right.

21   A.   -- yeah, largely desolate.

22   Q.   All right.  And then just to the east of Syria is Iraq?

23   A.   Yes.

24   Q.   Okay.  And it shares a long border?

25   A.   Yes.

1    Q.  And a lot of that border, or a significant part of it runs

2    through the desert, correct?

3    A.  Yes.

4    Q.  All right.  And I want to back out to 2011 real quick.  And

5    I just want to talk big picture.  I'm going to try not to even

6    use too many group names here.

7              So in 2011, it's something called the Arab Spring,

8    right?  And that is sort of a democratic awakening in Middle

9    Eastern countries?

10   A.  Correct.

11   Q.  All right.  And that happens in Syria?

12   A.  Correct.

13   Q.  And it starts off mostly in the, the bigger cities with

14   sort of the pro-democracy, urbanized group, correct?

15   A.  So the, the larger -- the big cities, so one or two like

16   if -- very few protests, but the -- it was mostly in the rural

17   areas.

18   Q.  The rural areas.

19   A.  Yes.

20   Q.  Okay.  I apologize.

21              So there is this pro-democracy uprising in 2011 in

22   Syria?

23   A.  Yeah.

24   Q.  And then you said Bashar al-Assad cracks down on it very

25   violently?

1    A.   Yes.

2    Q.   And then it becomes a revolution?

3    A.   Yes.

4    Q.   After the crackdown?

5    A.   Yes.

6    Q.   Okay.  And it's initially, you said, the Free Syrian Army

7    against Bashar al-Assad?

8    A.   Yes.

9    Q.   Okay.  And Bashar al-Assad, there is sort of -- he's got

10   very few friends on the outside of Syria, correct?

11   A.   Yes.

12   Q.   Because he's a terrible dictator?

13   A.   Yes.

14   Q.   Right.  So the Free Syrian Army, you said, is sort of an

15   umbrella group for many other organizations?

16   A.   Yes.

17   Q.   Okay.  When we say "many," not two or three.

18        Maybe 50 other organizations?

19   A.   Hundreds were under the umbrella of the, like, small groups

20   in different parts of the country.

21   Q.   All right.  And then you talked about, you called,

22   Islamicist factions?

23   A.   Yes.

24   Q.   And those are more religious factions that want Syria to

25   have a religious identity?

1    A.   Exactly.

2    Q.   And, again, there is hundreds of those also, correct?

3    A.   Less, less than hundreds.  Because the hundreds would be,

4    like, it could be a small town, one group, different, you

5    know -- one small town could have many groups.  But the

6    Islamicists were fewer.

7    Q.   Fewer?  More than 20?

8    A.   You would say -- yeah, you could say that, yeah.

9    Q.   So there is not three of them, correct?

10   A.   Yeah.

11   Q.   Okay.  And then you've also got sort of -- in addition to

12   that, you've got the Kurds in the north, correct?

13   A.   Yes.

14   Q.   And they are sort of separate from everyone else because

15   they are their own ethnic group, correct?

16   A.   For the most part, yeah.

17   Q.   And so they are another faction in this war?

18   A.   Yes.

19   Q.   Okay.  And then you've got outside jihadist groups coming

20   into Syria to fight also.

21   A.   Yes.

22   Q.   Okay.  So there are how many groups fighting in Syria at

23   any one time?  During the early civil war, 20 -- say early to

24   mid-2012.

25   A.   Close to, like, a thousand if you count every small group.

1  Q.  Okay.  And a lot of times they group together in --

2  A.  Yes.

3  Q.  Okay.  But you'd say close to a thousand small groups

4  fighting?

5  A.  Yeah.  Yes.

6  Q.  All right.  And that's all over Syria, correct?

7  A.  All over Syria.

8  Q.  Right.  And I want to talk about 2012.  And I want to zoom

9  in to a smaller part of Syria.  And that's al Quasyr, which is

10 on this map.  It's just -- it would be southwest of Homs,

11 correct?

12 A.  Yes.

13 Q.  Okay.  Right there?

14 A.  It's part of Homs, yeah.

15 Q.  It's part of the province.

16 A.  Yes, part of.

17 Q.  And then it's just east of Tripoli, correct?

18 A.  Yes.  East of Tripoli, that's correct.  Yeah.

19 Q.  And Tripoli is in a different country.  It's in Lebanon?

20 A.  Exactly.

21 Q.  Right.  And al Quasyr becomes, in mid-2012 to 2013, sort of

22 a flash point in the civil war.

23 A.  Correct.

24 Q.  And that's because there's a lot of smuggling of arms and

25 people through Lebanon into Syria, correct?

134

1    A.   So the main reason was it was a big fight between

2    Hezbollah --

3    Q.   Mh-hmm.

4    A.   -- and the Syrian rebels who wanted to control those areas.

5    Q.   Okay.  And Hezbollah is --

6    A.   It was vital for Hezbollah to block that and make sure they

7    can move easily from Lebanon into Syria.

8    Q.   Okay.  And Hezbollah is a Lebanese terrorist organization?

9    A.   Yes.  Exactly.

10   Q.   So there is cross-border traffic in these rebel

11   organizations, in these groups from Lebanon, correct?

12   A.   Yes.

13   Q.   Okay.  And it was originally -- obviously all these cities

14   were originally held by the government, correct?

15   A.   Originally, yes.

16   Q.   Yeah, because there wasn't a civil war yet.

17   A.   Yes.

18   Q.   But al Quasyr is taken over by rebels in 2012, correct?

19   A.   Yes.

20   Q.   Okay.  And it's taken over by the Free Syrian Army?

21   A.   For the -- yeah, Free Syrian Army and Nusra as well.

22        (Court Reporter requests clarification.)

23   A.   And al Nusra Front.

24   BY MR. GEROMETTA:

25   Q.   So it's taken over there in 2012, but it's -- the commander

135

1   is a Free Syrian Army commander, correct?

2   A.  Yeah.  Publicly.  Usually like Jabhat Al Nusra or Nusra

3   Front operates in the -- in the shadows.

4   Q.  In the shadows.  So publicly, everyone hears the Free

5   Syrian Army?

6   A.  Exactly.  Yes.

7   Q.  And you said Al Nusra Front operates in the shadows.  We'll

8   talk about that in a second.

9          So here in al Quasyr in 2012 to 2013, it's publicly

10  under the control of the Free Syrian Army.

11  A.  Yes.

12  Q.  And there is a huge battle between the regime and the Free

13  Syrian Army and Hezbollah, correct?

14  A.  Yes.

15  Q.  All right.  And this draws -- because Hezbollah is

16  involved, it draws a lot of attention and a lot of fighters,

17  correct?

18  A.  Yes.

19  Q.  And that's because in addition to this whole political

20  thing going on, there is religious strife between the Sunni

21  groups and Hezbollah, which is a Shia group, correct?

22  A.  Yes.

23  Q.  Okay.  So al Quasyr -- and we're just talking big picture

24  here -- is sort of an absolute mess between 2012 and 2013,

25  correct?

1   A.  Sorry?

2   Q.  It's a mess, correct?

3   A.  Yeah.

4   Q.  All right.  There is fighters being drawn in from all over

5   to fight there?

6   A.  Yeah.  Like, relatively speaking.  Like, later it would be

7   more complicated than, than it was then.

8   Q.  Okay.  You said later, it would be more complicated than

9   what?  Than it was --

10  A.  Than it was then.

11          As in they were -- generally speaking, in the media,

12  you would hear the Syrian rebels, the rebels, and the Assad

13  regime and its allies, Hezbollah, Assad regime, Iranian

14  operatives.

15  Q.  Right.

16  A.  They would have the Syrian rebels, which a lot of -- a lot

17  of times people just say "Syrian rebels."  But it's usually

18  Jabhat Al Nusra, Free Syrian Army, other groups.

19  Q.  And these groups are, at this time, allying with each

20  other, on and off, to fight against the regime, correct?

21  A.  Yes.

22  Q.  Okay.

23  A.  For the most part.

24  Q.  So "the enemy of my enemy is my enemy" kind of thing?

25  A.  Yeah.  For the most part.  Yeah.

1   Q.  And these rebel groups, we talked about how they are sort

2   of allied, fighting together against the Assad regime.  That

3   can change from time to time, and they fight each other from

4   time to time, correct?

5   A.  Yeah.  So the first two years, it was -- you know, they

6   were cooperate -- they would cooperate.  Later, it was more

7   in-fighting and rivals, yeah.

8   Q.  And, for instance, a group might fight against the Kurds

9   with an Islamic group, and then switch sides and fight with the

10  Kurds against ISIS, correct?

11  A.  Yeah.  In some -- yeah, in some cases, yeah.  Yeah.

12  Q.  And so let's talk about 2012 to 2013.  We've talked a lot

13  about the Free Syrian Army, and we've talked about Al Nusra.

14  But at that time, sort of the biggest groups of fighters were

15  the more moderate Islamic groups, correct?

16  A.  So 2012 and '13?

17  Q.  Yeah.  By mid-2013.

18  A.  '13.  Mosul was to be reckoned with.  It was powerful, very

19  disciplined.  It was operating in different -- it was effective

20  and operating in different parts of the country, even if they

21  had smaller numbers.  Islamic -- moderate Islamic groups are

22  also more, more active than later, for example.

23  Q.  Sure.

24  A.  Yeah.

25  Q.  So by fall of 2013, though, you thought that the moderate

1    Islamic groups were a force to be reckoned with and might win

2    the war, correct?

3    A.  2013?

4    Q.  October 2013?

5    A.  Yeah.  They were powerful, yeah.

6    Q.  You wrote an article, The Army of Islam is Winning in

7    Syria, and That's Not Necessarily a Bad Thing.  Correct?

8    A.  Yes.

9    Q.  Okay.

10   A.  The headline, yeah.

11   Q.  Yeah.  And that was, you thought that these more moderate

12   groups were a good counter to the more extremist groups?

13   A.  Yes.

14   Q.  Correct?

15   A.  Yes.

16   Q.  All right.  And in that, you say that -- "so the Army of

17   Islam," which is one of those groups, "dwarfs both the Free

18   Syrian Army and radical militias," correct?

19   A.  Yes.

20   Q.  So at that point, these moderate Islamic groups in the fall

21   of 2013 are maybe becoming the dominant force, correct?

22   A.  In strength and armament, yeah.

23   Q.  It didn't turn out that way --

24   A.  Yes.

25   Q.  -- obviously, we know in retrospect.

```
 1   A.   Yeah.

 2   Q.   So that's what's going on in al Quasyr in 2012 and 2013,

 3   correct?

 4   A.   Yes.

 5   Q.   All right.  Now, you talk about Al Nusra Front being there

 6   through part of this?

 7   A.   Yeah.

 8   Q.   Right?

 9   A.   Yes.

10   Q.   So let's step back and talk about Al Nusra Front.  So Al

11   Nusra Front, you said, was started by al'Qaida in Iraq.

12   A.   Yes.

13   Q.   They were sort of sent over.

14        This wasn't public knowledge, though, correct?  It

15   was, it was a clandestine thing.

16   A.   It was an open secret.  It wasn't officially announced.

17   Q.   Mh-hmm.

18   A.   But there were the -- so even though we had close to a

19   thousand groups in Syria at the time, it's easy to categorize

20   them into sort of three broad groups:  One, al'Qaida and its

21   affiliates, al'Qaida and like-minded ideology; and the Free

22   Syrian Army; and then you had like, in between them, the

23   Islamic groups.

24   Q.   So you said it's an open secret.  So not everyone knew they

25   were an al'Qaida affiliate when they first came over?
```

1   A.  They didn't know the story of, like, they were dispatched

2   by -- the details of the story.  But they were known to be

3   al'Qaida jihadists because they were not -- they didn't hide

4   the idea that they were jihadists, because the name itself is

5   about -- the name -- the original name was long, Jabhat Al

6   Nusra -- Nusra Front.

7           I don't want to use the Arabic word because it's long,

8   but it basically says the Nusra Front for the veterans of jihad

9   of, of -- like Syrians from all over the, the globe, which

10  means, like, it's a jihadist, like a (unintelligible)

11  extension.

12  Q.  Like al'Qaida but not necessarily affiliated or an official

13  al'Qaida affiliate?

14  A.  So when you say "jihadists," let's say before 2011.

15  Jihadists who fought in Afghanistan, Iraq, or Chechnya or

16  Bosnia, those jihadists had -- had one ideology, which is

17  al'Qaida ideology, global Salafi-Jihadism, which we described

18  before.

19          So Jabhat Al Nusra Front, when you use that name, it

20  didn't say just "Nusra Front" and stop there.  It says for

21  the -- basically all the foreign jihadists who fought in the

22  arenas of jihad are outside.  So the assumption and the

23  knowledge, local knowledge, is that these are the al'Qaida, you

24  know, al'Qaida ideology.

25          It's like if someone is an Islamist, they wouldn't --

1  they wouldn't say, for example, is he a member of the Muslim

2  Brotherhood or just -- it's a clear category, in essence.

3  Q.  So but didn't Al Nusra pretend to be a homegrown group in

4  Syria?

5  A.  Yeah.  Like they pretended to be -- they had -- so it was

6  known -- like, I come from that eastern part of Syria.

7  Q.  Sure.

8  A.  And we know the leader of that group in that part of Syria

9  was an Iraqi.  So it wasn't just Syrian.  It was like foreign

10  fighters fighting with Nusra.  But it was focused on the fight

11  against the Assad regime, for the time being, and was part of

12  al'Qaida.

13        That's the understanding of not even close observers.

14  People who know -- who just follow these groups, they would

15  know this is al'Qaida groups and these are Islamists, meaning

16  between jihadism and secular groups, and these are the ragtime

17  militias that come from different towns and villages from

18  Syria.

19  Q.  So you wrote -- you mentioned, I believe, that you wrote a

20  book, right?

21  A.  Yes.

22  Q.  Okay.  That's the one.

23  A.  Yes.

24  Q.  Okay.  So you wrote -- I'm on page 149 of your book here --

25  "Al Jolani also took care to hide his organization's ties to

1   ISI" -- which is the Islamic State in Iraq.

2   A.  Correct.

3   Q.  And that's -- and AQI, al'Qaida in Iraq?

4   A.  Correct.

5   Q.  -- "so much that even members of his own cell weren't quite

6   sure what Jabhat Al Nusra was getting up to or how it had

7   carried out its daring attacks."

8   A.  Yeah.  In essence, so, so like I mentioned,

9   organizationally nobody knew, like, the details of the story

10  that would later be publicized by the organization, that they

11  were part of -- that the Baghdadi in Iraq sent half a dozen of

12  his men to Syria to build -- these details were not known

13  publicly.  They were kept a secret.  But like I said, that's

14  different from -- this is al'Qaida ideology.

15         So a lot of groups today, people say, "Are they like a

16  Al-Shabaab in Somalia, have an allegiance to this and that?"

17  These details, the technicalities, these are different from you

18  know this group is a jihadist, al'Qaida group.

19  Q.  So you talk about -- you talked a lot about jihadists and

20  their sort of declaring other groups non-believers and that

21  sort of thing.  But Al Nusra, when it started out, was operated

22  differently than that, correct?

23  A.  Yeah.  They -- they were, they were trying to portray a

24  picture of like they are -- they don't -- they don't follow the

25  ideology of the -- of ISIS in Iraq, for example.

 1   Q.   Right.

 2   A.   Because one of the reasons why they hid their ideology is

 3   because ISIS, for ordinary people in Syria, already is a bad

 4   name.  So they wanted -- and even the Nusra leader on Al

 5   Jazeera explained this.  He was saying, "al'Qaida and ISIS,

 6   these organizations have a bad name, so we don't want to

 7   associate ourselves formally with them.  We want to win the

 8   hearts of people, and then tell them we are al'Qaida or ISIS."

 9   Q.   So this first part in 2012 when, when he is just sort of

10   building Al Nusra in Syria, he's hiding this allegiance and

11   hiding this hard ideology, correct?

12   A.   Yeah.  Trying to show that it's different from being

13   jihadists, but, yes, they were trying to say we are -- we're we

14   don't do mass excommunication, you know --

15   Q.   Right.

16   A.   -- all the, the rest of it.

17   Q.   Right, right.  We ally with other groups?

18   A.   Yes.

19   Q.   We'll even protect Christian churches from the regime?

20   A.   Yes.

21   Q.   Right.  They seemed like somewhere between jihadists and

22   Islamicists may be?

23   A.   Yes.

24   Q.   Okay.  Because they -- I know you've drawn some hard lines,

25   but there is some crossover and blurring here?

HASSAN HASSAN - CROSS BY MR. GEROMETTA

 1   A.  So like, like I said, I think the -- to ordinary Syrians
 2   and to outsiders and close observers, you know, people can
 3   categorize, even, you know, in other countries.  These are
 4   jihadist organization, we can talk about how mild or extreme
 5   they are, but they are jihadist organization.
 6        And they are Islamicists, like political Islam.  They
 7   don't believe in suicide bombing and things like that.  These
 8   are Islamicists, so they, they align with political Islam
 9   ideology, and the regular.  And within each one, there is --
10   you know, it's not kind of a -- you know, it's not like --
11   Q.  Right.  You can be at the -- you can be the edge of one of
12   them?
13   A.  Yeah.
14   Q.  Okay.
15   A.  I mean, you can be, yeah.
16   Q.  Okay.  So we're in 2012, and Al Nusra publicly sort of
17   declares itself in the beginning of 2012, correct?
18   A.  Beginning, yeah.  Exactly.
19   Q.  All right.  And then all through 2012, you said you're
20   familiar with the foreign terrorist organization designation?
21   A.  Yes.
22   Q.  Correct?
23   A.  Yeah.
24   Q.  So it's not until December -- was it December 12th?
25   A.  Yes.

1    Q.  Of 2012?

2    A.  Yes, sir.

3    Q.  Okay.  I'm not putting an extra "12" in there.  It is

4    December 12th?  Okay.  All right.

5            So December 12th, 2012, is when the U.S. Department of

6    State recognizes that, "Hey, we have enough evidence that this

7    is an al'Qaida spinoff or a franchise, so we're going to put

8    them on a foreign terrorist watch list," correct?

9    A.  Yeah.

10   Q.  Okay.  So, so for that whole year time, they are operating

11   openly as a group, and they are not designated as a foreign

12   terrorist organization?

13   A.  Yeah.  Correct.  Yeah.

14   Q.  Because of these thousand or so groups that are operating

15   in Syria, most of them are not designated foreign terrorist

16   organizations, correct?

17   A.  Yes.

18   Q.  Okay.  And even some groups that are fairly, you know,

19   Salafist strict groups are not designated foreign terrorist

20   organizations, correct?

21   A.  Yes.

22   Q.  Al right.  So an example would be are Ahrar al-Sham,

23   correct?

24   A.  Yes.

25   Q.  So when I say a "Salafist group," that's a group that wants

1   to establish a religious state in Syria?

2   A.  Yes.

3   Q.  Okay.  And Ahrar al-Sham certainly wants to do that,

4   correct?

5   A.  Ahrar al-Sham, like, on, on the border between jihadist

6   and -- but they are -- they had elements of jihadists within

7   them.

8   Q.  They -- so they, so Ahrar al-Sham even has jihadist

9   elements within it, but it is not a designated terrorist

10  foreign organization?

11  A.  No, no, no.  No, no.

12  Q.  Okay, all right.  And up until 2014, Ahrar al-Sham was

13  taking foreign fighters in, correct?

14  A.  Yes.

15  Q.  Okay.

16  A.  So -- yeah.

17  Q.  Yup.  Okay.

18      Let me make sure I've gotten everything here.

19  A.  There were like mostly Syrian jihadists within.  But, yeah,

20  there is more specifics about --

21  Q.  Okay.

22  A.  -- Ahrar al-Sham, yeah.

23  Q.  Okay.  All right.  So you said there is more -- there is

24  more specifics about all these groups, correct?

25  A.  Yes.

1   Q.  All right.  I mean, you wrote -- this is a book -- an

2   incomplete book because I don't have the updated version of one

3   group, correct?

4           You could write a book about almost all of these

5   groups.

6   A.  Yes.  Yeah.

7   Q.  Correct?

8           And there is thousands of them.  And especially early

9   in the civil war, things were more chaotic, correct?

10  A.  Yes.

11  Q.  And as far as -- maybe not for life for the average person,

12  but as far as which groups -- who -- groups are finding their

13  place early in the Syrian civil war?

14  A.  Sorry, more chaotic in what sense?  Because you said later

15  it became more chaotic.

16  Q.  So it's more chaotic in the terms of the number of groups

17  and who they are allied with at the beginning of the civil war.

18  A.  It was more overlap.

19  Q.  More overlap?

20  A.  In that sense.

21  Q.  Yeah.

22  A.  It depends also on categories, yeah.

23          And the Free Syrian Army was more, like I said, ragtag

24  militias.

25  Q.  Okay.

148

1   A.   They don't have a specific, very clear ideology.

2   Q.   Right.  And when we say "early in the civil war," meaning

3   2012 through mid 2013, is that about --

4   A.   Maybe early 2013.

5   Q.   Okay.

6   A.   Yeah.

7   Q.   So I want to talk about this idea of -- I want to talk

8   about ISIS for a second.  You went through a very detailed

9   history.  I don't want to go through all it again.

10          But, but basically, the Islamic State in Iraq sends Al

11  Nusra Front into Syria, correct?

12  A.   Yeah.  Yes.

13  Q.   And then they want to -- the Islamic State in Iraq wants to

14  merge the two and become the Islamic State?

15  A.   Yeah, in 2013.  Yeah.

16  Q.   2013.

17          And the Al Nusra leader says no, right?

18  A.   Exactly.

19  Q.   Okay.  And at that point, the, the Islamic State in Iraq

20  says, "It doesn't matter if you say no, we're going to say this

21  happens"?

22  A.   Yes.

23  Q.   And then they establish themselves as the ISIS that we know

24  today?

25  A.   Yes.

1    Q.   And Al Nusra Front stays Al Nusra Front, correct?

2    A.   Nusra left because it was most -- most of the foreign

3    fighters with Al Nusra stayed with Baghdadi.

4    Q.   With Baghdadi, right.

5    A.   They kept on their allegiance with the Baghdadi.

6    Q.   And, and the local people stayed with Al Nusra?

7    A.   Al-Jolani said, "I'm gonna go my separate way and pledge

8    allegiance directly to al'Qaida."

9    Q.   Okay.  So it's really in 2013 that those -- the Al Nusra

10   splits off, correct, into -- in mid-2013?

11   A.   Spring of 2013, yes.

12   Q.   Okay.  All right.  So that's only four or five months after

13   sort of they've been declared by the State Department a foreign

14   terrorist organization, correct?

15   A.   Yeah.  Yes.

16   Q.   All right.  And then about a year later, ISIS declares

17   itself the Caliphate, correct?

18   A.   Yes.

19   Q.   All right.  Now, we talked a little bit about that.

20        That's sort of a momentous event, correct?

21   A.   Yes.

22   Q.   And because declaring yourself the Caliphate is not just

23   saying, "I'm the leader," it's saying, "I'm a leader anointed

24   by God," correct?

25   A.   Yes.

1  Q.  All right.  So it's not that you can have two good faith --

2  you can't really have a good faith competition for who is the

3  Caliph, correct?  One of you has got to be an apostate because

4  you're saying --

5  A.  According to that person.

6  Q.  Right, according to that person.

7  A.  It can be disputed, yeah.

8  Q.  But -- right.  But if you -- but if you believe that the

9  Caliph is ordained by God, probably only one person is ordained

10  by God, correct?

11  A.  So in Islamic, it's, it's not that like in those terms, but

12  basically, it's about legitimacy.

13  Q.  Legitimacy.

14  A.  Because there were disputes about who was the true ruler

15  from the first generation of Islam.  They had -- there was two

16  rulers: one in Mecca and one in Damascus, for example, at one

17  point for about ten years.

18  Q.  Mh-hmm.

19  A.  So those can coexist.

20       But for ISIS, they say, "This is the Caliph.  This is

21  the only group" because they attach other elements to it.  So

22  it's not just basically the Caliph.

23  Q.  Mh-hmm.

24  A.  It's saying, "This group is the only true Islamic group."

25  The rest are all apostates or infidels and almost disbelievers.

1    Q.   So but even in -- so the idea, though, between the Caliph

2    ruled -- historically, the Islamic State is one unified

3    Islamic -- and I would say Islamic state maybe with a small

4    "S," right?

5    A.   Yeah, yeah, yeah.  I know what you mean.

6    Q.   Is a unified Islamic -- I don't think "empire" is the right

7    word -- but kingdom?

8    A.   Yes.

9    Q.   Okay.  And --

10   A.   But they, they always had different ones exist in different

11   places.

12   Q.   Okay.  Dissension?

13   A.   Yeah.  So, for example, you have the Abbasid Caliphate.

14   Q.   Mh-hmm.

15   A.   That had -- Abbasid Caliphate and there's Umayyads in, in

16   Spain.  So you had two Caliphs.

17   Q.   Caliphates going on at once.

18           So the goal, though, of ISIS was to reestablish the

19   original Caliphate of Mohammed?

20   A.   Yes.

21   Q.   Okay.

22   A.   Yeah.  Exactly.

23   Q.   And that would be one -- one Islamic state to rule the

24   Islamic world, correct?

25   A.   Exactly.  Yes.

1   Q.  Not necessarily the entire world, but the Islamic world?

2   A.  Islamic world, yeah.

3   Q.  Okay.  Right.  And so when we talk about a bayat, that

4   bayat isn't made to the Islamic State, it's made to the

5   individual Caliph, correct?

6   A.  The, the bayat is given to an individual, yeah.

7   Q.  Right.  It's because it's not --

8   A.  The commander of the faithful.

9   Q.  The commander of the faithful?

10  A.  Yeah.

11  Q.  Because it's his -- it's his values and his worth that make

12  him the Caliph, correct?

13  A.  Yeah.

14  Q.  Not the structures of the state so much.

15  A.  Yeah, just -- yeah --

16  Q.  Right.

17  A.  -- the person.

18  Q.  It's him.  It's his personal value --

19  A.  Yes.

20  Q.  -- as opposed to the structures of, of the Islamic State.

21  A.  He rules over the --

22  Q.  Right.

23  A.  Or, I mean, the -- because their, their criteria, it can't

24  be a person illegitimate and without territory.  Territory is,

25  is part of -- that's a big part of the debate, yeah.

1  Q.  Right.  Right.  But you're not -- it's not like when you

2  join the U.S. military, you take an oath to the Constitution.

3  You're not taking an oath to the charter of the Islamic State.

4  A.  Right.

5  Q.  You're taking an oath to this individual --

6  A.  In that sense, yeah.

7  Q.  -- in his -- because it's his personal worth that makes the

8  state worthwhile because he is directing the state.

9  A.  In, in this case, it's the assumption that he is -- that

10 he -- he's a Caliph over a Caliphate.  So he rules the

11 allegiance to the Caliphate and his deputies and stuff like

12 that.  So that extends to the structures --

13 Q.  Okay.

14 A.  -- in the sense.  In that sense, yeah.

15 Q.  Okay.  So when we talk about -- in talking before ISIS

16 declares the Caliphate in 2014, there were, among these

17 jihadist group and some Salafist groups, calls to establish an

18 Islamic state.

19 A.  There were, yeah.

20 Q.  Yeah.  Separately from ISIS, correct?

21 A.  ISIS was the only one that was saying, "I want to establish

22 Islamic State, like, now."  None of the other groups were

23 saying that.

24 Q.  Well, they, they -- there were calls for Syria to become an

25 Islamic state, correct?

1    A.   In the future, yeah.

2    Q.   Right.  And you could -- you could be a group that signs on

3    to one of these declarations calling for an Islamic state, with

4    a small "S," and later oppose ISIS, correct?

5    A.   Yeah.  So that's kind of Islamist -- like a state ruled by

6    Islam.

7    Q.   Right.

8    A.   Yeah.

9    Q.   And finally -- I'm going to go to my last topic and get you

10   out of here today -- I want to talk about ISIS propaganda.

11        So you looked at those magazines, like Dabiq.  And you

12   had printouts of those, but those were all online magazines,

13   correct?

14   A.   Yes.

15   Q.   Okay.  Because they didn't have, like, a mailing list to

16   mail out these magazines.  They sent them out over the

17   internet, correct?

18   A.   When they controlled, they printed out some -- some stuff,

19   but mostly online, yes.

20   Q.   Because you couldn't really, say, be in Buffalo and sign up

21   to be a Dabiq --

22   A.   No.

23   Q.   -- subscriber.

24   A.   No.

25   Q.   Yeah.  You had to get it through the internet.

1              And one of the things the Islamic State did better

2     than most other jihadist groups was their propaganda was

3     better, correct?

4     A.  Yes.

5     Q.  I say "better."

6     A.  Yeah.

7     Q.  More -- more glossy, higher production value.

8     A.  Yes.

9     Q.  Okay.

10    A.  For certainty, yeah.

11    Q.  And a lot of people who were sort of drawn to the idea of

12    being Mujahideen or of fighting for a cause, an Islamic cause,

13    started looking at some of this ISIS propaganda, especially

14    early on, correct?

15    A.  Sir, can you repeat the question?  Some people?

16    Q.  Some people who were -- so Syria was a humanitarian

17    catastrophe, correct?

18    A.  Yes.

19    Q.  So people, young men -- the ISIS's plan was to draw in

20    young men from around the world who saw this humanitarian

21    catastrophe?

22    A.  Yeah.

23    Q.  Correct?

24    A.  Yes.

25    Q.  And make them think that the Islamic State is the answer to

1    this catastrophe, correct?

2    A.  Yeah, some people.

3    Q.  Right.  And it's going to replace it with something better,

4    correct?

5    A.  Yeah.

6    Q.  Okay.

7    A.  For some people, yeah.

8    Q.  And they did a pretty -- they did a good job of pulling a

9    lot of people in, correct?

10   A.  Yes.

11   Q.  All right.  And not just people who traveled there or

12   people who became -- you know, committed terrorist acts.  They

13   brought in a lot of people who -- I think you call them "fan

14   boys" in your book?  "ISIS fan boys."

15   A.  Yeah.

16   Q.  Right.  And what do you mean by that?

17   A.  So ISIS attracted a lot of different people.  Some of them

18   are hardened ideologues who knew exactly, you know, what they

19   were subscribing to.  Other people who also knew, but they

20   might -- might be driven by the violence.  They are -- you

21   know, people are animated by different things.  There might

22   be -- someone could be like an extremist, but they are -- they

23   are not committing violence.

24            So I was basically trying to see how people can -- can

25   look at the ISIS propaganda and be pulled by it --

1    Q.   Okay.

2    A.   -- to be moved to carry out attacks and other things.

3             So the hardened ideologue, these are people who had

4    been ideologues for, like, 20 years and they, you know, they

5    are versed -- I think, like, they are well versed in this

6    thing.

7             Other people who are attracted to the ideas and

8    ideology, and they go and learn about it and they gravitate

9    towards the ideology.

10            So they are all attracted by the idea and ideology and

11   the belief system, but different people --

12   Q.   Are drawn to different things?

13   A.   -- drawn to different things, yeah.

14   Q.   And certainly these ISIS chat rooms and sites had thousands

15   of people on them, correct?

16   A.   Yes.

17   Q.   And they certainly didn't all travel to --

18   A.   Yeah.  No, not all of them traveled, no.

19   Q.   And they certainly didn't all commit terrorist acts,

20   correct?

21   A.   Not all of them, yeah.

22   Q.   Right.  And some of them were, I think -- you wrote an

23   article about an ISIS Twitter troll, you called them?

24   A.   Yeah.

25   Q.   Yeah.  Some of them were sort of just keyboard warriors,

1    correct?

2    A.   Yeah.   That's a big function for them.

3    Q.   They would say things in their basement or their room, and

4    that's it, correct?

5    A.   Possible, yeah.

6    Q.   Yeah.   Okay.

7          MR. GEROMETTA:   Let me double-check and make sure I

8    didn't miss something.

9        (Brief pause.)

10       (Attorney conference.)

11   BY MR. GEROMETTA:

12   Q.   I just want to go back and double-check a date.   You talked

13   about hijrah or migration, correct?

