# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AWS MOHAMMED NASER,

    Defendant.

_____/

Criminal No. 22-20504
Hon. Jonathan J.C. Grey

## ORDER REGARDING VARIOUS OUTSTANDING MOTIONS

On April 15, 2025, a grand jury indicted Defendant Aws Mohammed Naser in a third superseding indictment on terrorism and destructive device charges. (ECF No. 259.) The jury trial commenced on May 6, 2025, after the parties filed numerous pretrial motions. This Order identifies the rulings made on the record on April 22, 2025, April 23, 2025, April 24, 2025, April 30, 2025, and May 21, 2025. For the reasons stated on the record, **IT IS ORDERED** that:

    A.    With respect to the government's omnibus motion in limine filed at ECF No. 230:

        1.    Motion 1 is **GRANTED** and the Court will employ the

third option to conditionally admit coconspirator statements allegedly made in furtherance of the conspiracy.

2. The Court, at the request of the parties, **DEFERRED** a ruling on motions 2, 3, 5, 6, 11, and 12.

3. Motions 4, 23, 31, and 32 are **DENIED WITHOUT PREJUDICE**.

4. Motions 7, 8, 9, 10, 14, 15, 17, 18, 19, 20, 21, 22, 24, 25, 28, 29, 30, 33 are **GRANTED**; provided that: (a) motion 8 is granted subject to a limiting instruction; (b) motion 9 is granted to the extent the government represented on the record who and how many times it would recall as witnesses; (c) motion 10 is granted, except that the Court **DEFERS** a ruling with respect to FBI Chemist Raleigh Parrott; (d) motions 17–19 are granted consistent with the Federal Rules of Evidence, namely Rules 404 and 405; and (e) motion 29 is granted as to publishing, but not the use of, extrinsic evidence.

5. Motion 13 is **GRANTED** as to the first six categories, **GRANTED** with respect to category seven as to the fact of incarceration but not necessarily the length of incarceration, and **DEFERRED** as to category eight, i.e., the issue of deportation.

6. Motion 16 is **GRANTED** as to the procedures outlined therein, including those pursuant to Rule 106, and **DENIED AS MOOT** with respect to the balance of the motion.

7. Motions 26 and 27 are **DENIED WITH PREJUDICE**.

B. The government's sealed motion to exclude evidence (ECF No. 234) is **GRANTED** as agreed to by the parties, provided that Naser may raise an issue if something relevant to the item at issue arises.

C. The government's motion to take judicial notice (ECF No. 235) is **GRANTED**, provided that the verbatim language in the Federal Register will be noticed.

D. The government's motion regarding protections for covert witnesses (ECF No. 236) was **WITHDRAWN** by the government.

E. Naser's motion to exclude government proposed Exhibit 5-1 (ECF No. 237) is **DENIED AS MOOT**.

F. Naser's motion to exclude government's experts (ECF No. 238) is **DENIED**.

G. Naser's motion to exclude portions of Hassan's testimony (ECF No. 239) is **DENIED AS MOOT**.

H. Naser's motion to exclude videos with graphic violence (ECF

No. 240) is **DENIED**.

I. The government's sealed motion to exclude cross-examination (ECF No. 248) is **GRANTED**.

J. Naser's motion for discovery regarding government's Item 8 (ECF No. 276) is **DENIED AS MOOT**.

K. The government's motion to strike implicit bias jury instruction (ECF No. 281) is **DENIED**.

L. The government's motion for disclosure of defense expert witnesses opinions (ECF No. 283) is **DENIED AS MOOT**.

M. Naser's sealed motion to unseal motion in limine (ECF No. 294) is **DENIED**.

**SO ORDERED.**

Date: May 21, 2025

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 21, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