14   A.   Yes.

15   Q.   And you said that in 2014, that kind of became ISIS's

16   thing, to, to emigrate to the Islamic State?

17   A.   There was -- yeah, there was an explicit call for people to

18   come to, to join -- to migrate to the -- to Syria and Iraq.

19   Q.   Okay.   And that call came out in 2014?

20   A.   Yes.

21         MR. GEROMETTA:   Okay.   I think that's it.   Thank you

22   so much.

23         THE WITNESS:   Thank you.

24         THE COURT:   Any redirect?

25         MR. SLAVIN:   Yes, your Honor.

```
1            THE COURT:  You may proceed, Mr. Slavin.
2                      REDIRECT EXAMINATION
3  BY MR. SLAVIN:
4  Q.  So opposing counsel just talked about a large number of
5  factions that were involved in the Syrian civil war, right?
6  A.  Yes.
7  Q.  How many of those factions were looking to establish a
8  Caliphate?
9  A.  Well, like in the -- so in the here and now or in the,
10 like, far future?  In the here and now, it would be ISIS,
11 Nusra.
12 Q.  How many of them used the words "Islamic State"?
13 A.  One.
14 Q.  How many of them would refer to themselves as true Muslims?
15 Would use that specific terminology?
16 A.  That is very, like -- that specific terminology is mostly
17 used by ISIS, Al Nusra, these jihadists.
18 Q.  How many of them would have welcomed in an American jihadi
19 who didn't speak Arabic?
20 A.  At the time, Nusra mostly.
21 Q.  You talked about some of these moderate groups.  Did -- how
22 many of these moderate groups called for martyrdom operations?
23 A.  It was -- it was mostly -- not mostly, but exclusively like
24 an ISIS or Nusra type of operation.  So even a group like Ahar
25 al Sham -- Ahar al Sham that had jihadists, refused to have --
```

1    to accept suicide bombing.

2    Q.  So how many, how many of these groups would have celebrated

3    suicide bombers?

4    A.  One.  And so it depends on the time frame.  You're talking

5    about --

6    Q.  So 2011, 2012.

7    A.  Al Nusra and Syrians.

8    Q.  How many of these groups were connected to the groups that

9    made the videos that we watched?

10   A.  One.

11   Q.  And you talked a bit about the designation in 2012.  Now,

12   that designation, did that add -- was that designating a

13   brand-new group or was that adding an alias to a previous

14   group?

15   A.  Adding an alias -- alias.  So the U.S. -- for example, when

16   Jabhat Al Nusra itself, Nusra, changed its name later, the U.S.

17   just added the names, sometimes after a period of time.

18   Q.  And, and the group al'Qaida in Iraq, how long ago had that

19   been designated?

20   A.  Since the -- 2004.  Early in the Iraq war.

21   Q.  Thank you.

22   A.  Thank you.

23          MR. SLAVIN:  Nothing further.

24          THE COURT:  All right.  This concludes your testimony.

25   You may step down.

1    Since it is 2:26, we are going to conclude for the

2    day.  We will see you all tomorrow morning at 8:30.

3         Remember not to discuss this case with anyone, not to

4    do any research of any kind.  And if you hear of anyone

5    violating the Court's instructions, you must immediately inform

6    me or a member of my staff.

7         Tomorrow, we will have a slightly longer lunch break

8    of closer to one hour, but otherwise, our day will begin with

9    testimony at 9:00 and end at 2:30.

10        Thank you all for your time and attention.  You are

11   excused.

12        THE LAW CLERK:  All rise for the jury.

13     (Where upon the jury was excused, 2:27 p.m.)

14        MS. MOHSIN:  Judge, before we go off the record, may I

15   have a moment to confer with my co-counsel?  There may be

16   something that we do need to put on the record.

17        THE COURT:  All right.  Thank you.

18     (Attorney conference.)

19        MS. MOHSIN:  So, Judge, there has been an issue that's

20   been percolating, for lack of a better term.  I've raised it

21   with Mr. Gerometta.  I've raised it with Mr. Carroll.  We

22   really didn't think it was right to raise with the Court, but I

23   think it's becoming more and more concerning.

24        I'm not sure if I'm going to ask the Court to do

25   anything at this point, other than perhaps take notice or pay

1     attention, but there is a problem that a number of us have

2     noticed, particularly with Juror No. 7.  And it's been very

3     difficult to ascertain if she is just being friendly, because

4     she has --

5             MR. SLAVIN:  Six.  Juror Six.

6             MS. MOSHIN:  What did I say?

7             MR. SLAVIN:  You said seven.

8             MS. MOHSIN:  My bad.  Sorry.  Number 6, Juror No. 6.

9             As the -- as the Court is aware, she has been --

10            THE COURT:  I want to make sure -- the door is open.

11    So if you would just pause for one moment, I will let you know

12    when the coast appears clear.  We're going to give it about

13    another moment.

14        (Brief pause.)

15            THE COURT:  We're going to wait.  Just pause for a

16    couple minutes.

17        (Brief pause.)

18            THE COURT:  All right.  I no longer see anyone moving

19    in the hallway.  And my law clerk has informed me that everyone

20    has exited, the jurors, that is.

21            Go ahead, Ms. Mohsin.  You said Juror No. 6?

22            MS. MOHSIN:  Juror No. 6, there has been --

23            THE COURT:  That they seem, you said, friendly?

24            MS. MOHSIN:  I'm trying to -- I'm trying to find the

25    right words, Judge.  I have noticed that she smiles and looks

 1   into my eyes, I look away.  That's not uncommon for jurors to

 2   make eye contact briefly with the parties.  There is nothing

 3   unusual or disturbing about it.

 4        What has caught my attention and the attention of

 5   others that I've raised, also with the defense team and

 6   Mr. Carroll, is there seems to be prolonged eye contact and

 7   smiling, particularly with the defendant.

 8        Now, when I alerted Mr. Gerometta that we were

 9   concerned about this, I do believe the defendant made efforts

10   not to look in her direction.  But I do think that it has

11   continued.

12        I'm concerned because based on what I'm being told

13   from, from the agents who are in the courtroom and others,

14   today, for instance, at 12:37, when the jurors came back in

15   from lunch, there was sustained eye contact between this juror

16   and the defendant, and there was smiling back and forth --

17   forth at one another.

18        I'm concerned about non-verbal communication, Your

19   Honor, particularly as it relates to the defendant.  I will say

20   that my observations, myself, of this juror is that she looks

21   around the room, makes eye contact, and smiles with multiple

22   people in a prolonged fashion.

23        It's concerning because I am worried that it's going

24   to progress from just passive eye contact and smiling into

25   non-verbal communication.  And so I want to bring it to the

1   Court's attention because it seems to be something that hasn't

2   subsided but is continuing.

3              THE COURT:  Let me ask just a clarifying question.

4              Ms. Mohsin, you stated that this individual had made

5   eye contact with you and smiled.  Is that something that you

6   felt like continued throughout today and, and prior days?  I

7   just want to make sure that it's clear.

8              MS. MOHSIN:  When she comes in, she looks around at

9   different people and she smiles.

10             THE COURT:  All right.

11             MS. MOHSIN:  So I've talked with everyone, I think all

12  of the attorneys here.  We've all commented that the same thing

13  has happened to them.  So there is a -- so there is a part of

14  it that, that when it started, I think as testimony began, I

15  was optimistic that it would subside.  To some extent, it has.

16  But there is continued communication but the -- between this

17  juror and the defendant.  And I will say I have seen the juror

18  staring at the defendant throughout the day today, just staring

19  at the defendant looking in his direction.

20             I have not been looking at the defendant, but there

21  are times where he's not looking at her at all.  And there are

22  times that, that I am being told that there is sort of this

23  connection.  So --

24             THE COURT:  How, how do you know that the defendant is

25  looking at -- I'm sorry, that Juror No. 6 is looking at

1    Mr. Naser as opposed to you, for example?  I mean, you all are

2    -- I'm not going to draw out the geometry on the record -- but

3    relatively in the same direction.  I'm just curious of, of that

4    assessment.

5              MS. MOHSIN:  So again, I think there have been a few

6    instances where they are smiling at one another.  I saw the

7    juror at 12:37 come in, look towards the defendant, nod, and

8    smile.  I didn't look at the defendant, but what, what I

9    perceived was that she was nodding in that direction.  Others

10   have seen -- seen things as well.

11             So like I said, I'm just trying to sensitize to the,

12   the Court to the fact this may become something.  I'm not

13   alleging any non-verbal communication problem at this moment.

14   I'm saying we're starting to see these things over a period of

15   days.  They have not subsided.  I would ask the Court to be

16   mindful that there -- this may be something that develops.

17             I've had a trial in which a defendant and a juror

18   engaged in non-verbal communication, and it progressed

19   throughout the trial.  So it's something that I have witnessed

20   before in a trial, especially a prolonged trial.  I, I would

21   like to make sure that the Court is aware of it.

22             THE COURT:  Mr. Gerometta, do you agree that Juror

23   No. 6 has nodded and smiled in the -- in the direction of

24   Mr. Naser?

25             MR. GEROMETTA:  I -- your Honor, you know, we have not

```
 1   discussed this since we've been in this set-up.  I -- you know,
 2   I know she did make some eye contact particularly with
 3   Ms. Basha.  You know, I don't know if it's because they are
 4   both young and, and covered or -- so I don't -- I'm -- at this
 5   point, I haven't noticed it personally.  I know Ms. Mohsin has
 6   raised it before, and we raised it.  And she said the
 7   defendant, when we were downstairs, appeared to be making some
 8   efforts to not do that.
 9        I just wonder if we could craft a cautionary
10   instruction for the jury tomorrow morning?  Because we're on --
11   it feels like we're on a day 100, but I think we're on day 5.
12        THE COURT:  We, we are far from 100, thankfully.
13        MR. GEROMETTA:  Because I -- you know, I think if,
14   even if this just is her personality, which I think it might
15   be, we don't want that mistaken for something else.  So maybe
16   just a cautionary instruction so we don't have an issue, I
17   think.
18        THE COURT:  I will consider it.  You know, I, I will
19   consider it.
20        MS. MOHSIN:  Judge, I, I think one thing that might be
21   helpful is if the Court were to take, you know -- pay, pay a
22   little attention to it.  I don't, I don't know that the Court
23   has or hasn't.  But because we have all seen some of this
24   activity, if the Court maybe takes notice of it, maybe we can
25   talk about it before the Court issues an instruction.
```

```
 1              I was optimistic this would just sort of -- as
 2    testimony came on, you know, things would settle down, but --
 3              THE COURT:  But you feel like it increased today?
 4              MS. MOHSIN:  It definitely was --
 5              THE COURT:  Or this specific time --
 6              MS. MOHSIN:  -- it was definitely noticeable that she
 7    smiled and nod.
 8              THE COURT:  -- time at 12:37.
 9              MS. MOHSIN:  12:37.
10              And this is not just my observation.  I know that
11    Mr. Moon and I know that Special Agent Wood also observed this.
12    And so I am sitting in this position, but they are further
13    back, and they have a broader perspective than I do.
14              THE COURT:  All right.  I, I will just note on the
15    record that you -- you all, as far as the government team, is
16    much closer to Juror No. 6 than I am and also than
17    Mr. Gerometta and everyone at his table is.  So we shall see.
18              I haven't -- I have not noticed it, I'll just say that
19    on the record.  I will certainly, at a minimum, be monitoring
20    not just Juror No. 6, but also the entire jury.
21              And just to make it crystal clear on the record, you
22    haven't seen other jurors engaging in similar facial
23    expressions or head expressions; is that right?
24              MS. MOHSIN:  That is correct, your Honor.
25              THE COURT:  Okay.
```

1          MS. MOHSIN:  Other jurors, what I've perceived --

2    again, having done this for a long time -- is normal sort of

3    looking.  I mean, you can't stop people from looking at one

4    another.  But when it crosses over from just looking into sort

5    of smiling, nodding, and becoming a little bit more

6    communicative, that's when I think it's a little uncomfortable.

7          THE COURT:  And your view of "communicative" is

8    holding eye contact for longer than a second or two and perhaps

9    nodding?  I just want to make sure that, that I -- that I'm

10   understanding the way that you're describing it.

11         MS. MOHSIN:  Judge, you know it when you see it.  I

12   don't know how to -- I don't know how to articulate it because

13   there could be perfect instances where someone makes eye

14   contact with you, and they are not really communicating, right?

15         THE COURT:  Right.

16         MS. MOHSIN:  So it's a really difficult thing to

17   define, which is why I think it would be really helpful if the

18   Court was paying attention.  Perhaps we could have this

19   conversation later.  That's not -- why I'm not saying that's

20   what's going on.  I'm just sensitizing the Court.

21         THE COURT:  You're expressing a concern.

22         MS. MOHSIN:  Yes.

23         THE COURT:  Thank you.

24         And I will monitor it.  I'm also -- I will also just

25   note on the record that an individual may look in a person's

 1   direction but not necessarily be focused on a specific

 2   individual.

 3           MS. MOHSIN:  Agreed.

 4           THE COURT:  So we shall see.

 5           Anything that you'd like to place on the record,

 6   Mr. Gerometta, further?

 7           MR. GEROMETTA:  No, your Honor.  Like I said, I

 8   haven't been paying that much attention to the issue after I

 9   hoped -- I thought we had resolved it.

10           You know, I just ask if the Court does note some

11   issue, I think we need to give an instruction before it becomes

12   an issue.  I don't think we should wait until there is some

13   sort of non-verbal communication challenge.

14           THE COURT:  Well, I will, I will plan to at least

15   observe tomorrow, and we'll see how tomorrow goes.  And I'll

16   just also note for the record that, like other individuals in

17   court, I've seen Mr. Naser have a range of reactions and

18   responses in court.  I have not observed Mr. Naser do anything

19   inappropriate.  So I will just note that on the record.

20           Thank you, all.

21           MS. MOHSIN:  Thank you, Judge.

22           THE COURT:  Court is adjourned.

23           THE COURT CLERK:  All rise.  Court is adjourned.

24      (Proceedings concluded, 2:39 p.m.)

25

```
 1
 2                        CERTIFICATION OF REPORTERS
 3
 4      I, Leann S. Lizza/Christin E. Douglas, do hereby certify
 5   that the above-entitled matter was taken before me at the time
 6   and place hereinbefore set forth; that the proceedings were
 7   duly recorded by me stenographically and reduced to computer
 8   transcription; that this is a true, full and correct transcript
 9   of my stenographic notes so taken; and that I am not related
10   to, nor of counsel to either party, nor interested in the event
11   of this cause.
12
13
14   S/Leann S. Lizza S/Christin E. Douglas           5/12/2025
15   Leann S. Lizza, CSR-3746, RPR, CRR, RMR, RDR        Date
16   Christin E. Douglas, RDR, CRR, FCRR, CSR
17
18
19
20
21
22
23
24
25
```

# #

**#9-14** [2] - 4:9, 85:1

# '

**'13** [2] - 137:16, 137:18
**'17** [1] - 85:19
**'60s** [1] - 74:25
**'70s** [4] - 41:15, 74:15, 74:23, 74:25
**'80s** [5] - 41:6, 41:15, 42:13, 42:15
**'children'** [1] - 91:9
**'do** [1] - 86:12
**'security** [1] - 87:4
**'strike** [1] - 87:3
**'you** [1] - 86:15

# 1

**10-10** [1] - 14:13
**10-11** [3] - 4:17, 14:16, 15:11
**10-12A** [3] - 4:3, 12:2, 13:13
**10-13** [3] - 4:17, 14:16, 15:11
**10-14** [3] - 4:12, 19:2, 19:24
**10-15** [1] - 19:2
**10-15A** [2] - 19:11, 19:14
**10-16** [4] - 4:12, 19:2, 19:6, 19:24
**10-16A** [4] - 4:12, 19:6, 19:9, 19:24
**10-2** [5] - 4:17, 14:2, 14:6, 15:11, 121:19
**10-2.A** [1] - 14:5
**10-2A** [3] - 4:17, 14:7, 15:11
**10-6A** [3] - 4:3, 11:25, 13:13
**10-7** [3] - 4:17, 14:10, 15:11
**10-8** [1] - 14:13
**10-9** [1] - 14:13
**10-minute** [1] - 126:9
**100** [2] - 166:11, 166:12
**10:17** [1] - 49:12
**10:18** [1] - 49:16
**10:28** [1] - 49:17
**10:29** [1] - 49:24
**11** [1] - 12:5
**11-1** [3] - 4:12, 16:3, 19:24
**11-10** [1] - 16:6

**11-11** [1] - 16:6
**11-12** [1] - 16:6
**11-13** [3] - 4:12, 16:10, 19:24
**11-13A** [4] - 4:13, 16:10, 16:11, 19:24
**11-14** [3] - 4:13, 16:15, 19:25
**11-16** [4] - 4:13, 16:18, 16:23, 19:25
**11-16A** [3] - 4:13, 16:18, 19:25
**11-17** [3] - 4:13, 16:18, 19:25
**11-17A** [3] - 4:13, 16:18, 19:25
**11-18** [3] - 4:13, 16:18, 19:25
**11-18A** [5] - 4:14, 16:18, 16:20, 16:23, 19:25
**11-19** [3] - 4:14, 17:4, 19:25
**11-20** [1] - 17:4
**11-21** [1] - 17:4
**11-22** [3] - 4:14, 17:11, 20:1
**11-22A** [3] - 4:14, 17:11, 20:1
**11-23** [3] - 4:14, 17:11, 20:1
**11-23A** [3] - 4:14, 17:12, 20:1
**11-26** [3] - 4:15, 17:15, 20:1
**11-27** [3] - 4:15, 17:18, 20:1
**11-27A** [3] - 4:15, 17:18, 20:1
**11-29** [3] - 4:15, 18:3, 20:1
**11-33** [3] - 4:15, 18:6, 20:2
**11-33A** [5] - 4:15, 18:6, 20:2
**11-34** [3] - 4:16, 18:9, 20:2
**11-34A** [1] - 12:4
**11-38** [1] - 18:12
**11-38A** [3] - 4:16, 18:12, 20:2
**11-9** [3] - 4:12, 16:6, 19:24
**119** [1] - 4:20
**11:59** [1] - 101:18
**12** [3] - 1:12, 6:1, 145:3
**12-8** [7] - 4:17, 14:20, 15:11, 22:17, 22:19, 22:21, 117:16

**12-8A** [5] - 4:17, 14:19, 15:11, 22:18, 23:1
**12-9** [6] - 4:18, 14:23, 15:11, 23:23, 24:1, 120:3
**12-9A** [8] - 4:18, 14:22, 15:12, 24:5, 24:9, 24:11, 24:23, 120:4
**127** [1] - 3:10
**12:00** [1] - 101:22
**12:35** [2] - 101:20, 101:23
**12:37** [5] - 102:7, 163:14, 165:7, 167:8, 167:9
**12:38** [2] - 102:8, 102:12
**12th** [3] - 144:24, 145:4, 145:5
**13** [1] - 4:3
**14** [3] - 19:2, 83:7
**149** [1] - 141:24
**15** [3] - 4:17, 19:2, 33:11
**15-22** [4] - 4:20, 119:5, 119:18, 119:23
**159** [1] - 3:11
**17-148** [3] - 4:4, 12:9, 13:14
**17-29** [5] - 4:18, 14:25, 15:12, 25:8, 25:18
**17-29A** [4] - 4:18, 14:25, 15:12, 25:15
**17-34A** [4] - 4:3, 12:5, 12:6, 13:13
**17-96** [4] - 4:21, 96:5, 96:14, 96:17
**170** [1] - 5:20
**18-1** [4] - 20:5, 21:16, 21:22, 23:20
**18-10** [3] - 4:18, 15:4, 15:12
**18-11** [1] - 15:4
**18-12** [1] - 15:4
**18-13** [1] - 15:4
**18-14** [3] - 4:19, 15:4, 15:12
**18-15A** [4] - 4:16, 19:14, 20:2
**18-16** [3] - 4:16, 19:16, 20:2
**18-1A** [7] - 4:3, 12:10, 13:13, 20:6, 21:16, 21:22, 23:21
**18-23** [3] - 4:16, 19:16, 20:3
**18-2A** [3] - 4:4, 12:12, 13:14

**18-3A** [3] - 4:4, 12:14, 13:14
**18-4** [4] - 4:7, 33:15, 33:25, 112:10
**18-5** [1] - 33:15
**18-5A** [3] - 4:4, 12:16, 13:14
**18-6** [4] - 4:7, 33:15, 33:25, 114:2
**18-6A** [3] - 4:4, 12:18, 13:14
**18-9** [3] - 4:18, 15:2, 15:12
**18-9A** [3] - 4:18, 15:2, 15:12
**19** [1] - 4:12
**1:33** [2] - 126:11, 126:14
**1:43** [1] - 126:15
**1:44** [1] - 126:21

# 2

**2** [8] - 1:9, 2:7, 13:5, 24:15, 24:17, 25:5, 28:15, 51:25
**20** [10] - 28:8, 28:13, 31:24, 50:20, 63:20, 66:17, 66:24, 132:7, 132:23, 157:4
**20-13** [4] - 4:22, 64:17, 65:5, 65:8
**20-14** [4] - 4:23, 79:15, 80:2, 80:6
**20-15** [4] - 4:24, 97:5, 97:10, 97:13
**2000** [1] - 94:13
**2000s** [1] - 82:16
**2001** [1] - 1:16
**2004** [4] - 48:16, 49:2, 50:8, 160:20
**2006** [4] - 50:13, 50:16, 50:20, 66:1
**2007** [2] - 61:13, 94:19
**2008** [1] - 36:7
**2010** [1] - 65:15
**2011** [23] - 51:21, 51:23, 51:24, 52:1, 52:10, 53:11, 53:12, 53:22, 63:7, 63:21, 64:3, 64:10, 65:18, 65:22, 66:5, 73:15, 130:4, 130:7, 130:21, 140:14, 160:6
**2012** [36] - 52:4, 53:6, 54:24, 58:14, 59:4, 61:7, 61:16, 61:23, 62:5, 62:17, 63:6, 64:8, 66:15, 73:16,

75:6, 102:24, 103:3, 116:25, 133:8, 134:18, 134:25, 135:9, 135:24, 137:12, 137:16, 139:2, 143:9, 144:16, 144:17, 144:19, 145:1, 145:5, 148:3, 160:6, 160:11
**2013** [17] - 54:24, 63:10, 133:21, 135:9, 135:24, 137:12, 137:25, 138:3, 138:4, 138:21, 139:2, 148:3, 148:4, 148:15, 148:16, 149:9, 149:11
**2014** [26] - 36:15, 37:10, 37:14, 65:19, 66:17, 66:23, 66:24, 67:9, 68:19, 68:20, 69:20, 70:10, 71:11, 72:9, 73:18, 83:11, 95:21, 96:1, 109:12, 120:13, 121:1, 146:12, 153:16, 158:15, 158:19
**2015** [1] - 36:21
**2016** [5] - 65:23, 77:8, 85:19, 86:10
**2019** [1] - 65:15
**202** [1] - 1:21
**2025** [2] - 1:12, 6:1
**20530** [1] - 1:21
**211** [1] - 1:16
**214A** [2] - 11:21, 11:23
**21st** [1] - 40:22
**22-CR-20504** [2] - 1:5, 6:9
**226-9100** [1] - 1:17
**231** [1] - 1:11
**27** [3] - 2:7, 4:11, 61:13
**27A** [1] - 17:20
**29** [1] - 3:5
**2:26** [1] - 161:1
**2:27** [1] - 161:13
**2:30** [1] - 161:9
**2:39** [1] - 169:24

# 3

**3** [2] - 24:20, 25:5
**3-21** [3] - 10:14, 10:19, 10:23
**3-21A** [2] - 10:13, 10:20
**3-minute** [2] - 104:3,

104:13
**31** [1] - 3:6
**313** [3] - 1:17, 2:5, 2:8
**33** [1] - 4:5
**34** [1] - 3:9
**35-minute** [1] - 101:13
**36** [2] - 85:8, 90:16
**38** [1] - 121:20

**4**

**41** [1] - 11:17
**46** [2] - 99:22
**48226** [2] - 1:17, 2:4
**48362** [1] - 2:7

**5**

**5** [3] - 11:11, 85:7, 166:11
**5-2** [1] - 13:5
**5-2.126** [4] - 4:5, 33:13, 33:23, 111:21
**5-2.129** [4] - 4:5, 33:14, 33:23, 103:22
**5-2.140** [3] - 4:5, 33:14, 33:23
**5-2.152** [4] - 4:6, 33:14, 33:23, 108:9
**5-2.177** [3] - 4:6, 33:14, 33:24
**5-2.214** [4] - 4:6, 33:14, 33:24, 115:22
**5-2.214A** [3] - 4:3, 11:17, 13:13
**5-2.219** [4] - 4:6, 33:14, 33:24, 110:20
**5-2.221** [3] - 4:6, 33:14, 33:24
**5-2.223** [4] - 4:7, 33:15, 33:24, 109:15
**5-2.238** [4] - 4:7, 33:15, 33:24, 108:25
**5-2.241** [4] - 4:3, 11:12, 13:13
**5-2.241A** [1] - 11:16
**5-2.45** [4] - 4:5, 33:13, 33:23, 98:15
**5-2.46** [5] - 4:5, 33:13, 33:23, 99:22
**5/12/2025** [1] - 170:14
**50** [4] - 29:11, 29:13, 29:14, 131:18
**530-9505** [1] - 2:8

**6**

**6** [8] - 162:8, 162:21, 162:22, 164:25, 165:23, 167:16,

167:20
**60** [1] - 30:18
**613** [1] - 2:3
**616-2846** [1] - 1:21
**65** [1] - 4:22

**7**

**7** [1] - 162:2
**7600** [1] - 1:20
**7th** [2] - 40:22, 43:13

**8**

**80** [1] - 4:23
**85** [1] - 4:9
**89** [1] - 4:10
**8:30** [1] - 161:2

**9**

**9** [1] - 3:4
**9-11** [6] - 4:10, 82:21, 83:5, 89:10, 89:17, 89:20
**9-14** [5] - 82:21, 83:5, 83:8, 84:23, 94:6
**9-18** [7] - 4:11, 26:9, 26:24, 27:2, 27:4, 28:4, 29:19
**950** [1] - 1:20
**96** [1] - 4:21
**967-5555** [1] - 2:5
**97** [1] - 4:24
**9:00** [1] - 161:9
**9:06** [2] - 1:12, 6:4
**9:11** [1] - 9:1
**9:12** [1] - 9:9
**9:47** [1] - 32:17
**9:48** [1] - 33:6

**A**

**A-Q-A-P** [1] - 80:19
**A-Z-H-A-R** [1] - 35:16
**a.m** [11] - 1:12, 6:4, 9:1, 9:9, 32:17, 33:6, 49:12, 49:16, 49:17, 49:24, 101:18
**abandon** [2] - 45:17, 71:7
**Abbasid** [2] - 151:13, 151:15
**Abbott** [1] - 2:3
**abbreviations** [1] - 9:17
**abide** [1] - 92:6
**ability** [1] - 88:19
**able** [4] - 59:17, 60:11, 62:6, 62:16

**above-entitled** [1] - 170:5
**absolute** [1] - 135:24
**absolutely** [3] - 37:20, 79:25, 89:4
**absorb** [1] - 56:23
**Abu** [20] - 51:22, 52:15, 52:25, 53:3, 65:14, 65:22, 65:24, 69:7, 70:3, 72:13, 78:25, 86:3, 86:7, 107:9, 107:10, 112:5, 112:6, 122:4, 122:15, 123:7
**ABU** [1] - 52:18
**academic** [1] - 43:19
**academics** [3] - 76:21, 78:10, 79:7
**accept** [6] - 40:3, 55:4, 57:1, 59:22, 125:10, 160:1
**acceptable** [1] - 74:10
**access** [1] - 124:5
**accompanying** [1] - 7:1
**according** [5] - 27:15, 44:21, 47:7, 150:5, 150:6
**accumulate** [1] - 32:4
**accurate** [1] - 33:16
**accurately** [1] - 10:4
**accuse** [1] - 125:5
**achieve** [1] - 43:24
**acknowledge** [1] - 78:11
**acquired** [1] - 32:7
**act** [4] - 74:2, 87:19, 88:23, 104:19
**action** [2] - 86:3, 86:4
**active** [5] - 36:25, 37:16, 63:17, 63:20, 137:22
**activities** [6] - 63:22, 63:25, 64:3, 64:4, 64:6, 95:22
**activity** [2] - 91:9, 166:24
**acts** [2] - 156:12, 157:19
**actual** [1] - 36:24
**add** [2] - 50:13, 160:12
**added** [2] - 31:24, 160:17
**adding** [2] - 160:13, 160:15
**addition** [4] - 30:19, 41:11, 132:11, 135:19
**additional** [2] - 18:20, 19:16

**address** [2] - 27:16, 27:25
**addressed** [1] - 110:25
**addressing** [2] - 100:19, 100:20
**adhere** [2] - 40:1, 69:25
**adhered** [1] - 59:2
**adjourned** [2] - 169:22, 169:23
**admission** [2] - 13:1, 80:1
**admissions** [1] - 13:1
**admit** [9] - 15:7, 19:19, 26:23, 33:11, 65:5, 84:22, 89:17, 96:14, 97:10
**admitted** [18] - 10:13, 10:22, 13:12, 15:10, 19:23, 26:5, 27:1, 33:21, 65:7, 80:5, 84:25, 89:19, 96:16, 97:12, 119:18, 119:22, 120:5, 121:20
**Adnani** [10] - 65:22, 77:5, 86:8, 87:21, 87:22, 90:15, 93:25, 112:6, 112:7, 112:19
**Adnani's** [1] - 86:3
**adopted** [3] - 80:20, 80:24, 82:3
**adulterers** [1] - 40:25
**adults** [1] - 91:8
**advance** [1] - 117:15
**advertise** [2] - 67:25, 68:3
**advertised** [1] - 104:19

**ago** [2] - 66:11, 160:18
**agree** [3] - 41:22, 41:23, 165:22
**agreed** [1] - 169:3
**agreement** [1] - 92:7
**agricultural** [3] - 128:20, 128:22, 128:25
**Ahar** [1] - 159:24, 159:25
**ahead** [13] - 34:14, 49:7, 94:5, 97:1, 98:2, 102:20, 104:23, 104:25, 110:20, 111:24, 120:3, 126:7, 162:21
**Ahrar** [6] - 145:22, 146:3, 146:5, 146:8, 146:12, 146:22
**aid** [3] - 7:20, 85:15
**akhi** [1] - 27:15
**Al** [51] - 52:5, 52:6, 52:15, 58:16, 58:17, 65:17, 69:11, 69:13, 81:2, 81:4, 97:20, 98:20, 106:4, 106:8, 110:7, 110:12, 110:25, 111:1, 116:12, 116:21, 118:20, 135:2, 135:7, 136:18, 137:13, 139:5, 139:10, 140:5, 140:19, 141:3, 141:25, 142:6, 142:16, 142:21, 143:4, 143:10, 144:16, 148:10, 148:17, 149:1, 149:3, 149:6, 149:7, 149:9, 159:17, 160:7, 160:16
**AL** [4] - 46:25, 52:6, 52:19, 97:21
**al** [53] - 25:14, 25:20, 46:24, 51:19, 52:19, 65:22, 65:24, 66:7, 66:25, 70:4, 70:8, 70:22, 71:2, 72:13, 77:5, 79:1, 80:13, 86:3, 86:8, 87:21, 87:22, 90:21, 90:22, 90:23, 90:24, 92:24, 101:3, 107:10, 108:22, 112:6, 112:7, 122:4, 129:14, 130:24, 131:7, 131:9, 133:9, 133:21, 134:18, 134:23, 135:9,

**address** — (continued above)

**afternoon** [2] - 127:3, 127:4
**afterwards** [1] - 36:16
**agencies** [1] - 59:23
**agenda** [1] - 55:8
**Agent** [1] - 167:11
**agents** [1] - 163:13

**Afghanistan** [13] - 41:8, 41:10, 42:13, 42:16, 42:23, 42:24, 47:18, 48:12, 75:1, 81:25, 82:1, 140:15
**Africa** [2] - 127:16, 127:17

**affairs** [1] - 34:11
**affiliate** [2] - 139:25, 140:13
**affiliated** [1] - 140:12
**affiliates** [1] - 139:21
**affirm** [1] - 118:5

135:23, 139:2, 145:22, 146:3, 146:5, 146:8, 146:12, 146:22, 159:25
al'Qaida [78] – 41:13, 42:13, 42:14, 43:16, 44:4, 44:15, 48:19, 48:20, 49:4, 50:9, 50:10, 50:11, 50:17, 51:1, 52:8, 53:8, 58:16, 58:21, 60:7, 65:21, 66:3, 66:8, 66:12, 67:1, 67:5, 67:15, 67:19, 67:21, 67:24, 68:8, 68:10, 68:15, 68:25, 69:6, 69:10, 69:13, 69:14, 70:13, 70:14, 80:12, 80:13, 80:18, 82:4, 82:6, 82:11, 93:16, 94:3, 94:4, 95:11, 116:22, 139:11, 139:20, 139:21, 139:25, 140:3, 140:12, 140:13, 140:17, 140:23, 140:24, 141:12, 141:15, 142:3, 142:14, 142:18, 143:5, 143:8, 145:7, 149:8, 160:18
Al'Qaida [1] – 80:19
al'Qaida's [1] – 43:9
al-Adnani [7] – 65:22, 77:5, 86:8, 87:21, 87:22, 112:6, 112:7
al-Adnani's [1] – 86:3
al-Assad [3] – 130:24, 131:7, 131:9
al-Baghdadi [8] – 25:14, 25:20, 51:19, 70:4, 72:13, 79:1, 107:10, 122:4
Al-Furqan [1] – 98:20
al-Furqan [1] – 80:13
al-Islam [2] – 90:23, 90:24
al-Jaloni [3] – 70:8, 70:22, 71:2
Al-Jolani [1] – 149:7
al-Kufr [4] – 90:21, 90:22, 90:24, 92:24
al-Moaminin [1] – 46:24
Al-Shabaab [1] – 142:16
al-Sham [6] – 145:22, 146:3, 146:5, 146:8, 146:12, 146:22

al-Zarqawi [1] – 65:24
al-Zawahiri [3] – 66:7, 66:25, 108:22
alarmed [1] – 71:19
Alawite [1] – 114:17
Alawites [3] – 58:9, 114:18, 114:22
alcohol [1] – 125:21
Aleppo [1] – 83:23
alerted [1] – 163:8
alias [5] – 53:8, 116:22, 160:13, 160:15
align [2] – 123:13, 144:8
aligned [1] – 64:8
Allah [3] – 87:8, 91:6, 92:14
Allah's [1] – 84:9
allegiance [30] – 47:13, 47:19, 48:19, 53:1, 53:3, 53:5, 69:25, 70:6, 71:3, 71:4, 71:6, 77:16, 79:12, 118:1, 118:3, 118:8, 121:25, 122:1, 122:9, 122:12, 122:14, 123:6, 142:16, 143:10, 149:5, 149:8, 153:11
alleging [1] – 165:13
alliance [1] – 34:12
allied [2] – 137:2, 147:17
allies [2] – 43:2, 136:13
allow [1] – 60:19
ally [1] – 143:17
allying [1] – 136:19
almost [4] – 71:17, 86:5, 147:4, 150:25
alone [4] – 88:12, 88:17, 109:6
alongside [3] – 60:22, 128:18, 128:19
alras [1] – 120:18
alternative [2] – 75:10, 108:3
AMANDA [1] – 2:2
Amanda [1] – 6:21
AMERICA [1] – 1:3
America [4] – 6:10, 42:20, 87:17, 95:24
American [9] – 48:16, 59:13, 66:2, 87:5, 88:9, 102:24, 103:2, 104:20, 159:18
American-Yemeni [1] – 66:2

Americans [2] – 48:17, 99:8
amir [1] – 118:2
Amir [1] – 46:24
AMIR [1] – 46:24
ancestors [1] – 40:12
ancient [2] – 39:11, 57:17
and.. [2] – 97:22, 107:13
animated [2] – 115:17, 156:21
announced [4] – 52:4, 69:20, 70:3, 139:16
announcement [1] – 72:9
anointed [1] – 149:23
answer [4] – 31:1, 31:21, 103:16, 155:25
answers [1] – 77:24
Antoon [10] – 3:3, 9:8, 9:14, 22:20, 27:7, 29:9, 29:11, 31:1, 31:7, 31:21
Anwar [1] – 66:2
apart [1] – 125:15
apologize [3] – 19:14, 83:8, 130:20
apostasy [1] – 122:22
apostate [2] – 70:25, 150:3
apostates [2] – 74:19, 150:25
appeal [2] – 83:12, 90:10
appearances [2] – 1:14, 6:11
Appearances [1] – 1:23
APPEARANCES [1] – 2:1
appeared [1] – 166:7
appearing [1] – 6:14
applied [1] – 68:9
applies [1] – 91:24
apply [1] – 74:7
appointed [1] – 51:18
approach [8] – 10:25, 33:1, 64:13, 82:18, 96:2, 96:5, 97:2, 119:2
appropriated [1] – 122:5
approved [2] – 16:2, 16:8
apps [1] – 82:17
AQAP [1] – 80:19
AQI [1] – 142:3
Arab [4] – 35:25, 43:7,

90:11, 130:7
Arabia [11] – 43:6, 45:22, 47:17, 68:14, 86:24, 93:3, 106:7, 106:9, 110:11, 111:6
Arabia...because [1] – 106:7
Arabian [4] – 80:19, 105:11, 106:4, 106:9
Arabic [39] – 9:23, 10:4, 12:20, 12:22, 16:3, 16:15, 17:5, 17:15, 18:3, 18:9, 21:2, 21:3, 21:6, 23:11, 24:1, 26:2, 26:15, 26:21, 27:10, 27:16, 30:21, 31:25, 32:7, 38:20, 38:22, 38:23, 39:18, 40:11, 46:13, 90:9, 95:1, 106:22, 117:25, 120:1, 120:21, 123:3, 140:7, 159:19
Arabic-language [1] – 18:9
Arabs [4] – 53:19, 57:8, 61:22, 62:11
Aramaic [1] – 57:6
area [6] – 54:22, 56:10, 61:18, 62:8, 129:5, 129:7
areas [14] – 51:4, 61:12, 62:9, 63:2, 63:19, 71:15, 72:16, 93:1, 124:12, 128:20, 129:18, 130:17, 130:18, 134:4
arenas [1] – 140:22
armament [1] – 138:22
armed [3] – 28:20, 53:22, 54:8
Armenians [1] – 57:11
armies [2] – 84:1, 84:10
arms [6] – 43:25, 54:12, 54:19, 56:9, 87:16, 133:24
army [4] – 54:21, 84:2, 87:24
Army [23] – 36:19, 54:16, 54:17, 56:4, 56:6, 56:11, 58:12, 80:22, 131:6, 131:14, 134:20, 134:21, 135:1, 135:5, 135:10, 135:13, 136:18, 137:13, 138:6, 138:16, 138:18,

139:22, 147:23
article [2] – 138:6, 157:23
articulate [1] – 168:12
articulated [1] – 19:21
ascertain [1] – 162:3
aseb [1] – 120:18
aspect [1] – 75:19
Assad [14] – 53:16, 53:23, 54:9, 54:12, 56:19, 130:24, 131:7, 131:9, 136:12, 136:13, 137:2, 141:11
assessment [1] – 165:4
Assistant [2] – 6:14, 6:16
associate [2] – 45:10, 143:7
associated [8] – 19:20, 48:4, 67:15, 78:17, 105:8, 107:25, 108:5, 108:8
association [1] – 84:16
assumption [2] – 140:22, 153:9
atheists [1] – 42:16
attach [1] – 150:21
attached [1] – 110:5
Attack [1] – 88:23
attack [12] – 76:2, 76:19, 77:13, 77:17, 78:4, 78:6, 78:16, 78:24, 88:1, 93:5, 111:5, 111:16
attacked [1] – 88:3
attacks [15] – 71:21, 75:20, 77:10, 77:12, 78:11, 79:4, 87:14, 87:16, 88:11, 88:16, 88:20, 88:23, 88:25, 142:7, 157:2
attempts [1] – 7:24
attend [2] – 31:7, 34:21
attention [25] – 9:22, 10:11, 15:15, 16:10, 17:4, 17:11, 17:15, 18:3, 19:1, 20:5, 22:17, 23:23, 25:7, 27:25, 28:15, 112:23, 135:16, 161:10, 162:1, 163:4, 164:1, 166:22, 168:18, 169:8
Attorney [4] – 6:14, 6:17, 8:12, 29:4

**attorney** [3] - 6:15,
158:10, 161:18
**Attorney's** [1] - 1:16
**attorneys** [1] - 164:12
**attracted** [4] - 59:9,
156:17, 157:7,
157:10
**attrition** [2] - 76:13,
77:24
**audiences** [1] -
113:17
**audio** [14] - 7:12, 7:16,
15:17, 15:19, 16:11,
16:19, 17:12, 17:18,
18:6, 18:12, 18:16,
21:1, 21:21, 22:1
**Australia** [1] - 87:17
**Australian** [1] - 87:6
**authority** [2] - 122:18,
122:22
**Avenue** [1] - 1:20
**average** [1] - 147:11
**avoid** [1] - 81:13
**awakening** [1] - 130:8
**aware** [2] - 162:9,
165:21
**Awlaki** [1] - 66:2
**Aws** [3] - 6:10, 6:20,
22:7
**AWS** [1] - 1:6
**Ayman** [3] - 66:7,
66:24, 108:22
**AZA** [1] - 35:16
**Azhar** [1] - 35:16

**B**

**B-A-Y-A-T** [1] - 123:5
**background** [3] -
98:24, 106:25, 109:5
**backwards** [1] - 83:8
**bad** [6] - 115:19,
122:16, 125:15,
143:3, 143:6, 162:8
**Bad** [1] - 138:7
**bag** [2] - 119:8, 119:10
**Baghdad** [2] - 62:1,
62:2
**Baghdadi** [22] - 25:14,
25:20, 51:19, 51:22,
52:25, 53:3, 65:14,
69:2, 70:4, 71:3,
72:13, 79:1, 107:10,
107:11, 122:4,
122:15, 123:7,
142:11, 149:3,
149:4, 149:5
**Baghdadi's** [1] - 69:7
**Bakr** [12] - 51:22,
52:25, 53:3, 65:14,

69:7, 70:3, 72:13,
78:25, 107:10,
122:4, 122:15, 123:7
**Bakri** [5] - 97:9, 97:16,
97:18, 97:19, 103:5
**banners** [3] - 81:21,
82:2
**baqiya** [1] - 121:12
**barren** [1] - 129:2
**bars** [1] - 125:21
**base** [1] - 93:17
**based** [2] - 28:8,
163:12
**basement** [1] - 158:3
**BASHA** [10] - 2:2,
6:23, 13:11, 15:9,
19:22, 26:25, 29:2,
29:5, 29:8, 31:13
**Basha** [4] - 3:5, 6:21,
31:15, 166:3
**Bashar** [4] - 53:16,
130:24, 131:7, 131:9
**BASHI** [1] - 2:2
**Bashi** [1] - 6:21
**basic** [3] - 44:24, 45:8,
61:19
**battle** [6] - 84:1, 84:3,
85:18, 86:12, 108:1,
135:12
**battles** [1] - 108:4
**bayat** [6] - 71:2, 123:5,
152:3, 152:4, 152:6
**BAYAT** [1] - 71:2
**became** [25] - 39:22,
40:5, 40:18, 46:21,
46:23, 47:2, 47:3,
47:9, 48:3, 48:19,
48:23, 54:6, 54:8,
54:22, 70:13, 71:4,
71:8, 71:18, 72:1,
73:8, 75:12, 94:16,
147:15, 156:12,
158:15
**become** [11] - 40:20,
42:5, 47:4, 49:2,
53:22, 54:3, 65:2,
69:17, 148:14,
153:24, 165:12
**becomes** [7] - 46:1,
46:22, 55:11, 76:24,
131:2, 133:21,
169:11
**becoming** [3] -
138:21, 161:23,
168:5
**BEFORE** [1] - 1:10
**began** [3] - 41:4,
87:10, 164:14
**begin** [2] - 83:9, 161:8
**beginning** [11] -

41:15, 41:16, 55:1,
84:6, 85:25, 109:4,
110:6, 110:7,
144:17, 144:18,
147:17
**begins** [1] - 86:1
**behalf** [3] - 6:14, 6:20,
8:14
**beheaded** [2] - 68:1,
104:20
**beheading** [4] - 71:23,
104:14, 104:16,
104:19
**beheadings** [1] -
83:18
**behind** [3] - 21:24,
110:18, 111:15
**belief** [2] - 87:19,
157:11
**believers** [3] - 73:25,
74:11, 142:20
**believes** [4] - 45:16,
55:12, 55:24, 103:17
**belonged** [1] - 79:11
**belonging** [1] - 79:19
**belongs** [1] - 56:10
**Berg** [3] - 104:21,
104:22
**best** [3] - 7:13, 7:16,
83:15
**betrayed** [2] - 71:1,
71:8
**better** [6] - 42:1,
155:1, 155:3, 155:5,
156:3, 161:20
**between** [28] - 7:14,
20:18, 59:5, 59:7,
66:16, 67:5, 67:8,
67:10, 67:17, 68:21,
68:22, 84:1, 84:3,
105:20, 113:14,
114:10, 118:4,
134:1, 135:12,
135:20, 135:24,
139:22, 141:16,
143:21, 146:5,
151:1, 163:15,
164:16
**beyond** [2] - 86:19,
122:25
**bidding** [1] - 69:3
**big** [10] - 47:15, 64:8,
68:2, 68:6, 130:5,
130:15, 134:1,
135:23, 152:25,
158:2
**bigger** [2] - 108:19,
130:13
**biggest** [2] - 128:14,
137:14

**bin** [8] - 65:21, 66:7,
66:9, 66:10, 66:25,
107:12, 108:14,
108:20
**binder** [1] - 11:5
**biographies** [2] -
83:16, 95:3
**bit** [10] - 44:20, 75:16,
100:15, 102:16,
109:10, 113:13,
127:18, 149:19,
160:11, 168:5
**black** [9] - 81:5, 81:7,
81:21, 81:23, 82:2,
105:7, 105:8, 109:7
**blasphemy** [1] -
122:20
**blessings** [1] - 108:15
**block** [1] - 134:6
**blood** [4] - 91:2,
91:11, 93:11, 115:20
**blow** [2] - 68:10, 68:14
**blowing** [1] - 76:2
**blurring** [1] - 143:25
**bomb** [1] - 68:10
**bombers** [2] - 111:12,
160:3
**bombing** [4] - 44:9,
111:8, 144:7, 160:1
**book** [15] - 26:9,
26:10, 36:16, 36:18,
36:22, 36:23, 38:8,
38:15, 123:12,
141:20, 141:24,
147:1, 147:2, 147:4,
156:14
**books** [1] - 37:1
**border** [5] - 105:15,
129:24, 130:1,
134:10, 146:5
**borders** [6] - 95:10,
105:12, 105:18,
105:19, 105:20,
105:21
**borrowed** [1] - 41:19
**Bosnia** [1] - 140:16
**bottom** [3] - 23:13,
23:18, 117:25
**Boulevard** [1] - 1:11
**box** [1] - 33:3
**boys** [2] - 156:14
**branch** [3] - 52:8,
52:11, 58:20
**branches** [1] - 76:8
**brand** [1] - 160:13
**brand-new** [1] -
160:13
**bravery** [1] - 99:18
**break** [10] - 49:8,
49:10, 49:13, 50:7,

101:10, 101:13,
101:19, 126:8,
126:9, 161:7
**breaking** [2] - 68:21,
113:11
**breakup** [1] - 67:9
**brief** [6] - 102:4,
102:5, 104:15,
158:9, 162:14,
162:17
**Brief** [5] - 11:2, 11:19,
21:23, 28:23, 99:23
**briefly** [5] - 31:17,
65:12, 94:14, 94:19,
163:2
**bring** [19] - 43:13,
43:14, 43:18, 80:7,
89:21, 96:18, 99:21,
100:14, 101:9,
103:22, 108:9,
114:2, 117:1,
117:16, 119:1,
120:3, 121:19,
163:25
**bringing** [1] - 119:5
**British** [1] - 85:16
**broad** [1] - 139:20
**broadcast** [1] - 124:24
**broader** [1] - 167:13
**broadly** [1] - 55:23
**brother** [1] - 27:15
**brotherhood** [3] -
55:12, 63:9, 63:10
**Brotherhood** [1] -
141:2
**brothers** [1] - 111:6
**brought** [9] - 8:22,
40:8, 49:21, 68:23,
86:5, 102:3, 102:10,
126:19, 156:13
**Buffalo** [1] - 154:20
**build** [6] - 56:19,
72:11, 72:14, 72:20,
73:10, 142:12
**building** [2] - 102:18,
143:10
**bullet** [1] - 120:23
**bulletins** [3] - 37:24,
82:12, 125:1
**bullets** [1] - 120:24
**buried** [1] - 109:6
**Burke** [1] - 104:21
**burns** [1] - 84:9
**businessman** [1] -
91:7
**busy** [3] - 76:14,
77:23, 81:15
**buy** [1] - 91:10
**BY** [69] - 9:11, 11:4,
11:20, 13:20, 15:14,

20:4, 21:17, 21:25, 22:16, 23:4, 23:25, 24:10, 24:16, 24:21, 25:3, 25:17, 25:24, 27:6, 27:20, 29:8, 31:20, 34:3, 34:15, 50:6, 64:15, 64:21, 65:11, 80:8, 82:20, 85:5, 85:10, 89:8, 89:22, 94:8, 94:22, 96:4, 96:20, 97:4, 97:15, 98:3, 98:17, 100:1, 102:22, 103:15, 105:2, 106:16, 108:11, 109:2, 109:17, 110:23, 111:22, 112:1, 112:12, 113:4, 114:5, 114:14, 115:5, 115:24, 117:2, 117:17, 119:4, 119:24, 120:6, 121:23, 123:9, 127:2, 134:24, 158:11, 159:3
**Byzantine** [1] - 90:2

## C

**Cairo** [1] - 35:14
**Caliph** [24] - 46:12, 46:17, 46:18, 46:20, 47:9, 47:12, 47:13, 47:23, 48:2, 48:3, 48:4, 65:18, 70:4, 122:14, 150:3, 150:9, 150:20, 150:22, 151:1, 152:5, 152:12, 153:10
**CALIPH** [1] - 46:13
**Caliphate** [44] - 43:4, 46:11, 46:12, 47:4, 47:8, 47:13, 69:17, 69:23, 69:24, 71:10, 72:9, 72:11, 72:12, 72:14, 72:20, 72:25, 73:3, 73:18, 79:9, 79:13, 80:16, 83:11, 97:25, 103:17, 105:17, 105:18, 109:9, 120:22, 120:23, 121:13, 121:16, 122:4, 149:17, 149:22, 151:13, 151:15, 151:19, 153:10, 153:11, 153:16, 159:8
**Caliphates** [2] -

109:11, 151:17
**Caliphs** [1] - 151:16
**camaraderie** [1] - 27:17
**camp** [1] - 63:11
**Canada** [1] - 87:17
**Canadian** [1] - 87:6
**cannot** [3] - 20:21, 44:24, 87:15
**Cantlie** [1] - 85:14
**capital** [3] - 36:5, 61:17, 62:1
**caption** [1] - 93:9
**captivity** [1] - 99:12
**car** [1] - 92:21
**card** [2] - 23:12, 23:18
**cards** [1] - 23:10
**care** [1] - 141:25
**Carnegie** [1] - 38:7
**carried** [8] - 54:12, 54:19, 77:17, 78:12, 88:25, 111:5, 111:16, 142:7
**Carroll** [2] - 161:21, 163:6
**Carry** [1] - 88:23
**carry** [3] - 76:2, 78:24, 157:2
**carrying** [6] - 56:9, 75:20, 76:1, 77:11, 93:5, 100:9
**cars** [1] - 76:3
**case** [11] - 7:7, 9:20, 18:20, 27:23, 29:16, 98:4, 101:16, 122:11, 123:11, 153:9, 161:3
**Case** [3] - 3:2, 3:14, 6:9
**cases** [6] - 29:12, 29:25, 30:12, 115:10, 125:20, 137:11
**catastrophe** [3] - 155:17, 155:21, 156:1
**categories** [1] - 147:22
**categorize** [2] - 139:19, 144:3
**category** [1] - 141:2
**caught** [1] - 163:4
**caused** [1] - 67:11
**cautionary** [2] - 166:9, 166:16
**celebrated** [1] - 160:2
**celebrating** [1] - 121:8
**celebration** [2] - 108:12, 108:14
**cell** [1] - 142:5

center [1] - 55:10
**central** [13] - 55:13, 71:12, 80:14, 80:16, 98:19, 98:20, 106:21, 113:7, 113:8, 113:14, 113:18
**centuries** [1] - 48:9
**century** [3] - 40:22, 40:23, 43:13
**certain** [5] - 9:22, 19:4, 20:21, 26:2, 124:12
**certainly** [6] - 8:3, 146:3, 157:14, 157:17, 157:19, 167:19
**certainty** [1] - 155:10
**CERTIFICATION** [2] - 5:20, 170:2
**Certified** [1] - 1:24
**certify** [1] - 170:4
**cetera** [2] - 23:16, 26:5
**chain** [1] - 46:3
**challenge** [1] - 169:13
**change** [12] - 50:23, 50:24, 51:14, 53:19, 54:1, 55:6, 55:7, 55:9, 75:15, 118:9, 137:3
**changed** [7] - 46:23, 48:22, 51:19, 121:3, 121:6, 160:16
**changes** [5] - 50:7, 50:16, 50:22, 51:6, 51:11
**chaos** [1] - 87:10
**chaotic** [4] - 147:9, 147:14, 147:15, 147:16
**characteristics** [1] - 39:8
**charter** [1] - 153:3
**chased** [1] - 73:25
**chat** [1] - 157:14
**Chechnya** [1] - 140:15
**check** [2] - 158:7, 158:12
**chief** [1] - 34:10
**Chief** [2] - 3:2, 3:14
**Christendom** [2] - 89:24, 90:2
**Christian** [5] - 55:14, 84:2, 90:2, 92:5, 143:19
**Christianity** [1] - 45:5
**Christians** [2] - 57:11, 57:15
**Christin** [2] - 1:25, 170:16

**churches** [1] - 143:19
**circles** [3] - 103:9, 103:20, 103:21
**cite** [1] - 125:8
**cities** [9] - 54:10, 54:15, 61:14, 62:5, 62:12, 62:15, 130:13, 130:15, 134:13
**citizen** [1] - 93:11
**city** [2] - 89:25, 114:9
**City** [1] - 53:4
**civil** [8] - 132:23, 133:22, 134:16, 147:9, 147:13, 147:17, 148:2, 169:23
**Civil** [1] - 59:14
**civilian** [1] - 93:14
**civilians** [5] - 93:15, 93:16, 93:18, 93:20, 94:1
**claim** [6] - 50:25, 51:3, 78:6, 78:11, 78:12, 78:16
**claimed** [3] - 51:8, 79:4, 88:18
**claiming** [1] - 85:22
**clandestine** [1] - 139:15
**clarification** [2] - 106:6, 134:22
**clarifying** [1] - 164:3
**claws** [1] - 118:22
**clear** [14] - 7:2, 41:5, 41:7, 41:16, 100:24, 101:1, 122:20, 122:22, 122:24, 141:2, 148:1, 162:12, 164:7, 167:21
**clearly** [1] - 71:12
**clerics** [2] - 37:6, 86:24
**clerk** [1] - 162:19
**CLERK** [20] - 6:5, 8:25, 33:4, 33:7, 49:11, 49:15, 49:18, 49:19, 49:23, 101:17, 101:21, 101:24, 102:6, 102:11, 126:10, 126:13, 126:16, 126:20, 161:12, 169:23
**clip** [1] - 82:13
**clippings** [1] - 113:12
**clips** [2] - 100:2, 113:10
**close** [6] - 79:7, 132:25, 133:3,

139:18, 141:13, 144:2
**closely** [2] - 38:10, 124:10
**closer** [5] - 93:23, 100:15, 113:3, 161:8, 167:16
**co** [1] - 161:15
**co-counsel** [1] - 161:15
**coalition** [1] - 56:7
**coast** [1] - 162:12
**codes** [1] - 40:23
**coexist** [2] - 56:20, 150:19
**coexistence** [1] - 56:22
**collateral** [2] - 93:17, 93:19
**column** [1] - 27:9
**combination** [2] - 43:17, 44:3
**combine** [1] - 43:22
**combined** [3] - 17:7, 17:8, 101:6
**coming** [4] - 54:21, 54:23, 75:1, 132:19
**commanded** [1] - 86:13
**commander** [4] - 134:25, 135:1, 152:8, 152:9
**Commander** [2] - 46:24, 47:19
**commentary** [1] - 116:9
**commented** [1] - 164:12
**commenting** [1] - 116:6
**commit** [3] - 75:21, 77:10, 157:19
**commitment** [5] - 118:5, 118:10, 118:11, 118:24
**committed** [3] - 71:9, 79:5, 156:12
**committing** [2] - 122:23, 156:23
**common** [9] - 26:20, 37:12, 73:19, 73:20, 89:2, 99:16, 104:5, 107:23, 125:4
**commonly** [1] - 26:21
**communicating** [2] - 89:1, 168:14
**communication** [11] - 21:8, 21:12, 44:13, 77:2, 78:3, 163:18, 163:25, 164:16,

165:13, 165:18,
169:13
**communications** [3] -
21:1, 21:4, 21:6
**communicative** [2] -
168:6, 168:7
**communities** [1] -
124:12
**community** [6] -
31:11, 46:16, 73:1,
73:25, 74:10, 74:11
**Community** [1] - 2:3
**companions** [1] -
40:14
**compare** [1] - 123:11
**compel** [1] - 118:9
**competition** [1] -
150:2
**complete** [4] - 78:2,
88:11, 88:16, 122:24
**completely** [4] - 42:9,
45:13, 74:7
**complicated** [5] -
41:25, 44:12, 54:3,
136:7, 136:8
**components** [1] -
70:15
**computer** [1] - 170:7
**concept** [6] - 39:1,
41:21, 46:6, 48:4,
74:12, 93:15
**conception** [2] - 78:5,
78:6
**concern** [2] - 124:19,
168:21
**concerned** [4] - 20:23,
163:9, 163:12,
163:18
**concerning** [2] -
161:23, 163:23
**conclude** [1] - 161:1
**concluded** [2] - 13:24,
169:24
**concludes** [2] - 32:14,
160:24
**conclusion** [1] - 7:11
**conditions** [3] - 59:18,
59:19, 59:20
**conduct** [2] - 69:8,
88:20
**confer** [1] - 161:15
**conference** [4] - 8:12,
29:4, 158:10, 161:18
**conferences** [1] -
36:11
**confirm** [2] - 118:1,
118:5
**conflict** [4] - 7:14,
54:3, 124:10, 124:16
**confusion** [1] - 7:24

**congratulations** [1] -
108:15
**connect** [1] - 62:24
**connected** [1] - 160:8
**connecting** [1] -
103:18
**connection** [2] - 53:7,
164:23
**connections** [3] -
103:8, 103:10,
103:18
**consider** [4] - 7:16,
78:15, 166:18,
166:19
**considered** [1] - 75:3
**consistent** [1] - 9:19
**consistently** [1] -
126:4
**Constitution** [1] -
153:2
**construct** [1] - 105:25
**consumed** [1] - 78:23
**Cont'g** [2] - 3:4, 9:10
**contact** [9] - 163:2,
163:6, 163:15,
163:21, 163:24,
164:5, 166:2, 168:8,
168:14
**Contact** [1] - 1:24
**contain** [2] - 16:6,
27:22
**contained** [3] - 11:8,
14:16, 26:2
**contains** [2] - 14:2,
16:3
**contemporary** [1] -
106:11
**content** [1] - 83:4
**contents** [2] - 12:21,
12:22
**CONTENTS** [1] - 3:1
**context** [14] - 23:18,
27:13, 28:7, 30:5,
30:7, 30:12, 42:8,
43:14, 60:14,
107:18, 107:19,
108:4, 108:7, 110:3
**continual** [1] - 88:9
**continue** [15] - 9:5,
35:3, 50:3, 69:1,
84:8, 86:11, 86:14,
87:23, 91:1, 92:11,
95:2, 102:15,
106:14, 114:12,
115:12
**continued** [7] - 1:23,
38:17, 53:4, 90:5,
163:11, 164:6,
164:16
**Continued** [1] - 2:1

**continues** [3] - 77:22,
86:1, 120:24
**continuing** [3] - 30:20,
87:2, 164:2
**contractor** [1] -
104:21
**contrast** [1] - 93:15
**contrasts** [1] - 90:23
**contribution** [1] -
36:23
**control** [10] - 51:4,
61:11, 61:24, 62:2,
62:10, 102:17,
105:18, 134:4,
135:10
**controlled** [2] - 62:8,
154:18
**convenient** [1] - 8:18
**conventional** [1] -
87:24
**conversation** [2] -
23:15, 168:19
**conversations** [3] -
20:11, 20:23, 28:9
**conviction** [1] - 8:7
**cooperate** [2] - 137:6
**coordinate** [3] - 77:1,
77:12, 82:10
**coordinated** [2] -
78:17, 113:25
**coordinating** [1] -
89:1
**coordination** [3] -
77:14, 78:1, 88:21
**core** [1] - 74:13
**correct** [98] - 13:7,
25:21, 26:6, 30:2,
30:13, 30:16, 48:2,
66:13, 116:23,
127:13, 127:21,
128:2, 129:3, 129:6,
129:17, 130:2,
130:10, 130:12,
130:14, 131:10,
132:2, 132:9,
132:12, 132:15,
133:6, 133:11,
133:17, 133:18,
133:23, 133:25,
134:11, 134:14,
134:18, 135:1,
135:13, 135:17,
135:21, 135:25,
136:2, 136:20,
137:4, 137:10,
137:15, 138:2,
138:7, 138:14,
138:18, 138:21,
139:3, 139:14,
142:2, 142:4,

142:22, 143:11,
144:17, 144:22,
145:8, 145:13,
145:16, 145:20,
145:23, 146:4,
146:13, 146:24,
147:3, 147:7, 147:9,
148:11, 149:1,
149:10, 149:14,
149:17, 149:20,
149:24, 150:3,
150:10, 151:24,
152:5, 152:12,
153:20, 153:25,
154:4, 154:13,
154:17, 155:3,
155:14, 155:17,
155:23, 156:1,
156:4, 156:9,
157:15, 157:20,
158:1, 158:4,
158:13, 167:24,
170:8
**correctly** [1] - 12:20
**corresponding** [2] -
17:13, 17:19
**corresponds** [1] -
10:13
**corrupt** [2] - 56:13,
125:12
**Counsel** [1] - 6:4
**counsel** [4] - 6:11,
159:4, 161:15,
170:10
**count** [1] - 132:25
**counter** [1] - 138:12
**counterterrorism** [1] -
29:12
**Counterterrorism** [1] -
1:19
**countries** [13] - 43:7,
53:14, 63:4, 71:13,
71:20, 87:17, 93:4,
105:9, 105:23,
105:25, 106:12,
130:9, 144:3
**country** [13] - 36:9,
43:1, 51:7, 54:14,
55:15, 57:4, 57:8,
110:17, 110:18,
111:15, 131:20,
133:19, 137:20
**counts** [2] - 78:4,
92:18
**coup** [1] - 63:10
**couple** [3] - 64:12,
114:15, 162:16
**course** [1] - 89:16
**court** [13] - 49:14,
49:15, 101:20,

101:21, 102:5,
102:6, 106:6,
126:12, 126:13,
169:17, 169:18,
169:22, 169:23
**COURT** [108] - 1:1,
6:5, 6:18, 6:22, 6:24,
8:6, 8:11, 8:19, 8:22,
9:2, 11:1, 13:4, 13:6,
13:8, 13:10, 13:12,
13:19, 15:10, 19:23,
20:9, 22:11, 27:1,
29:1, 29:3, 29:6,
31:15, 31:18, 32:14,
32:18, 32:21, 33:1,
33:4, 33:7, 33:8,
33:16, 33:20, 34:12,
34:14, 49:7, 49:13,
49:15, 49:19, 49:21,
49:25, 64:14, 65:7,
65:10, 80:3, 80:5,
82:19, 84:25, 89:19,
93:23, 96:3, 96:16,
97:3, 97:12, 100:12,
101:12, 101:19,
101:21, 101:24,
102:2, 102:5, 102:6,
102:9, 102:13,
103:11, 103:14,
104:25, 112:25,
113:3, 119:3,
119:20, 119:22,
126:7, 126:12,
126:13, 126:16,
126:19, 126:22,
158:24, 159:1,
160:24, 161:17,
162:10, 162:15,
162:18, 162:23,
164:3, 164:10,
164:24, 165:22,
166:12, 166:18,
167:3, 167:5, 167:8,
167:14, 167:25,
168:7, 168:15,
168:21, 168:23,
169:4, 169:14,
169:22, 169:23
**Court** [31] - 6:4, 6:6,
6:9, 7:10, 7:23, 8:2,
8:15, 8:17, 8:18,
13:3, 49:16, 49:19,
101:22, 101:25,
102:7, 126:14,
126:17, 134:22,
161:22, 161:24,
162:9, 165:12,
165:15, 165:21,
166:21, 166:22,
166:24, 166:25,
168:18, 168:20,

169:10
**Court's** [5] - 4:8,
33:20, 33:25, 161:5,
164:1
**Courthouse** [1] - 1:11
**courtroom** [9] - 9:1,
9:4, 49:24, 50:2,
102:12, 102:14,
126:21, 126:23,
163:13
**courts** [2] - 46:5, 46:6
**covenant** [3] - 91:16,
92:1, 92:7
**cover** [8] - 79:6, 82:24,
85:4, 89:21, 90:14,
94:7, 96:10, 96:11
**coverage** [1] - 37:20
**covered** [1] - 166:4
**covers** [1] - 44:5
**cowering** [1] - 99:20
**crackdown** [1] - 131:4
**cracks** [1] - 130:24
**craft** [1] - 166:9
**crashes** [1] - 105:15
**CRC** [1] - 1:24
**created** [2] - 82:13,
112:20
**creating** [1] - 67:16
**crimes** [1] - 36:10
**crisis** [1] - 37:21
**criteria** [1] - 152:23
**critics** [2] - 125:6,
125:14
**CROSS** [2] - 29:7,
127:1
**cross** [2] - 126:24,
134:10
**Cross** [2] - 3:5, 3:10
**cross-border** [1] -
134:10
**CROSS-**
**EXAMINATION** [2] -
29:7, 127:1
**Cross-Examination**
[2] - 3:5, 3:10
**cross-examination** [1]
- 126:24
**crosses** [1] - 168:4
**crossing** [1] - 128:8
**crossover** [1] - 143:25
**CRR** [4] - 1:24, 1:25,
170:15, 170:16
**Crusader** [2] - 84:9,
93:11
**crystal** [1] - 167:21
**CSR** [1] - 170:16
**CSR-3746** [1] - 1:24,
170:15
**CSR-5607** [1] - 1:25
**cultures** [1] - 32:3

**curious** [1] - 165:3
**current** [3] - 105:10,
105:22, 106:11
**cutoff** [1] - 85:25
**cutting** [3] - 40:23,
40:24

# D

**D.C** [1] - 1:21
**Dabiq** [13] - 82:24,
83:21, 83:22, 84:3,
84:10, 84:11, 84:15,
84:17, 84:20, 89:12,
154:11, 154:21
**daily** [3] - 36:4, 36:9,
37:22
**damage** [2] - 93:17,
93:19
**damaging** [1] - 94:2
**Damascus** [3] - 34:25,
150:16
**Dar** [6] - 90:21, 90:22,
90:23, 90:24, 92:23
**daring** [1] - 142:7
**date** [1] - 158:12
**Date** [1] - 170:15
**dates** [1] - 74:23
**dawah** [1] - 117:12
**DAWAH** [1] - 117:12
**days** [4] - 81:10,
87:10, 164:6, 165:15
**death** [7] - 39:14,
46:15, 65:15, 65:22,
65:23, 65:25, 66:8
**debate** [1] - 152:25
**decades** [1] - 53:17
**December** [4] -
144:24, 145:4, 145:5
**decided** [1] - 74:1
**declarations** [1] -
154:3
**declare** [2] - 68:9,
69:17
**declared** [7] - 65:18,
67:14, 69:22, 70:25,
73:3, 75:9, 149:13
**declares** [3] - 144:17,
149:16, 153:16
**declaring** [3] - 71:10,
142:20, 149:22
**defeat** [1] - 61:13
**defeated** [4] - 75:13,
94:14, 94:19, 121:1
**Defendant** [3] - 1:7,
2:2, 6:4
**defendant** [13] -
163:7, 163:9,
163:16, 163:19,
164:17, 164:18,

164:19, 164:20,
164:24, 165:7,
165:8, 165:17, 166:7
**Defendant's** [2] - 3:14,
5:1
**defendant's** [4] -
15:19, 16:24, 17:23,
18:15
**Defender** [1] - 2:3
**defender** [1] - 85:22
**defense** [2] - 33:11,
163:5
**defies** [2] - 45:17,
45:18
**define** [1] - 168:17
**definitely** [4] - 32:9,
32:12, 167:4, 167:6
**definition** [4] - 26:18,
27:13, 28:17, 41:22
**degree** [2] - 46:9,
88:11
**deities** [3] - 45:22,
86:19
**deity** [3] - 45:11,
45:20, 45:21
**demanded** [2] - 53:19,
54:1
**democracy** [5] -
53:20, 54:1, 92:15,
130:14, 130:21
**democratic** [2] - 55:7,
130:8
**demonstrating** [1] -
109:25
**deniability** [1] -
113:18
**denotes** [1] - 13:17
**departed** [1] - 9:14
**Department** [3] - 1:19,
145:5, 149:13
**depicting** [1] - 99:5
**depleting** [1] - 76:15
**deputies** [1] - 153:11
**deputy** [2] - 66:10,
108:22
**descent** [1] - 125:7
**described** [3] - 43:11,
107:21, 140:17
**describing** [1] -
168:10
**Desert** [6] - 114:10,
129:6, 129:7,
129:11, 129:14,
129:16
**desert** [1] - 130:2
**deserts** [1] - 129:15
**designated** [10] - 49:3,
49:5, 53:8, 116:13,
116:20, 145:11,
145:15, 145:19,

146:9, 160:19
**designating** [2] -
116:8, 160:12
**designation** [7] -
48:24, 116:6,
116:17, 116:21,
144:20, 160:11,
160:12
**desolate** [2] - 129:16,
129:21
**despite** [1] - 122:17
**detail** [1] - 127:5
**detailed** [2] - 127:7,
148:8
**details** [4] - 140:2,
142:9, 142:12,
142:17
**deter** [2] - 68:5,
116:12
**deterred** [1] - 116:18
**deterrent** [1] - 94:2
**Detroit** [4] - 1:12,
1:17, 2:4, 6:2
**develop** [1] - 42:17
**developed** [1] - 78:10
**develops** [1] - 165:16
**deviate** [2] - 56:21,
57:1
**deviates** [1] - 94:3
**device** [1] - 61:4
**devil** [1] - 42:20
**dhimmah** [3] - 91:16,
92:1, 92:2
**dictator** [1] - 131:12
**dictatorship** [1] -
53:18
**die** [3] - 115:9, 115:10
**died** [5] - 109:25,
110:12, 110:19,
111:14
**dies** [1] - 110:16
**difference** [3] - 68:22,
69:14, 113:14
**differences** [2] -
20:18, 68:23
**different** [55] - 28:6,
28:7, 30:9, 32:3,
39:19, 41:2, 42:9,
42:10, 43:9, 43:10,
45:13, 47:1, 54:14,
55:8, 57:9, 58:23,
60:4, 63:15, 64:5,
64:10, 69:5, 73:22,
74:7, 74:8, 79:10,
79:19, 80:15,
100:23, 105:23,
113:8, 113:16,
113:17, 113:23,
113:24, 125:3,
125:24, 131:20,

132:4, 133:19,
137:19, 137:20,
141:17, 142:14,
142:17, 143:12,
151:10, 156:17,
156:21, 157:11,
157:12, 157:13,
164:9
**differently** [3] - 7:8,
47:1, 142:22
**difficult** [3] - 102:17,
162:3, 168:16
**dimming** [1] - 22:13
**direct** [10] - 9:5, 9:22,
10:11, 19:1, 20:5,
22:17, 25:7, 28:15,
77:1, 102:15
**Direct** [2] - 3:4, 3:9
**DIRECT** [2] - 9:10,
34:2
**directed** [1] - 90:6
**directing** [8] - 15:15,
16:10, 17:4, 17:11,
17:15, 18:3, 23:23,
153:8
**direction** [6] - 163:10,
164:19, 165:3,
165:9, 165:23, 169:1
**directions** [1] - 77:9
**directly** [2] - 77:1,
149:8
**disagreed** [2] - 66:20,
68:24
**disagreements** [2] -
69:5, 69:11
**disappear** [1] - 105:12
**disappearing** [1] -
105:15
**disbeliever** [1] - 87:6
**disbelievers** [5] -
87:7, 91:2, 91:13,
92:12, 150:25
**disbelieving** [1] - 87:4
**disciplined** [1] -
137:19
**discontinued** [1] -
89:13
**discreetly** [1] - 78:3
**discuss** [2] - 101:15,
161:3
**discussed** [1] - 166:1
**discussing** [1] -
127:23
**discussion** [1] - 40:10
**disown** [1] - 67:1
**dispatched** [4] -
52:10, 52:24, 65:17,
140:1
**dispel** [1] - 7:24
**display** [1] - 99:24

**displayed** [1] - 25:12
**dispute** [3] - 118:4, 122:18, 122:22
**disputed** [2] - 39:25, 150:7
**disputes** [2] - 39:15, 150:14
**disputing** [1] - 39:24
**dissension** [1] - 151:12
**distance** [1] - 67:25
**distanced** [1] - 67:4
**distinct** [5] - 7:6, 39:3, 39:6, 44:7, 80:25
**distinctions** [1] - 59:4
**distinguish** [1] - 55:5
**distinguished** [1] - 80:25
**distributed** [1] - 113:12
**distributing** [1] - 117:14
**District** [2] - 6:6, 49:19, 49:20, 101:25, 126:17
**DISTRICT** [3] - 1:1, 1:1, 1:10
**disturbing** [1] - 163:3
**divergence** [1] - 70:12
**diverse** [3] - 57:3, 57:8, 57:10
**diversity** [4] - 57:12, 57:13, 57:14, 57:19
**division** [1] - 67:16
**DIVISION** [1] - 1:2
**Division** [1] - 6:16
**DMITRIY** [1] - 1:18
**Dmitriy** [1] - 6:15
**doctor** [1] - 116:4
**doctors** [1] - 72:19
**document** [8] - 14:3, 14:11, 14:14, 14:17, 16:16, 17:7, 18:10, 25:5
**documented** [1] - 125:13
**documents** [1] - 5:23
**dominance** [1] - 54:25
**dominant** [4] - 57:21, 62:2, 90:12, 138:21
**dominating** [1] - 54:24
**done** [6] - 35:12, 37:2, 38:1, 38:15, 118:17, 168:2
**door** [3] - 61:8, 74:2, 162:10
**double** [2] - 158:7, 158:12
**double-check** [2] - 158:7, 158:12

**doubt** [1] - 122:25
**Douglas** [4] - 1:25, 170:4, 170:14, 170:16
**down** [18] - 32:15, 49:13, 89:7, 94:5, 94:21, 97:1, 98:2, 99:21, 101:9, 101:19, 105:16, 117:1, 119:1, 121:18, 123:8, 130:24, 160:25, 167:2
**downstairs** [1] - 166:7
**dozen** [1] - 142:11
**draining** [1] - 76:16
**draw** [3] - 39:6, 155:19, 165:2
**drawn** [5] - 136:4, 143:24, 155:11, 157:12, 157:13
**draws** [2] - 135:15, 135:16
**dream** [1] - 92:12
**drinking** [1] - 125:21
**driven** [1] - 156:20
**dropped** [1] - 51:1
**dropping** [1] - 51:10
**Druze** [3] - 57:7, 57:17, 58:9
**duly** [1] - 170:7
**during** [15] - 7:4, 17:23, 20:10, 36:14, 49:13, 59:13, 60:13, 65:2, 66:10, 72:8, 84:8, 85:18, 101:19, 110:19, 132:23
**duty** [1] - 91:14
**dwarfs** [1] - 138:17
**dying** [5] - 109:5, 109:6, 111:4, 111:5, 111:18
**dynasty** [1] - 106:8

# E

**early** [10] - 66:24, 82:16, 132:23, 147:8, 147:13, 148:2, 148:4, 155:14, 160:20
**ease** [1] - 122:17
**easier** [2] - 37:10, 120:10
**easily** [1] - 134:7
**East** [4] - 35:23, 36:10, 38:5, 38:18
**east** [7] - 57:8, 127:16, 127:17, 129:22, 133:17, 133:18

**eastern** [1] - 141:6
**EASTERN** [1] - 1:1
**Eastern** [5] - 6:6, 49:20, 101:25, 126:17, 130:9
**easy** [5] - 37:11, 62:20, 62:22, 79:2, 139:19
**ecosystem** [1] - 66:18
**edge** [1] - 144:11
**edicts** [1] - 70:1
**editor** [1] - 34:10
**editor-in-chief** [1] - 34:10
**editorials** [1] - 95:4
**education** [3] - 30:20, 32:7, 35:21
**effect** [2] - 74:3, 77:13
**effective** [1] - 137:19
**effort** [1] - 69:9
**efforts** [2] - 163:9, 166:8
**Egypt** [7] - 35:14, 43:6, 53:14, 63:5, 63:6, 74:15, 128:23
**Egyptian** [2] - 66:9, 112:4
**Egyptians** [1] - 57:24
**either** [9] - 50:25, 54:21, 62:10, 82:15, 85:15, 110:16, 113:10, 115:9, 170:10
**election** [1] - 63:9
**elements** [3] - 146:6, 146:9, 150:21
**elsewhere** [3] - 45:22, 71:22, 118:16
**embattled** [1] - 63:14
**emerge** [1] - 115:9
**emerged** [1] - 43:16
**emergence** [2] - 39:17, 41:13
**emigrate** [1] - 158:16
**Emirates** [1] - 35:25
**Emirati** [1] - 36:5
**emphasize** [2] - 70:17, 75:18
**Empire** [1] - 90:2
**empire** [2] - 57:9, 151:6
**encompasses** [1] - 91:25
**encourage** [4] - 73:6, 73:15, 111:11, 111:19
**end** [8] - 81:10, 81:11, 81:23, 83:25, 84:13, 86:1, 121:12, 161:9
**end-of-time** [1] -

84:13
**end-of-times** [2] - 81:11, 83:25
**Endowment** [1] - 38:7
**enemies** [7] - 76:14, 86:5, 96:24, 99:10, 99:20, 104:10, 121:1
**enemy** [5] - 77:22, 136:24
**enforce** [1] - 42:11
**engaged** [2] - 91:9, 165:18
**engaging** [1] - 167:22
**engineers** [1] - 72:18
**England** [1] - 35:6
**English** [30] - 7:9, 7:12, 7:15, 7:22, 10:5, 12:20, 12:22, 17:5, 20:12, 20:15, 20:24, 21:7, 21:9, 21:10, 25:25, 26:1, 27:11, 31:24, 35:2, 36:4, 38:23, 83:2, 83:12, 89:11, 90:6, 90:9, 90:11, 90:12
**English-language** [4] - 7:9, 7:22, 36:4, 83:2
**English-speaking** [3] - 83:12, 89:11, 90:6
**enormous** [1] - 87:14
**enslaved** [2] - 71:24, 72:1
**enter** [1] - 8:13
**entered** [5] - 9:1, 34:23, 49:24, 102:12, 126:21
**entire** [3] - 70:7, 152:1, 167:20
**entitled** [1] - 170:5
**entrepreneurial** [1] - 76:24
**entry** [1] - 63:2
**epic** [1] - 84:3
**Erbil** [1] - 61:15
**erupted** [1] - 87:10
**eschatology** [1] - 81:9
**especially** [10] - 60:7, 60:13, 67:7, 85:18, 87:5, 89:5, 120:13, 147:8, 155:13, 165:20
**essays** [1] - 83:17
**essence** [2] - 141:2, 142:8
**essentially** [7] - 42:20, 76:23, 83:14, 86:25, 100:18, 111:7, 121:4
**establish** [13] - 43:3, 43:8, 44:1, 52:11,

52:14, 76:17, 79:2, 108:18, 146:1, 148:23, 153:17, 153:21, 159:7
**established** [3] - 36:4, 48:18, 52:15
**establishing** [4] - 55:10, 75:8, 76:12, 108:19
**establishment** [6] - 83:11, 86:25, 97:25, 108:13, 108:15, 109:8
**estimate** [2] - 29:15, 31:23
**et** [2] - 23:16, 26:5
**ethnic** [3] - 57:13, 61:21, 132:15
**ethnicities** [1] - 57:10
**Euphrates** [6] - 48:21, 95:8, 128:6, 128:7, 128:8, 128:12
**Europe** [2] - 127:16, 127:19
**European** [1] - 87:5
**event** [2] - 149:20, 170:10
**events** [1] - 36:11
**Evidence** [1] - 22:18
**evidence** [29] - 7:13, 7:17, 7:18, 7:20, 13:15, 13:21, 15:13, 20:3, 20:6, 20:12, 20:15, 20:17, 21:4, 21:5, 21:10, 22:19, 22:21, 26:24, 27:2, 34:1, 51:13, 65:8, 80:6, 85:1, 89:20, 96:17, 97:13, 119:23, 145:6
**evolved** [2] - 41:5, 54:3
**exact** [2] - 5:23, 118:18
**exactly** [18] - 88:15, 90:1, 92:18, 105:10, 111:13, 115:3, 127:15, 127:17, 127:22, 132:1, 133:20, 134:9, 135:6, 144:18, 148:18, 151:22, 151:25, 156:18
**Examination** [6] - 3:4, 3:5, 3:6, 3:9, 3:10, 3:11
**examination** [3] - 9:6, 102:15, 126:24
**EXAMINATION** [6] - 9:10, 29:7, 31:19,

34:2, 127:1, 159:2
**examine** [2] - 10:8, 98:11
**examined** [1] - 26:4
**example** [40] - 37:1, 38:12, 41:23, 45:3, 45:19, 46:4, 47:5, 47:17, 56:9, 57:6, 58:4, 59:13, 68:1, 75:2, 75:23, 76:4, 79:8, 80:24, 86:23, 92:16, 93:18, 100:9, 105:11, 117:13, 117:24, 118:20, 120:17, 121:11, 124:3, 125:9, 125:11, 125:20, 137:22, 141:1, 142:25, 145:22, 150:16, 151:13, 160:15, 165:1
**examples** [1] - 29:20
**except** [1] - 92:24
**exception** [1] - 56:21
**exceptions** [1] - 78:9
**exclusively** [1] - 159:23
**excommunication** [3] - 44:14, 74:16, 143:14
**excuse** [1] - 94:18
**excused** [7] - 32:15, 32:17, 49:12, 101:18, 126:11, 161:11, 161:13
**Exhibit** [26] - 11:11, 16:3, 16:6, 20:5, 21:16, 22:17, 22:21, 23:23, 26:9, 26:24, 28:4, 29:19, 65:5, 80:2, 84:23, 89:17, 96:5, 96:14, 97:5, 97:10, 99:22, 103:22, 114:2, 117:16, 119:5, 121:19
**exhibit** [18] - 10:12, 16:1, 17:16, 18:4, 20:7, 22:22, 22:24, 24:15, 24:17, 24:22, 25:9, 25:16, 26:12, 26:14, 27:15, 27:21, 83:5, 89:9
**exhibits** [21] - 5:23, 9:22, 9:23, 9:24, 10:2, 10:8, 12:21, 12:22, 13:23, 13:24, 15:8, 15:16, 17:10, 19:1, 19:20, 26:5, 33:11, 33:13, 64:12,

79:15, 82:21
**Exhibits** [2] - 4:1, 5:1
**exist** [1] - 151:10
**existed** [1] - 64:9
**exited** [1] - 162:20
**expand** [2] - 94:16, 121:13
**expanded** [5] - 51:7, 51:25, 52:2, 84:11, 88:10
**expanding** [2] - 121:14, 121:17
**Expanding** [3] - 94:10, 94:14, 94:16
**expands** [2] - 51:6, 121:13
**experience** [2] - 28:8, 30:18
**expertise** [1] - 42:22
**explain** [12] - 23:5, 23:9, 28:17, 46:11, 65:12, 80:9, 83:9, 91:4, 91:18, 95:19, 113:13, 114:16
**explained** [1] - 143:5
**explaining** [1] - 116:18
**explains** [1] - 116:11
**explanation** [1] - 9:17
**explicit** [1] - 158:17
**exposed** [2] - 32:10, 38:12
**expressing** [1] - 168:21
**expressions** [2] - 167:23
**extended** [1] - 93:14
**extends** [1] - 153:12
**extension** [3] - 46:2, 74:20, 140:11
**extent** [3] - 7:9, 7:14, 164:15
**extra** [1] - 145:3
**extreme** [15] - 40:1, 43:20, 46:7, 46:8, 47:15, 55:24, 55:25, 67:1, 67:20, 68:18, 92:22, 94:3, 104:8, 144:4
**extremism** [20] - 38:5, 38:12, 38:17, 38:25, 39:1, 39:6, 39:8, 39:9, 39:12, 40:6, 41:2, 41:3, 41:4, 41:16, 43:10, 43:11, 74:13, 74:14, 74:22
**extremist** [19] - 38:6, 38:16, 39:4, 39:7, 41:21, 45:25, 47:7, 47:11, 68:16, 73:20,

73:21, 81:8, 81:15, 81:18, 97:9, 97:19, 111:9, 138:12, 156:22
**extremist-minded** [1] - 81:15
**extremists** [6] - 28:20, 38:14, 47:5, 74:6, 82:4, 125:9
**eye** [9] - 163:2, 163:6, 163:15, 163:21, 163:24, 164:5, 166:2, 168:8, 168:13
**eyes** [1] - 163:1

## F

**face** [4] - 40:18, 52:21, 76:6, 85:20
**Facebook** [2] - 37:13, 82:17
**faces** [1] - 99:7
**facial** [1] - 167:22
**facing** [1] - 115:19
**fact** [5] - 84:5, 88:22, 93:25, 129:5, 165:12
**faction** [1] - 132:17
**factions** [5] - 64:5, 131:22, 131:24, 159:5, 159:7
**fair** [4] - 32:6, 91:16, 92:9
**fairly** [2] - 129:16, 145:18
**faith** [3] - 109:24, 150:1, 150:2
**faithful** [3] - 111:17, 152:8, 152:9
**Faithful** [2] - 46:24, 47:20
**fall** [2] - 137:25, 138:20
**familiar** [17] - 40:9, 48:24, 65:2, 79:16, 79:23, 94:25, 98:7, 98:9, 112:13, 117:22, 117:23, 117:25, 120:12, 121:9, 121:24, 124:7, 144:20
**familiarity** [1] - 127:25
**families** [1] - 75:4
**family** [6] - 106:5, 111:2, 111:3, 124:14, 124:19
**famous** [1] - 112:4
**fan** [2] - 156:13, 156:14
**far** [7] - 20:22, 35:20, 147:11, 147:12,

159:10, 166:12, 167:15
**fashion** [1] - 163:22
**fast** [2] - 44:17
**favor** [2] - 54:1, 100:21
**FBI** [10] - 29:12, 30:10, 30:16, 30:19, 30:22, 30:25, 31:2, 31:23, 32:8, 32:11
**FCRR** [2] - 1:25, 170:16
**feature** [3] - 83:3, 83:14, 84:5
**featured** [4] - 96:23, 107:7, 111:23, 112:2
**features** [3] - 44:7, 95:3, 98:20
**featuring** [3] - 90:5, 95:22, 95:24
**Federal** [1] - 2:3
**fellow** [1] - 27:16
**felt** [2] - 62:13, 164:6
**few** [14] - 54:7, 61:14, 63:3, 66:11, 71:16, 94:24, 130:16, 131:10, 165:5
**fewer** [2] - 132:6, 132:7
**Fifth** [1] - 2:4
**fight** [30] - 37:4, 42:5, 42:6, 42:16, 43:4, 43:5, 44:1, 48:17, 60:16, 75:7, 76:11, 76:17, 77:23, 84:17, 86:5, 99:10, 110:19, 115:15, 132:20, 134:1, 136:5, 136:20, 137:3, 137:8, 137:9, 141:10
**fighter** [6] - 96:24, 107:14, 109:4, 110:9, 110:25
**fighters** [25] - 36:24, 37:1, 37:4, 42:15, 59:9, 59:10, 59:11, 59:12, 72:19, 73:14, 80:23, 83:12, 98:22, 103:18, 107:12, 135:16, 136:4, 137:14, 141:10, 146:13, 149:3
**fighting** [24] - 28:14, 48:12, 60:22, 60:25, 68:5, 73:14, 75:2, 76:14, 95:25, 96:24, 100:6, 100:25, 101:7, 109:19, 110:12, 114:11, 115:12, 132:22,

133:4, 137:2, 137:7, 141:10, 155:12
**filthy** [1] - 87:5
**finally** [3] - 25:7, 64:2, 154:9
**fine** [1] - 93:18
**finger** [4] - 107:15, 109:22, 109:24, 110:3
**finished** [3] - 34:23, 35:21, 35:22
**first** [36] - 21:21, 25:1, 27:14, 39:5, 39:9, 39:13, 40:12, 40:13, 40:15, 40:20, 48:10, 50:22, 54:7, 54:14, 55:2, 64:16, 84:5, 84:14, 85:2, 90:7, 104:19, 104:22, 107:10, 107:11, 110:6, 112:3, 112:5, 117:24, 118:19, 120:17, 122:13, 137:5, 139:25, 143:9, 150:15
**fit** [1] - 102:19
**five** [1] - 149:12
**flag** [15] - 80:20, 80:24, 81:3, 81:4, 81:7, 101:2, 101:3, 101:5, 105:7, 105:8, 105:13, 105:15, 114:7
**flags** [6] - 57:2, 79:19, 81:1, 81:23, 109:8, 123:15
**Flames** [2] - 95:17, 96:9
**flash** [1] - 133:22
**fled** [1] - 84:19
**fledged** [1] - 54:8
**flexible** [1] - 60:19
**Flint** [1] - 2:7
**Floor** [1] - 2:4
**flourishing** [1] - 61:17
**flow** [2] - 23:15, 62:17
**flowers** [1] - 91:12, 93:11
**flows** [1] - 128:14
**fluency** [1] - 38:22
**focus** [3] - 27:4, 38:17, 61:14
**focused** [5] - 34:17, 58:3, 123:16, 141:10, 169:1
**follow** [10] - 20:16, 37:22, 46:3, 70:1, 77:10, 78:22, 98:12, 101:15, 141:14, 142:24

followed [2] - 46:16, 79:1
followers [9] - 75:21, 82:8, 83:13, 88:20, 89:12, 90:6, 116:18, 117:8, 120:13
following [5] - 10:11, 10:12, 13:23, 37:21, 124:4
follows [1] - 124:9
footage [4] - 96:23, 98:19, 106:21, 110:7
force [2] - 138:1, 138:21
forces [8] - 59:23, 61:10, 61:11, 61:24, 61:25, 62:10, 63:15, 93:7
fore [1] - 68:23
foreign [26] - 7:18, 7:22, 21:2, 21:3, 21:8, 21:11, 48:25, 49:5, 59:9, 59:10, 59:11, 59:12, 109:20, 110:9, 140:21, 141:9, 144:20, 145:8, 145:11, 145:15, 145:19, 146:10, 146:13, 149:2, 149:13
foreign-language [2] - 7:22, 21:11
foreigner [1] - 62:4
forgot [1] - 108:22
form [4] - 18:25, 43:10, 44:17, 91:6
formal [2] - 30:24, 35:12
formalities [1] - 77:20
formally [2] - 53:8, 143:7
former [9] - 25:13, 65:23, 75:24, 77:4, 77:7, 86:9, 90:15, 112:5, 112:16
forming [1] - 54:13
forms [1] - 113:8
Fort [1] - 1:16
forth [18] - 37:13, 40:25, 42:19, 44:17, 56:3, 56:10, 56:15, 56:25, 57:11, 70:2, 83:19, 95:25, 106:10, 109:20, 115:18, 163:16, 163:17, 170:6
fortunate [1] - 88:3
forums [1] - 82:16
forward [1] - 33:2

fought [4] - 37:5, 140:15, 140:21
founder [7] - 48:10, 65:24, 84:5, 84:6, 104:19, 107:9
four [1] - 149:12
fourth [1] - 39:24
frame [1] - 160:4
franchise [1] - 145:7
free [1] - 42:25
Free [20] - 54:16, 54:17, 56:4, 56:6, 56:10, 58:11, 80:22, 131:6, 131:14, 134:20, 134:21, 135:1, 135:4, 135:10, 135:12, 136:18, 137:13, 138:17, 139:21, 147:23
French [1] - 87:5
Friday [4] - 9:14, 10:8, 10:22, 25:25
friend [1] - 27:16
friendly [2] - 162:3, 162:23
friends [1] - 131:10
Front [20] - 58:18, 81:3, 103:4, 103:6, 110:8, 116:6, 134:23, 135:3, 135:7, 139:5, 139:10, 139:11, 140:6, 140:8, 140:19, 140:20, 148:11, 149:1
front [3] - 26:9, 90:17, 121:5
frontier [1] - 37:16
FSA [4] - 54:17, 58:24, 59:1, 59:4
fulfillment [1] - 84:12
full [4] - 34:3, 54:8, 60:23, 170:8
full-fledged [1] - 54:8
function [1] - 158:2
fundamentalism [2] - 41:12, 43:19
fundamentalist [3] - 41:1, 43:13, 43:20
Furat [2] - 95:6, 95:7
FURAT [1] - 95:6
Furqan [3] - 80:13, 80:17, 98:20
furqan [1] - 113:8
future [2] - 154:1, 159:10

## G

galvanized [1] - 115:16
game [3] - 91:17, 92:9, 92:10
general [6] - 38:5, 44:5, 57:3, 66:4, 87:24, 127:25
generally [7] - 38:10, 38:18, 107:24, 119:6, 119:7, 127:10, 136:11
generation [4] - 39:5, 39:13, 40:21, 150:15
generations [2] - 40:13, 40:16
geometry [1] - 165:2
geopolitics [1] - 38:18
GEROMETTA [19] - 2:6, 6:20, 33:18, 65:6, 80:4, 84:24, 89:18, 96:15, 97:11, 119:21, 126:25, 127:2, 134:24, 158:7, 158:11, 158:21, 165:25, 167:17, 169:6
given [4] - 8:5, 20:13, 20:15, 152:6
global [6] - 34:11, 51:9, 69:24, 73:7, 73:9, 140:17
globally [1] - 69:18
globe [1] - 140:9
glossy [1] - 155:7
goal [3] - 42:14, 43:24, 151:18
god [1] - 45:21
God [17] - 23:16, 45:7, 45:10, 45:17, 45:18, 45:23, 45:24, 86:19, 91:7, 92:14, 115:18, 122:25, 149:24, 150:9, 150:10
God's [1] - 87:1
Godless [2] - 42:16, 42:17
gonna [1] - 149:7
gore [2] - 83:18, 95:24
governance [1] - 47:4
governed [1] - 92:8
governing [1] - 56:9
government [11] - 6:12, 7:21, 8:14, 9:5,

12:25, 21:15, 32:23, 32:24, 62:3, 134:14, 167:15
Government's [5] - 3:2, 4:1, 26:8, 26:24, 97:5
government's [1] - 48:24
governments [1] - 71:13
governs [1] - 92:7
graduate [2] - 35:22, 38:4
graphic [2] - 104:2, 104:7
grappling [1] - 63:13
grave [4] - 71:5, 71:9, 122:24
gravitate [1] - 157:8
greater [1] - 42:2
Greek [1] - 57:8
green [1] - 128:16
grew [3] - 32:1, 34:20, 53:21
GREY [2] - 1:4, 1:10
Grey [1] - 6:7
ground [1] - 89:6
grounded [1] - 118:22
Group [2] - 52:5, 52:6
group [60] - 39:17, 48:18, 49:2, 50:18, 51:19, 52:4, 52:13, 52:14, 55:20, 56:5, 56:8, 58:16, 58:19, 59:11, 60:8, 66:18, 69:1, 69:23, 72:15, 74:15, 80:23, 81:2, 82:11, 98:18, 101:4, 102:23, 106:17, 112:5, 112:22, 115:16, 117:6, 125:6, 130:6, 130:14, 131:15, 132:4, 132:15, 132:25, 133:1, 135:21, 137:8, 137:9, 141:3, 141:8, 142:18, 145:11, 145:25, 147:3, 150:21, 150:24, 153:17, 154:2, 159:24, 160:13, 160:14, 160:18
groups [75] - 38:13, 38:14, 38:16, 44:6, 47:11, 47:23, 48:25, 54:13, 54:23, 56:7, 58:13, 58:23, 59:4, 59:8, 59:14, 60:7, 63:17, 64:7, 67:8,

67:17, 68:22, 70:15, 73:20, 73:21, 81:8, 82:7, 103:2, 103:8, 111:9, 111:14, 116:19, 124:12, 131:19, 132:5, 132:19, 132:22, 133:3, 134:11, 135:21, 136:18, 136:19, 137:1, 137:14, 137:15, 137:21, 138:1, 138:12, 138:17, 138:20, 139:19, 139:20, 139:23, 141:14, 141:15, 141:16, 142:15, 142:20, 143:17, 145:14, 145:18, 145:19, 146:24, 147:5, 147:12, 147:16, 153:17, 153:22, 155:2, 159:21, 159:22, 160:2, 160:8
grow [3] - 34:19, 38:10, 82:2
growing [1] - 38:10
guide [1] - 20:16
gulf [1] - 110:11
gun [3] - 88:4, 101:2, 101:6
GX [24] - 4:3, 4:5, 4:9, 4:10, 4:11, 4:12, 4:17, 4:20, 4:21, 4:22, 4:23, 4:24, 13:13, 15:11, 19:24, 27:2, 33:23, 65:8, 80:6, 85:1, 89:20, 96:17, 97:13, 119:23

## H

H-A-S-S-A-N [1] - 34:6
H-I-J-R-A-H [1] - 72:22
habit [1] - 78:10
halal [2] - 91:3, 91:12
half [5] - 23:3, 27:5, 27:21, 71:17, 142:11
hallway [1] - 162:19
hand [6] - 27:12, 33:5, 64:12, 64:20, 82:21, 119:6
handed [3] - 89:9, 119:8, 120:8
handful [1] - 52:10
handing [1] - 97:5
handled [2] - 7:7, 7:19
handling [1] - 7:25
hands [3] - 40:23,

40:24
**handwritten** [1] - 23:10
**Hank** [1] - 6:16
**HANK** [1] - 1:15
**happy** [1] - 8:13
**hard** [3] - 128:9, 143:11, 143:24
**hardened** [2] - 156:18, 157:3
**harder** [4] - 46:21, 46:22, 75:12, 124:5
**hardship** [2] - 122:16, 122:17
**Hassan** [15] - 3:8, 32:25, 33:6, 34:4, 34:6, 34:7, 34:19, 102:23, 120:7, 121:24, 127:3
**hatchet** [1] - 88:3
**head** [4] - 25:13, 70:4, 120:19, 167:23
**headings** [2] - 27:8, 27:9
**headline** [2] - 94:10, 138:10
**hear** [13] - 20:11, 20:18, 20:20, 20:21, 20:25, 21:19, 26:17, 32:1, 122:8, 122:15, 126:4, 136:12, 161:4
**heard** [5] - 15:20, 23:21, 32:3, 95:17, 109:12
**hears** [1] - 135:4
**hearts** [2] - 91:13, 143:8
**heat** [1] - 84:8
**heavens** [1] - 115:11
**heeded** [1] - 88:24
**held** [2] - 88:19, 134:14
**help** [6] - 20:16, 27:7, 52:17, 72:13, 73:10, 75:25
**helpful** [2] - 166:21, 168:17
**helpless** [1] - 99:11
**hence** [1] - 48:13
**hereby** [1] - 170:4
**hereinbefore** [1] - 170:6
**hesitate** [1] - 76:16
**Hezbollah** [9] - 64:4, 134:2, 134:5, 134:6, 134:8, 135:13, 135:15, 135:21, 136:13
**hid** [1] - 143:2
**hide** [3] - 67:24, 140:3,

141:25
**hiding** [2] - 143:10, 143:11
**higher** [1] - 155:7
**hijrah** [18] - 28:1, 28:5, 28:12, 29:22, 31:4, 31:10, 72:22, 73:2, 73:11, 73:15, 73:17, 73:21, 74:3, 74:8, 74:11, 75:3, 75:11, 158:13
**himself** [4] - 65:18, 67:4, 70:25, 93:25
**historic** [2] - 41:3, 43:10
**historical** [7] - 73:22, 73:23, 74:4, 74:5, 106:10, 106:13, 114:23
**historically** [12] - 28:7, 39:3, 42:3, 42:4, 57:5, 57:9, 57:20, 78:10, 82:15, 90:1, 106:1, 151:2
**history** [9] - 38:12, 38:25, 39:4, 39:10, 39:13, 48:1, 48:6, 48:12, 148:9
**Hizb** [2] - 97:20, 97:25
**HIZB** [1] - 97:20
**hmm** [5] - 134:3, 139:17, 150:18, 150:23, 151:14
**holding** [3] - 82:22, 107:14, 168:8
**homegrown** [1] - 141:3
**homeland** [1] - 74:1
**hometown** [1] - 125:23
**Homs** [5] - 114:8, 114:9, 129:7, 133:10, 133:14
**HON** [1] - 1:4
**Honor** [32] - 6:13, 9:7, 10:25, 12:25, 13:11, 13:16, 15:7, 15:9, 19:19, 19:22, 21:14, 22:12, 26:23, 26:25, 28:24, 29:2, 29:5, 31:13, 32:24, 33:9, 33:22, 50:5, 64:13, 82:18, 96:2, 101:10, 119:2, 158:25, 163:19, 165:25, 167:24, 169:7
**Honorable** [1] - 6:7
**hope** [1] - 87:24
**hoped** [1] - 169:9
**hopefully** [1] - 10:17

**hostage** [2] - 85:16, 85:17
**hour** [1] - 161:8
**house** [2] - 125:23, 126:3
**huge** [1] - 135:12
**hugely** [1] - 80:25
**humanitarian** [2] - 155:16, 155:20
**hundreds** [4] - 131:19, 132:2, 132:3
**hypocrisy** [5] - 125:4, 125:5, 125:8, 125:13, 126:5
**hypocrites** [1] - 125:7

---

## I

**idea** [15] - 43:13, 43:25, 45:25, 55:8, 56:18, 56:21, 57:1, 69:7, 77:23, 110:2, 140:4, 148:7, 151:1, 155:11, 157:10
**ideal** [4] - 77:11, 77:12, 77:14, 77:25
**ideas** [19] - 39:7, 40:1, 40:3, 40:6, 41:1, 41:12, 42:17, 43:13, 43:20, 44:2, 44:23, 45:25, 47:7, 55:25, 56:15, 59:2, 157:7
**identified** [1] - 77:5
**identity** [1] - 131:25
**ideo** [1] - 67:6
**ideologies** [2] - 42:23, 43:17
**ideologue** [1] - 157:3
**ideologues** [3] - 37:5, 156:18, 157:4
**ideology** [37] - 40:19, 41:11, 41:20, 42:10, 43:24, 45:1, 45:13, 45:14, 47:15, 47:16, 48:9, 66:19, 66:21, 67:3, 67:7, 68:2, 69:7, 71:5, 75:16, 78:21, 79:1, 98:1, 98:18, 117:15, 139:21, 140:16, 140:17, 140:24, 142:14, 142:25, 143:2, 143:11, 144:9, 148:1, 157:8, 157:9, 157:10
**ignore** [1] - 20:22
**illegitimacy** [1] - 39:23
**illegitimate** [1] - 152:24
**image** [1] - 24:11

**imagery** [4] - 98:21, 108:7, 108:8, 123:14
**immediately** [1] - 161:5
**immigration** [4] - 28:6, 72:23, 73:21, 74:16
**implement** [3] - 40:7, 43:14, 43:18
**implemented** [4] - 39:16, 40:22, 41:1, 55:25
**important** [3] - 7:10, 99:13, 128:12
**imposed** [1] - 105:21
**in-fighting** [1] - 137:7
**inappropriate** [1] - 169:19
**include** [1] - 11:11
**included** [2] - 14:14, 95:10
**includes** [5] - 40:23, 91:7, 91:25, 93:6, 114:10
**including** [5] - 21:1, 21:2, 59:24, 83:18, 96:23
**incomplete** [1] - 147:2
**incorporate** [1] - 50:19
**increase** [1] - 82:2
**increased** [1] - 167:3
**indeed** [2] - 77:17, 91:11
**index** [3] - 23:10, 23:12, 23:18
**indicate** [4] - 17:1, 18:1, 77:16, 99:18
**indicated** [3] - 15:22, 18:18, 28:4
**indicates** [1] - 25:20
**indications** [2] - 78:20, 83:23
**individual** [8] - 25:12, 78:18, 152:5, 152:6, 153:5, 164:4, 168:25, 169:2
**individuals** [1] - 169:16
**infidel** [1] - 122:23
**infidel's** [1] - 76:6
**infidels** [7] - 74:20, 88:23, 90:23, 91:23, 92:1, 93:2, 150:25
**infighting** [1] - 67:5
**infiltrate** [1] - 59:24
**influence** [1] - 88:10
**inform** [1] - 161:5
**information** [2] - 21:3, 124:18

**informed** [1] - 162:19
**inmates** [1] - 99:8
**inner** [1] - 42:1
**inside** [5] - 36:9, 36:24, 37:1, 52:12, 62:25
**Inside** [1] - 36:19
**Inspire** [2] - 95:13, 95:16
**inspire** [2] - 104:10, 111:19
**instance** [2] - 137:8, 163:14
**instances** [3] - 26:4, 165:6, 168:13
**instant** [1] - 86:6
**instead** [2] - 50:25, 90:9
**institution** [1] - 35:15
**instruct** [1] - 75:21
**instructing** [1] - 77:21
**instruction** [12] - 7:2, 7:3, 7:6, 7:11, 7:24, 8:3, 8:4, 20:10, 166:10, 166:16, 166:25, 169:11
**instructions** [3] - 70:1, 101:15, 161:5
**insurgency** [1] - 76:18
**integrated** [1] - 60:24
**intellectual** [1] - 28:19
**intelligence** [3] - 59:23, 87:4
**intensify** [1] - 84:9
**intentionally** [1] - 84:14
**interested** [2] - 124:1, 170:10
**international** [9] - 34:17, 35:10, 38:19, 44:8, 45:18, 45:19, 72:5
**internet** [3] - 82:16, 154:17, 154:25
**interpretation** [3] - 41:20, 41:21, 46:8
**intervention** [1] - 88:9
**interview** [1] - 37:8
**interviewed** [3] - 36:24, 37:2, 123:12
**introduce** [1] - 34:4
**introduction** [1] - 23:17
**invasion** [1] - 48:16
**invested** [1] - 90:12
**involve** [1] - 44:25
**involved** [5] - 37:3, 53:24, 135:16, 159:5
**IR** [1] - 74:19
**Iranian** [1] - 136:13

**Iraq** [91] - 32:1, 36:24, 48:8, 48:15, 48:16, 48:19, 48:20, 50:9, 50:10, 50:11, 50:17, 50:21, 50:25, 51:1, 51:2, 51:5, 51:10, 51:18, 51:25, 52:2, 52:3, 52:8, 52:23, 53:3, 53:4, 53:8, 53:9, 61:8, 61:9, 62:25, 63:21, 69:2, 69:18, 69:21, 69:24, 71:13, 71:15, 71:16, 71:24, 72:10, 72:20, 73:6, 73:8, 73:18, 75:13, 75:17, 76:8, 80:20, 84:7, 84:8, 89:6, 93:1, 93:3, 94:15, 94:19, 95:10, 95:22, 105:20, 106:3, 106:18, 106:21, 106:23, 107:5, 107:12, 108:14, 108:16, 108:18, 114:10, 116:22, 127:11, 127:21, 128:1, 128:2, 128:8, 128:15, 129:5, 129:10, 129:22, 139:11, 140:15, 142:1, 142:3, 142:11, 142:25, 148:10, 148:13, 148:19, 158:18, 160:18, 160:20
**Iraqi** [11] - 50:19, 51:18, 52:11, 61:10, 61:24, 62:3, 62:11, 62:19, 107:13, 141:9
**Iraqis** [2] - 62:10, 99:8
**ISI** [6] - 52:9, 61:12, 62:7, 107:5, 107:11, 142:1
**ISIS** [228] - 25:13, 36:16, 36:19, 36:24, 37:4, 37:5, 37:6, 37:7, 37:16, 37:19, 37:21, 38:16, 44:4, 44:15, 47:24, 47:25, 48:1, 48:2, 48:5, 48:6, 48:7, 48:8, 48:10, 48:23, 50:24, 58:20, 60:7, 62:8, 65:15, 65:23, 65:25, 66:13, 66:25, 67:1, 67:2, 67:7, 67:15, 67:18, 67:21, 67:23, 68:2, 68:8, 68:10, 68:18, 68:20, 68:25,

69:2, 69:3, 69:10, 69:11, 69:16, 69:19, 69:21, 70:12, 70:14, 70:19, 70:20, 70:21, 70:22, 70:24, 71:10, 71:12, 72:6, 75:9, 75:12, 75:21, 75:25, 76:1, 76:25, 77:1, 77:2, 77:3, 77:10, 77:11, 77:12, 77:17, 77:19, 78:1, 78:4, 78:5, 78:9, 78:15, 78:18, 78:19, 78:21, 78:25, 79:4, 79:7, 79:8, 79:12, 79:13, 80:11, 80:14, 80:20, 81:4, 82:4, 82:5, 82:11, 82:24, 83:3, 83:4, 83:9, 84:5, 84:7, 84:11, 85:16, 85:17, 85:23, 85:24, 86:9, 88:18, 89:1, 89:3, 89:5, 89:12, 90:5, 90:15, 92:24, 92:25, 93:7, 93:20, 94:3, 94:12, 94:14, 94:18, 94:23, 95:5, 95:9, 95:21, 95:22, 96:22, 96:23, 96:25, 98:10, 98:20, 98:23, 104:8, 104:20, 105:8, 105:13, 107:5, 107:9, 112:6, 112:17, 112:21, 112:22, 113:7, 113:8, 113:10, 113:14, 113:16, 113:20, 113:21, 113:25, 114:1, 114:7, 114:8, 117:7, 120:12, 121:1, 121:2, 121:6, 121:7, 121:8, 121:15, 121:16, 122:1, 122:5, 122:9, 122:10, 123:7, 123:11, 123:15, 124:24, 125:2, 125:4, 125:5, 125:6, 125:7, 125:9, 125:10, 125:14, 125:15, 125:20, 125:21, 125:23, 126:5, 137:10, 142:25, 143:3, 143:5, 143:8, 148:8, 148:23, 149:16, 150:20, 151:18, 153:15, 153:20, 153:21, 154:4, 154:10, 155:13,

156:14, 156:17, 156:25, 157:14, 157:23, 159:10, 159:17, 159:24
**ISIS's** [5] - 77:4, 117:4, 125:6, 155:19, 158:15
**Islam** [39] - 32:10, 39:5, 39:15, 40:4, 40:7, 40:13, 40:16, 41:23, 42:2, 44:10, 45:5, 45:8, 46:9, 47:14, 55:10, 55:12, 55:15, 55:19, 57:23, 68:13, 73:19, 74:12, 81:12, 90:23, 90:24, 92:3, 92:25, 101:3, 101:4, 101:5, 114:20, 138:6, 138:17, 144:6, 144:8, 150:15, 154:6
**Islamic** [87] - 29:24, 30:7, 30:11, 30:21, 35:18, 38:25, 39:1, 39:4, 39:12, 39:13, 41:19, 42:12, 43:3, 43:8, 48:23, 50:21, 51:2, 51:10, 51:17, 52:8, 52:23, 53:2, 53:4, 53:9, 58:2, 69:17, 69:21, 69:22, 75:8, 76:12, 76:17, 81:9, 84:13, 86:5, 87:7, 88:10, 106:3, 106:18, 106:21, 106:23, 107:11, 107:23, 108:13, 108:16, 108:18, 116:15, 118:7, 118:8, 118:11, 118:25, 122:3, 137:9, 137:15, 137:21, 138:1, 138:20, 139:23, 142:1, 148:10, 148:13, 148:14, 148:19, 150:11, 150:24, 151:2, 151:3, 151:6, 151:23, 151:24, 152:1, 152:2, 152:4, 152:20, 153:3, 153:18, 153:22, 153:25, 154:3, 155:1, 155:12, 155:25, 158:16, 159:12
**Islamicist** [1] - 131:22
**Islamicists** [4] - 132:6, 143:22, 144:6, 144:8

**Islamism** [2] - 55:11, 55:17
**Islamist** [8] - 54:25, 55:2, 55:4, 55:20, 55:24, 81:22, 140:25, 154:5
**Islamists** [6] - 55:8, 55:18, 55:19, 59:5, 80:25, 141:15
**ism** [1] - 41:19
**isolation** [1] - 108:1
**issue** [11] - 7:10, 7:23, 85:6, 85:7, 90:7, 94:9, 161:19, 166:16, 169:8, 169:11, 169:12
**issues** [1] - 166:25
**issuing** [1] - 108:15
**Italy** [1] - 89:25
**items** [3] - 13:1, 14:5, 32:19
**itself** [11] - 7:13, 28:5, 51:9, 61:13, 94:3, 108:1, 125:2, 140:4, 144:17, 149:17, 160:16

## J

**J-O-L-A-N-I** [1] - 52:20
**J.C** [3] - 1:4, 1:10, 6:7
**Jabhat** [15] - 52:5, 52:6, 58:16, 58:17, 69:13, 81:2, 110:7, 110:12, 116:12, 135:2, 136:18, 140:5, 140:19, 142:6, 160:16
**JABHAT** [1] - 52:6
**jahid** [1] - 100:18
**jailed** [2] - 97:19, 99:8
**Jaloni** [5] - 70:8, 70:17, 70:22, 70:24, 71:2
**JAMES** [1] - 2:6
**James** [2] - 2:6, 6:20
**January** [2] - 52:4, 66:24
**Jazeera** [1] - 143:5
**Jesus** [1] - 57:7
**Jewish** [1] - 57:15
**Jihad** [1] - 107:4
**jihad** [25] - 28:16, 28:18, 29:22, 31:4, 31:10, 41:24, 42:2, 42:3, 42:8, 66:4, 75:18, 75:21, 87:19, 100:9, 100:10, 100:13, 100:18, 100:21, 100:22,

100:25, 101:7, 109:19, 110:19, 140:8, 140:22
**jihadi** [3] - 100:6, 100:8, 159:18
**Jihadism** [7] - 43:16, 43:17, 44:5, 44:8, 44:19, 47:10, 140:17
**jihadism** [12] - 41:22, 41:24, 42:9, 43:22, 43:23, 55:17, 55:18, 56:2, 108:8, 110:4, 116:14, 141:16
**jihadist** [40] - 37:16, 41:13, 41:17, 48:12, 48:15, 54:25, 55:20, 55:22, 55:23, 58:13, 59:2, 59:21, 60:6, 62:12, 62:17, 63:19, 63:22, 63:25, 64:4, 64:6, 65:1, 66:1, 66:2, 66:4, 66:9, 81:1, 104:20, 108:24, 109:20, 110:15, 132:19, 140:10, 142:18, 144:4, 144:5, 146:5, 146:8, 153:17, 155:2
**jihadists** [22] - 41:9, 59:3, 59:6, 75:1, 92:22, 107:25, 108:3, 108:5, 115:8, 140:3, 140:4, 140:14, 140:15, 140:16, 140:21, 142:19, 143:13, 143:21, 146:6, 146:19, 159:17, 159:25
**job** [2] - 21:20, 156:8
**John** [1] - 85:14
**join** [13] - 59:15, 59:17, 60:6, 62:7, 72:7, 72:19, 73:13, 73:18, 102:24, 103:6, 124:16, 153:2, 158:18
**joined** [2] - 32:7, 32:10
**joke** [2] - 84:18
**Jolani** [6] - 52:16, 52:19, 58:19, 65:17, 141:25, 149:7
**JONATHAN** [2] - 1:4, 1:10
**Jonathan** [1] - 6:7
**Jordan** [7] - 48:14, 62:19, 63:23, 63:24, 64:1, 104:20, 116:4
**Jordanian** [3] - 48:11,

13

48:15, 66:1
**journalism** [3] - 34:18, 35:23, 36:17
**journalist** [5] - 34:8, 85:17, 123:16, 123:18, 123:20
**journalists** [1] - 85:15
**Judge** [5] - 7:5, 8:21, 161:19, 162:25, 169:21
**judge** [4] - 8:13, 161:14, 166:20, 168:11
**JUDGE** [1] - 1:10
**judges** [3] - 91:15, 91:22, 91:24
**judicial** [2] - 8:15, 8:16
**July** [1] - 72:9
**June** [1] - 72:9
**juror** [6] - 163:15, 163:20, 164:17, 165:7, 165:17
**Juror** [9] - 162:2, 162:5, 162:8, 162:21, 162:22, 164:25, 165:22, 167:16, 167:20
**jurors** [6] - 102:10, 162:20, 163:1, 163:14, 167:22, 168:1
**JURY** [1] - 1:9
**jury** [48] - 6:24, 7:12, 7:16, 7:20, 7:25, 8:22, 8:25, 9:1, 9:2, 20:8, 20:10, 21:18, 22:21, 23:2, 23:5, 23:9, 26:14, 27:7, 28:3, 34:4, 49:9, 49:11, 49:12, 49:21, 49:23, 49:24, 49:25, 65:13, 101:14, 101:17, 101:18, 102:3, 102:11, 102:12, 102:13, 126:9, 126:10, 126:11, 126:19, 126:20, 126:21, 126:22, 161:12, 161:13, 166:10, 167:20
**Justice** [1] - 1:19

## K

**K-H-O-R-A-S-S-A-N** [1] - 81:25
**Kaffir** [1] - 74:19
**kaffir** [2] - 91:23, 91:25

**KAFFIR** [1] - 74:19
**kafir** [1] - 91:11
**keep** [3] - 20:14, 101:11, 112:25
**kept** [5] - 85:16, 85:17, 142:13, 149:5
**keyboard** [1] - 157:25
**Kharijites** [2] - 39:17, 39:19
**KHARIJITES** [1] - 39:19
**Khawarij** [1] - 39:18
**khilafa** [1] - 121:12
**Khorassan** [1] - 81:24
**kidnapped** [2] - 71:25, 85:15
**kill** [3] - 87:4, 87:8, 93:16
**killed** [11] - 66:5, 66:11, 71:25, 77:8, 86:10, 88:1, 93:7, 93:18, 109:19, 115:7, 115:20
**killing** [4] - 54:11, 91:6, 93:20, 94:1
**kind** [43] - 26:18, 36:2, 36:8, 38:3, 38:13, 39:11, 40:6, 42:7, 56:5, 57:14, 58:23, 61:13, 67:16, 68:22, 70:19, 70:21, 71:18, 72:20, 76:9, 78:15, 79:2, 81:11, 81:13, 81:14, 81:18, 85:19, 97:21, 99:5, 109:7, 109:21, 110:2, 111:9, 114:17, 115:8, 115:18, 123:23, 127:6, 136:24, 144:10, 154:5, 158:15, 161:4
**kinds** [2] - 110:14, 124:20
**King** [1] - 91:7
**king** [1] - 86:23
**kingdom** [1] - 151:7
**Kingdom** [1] - 35:6
**know..** [1] - 76:10
**knowing** [1] - 60:1
**knowledge** [6] - 31:24, 32:4, 38:13, 139:14, 140:23
**known** [20] - 35:25, 48:20, 50:24, 51:24, 52:5, 52:15, 66:3, 67:23, 76:20, 97:21, 97:23, 112:15, 112:16, 115:8, 116:3, 116:11, 117:13, 140:2,

141:6, 142:12
**knows** [1] - 60:8
**kuffar** [1] - 91:16
**Kufr** [4] - 90:21, 90:22, 90:24, 92:24
**kufr** [2] - 93:2, 93:3
**Kurdish** [5] - 61:11, 61:17, 61:20, 61:21
**Kurds** [7] - 57:8, 61:22, 62:10, 62:11, 132:12, 137:8, 137:10

## L

**lack** [1] - 161:20
**Laden** [8] - 65:21, 66:8, 66:9, 66:10, 66:25, 107:12, 108:14, 108:20
**Lafayette** [1] - 1:11
**Lake** [1] - 2:7
**Land** [3] - 48:20, 50:11, 90:24
**land** [4] - 28:14, 90:23, 92:25, 93:2
**lands** [1] - 93:3
**language** [32] - 7:9, 7:22, 9:23, 18:9, 20:15, 21:2, 21:4, 21:9, 21:11, 26:1, 31:25, 32:5, 36:4, 38:24, 57:7, 62:21, 68:1, 79:8, 83:2, 90:12, 113:23, 117:22, 117:23, 118:1, 118:16, 120:14, 122:2, 122:5, 123:1
**languages** [4] - 7:18, 21:6, 30:17, 113:24
**large** [1] - 159:4
**largely** [1] - 129:21
**larger** [1] - 130:15
**lashing** [1] - 40:25
**last** [9] - 16:20, 28:8, 28:13, 34:5, 90:19, 92:11, 115:22, 126:7, 154:9
**late** [2] - 37:14, 53:6
**latter** [1] - 81:10
**launched** [1] - 87:16
**LAW** [9] - 8:25, 49:11, 49:18, 49:23, 101:17, 102:11, 126:10, 126:20, 161:12
**Law** [1] - 2:6
**law** [1] - 162:19
**layer** [1] - 102:18

**lead** [1] - 81:17
**leader** [24] - 51:14, 51:18, 51:20, 51:21, 52:13, 53:4, 63:7, 63:14, 65:14, 65:21, 65:24, 67:18, 72:13, 97:9, 107:11, 118:2, 122:1, 122:6, 141:8, 143:4, 148:17, 149:23
**leaders** [8] - 37:7, 65:1, 83:17, 107:13, 108:24, 113:22, 125:11, 125:23
**Leann** [3] - 1:24, 170:4, 170:15
**learn** [1] - 157:8
**least** [3] - 76:5, 108:23, 169:14
**leave** [4] - 28:10, 72:24, 74:1, 74:21
**leaves** [1] - 113:22
**Lebanese** [3] - 97:9, 97:19, 134:8
**Lebanon** [9] - 62:19, 64:2, 64:3, 64:4, 64:11, 133:19, 133:25, 134:7, 134:11
**led** [1] - 58:19
**leeway** [1] - 113:22
**left** [16] - 6:15, 25:21, 27:10, 61:4, 65:14, 79:22, 80:11, 110:17, 110:18, 111:15, 120:16, 121:12, 125:8, 149:2
**legion** [1] - 101:4
**legitimacy** [8] - 39:25, 47:12, 47:21, 50:25, 51:4, 51:5, 150:12, 150:13
**legitimate** [2] - 70:7, 72:13
**less** [3] - 68:18, 132:3
**letter** [1] - 60:5
**letters** [1] - 27:11
**level** [3] - 38:22, 44:24, 45:8
**Levin** [1] - 1:11
**liberal** [1] - 56:15
**Libya** [1] - 53:14
**life** [4] - 30:18, 34:22, 66:10, 147:11
**like-minded** [3] - 50:19, 72:6, 139:21
**likely** [1] - 78:12
**limited** [1] - 74:4
**limiting** [5] - 7:1, 7:3, 7:6, 7:11, 8:3

**line** [7] - 73:7, 91:10, 114:25, 117:24, 118:19, 120:17, 122:21
**lines** [1] - 143:24
**Lines** [4] - 34:10, 34:13, 34:14, 34:16
**link** [1] - 100:8
**linked** [1] - 78:18
**lion** [1] - 118:22
**lions** [5] - 99:9, 99:16, 99:20, 107:4, 118:20
**Lions** [1] - 118:22
**list** [9] - 13:2, 26:15, 26:20, 29:21, 33:13, 55:14, 64:19, 145:8, 154:15
**listen** [1] - 122:15
**listened** [1] - 88:24
**lit** [1] - 84:7
**literally** [2] - 28:18, 40:12
**literature** [1] - 35:2, 37:24, 76:13, 78:24, 98:11
**live** [13] - 47:3, 47:6, 47:7, 47:12, 47:17, 47:22, 56:19, 72:25, 74:2, 74:9, 75:4, 92:8
**lived** [3] - 30:18, 32:3, 34:22
**lives** [1] - 92:5
**living** [2] - 90:21, 92:23
**Liwa** [2] - 101:3, 101:4
**Lizza** [4] - 1:24, 13:10, 170:14, 170:15
**lizza/Christin** [1] - 170:4
**local** [14] - 51:8, 53:25, 54:19, 56:7, 56:16, 57:20, 59:1, 62:20, 73:13, 80:23, 95:7, 140:23, 149:6
**locally** [2] - 56:8, 73:14
**locals** [2] - 37:7, 54:15
**logos** [1] - 79:19
**lone** [1] - 76:21
**look** [18] - 10:15, 10:24, 22:20, 24:4, 26:12, 64:12, 64:16, 99:6, 120:7, 123:23, 124:11, 128:10, 156:25, 163:1, 163:10, 165:7, 165:8, 168:25
**looked** [2] - 112:8, 154:11

**looking** [19] - 10:24, 23:9, 24:17, 27:8, 96:21, 120:10, 123:22, 124:18, 124:20, 155:13, 159:7, 164:19, 164:20, 164:21, 164:25, 168:3, 168:4
**looks** [4] - 114:25, 162:25, 163:20, 164:8
**Lord** [1] - 91:7
**lose** [1] - 89:5
**lost** [2] - 84:17, 89:12
**loyalty** [1] - 27:17
**lunch** [4] - 101:10, 101:13, 161:7, 163:15
**luxury** [1] - 60:16
**lyrics** [6] - 101:7, 109:5, 121:3, 121:6, 121:8

## M

**M-O-A-M-I-N-I-N** [1] - 46:25
**MA** [1] - 35:10
**Magazine** [3] - 34:11, 34:13, 34:16
**magazine** [11] - 34:11, 34:17, 82:24, 83:3, 83:10, 83:14, 85:9, 90:4, 90:7, 94:9, 95:1
**magazines** [5] - 90:9, 112:8, 154:11, 154:12, 154:16
**mail** [1] - 154:16
**mailing** [1] - 154:15
**main** [13] - 36:23, 57:23, 58:16, 59:3, 59:10, 68:22, 70:15, 75:23, 80:15, 94:10, 97:24, 128:14, 134:1
**mainstream** [12] - 41:21, 41:23, 42:1, 44:10, 45:4, 45:8, 46:9, 57:21, 57:25, 73:19, 74:12, 81:12
**major** [1] - 64:9
**Malahem** [1] - 80:18
**man** [6] - 53:20, 55:15, 65:16, 77:5, 91:10, 110:9
**man-made** [1] - 55:15
**mankind** [1] - 91:7
**manmade** [1] - 92:14
**manner** [1] - 87:8
**mantra** [3] - 115:8,

120:17, 120:20
**mantras** [1] - 121:9
**map** [3] - 105:9, 128:16, 133:10
**march** [1] - 82:2
**mark** [2] - 104:3, 104:13
**marked** [6] - 11:5, 11:21, 81:23, 83:5, 96:5, 119:5
**martyr** [5] - 109:6, 109:25, 110:1, 115:10, 117:10
**martyrdom** [5] - 110:4, 115:17, 117:10, 117:11, 159:22
**martyrs** [1] - 109:7
**mass** [4] - 44:13, 61:9, 143:14
**massive** [2] - 63:24, 71:18
**Material** [1] - 5:22
**material** [4] - 28:10, 29:16, 29:24, 123:23
**materials** [23] - 15:17, 18:20, 18:24, 26:1, 37:19, 37:24, 38:6, 78:22, 78:23, 80:13, 82:9, 82:12, 83:15, 83:17, 83:20, 98:11, 117:9, 117:13, 117:15, 123:10, 123:11, 123:17
**matter** [2] - 148:20, 170:5
**maximize** [1] - 77:13
**McDonald** [4] - 85:2, 96:19, 98:13, 121:21
**mean** [33] - 26:19, 28:7, 30:1, 30:5, 30:17, 30:24, 40:13, 41:17, 41:25, 50:9, 52:2, 61:20, 83:21, 86:17, 88:16, 89:23, 90:22, 94:11, 101:5, 109:25, 114:23, 115:7, 117:5, 122:19, 124:23, 144:15, 147:1, 151:5, 152:23, 156:16, 165:1, 168:3
**meaning** [27] - 27:11, 28:14, 43:22, 44:14, 44:15, 45:14, 56:22, 68:12, 69:17, 70:25, 73:22, 74:4, 74:6, 74:7, 74:8, 74:19, 76:14, 76:21, 89:25, 92:2, 92:7, 99:11,

100:24, 141:15, 148:2
**meanings** [1] - 100:23
**means** [42] - 26:16, 27:15, 28:3, 28:5, 28:10, 39:21, 40:11, 41:20, 42:8, 42:9, 42:11, 43:24, 45:2, 45:7, 45:13, 45:14, 46:17, 57:22, 60:4, 71:2, 72:24, 73:23, 74:8, 74:21, 79:11, 86:18, 91:4, 92:24, 95:7, 100:9, 100:18, 101:4, 105:19, 107:18, 108:4, 115:10, 120:18, 121:12, 122:13, 122:25, 140:10
**meant** [5] - 42:4, 70:5, 85:4, 111:11, 111:18
**measures** [2] - 60:15, 60:20
**Mecca** [6] - 46:17, 68:14, 73:25, 74:1, 93:8, 150:16
**Media** [1] - 80:18
**media** [15] - 37:12, 72:19, 80:12, 80:14, 82:6, 82:7, 82:17, 94:23, 98:20, 106:21, 112:22, 113:16, 114:1, 124:12, 136:11
**medical** [1] - 116:3
**Medina** [3] - 46:17, 74:2, 93:8
**Mediterranean** [2] - 57:9, 127:17
**meets** [1] - 118:2
**member** [5] - 52:22, 52:23, 60:23, 141:1, 161:6
**members** [17] - 9:2, 20:10, 26:14, 27:17, 28:3, 49:9, 49:25, 52:11, 87:4, 101:13, 102:13, 123:12, 125:6, 125:20, 126:9, 126:22, 142:5
**men** [12] - 66:12, 71:25, 87:25, 99:7, 99:10, 142:12, 155:19, 155:20
**mention** [3] - 56:24, 109:8, 109:21
**mentioned** [28] - 41:2, 41:11, 42:13, 43:12, 56:4, 66:12, 66:13, 83:24, 84:4, 86:9,

86:18, 86:22, 87:3, 87:18, 95:14, 95:15, 99:15, 100:22, 106:20, 108:20, 111:8, 112:23, 113:2, 114:15, 118:21, 121:14, 141:19, 142:8
**mentions** [4] - 110:7, 118:7, 118:25, 122:4
**mere** [2] - 88:22
**merge** [1] - 148:14
**merry** [1] - 93:11
**mess** [2] - 135:24, 136:2
**message** [3] - 85:22, 110:25, 111:4
**messages** [1] - 95:24
**met** [1] - 87:25
**method** [1] - 9:19
**methodology** [2] - 56:1, 56:2
**methods** [3] - 117:4, 117:7, 117:13
**mh** [5] - 134:3, 139:17, 150:18, 150:23, 151:14
**mh-hmm** [5] - 134:3, 139:17, 150:18, 150:23, 151:14
**MICHIGAN** [1] - 1:1
**Michigan** [9] - 1:12, 1:17, 2:4, 2:7, 6:2, 6:6, 49:20, 101:25, 126:17
**microphone** [4] - 93:23, 100:14, 104:1, 113:1
**mid** [1] - 148:3
**mid-2000s** [1] - 94:13
**mid-2012** [2] - 132:24, 133:21
**mid-2013** [2] - 137:17, 149:10
**Middle** [5] - 35:23, 36:10, 38:5, 38:18, 130:8
**middle** [1] - 121:22
**might** [12] - 7:25, 26:18, 78:9, 103:7, 103:9, 137:8, 138:1, 156:20, 156:21, 166:14, 166:20
**migrate** [2] - 74:21, 158:18
**migrated** [1] - 74:3
**migration** [2] - 28:6, 158:13
**mil** [1] - 46:5
**mild** [1] - 144:4

**militant** [2] - 63:22, 64:6
**militants** [2] - 63:20, 64:7
**militarily** [2] - 71:12, 75:14
**military** [11] - 42:4, 42:5, 42:6, 43:23, 60:25, 63:8, 63:11, 93:17, 100:25, 153:2
**militias** [3] - 138:18, 141:17, 147:24
**mind** [2] - 20:14, 55:8, 118:10
**minded** [4] - 50:19, 72:6, 81:15, 139:21
**mindful** [1] - 165:16
**minimum** [1] - 167:19
**minor** [1] - 56:20
**minorities** [5] - 56:20, 56:23, 56:24, 56:25, 57:5
**minority** [6] - 58:4, 61:21, 72:15, 92:3, 114:18, 114:19
**minute** [1] - 49:10
**minutes** [3] - 49:14, 126:12, 162:16
**miss** [1] - 158:8
**mistake** [3] - 78:9, 103:25, 113:19
**mistaken** [1] - 166:15
**Moaminin** [1] - 46:24
**mobilize** [3] - 76:7, 88:20, 100:21
**mobilized** [1] - 115:16
**mobilizing** [2] - 100:10, 100:19
**mock** [2] - 121:2, 121:6
**mockingly** [1] - 92:14
**moderate** [8] - 57:25, 137:15, 137:21, 137:25, 138:11, 138:20, 159:21, 159:22
**moderation** [1] - 58:3
**modern** [12] - 39:6, 39:8, 41:2, 41:4, 41:16, 57:24, 74:14, 105:19, 105:24, 105:25, 106:11, 111:9
**Mohammad** [3] - 86:3, 86:7, 112:6
**MOHAMMED** [1] - 1:6
**Mohammed** [4] - 6:10, 52:18, 65:22, 151:19
**Mohsin** [10] - 3:4, 3:6, 6:13, 29:1, 29:19,

31:18, 32:18, 162:21, 164:4, 166:5
**MOHSIN** [74] - 1:15, 6:13, 7:5, 8:10, 8:13, 8:21, 9:7, 9:11, 10:25, 11:4, 11:20, 12:25, 13:5, 13:7, 13:9, 13:16, 13:20, 15:7, 15:14, 19:19, 20:4, 21:14, 21:17, 21:25, 22:9, 22:12, 22:15, 22:16, 23:1, 23:4, 23:24, 23:25, 24:9, 24:10, 24:15, 24:16, 24:20, 24:21, 25:1, 25:3, 25:16, 25:17, 25:23, 25:24, 26:23, 27:3, 27:6, 27:19, 27:20, 28:22, 28:24, 31:17, 31:20, 32:13, 32:20, 161:14, 161:19, 162:8, 162:22, 162:24, 164:8, 164:11, 165:5, 166:20, 167:4, 167:6, 167:9, 167:24, 168:1, 168:11, 168:16, 168:22, 169:3, 169:21
**moment** [11] - 8:10, 11:18, 26:12, 27:25, 28:22, 29:2, 61:6, 161:15, 162:11, 162:13, 165:13
**momentous** [1] - 149:20
**money** [1] - 88:2
**monikers** [1] - 105:24
**monitor** [2] - 60:15, 168:24
**monitored** [1] - 61:5
**monitoring** [1] - 167:19
**mono** [1] - 45:16
**monotheism** [10] - 45:5, 45:12, 45:13, 45:17, 46:7, 46:8, 107:19, 107:21, 115:18
**monotheist** [1] - 45:9
**monotheistic** [3] - 45:6, 45:15, 45:16
**monotheists** [1] - 115:1
**monstrosity** [1] - 92:14
**months** [3] - 54:7, 71:16, 149:12

**Moon** [2] - 6:16, 167:11
**MOON** [1] - 1:15
**more..** [1] - 42:7
**morning** [20] - 6:13, 6:18, 6:19, 6:22, 6:23, 9:2, 9:12, 9:13, 29:9, 29:10, 33:2, 33:4, 49:8, 102:23, 107:21, 109:10, 112:8, 115:2, 161:2, 166:10
**MOSHIN** [1] - 162:6
**mosque** [4] - 31:7, 31:10, 31:12, 68:14
**mosques** [2] - 68:11
**most** [17] - 18:25, 32:6, 34:22, 41:21, 44:24, 45:7, 51:15, 78:12, 109:11, 129:17, 132:16, 136:23, 136:25, 145:15, 149:2, 155:2
**mostly** [23] - 28:19, 36:16, 53:25, 54:19, 55:4, 56:12, 61:25, 73:8, 73:17, 81:16, 82:3, 83:13, 100:5, 107:25, 130:13, 130:16, 146:19, 154:19, 159:16, 159:20, 159:23
**Mosul** [5] - 61:23, 61:24, 85:18, 137:18
**motion** [1] - 33:19
**Motions/Other** [1] - 3:18
**move** [14] - 15:7, 19:19, 26:23, 37:22, 42:19, 43:1, 65:5, 80:1, 84:22, 89:17, 96:14, 97:10, 113:3, 134:7
**moved** [1] - 157:2
**movement** [1] - 37:17
**moves** [1] - 13:1
**moving** [1] - 162:18
**MR** [121] - 6:19, 6:20, 32:24, 33:9, 33:18, 33:22, 34:3, 34:15, 50:5, 50:6, 64:13, 64:15, 64:19, 64:21, 65:5, 65:6, 65:9, 65:11, 80:1, 80:4, 80:7, 80:8, 82:18, 82:20, 84:22, 84:24, 85:2, 85:5, 85:8, 85:10, 89:7, 89:8, 89:17, 89:18, 89:21, 89:22, 94:5, 94:8,

94:21, 94:22, 96:2, 96:4, 96:14, 96:15, 96:18, 96:20, 97:1, 97:4, 97:10, 97:11, 97:14, 97:15, 98:2, 98:3, 98:15, 98:17, 99:21, 99:24, 100:1, 100:14, 101:9, 102:21, 102:22, 103:15, 104:23, 105:2, 106:14, 106:16, 108:9, 108:11, 108:25, 109:2, 109:15, 109:17, 110:20, 110:23, 111:21, 111:22, 111:24, 112:1, 112:10, 112:12, 113:4, 114:2, 114:4, 114:5, 114:12, 114:14, 115:5, 115:22, 115:24, 117:1, 117:2, 117:16, 117:17, 119:1, 119:4, 119:18, 119:21, 119:24, 120:3, 120:6, 121:18, 121:23, 123:8, 123:9, 126:6, 126:25, 127:2, 134:24, 158:7, 158:11, 158:21, 158:25, 159:3, 160:23, 162:5, 162:7, 165:25, 166:13, 169:7
**MS** [83] - 6:13, 6:23, 7:5, 8:10, 8:13, 8:21, 9:7, 9:11, 10:25, 11:4, 11:20, 12:25, 13:5, 13:7, 13:9, 13:11, 13:16, 13:20, 15:7, 15:9, 15:14, 19:19, 19:22, 20:4, 21:14, 21:17, 21:25, 22:9, 22:12, 22:15, 22:16, 23:1, 23:4, 23:24, 23:25, 24:9, 24:10, 24:15, 24:16, 24:20, 24:21, 25:1, 25:3, 25:16, 25:17, 25:23, 25:24, 26:23, 26:25, 27:3, 27:6, 27:19, 27:20, 28:22, 28:24, 29:2, 29:5, 29:8, 31:13, 31:17, 31:20, 32:13, 32:20, 161:14, 161:19, 162:6, 162:8, 162:22, 162:24,

164:8, 164:11, 165:5, 166:20, 167:4, 167:6, 167:9, 167:24, 168:1, 168:11, 168:16, 168:22, 169:3, 169:21
**Mubarak** [1] - 63:8
**Muhajir** [1] - 28:12
**Muhammad** [8] - 39:14, 39:16, 40:8, 46:14, 46:15, 46:18, 52:15, 73:24
**MUHAMMAD** [2] - 52:19
**mujaddid** [1] - 122:12
**Mujahideen** [1] - 155:12
**multiple** [3] - 50:24, 77:14, 163:21
**Musab** [1] - 65:24
**Muslim** [33] - 27:16, 39:25, 40:20, 41:9, 42:15, 43:1, 43:7, 44:22, 44:24, 44:25, 45:1, 46:2, 46:3, 46:4, 46:16, 47:20, 55:12, 55:13, 58:9, 58:24, 63:9, 63:10, 68:11, 70:7, 71:1, 72:13, 74:10, 84:2, 92:5, 92:8, 97:9, 141:1
**Muslim's** [1] - 91:14
**Muslims** [40] - 31:9, 40:2, 41:22, 44:9, 44:15, 44:16, 44:18, 45:4, 45:9, 47:3, 47:5, 47:6, 47:17, 47:19, 47:21, 57:15, 57:18, 68:5, 68:9, 68:16, 69:25, 70:5, 72:10, 73:1, 74:18, 74:20, 76:7, 83:12, 86:4, 86:24, 87:15, 88:19, 90:20, 90:21, 92:13, 92:23, 159:14
**must** [5] - 20:19, 20:22, 86:15, 91:2, 161:5
**mysticism** [1] - 58:2

## N

**N-U-S-A-Y-R-I-S** [1] - 114:16
**N-U-S-R-A** [1] - 52:7
**Naba** [1] - 94:25
**NABA** [1] - 94:25
**name** [41] - 23:16,

164:8, 164:11, 165:5, 166:20, 167:4, 167:6, 167:9, 167:24, 168:1, 168:11, 168:16, 168:22, 169:3, 169:21
**Mubarak** [1] - 63:8
**Muhajir** [1] - 28:12
**Muhammad** [8] - 39:14, 39:16, 40:8, 46:14, 46:15, 46:18, 52:15, 73:24
**MUHAMMAD** [2] - 52:19
**mujaddid** [1] - 122:12
**Mujahideen** [1] - 155:12
**multiple** [3] - 50:24, 77:14, 163:21
**Musab** [1] - 65:24
**Muslim** [33] - 27:16, 39:25, 40:20, 41:9, 42:15, 43:1, 43:7, 44:22, 44:24, 44:25, 45:1, 46:2, 46:3, 46:4, 46:16, 47:20, 55:12, 55:13, 58:9, 58:24, 63:9, 63:10, 68:11, 70:7, 71:1, 72:13, 74:10, 84:2, 92:5, 92:8, 97:9, 141:1

25:14, 34:5, 34:6, 46:23, 48:22, 50:7, 50:8, 50:13, 50:16, 50:18, 50:24, 51:6, 51:19, 52:16, 54:18, 56:7, 58:18, 74:16, 76:25, 83:22, 88:20, 88:25, 97:16, 104:21, 104:22, 105:10, 106:2, 106:8, 106:10, 106:20, 114:22, 119:13, 140:4, 140:5, 140:19, 143:4, 143:6, 160:16
**named** [3] - 105:9, 106:7, 116:21
**names** [12] - 50:22, 50:23, 51:10, 51:11, 56:24, 105:9, 105:23, 106:12, 106:13, 130:6, 160:17
**nascent** [2] - 46:16, 72:11
**NASER** [1] - 1:6
**Naser** [7] - 6:10, 6:21, 22:7, 165:1, 165:24, 169:17, 169:18
**nasheed** [5] - 99:2, 99:3, 99:4, 106:25, 107:2
**nasheeds** [1] - 99:13
**National** [2] - 6:16, 36:5
**nationalities** [1] - 57:10
**native** [1] - 38:23
**NATO** [1] - 45:21
**nature** [2] - 18:22, 41:7
**Necessarily** [1] - 138:7
**necessarily** [4] - 55:20, 140:12, 152:1, 169:1
**need** [15] - 42:19, 43:1, 43:4, 43:5, 43:7, 60:15, 61:1, 75:17, 76:9, 92:19, 103:13, 112:25, 114:18, 161:16, 169:11
**neighboring** [1] - 71:13
**networks** [1] - 63:1
**never** [3] - 51:13, 87:25, 125:16
**new** [11] - 33:12, 34:12, 34:13, 39:1,

43:9, 46:16, 74:8, 74:12, 117:8, 118:22, 160:13
**New** [5] - 34:10, 34:14, 34:16, 36:21, 88:3
**newly** [1] - 36:4
**news** [12] - 36:9, 37:24, 79:6, 79:7, 82:12, 95:3, 98:12, 113:11, 123:22, 124:7, 125:1, 125:2
**newspaper** [1] - 36:4
**next** [19] - 12:8, 26:17, 32:23, 36:13, 42:19, 42:20, 42:24, 43:1, 61:8, 69:19, 74:2, 76:16, 79:14, 86:2, 86:14, 87:12, 88:6, 114:25, 121:19
**nice** [1] - 56:14
**Nick** [2] - 104:21, 104:22
**Nile** [1] - 128:23
**nobody** [1] - 142:9
**nobody's** [1] - 99:12
**non** [7] - 86:19, 142:20, 163:18, 163:25, 165:13, 165:18, 169:13
**non-believers** [1] - 142:20
**non-verbal** [5] - 163:18, 163:25, 165:13, 165:18, 169:13
**none** [2] - 74:9, 153:22
**normal** [3] - 45:7, 124:6, 168:2
**north** [1] - 132:12
**northern** [6] - 48:14, 51:5, 64:1, 64:11, 83:22, 84:10
**NOTE** [1] - 5:22
**note** [7] - 13:16, 102:16, 167:14, 168:25, 169:10, 169:16, 169:19
**notebook** [5] - 24:11, 119:16, 119:25, 120:8, 120:10
**noted** [1] - 23:15
**notepad** [1] - 119:15
**notes** [1] - 170:9
**nothing** [8] - 28:24, 32:13, 59:1, 87:18, 112:4, 118:9, 160:23, 163:2
**notice** [5] - 8:15, 8:16, 20:17, 161:25,

166:24
**noticeable** [1] - 167:6
**noticed** [4] - 162:2, 162:25, 166:5, 167:18
**Nottingham** [1] - 35:8
**novel** [1] - 30:8
**nowadays** [1] - 28:8
**nullified** [1] - 47:14
**Number** [4] - 4:2, 5:2, 6:9, 162:8
**number** [5] - 7:21, 98:5, 147:16, 159:4, 162:1
**numbers** [5] - 10:12, 16:1, 68:4, 103:25, 137:21
**Nusayris** [2] - 114:15, 114:21
**Nusra** [67] - 52:5, 52:6, 58:16, 58:17, 58:18, 59:3, 59:4, 59:10, 59:16, 59:17, 59:21, 69:6, 69:10, 69:11, 69:13, 81:2, 81:4, 103:4, 103:6, 110:8, 110:12, 116:6, 116:12, 116:22, 134:21, 134:23, 135:2, 135:7, 136:18, 137:13, 139:5, 139:10, 139:11, 140:6, 140:8, 140:19, 140:20, 141:3, 141:10, 142:6, 142:21, 143:4, 143:10, 144:16, 148:11, 148:17, 149:1, 149:2, 149:3, 149:6, 149:9, 159:11, 159:17, 159:20, 159:24, 160:7, 160:16
**NUSRA** [2] - 52:5, 58:18
**NW** [1] - 1:20
**NYPD** [1] - 88:2

## O

**oath** [9] - 9:5, 33:3, 50:4, 71:3, 121:25, 153:2, 153:3, 153:5
**Obama** [1] - 86:22
**obey** [1] - 122:15
**object** [1] - 119:14
**objection** [17] - 13:11, 13:12, 15:9, 19:22,

26:25, 33:12, 33:17, 33:18, 65:6, 80:3, 80:4, 84:24, 89:18, 96:15, 97:11, 119:20, 119:21
**objectively** [1] - 124:25
**observation** [1] - 167:10
**observations** [1] - 163:20
**observe** [2] - 75:12, 169:15
**observed** [2] - 167:11, 169:18
**observer** [1] - 78:8
**observers** [3] - 79:7, 141:13, 144:2
**obsess** [1] - 81:19
**Obtain** [1] - 1:24
**obviously** [13] - 51:16, 54:22, 58:8, 68:15, 70:18, 71:4, 71:23, 72:3, 77:14, 93:4, 128:2, 134:13, 138:25
**October** [2] - 50:20, 138:4
**OF** [5] - 1:1, 1:3, 3:1, 5:20, 170:2
**of..** [1] - 56:16
**offer** [1] - 122:14
**offered** [1] - 88:2
**office** [1] - 62:7
**Office** [2] - 1:16, 2:6
**officers** [1] - 88:2
**official** [11] - 50:18, 67:9, 67:14, 113:5, 113:6, 113:14, 113:15, 113:19, 113:22, 121:15, 140:12
**officially** [3] - 70:13, 72:2, 139:16
**officials** [1] - 37:4
**often** [1] - 122:7
**old** [4] - 39:1, 39:2, 43:14, 91:9
**Omar** [5] - 97:9, 97:16, 97:19, 103:5, 107:9
**once** [4] - 15:25, 41:19, 42:18, 151:17
**one** [115] - 7:21, 8:10, 11:5, 11:18, 12:8, 14:2, 14:5, 16:16, 16:20, 17:7, 17:16, 18:4, 21:21, 21:24, 24:1, 25:9, 27:25, 28:22, 29:2, 37:9, 43:15, 43:17, 44:8,

45:10, 46:23, 46:25, 47:24, 48:3, 53:20, 54:9, 54:16, 57:22, 62:5, 62:15, 63:19, 64:16, 67:11, 70:6, 71:16, 73:22, 74:3, 74:7, 75:23, 77:10, 78:9, 80:14, 80:15, 80:17, 82:22, 84:14, 85:14, 93:9, 95:13, 95:15, 95:20, 95:23, 96:22, 97:24, 98:19, 99:6, 100:19, 101:8, 107:14, 108:23, 110:15, 115:14, 115:22, 116:11, 116:21, 117:5, 117:24, 118:21, 120:18, 121:11, 121:15, 125:14, 125:22, 130:15, 132:4, 132:5, 132:23, 138:17, 140:16, 141:22, 143:2, 144:9, 144:11, 147:2, 150:3, 150:9, 150:16, 151:2, 151:23, 153:21, 154:3, 155:1, 159:13, 160:4, 160:10, 161:8, 162:11, 163:17, 165:6, 166:20, 168:3
**One** [1] - 139:20
**one-man** [1] - 53:20
**one-third** [1] - 71:16
**ones** [5] - 13:6, 75:24, 93:3, 97:24, 151:10
**online** [4] - 82:14, 124:13, 154:12, 154:19
**open** [3] - 139:16, 139:24, 162:10
**openly** [1] - 145:11
**operate** [2] - 64:10, 69:1
**operated** [2] - 64:10, 142:21
**operates** [3] - 61:12, 135:3, 135:7
**operating** [5] - 54:16, 137:19, 137:20, 145:10, 145:14
**operation** [2] - 78:13, 159:24
**operations** [3] - 111:13, 117:11, 159:22
**operatives** [1] -

136:14
**opportunity** [2] - 26:8, 26:13
**oppose** [1] - 154:4
**opposed** [2] - 152:20, 165:1
**opposing** [1] - 159:4
**optimistic** [2] - 164:15, 167:1
**option** [2] - 78:2, 103:2
**options** [3] - 76:5, 76:22, 77:15
**ordained** [1] - 150:9
**order** [10] - 10:18, 40:20, 43:3, 45:20, 46:1, 46:3, 60:6, 72:4, 72:5, 88:11
**ordering** [1] - 88:1
**orders** [1] - 45:24
**ordinary** [2] - 143:3, 144:1
**organization** [39] - 37:16, 49:3, 49:5, 50:22, 51:9, 51:11, 51:12, 52:22, 55:3, 55:24, 59:21, 60:6, 66:18, 67:3, 68:16, 69:24, 70:4, 80:16, 80:23, 104:11, 108:16, 110:5, 110:15, 111:17, 111:18, 112:20, 113:5, 116:7, 116:13, 125:9, 134:8, 142:10, 144:4, 144:5, 144:20, 145:12, 146:10, 149:14
**organization's** [2] - 50:8, 141:25
**organizationally** [1] - 142:9
**organizations** [21] - 39:5, 41:14, 47:10, 50:20, 55:1, 55:4, 66:16, 79:20, 79:24, 82:4, 82:6, 82:7, 82:10, 109:13, 116:14, 131:15, 131:18, 134:11, 143:6, 145:16, 145:20
**original** [27] - 12:21, 12:22, 13:1, 14:2, 14:10, 14:19, 14:22, 14:23, 14:25, 15:2, 15:25, 16:3, 16:15, 17:7, 19:20, 21:11, 21:16, 24:1, 24:23,

31:24, 56:18, 121:6, 121:7, 121:8, 140:5, 151:19
**originally** [4] - 21:3, 134:13, 134:14, 134:15
**originals** [3] - 14:13, 14:16, 15:5
**Orion** [1] - 2:7
**Osama** [8] - 65:21, 66:7, 66:9, 66:10, 66:25, 107:12, 108:14, 108:20
**otherwise** [2] - 88:4, 161:8
**ourselves** [1] - 143:7
**outcome** [1] - 88:4
**outer** [1] - 102:18
**outlet** [2] - 80:14, 95:7
**outlets** [4] - 82:10, 113:10, 113:14, 113:16
**outside** [8] - 29:25, 30:5, 36:25, 93:1, 129:2, 131:10, 132:19, 140:22
**outsiders** [3] - 39:22, 144:2
**overlap** [2] - 147:18, 147:19
**overlaps** [1] - 129:11
**overseen** [1] - 113:21
**owe** [1] - 53:1
**own** [17] - 57:2, 59:18, 60:14, 61:4, 68:12, 69:3, 69:12, 72:1, 78:6, 95:11, 118:19, 121:1, 125:6, 132:15, 142:5
**Oxford** [2] - 38:7, 38:8

## P

**p.m** [11] - 101:22, 101:23, 102:7, 102:8, 102:12, 126:11, 126:14, 126:15, 126:21, 161:13, 169:24
**page** [24] - 24:1, 24:15, 24:17, 24:20, 25:1, 25:18, 27:21, 28:15, 85:3, 85:4, 85:8, 86:1, 86:2, 87:12, 88:6, 89:21, 90:16, 90:20, 94:7, 120:16, 121:12, 121:20, 141:24
**Page** [3] - 3:2, 3:14, 3:18

**pages** [6] - 24:11, 24:13, 25:4, 25:5, 27:21, 119:25
**Pakistan** [1] - 81:24
**Paltalk** [2] - 15:15, 16:11
**panic** [1] - 71:14
**paper** [1] - 79:15
**papers** [1] - 38:6
**paragraph** [7] - 85:25, 86:14, 87:13, 87:20, 88:7, 90:19, 93:13
**Paris** [1] - 71:22
**park** [1] - 91:9
**part** [79] - 24:17, 24:22, 25:21, 37:20, 37:22, 38:4, 38:8, 38:11, 40:10, 42:5, 45:8, 46:4, 47:15, 49:4, 51:15, 53:2, 53:12, 53:14, 54:16, 55:16, 59:14, 67:2, 68:2, 68:6, 68:25, 69:2, 69:3, 69:12, 69:13, 69:14, 70:13, 73:4, 74:13, 75:13, 76:15, 76:19, 78:4, 78:14, 78:19, 79:6, 81:9, 81:16, 81:20, 82:15, 88:18, 95:15, 97:20, 98:4, 98:10, 98:23, 99:5, 104:8, 104:10, 109:22, 110:15, 112:3, 117:3, 121:22, 127:24, 128:1, 129:10, 130:1, 132:16, 133:9, 133:14, 133:15, 133:16, 136:23, 136:25, 139:6, 141:6, 141:8, 141:11, 142:11, 143:9, 152:25, 164:13
**participation** [1] - 53:21
**particular** [8] - 7:5, 16:24, 17:24, 18:16, 23:6, 25:9, 31:3, 31:10
**particularly** [4] - 162:2, 163:7, 163:19, 166:2
**parties** [1] - 163:2
**parts** [11] - 20:21, 20:23, 37:15, 37:18, 48:14, 54:14, 64:1, 64:11, 95:10, 131:20, 137:20

**party** [1] - 170:10
**pass** [2] - 86:12
**passerby** [1] - 93:12
**passing** [1] - 91:12
**passive** [1] - 163:24
**path** [1] - 44:15
**patrons** [1] - 86:15
**pause** [13] - 11:2, 11:19, 21:23, 28:23, 33:2, 99:23, 102:4, 114:4, 158:9, 162:11, 162:14, 162:15, 162:17
**pay** [4] - 112:23, 161:25, 166:21
**paying** [2] - 168:18, 169:8
**peaceful** [2] - 54:7, 61:17
**pejorative** [3] - 111:2, 114:17, 114:23
**penal** [1] - 40:23
**Peninsula** [4] - 80:19, 105:11, 106:4, 106:9
**Pennsylvania** [1] - 1:20
**people** [92] - 32:3, 37:4, 37:5, 37:8, 39:23, 40:2, 40:14, 40:17, 40:19, 45:23, 48:3, 53:18, 56:13, 56:14, 56:21, 57:6, 58:2, 58:23, 60:8, 60:16, 60:20, 62:24, 65:13, 68:12, 72:7, 72:19, 73:5, 73:6, 73:15, 76:3, 79:5, 81:15, 81:17, 86:19, 88:24, 90:10, 100:10, 100:11, 100:20, 103:18, 104:10, 106:2, 107:7, 108:6, 108:21, 109:11, 111:19, 114:1, 114:21, 115:19, 115:20, 116:12, 117:11, 122:1, 122:9, 124:1, 124:2, 125:5, 126:2, 133:25, 136:17, 141:14, 142:15, 143:3, 143:8, 144:2, 149:6, 155:11, 155:15, 155:16, 155:19, 156:2, 156:7, 156:9, 156:11, 156:12, 156:13, 156:17, 156:19, 156:21,

156:24, 157:3, 157:7, 157:11, 157:15, 158:17, 163:22, 164:9, 168:3
**perceived** [2] - 165:9, 168:1
**percent** [3] - 29:11, 29:14, 31:24
**percolating** [1] - 161:20
**perfect** [1] - 168:13
**perhaps** [3] - 161:25, 168:8, 168:18
**period** [6] - 60:12, 61:5, 61:7, 63:8, 160:17, 165:14
**permiss** [1] - 91:12
**permissible** [5] - 91:5, 93:6, 93:8, 115:20, 115:21
**permission** [1] - 84:9
**persecuted** [1] - 73:25
**Persians** [1] - 61:22
**person** [54] - 22:3, 22:6, 28:12, 37:3, 42:1, 45:16, 46:15, 46:19, 59:25, 60:1, 60:2, 60:9, 60:15, 60:21, 66:8, 68:1, 76:24, 77:17, 77:18, 78:1, 78:13, 78:17, 78:19, 78:20, 78:25, 79:3, 79:11, 79:12, 79:13, 85:12, 85:13, 90:14, 92:20, 93:5, 100:20, 104:18, 109:19, 110:10, 111:14, 112:5, 112:7, 115:25, 118:6, 119:13, 124:6, 147:11, 150:5, 150:6, 150:9, 152:17, 152:24
**person's** [1] - 168:25
**personal** [2] - 152:18, 153:7
**personality** [1] - 166:14
**personally** [3] - 123:17, 125:22, 166:5
**persons** [1] - 123:15
**perspective** [1] - 167:13
**phone** [1] - 37:10
**photo** [1] - 25:12
**phrase** [1] - 117:25
**phrases** [3] - 27:22, 118:18, 121:9
**physical** [3] - 28:19,

42:6, 119:14
**picking** [1] - 43:25
**picture** [9] - 23:14, 75:25, 81:4, 93:10, 104:14, 104:15, 130:5, 135:23, 142:24
**pictured** [1] - 85:13
**pictures** [1] - 65:1
**piece** [1] - 79:14
**pillar** [7] - 43:15, 44:19, 45:12, 47:9, 74:14, 74:22, 97:25
**pillars** [2] - 43:15, 74:17
**place** [9] - 6:11, 6:25, 28:10, 28:11, 74:3, 106:10, 147:13, 169:5, 170:6
**placed** [1] - 33:3
**places** [4] - 38:7, 71:13, 124:12, 151:11
**Plaintiff** [2] - 1:4, 1:15
**plan** [2] - 155:19, 169:14
**platforms** [1] - 37:12
**plausible** [1] - 113:18
**play** [4] - 98:13, 104:23, 110:21, 111:24
**played** [16] - 7:23, 22:14, 98:16, 99:25, 105:1, 106:15, 108:10, 109:1, 109:16, 110:22, 111:25, 112:11, 114:3, 114:13, 115:4, 115:23
**playing** [3] - 7:11, 8:4, 98:24
**pledge** [13] - 47:13, 47:19, 53:5, 69:25, 70:6, 71:5, 71:6, 77:16, 118:3, 122:1, 122:12, 123:6, 149:7
**pledged** [3] - 48:18, 53:3, 79:11
**plenty** [2] - 63:1, 63:2
**poem** [4] - 99:4, 109:5, 120:12, 120:15
**poetry** [1] - 120:21
**point** [12] - 7:4, 25:13, 68:21, 73:24, 107:14, 119:19, 133:22, 138:20, 148:19, 150:17, 161:25, 166:5
**points** [1] - 63:2

**police** [1] - 46:5
**police'** [1] - 87:3
**policemen** [3] - 91:15, 91:22, 91:24
**polit** [1] - 55:6
**political** [13] - 41:11, 42:10, 45:1, 45:14, 45:22, 55:6, 55:19, 63:14, 72:4, 135:19, 144:6, 144:8
**politicians** [3] - 91:15, 91:22, 91:24
**politics** [3] - 36:11, 44:25, 55:10
**polytheists** [1] - 115:1
**poorly** [1] - 129:18
**popular** [3] - 53:13, 53:15, 120:25
**popularized** [1] - 108:3
**populated** [1] - 129:18
**population** [1] - 57:16
**portions** [1] - 10:1
**portray** [1] - 142:23
**position** [1] - 167:12
**possible** [1] - 158:5
**possibly** [3] - 28:14, 87:24, 88:1
**post** [3] - 35:22, 38:4, 91:8
**post-graduate** [2] - 35:22, 38:4
**post-pubescent** [1] - 91:8
**power** [3] - 64:5, 87:25, 88:19
**powerful** [2] - 137:18, 138:5
**PowerPoint** [3] - 18:21, 19:3, 19:12
**PowerPoints** [2] - 26:5, 30:4
**powers** [2] - 66:5, 71:20
**practical** [2] - 43:23, 75:16
**practice** [1] - 107:23
**practices** [1] - 40:22
**praising** [2] - 107:4, 121:7
**pray** [1] - 44:16
**preach** [2] - 125:12, 125:24
**preached** [1] - 37:6
**preacher** [1] - 66:2
**preachers** [2] - 37:6, 65:1
**preaches** [1] - 97:24
**preaching** [3] - 61:1, 66:3, 115:17

**predominantly** [1] - 30:12
**preferable** [2] - 93:21, 94:1
**preparation** [1] - 48:17
**prepare** [1] - 10:1
**prepared** [10] - 7:10, 9:15, 9:20, 10:8, 10:9, 11:9, 16:2, 16:7, 20:6, 23:6
**present** [2] - 6:4, 58:4
**presented** [5] - 7:23, 9:23, 18:21, 21:3, 25:10
**President** [1] - 63:8
**president** [2] - 53:15, 55:13
**presiding** [1] - 6:7
**Press** [1] - 38:8
**presumably** [1] - 111:4
**pretend** [1] - 141:3
**pretended** [1] - 141:5
**pretty** [7] - 34:22, 57:3, 63:17, 79:2, 89:2, 112:15, 156:8
**prevented** [1] - 116:19
**previous** [2] - 73:3, 160:13
**previously** [2] - 9:8, 121:20
**primarily** [1] - 56:17
**principle** [1] - 92:2
**print** [2] - 83:20, 85:21
**printed** [1] - 154:18
**printouts** [1] - 154:12
**prisoners** [2] - 98:22, 99:7, 99:15
**prisons** [1] - 117:14
**pro** [2] - 130:14, 130:21
**pro-democracy** [2] - 130:14, 130:21
**probationary** [1] - 60:12
**problem** [3] - 8:6, 162:1, 165:13
**proceed** [6] - 21:13, 22:11, 31:18, 33:8, 126:24, 159:1
**proceedings** [2] - 169:24, 170:6
**process** [5] - 35:14, 75:7, 76:15, 76:18, 76:19
**proclaimed** [1] - 109:24
**produce** [3] - 99:3, 110:16, 117:9

**produced** [9] - 82:9, 95:5, 95:22, 96:1, 106:20, 113:7, 113:9, 113:21, 114:8
**produces** [2] - 83:3, 113:7
**production** [3] - 113:5, 113:18, 155:7
**productions** [1] - 113:11
**professionally** [1] - 36:13
**progress** [1] - 163:24
**progressed** [1] - 165:18
**project** [1] - 116:15
**prolonged** [3] - 163:6, 163:22, 165:20
**promise** [2] - 128:9, 128:10
**proof** [1] - 122:24
**propaganda** [16] - 37:25, 83:14, 83:17, 85:19, 89:3, 90:6, 90:13, 96:1, 98:23, 99:16, 123:14, 125:2, 154:10, 155:2, 155:13, 156:25
**proper** [1] - 7:25
**prophecies** [5] - 81:10, 81:11, 81:13, 83:25, 84:13
**prophecy** [2] - 84:13, 84:16
**prophesy** [1] - 81:21
**Prophet** [9] - 39:14, 39:16, 40:8, 40:14, 46:14, 46:15, 46:18, 73:24
**Proposed** [2] - 26:9, 26:24
**proposed** [2] - 7:1, 8:17
**protect** [2] - 54:19, 143:19
**protected** [1] - 92:2
**protection** [1] - 54:21
**protesting** [1] - 54:11
**protestors** [1] - 54:20
**protests** [2] - 54:7, 130:16
**provide** [8] - 8:17, 13:2, 13:4, 19:4, 19:7, 19:11, 19:17, 20:10
**provided** [5] - 8:16, 9:16, 19:6, 25:15, 27:14
**province** [4] - 95:9,

114:8, 114:9, 133:15
**proxies** [1] - 43:6
**pubescent** [1] - 91:8
**public** [3] - 52:21, 125:25, 139:14
**publication** [8] - 80:12, 82:25, 83:3, 89:11, 89:14, 95:15, 121:15
**publications** [4] - 80:15, 94:23, 95:11, 113:25
**publicize** [1] - 111:14
**publicized** [4] - 89:5, 95:21, 120:13, 142:10
**publicly** [10] - 52:4, 67:2, 67:25, 69:3, 70:13, 135:2, 135:4, 135:9, 142:13, 144:16
**publish** [16] - 20:8, 20:9, 21:15, 22:9, 22:19, 23:1, 23:2, 23:24, 24:9, 25:16, 27:4, 65:9, 82:14, 83:13, 95:1, 95:2
**published** [6] - 22:21, 36:20, 36:21, 38:8, 80:18
**publishing** [3] - 38:15, 83:19, 110:14
**pull** [1] - 103:22
**pulled** [1] - 156:25
**pulling** [1] - 156:8
**punish** [1] - 126:2
**purpose** [7] - 7:5, 76:6, 77:3, 90:4, 104:7, 110:14, 115:14
**purposes** [1] - 113:17
**put** [11] - 23:18, 37:19, 37:25, 64:19, 85:2, 90:9, 94:6, 97:14, 99:4, 145:7, 161:16
**putting** [2] - 83:10, 145:3

## Q

**Quasyr** [6] - 133:9, 133:21, 134:18, 135:9, 135:23, 139:2
**questions** [4] - 31:13, 64:19, 98:14, 126:6
**quick** [1] - 130:4
**quickly** [2] - 63:3, 84:18
**quite** [1] - 142:5
**quote** [1] - 83:15

**quoted** [2] - 84:4, 112:7
**quotes** [1] - 5:23
**Quran** [4] - 32:1, 32:2, 112:3, 112:4

## R

**rabble** [1] - 115:21
**rabble-rousing** [1] - 115:21
**radical** [3] - 45:25, 97:22, 138:18
**radicalization** [2] - 38:1, 38:18
**ragtag** [1] - 147:23
**ragtime** [1] - 141:16
**raid** [1] - 115:15
**raise** [4] - 33:4, 57:2, 113:1, 161:22
**raised** [6] - 109:24, 161:20, 161:21, 163:5, 166:6
**ram** [1] - 92:20
**ramming** [1] - 76:3
**range** [1] - 169:17
**rapidly** [1] - 71:15
**Raqqa** [1] - 129:5
**rather** [4] - 55:15, 106:3, 114:21, 124:24
**RDR** [4] - 1:24, 1:25, 170:15, 170:16
**reached** [1] - 59:8
**reaching** [1] - 117:11
**react** [1] - 71:10
**reaction** [1] - 86:6
**reactions** [1] - 169:17
**read** [19] - 5:22, 5:22, 7:3, 8:8, 13:6, 13:23, 15:25, 20:19, 20:20, 28:16, 30:5, 85:25, 87:12, 88:6, 89:2, 90:19, 91:20, 93:9, 98:11
**reading** [5] - 8:17, 87:2, 112:4, 123:21, 124:6
**reaffirm** [1] - 122:11
**reaffirmation** [2] - 118:2, 118:8
**reaffirming** [1] - 118:19, 122:12
**real** [2] - 40:20, 130:4
**really** [10] - 7:20, 56:13, 68:17, 149:9, 150:2, 154:20, 161:22, 168:14, 168:16, 168:17
**reason** [3] - 51:3,

125:8, 134:1
**reasons** [4] - 50:24,
75:16, 125:15, 143:2
**rebel** [4] - 40:6,
134:10, 137:1
**rebelled** [1] - 39:21
**rebellion** [5] - 53:22,
53:24, 54:8, 54:22,
70:16
**rebels** [6] - 134:4,
134:18, 136:12,
136:16, 136:17
**rebranded** [1] - 50:17
**receive** [2] - 6:24,
82:11
**Received** [2] - 4:2, 5:2
**received** [16] - 13:14,
15:13, 20:3, 20:12,
21:4, 21:5, 27:2,
30:16, 34:1, 65:8,
80:6, 85:1, 89:20,
96:17, 97:13, 119:23
**recess** [12] - 49:14,
49:15, 49:16,
101:20, 101:21,
101:22, 102:5,
102:6, 102:7,
126:12, 126:13,
126:14
**recitation** [1] - 112:3
**recite** [1] - 32:2
**reciter** [1] - 112:4
**reckoned** [2] - 137:18,
138:1
**recognize** [23] - 16:23,
17:23, 18:15, 22:3,
22:22, 25:9, 25:12,
64:22, 82:23, 85:11,
85:12, 89:10, 90:14,
96:6, 97:6, 105:19,
105:20, 105:24,
106:4, 106:8,
106:11, 107:7,
108:21
**recognized** [3] -
15:22, 15:23, 53:7
**recognizes** [1] - 145:6
**recommendation** [1] -
60:6
**recommendations** [1]
- 60:18
**recommends** [1] -
7:21
**reconcile** [1] - 67:8
**record** [23] - 5:22,
5:22, 6:12, 7:1, 7:2,
8:8, 8:14, 49:17,
101:23, 102:2,
102:8, 102:9,
126:15, 161:14,

161:16, 165:2,
167:15, 167:19,
167:21, 168:25,
169:5, 169:16,
169:19
**recorded** [4] - 20:11,
20:23, 20:25, 170:7
**recording** [18] - 7:12,
7:13, 7:16, 8:4,
16:11, 17:18, 17:24,
18:6, 18:12, 22:1,
22:4, 22:10, 22:14,
23:21, 98:16, 99:25,
105:1, 106:15
**recordings** [12] -
15:17, 15:19, 16:19,
16:24, 17:12, 20:13,
20:14, 20:17, 20:18,
20:22, 21:2, 26:1
**recruit** [2] - 58:23,
117:7
**recruiting** [1] - 62:6
**recruitment** [1] -
117:4
**Redirect** [2] - 3:6, 3:11
**redirect** [3] - 31:16,
93:23, 158:24
**REDIRECT** [2] - 31:19,
159:2
**reduced** [1] - 170:7
**reestablish** [1] -
151:18
**refer** [8] - 28:20,
40:17, 55:18, 79:4,
87:20, 93:13,
114:21, 159:14
**reference** [8] - 46:23,
47:2, 86:20, 90:1,
95:9, 106:22,
114:17, 115:13
**references** [1] -
118:12
**referencing** [1] -
114:24
**referred** [2] - 52:9,
99:15
**referring** [2] - 86:7,
88:13
**refers** [5] - 40:12,
81:24, 89:24, 95:8,
129:7
**reflect** [1] - 5:23
**refused** [1] - 159:25
**regard** [1] - 13:22
**regarding** [2] - 8:7,
31:21
**regardless** [1] - 92:19
**regime** [14] - 53:16,
53:23, 54:9, 54:12,
55:9, 56:19, 135:12,

136:13, 136:20,
137:2, 141:11,
143:19
**regimes** [1] - 53:13
**region** [17] - 36:12,
38:11, 43:2, 53:13,
53:19, 59:24, 61:17,
61:21, 71:14, 71:19,
81:24, 82:3, 105:9,
123:16, 123:23,
124:2, 125:14
**regional** [2] - 71:19,
72:4
**regular** [1] - 144:9
**reinforce** [1] - 110:2
**reject** [1] - 59:3
**rejected** [6] - 39:23,
40:4, 69:6, 70:18,
70:20
**rejecting** [1] - 116:17
**related** [3] - 89:22,
101:16, 170:9
**relates** [2] - 7:18,
163:19
**relation** [2] - 127:19,
128:23
**relations** [2] - 35:10,
35:11
**relationship** [1] -
66:15
**relatively** [2] - 136:6,
165:3
**releases** [1] - 80:12
**religion** [1] - 57:21
**religions** [4] - 45:6,
57:17, 81:11
**religious** [19] - 29:16,
29:20, 29:24, 30:11,
37:6, 57:5, 57:12,
57:13, 57:14, 57:18,
57:20, 58:2, 60:25,
86:24, 114:19,
131:24, 131:25,
135:20, 146:1
**rely** [3] - 20:19, 21:10,
87:7
**remain** [2] - 51:14,
121:13
**remained** [4] - 50:18,
51:18, 51:19, 51:20
**remaining** [3] - 94:10,
94:15, 121:16
**Remaining** [2] - 94:13,
94:16
**remains** [4] - 9:5,
50:3, 51:15, 121:13
**remember** [4] - 76:4,
101:15, 102:25,
161:3
**remind** [3] - 115:19,

117:20, 120:11
**reminded** [1] - 91:2
**remotely** [1] - 37:9
**remove** [2] - 102:18,
114:22
**renew** [3] - 33:18,
122:13, 122:14
**renewal** [1] - 122:11
**repeat** [4] - 70:23,
103:13, 103:16,
155:15
**rephrase** [1] - 67:22
**replace** [1] - 156:3
**replaced** [1] - 92:14
**report** [1] - 84:19
**REPORTER** [1] - 1:9
**REPORTER** [2] -
103:11, 103:14
**Reporter** [2] - 106:6,
134:22
**REPORTER'S** [1] -
5:22
**REPORTERS** [2] -
5:20, 170:2
**reporting** [4] - 34:17,
36:8, 36:9, 38:19
**represent** [1] - 128:17
**representation** [3] -
54:2, 55:7, 56:16
**representatives** [1] -
77:2
**represented** [2] - 37:3,
90:2
**representing** [2] -
56:8, 56:12
**request** [1] - 31:16
**requested** [1] - 106:6
**requests** [1] - 134:22
**required** [2] - 8:3,
44:21
**requirement** [3] -
47:5, 91:14, 91:21
**rescuing** [1] - 99:12
**research** [13] - 36:22,
38:1, 38:3, 38:6,
65:3, 73:20, 79:24,
98:10, 117:21,
118:16, 120:11,
122:7, 161:4
**researcher** [1] - 34:8
**resisting** [1] - 101:7
**resolve** [1] - 104:10
**resolved** [1] - 169:9
**resources** [1] - 76:16
**respect** [1] - 78:25
**responded** [1] - 54:9
**responses** [1] -
169:18
**rest** [7] - 44:9, 44:16,
55:5, 93:2, 143:16,
150:25

**restored** [1] - 72:2
**resume** [1] - 8:23
**retake** [2] - 8:23, 49:22
**retire** [1] - 49:9
**retook** [1] - 9:8
**retrieving** [1] - 32:18
**retrospect** [1] - 138:25
**review** [6] - 26:13,
29:24, 30:1, 30:11,
98:5
**reviewed** [8] - 23:5,
23:6, 29:16, 30:10,
103:23, 117:18,
119:16, 123:10
**reviewing** [1] - 9:14
**REVISED** [1] - 1:9
**revive** [1] - 61:13
**revolution** [2] - 56:18,
131:2
**rhythm** [2] - 120:25,
121:2
**rid** [2] - 42:18, 56:18
**riding** [1] - 91:8
**right-hand** [1] - 27:12
**rigid** [2] - 43:20, 47:4
**rise** [18] - 6:5, 8:25,
42:13, 49:11, 49:18,
49:23, 86:4, 87:16,
100:11, 101:17,
101:24, 102:6,
102:11, 126:10,
126:16, 126:20,
161:12, 169:23
**rival** [1] - 122:18
**rivals** [1] - 137:7
**River** [5] - 95:8, 128:7,
128:8, 128:12,
128:23
**river** [8] - 95:8, 128:4,
128:5, 128:14,
128:18, 128:19,
128:21, 128:25
**Rivers** [2] - 48:20,
50:12
**RIYAH** [1] - 2:2
**Riyah** [1] - 6:21
**RMR** [2] - 1:24, 170:15
**Robert** [2] - 3:3, 9:8
**role** [1] - 67:16
**Rome** [3] - 89:24,
89:25
**room** [4] - 49:9,
101:14, 158:3,
163:21
**rooms** [1] - 157:14
**rose** [1] - 53:18
**rotten** [1] - 74:9
**rousing** [1] - 115:21
**route** [1] - 41:7
**Royal** [1] - 111:3

**RPG** [1] - 96:25
**RPR** [2] - 1:24, 170:15
**rubric** [1] - 58:8
**rule** [11] - 46:16, 47:2, 53:20, 55:7, 55:13, 55:15, 87:1, 92:5, 92:8, 92:13, 151:23
**ruled** [4] - 53:16, 55:25, 151:2, 154:5
**ruler** [6] - 39:16, 40:2, 46:13, 70:6, 70:7, 150:14
**rulers** [6] - 39:25, 40:7, 86:20, 86:21, 150:16
**rules** [5] - 55:16, 70:1, 92:4, 152:21, 153:10
**ruling** [4] - 4:8, 33:21, 33:25, 87:1
**Rumiyah** [2] - 89:13, 89:23
**run** [3] - 76:5, 76:22, 77:15
**runs** [4] - 103:9, 103:20, 103:21, 130:1
**rural** [2] - 130:16, 130:18
**Russians** [1] - 42:19

### S

**S-U-N-N-I** [1] - 57:22
**S/Christin** [1] - 170:14
**S/Leann** [1] - 170:14
**sacrifice** [2] - 99:19, 111:17
**safety** [1] - 92:12
**Sahab** [1] - 80:11
**SAIMA** [1] - 1:15
**Saima** [1] - 6:13
**Salaf** [2] - 40:11, 40:17
**SALAF** [1] - 40:11
**Salafi** [7] - 43:16, 43:17, 44:5, 44:8, 44:19, 47:10, 140:17
**Salafi-Jihadism** [7] - 43:16, 43:17, 44:5, 44:8, 44:19, 47:10, 140:17
**Salafism** [4] - 40:9, 40:10, 41:23, 58:3
**Salafist** [3] - 145:19, 145:25, 153:17
**Salul** [1] - 111:1
**sandwich** [1] - 91:10
**Saud** [4] - 106:4, 106:8, 111:1, 118:20
**Saudi** [19] - 43:6,

45:22, 47:17, 68:14, 86:23, 86:24, 93:3, 93:6, 105:11, 106:5, 106:7, 106:9, 110:11, 110:25, 111:1, 111:2, 111:6
**Saudis** [1] - 59:24
**savage** [2] - 67:23, 68:3
**savagery** [2] - 72:16, 104:9
**saving** [1] - 99:12
**saw** [7] - 53:13, 108:7, 108:8, 121:14, 125:22, 155:20, 165:6
**scanned** [1] - 85:3
**scanned-in** [1] - 85:3
**scenario** [3] - 77:11, 77:12, 77:25
**school** [3] - 34:21, 35:7, 38:12
**scratch** [1] - 58:21
**screen** [8] - 22:20, 24:4, 96:10, 96:11, 96:18, 97:14, 120:4, 120:7
**scrub** [1] - 129:15
**seated** [11] - 6:8, 9:3, 9:4, 33:7, 50:1, 50:2, 102:1, 102:13, 102:14, 126:22, 126:23
**second** [18] - 13:21, 38:23, 44:9, 46:23, 46:25, 52:7, 79:23, 80:14, 80:17, 94:6, 114:4, 117:24, 120:16, 122:19, 122:21, 135:8, 148:8, 168:8
**secret** [3] - 139:16, 139:24, 142:13
**secretly** [1] - 69:1
**sect** [5] - 57:23, 57:25, 68:12, 68:13, 114:20
**Section** [1] - 1:19
**sects** [1] - 58:9
**secular** [2] - 59:6, 141:16
**securing** [1] - 54:21
**Security** [1] - 6:16
**security** [6] - 61:10, 61:24, 61:25, 62:10, 92:12, 93:7
**see** [39] - 8:6, 8:19, 8:23, 11:6, 11:13, 14:9, 21:2, 21:19, 22:20, 24:5, 24:8, 26:8, 39:17, 41:12,

41:19, 54:13, 54:23, 54:25, 61:9, 70:14, 100:4, 102:18, 104:12, 105:7, 107:14, 122:22, 122:24, 127:14, 127:19, 128:1, 128:16, 156:24, 161:2, 162:18, 165:14, 167:17, 168:11, 169:4, 169:15
**seek** [1] - 123:17
**seeking** [3] - 59:11, 124:6, 124:9
**seem** [1] - 162:23
**selling** [2] - 91:12, 93:11
**semi** [2] - 113:6, 113:15
**send** [2] - 77:16, 78:3
**sends** [1] - 148:10
**sense** [7] - 73:23, 126:5, 147:14, 147:20, 153:6, 153:14
**sensitize** [1] - 165:11
**sensitizing** [1] - 168:20
**sent** [5] - 52:14, 54:10, 139:13, 142:11, 154:16
**sentence** [6] - 23:16, 30:6, 91:18, 91:20, 92:11, 122:19
**separate** [2] - 132:14, 149:7
**separately** [1] - 153:20
**series** [1] - 11:8
**serious** [1] - 88:5
**serve** [1] - 77:23
**serves** [2] - 76:6, 77:3
**session** [4] - 6:7, 49:20, 102:1, 126:18
**set** [3] - 44:23, 166:1, 170:6
**set-up** [1] - 166:1
**settle** [1] - 167:2
**seven** [1] - 162:7
**several** [2] - 85:14, 85:17
**Shabaab** [1] - 142:16
**shading** [1] - 128:16
**shadow** [1] - 122:25
**shadows** [3] - 135:3, 135:4, 135:7
**shall** [2] - 167:17, 169:4
**Sham** [11] - 105:11,

106:1, 106:3, 145:22, 146:3, 146:5, 146:8, 146:12, 146:22, 159:25
**shar'i** [3] - 91:14, 91:21, 91:23
**shared** [1] - 87:19
**shares** [1] - 129:24
**Sharia** [2] - 43:18, 46:6
**Shaykh** [4] - 86:3, 86:7, 86:13, 87:16
**shed** [1] - 91:13
**sheer** [1] - 88:22
**sheikh** [1] - 87:20
**Shia** [9] - 58:6, 58:8, 61:25, 62:2, 64:6, 68:11, 114:20, 135:21
**Shia-dominant** [1] - 62:2
**shisha** [1] - 125:25
**shoot** [1] - 120:22
**shouted** [1] - 54:1
**show** [6] - 62:5, 76:9, 104:9, 109:4, 109:7, 143:12
**showed** [4] - 29:19, 59:13, 85:21, 105:12
**showing** [2] - 62:12, 110:17
**shows** [1] - 110:7
**shrink** [2] - 75:14, 75:15
**sic** [2] - 53:4, 97:21
**side** [2] - 27:12, 87:25
**sides** [2] - 128:20, 137:9
**sign** [7] - 74:13, 84:20, 107:18, 110:3, 122:22, 129:8, 154:20
**signaling** [1] - 78:1
**significance** [6] - 81:7, 83:24, 87:13, 87:14, 105:15, 105:22
**significant** [3] - 51:23, 107:17, 130:1
**signify** [1] - 27:17
**signs** [1] - 154:2
**silently** [1] - 78:2
**similar** [2] - 57:23, 167:22
**similarly** [1] - 11:25
**simply** [1] - 89:24
**sin** [3] - 71:5, 71:9, 122:24
**sing** [3] - 106:23,

120:18, 120:20
**single** [1] - 107:15
**sister** [1] - 110:11
**site** [1] - 84:1
**sites** [1] - 157:14
**sitting** [1] - 167:12
**six** [2] - 65:13, 162:5
**Six** [1] - 162:5
**slavery** [2] - 72:2, 72:3
**Slavin** [8] - 3:9, 3:11, 6:15, 33:8, 50:3, 102:20, 127:8, 159:1
**SLAVIN** [105] - 1:18, 6:19, 32:24, 33:9, 33:22, 34:3, 34:15, 50:5, 50:6, 64:13, 64:15, 64:19, 64:21, 65:5, 65:9, 65:11, 80:1, 80:7, 80:8, 82:18, 82:20, 84:22, 85:2, 85:5, 85:8, 85:10, 89:7, 89:8, 89:17, 89:21, 89:22, 94:5, 94:8, 94:21, 94:22, 96:2, 96:4, 96:14, 96:18, 96:20, 97:1, 97:4, 97:10, 97:14, 97:15, 98:2, 98:3, 98:15, 98:17, 99:21, 99:24, 100:1, 100:14, 101:9, 102:21, 102:22, 103:13, 103:15, 104:23, 105:2, 106:14, 106:16, 108:9, 108:11, 108:25, 109:2, 109:15, 109:17, 110:20, 110:23, 111:11, 111:22, 111:24, 112:1, 112:10, 112:12, 113:4, 114:2, 114:4, 114:5, 114:12, 114:14, 115:5, 115:22, 115:24, 117:1, 117:2, 117:16, 117:17, 119:1, 119:4, 119:18, 119:24, 120:3, 120:6, 121:18, 121:23, 123:8, 123:9, 126:6, 158:25, 159:3, 160:23, 162:5, 162:7
**sleeve** [1] - 26:10
**slide** [1] - 19:12
**slides** [3] - 18:22, 19:3, 19:16
**slightly** [2] - 7:7,

161:7
**slogan** [3] - 94:12, 94:13, 121:15
**slower** [1] - 100:15
**small** [15] - 48:18, 58:4, 68:4, 72:15, 73:24, 83:22, 83:23, 114:20, 131:19, 132:4, 132:5, 132:25, 133:3, 151:3, 154:4
**smaller** [2] - 133:9, 137:21
**smile** [1] - 165:8
**smiled** [3] - 164:5, 165:23, 167:7
**smiles** [3] - 162:25, 163:21, 164:9
**smiling** [5] - 163:7, 163:16, 163:24, 165:6, 168:5
**smoke** [2] - 125:25, 126:1
**smoking** [1] - 125:21
**smug** [1] - 63:1
**smugglers** [1] - 63:1
**smuggling** [1] - 133:24
**so-and-so** [1] - 42:5
**social** [3] - 37:12, 82:16, 124:12
**society** [3] - 56:1, 56:19, 74:9
**softer** [1] - 55:16
**soil** [2] - 88:11, 118:23
**Soldier** [3] - 79:9, 79:10, 79:12
**soldiers** [7] - 86:15, 91:15, 91:21, 91:24, 93:7, 120:21, 120:23
**Somalia** [2] - 63:21, 142:16
**someone** [25] - 48:11, 60:1, 60:5, 60:10, 62:4, 66:21, 71:6, 77:9, 77:13, 78:17, 82:13, 99:5, 103:5, 103:17, 110:16, 112:3, 113:19, 115:17, 118:2, 124:9, 140:25, 156:22, 168:13
**sometimes** [14] - 30:3, 51:6, 51:15, 52:5, 52:8, 78:5, 93:20, 95:3, 113:17, 113:20, 113:23, 125:6, 129:15, 160:17
**somewhere** [2] -

74:21, 143:21
**Son** [1] - 79:9
**song** [5] - 98:24, 99:6, 100:5, 100:17, 120:20
**soon** [2] - 109:9, 111:6
**sorry** [29] - 7:23, 11:11, 13:5, 14:22, 19:2, 21:20, 24:1, 48:2, 52:2, 52:8, 52:19, 67:13, 67:21, 68:1, 80:4, 85:4, 85:19, 93:25, 95:14, 100:7, 100:16, 103:24, 113:2, 119:21, 129:13, 136:1, 147:14, 162:8, 164:25
**sort** [42] - 37:10, 37:17, 40:19, 41:10, 41:15, 54:8, 54:20, 60:12, 63:21, 68:13, 70:15, 78:3, 83:25, 84:15, 88:19, 113:22, 116:15, 130:8, 130:14, 131:9, 131:14, 132:11, 132:14, 133:21, 135:24, 137:1, 137:14, 139:13, 139:20, 142:20, 142:21, 143:9, 144:16, 149:13, 149:20, 155:11, 157:25, 164:22, 167:1, 168:2, 168:4, 169:13
**sought** [1] - 46:19
**south** [1] - 129:5
**southeast** [1] - 127:16
**SOUTHERN** [1] - 1:2
**southern** [3] - 37:15, 37:18
**southwest** [1] - 133:10
**Soviet** [2] - 42:18, 75:2
**Soviets** [3] - 41:8, 42:17, 42:18
**Spain** [1] - 151:16
**spark** [1] - 84:7
**sparked** [1] - 68:22
**speaker** [1] - 114:15
**speaking** [16] - 17:2, 18:1, 22:4, 22:6, 30:17, 47:25, 48:6, 55:23, 83:12, 89:11, 89:24, 90:6, 119:6, 119:7, 136:6, 136:11

**speaks** [1] - 18:18
**Special** [1] - 167:11
**special** [1] - 81:7
**specific** [34] - 33:17, 38:5, 39:7, 40:1, 55:23, 56:1, 59:2, 61:14, 62:8, 66:19, 67:23, 72:21, 72:23, 77:9, 79:5, 79:8, 81:12, 92:3, 92:4, 92:6, 98:18, 112:22, 117:13, 117:14, 120:14, 120:25, 122:4, 124:11, 148:1, 159:15, 159:16, 167:5, 169:1
**specifically** [10] - 16:23, 29:24, 30:11, 30:21, 59:10, 62:4, 97:23, 104:12, 114:8, 124:17
**specifics** [3] - 45:2, 146:20, 146:24
**specify** [1] - 91:23
**spectrum** [1] - 55:11
**speech** [3] - 87:18, 112:16, 113:12
**speeches** [1] - 117:9
**spell** [5] - 34:5, 47:1, 52:16, 56:25, 104:22
**spelled** [6] - 26:15, 39:18, 39:19, 47:1, 57:22, 60:4
**spelling** [1] - 114:19
**sphere** [1] - 88:10
**spinoff** [1] - 145:7
**spiritual** [1] - 28:19
**spirituality** [1] - 58:3
**spiteful** [1] - 87:5
**spitting** [1] - 76:5
**split** [3] - 68:19, 69:11, 70:12
**splits** [1] - 149:10
**spoken** [5] - 7:15, 9:24, 20:14, 23:20, 57:7
**spokesperson** [12] - 65:23, 75:24, 77:4, 77:7, 86:9, 87:22, 90:15, 112:6, 112:16, 112:18, 112:19
**sports** [1] - 91:9
**spot** [1] - 127:10
**spreading** [1] - 117:12
**spreadsheet** [1] - 18:25
**spring** [2] - 53:12, 149:11
**Spring** [1] - 130:7

**Spurred** [1] - 88:7
**spurred** [1] - 88:9
**stabbing** [1] - 76:3
**stable** [1] - 63:24
**staff** [2] - 101:15, 161:6
**stamp** [1] - 82:13
**stand** [5] - 8:23, 9:8, 32:21, 49:22, 120:15
**standards** [2] - 67:20, 92:22
**staring** [2] - 164:18
**start** [14] - 36:15, 36:16, 39:24, 41:12, 41:19, 42:23, 44:3, 45:2, 47:4, 48:7, 72:2, 82:22, 98:15, 127:9
**started** [34] - 36:14, 39:17, 40:1, 40:3, 41:6, 41:8, 41:9, 41:10, 41:12, 42:17, 50:19, 53:22, 54:11, 54:13, 54:23, 54:24, 54:25, 70:14, 70:17, 71:21, 75:14, 75:15, 75:18, 82:2, 82:3, 83:13, 89:5, 89:13, 139:11, 142:21, 155:13, 164:14
**starting** [7] - 6:12, 27:8, 87:13, 88:7, 90:20, 127:10, 165:14
**starts** [3] - 23:16, 100:17, 130:13
**State** [52] - 42:12, 43:3, 43:8, 48:23, 50:21, 51:2, 51:10, 51:17, 52:8, 52:23, 53:2, 53:9, 69:17, 69:21, 69:22, 75:8, 76:12, 76:17, 79:10, 86:5, 87:7, 88:10, 106:3, 106:18, 106:21, 106:23, 106:24, 107:12, 108:13, 108:16, 108:18, 116:15, 118:7, 118:8, 118:11, 118:25, 142:1, 145:6, 148:10, 148:13, 148:14, 148:19, 149:13, 151:2, 152:4, 152:20, 153:3, 153:22, 155:1, 155:25, 158:16, 159:12
**state** [13] - 107:3,

107:5, 115:1, 146:1, 151:3, 151:23, 152:14, 153:8, 153:18, 153:25, 154:3, 154:5
**statement** [2] - 85:23, 93:21
**statements** [3] - 37:23, 83:16, 95:4
**STATES** [3] - 1:1, 1:3, 1:10
**States** [17] - 1:11, 6:5, 6:10, 6:14, 6:15, 6:17, 33:10, 42:21, 43:2, 43:5, 45:19, 49:19, 53:7, 71:20, 101:24, 109:11, 126:16
**stay** [3] - 70:20, 75:19, 84:21
**stayed** [2] - 149:3, 149:6
**staying** [1] - 76:1
**stays** [1] - 149:1
**stenographic** [1] - 170:9
**stenographically** [1] - 170:7
**step** [8] - 32:15, 49:13, 61:6, 68:21, 101:19, 108:19, 139:10, 160:25
**stick** [1] - 61:7
**still** [14] - 37:17, 51:11, 57:7, 57:16, 66:20, 67:8, 70:19, 78:4, 95:2, 113:10, 113:20, 113:25, 118:22, 124:14
**stipulation** [4] - 6:25, 8:7, 8:14, 8:16
**stoning** [1] - 40:24
**stop** [6] - 42:24, 54:21, 68:5, 88:13, 140:20, 168:3
**stories** [4] - 95:3, 117:9, 125:2, 126:4
**story** [7] - 110:17, 110:18, 111:16, 111:17, 140:1, 140:2, 142:9
**strangers** [2] - 88:12, 88:17
**strategy** [4] - 68:7, 69:8, 73:4, 104:8
**street** [2] - 91:11, 92:20
**Street** [3] - 1:16, 2:3, 2:7
**streets** [1] - 71:22

strength [1] - 138:22
strict [1] - 145:19
strife [1] - 135:20
strike [1] - 86:15
striking [1] - 91:13
striving [1] - 28:18
structures [5] - 51:14,
51:20, 152:14,
152:20, 153:12
struggle [3] - 28:18,
28:20, 42:1
struggles [1] - 122:17
studied [1] - 38:6
studies [7] - 34:23,
34:24, 35:3, 35:12,
35:18, 35:22, 38:4
study [5] - 35:1, 35:9,
37:19, 38:11, 123:20
studying [4] - 35:12,
35:14, 35:17, 37:23
stuff [5] - 56:14,
81:13, 129:16,
153:11, 154:18
subject [3] - 4:8,
33:20, 33:25
submit [3] - 45:23,
45:24
subscribed [1] - 67:6
subscriber [1] -
154:23
subscribing [1] -
156:19
subside [1] - 164:15
subsided [2] - 164:2,
165:15
substantial [1] - 71:19
substantive [1] - 7:20
substantively [1] -
7:19
success [1] - 88:18
successor [9] - 46:13,
46:18, 46:20, 46:22,
66:7, 66:11, 66:25
successors [2] -
40:15
suffer [1] - 92:13
Sufis [1] - 58:1
suicide [8] - 44:9,
111:5, 111:8,
111:12, 111:13,
144:7, 160:1, 160:3
Suite [3] - 1:16, 1:20,
2:7
summer [2] - 65:18,
69:20
sung [1] - 99:4
Sunni [7] - 57:21,
58:7, 64:7, 68:12,
68:13, 135:20
supervised [1] -

113:21
support [1] - 66:22
supporting [2] -
116:12, 116:19
supposed [1] - 84:1
supposedly [2] -
68:13, 81:22
survive [1] - 115:11
suspicious [1] - 59:21
sustained [1] - 163:15
swear [2] - 122:1,
122:14
swearing [2] - 122:8,
122:9
switch [1] - 137:9
sworn [3] - 9:8, 33:1,
33:6
symbol [2] - 107:17,
107:23
symbolism [4] -
100:6, 100:7, 101:2,
105:14
symbols [4] - 82:5,
105:4, 105:5
sympathizers [1] -
93:7
Syria [109] - 34:20,
36:24, 37:23, 51:7,
51:10, 52:3, 52:11,
52:12, 52:21, 52:24,
53:5, 53:10, 53:11,
53:12, 53:14, 53:15,
53:16, 54:15, 57:3,
57:5, 57:18, 57:20,
58:5, 58:13, 58:20,
59:13, 60:14, 61:6,
62:16, 62:25, 63:20,
65:17, 67:7, 68:24,
69:6, 69:18, 69:21,
69:24, 71:15, 71:17,
72:10, 72:20, 73:6,
73:9, 73:18, 75:6,
75:13, 75:17, 76:8,
80:24, 83:22, 84:10,
84:11, 89:6, 93:1,
93:2, 95:10, 95:23,
102:24, 103:3,
103:6, 103:19,
105:11, 105:20,
105:25, 106:4,
109:19, 109:20,
110:13, 114:11,
114:18, 114:19,
124:14, 124:25,
127:11, 127:20,
127:23, 128:1,
128:12, 128:15,
129:22, 130:11,
130:22, 131:10,
131:24, 132:20,

132:22, 133:6,
133:7, 133:9,
133:25, 134:7,
138:7, 139:19,
141:4, 141:6, 141:8,
141:18, 142:12,
143:3, 143:10,
145:15, 146:1,
148:11, 153:24,
155:16, 158:18
Syrian [47] - 37:21,
52:11, 52:15, 52:22,
53:25, 54:16, 54:17,
56:4, 56:6, 56:11,
56:18, 58:11, 68:25,
69:1, 70:15, 70:16,
80:22, 80:23, 114:9,
114:10, 124:10,
129:6, 129:7,
129:11, 129:14,
129:16, 131:6,
131:14, 134:4,
134:20, 134:21,
135:1, 135:5,
135:10, 135:13,
136:12, 136:16,
136:17, 136:18,
137:13, 138:18,
139:22, 141:9,
146:19, 147:13,
147:23, 159:5
Syrians [12] - 53:25,
54:19, 55:5, 56:12,
59:1, 70:18, 70:19,
84:18, 140:9, 144:1,
160:7
system [6] - 45:18,
45:22, 47:2, 47:4,
47:8, 157:11

**T**

T-A-K-F-I-R [1] - 44:11
tab [6] - 11:8, 13:21,
15:15, 15:16, 21:21,
22:18
tabbed [1] - 10:17
table [1] - 167:17
TABLE [1] - 3:1
tabs [2] - 10:24, 11:5
tactics [7] - 66:20,
67:20, 67:23, 68:9,
69:7, 70:21, 71:23
Tahrir [3] - 97:20,
97:21, 98:1
TAHRIR [1] - 97:21
takfir [2] - 44:11,
44:13
Taliban [1] - 47:18
talks [3] - 99:9, 99:11,

109:5
tanks [3] - 36:14,
36:17, 54:10
target [7] - 42:20,
42:24, 43:1, 91:14,
91:21, 92:19, 93:17
task [1] - 37:22
tawaghit [6] - 86:16,
86:18, 86:23, 86:24,
87:1
taxicab [1] - 91:8
tazkiya [2] - 60:3, 60:4
TAZKIYA [1] - 60:4
teachings [1] - 43:21
team [3] - 6:17, 163:5,
167:15
technicalities [1] -
142:17
temperatures [1] -
102:17
template [3] - 40:5,
121:25, 123:6
ten [4] - 49:10, 49:14,
126:12, 150:17
ten-minute [1] - 49:10
tend [1] - 98:22
tendency [2] - 81:18
tenet [1] - 47:9
term [9] - 40:9, 47:11,
72:21, 72:22, 73:19,
76:20, 109:12,
123:3, 161:20
terminology [5] -
29:17, 29:20,
123:15, 159:15,
159:16
terms [10] - 41:18,
43:19, 55:22, 61:19,
75:19, 77:11, 92:17,
123:13, 147:16,
150:11
terrible [2] - 103:24,
131:12
territorially [2] -
71:16, 71:17
territories [1] - 92:25
territory [4] - 75:14,
75:15, 152:24
terror [3] - 68:6, 91:13
Terror [1] - 36:19
terrorism [5] - 29:25,
30:12, 42:11, 44:8,
56:3
terrorist [21] - 48:25,
49:3, 49:5, 63:17,
71:21, 75:20, 78:6,
88:25, 116:7, 116:8,
116:13, 134:8,
144:20, 145:8,
145:12, 145:15,

145:19, 146:9,
149:14, 156:12,
157:19
testified [4] - 9:15,
23:7, 92:16, 96:12
testimony [14] - 7:4,
8:1, 10:7, 20:7,
32:14, 88:14,
101:16, 109:22,
109:24, 127:24,
160:24, 161:9,
164:14, 167:2
text [6] - 37:25, 41:19,
118:15, 118:18,
120:8, 121:10
thankfully [1] - 166:12
THE [122] - 6:5, 6:18,
6:22, 6:24, 8:6, 8:11,
8:19, 8:22, 8:25, 9:2,
11:1, 13:4, 13:6,
13:8, 13:10, 13:12,
13:19, 15:10, 19:23,
20:9, 21:24, 22:11,
27:1, 29:1, 29:3,
29:6, 31:15, 31:18,
32:14, 32:16, 32:18,
32:21, 33:1, 33:4,
33:7, 33:8, 33:16,
33:20, 34:12, 34:13,
34:14, 49:7, 49:11,
49:13, 49:15, 49:18,
49:19, 49:21, 49:23,
49:25, 64:14, 65:7,
65:10, 80:3, 80:5,
82:19, 84:25, 89:19,
93:23, 96:3, 96:16,
97:3, 97:12, 100:12,
100:13, 100:16,
101:12, 101:17,
101:19, 101:21,
101:24, 102:2,
102:5, 102:6, 102:9,
102:11, 102:13,
103:12, 104:25,
112:25, 113:2,
113:3, 119:3,
119:20, 119:22,
126:7, 126:10,
126:12, 126:13,
126:16, 126:19,
126:20, 126:22,
158:23, 158:24,
159:1, 160:24,
161:12, 161:17,
162:10, 162:15,
162:18, 162:23,
164:3, 164:10,
164:24, 165:22,
166:12, 166:18,
167:3, 167:5, 167:8,

167:14, 167:25, 168:7, 168:15, 168:21, 168:23, 169:4, 169:14, 169:22, 169:23
**theme** [2] - 99:5, 99:16
**themselves** [14] - 20:17, 48:3, 50:21, 51:2, 51:17, 67:25, 69:20, 69:22, 81:15, 106:3, 126:3, 148:23, 159:14
**Theodore** [1] - 1:11
**they've** [4] - 10:17, 124:17, 149:13
**thieves** [2] - 40:24, 56:13
**thinking** [2] - 39:7, 40:3
**third** [7] - 39:16, 44:11, 44:19, 46:21, 46:25, 71:16, 88:7
**thousand** [4] - 132:25, 133:3, 139:19, 145:14
**thousands** [2] - 147:8, 157:14
**threat** [1] - 71:12
**three** [10] - 27:21, 40:16, 44:7, 66:12, 66:13, 70:15, 87:17, 131:17, 132:9, 139:20
**three-page** [1] - 27:21
**thriving** [1] - 61:18
**throughout** [9] - 9:19, 27:22, 39:10, 53:21, 71:14, 72:6, 164:6, 164:18, 165:19
**throw** [2] - 120:22, 120:23
**tie** [1] - 98:18
**ties** [1] - 141:25
**Tigris** [1] - 48:21
**timeline** [1] - 41:5
**tip** [1] - 78:19
**title** [3] - 27:8, 83:21, 94:9
**today** [17] - 10:7, 40:21, 41:1, 43:15, 43:18, 47:11, 48:4, 65:25, 80:24, 81:24, 142:15, 148:24, 154:10, 163:14, 164:6, 164:18, 167:3
**today's** [1] - 42:8
**together** [3] - 56:20, 133:1, 137:2
**tomorrow** [5] - 161:2,

161:7, 166:10, 169:15
**tongue** [1] - 38:23
**took** [10] - 50:7, 63:8, 66:8, 71:16, 72:15, 84:11, 84:15, 84:19, 84:20, 141:25
**top** [8] - 23:3, 23:12, 27:5, 65:14, 79:22, 80:11, 87:12, 118:25
**topic** [3] - 115:2, 125:3, 154:9
**topple** [1] - 43:7
**toppled** [2] - 63:7, 63:10
**tortured** [1] - 74:1
**touching** [1] - 103:25
**towards** [10] - 53:19, 53:20, 55:7, 55:10, 81:23, 108:19, 121:11, 129:10, 157:9, 165:7
**town** [10] - 48:13, 56:7, 56:8, 83:22, 83:23, 83:24, 84:3, 84:19, 132:4, 132:5
**towns** [4] - 54:15, 71:25, 84:14, 141:17
**traced** [3] - 48:8, 48:9, 48:10
**traditional** [2] - 27:13, 28:17
**traditionally** [1] - 28:18
**traditions** [5] - 81:16, 81:20, 81:22, 84:14, 122:3
**traffic** [1] - 134:10
**training** [10] - 30:15, 30:19, 30:20, 30:24, 30:25, 31:22, 31:23, 32:5, 60:25
**traitor** [2] - 71:1, 71:8
**transcribed** [2] - 5:22, 10:4
**Transcript** [1] - 1:24
**TRANSCRIPT** [1] - 1:9
**transcript** [5] - 7:15, 7:22, 11:16, 170:8
**transcription** [1] - 170:8
**transcriptions** [2] - 9:15, 20:13
**transcripts** [9] - 7:7, 7:9, 9:16, 20:14, 20:19, 20:22, 21:9, 21:11
**transition** [1] - 63:7
**translate** [9] - 12:20, 22:24, 24:13, 25:10,

30:1, 30:3, 30:7, 106:2
**translated** [8] - 11:14, 17:5, 23:19, 23:20, 25:4, 26:6, 26:17, 27:12
**translating** [2] - 30:15, 30:21
**translation** [34] - 10:23, 11:25, 13:17, 14:5, 14:10, 14:19, 14:23, 14:25, 15:2, 15:23, 16:13, 16:16, 17:1, 17:8, 17:19, 18:1, 18:4, 18:7, 18:10, 18:13, 18:18, 18:21, 19:7, 19:11, 20:6, 23:6, 23:10, 23:12, 24:6, 24:18, 24:22, 25:15, 25:18, 25:21
**translations** [27] - 7:17, 7:19, 9:20, 10:1, 10:9, 10:12, 11:8, 11:11, 13:2, 13:25, 14:2, 14:14, 15:5, 15:16, 16:1, 16:4, 16:7, 16:19, 17:13, 17:16, 19:4, 19:17, 19:20, 21:5, 21:9, 21:10, 28:9
**transliterated** [3] - 26:16, 26:17, 27:11
**travel** [3] - 62:15, 72:7, 157:17
**traveled** [3] - 37:14, 156:11, 157:18
**traveling** [1] - 103:3
**TRIAL** [1] - 1:9
**trial** [7] - 6:15, 20:11, 127:24, 165:17, 165:19, 165:20
**tribal** [2] - 37:7, 107:13
**tribute** [6] - 109:7, 109:23, 110:12, 110:16
**tributes** [1] - 95:4
**trick** [1] - 128:10
**tried** [3] - 59:17, 67:8, 70:19
**Tripoli** [3] - 133:17, 133:18, 133:19
**troll** [1] - 157:23
**troops** [2] - 54:10, 86:15
**true** [22] - 44:15, 44:18, 44:22, 44:24, 45:15, 46:2, 47:18, 71:1, 73:1, 74:11,

74:20, 78:7, 78:8, 99:10, 125:17, 150:14, 150:24, 159:14, 170:8
**trust** [1] - 59:25
**trustworthy** [1] - 60:9
**try** [6] - 30:9, 59:24, 61:12, 68:15, 81:13, 130:5
**trying** [10] - 61:13, 63:15, 103:6, 142:23, 143:12, 143:13, 156:24, 162:24, 165:11
**Tunisia** [1] - 53:13
**Turkey** [6] - 37:14, 37:15, 37:18, 62:18, 93:2, 128:14
**Turks** [1] - 61:22
**turn** [7] - 79:14, 85:8, 88:6, 89:9, 90:16, 119:25, 138:23
**TV** [3] - 32:1, 85:21, 124:7
**twice** [1] - 51:19
**Twitter** [3] - 37:13, 82:17, 157:23
**two** [40] - 7:6, 7:25, 23:10, 24:11, 24:13, 25:4, 27:21, 30:17, 31:3, 31:10, 37:9, 43:15, 43:17, 44:3, 50:16, 60:8, 60:17, 66:16, 67:8, 67:10, 67:17, 68:22, 73:22, 74:17, 78:9, 82:21, 84:1, 84:3, 119:25, 128:20, 130:15, 131:17, 137:5, 148:14, 150:1, 150:15, 151:16, 168:8
**Two** [2] - 48:20, 50:11
**type** [1] - 159:24
**types** [3] - 7:6, 8:1, 103:8
**typical** [3] - 115:15, 123:1, 123:2
**typically** [5] - 59:1, 59:16, 60:7, 62:24, 82:4

**U**

**U.S** [12] - 1:16, 36:15, 48:24, 66:4, 88:11, 116:7, 116:13, 116:20, 145:5, 153:2, 160:15, 160:16

**UAE** [3] - 35:25, 36:1, 36:10
**UK** [3] - 35:22, 36:15, 38:9
**Umayyads** [1] - 151:15
**umbrella** [8] - 44:5, 54:17, 54:18, 56:7, 80:22, 80:23, 131:15, 131:19
**uncomfortable** [1] - 168:6
**uncommon** [1] - 163:1
**under** [28] - 9:5, 15:16, 22:18, 33:3, 47:3, 47:6, 47:7, 47:12, 47:18, 50:4, 51:4, 56:19, 59:18, 61:24, 62:2, 62:9, 72:25, 91:16, 92:1, 92:2, 92:5, 92:8, 92:24, 105:18, 131:19, 135:10
**underestimated** [1] - 87:15
**undergraduate** [2] - 34:23, 34:24
**underlying** [1] - 21:8
**underneath** [1] - 93:10
**unified** [2] - 151:2, 151:6
**unintelligible** [1] - 140:10
**Union** [2] - 42:18, 75:2
**unique** [1] - 111:9
**unite** [1] - 43:5
**UNITED** [3] - 1:1, 1:3, 1:10
**United** [19] - 1:11, 6:5, 6:10, 6:14, 6:15, 6:17, 33:10, 35:6, 35:25, 42:21, 43:2, 43:5, 45:19, 49:19, 53:6, 71:20, 101:24, 109:11, 126:16
**University** [4] - 34:25, 35:8, 35:16, 38:7
**unless** [6] - 92:6, 106:12, 122:22, 124:5, 124:11, 124:23
**unlike** [5] - 55:1, 63:20, 67:21, 67:22, 68:10
**unnamed** [1] - 109:4
**unquote** [1] - 83:15
**unrecognizable** [1] - 46:9
**unusual** [1] - 163:3

**unwavering** [2] - 118:12, 118:24
**up** [34] - 32:1, 34:19, 34:20, 38:10, 43:25, 53:18, 59:13, 62:5, 62:12, 68:10, 68:14, 76:2, 80:7, 85:2, 86:4, 87:16, 89:21, 94:6, 96:18, 99:21, 100:11, 103:22, 107:15, 108:9, 112:25, 114:2, 117:16, 120:3, 121:19, 142:6, 146:12, 154:20, 166:1
**updated** [1] - 147:2
**upheaval** [1] - 63:14
**upheavals** [1] - 36:11
**uprising** [4] - 53:15, 53:21, 63:13, 130:21
**uprisings** [3] - 53:13, 61:10, 63:24
**uproot** [1] - 72:24
**urbanized** [1] - 130:14
**useful** [1] - 103:5
**uses** [2] - 79:8, 80:14
**ut** [2] - 97:20, 98:1
**ut-Tahrir** [2] - 97:20, 98:1

## V

**valleys** [1] - 64:11
**value** [3] - 40:18, 152:18, 155:7
**values** [1] - 152:11
**variations** [1] - 79:10
**variety** [2] - 113:16, 113:24
**various** [1] - 9:17
**vegetation** [1] - 129:16
**vendetta** [2] - 120:19
**vendor** [1] - 91:11
**verbal** [5] - 163:18, 163:25, 165:13, 165:18, 169:13
**verbatim** [1] - 5:22
**versed** [2] - 157:5
**verses** [1] - 32:2
**version** [2] - 85:3, 147:2
**versus** [2] - 6:10, 58:24
**vet** [1] - 60:1
**veterans** [1] - 140:8
**vetting** [1] - 60:1
**via** [2] - 88:12, 88:17
**vibe** [1] - 108:7

**vicious** [1] - 99:20
**victorious** [3] - 107:3, 107:6, 115:9
**victory** [4] - 108:4, 115:7, 115:17
**video** [53] - 9:23, 9:24, 10:2, 10:14, 10:23, 11:14, 13:17, 21:21, 33:11, 95:17, 95:22, 96:1, 96:9, 96:22, 96:23, 98:18, 98:25, 99:6, 100:2, 103:23, 104:2, 104:13, 104:23, 105:6, 106:17, 106:25, 107:8, 107:14, 108:10, 108:12, 108:21, 109:1, 109:3, 109:16, 109:18, 110:5, 110:10, 110:22, 110:24, 111:23, 111:25, 112:2, 112:11, 112:13, 112:20, 114:3, 114:6, 114:13, 115:4, 115:6, 115:22, 115:23, 115:25
**video-audio** [1] - 21:21
**Videos** [2] - 11:6, 11:7
**videos** [25] - 21:1, 80:13, 82:12, 85:21, 95:20, 98:5, 98:7, 98:13, 99:4, 99:13, 100:4, 104:5, 110:14, 111:11, 115:14, 116:11, 117:3, 117:10, 122:8, 123:14, 124:20, 124:23, 125:2, 125:22, 160:9
**view** [3] - 70:22, 70:24, 168:7
**views** [2] - 97:22, 97:23
**villages** [3] - 54:15, 71:25, 141:17
**violate** [2] - 46:6, 71:5
**violated** [1] - 71:3
**violates** [1] - 72:3
**violating** [1] - 161:5
**violence** [13] - 43:24, 54:10, 55:24, 83:18, 95:24, 95:25, 104:2, 104:7, 104:9, 123:14, 125:16, 156:20, 156:23
**violent** [5] - 41:7,

42:11, 54:6, 68:3
**violently** [1] - 130:25
**visual** [1] - 85:3
**vital** [1] - 134:6
**vocabulary** [5] - 29:25, 30:11, 30:15, 30:21
**voice** [9] - 15:19, 15:22, 15:23, 16:24, 17:23, 18:15, 22:3, 100:19, 112:25
**voiced** [1] - 27:12
**VOLUME** [1] - 1:9
**volunteers** [1] - 41:9
**vouches** [1] - 60:5
**vouching** [1] - 60:8
**vying** [1] - 64:5

## W

**waging** [1] - 87:7
**wait** [2] - 162:15, 169:12
**waiting** [1] - 91:10
**walk** [1] - 62:6
**walking** [1] - 92:20
**wants** [3] - 145:25, 146:3, 148:13
**war** [20] - 41:8, 60:13, 60:14, 69:8, 69:9, 76:12, 77:23, 84:8, 87:7, 132:17, 132:23, 133:22, 134:16, 138:2, 147:9, 147:13, 147:17, 148:2, 159:5, 160:20
**War** [3] - 59:14, 95:17, 96:9
**warm** [1] - 102:16
**warriors** [1] - 157:25
**Washington** [1] - 1:21
**watch** [2] - 98:11, 145:8
**watched** [4] - 60:21, 61:5, 123:12, 160:9
**watching** [2] - 124:6, 124:7
**wave** [1] - 53:12
**ways** [5] - 37:9, 39:20, 70:18
**weaken** [1] - 104:9
**week** [2] - 95:5
**weekly** [1] - 95:2
**weinak** [1] - 120:18
**welcome** [2] - 62:13, 73:5, 102:18
**welcomed** [1] - 159:18
**well-familiar** [1] - 120:12

**well-known** [3] - 115:8, 116:3, 117:13
**well-produced** [1] - 95:22
**West** [5] - 1:11, 1:16, 47:21, 47:22, 85:24
**Western** [5] - 66:5, 71:20, 85:15, 93:4, 105:21
**western** [2] - 51:4, 127:21
**westward** [1] - 129:10
**WhatsApp** [2] - 37:9, 37:11
**whole** [6] - 46:2, 55:14, 76:13, 91:19, 135:19, 145:10
**widely** [1] - 95:21
**win** [6] - 68:6, 68:15, 115:10, 138:1, 143:7
**Winning** [1] - 138:6
**witness** [10] - 8:23, 9:4, 9:8, 28:25, 32:21, 32:23, 33:3, 49:22, 50:3, 97:2
**Witness** [1] - 32:17
**WITNESS** [8] - 21:24, 32:16, 34:13, 100:13, 100:16, 103:12, 113:2, 158:23
**witness's** [1] - 7:4
**witnessed** [1] - 165:19
**wolf** [1] - 76:21
**women** [1] - 72:1
**won** [1] - 63:9
**wonder** [1] - 166:9
**Wood** [1] - 167:11
**word** [36] - 26:18, 27:10, 27:14, 28:1, 28:3, 28:5, 28:16, 30:6, 40:11, 41:17, 41:24, 41:25, 42:4, 45:4, 46:10, 46:12, 46:25, 51:1, 52:7, 72:24, 73:21, 86:17, 88:7, 88:12, 88:17, 90:20, 91:4, 99:18, 111:2, 120:22, 122:13, 125:17, 140:7, 151:7
**words** [33] - 19:4, 23:19, 23:20, 26:2, 26:6, 26:15, 26:20, 27:22, 29:22, 30:4, 31:3, 31:6, 31:9, 31:10, 44:12, 87:18, 100:8, 101:3, 101:6, 106:22, 117:25, 118:4, 118:12,

118:20, 120:24, 121:3, 159:12, 162:25
**workers** [1] - 85:15
**works** [1] - 46:4
**world** [22] - 34:18, 42:15, 47:6, 47:20, 47:21, 62:18, 70:6, 70:7, 71:10, 86:6, 86:21, 87:11, 87:16, 88:1, 92:13, 92:24, 125:24, 151:24, 152:1, 152:2, 155:20
**worried** [1] - 163:23
**worry** [2] - 77:19, 77:20
**worse** [1] - 71:8
**worship** [4] - 44:17, 45:23, 87:19, 91:6
**worth** [2] - 152:11, 153:7
**worthwhile** [1] - 153:8
**write** [3] - 26:16, 122:9, 147:4
**writing** [9] - 16:4, 16:15, 17:15, 18:3, 18:9, 22:19, 24:2, 72:2, 120:1
**writings** [3] - 16:7, 17:5, 19:7
**Written** [1] - 22:18
**written** [15] - 11:7, 13:21, 15:16, 16:15, 18:24, 18:25, 20:13, 23:17, 24:11, 27:11, 28:9, 33:19, 78:20, 92:7, 111:4
**wrote** [7] - 110:12, 138:6, 141:19, 141:24, 147:1, 157:22
**www.transcriptorders.com** [1] - 1:25

## Y

**Yazidi** [1] - 71:24
**Yazidis** [1] - 71:24
**year** [9] - 35:20, 36:6, 48:18, 54:14, 67:5, 67:9, 116:24, 145:10, 149:16
**years** [9] - 28:8, 28:13, 30:18, 66:11, 73:3, 85:17, 137:5, 150:17, 157:4
**yellow** [1] - 129:8
**Yemen** [9] - 53:14, 63:12, 63:17, 63:19,

63:21, 73:7, 80:18,
80:19
**Yemeni** [1] - 66:2
**York** [2] - 36:21, 88:3
**you-all** [4] - 6:25, 7:3,
8:8, 49:25
**young** [5] - 53:25,
91:8, 155:19,
155:20, 166:4
**yourself** [5] - 34:4,
72:25, 76:20, 76:23,
149:22
**YouTube** [1] - 82:17
**YouTuber** [1] - 116:3
**yup** [1] - 146:17

## Z

**Z-A-R-Q-A-W-I** [1] -
48:11
**Zarqa** [6] - 48:13,
48:15, 63:25, 66:1,
104:20
**Zarqawi** [10] - 48:11,
48:13, 65:24, 66:1,
67:11, 67:12, 67:13,
67:16, 107:9
**Zarqawi's** [1] - 84:12
**Zawahiri** [6] - 66:7,
66:25, 67:13, 67:14,
67:18, 108:22
**zoom** [7] - 23:2, 27:19,
121:22, 127:6,
127:20, 133:8
**Zooming** [1] - 127:18
**Zoroastrians** [1] -
57:17