```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
2                         SOUTHERN DIVISION

3    UNITED STATES OF AMERICA,

4              Plaintiff,
                                        HON. JONATHAN J.C. GREY
5
       v.                               No. 22-CR-20504
6
     AWS MOHAMMED NASER,
7
               Defendant.
8    _____/

9
                        JURY TRIAL - VOLUME 7
10
        BEFORE UNITED STATES DISTRICT JUDGE JONATHAN J.C. GREY
11              Theodore Levin United States Courthouse
                     231 West Lafayette Boulevard
12                        Detroit, Michigan
                       May 19, 2025 - 9:19 a.m.
13

14   APPEARANCES:

15     For the Plaintiff:        SAIMA S. MOHSIN
                                 DANIELLE ASHER
16                               U.S. Attorney's Office
                                 211 West Fort Street, Suite 2001
17                               Detroit, Michigan  48226
                                 (313) 226-9100
18
                                 DMITRIY SLAVIN
19                               Department of Justice
                                 Counterterrorism Section
20                               950 Pennsylvania Avenue NW
                                 Suite 7600
21                               Washington, D.C.  20530
                                 (202) 616-2846
22

23     (Appearances continued)

24           To Obtain Certified Transcript, Contact:
          Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC, RDR
25          Christin E. Douglas, FCRR, RDR, CRR, CSR-5607
                        www.transcriptorders.com
```

```
 1   APPEARANCES (Continued):

 2      For the Defendant:        RIYAH BASHA
                                  AMANDA N. BASHI
 3                                Federal Community Defender
                                  613 Abbott Street
 4                                Fifth Floor
                                  Detroit, Michigan  48226
 5                                (313) 967-5555

 6                                JAMES R. GEROMETTA
                                  Law Office of James Gerometta
 7                                27 E. Flint Street, Suite 2
                                  Lake Orion, Michigan  48362
 8                                (313) 530-9505

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|    |                                           |      |
|----|-------------------------------------------|------|
| 1  | **TABLE OF CONTENTS**                     |      |

| 2  | Government's Case in Chief                | Page |
| 3  | **Karly Wood**                            |      |
| 4  | Direct Examination By Ms. Mohsin          | 7    |
| 5  | Cross-Examination By Mr. Gerometta        | 65   |
| 6  | Redirect Examination By Ms. Mohsin        | 80   |
| 7  |                                           |      |
| 8  | **Milan Sucevic**                         |      |
| 9  | Direct Examination By Mr. Slavin          | 83   |
| 10 | Cross-Examination By Ms. Bashi            | 117  |
| 11 | Redirect Examination By Mr. Slavin        | 124  |
| 12 |                                           |      |
| 13 | **Charles Wright**                        |      |
| 14 | Direct Examination By Ms. Mohsin          | 127  |
| 15 | Cross-Examination By Mr. Gerometta        | 195  |
| 16 |                                           |      |
| 17 |                                           |      |
| 18 | Defendant's Case in Chief                 | Page |
| 19 |                                           |      |
| 20 |                                           |      |
| 21 |                                           |      |
| 22 | Motions/Other                             | Page |
| 23 |                                           |      |
| 24 |                                           |      |
| 25 |                                           |      |

| | Government's Exhibits | |
|---|---|---|
| 1 | | |
| 2 | Number | Received |
| 3 | GX 1-40 | 9 |
| 4 | GX 1-41 | 9 |
| 5 | GX 1-5, 1-38, and 1-39 | 24 |
| 6 | GX 4-18 | 33 |
| 7 | GX 4-19 | 37 |
| 8 | GX 4-26 | 53 |
| 9 | GX 7-1 and 7-1.1 through 7-1.95 | 16 |
| 10 | GX 7-2 and 7-2.1 through 7-2.43 | 28 |
| 11 | GX 7-3 | 23 |
| 12 | GX 7-4 and 7-5 | 27 |
| 13 | GX 7-6 and 7-7 | 35 |
| 14 | GX 8-1, 8-2, 8-3, 8-8, 8-10, and 8-12 | 57 |
| 15 | GX 12-2 through 12-21 | 153 |
| 16 | GX 13-2 through 13-30 | 176 |
| 17 | GX 14-1 through 14-87 | 187 |
| 18 | GX 15-52 | 114 |
| 19 | GX 15-53 | 115 |
| 20 | GX 15-54 and 15-54.1 | 112 |
| 21 | GX 15-55 and 15-55.1 | 116 |
| 22 | GX 15-56 | 113 |
| 23 | GX 15-59 | 108 |
| 24 | | |
| 25 | | |

1

2   Defendant's Exhibits

3     Number                                           Received

4     DX B1 through B7                                    197

5

6

7

8

9

10

11

12

13

14

15

16

17    CERTIFICATION OF REPORTERS                           204

18

19

20

21

22

23    **REPORTER'S NOTE:**  Material read into the record is
      transcribed verbatim, as read into the record, and may not
24    reflect exact quotes from documents or exhibits.

25

```
 1                                    May 19, 2025
 2                                    Detroit, Michigan
 3                         -   -   -
 4        (The Court, Counsel and Defendant present; 9:19 a.m.)
 5             THE COURT CLERK:  All rise.  The United States
 6    District Court for the Eastern District of Michigan is now in
 7    session, the Honorable Jonathan J.C. Grey presiding.
 8             You may be seated.
 9             The Court now calls Case No. 22-CR-20504, the United
10    States of America vs. Aws Mohammed Naser.
11             If counsel will please place their appearances for the
12    record, starting with the government.
13             MS. MOHSIN:  Good morning, your Honor.  Saima Mohsin,
14    Assistant United States Attorney, appearing on behalf of the
15    United States.  To my left, Dmitriy Slavin, trial attorney with
16    Department of Justice, and our team.
17             THE COURT:  Good morning to each of you.
18             MR. SLAVIN:  Good morning.
19             MR. GEROMETTA:  James Gerometta on behalf of Aws
20    Naser, along with Amanda Bashi and Riyah Basha.
21             MS. BASHA:  Good morning.
22             MS. BASHI:  Good morning.
23             THE COURT:  Good morning to each of you as well.
24             Thank you all for your patience this morning.  The
25    Court had to address an unexpected matter.  So we're going to
```

1   have the jury brought out and we will resume trial.

2        (Brief pause.)

3             THE LAW CLERK:  All rise for the jury.

4        (Whereupon the jury entered the courtroom, 9:21 a.m.)

5             THE COURT:  Good morning, members of the jury.

6             You all may be seated.

7             Thank you all for your patience.  The Court had to

8   address an unexpected matter this morning.

9             Counsel, you may proceed with your next witness.

10            MS. MOHSIN:  Your Honor --

11            THE COURT:  Everyone may be seated.

12            MS. MOHSIN:  Your Honor, the government would recall

13  Special Agent Karly Wood.

14            THE COURT:  All right.  If she would approach.

15            Agent Wood was previously placed under oath, and she

16  remains under oath.

17            You may be seated.

18       (**Karly Wood,** sworn previously, retook the stand at 9:22

19       a.m.)

20            MS. MOHSIN:  Your Honor, I'm going to approach the

21  witness with a binder.

22            THE COURT:  All right.

23       (Brief pause.)

24                          DIRECT EXAMINATION

25  BY MS. MOHSIN:

1    Q.  Good morning.

2    A.  Good morning.

3    Q.  Special Agent Wood, you testified previously that the

4    defendant returned to the United States from Iraq in August of

5    2012; is that right?

6    A.  That's correct.

7    Q.  Did the FBI obtain records of the defendant -- from the

8    defendant's bank accounts?

9    A.  They did.

10   Q.  I want to direct your attention now to the Bank of America.

11   Do you know whether the defendant had a bank account with the

12   Bank of America?

13   A.  He did.

14   Q.  And I've placed before you a binder that contains a series

15   of exhibits.

16        Directing your attention now to Exhibits 1-40, and

17   1-41.  Do you recognize those two exhibits?

18   A.  I do.

19   Q.  What is Exhibit 1-40?

20   A.  1-40 are Bank of America statements for about a two-year

21   period -- sorry -- yes, for about a two-year period starting in

22   December of 2011.

23   Q.  And do those records contain information or statements

24   through August of 2012?

25   A.  They do.

1    Q.   When did the FBI obtain those records?

2    A.   On or about September 21st of 2012.

3            MS. MOHSIN:  And, your Honor, at this time I move to

4    admit the Bank of America records, Exhibit 1-40, as a business

5    record.

6            MR. GEROMETTA:  No objection.

7            THE COURT:  Admitted.

8        (GX 1-40 received in evidence.)

9    BY MS. MOHSIN:

10   Q.   Can you please direct your attention now to Exhibit 1-41.

11   What is Exhibit 1-41?

12   A.   1-41 are photographs of the defendant at three different

13   Bank of America branches on August 30th, 2012.  These were

14   provided by Bank of America from their internal cameras.

15           MS. MOHSIN:  We move for the admission of Exhibit

16   1-41.

17           MR. GEROMETTA:  No objection.

18           THE COURT:  Admitted.

19       (GX 1-41 received in evidence.)

20   BY MS. MOHSIN:

21   Q.   Directing your attention now back to Exhibit 1-40.  Did the

22   defendant deposit and/or withdraw a sum of money in August of

23   2012 that was an unusual amount for that account?

24   A.   He did.  On August 23rd of 2012, he deposited about

25   $18,700.

KARLY WOOD - DIRECT BY MS. MOHSIN

1     MS. MOHSIN:  And I would like to publish for the jury

2  Exhibit 1-40, page 1.

3     THE COURT:  You may.

4     MS. MOHSIN:  Can you zoom on the bottom portion?

5  BY MS. MOHSIN:

6  Q.  Can you describe for the jury what they are looking at?

7  A.  This is a deposit slip in the name of Aws Naser at 29712

8  Warren Road in Westland, Michigan, for a check in the amount of

9  $18,718.33.

10  Q.  And what was the date that this check was deposited,

11  according to both this exhibit as well as the bank statements?

12  A.  August 23rd of 2012.

13  Q.  So just a couple weeks after he returned from Iraq?

14  A.  That's correct.

15  Q.  I want to direct your attention now to page 2 of this

16  exhibit.  Can you please --

17     MS. MOHSIN:  Thank you, Ms. McDonald.

18  BY MS. MOHSIN:

19  Q.  Can you please tell the jury, Special Agent Wood, what is

20  depicted in this photo?

21  A.  This is a check that was deposited by the defendant on

22  August 23rd, 2012.  It is, again, made out to Aws Naser for

23  $18,718.33, with a memo in the check line saying, "Net

24  proceeds, sale to Wilhelmi."  And it is from Douglas E. Eisma,

25  E-I-S-M-A, NOLTA [sic] trust account.

1   Q.   I-O-L-T-A, IOLTA?

2   A.   I-O-L-T-A, yes.

3   Q.   Okay.  And do you know whether the defendant withdrew any

4   of this money?

5   A.   He did.  He withdrew the funds on August 30th of 2012.

6   Q.   And did he withdraw all of the funds on that date?

7   A.   He did not.  He withdrew about $18,700.  So he left a

8   little bit of change in there.

9   Q.   So $18,700?

10  A.   Yes.

11  Q.   Directing your attention now to page 41 of Exhibit 1-40.

12  Can you describe for the jury what that exhibit is -- that page

13  is?

14  A.   Yeah.  This is the, like, the monthly banking statement.

15  That statement date was September of 2012, for the defendant's

16  Bank of America account.

17  Q.   And does the defendant's name appear on this record?

18  A.   It does.  In the top it states, "Aws M Naser."

19  Q.   Directing your attention to page 42.  I want you to --

20         MS. MOHSIN:  Please, Ms. McDonald, focus on the bottom

21  portion, where it says "Other subtractions."

22  BY MS. MOHSIN:

23  Q.   Can you please describe for the jury what is depicted on

24  the screen?

25  A.   So on the bottom, you can see the withdrawals that were

KARLY WOOD - DIRECT BY MS. MOHSIN

1   made on August 30th of 2012.

2           On the left-hand side, you can see there were three

3   cash withdrawals from three different Bank of Americas, Redford

4   Township, Garden City, and Nankin Boulevard branches.

5           On the far right, you can see the amounts that were

6   withdrawn:  $9,700, $6,000, and $3,000.

7   Q.  Now, you had testified about Exhibit 1-41 being bank

8   surveillance photographs.

9           Were those bank surveillance photographs of these

10  three withdrawals?

11  A.  They were.

12  Q.  Directing your attention now to Exhibit -- page, rather, 43

13  of this exhibit, 1-40.

14          And can you describe for the jury what's depicted on

15  this particular page?

16  A.  This is the, the second page, the last page of that monthly

17  statement, just showing the daily balance summary and all of

18  the, like, deposits and subtractions.

19          So you see on the beginning date of August 23rd, the

20  balance was $18,719.82, and the ending balance was $2.07.

21          MS. MOHSIN:  Thank you, Ms. McDonald.  You can take

22  that down.

23  BY MS. MOHSIN:

24  Q.  I want to direct your attention now to November 7th, 2012,

25  the day that the defendant attempted to travel outside of the

13

1   United States -- sorry -- the day the defendant attempted to

2   travel outside the United States and he was not permitted to

3   fly.

4           Do you know whether the defendant attempted to travel

5   outside of the United States again after November 7th of 2012?

6   A.  He did.  On January 2nd, 2013, he attempted to fly from

7   Chicago O'Hare Airport to Beirut, Lebanon, on a one-way ticket.

8   Q.  Did he succeed?

9   A.  He did not.

10  Q.  I want to direct your attention now to this time period,

11  beginning with the day after he tried to fly on November 7th,

12  2012, all the way up to the day he tried to fly out again on

13  January 2nd, 2013.

14          Now, after he was not permitted to fly on November

15  7th, 2012, do you know if he continued to reside at his

16  Westland address?

17  A.  He did.

18  Q.  And at that time, was the FBI concerned about what might

19  happen now that the defendant had been denied boarding?

20  A.  They were concerned because, again, he had been denied

21  boarding.  The concern was that since he wasn't able to travel

22  overseas, that he would maybe do something here at home out of

23  frustration.

24  Q.  And were there certain behaviors that were observed by

25  agents that led up to the interview that was conducted by

1   Special Agents Banach and Christensen?

2   A.  There were.  From the time he got home until that interview

3   on November 13th, 2012, the defendant exhibited erratic

4   driving, trying to evade what he thought were people following

5   him.  He was taking pictures of various individuals who he

6   thought were following him.  And he confronted one FBI agent

7   who was conducting physical surveillance of him.

8   Q.  And when you say "confronted," was this a confrontation

9   that that -- that was significant in any way?

10  A.  It was significant.  The defendant pulled up behind the

11  agent, took out his phone to start filming, and had a verbal

12  confrontation with the agent.

13  Q.  And was the FBI made aware that he perhaps confronted

14  others that were not agents?

15  A.  They were.

16  Q.  After the FBI sent Agents Banach and Christensen to speak

17  with the defendant on November the 13th of 2012, did the

18  defendant continue to engage in those same types of behaviors?

19  A.  He did.  Just a few days later, it was noted that he was

20  again driving erratically, in what was assessed to be an

21  attempt to evade who he thought were surveillance units

22  following him.

23  Q.  Now I want to direct your attention to the Bushnell scope

24  that Special Agent Dodge testified he had seen in the

25  defendant's luggage on November the 7th of 2012.

15

1           Did the FBI send an undercover officer to purchase

2    that scope from the defendant?

3    A.   They did.

4    Q.   And when did that occur?

5    A.   That was on November 16th of 2012.

6    Q.   And how much did the FBI pay for that scope?

7    A.   They purchased it from the defendant for $500.

8    Q.   And that was the scope that came into evidence last week?

9    A.   It was.

10   Q.   Directing your attention now to the exhibit binder before

11   you, specifically to Exhibits 7-1.1 through 7-1.95.  Are you

12   familiar with those exhibits?

13   A.   I am.

14   Q.   And did you have an opportunity to examine them before your

15   testimony here today?

16   A.   I did.

17   Q.   What are these?

18   A.   This Exhibit 7-1.1 through .95 are web pages and searches

19   that the defendant conducted or visited from November 8th of

20   2012 until January 1st of 2013.

21   Q.   So this is that two-month time period after he is denied

22   boarding?

23   A.   Correct.

24   Q.   And did you identify these records as significant?

25   A.   I did.

KARLY WOOD - DIRECT BY MS. MOHSIN

1  Q.  Did you prepare a summary of these records?

2  A.  Yes.

3  Q.  And did you create a spreadsheet of these records?

4  A.  I did.  The data was voluminous, so, again, I tried to pull

5  out the information and put it in chronological order to make

6  it easier to, to read and digest.

7          MS. MOHSIN:  Your Honor, at this time, the government

8  moves to admit Proposed Exhibits 7-1.1 through 7-1.95, and the

9  summary, which is Exhibit 7-1.

10          MR. GEROMETTA:  No objection.

11          THE COURT:  Those exhibits are admitted.

12      (GX 7-1 and 7-1.1 through 7-1.95 received in evidence.)

13  BY MS. MOHSIN:

14  Q.  And 7-1, did you review that summary for accuracy?

15  A.  I did.  It is accurate.

16          MS. MOHSIN:  Ms. McDonald, would you please publish

17  Exhibit 7-1, the summary.  Page 1.

18  BY MS. MOHSIN:

19  Q.  Before we talk about this exhibit in any detail, can you

20  explain why this information was significant to you?

21  A.  This was significant because it's information basically two

22  chunks of time the defendant attempted to travel on

23  November 7th, 2012.  And it's the period, a couple days, just

24  directly afterwards, and then the few days leading up to his

25  next travel on January 2nd, 2013.

KARLY WOOD - DIRECT BY MS. MOHSIN

1   Q.  Are the bulk of the exhibits that are contained in this

2   summary related to the time period directly after the defendant

3   was refused travel on the 7th of November, 2012?

4   A.  Yes, they are.

5   Q.  I want to direct your attention to 7-1.1.  I think the jury

6   is familiar with these type of summaries.  We've had testimony

7   about them before.

8           Can you just tell the jury what that exhibit 1 is

9   referencing?

10  A.  This exhibit 1 was November 8th, 2012.  It's a web page the

11  defendant visited at 11:33 Zulu Time.  And it's the DHS or

12  Department of Homeland Security One Stop Travelers Redress

13  Process page.  So basically, a redress is like a grievance.  So

14  it's a way for travelers, if they had issues while they were

15  traveling, to file a grievance or a complaint with DHS.

16  Q.  And were you aware that the defendant had been provided

17  some information about who he could complain to about his

18  inability to fly?

19  A.  Yes.  After he was not permitted to travel, he was given a

20  pamphlet about how to complete this redress process.

21  Q.  Now I want to talk about the date November 10th, which is

22  the first date referenced beginning in Exhibit 7-1.2.

23          Was there a lot of activity on that date?

24  A.  Yes.  There were over 60 searches or web pages visited on

25  November 10th of 2012.

KARLY WOOD - DIRECT BY MS. MOHSIN

1    Q.  And is the "Summary" column of this exhibit, does it

2    summarize what the defendant was searching for?

3    A.  It does.  It summarizes it, but when you see the quotes,

4    those are the exact phrases from the web page or search.

5    Q.  And so some of these exhibits are web pages, and some of

6    them are searches?

7    A.  That's correct.

8    Q.  And so can you tell the jury, beginning with Exhibit 7-1.2,

9    through 7-1.64, which I think you indicated were on

10   November 10th, what types of searches and web pages the

11   defendant was looking at, beginning with page 1.

12   A.  So starting -- we already talked about Exhibit 1.  Starting

13   with 7-2.2, that second line, it's a DHS web page for "Crossing

14   US Borders."

15        And then you'll see the next several exhibits are

16   online searches or web pages for international airports in

17   Canada.  Not specific airports, but general airports in Canada,

18   except for Exhibit 7-1.7, where it says a web page for "Choose

19   Toronto" about Pearson Airport in Toronto, Canada.

20        Toward the end of the page, you'll see searches -- the

21   searches start to change.  And they start searches and web

22   pages for different entry requirements into different

23   countries.

24        So the bottom two lines here are searches for Egypt

25   visas or visas into Egypt.  And then starting on the next page,

1    that continues, again, with an Egypt Embassy Homepage, visa
2    application requirements for Egypt, Egyptian Consulates in the
3    UK.  That continues, again, down to line 18, "Applying for a
4    Visa in Person."  And then "Egypt visa for us green card
5    holders."
6             On the next page, those searches continued, but they
7    start shifting from Egypt into general "green card holder needs
8    visa."  And then it starts again for "canada international
9    airports," again, searching for airports in Canada.
10            And then specifically in exhibit 28, it's a web page
11   Bing web search for "29712 Warren Rd in Westland," which is the
12   defendant's home address, to "Toronto Pearson Airport."
13            It then starts to change and talks about refugee and
14   asylum seekers to different countries, such as Norway and then
15   Tunisia.  And, again, more Norway and Tunisia visa information
16   and refugee information on this page.
17            The next page continues -- and this is, again, still
18   on November 10th of 2012.  Continuing with "Refugee seekers to
19   Tunisia," "Tunisia Visa Information."  And then there is a Bing
20   search online 51 for "which countries do not need a visa for
21   iraq."
22            And then the last two lines are about visa
23   requirements for Lebanon for green card holders.
24            And then finishing with November 10th on this page,
25   again, it's visa information for Lebanon, countries -- visa

```
 1    requirements for different countries, "which countries do not

 2    need a visa."  And November 10th ends with, again, "Egypt Visa

 3    information" and "lebanon visa requirements for us green card

 4    holders."

 5           MS. MOHSIN:  Next, next page, please, Ms. McDonald.

 6    BY MS. MOHSIN:

 7    Q.  Now, you had indicated that there were searches on the 11th

 8    of November as well.

 9           Do the searches change?

10    A.  They do change.

11    Q.  How?

12    A.  So whereas November 10th were airports in Canada and visa

13    requirements, November 11th are all searches for international

14    airports and airports in Mexico.

15    Q.  After November 11th, does the defendant continue to view

16    websites related to travel?

17    A.  He does, beginning again on December 29th, 2012.

18    Q.  So there is a gap in time?

19    A.  There is a gap, yes.

20    Q.  And you, you testified earlier that he attempted to travel

21    on the 3rd.

22           So is that in the days leading up to that second

23    attempt to travel?

24    A.  He attempted to travel on January 2nd, and it is the days

25    leading up to that travel, yep.
```

1    Q.   I'm sorry.  The 2nd.

2    A.   Yes.

3    Q.   Correct.

4         Directing your attention to the next page, do those

5    searches begin to occur on Exhibit 7-1.78?

6    A.   They do.

7    Q.   Could you please walk the jury through the following set of

8    exhibits?

9    A.   So from Exhibit 7.8 through 7.86, which you can't see on

10   this page, but these are all Fare Buzz searches, which is a

11   website for flights from places like Toronto, Detroit, and

12   Chicago to either Erbil or Beirut, Lebanon.

13   Q.   Okay.

14   A.   Line 85 on the next page is the one exception, and that is

15   a Fare Buzz search for a car rental in Beirut for one day, from

16   January 4th of 2013 to January 5th of 2013.

17   Q.   And I want to direct your attention now to the day before

18   he attempted to travel the second time, lines 7-1.87

19   through 95.

20        Can you summarize those for the jury?

21   A.   These are all on January 1st of 2013, and these were all

22   various searches and web pages visited for either "cost of

23   living in lebanon" or "cost of living in Iraq."

24        MS. MOHSIN:  Okay.  Thank you, Ms. McDonald.

25   BY MS. MOHSIN:

1  Q.  Are you aware of whether the defendant had any contacts or

2  individuals he had contacted in the past in any of the

3  countries that were referenced in the -- in this exhibit?

4  A.  He did.  He knew Thomas Pederson Welle or "Welle92,"

5  "Alnarweeg" in Norway.  He also knew Mohyeldeen Mohammed who

6  had been in Norway.  But at this point, both Mohyeldeen

7  Mohammed and Russell Dennison were in Syria.

8       He also knew that Sheikh Omar Bakri was in Lebanon.

9  Omar Bakri was a Salafi jihadist known for smuggling fighters

10  into Syria from Lebanon.  He was also arrested in 2014, in part

11  for founding an affiliate of Al Nusra Front in Lebanon, and

12  also for building a training camp in Lebanon for Al Nusra Front

13  fighters.

14  Q.  Directing your attention now, I want to fast-forward to

15  January 2nd.  We talked about the defendant attempting to

16  travel that day.

17       What was his -- what was the plan?  I want to

18  fast-forward.  We're going to go back.  But I just want to ask

19  you about that.

20  A.  So on January 2nd, 2013, the defendant planned and had

21  purchased tickets to take a Greyhound bus from Detroit, just

22  downtown here, to Chicago, and then fly out of Chicago O'Hare

23  to Beirut, Lebanon, on a one-way ticket.

24  Q.  Between November 7th, again, the first time he attempted to

25  travel, and January 2nd, the second time, did he continue to

1   search for any weapons and related materials?

2   A.  He did.

3   Q.  Directing your attention to that notebook before you,

4   exhibit -- Proposed Exhibit, rather, 7-3, do you recognize

5   that?

6   A.  I do.

7   Q.  What is it?

8   A.  7-3 is a search for "cold steel knives folding 5 inch."

9   Q.  And what is the date that that search was performed?

10  A.  The date was November 19th of 2012.

11          MS. MOHSIN:  Your Honor, we'd move for the admission

12  of Proposed Exhibit 7-3.

13          MR. GEROMETTA:  No objection.

14          THE COURT:  Admitted.

15      (GX 7-3 received in evidence.)

16          MS. MOHSIN:  Okay.

17  BY MS. MOHSIN:

18  Q.  I want to direct your attention now to Proposed Exhibits

19  1-5, 1-38, and 1-39.

20          Are you familiar with those three exhibits, which

21  should be in your binder?

22  A.  I am.

23  Q.  What are these three exhibits?

24  A.  These exhibits are records from Huntington Bank.

25  Q.  Okay.  Do they include records from December of 2012?

1   A.  They do.

2   Q.  I want to direct your attention to 1-5.

3        Are those monthly statements from Huntington Bank?

4   A.  They are.  They are monthly statements that begin in

5   December of 2012.

6   Q.  And directing your attention to Exhibit 1-38, what is that

7   exhibit?

8   A.  1-38 are deposit tickets for Huntington Bank.

9   Q.  And then 1-39?

10  A.  1-39 is a check to cash for Aws Naser for Huntington Bank.

11       MS. MOHSIN:  Your Honor, the government would move to

12  admit Proposed Exhibits 1-5, 1-38, and 1-39 as business

13  records.

14       MR. GEROMETTA:  No objection.

15       THE COURT:  Admitted.

16     (GX 1-5, 1-38, and 1-39 received in evidence.)

17  BY MS. MOHSIN:

18  Q.  Let's start with 1-5.  You said this was a bank statement

19  for the defendant -- or, rather, for Huntington Bank.

20       Whose account does it pertain to?

21  A.  It's for Aws Naser.

22  Q.  And you indicated that it begins in December of 2012.

23       Can you expound on that?

24  A.  So the statement activity starts from December 12th, 2012.

25  Or it actually begins with a deposit on December 11th.  The

25

```
 1   beginning balance for the statement is zero, almost as if it
 2   was a new account.  So on December 11th, there was a deposit
 3   for $6,100.
 4         MS. MOHSIN:  Ms. McDonald, would you please publish
 5   page 2 of this exhibit?  And zoom in on the content
 6   beginning -- yes.  Thank you.
 7   BY MS. MOHSIN:
 8   Q.  Special Agent Wood, what are we looking at here?
 9   A.  This is the bottom portion of that statement from December
10   2012.  You can see on December 11th of 2012 there was a deposit
11   for $6,100.
12         There was -- also, you see below that check activity?
13   There was another deposit from a check for $2,500 on December
14   18th.
15   Q.  Okay.
16         MS. MOHSIN:  Thank you, Ms. McDonald.
17   BY MS. MOHSIN:
18   Q.  Now, do you have an understanding of where these funds came
19   from?
20   A.  These came from the sale of a vehicle that the defendant
21   owned in Iraq.
22   Q.  How do you know that?
23   A.  From a later interview, the defendant told the agents that.
24   Q.  And have you also reviewed chats and calls with the
25   defendant and others where he discusses the sale of a car?
```

26

1    A.   I have.

2    Q.   And did you also review phone communications regarding the

3    sale of the car?

4    A.   I did.

5    Q.   Based on those communications, when did the defendant ask

6    for the vehicle to be sold initially?

7    A.   He started to begin for the vehicle to be sold on

8    October 27th of 2012.

9    Q.   Was that before he was not permitted to fly?

10   A.   It was.

11   Q.   And then were there times after that where he asked for the

12   vehicle not to be sold?

13   A.   Not that I recall.

14   Q.   Was the vehicle, in fact, sold?

15   A.   It was sold on December 2nd of 2012.

16   Q.   I want to direct your attention now to Proposed Exhibits

17   7-4 and 7-5.  Can you please look at those in your exhibit

18   binder?

19   A.   Okay.

20   Q.   Can you describe what 7-4 and 7-5 are?

21   A.   7-4 is a web search from December 18th of 2012, and it's a

22   search for "Mount for action camera."

23   Q.   And what is 7-5?

24   A.   7-5 is another search on December 18th of 2012.  And the

25   search term was "Head Mount for action camera."

27

| 1  | MS. MOHSIN:  At this time, your Honor, the government |
|----|---|

1          MS. MOHSIN:  At this time, your Honor, the government

2   would move to admit Exhibit 7-4 and 7-5.

3          MR. GEROMETTA:  No objection.

4          THE COURT:  Admitted.

5      (GX 7-4 and 7-5 received in evidence.)

6   BY MS. MOHSIN:

7   Q.  What were the dates of these searches?

8   A.  These searches were on December 18th of 2012.

9   Q.  Okay.  Directing your attention now to Proposed Exhibit

10  7-2.1 through 7-2.43.  Are you familiar with those exhibits?

11  A.  I am.

12  Q.  What are they?

13  A.  These are, again, web page -- web pages and searches that

14  the defendant searched from December 31st of 2012 through

15  January 4th of 2013.

16  Q.  Okay.  And did you identify these as significant?

17  A.  I did.

18  Q.  And did you prepare a summary exhibit?

19  A.  Yes.

20  Q.  Is that Exhibit 7-2?

21  A.  It is.

22          MS. MOHSIN:  Your Honor, at this time the government

23  moves for the admission of Summary Exhibit 7-2, along with

24  Proposed Exhibit 7-2.1 through 7-2.43.

25          MR. GEROMETTA:  No objection.

```
 1              THE COURT:  Those exhibits are admitted.
 2         (GX 7-2 and 7-2.1 through 7-2.43 received in evidence.)
 3              MS. MOHSIN:  Thank you.
 4    BY MS. MOHSIN:
 5    Q.  What is the time period of the searches that are reflected
 6    in those records, and also in the summary?
 7    A.  The time period was December 31st, 2012, through January
 8    4th of 2013.
 9    Q.  So it's about five days?
10    A.  That's easy math.  Yes.  It's five days.
11    Q.  And was that, again, on the eve of his travel and then, you
12    know, after his attempt to travel?
13    A.  Yes.  He was -- attempted to travel on January 2nd, so it
14    was just a couple days before and a couple days after.
15    Q.  Okay.  Why are the searches for Russell Dennison relevant
16    during this time period?
17    A.  Because we had communications that the defendant was
18    attempting to travel to meet up with Russell Dennison.
19    Q.  Where is Russell Dennison at this point in time?  I'm
20    talking about December of 2012.
21    A.   In December 2012, Russell Dennison was in Al-Qusayr, Syria,
22    fighting with Al Nusra Front.
23              MS. MOHSIN:  I want to publish at this time Exhibit
24    7-2, page 1.  Can you zoom on the top half, Ms. McDonald?
25    BY MS. MOHSIN:
```

KARLY WOOD - DIRECT BY MS. MOHSIN

1    Q.   This exhibit begins on December 31st, 2012.

2         Before we dive into this exhibit, is there a lot

3    happening in this time period?

4    A.   There is.

5    Q.   Can you summarize the important events from New Year's Eve,

6    this particular day?

7    A.   So on New Year's Eve, again, he had all these searches.  He

8    also -- I believe it was on New Year's Eve, December 31st, that

9    he purchased tickets for his travel on New Year's Day --

10   Q.   I'm sorry.  Purchased tickets for his travel to where?

11   A.   To Beirut, Lebanon.

12   Q.   The airplane tickets?

13   A.   The airplane ticket and the Greyhound bus ticket.

14   Q.   Okay.

15   A.   He also, in this time period, was -- was -- committed an

16   act of armed robbery.

17   Q.   Okay.  But on this particular day, on the 31st, we have the

18   purchase of the tickets, the searches for Russell Dennison.

19   And then did he also receive an email from Russell Dennison?

20   A.   He did.

21   Q.   Okay.  So I want to now talk about what is happening in

22   this Exhibit 7-2.  Can you explain for the jury?

23   A.   7-2 are, again, web pages or searches that the defendant

24   visited.  This first page is December 31st.  The first exhibit,

25   Exhibit Number 1, was a search for the ADL web page for Russell

1   Dennison.  "ADL" stands for Anti-Defamation League, and they

2   focus on combatting extremism and antisemitism.  The web page

3   search for Russell Dennison on ADL came back with results for

4   Sami Osmakac.

5         And then we continue on.  There is searches for

6   Russell Dennison, Abdullah Abdul Malik, which is a name Russell

7   Dennison used, all the way through this page.

8         MS. MOHSIN:  Okay.  Can you please zoom in on the

9   bottom half, Ms. McDonald?

10  BY MS. MOHSIN:

11  Q.  Okay.

12  A.  And again, we continue on with searches for Abdullah Abdul

13  Malik and Russell Dennison for December 31st of 2012.

14        Starting on January 1st of 2013, you'll see that first

15  line, Exhibit Number 17, was a YouTube video by Russell

16  Dennison that the defendant watched.  It was about an 18-minute

17  video.  And the defendant watched about 11 minutes of it.

18  Q.  And was Russell Dennison speaking in that YouTube video?

19  A.  He was.  The entire video -- most of the video was of

20  Russell Dennison speaking.  There was the Black Flag in the

21  upper right-hand corner of the video.

22  Q.  And that's similar to the video we saw before in -- in the

23  trial, correct?

24  A.  Correct.

25  Q.  Can you take us through the rest of the exhibit?

31

1    A.   Mh-hmm.  So, again, starting on line 18, we're still on

2    January 1st 2013, it's another -- it's a web page of the

3    YouTube account for Abdullah Abdul Malik, or Russell Dennison.

4    There is a couple-day period gap.

5         On January 3rd, 2013, there is more searches for

6    Chekdamize7, which is Russell Dennison's YouTube user name, and

7    then searches for Abdullah Abdul Malik, Chekdamize7 again.  And

8    then there is a couple of screenshots from Russell Dennison

9    YouTube videos.

10   Q.   And those are screenshots of his face, Dennison's face?

11   A.   That is correct.

12        MS. MOHSIN:   Okay.  Next page, please.  Top half,

13   please.

14   BY MS. MOHSIN:

15   Q.   Do those web pages and searches continue through January

16   3rd?

17   A.   They do.  Exhibits 24 through 35 are all on January 3rd,

18   2013.  And, again, they are all for Chekdamize7 or Russell

19   Dennison, except for those last two.  34 and 35 are from the

20   defendant's YouTube account, and they are web pages of his

21   privacy and sharing settings.

22   Q.   So something happens between January 1st and January 3rd,

23   right?

24   A.   The defendant attempted to travel to Beirut on a one-way

25   ticket, yes.

1    Q.   And he was denied boarding?

2    A.   Yes, he was.

3    Q.   And so the January 3rd searches and web pages are -- are

4    related to Russell Dennison until you get to this privacy

5    setting for the defendant's YouTube account; is that right?

6    A.   Correct.

7    Q.   What happens on January 4th, beginning on Exhibit 7-2, line

8    36?

9    A.   On January 4th, the defendant uploaded a video alleging

10   that Russell Dennison was an informant.

11         So these are web pages of that, that video that was

12   uploaded to the defendant's account.  The remaining ones that

13   you see on the screen, 38 through 40, are, again, web page

14   views of the videos that were on the defendant's account.

15   Q.   All right.  And then there is just a few more on the 4th.

16   Are they similar web page views of the defendant's YouTube

17   account?

18   A.   They are.

19         MS. MOHSIN:   Okay.  Thank you, Ms. McDonald.

20   BY MS. MOHSIN:

21   Q.   I want to go back to December 31st and ask you to take a

22   look at Proposed Exhibit 4-18.  What is Exhibit 4-18?

23   A.   4-18 is a message from Russell Dennison using Chekdamize7

24   that was sent on December 31st, 2012.  And it was to the

25   defendant.

1   Q.  And the defendant at A-W-S-8-8-1-9, his account there?

2   A.  That's correct.

3          MS. MOHSIN:  Your Honor, at this time, we move to

4   admit exhibit -- Proposed Exhibit 4-18.

5          MR. GEROMETTA:  No objection.

6          THE COURT:  That exhibit is admitted.

7       (GX 4-18 received in evidence.)

8          MS. MOHSIN:  Thank you.

9          Can you publish that, please, Ms. McDonald?  Zoom.

10  BY MS. MOHSIN:

11  Q.  What is the date and time of this message?

12         I know it's Zulu Time.  What is the date and time of

13  the message?

14  A.  December 31st, 2012, at 12:33 Zulu Time.

15  Q.  Okay.  So noon-ish?

16  A.  That's correct.

17  Q.  And then for Zulu, it's either minus four or minus five?

18  A.  Depending on Daylight Savings, yes.

19  Q.  So still the 31st, still New Year's Eve?

20  A.  Correct.

21  Q.  And this is from Russell Dennison to the defendant?

22  A.  Yes.

23  Q.  And can you read the message?  And then I'm going to ask

24  you a question about the spelling of one of the words.

25  A.  Okay.  The message reads, "Salamylakum how is everything

1   with you ahki, havent heard from you in a minute and just

2   wanted to see if everything is good, write when you can and

3   remember this life is only a short test, everything requires

4   patients."

5   Q.  How does he spell "patients"?

6   A.  P-A-T-I-E-N-T-S.

7   Q.  And is that spelling, in this context, the correct

8   spelling?

9   A.  It is not.  It should have been spelled P-A-T-I-E-N-C-E.

10  Q.  And have you seen Russell Dennison spell the word

11  "patience" this way, meaning P-A-T-I-E-N-T-S?

12  A.  He did.  There were at least two YouTube messages from

13  Dennison to the defendant where he spelled "patience" in that

14  manner, in the wrong context.

15       MS. MOHSIN:  Thank you, Ms. McDonald.  You can take

16  that down.

17  BY MS. MOHSIN:

18  Q.  I want to direct your attention now to Proposed Exhibit 7-6

19  and 7-7.  What are those proposed exhibits?

20  A.  7-6 is an email that the defendant received at his email

21  address, aws8819@yahoo.com.  And it is a receipt for a

22  Greyhound bus ticket departing on January 2nd, 2013, from

23  Detroit, and arriving in Chicago on January 2nd, 2013, at 11:45

24  a.m.

25  Q.  And can you just tell us what 7-7 is?  Is it also an email?

KARLY WOOD - DIRECT BY MS. MOHSIN

1    A.   It is also an email to the defendant's Yahoo account,

2    aws8819@yahoo.com.  And it is a flight receipt for his ticket

3    from Chicago to Beirut.

4         MS. MOHSIN:  Your Honor, we move to admit Proposed

5    Exhibit 7-6 and 7-7 at this time.

6         MR. GEROMETTA:  No objection.

7         THE COURT:  Those two exhibits are admitted.

8         MS. MOHSIN:  Thank you.

9      (GX 7-6 and 7-7 received in evidence.)

10         MS. MOHSIN:  Can you please publish, Ms. McDonald,

11    7-6?  And if you would, Ms. McDonald, if you would zoom in on

12    the bottom portion of this -- yes.

13    BY MS. MOHSIN:

14    Q.   Special Agent Wood, you testified already that this was a,

15    a confirmation of a purchase of a Greyhound ticket?

16    A.   That's correct.

17    Q.   And is that what's depicted in this particular exhibit,

18    just the details or the itinerary?

19    A.   It is.

20         MS. MOHSIN:  And is there a second page, Ms. McDonald?

21    Okay.  You don't have to blow that up.

22    BY MS. MOHSIN:

23    Q.   But this is the contents of the email?

24    A.   It is.

25         MS. MOHSIN:  And if you would go back, I'm sorry, to

KARLY WOOD - DIRECT BY MS. MOHSIN

1   page 1.  I should have done the top portion as well.

2   BY MS. MOHSIN:

3   Q.  And this is an email, you said, to aws8819@yahoo.com?

4   A.  Correct.

5   Q.  This was purchased -- or this email, rather, was received

6   on December 31st at 1:42 a.m.; is that right?

7   A.  That's correct.

8   Q.  I want to direct your attention to Exhibit 7-7.

9          MS. MOHSIN:  Top of Exhibit 7-7 first, please,

10  Ms. McDonald.

11  BY MS. MOHSIN:

12  Q.  And this shows -- can you walk us through this very

13  quickly?

14  A.  Yep.  This is another -- an email from farebuzz.com to

15  aws8819@yahoo.com from December 31st, 2012.  And it's a flight

16  ticket receipt on January 2nd, 2013, from Chicago O'Hare to

17  Beirut, Lebanon, for the defendant.

18  Q.  On Royal Jordanian Airlines?

19  A.  That's correct.

20  Q.  And you indicated earlier this is a one-way ticket?

21  A.  It is.

22  Q.  And was this purchased just right after the Greyhound bus

23  ticket?

24  A.  Just a minute or two after, yes.

25          MS. MOHSIN:  Thank you, Ms. McDonald.

KARLY WOOD - DIRECT BY MS. MOHSIN

1   BY MS. MOHSIN:

2   Q.  I want to direct your attention now to January 1st.  We

3   were talking about the 31st.  Let's move now to New Year's Day.

4          Did the defendant receive another email or

5   communication from Russell Dennison that day?

6   A.  He did.

7   Q.  Directing your attention to Proposed Exhibit 4-19, is that

8   the communication?

9   A.  It is.

10          MS. MOHSIN:  Your Honor, at this time, the government

11   moves for the admission of Proposed Exhibit 4-19.

12          MR. GEROMETTA:  No objection.  I'm sorry.

13          THE COURT:  That exhibit is admitted.

14          MS. MOHSIN:  Thank you.

15      (GX 4-19 received in evidence.)

16          MS. MOHSIN:  Ms. McDonald, would you please publish

17   Exhibit 4-19.  And if you would, please zoom.

18   BY MS. MOHSIN:

19   Q.  Can you walk us through this exhibit, Special Agent Wood?

20   A.  This is a message sent from Chekdamize7, Russell Dennison,

21   to the Defendant, Aws8819 user name, on January 1st, 2013, at

22   11:49 Zulu Time with the subject "check out this site."  And in

23   the body of this message, it has a link to an

24   "ansaaar1.wordpress.com" website.

25   Q.  And do you know what that website is affiliated with?

KARLY WOOD - DIRECT BY MS. MOHSIN

```
 1   A.  Russell Dennison.
 2   Q.  Okay.
 3        MS. MOHSIN:  Thank you, Ms. McDonald.
 4   BY MR. MOON:
 5   Q.  What, what else occurred on January 1st, 2013?
 6   A.  On January 1st, 2013, the defendant visited two different
 7   gas stations he had been employed with and fired from.
 8   Q.  Okay.  Before we get to that, did he visit Russell
 9   Dennison's YouTube page?
10   A.  He did.
11   Q.  Okay.  And is that that video you talked about earlier?
12   A.  That's correct.
13   Q.  Okay.  So he watched a portion -- portions of that video;
14   is that right?
15   A.  He did.  He watched about 11 minutes of it.
16   Q.  Okay.  Now, late that evening -- you began to talk about
17   gas stations.
18        Can you tell the jury about that day?  I should ask,
19   was the defendant under surveillance or physical surveillance
20   by the FBI that day?
21   A.  He was not.
22   Q.  Do you know why?
23   A.  I don't know why.  I think he should have been, but he was
24   not.
25   Q.  Was there a plan to --
```

1          MR. GEROMETTA:  Your Honor, I just, I just don't want

2     that to happen again.  Let's not editorialize.  This is a

3     factual testimony here.  I think -- "I think he should have

4     been" is not responsive and not appropriate.

5          THE COURT:  Noted for the record.  Go ahead.

6     BY MS. MOHSIN:

7     Q.  Special Agent Wood, was there a plan for surveillance the

8     following day?

9     A.  There was.  They had planned surveillance beginning at 4:30

10    in the morning on January 2nd, 2013, to physically surveil the

11    defendant as he traveled to Chicago to take that flight to

12    Beirut.

13    Q.  What time was that bus ticket for?

14    A.  I would have to double-check.  I believe it was about

15    7:00 a.m.

16    Q.  So was the surveillance set up in anticipation of that

17    departure?

18    A.  It was.

19    Q.  So you indicated that the day before, on January 1st, the

20    defendant was not under surveillance, and there were two gas

21    stations.  I want to direct your attention to about 10:15 p.m.

22    on January 1st.

23          Did the FBI learn that there had been a report of the

24    defendant going to a Sunoco gas station?

25    A.  Yes.

KARLY WOOD - DIRECT BY MS. MOHSIN

1   Q.   And was that in Detroit?

2   A.   It was in Detroit just off of Jeffries, I think.

3   Q.   And had he previously been employed at that gas station?

4   A.   He had been employed, yes.

5   Q.   And was -- did something occur at that gas station that

6   day?

7   A.   At about 10:15 p.m., the defendant went into the gas

8   station and poured motor oil -- motor oil over some of the

9   items in the store.

10  Q.   Now, that was what the allegation was, right?

11  A.   That's the allegation.

12  Q.   He was never charged?

13  A.   No.

14  Q.   And nobody was injured, right?

15  A.   That's correct.

16  Q.   What happened immediately after that?  Did the defendant

17  travel to another gas station?

18  A.   He did.  He traveled to a Mobil gas station in Bloomfield

19  Township.

20  Q.   And so what time did he arrive?  Or approximately, what

21  time did he arrive at that Mobil gas station in Bloomfield

22  Township?

23  A.   At about 10:48 p.m.

24  Q.   What's the distance, the physical distance approximately,

25  between those two gas stations?

41

1    A.  It's about 27 miles.  And it would take about a half hour

2    to get there, just 94 to 75.

3    Q.  Okay.  So about 10:48 p.m., at the Mobil gas station, is

4    that when the defendant committed the armed robbery for which

5    he was convicted?

6    A.  It is.

7    Q.  And in that particular case, someone was injured, correct?

8    A.  That's correct.

9         MR. GEROMETTA:  Your Honor, I'm going to object.  We

10   have a stipulation.  This calls for hearsay.

11        THE COURT:  Well, the objection is overruled.

12        Go ahead.

13        MS. MOHSIN:  Thank you, your Honor.

14   BY MS. MOHSIN:

15   Q.  Now, when did the -- so you testified that somebody was

16   injured at that particular robbery, correct?

17   A.  That's correct.

18   Q.  Now, the defendant was arrested and charged with that

19   offense?

20   A.  He was.

21   Q.  And he was convicted of that offense, correct?

22   A.  He was, yes.

23   Q.  When did the FBI learn about what had happened at the gas

24   stations that day?

25   A.  Not until a day or so later.

1   Q.  Okay.  Did the FBI have that information at 4:30 a.m. the
2   following day, January 1st -- I'm sorry, January 2nd when the
3   defendant was planning to travel to Chicago for his flight?
4   A.  They did not.
5   Q.  So when that surveillance was occurring, they were, as yet,
6   unaware of what had occurred the night before?
7   A.  That's correct.
8   Q.  Okay.  What happened during that, that surveillance on
9   January 2nd, beginning at 4:30?
10  A.  So on January 2nd, a physical surveillance started at the
11  defendant's home in Westland.  They saw him travel to the bus
12  station here in Detroit, get on a Greyhound bus, take the bus
13  to the train station in Chicago.  He then took a cab from the
14  bus station to O'Hare Airport.
15  Q.  And we heard testimony from CBP Officer Weaver, who
16  encountered the defendant that day; is that right?
17  A.  That's correct.
18  Q.  Was any search of the defendant conducted that day at -- by
19  FBI or at the FBI's request, similar to the one that had been
20  done on November 7th?
21  A.  No.
22  Q.  When the FBI learned about the events that had occurred at
23  the gas stations, did that have an effect on the FBI's
24  investigation of the defendant?
25  A.  It did.

1   Q.   What affect did it have?

2   A.   The FBI knew at that time that the defendant had tried to

3   do hijrah or travel overseas on two separate --

4            MR. GEROMETTA:  I'm going to object to the conclusion

5   he attempted to do hijrah overseas, your Honor.  This is

6   supposed to be factual testimony here.

7            THE COURT:  Brief response?

8            MS. MOHSIN:  Judge, there is more than an ample

9   foundation, and she is testifying about how this affected the

10  FBI's investigation.  Their conclusions are entirely relevant

11  to their conduct.

12           THE COURT:  I'm going to sustain the objection in that

13  it's not been determined to a certainty that hijrah was

14  attempted.  She can make a statement about what the FBI's

15  assessments were.

16           Go ahead.

17           MS. MOHSIN:  Thank you, your Honor.

18  BY MS. MOHSIN:

19  Q.   So based upon the information you just provided, that he

20  twice attempted to travel, was the FBI's assessment that the

21  purpose of that travel was hijrah; is that right?

22  A.   That's correct.

23  Q.   Now, how did that and the, the events that occurred at the

24  Mobil gas station, how were those two things connected, from

25  the FBI's assessment, how they handled the investigation, and

44

1    the level of concern?

2            MR. GEROMETTA:  Your Honor, again, I'm going to object

3    to this.  I think this is properly closing argument.  I

4    don't -- they did not arrest him based on this.  I'm not sure

5    what the FBI's --

6            THE COURT:  We're going to have a brief sidebar.

7            MR. GEROMETTA:  Okay.

8            THE COURT:  You all may approach.

9        (Bench conference held.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. MOHSIN:  May I have one moment, Judge?

2     (Brief pause.)

3          MS. MOHSIN:  I think -- did you want to make a

4     comment?

5     (Off the record conference.)

6          MR. SLAVIN:  Your Honor, just before this

7     conversation, one concern regarding the Court's ruling on the

8     previous objection, I think it may require a reminder to the

9     jury that the Court is not judging the case because it -- there

10    is a way to interpret what the Court said as what the evidence

11    has shown so far on Count 1.

12          So I just have concerns about that.  So I wanted to

13    raise that.  That whether or not it was shown that he attempted

14    hijrah is the question the jury is answering, you know, for

15    Count 1.  So to the extent that they may consider that as a

16    Court's evaluation of whether the evidence has proven that or

17    not --

18          THE COURT:  Okay.

19          MR. SLAVIN:  -- it may, may -- I think it may be

20    prudent to just repeat the instruction that, you know, the

21    Court does not take sides.

22          THE COURT:  Mr. Gerometta?

23          MR. GEROMETTA:  I think that instruction is probably

24    proper.  But I think that tails nicely into my objection to the

25    last question and to this question.

 1            If this is what the jury has to decide, having the

 2    agent say that we think that this robbing of the gas station

 3    and this injury relates to his material support of terrorism, I

 4    think that's argumentative.

 5            I think it -- you know, it, it -- it's, it's what the

 6    jury has to decide.  I think it's, it's basically the

 7    prosecution giving a closing argument through this witness.

 8    The FBI didn't take any relevant actions based on this.  It

 9    doesn't appear that they knew about this, you know, until they

10    coordinated with Bloomfield and did that search warrant at his

11    house.

12            I just don't see the, the relevance of what the FBI

13    thinks about this.  And again, I think it's vouching for the

14    government's case, and it's giving a preview of their closing

15    argument through, really, the improper opinion of a witness.

16            THE COURT:  So I just want to state for the record,

17    your view is you, you want to make sure that the testimony is

18    limited to what they did at the time, to the extent that

19    they're presenting chronological or sequential testimony.  And

20    you're concerned that this question didn't go to that.  It went

21    to something much more broader.  Is that accurate?

22            MR. GEROMETTA:  That's correct, yes.

23            MS. MOHSIN:  So I understand the defense's concern.  I

24    think what, what the problem is, is that they've repeatedly

25    accused us of, of vouching-type testimony, when there is ample

47

 1   evidence that they are going to argue that the FBI's

 2   surveillance of the defendant was a very important fact in

 3   their defense.  In other words, the fact that he was under

 4   surveillance, why he was under surveillance, they have attacked

 5   it throughout the case, throughout the beginning of the case.

 6   And I'm anticipating they are going to continue to do that.

 7        So if the government can't establish why surveillance

 8   was necessary, given the level of surveillance and the, the

 9   time and the quantity of it, then the government is not allowed

10   to properly explain to the jury why the FBI behaved in the way

11   that they did.

12        So to recap, what I'm saying is the issue of him being

13   under surveillance is one that the defendant has raised as an

14   issue in this case through multiple witnesses.  And I think

15   what's going to happen now is if we can't explain why they did

16   those things, meaning what their perceptions were, what their

17   concerns were, then the defense is going to be able to make the

18   argument that the defendant was unfairly targeted or he was

19   being unfairly surveilled by the FBI.

20        I think the limiting instruction saying this is a

21   question for the jury is super helpful for the jury to

22   understand that.  And I can certainly limit my questions of

23   this witness about what, what they believed, and why they

24   behaved in the way that they did, why they took certain

25   investigative actions.  I do think that's entirely proper for

1    us to do that.

2          I am not asking for her opinion under 701.  However, I

3    think that the foundation for that, based on what they've seen,

4    what they've heard, what they did, certainly has been

5    established.  This is not expert opinion testimony.  This is

6    commenting on what the FBI did and why they did it.

7          THE COURT:  And just to clarify, your -- there was a

8    lot in that last question.  You want to inquire about, you

9    know, what was happening between the purchasing of the ticket,

10   the armed robbery, and what the FBI was planning to do or what

11   the FBI was doing.

12         MS. MOHSIN:  So, yes.  So there is two additional

13   facts.  Number one, the defendant gets arrested on the state

14   charges, and the FBI is aware that he is going to be deported.

15   So their efforts to charge him are impacted by the fact that he

16   is going to be deported.  And there is a final order of

17   deportation.  Now, the Court has said that we can't bring that

18   up.

19         But what happens next, and I think this is where it's

20   super important, is when he's released from custody in March of

21   2016, the FBI still has a case open.  And I'm anticipating that

22   the defense is going to attack the fact that the defendant is

23   under FBI surveillance, scrutiny -- whatever you want to call

24   it, but that there is a case still open.

25         And so this explains why there was a case still open.

1    Because their concerns about him have now escalated based on
2    the fact that he has mobilized.
3              So that's why this is relevant.
4              MR. GEROMETTA:  I don't think I have a big problem
5    with that, Judge.  What I -- where I was afraid this was going
6    is her saying -- her opining that the robbery of the gas
7    station was part of some sort of jihadist plan.
8              I think it's fine if you want to argue he was stealing
9    money to go do that.  I expect that in closing argument.  But I
10   just don't want --
11             MS. MOHSIN:  May I respond briefly?
12             I think the point is that he has mobilized to
13   violence.  That's the point that she's trying to make.  And
14   that's the only point she's trying to make.
15             THE COURT:  You're not planning to ask her, "Why do
16   you think he did this," basically?
17             MS. MOHSIN:  Correct.
18             MR. GEROMETTA:  Okay.
19             THE COURT:  And that's what you want to avoid.  All
20   right.
21             While you all are still here, since it seems that you
22   all agree on a limiting instruction, do you all think it needs
23   to be broader than "The Court doesn't take sides, and you heard
24   me rule on an -- rule on an objection"?  I want to make sure
25   that --

```
 1            MS. MOHSIN:  I don't have --
 2            THE COURT:  -- it's clear.
 3            MR. SLAVIN:  I think if the Court says that the, you
 4   know --
 5            THE COURT:  You have to hold it.
 6            MR. SLAVIN:  I'm sorry.
 7            I think if the Court says that the, you know, parties'
 8   statements and the Court's statements are related to
 9   evidentiary rulings and are not meant to be conclusions about,
10   you know, what the evidence does or does not prove.
11            MR. GEROMETTA:  Fine.
12            MS. MOHSIN:  Yeah.
13            THE COURT:  Okay.
14            MR. GEROMETTA:  Thank you.  Appreciate it.
15        (Bench conference concluded.)
16
17
18
19
20
21
22
23
24
25
```

```
1           THE COURT:  Members of the jury, I want to remind you
2   all of something.  You heard in my initial instructions, and
3   you will hear this again at the conclusion of the trial when
4   you get my final instructions, but the questions of the lawyers
5   and also the Court's statements are not evidence.  And the
6   Court's rulings should not be taken in any way to give you any
7   indication that I have any opinion on this case, because I
8   don't.
9           It will be up to you all to determine what the facts
10  are of this case after you receive all of the evidence and my
11  final instructions.  And so I state that to you now.
12          Thank you.  You may proceed.
13          MS. MOHSIN:  Thank you, your Honor.
14  BY MS. MOHSIN:
15  Q.  Special Agent Wood, we were talking about how the
16  defendant's conduct at the Mobil and Sunoco gas stations had a
17  effect -- or had an effect on the FBI's investigation.
18          Was the FBI concerned that the defendant had mobilized
19  to violence as a result of those two incidents?
20  A.  Yes.
21  Q.  And did the FBI's concerns regarding mobilization to
22  violence play a role in how the case moved forward, and the
23  testimony that's going to be coming later?
24  A.  Yes.
25  Q.  Okay.  Now, at some point, did the FBI contact the
```

1  Bloomfield Hills Township Police Department regarding this

2  armed robbery that had occurred at the Mobil gas station?

3  A.  Yes.

4  Q.  And after the defendant had tried to travel, in other

5  words, had taken that Greyhound bus and gone to the Chicago

6  O'Hare Airport, once he was denied boarding, what did he do?

7  Where did he go?

8  A.  He returned home to Westland.

9  Q.  And was there any activity on his YouTube channel that was

10 significant on January 3rd, 2013?

11 A.  Yes.

12 Q.  Can you just remind the jury about that date?

13 A.  We saw some of it in Exhibit 7-2, where the defendant

14 uploaded a video claiming that Russell Dennison was an

15 informant.

16 Q.  Okay.  And that video, where he named Russell Dennison as

17 an informant, was a screenshot taken of that -- that YouTube

18 page?

19 A.  Correct.

20 Q.  Directing your attention now to Proposed Exhibit 4-26.  Are

21 you familiar with that particular exhibit?

22 A.  I am.

23 Q.  And is that the screenshot you just referenced in your

24 testimony?

25 A.  It is.

1    Q.  And it's from January -- excuse me, January 3rd, 2013?

2    A.  Correct.

3            MS. MOHSIN:  Your Honor, at this time the government

4    moves for the admission of proposed Exhibit 4-26.

5            MR. GEROMETTA:  No objection.

6            THE COURT:  Admitted.

7        (GX 4-26 received in evidence.)

8            MS. MOHSIN:  Would you please publish that exhibit,

9    Ms. McDonald?  Can you focus on the top half?

10   BY MS. MOHSIN:

11   Q.  Special Agent Wood, what is the -- is this the defendant's

12   YouTube account?

13   A.  It is.

14   Q.  And is that indicated with the defendant's YouTube name,

15   A-W-S-8-8-1-9?

16   A.  It is.

17   Q.  What is depicted under the screen, you know, the video

18   screen image?

19   A.  The title of the video.

20   Q.  What is that?

21   A.  It's "The Dajjal chekdamize7 - EXPOSED - AGENT/INFORMANT

22   Russell Dennison."

23   Q.  And do you have an understanding of what the word "dajjal"

24   means?

25            Do you need to refer to the exhibit that was admitted

1   into evidence as 9-18?

2   A.  I do know it generally means anti-Christ.

3   Q.  Okay.  And is this a video or an image, a screenshot of a

4   video that the defendant published?

5   A.  It is.

6   Q.  Okay.  Now, I want you to focus on --

7           MS. MOHSIN:  And, Ms. McDonald, if you could focus on

8   the comments right below where it says "Published on January"

9   -- I'm sorry, "Published on January 3rd."  Right in the center.

10  Yeah.

11  BY MS. MOHSIN:

12  Q.  Okay.  Could you please read the "Published on January 3rd"

13  comment, and then who -- who posted that comment.

14  A.  The comment states, "The FBI Claims that Abdul Sami' maid a

15  video with an ak-47 & a Pistol in his hand filmed by one of

16  their agents.  ask your self why we still didn't find this

17  video?  & why would Abdul Sami' sit down with a quote/unquote

18  "agent" & make such a video?  The person who made the video is

19  agent Russell Dennison "Abdullah Abdul malik."  To all the

20  Muslims who had contact with Agent Russell cut him off 1st

21  chance you get.  He is a Kaffir 100% don't be fooled by his

22  good act in the videos."

23  Q.  Okay.  Now, below that, there are some comments.  Is there

24  a comment from Russell Dennison?

25  A.  There is, using the YouTube user name Chekdamize7.

KARLY WOOD - DIRECT BY MS. MOHSIN

1  Q.  And in that comment, can you -- you know, does he -- does
2  he generally respond to the defendant's post?
3  A.  He does.  He states, in part, he couldn't watch the video
4  but he will later.  And he understands the message -- message
5  based on the title.
6       And he says, "all I can say is that every true leader
7  or brother who sacrificed to stand against falsehood was given
8  the same title by kuffar and munafiqoon.  so what I will say
9  is....Allah is aware of all things we will let him judge
10 between me and you on the day where all things will be exposed
11 and Allah guides who He wills....."
12 Q.  And then there is another comment from another individual
13 who we've had testimony about, Alnarweeg92.  Is that Thomas
14 Pederson Welle?
15 A.  It is.
16 Q.  And can you read that comment?
17 A.  Welle stated, "I believe this brother (aws), let him come
18 with the evidence insh'Allah."
19 Q.  Does the video that the defendant posted on his YouTube
20 channel claim to have evidence that Russell Dennison is an
21 informant for the FBI?
22 A.  It does.
23 Q.  To be clear, did Russell Dennison ever work for the FBI?
24 A.  He did not.
25 Q.  In any capacity?

1    A.  No, he did not.

2          MS. MOHSIN:  Thank you, Ms. McDonald.

3    BY MS. MOHSIN:

4    Q.  Now, after the armed robbery and after the FBI was in

5    contact with the Bloomfield Hills Police Department, did the

6    FBI participate in a search of the defendant's home?

7    A.  They did.

8    Q.  And were photographs taken during the course of that

9    search?

10   A.  Yes.

11   Q.  Did the agents who participated in that search also search

12   the car that the defendant had?

13   A.  They did.

14   Q.  And were there any weapons or items that were used as

15   weapons found in that car?

16   A.  There was pepper spray and the sword cane.

17   Q.  Is that the same sword cane that had been photographed in

18   November of 2017?

19   A.  It was.

20   Q.  And where were those found?

21   A.  They were found in the trunk of the vehicle.

22   Q.  I want to direct your attention now to Proposed Exhibits

23   8-1, 8-2, 8-3, 8-8, and 8-10, 8-12.

24          Are you familiar with those proposed exhibits?

25   A.  I don't know if I have these in the binder.

57

```
1              Oh, I found them.  Sorry.
2    Q.  They may have fallen out?
3    A.  Got them.
4              I'm sorry, you said which ones?
5    Q.  So 1, 2 -- 8-1, 8-2, 8-3, 8-8, 10, and 12.
6    A.  I am.  These were photos taken of the defendant's house and
7    vehicle on January 4th, 2013.
8    Q.  Were they taken by the FBI?
9    A.  They were.
10             MS. MOHSIN:  Your Honor, we move for the admission of
11   these proposed exhibits.
12             MR. GEROMETTA:  No objection.
13             THE COURT:  Admitted.
14      (GX 8-1, 8-2, 8-3, 8-8, 8-10, and 8-12 received in
15      evidence.)
16   BY MS. MOHSIN:
17   Q.  Let's begin with 8-1.
18             MS. MOHSIN:  Would you publish that, please,
19   Ms. McDonald.
20   BY MS. MOHSIN:
21   Q.  What are we looking at in this photo?
22   A.  This is the main level linen closet basically.
23   Q.  Okay.  I want to focus on that top shelf.
24             You said main level, meaning upstairs, not the
25   basement?
```

1   A.   That's correct.

2   Q.   Okay.  Is this a two-family -- a two-story house or a

3   single story?

4   A.   It's a single-story home with a basement.

5   Q.   With a basement?

6        And you said this was the linen closet?

7   A.   Correct.

8   Q.   Now, just to fast-forward, you searched this home in 2017,

9   correct?

10  A.   I did.

11  Q.   Okay.  So this -- is this the only linen closet upstairs?

12  A.   Yes.

13  Q.   Can you identify some items that are visible in this

14  particular photo?

15       I'm going to give you a laser pointer.

16  A.   Thank you.

17       So right here, you can see a clear bottle with a black

18  lid that looks like nail polish remover [indicating].

19  Q.   Okay.  And similar, what, what a nail polish remover bottle

20  might look like?

21  A.   It's very similar, yes.

22  Q.   Okay.  So that has the black lid.

23       Is there anything else you want to identify on this

24  particular photograph?

25  A.   Right here next to the iron, [indicating] you can see a

1    clear bottle with a white lid.  Based on the bottle and its

2    shape, it, it appears to be like rubbing alcohol.

3    Q.  Okay.  Or something similar to that?

4    A.  Something similar.

5    Q.  It's not a brown bottle, is it?

6    A.  It's not a brown bottle.

7    Q.  Okay.

8         MS. MOHSIN:  Can you zoom back out, Ms. McDonald, and

9    zoom in on that last visible shelf?  I believe it's the third

10   one down.

11   BY MS. MOHSIN:

12   Q.  Would you like to point something out from this particular

13   photo?

14   A.  On this shelf, you can see a first aid kit.

15   Q.  Okay.

16        MS. MOHSIN:  You can zoom back out.

17   BY MS. MOHSIN:

18   Q.  And then there are some other items that are contained in

19   this linen closet in 2013, right?

20   A.  There are.  There's baby bottles, toilet paper, an iron.

21   Q.  All right.  Directing your attention to Exhibit 8-12.

22        MS. MOHSIN:  Could you please publish that,

23   Ms. McDonald.

24   BY MS. MOHSIN:

25   Q.  Is this another view of that same linen closet in 2013?

1    A.   It is.

2    Q.   And is there an additional shelf visible above the shelf

3    with the iron?

4    A.   There is.

5    Q.   Okay.  And are there any other items that you want to point

6    out from -- from this photo?

7    A.   On this shelf, again, you can see another iron, and then

8    some additional white bottles on the top here.

9    Q.   Okay.

10        MS. MOHSIN:  Thank you, Ms. McDonald.  You can take

11   that down.

12   BY MS. MOHSIN:

13   Q.   I want to direct your attention to Exhibit 8-2.

14        MS. MOHSIN:  Publish that, please.

15   BY MS. MOHSIN:

16   Q.   Would you please describe what is depicted in this photo?

17   A.   It's a little blurry, but you can see right here, this red

18   can in the trunk of the defendant's vehicle is pepper spray.

19   And then this long wooden box has the sword hidden in a cane.

20   Q.   Directing your attention to the next photo, which is 8-3,

21   can you describe what's in that photo?

22   A.   This is that same box in the trunk of the vehicle.  And,

23   again, it's a little blurry, but you can see they have taken

24   the, the sword out of where it was within the sheath of the

25   cane.

KARLY WOOD - DIRECT BY MS. MOHSIN

1   Q.  Okay.  And then Exhibit 8-10, can you describe what is

2   depicted in that exhibit?

3   A.  These are airline tickets for the defendant.

4   Q.  Okay.  For American Airlines?

5   A.  American Airlines, correct.

6   Q.  Okay.

7        MS. MOHSIN:  Thank you.

8   BY MS. MOHSIN:

9   Q.  Now, was he arrested after the search that day?

10  A.  He was arrested by Bloomfield Township Police Department.

11  Q.  And is this when that conversation occurred with Special

12  Agent Christensen, when he testified about that last week?

13  A.  Yes.

14  Q.  Okay.  Now, did the defendant serve any time in jail after

15  this -- after his conviction?

16  A.  He did.

17  Q.  And was he released from custody at some point in time?

18  A.  On March 18th of 2016, he was released.

19  Q.  Okay.  Now, I want to pivot and turn your attention to some

20  of the testimony that you provided relating to surveillances,

21  physical surveillances of the defendant.

22        I'm going to go back to August of 2012 after he

23  returned from Iraq.

24        Did the FBI put the defendant under physical

25  surveillance after he returned from Iraq?

1    A.   They did not.

2    Q.   When did those physical surveillances begin?

3    A.   They didn't start until September 12th of 2012.

4    Q.   So for the time period of August 4th through

5    September 12th, the defendant was not being surveilled; is that

6    correct?

7    A.   That's correct.

8    Q.   And did the surveillances begin on September 12th because

9    of the email communications with Dennison?

10   A.   They did.

11   Q.   Now, you testified last time that between April of 2011 and

12   September 12th of 2012, there had only been 15 days of

13   surveillance conducted on Naser where the FBI was physically

14   surveilling him; is that right?

15   A.   That's correct.

16   Q.   After September 12th of 2012, what kind of surveillance,

17   you know, physical surveillance coverage, was put into place?

18   Are we talking about vehicle surveillances?

19   A.   Vehicle surveillance, one, two shifts a day from about 6:00

20   or 7:00 a.m. until 11:00 p.m. or midnight.  There was also a

21   pole camera that was installed with a view of the defendant's

22   residence.

23   Q.   Now, can you describe where the defendant's residence is

24   located?

25   A.   He's right on Warren Avenue in Westland.  It's a --

1    basically if you think of a box where you have 94 to the south

2    and 96 and sandwiched by Telegraph, right there it's kind of

3    like the middle there in Westland.  And his address on Warren

4    Avenue is a main thoroughfare.  It's four lanes, a lot of cars

5    going back and forth.

6    Q.  So Telegraph on one side.  And what's on the other side?

7    A.  Southfield Freeway is on the other side.

8    Q.  Okay.  And when you say it's a main thoroughfare, how many

9    lanes of traffic?

10   A.  Two lanes in each direction.

11   Q.  And, and is it a very busy thoroughfare, would you describe

12   it as?

13   A.  It's a very busy road, yes.

14   Q.  During the day and the night?

15   A.  Yes.

16   Q.  On the weekends?

17   A.  Yes.

18   Q.  Okay.  Is parking available in front of the defendant's

19   home or in that area?

20   A.  No.  You cannot park on the street.

21   Q.  So does the, the location of the defendant's home present

22   any challenges for agents who conduct physical surveillance?

23   A.  It did.  Because it's such a busy road and you can't park

24   on the street, there was really no way to get a good view of

25   the residence from a vehicle.

KARLY WOOD - DIRECT BY MS. MOHSIN

1  Q.  And so why did the FBI choose to use a pole camera at this

2  time?

3  A.  The pole camera allowed a, a view of the residence that the

4  surveillance -- surveillance team could use to see when cars

5  were coming and going from the residence.

6  Q.  Okay.  Was the pole camera mounted in front of the

7  residence?

8  A.  No.  It was a street or two south of -- south of Warren.

9  Q.  Could the pole camera see inside the house?

10 A.  No.

11 Q.  So what value was the pole camera?

12 A.  Really, the only value was seeing vehicles come and go.

13 You couldn't really even tell if it was the defendant leaving

14 the -- leaving a house.  You could just see that there was a

15 car pulling into or backing out of the driveway.

16 Q.  And how did that help the FBI?

17 A.  Because if they knew when the vehicle was leaving, they

18 could surveil the vehicle and determine if it was the defendant

19 and then where he was going.

20 Q.  And so was the pole camera used after or some time after

21 the 12th of September until the defendant's arrest in January

22 of 2013?

23 A.  It was.  I think it started being used on September 18th,

24 about.

25 Q.  Now, we were talking also about physical surveillance and

1    some of the challenges.

2          Was there physical -- physical surveillance every

3    single day, or were there periods of time where there was no

4    physical surveillance?

5    A.   There were periods of time where there was no surveillance.

6    Q.   All right.  Do you know approximately how many days of

7    physical surveillance occurred between September 12th, 2012,

8    and the defendant's arrest in January of 2013?

9    A.   It was about 88 -- 88 days.

10   Q.   Okay.

11         MS. MOHSIN:  One moment, please.

12      (Brief pause.)

13         MS. MOHSIN:  Thank you, your Honor.  I have no further

14   questions for this witness.

15         But I just want the Court to know before

16   cross-examination that we are going to be calling Special Agent

17   Wood a third time.

18         THE COURT:  Noted for the record.

19         Mr. Gerometta?

20         MR. GEROMETTA:  Yes, your Honor.

21                      CROSS-EXAMINATION

22   BY MR. GEROMETTA:

23   Q.   Good morning, Special Agent Wood.

24   A.   Good morning.

25   Q.   So I want to go back and talk about the Bank of America

66

1   records.

2   A.  Okay.

3   Q.  All right.  You noted that he got this $18,700 deposit,

4   correct?

5   A.  Correct.

6   Q.  And that was from an IOLTA account, correct?

7   A.  Yes.

8   Q.  All right.  And that's a lawyer trust fund account?

9   A.  I'm not sure.

10  Q.  Okay.  But you determined it was from the sale of a home,

11  correct?

12  A.  Sale of a property in --

13  Q.  Yeah.

14  A.  -- Minnesota.  Yeah.

15  Q.  Okay.  And he took -- about a week after he deposited that,

16  he took all that money out, correct?

17  A.  Correct.

18  Q.  All right.  And that check wasn't a cashier's check, was

19  it?  It was just a regular check on a business account?

20  A.  It was just a regular check.  I don't know if it was a

21  business account, but...

22  Q.  Okay.  All right.  So it would likely take some time to

23  clear at the bank, correct?

24  A.  It could.

25  Q.  Okay.  And in your work on this case, you found out through

67

1    another agent that Mr. Naser claimed that he took that money

2    out and gave it to his mother, correct?

3    A.  Yes.

4    Q.  All right.  Okay.  And you talked about how on the --

5    November 16th, 2012, the FBI purchased a Bushnell scope?

6    A.  Correct.

7    Q.  And again, you found out from another agent in this case

8    that that was listed for sale on, I believe it was

9    November 5th, two days before Mr. Naser planned on traveling?

10   A.  I don't know when it was listed for sale.  I know it was

11   listed for sale on Craigslist, but I don't know the date.

12   Q.  Okay.  And the FBI paid $500 for that?

13   A.  They did.

14   Q.  That was the list price that he had on Craigslist; is that

15   correct?

16   A.  I don't know.

17            MR. GEROMETTA:  Can you bring up Government 7-1,

18   please?

19   BY MR. GEROMETTA:

20   Q.  And these are the travel searches -- and I want to make it

21   clear.  You pulled the travel searches from Mr. Naser's web

22   history, correct?

23   A.  Correct.

24   Q.  You didn't pull every search he ever did, correct?

25   A.  No.

68

1    Q.  All right.  So if he looked for a funny cat video, you just

2    skipped over that, correct?

3    A.  We pulled all the search ones.

4    Q.  Right.

5    A.  Yeah.

6    Q.  That were relevant to this case?

7    A.  Relevant to travel.

8    Q.  Because it's -- he's -- you know, a person being on the

9    internet, there would be an overwhelming number of -- amount of

10   stuff coming out of anyone's browser history, correct?

11   A.  There could be.

12   Q.  Right.  So it starts off, as soon as he gets back, he

13   appears to follow up on that Homeland Security complaint form,

14   correct?

15   A.  Correct.

16   Q.  And then he starts searching for other ways to travel to

17   the Middle East, broadly speaking?

18   A.  Yes.

19   Q.  And that includes, on this page, how to get a visa to go to

20   Egypt, correct?

21   A.  Correct.

22        MR. GEROMETTA:  Could you go to page 2, please?

23   BY MR. GEROMETTA:

24   Q.  And, again, this page mostly deals with how to go to Egypt

25   and where you might be able to get a visa from, correct?

```
 1   A.  Correct.

 2          MR. GEROMETTA:  Okay.  Page 3, please.

 3   BY MR. GEROMETTA:

 4   Q.  And now we switch from thinking about going to Egypt to

 5   becoming a refugee in Norway, correct?

 6   A.  "Refugee seekers to norway," yes.

 7          MR. GEROMETTA:  And next page, please?

 8   BY MR. GEROMETTA:

 9   Q.  Refugee seekers in Tunisia?

10   A.  Yes.

11   Q.  And, again, Tunisia is in North Africa, correct?

12   A.  Yes.

13   Q.  Try to get all our countries right this time.  You and me

14   both.

15          So, again, we're looking at, on page 4, refugee

16   seekers in Tunisia and Norway -- or asylum in Norway, perhaps,

17   correct?

18   A.  Yes.

19   Q.  Okay.  He sort of forgets a space there --

20   A.  Right.

21   Q.  -- when he's typing?  Or forgets -- or a typo there,

22   correct?

23   A.  Correct.

24   Q.  Okay.  And, again, we're -- this is mostly in early

25   November, correct?
```

1    A.  November 10th.

2    Q.  Mid -- early to mid November?

3    A.  Yeah.

4         MR. GEROMETTA:  Page 5, please.

5    BY MR. GEROMETTA:

6    Q.  Okay.  Again, this is all November 10th.  And, again, he's

7    looking about getting to Tunisia, he's considering going to

8    Lebanon perhaps, correct?

9    A.  Correct.

10   Q.  But he looked at Lebanon after he looked at both Egypt,

11   Norway, and Tunisia, correct?

12   A.  Correct.

13        MR. GEROMETTA:  Next page, please.

14   BY MR. GEROMETTA:

15   Q.  Then he just figures out -- tries to see which countries

16   don't need a visa for Iraq, correct?

17   A.  Yes.

18   Q.  Okay.  So where you can go on an Iraqi passport without a

19   visa, correct?

20   A.  Correct.

21   Q.  Okay.  And if he's got a green card -- he tries to see if

22   he can get into Lebanon on just a green card with his Iraqi

23   passport, correct?

24   A.  Correct.

25   Q.  And this is all still on the 10th, so early to mid

KARLY WOOD - CROSS BY MR. GEROMETTA

1   November?

2   A.  Correct.

3        MR. GEROMETTA:  Okay.  Next page, please.

4   BY MR. GEROMETTA:

5   Q.  Now he's looking at transiting through Mexico; that's the

6   next day?

7   A.  Yes.

8        MR. GEROMETTA:  Okay.  Next page, please.

9   BY MR. GEROMETTA:

10  Q.  And then we have a long break of, I don't know, five weeks,

11  six weeks, correct?

12  A.  That math again.  Yeah, five or six weeks.

13  Q.  Right.  Yeah.  More than a month?

14  A.  Yes.

15  Q.  Correct?

16       All right.  So now we're on December 29th.  And now

17  he's looking for fares, correct?  He's actually looking for the

18  price of flights.

19  A.  Correct.

20  Q.  All right.  And he's looking -- he looks from Beirut -- or

21  from Beirut -- to Beirut and to Erbil, Iraq, correct?

22  A.  Yes.

23  Q.  And Erbil, again, is where his family is at, correct?

24  A.  He did have family in Erbil, yes.

25  Q.  All right.  So then he looks from Toronto, Detroit, and

1   Chicago O'Hare, correct?

2   A.  Correct.

3   Q.  All right.  And, again, that's on the 29th?

4   A.  December 29th, yes.

5   Q.  Okay.  And what --

6          MR. GEROMETTA:  Could you -- next page, please?

7   BY MR. GEROMETTA:

8   Q.  All right.  And so the 29th, he continues his flight

9   searches, correct?

10  A.  Correct.

11  Q.  For fares.  So it's a little more definite now, because he

12  wants to know what it costs, correct?

13  A.  The fare, bus searches, and also the car rental.  Yes.

14  Q.  Car rental, right.

15          And then he starts looking at the cost of living in

16  Lebanon.

17  A.  Yes.

18  Q.  And you understand to be the cost of living, how much it

19  costs to live somewhere, generally how much things cost, right?

20  A.  Sure.

21  Q.  And then also the cost of living in Iraq, correct?

22  A.  Yes.

23  Q.  And that's all within about a 10-minute period there,

24  correct?

25  A.  Yes.

73

1   Q.  For the cost-of-living searches, correct?

2   A.  Yes.

3   Q.  Okay.  So it's all sort of at the same time, right?

4   A.  Yes.

5          MR. GEROMETTA:  Okay.  If we could bring up

6   Government's 7.6, please?

7   BY MR. GEROMETTA:

8   Q.  So that all happened on the 29th of December, correct?

9   A.  Yes.

10  Q.  And then this is -- this is when he purchased the Greyhound

11  bus ticket.

12  A.  Correct.

13  Q.  And that's -- I could bring up 7.7, if you need -- or 7-7,

14  but it's about the same time he purchases the fare, correct?

15  A.  Within a few minutes, yeah.

16  Q.  Right.  Yeah.  Because he needs to get to Chicago --

17  A.  Right.

18  Q.  -- to get on the plane.  Right.

19          And what time -- when does he do that?

20  A.  This is at 1:42 a.m.

21  Q.  Okay.  On December 31st?

22  A.  Yes.

23  Q.  Okay.  So 1:42 a.m. is, I would say it's beyond -- it's --

24  if we were talking, we might call it almost late at night on

25  December 30th, correct?

```
 1              I mean, it is officially the morning of December 31st,
 2    but, you know, if we were -- you know, he's not out at a New
 3    Year's Eve party.  It's the day before New Year's Eve, correct?
 4    A.  Correct.
 5    Q.  He's up and then -- or maybe he gets up -- you don't know.
 6    Maybe he gets up at 1:00 o'clock in the morning, but it's late
 7    at night or early, early morning?  Correct?
 8    A.  Yes.
 9    Q.  Again, that's December 31st, right?
10    A.  Yes.
11    Q.  And he's purchased the -- this is the day he purchases the
12    Greyhound ticket and the bus ticket, correct -- or the
13    Greyhound ticket and the plane ticket, correct?
14    A.  Yes.
15              MR. GEROMETTA:  Okay.  Could you bring up Government's
16    4-18, please?
17    BY MR. GEROMETTA:
18    Q.  And this is an email sent from Chekdamize.  And again,
19    that's Russell Dennison?
20    A.  Correct.
21    Q.  To Aws Naser?
22    A.  Yes.
23    Q.  And that is the same day that he buys the bus ticket and
24    the plane ticket, correct?
25    A.  Yes, December 31st.
```

KARLY WOOD - CROSS BY MR. GEROMETTA

1    Q.   Right.   And that's at 12:33 Zulu Time?

2    A.   Correct.

3    Q.   Okay.   And Zulu Time is Universal Time or Greenwich Mean

4    Time, correct?

5    A.   Yes.   Yes.

6    Q.   And that's about how long?   Five hours ahead of us?

7    A.   It depends on Daylight Savings.   It's four or five hours.

8    Q.   Okay.   And Zulu Time or Greenwich Mean Time or Universal

9    Time is written in military time, correct?

10   A.   I don't know for sure.   I think so, but I'm not -- not

11   positive.

12   Q.   Okay.   So if this is written in military time, if we were

13   to subtract, let's say, five hours, right?   Four or five hours,

14   what time would that be?

15   A.   That would be 7:30 a.m.

16   Q.   Okay.   So that would be written at, like, 7:30 in the

17   morning Greenwich -- Eastern Time?

18   A.   Eastern Time.

19   Q.   Okay.   Great.

20        MR. GEROMETTA:   Could you back up to -- one second,

21   please.

22      (Brief pause.)

23        MR. GEROMETTA:   I just want to double-check something.

24   Could you go to 4-17, please?

25   BY MR. GEROMETTA:

KARLY WOOD - CROSS BY MR. GEROMETTA

1   Q.   Okay.  And this is an email from Chekdamize to Aws,

2   correct?

3   A.   Correct.

4   Q.   And I just want to look at the time on this, the sent time?

5   A.   Okay.

6   Q.   Just to verify it's in military time, correct?

7   A.   That is in military time, yes.

8   Q.   So that means at 18:43, that's p.m., correct?

9   A.   Correct.

10         MR. GEROMETTA:  Okay.  So if we go to 4-18 again.

11  BY MR. GEROMETTA:

12  Q.   I just want to verify that if we take five hours off that,

13  it comes -- Mr. Naser gets that at 7:33 in the morning or --

14  yeah, 7:33 in the morning, correct?

15  A.   If there's a five-hour -- yes, 7:33.

16  Q.   Or maybe 8:33?

17  A.   7:30 or 8:30, yeah.

18  Q.   Right.  But that's after he's made his plane reservation,

19  correct?

20  A.   It is.

21  Q.   Okay.  So Mr. Naser, after not hearing from Mr. Dennison

22  for some time, and not replying to Mr. Dennison, makes a plane

23  reservation to go to Beirut, correct?

24  A.   Correct.

25  Q.   Okay.  And so five, six, seven hours after that, he gets an

KARLY WOOD - CROSS BY MR. GEROMETTA

1    email from Mr. Dennison, correct?

2    A.  Yes.

3    Q.  That says, I haven't heard from you.  Just want to see how

4    things are going.  Right?

5    A.  Right.

6    Q.  That same -- that same day, after he's made his travel

7    plans, correct?

8    A.  Yes.  Correct.

9    Q.  All right.  And then sometime after he receives that, he --

10   you find out from another agent in the case, he makes a draft

11   of his video, calling out Mr. Dennison as a potential

12   government informant, correct?

13   A.  Yes, on December 31st.

14   Q.  So that day, after he gets this email, he makes that --

15   makes a draft of that video, correct?

16   A.  I don't know what time that draft was.

17   Q.  All right.  And then on December -- excuse me, January 2nd,

18   he attempts to go to the airport in Chicago and is denied

19   boarding, correct?

20   A.  Correct.

21   Q.  All right.  And after that, is when he posts that video

22   about Russell Dennison being a government informant, correct?

23   A.  A day later.

24   Q.  A day later.  Thank you.

25         So you talked about the amount of surveillance.

78

```
1              You talked about 88 days of surveillance between
2    September 2012 and January 4th, 2013, correct?
3    A.  Correct.
4    Q.  Okay.  How many -- so that's about four months' time?
5    A.  Yes.
6    Q.  Okay.  Give or take.  We don't have to be exact.  You're
7    all right.
8              So four months is about 120 days, correct?
9    A.  Yes.
10   Q.  Give or take?
11   A.  Correct.
12   Q.  Depending on which month, right?
13   A.  Yes.
14   Q.  So 88 days, that's almost three quarters of the time,
15   correct?
16   A.  Yes.
17   Q.  Okay.
18           MR. GEROMETTA:  Okay.  Can I have one moment, your
19   Honor?
20           THE COURT:  You may.
21       (Attorney conference.)
22   BY MR. GEROMETTA:
23   Q.  I just have a -- you talked about the armed robbery and the
24   pepper spray, correct?
25   A.  Yes.
```

USA v. NASER - 22-20504

KARLY WOOD - CROSS BY MR. GEROMETTA

1    Q.  All right.  At the FBI, how long is your FBI training, your

2    intro training, I guess?

3    A.  Like at Quantico when we first go?

4    Q.  At Quantico, yeah.  New agent training.

5    A.  It's varied widely over the years.  When I went through, it

6    was about 22 weeks.

7    Q.  Twenty-two weeks.

8         And you're trained in use of force, correct?

9    A.  Yes.

10   Q.  Okay.  And you're trained in the use of lethal and

11   non-lethal force, correct?

12   A.  We are.

13   Q.  All right.  And pepper spray is considered non-lethal

14   force, correct?

15   A.  It, it is considered non-lethal, though it can become

16   lethal -- lethal if you're incapacitated.  And --

17   Q.  But it's, it's a -- you're trained that it's non-lethal

18   force, correct?

19   A.  Correct.

20   Q.  You use it in situations where it wouldn't be appropriate

21   to use lethal force?

22   A.  Yes.

23   Q.  Correct?

24   A.  Correct.

25         MR. GEROMETTA:  Thank you.  No other questions.

```
 1                    THE COURT:  All right.
 2                         REDIRECT EXAMINATION
 3    BY MS. MOHSIN:
 4    Q.  I just want to pick up on that.
 5              You said it could be lethal?
 6    A.  Yes.
 7    Q.  Does the distance that a person sprays pepper spray, can
 8    that affect whether it's lethal, the distance between the
 9    person and the, and the spray?
10    A.  It can.
11    Q.  And has it been lethal?  Has it, has it become lethal in
12    some instances, the use of it?
13    A.  There, there has been cases where it has been lethal, yes.
14    Q.  Okay.  And in this case, pepper spray was used, but there
15    was also assault, wasn't there?
16    A.  There was.
17    Q.  You talked about surveillances.  I just wanted the record
18    to be clear because I, I wasn't tracking.
19              There was about three months of surveillance over a
20    four-month period; is that right?
21    A.  Yes.
22    Q.  So there were days that he was not under physical
23    surveillance at all.
24    A.  Correct.
25    Q.  Now you talked about the fact that the defendant had looked
```

1   for various places to travel.

2           He had an Iraqi passport at this time, January of

3   2013?

4   A.  Yes.

5   Q.  He did not have an American passport; is that right?

6   A.  That's correct.

7   Q.  And he was not an American citizen, right?

8   A.  Correct.

9   Q.  So is it your understanding that there were limits to where

10  he could travel on that Iraqi -- Iraqi passport?

11  A.  Yes.

12  Q.  Now, you also testified that he had family in Erbil.

13          Did he also have family in other parts of Iraq?

14  A.  He did.

15  Q.  Where specifically?

16  A.  Baghdad.

17  Q.  Okay.  You talked about the searches -- Mr. Gerometta

18  talked about the searches that he conducted, the defendant, the

19  travel related searches that we were talking about.

20          When he was -- and we talked about where he looked at

21  for Beirut and Lebanon and things of that nature.

22          Did you find any searches for things like "things to

23  do in Lebanon" or tourist sites or hotels?

24  A.  No.

25  Q.  Just the one-day car rental?

1    A.   Correct.

2              MS. MOHSIN:  Nothing further.  Thank you, your Honor.

3              THE COURT:  Agent Wood, you may step down.

4              We are going to go ahead and have our morning break.

5              Members of the jury, you may go to the jury room at

6    this time.

7              THE LAW CLERK:  All rise for the jury.

8         (Whereupon the jury was excused, 10:53 a.m.)

9              THE COURT CLERK:  Court is in recess.

10        (Court in recess, 10:54 a.m.)

11        (Back on the record, 11:06 a.m.)

12             THE LAW CLERK:  All rise.

13             THE COURT CLERK:  The United States District Court for

14   the Eastern District of Michigan is back in session.

15             THE COURT:  We will have the jury brought out.

16             THE LAW CLERK:  All rise for the jury.

17        (Whereupon the jury entered the courtroom, 11:07 a.m.)

18             THE COURT:  Members of the jury, you may be seated.

19             Everyone in the courtroom may be seated.

20             Mr. Slavin, you may call the government's next

21   witness.

22             MR. SLAVIN:  Thank you, your Honor.

23             The government calls Milan Sucevic.

24             THE COURT:  If he would approach and be sworn.

25             THE COURT CLERK:  Good morning.

**MILAN SUCEVIC - DIRECT BY MR. SLAVIN**

```
 1              MR. SUCEVIC:  Good morning.
 2              THE COURT CLERK:  Please raise your right hand.
 3         (Milan Sucevic, sworn, 11:08 a.m.)
 4              THE COURT CLERK:  Thank you.  You may be seated.
 5                          DIRECT EXAMINATION
 6   BY MR. SLAVIN:
 7   Q.  Good morning.
 8   A.  Good morning.
 9   Q.  Can you please introduce yourself to the jury, spelling
10   your last name.
11   A.  Sure.  My first name is Milan, M-I-L-A-N.  My last name is
12   Sucevic, S-U-C-E-V-I-C.
13   Q.  And what do you do?
14   A.  I am retired.
15   Q.  What did you do before you retired?
16   A.  I spent 20 years as a special agent with the FBI here in
17   Detroit.
18   Q.  Can you briefly walk us through your FBI career?
19   A.  I began in the FBI in March of 2005 and was assigned to the
20   Detroit division of the FBI.  I was assigned to a
21   counterterrorism squad that dealt with Shia matters,
22   specifically Hezbollah.  And I did that until November of 2010,
23   at which time I took an 18-month temporary assignment to our
24   headquarters and worked in one of our international terrorism
25   sections.
```

84

1              So in May of 2012, that assignment was finished.  I

2    returned to Detroit and was assigned to counterterrorism

3    squad 1 that dealt with Sunni extremism, primarily al'Qaida in

4    the Arabian peninsula and ISIS.  I did that as a street agent

5    until the end of September of 2014.

6              And then beginning of October, I was the acting

7    supervisor for that squad and had been in that acting position

8    until March of 2015, at which time I was given the permanent

9    position.

10             I held that supervisory position until the end of June

11   of 2019, at which at time I transferred up to our Oakland

12   County office and was the supervisor there.  And completed my

13   seven years as a supervisor in late March, early April of 2022.

14   And finished my career working complex financial fraud crimes

15   in Oakland County.  And I retired March 31st of 2025.

16   Q.  And did you have a career before you joined the FBI?

17   A.  I did.  I spent ten years prior to the Bureau working at a

18   foundry that supplied parts for the automotive business and

19   locomotive engines.

20   Q.  Did you go to school?

21   A.  I did.  I have a Bachelor's of Science in mechanical

22   engineering from Marquette University, and I have a Master's of

23   Science in engineering management from the Milwaukee School of

24   Engineering.

25   Q.  Were you, at one point, a supervisor on the investigation

1   of Aws Naser?

2   A.   I was.

3   Q.   When was that?

4   A.   So that case was on the squad that I began supervising as

5   an acting supervisor in October of 2014, and then when I became

6   the permanent supervisor in March of 2015.

7   Q.   And what does it mean to "supervise" an investigation?

8   A.   So every squad has agents and task force officers and other

9   support staff assigned that actually are going to be the

10  investigators.

11        The supervisor's job, in my opinion, is to provide

12  resources and guidance to help those investigators and support

13  staff to fulfill our mission.

14  Q.   Now what -- once -- when you took over as supervisor, what

15  was the first significant event that happened in this

16  investigation?

17  A.   That would have been in March of 2016.

18  Q.   What happened?

19  A.   The defendant was released from MDOC custody.

20  Q.   Now, at this point, he had spent some time in -- in prison.

21        Why keep the investigation open that entire time?

22  A.   Well, the state investigation was separate from what the

23  FBI was investigating.  And there were still questions to be

24  answered, so the investigation stayed open.

25        And there wasn't a lot of activity, obviously, while

1    he was in the MDOC system.  But once he was released, then the

2    investigation kind of started over again.

3    Q.  Okay.  So we all understand acronyms, what is "MDOC"?

4    A.  Michigan Department of Corrections.

5    Q.  Thank you.

6            So what were these questions that were still

7    unaddressed in the FBI's concerns?

8    A.  Well, prior to being incarcerated, he had made overtures of

9    travel and join a terrorist organization.  So there were still

10   questions about whether he still had that intent or willingness

11   to do that.

12   Q.  Now, at this point in March of 2016, how hands-on was the

13   investigation?  What steps was the FBI taking?

14   A.  Post release?

15   Q.  Yes.

16   A.  So at that point, the investigator had reached out to the

17   parole officer, had conducted a few spot checks, and we ran

18   some database checks.

19   Q.  How would you compare the investigatory -- investigatory

20   steps and the surveillance level at this point in March of 2016

21   versus what it was at the end of 2012, beginning of 2013?

22   A.  While I was -- while I was on the squad at that time, I

23   really wasn't familiar with the, the Naser investigation that

24   was running on the squad.  I didn't really partake in it.  So I

25   can't really speak to the surveillance level then.

```
 1              I will say when he was released, we conducted spot
 2    checks.  And that's basically what it sounds like.  A drive by
 3    a house to see if a vehicle is there or some other location to
 4    see if there is information pertinent to the investigation.
 5              So it's not a surveillance in which there is a team of
 6    cars tracking every move that's made.  This is just a drive-by
 7    that's typically very quick and for a specific reason.
 8    Q.  So is it kind of like starting the investigation from the
 9    beginning and the, you know, initial steps that you would take
10    if you were starting a new investigation, for example?
11    A.  It was very similar to that.  Upon his release, we wanted
12    to verify where he was living, and that was the reason for the
13    spot check.  And then contact the parole officer to get any
14    pertinent information regarding his telephone number, any email
15    addresses, any type of social media use that he may be
16    undertaking.
17    Q.  You've used the word "spot check" a few times.  What is a
18    spot check, and what is its purpose?
19    A.  Like I mentioned, a spot check is just a quick drive by to
20    ascertain if somebody is where you think they are going to be.
21    So in this instance, a spot check of his residence would look
22    for his vehicle in the driveway, that we thought he might be
23    driving.
24    Q.  Now, who was his parole officer at the time?
25    A.  Cynthia Simon.
```

**MILAN SUCEVIC - DIRECT BY MR. SLAVIN**

1  Q.  And to your knowledge, was she keeping a close eye on him?

2  A.  So he was meeting with her on a regular basis, but there

3  were some things that she had told a couple of my

4  investigators --

5          MS. BASHI:  Objection.  Hearsay.

6          MR. SLAVIN:  Your Honor, this is being proffered for

7  the effect in the investigation, not for the truth of the

8  matter.

9          THE COURT:  Sounds like hearsay to the Court.  The

10  objection is sustained.

11  BY MR. SLAVIN:

12  Q.  To your knowledge, are -- are home visits a required part

13  of supervision?  Or generally part of supervision?

14  A.  I believe they are part of supervision, yes.

15  Q.  And do you know if Parole Agent Simon conducted any home

16  visits?

17  A.  I am not aware of any being done, no.

18  Q.  Now, was there any specific information that the Bureau

19  wanted to get from his parole officer?

20  A.  As I mentioned, we were curious to know what telephone

21  numbers he was using, what email addresses he was using, verify

22  his residence, if there was -- if he was being employed, if he

23  was online using any type of social media apps.  Those types of

24  things.

25  Q.  And why were you interested in that specific information?

MILAN SUCEVIC - DIRECT BY MR. SLAVIN

1   A.   Well, that's information that we could use to then

2   ascertain whether or not he was -- who he was talking to, what

3   he was looking to consume, things of that nature.

4   Q.   And why did you care about that?

5   A.   So at this point in time, globally, ISIS was a main concern

6   for all of us in the intelligence community.  And ISIS was very

7   good at using social media apps and encrypted communication

8   applications or platforms to converse with people around the

9   world and to spread their propaganda.

10          And we were, as part of any investigation, just using

11  the phone number, the email addresses to see if there was any

12  contact with any people that might be associated with ISIS.

13  Q.   And did you get the information you needed?

14  A.   We got the phone number, his residence, his vehicle.  But

15  at the time, he, he told Ms. Simon he didn't have any social

16  media accounts.

17  Q.   So based on the information that the FBI was receiving from

18  the parole officers, what was the FBI's plan with the

19  investigation?

20  A.   So we fast-forward to the end of 2016, I had a conversation

21  with the case agent that, unless there is new developments that

22  took place in the next 90 days, we would have looked to

23  interview the defendant and then, if warranted, close the case.

24  Q.   Why would you need to interview him before closing the

25  case?

MILAN SUCEVIC - DIRECT BY MR. SLAVIN

1   A.   That's a standard practice that we do when we're looking to

2   close a case.  So the case agents can get in front of the

3   defendant, get a feel for the information that they would be

4   providing, and then make an evaluation on whether or not that

5   information warrants closing the case or are there new concerns

6   that arise that warrant us continuing the investigation.

7   Q.   Did you end up closing the case?

8   A.   We did not.

9   Q.   Did something happen that changed your mind?

10  A.   In the beginning of January of 2017, a database check was

11  run on a phone number, and it provided a Telegram user account

12  associated with the defendant with the user name

13  "I-S-X-X-X-I-S."

14  Q.   All right.  You mentioned that the database check was run

15  on a phone number.  Where did this phone number come from?

16  A.   From the parole officer.

17  Q.   Now, why did getting that information change your view of

18  the case?

19  A.   Well, this was the first piece of information that had

20  ISIS-related -- I won't say material, but there was an

21  ISIS-related monicker being used.

22       And as I mentioned a few moments ago, at that time,

23  ISIS was the threat in the world, both to our international

24  partners and communities here in the U.S.

25  Q.   Was the fact that it was a Telegram account concerning as

1   well?

2   A.  It was.  Telegram, WhatsApp are encrypted communication

3   apps.  And it was known that ISIS was using that Telegram app

4   to communicate with folks around the world, both in trying to

5   get -- helping folks to Syria, as well as helping them plan

6   attacks wherever they may reside.

7   Q.  Is Telegram a harder application for law enforcement to see

8   what's going on?

9   A.  It is.  There is no -- at that time, there was no legal

10  processing that we could provide to anybody to get any type of

11  content.  It's much different than if you have a T-Mobile

12  phone, where we can serve a subpoena or search warrant.  We

13  didn't have those options with Telegram.

14  Q.  And was that pretty commonly known?

15  A.  Yes.

16  Q.  Including by terrorist organizations like ISIS?

17  A.  Correct.

18  Q.  Was his user name, in itself, a concern?

19  A.  Well, it had "ISIS" in his name, so it did cause some

20  concern.

21  Q.  What happened next in the investigation?

22  A.  So we move to May of 2017.  Two events take place.  The

23  first one was MDOC conducted a home visit of the defendant, and

24  then provided the FBI with the results of that home visit.

25  Q.  "MDOC" being, again, the Michigan Department of

1    Corrections?

2    A.   That's correct.

3    Q.   So is this part of his parole, this visit?

4    A.   That's correct.

5    Q.   And was this Officer Simon, who you talked about, who did

6    the visit or different parole officers?

7    A.   They were different parole officers.

8    Q.   Who conducted this visit?

9    A.   It was Derrick Bond and Charles Wright.

10   Q.   And what was notable about this visit, if anything?

11   A.   Well, they, they just gave us a report.  At first, there

12   wasn't anything notable.  There was some writing on note cards

13   and in a spiral binder that were in Arabic, but, you know, at

14   that point, that wasn't a concern.  It was just Arabic writing.

15   We, we had to get it translated to find out what it said.

16          He was -- had a room that had a computer, had a drone

17   manual.  So that was really the gist of, of what the report

18   provided to us.

19   Q.   Did your concern level change after those writings were

20   translated?

21   A.   It did.

22   Q.   How so?

23   A.   So there was one of the -- I believe it was the note card,

24   it had a number of lines, but one of the lines was, "I am the

25   son of the Islamic State."  And then there was some other

93

```
 1   writing in the spiral notebook that also talked about, I
 2   believe it was, the Caliphate.
 3   Q.  And essentially next to this, was the drone information
 4   concerning?
 5   A.  So, yes.  At that point in time, again, we're back in 2017,
 6   there had been an arc of use of drones by ISIS.  It began with
 7   them using drones to shoot some propaganda video.  Then it went
 8   into more militaristic use of it for guiding missiles.  And at
 9   the end, they started putting payloads on them, to make them
10   almost like a rocket to deliver explosive payloads.
11   Q.  Did this information from this visit change how the
12   investigation was being conducted?
13   A.  Well, it definitely made us realize that we're not closing
14   this case and that we're going to continue with the
15   investigation, which would include, you know, additional
16   subpoenas and other investigative activity.
17   Q.  Did you increase surveillance or anything like that?
18   A.  Not at this point, no.  We did later that summer, but not
19   at this point.
20   Q.  Now, you said that there were two things that happened
21   that, that month in May of 2017.  You just described one.
22            What is the other?
23   A.  So we received a lead from our Los Angeles field office.
24   They had an employee who was on a Paltalk forum, and there was
25   concern that a user on that Paltalk forum with the moniker
```

1    "MuslimX1" had been making some pro-ISIS statements.

2            And the reason it came to Detroit was that they ran

3    some legal processing and found the IP, or internet protocol,

4    address resolved back to the Metro Detroit area.

5    Q.  And what does it mean for an IP address to resolve to the

6    Metro Detroit area?

7    A.  It means that the user of, of whatever device that used

8    that IP address is located here in the Detroit area.

9    Q.  Were there any other indications that the person was

10   located here, and wasn't, you know, overseas?

11   A.  So within the information, there was talk of a child who

12   could be heard in the background speaking English and watching

13   an English television show or cartoon.  So, really, that was --

14   between the IP address and that information, it, it led to

15   believe that it was here in the U.S.

16   Q.  Did the Los Angeles field office that sent you this lead

17   know anything about your investigation into the defendant?

18   A.  No.

19   Q.  Did they even know, to your knowledge, that the

20   investigation existed?

21   A.  Not that -- not to my knowledge, no.

22   Q.  And was the defendant's name mentioned in this lead at all?

23   A.  No, it wasn't.

24   Q.  What was so concerning about this user "MuslimX1" that this

25   lead was passed to you from Los Angeles?

1    A.   Well, it talked about supporting ISIS in more than words,

2    and taking to the streets to support ISIS.

3    Q.   The lead said that Muslimx1 was using that language?

4    A.   Correct.

5    Q.   So when you -- when that lead came to you, did it come to

6    you as the supervisor of the unit?

7    A.   So typically, when a lead comes into any squad, it comes to

8    the supervisor first, and then the supervisor assigns it out to

9    either an agent or a task force officer.

10   Q.   Why did it come to you instead of a different supervisor?

11   A.   Because we were dealing with ISIS investigations.

12   Q.   And when you got that lead, what did you do?

13   A.   I assigned it to our Livonia task force officer, Megan

14   McAteer.

15   Q.   And what did you ask Ms. McAteer to do?

16   A.   I asked her to get a subpoena so we could find out where

17   that IP address resolved to, specifically what address.

18   Q.   And what was the result of that subpoena?

19   A.   It came back to the address that the defendant was living

20   in.

21   Q.   Now, once you determined that information, was there any

22   other information from the lead that suggested it was the

23   defendant who was Muslimx1?

24   A.   So one other piece of information provided was when the

25   male, or man, spoke Arabic, he had what was -- sounded like an

1   Iraqi accent.  And we knew that the defendant was from Iraq.

2   Q.  Was there anything else?

3   A.  And also, in the Paltalk, the user Muslimx1 stated that in

4   2012, while in Iraq, he killed a Christian jewelry owner.

5   Q.  And why was that --

6   A.  We knew that the defendant had traveled to Iraq in that

7   time frame.

8   Q.  Did this information have any effect on the investigation?

9   A.  Well, it was just another illustration to us that he was a

10  person of, of concern and interest, and we needed to keep

11  pushing this investigation forward.

12  Q.  So what steps did you initiate at this point?

13  A.  So this is towards the end of June.  So we got the subpoena

14  results back in the first half of June.  In the second half of

15  June, for approximately two weeks, we did have surveillance

16  teams following the defendant.

17  Q.  What happened next?

18  A.  From the surveillance or in the investigation?

19  Q.  In the investigation, looking forward to August of 2017.

20  A.  So in August, there was another MDOC home visit.

21  Q.  Do you know who conducted that visit?

22  A.  It was the same individuals from the previous May one.  It

23  was Derrick Bond and Charles Wright.

24  Q.  And do you know if anything notable happened during that

25  visit?

1    A.   Yes.  So initially, the defendant provided his iPhone to

2    Charles Wright to look through; gave him a walk-through of the

3    house; went in the -- in the basement as well, walked through

4    it.  And upon coming back upstairs, Charles Wright noticed the

5    defendant lean over and either sit or lean back against

6    something he had taken off of a coffee table.

7    Q.   Do you know what that something turned out to be?

8    A.   It turned out to be an LG phone.

9    Q.   Now, was there anything else that FBI had as part of its,

10   its investigation that mentioned an LG phone?

11   A.   Well, so when Los Angeles did their legal processing,

12   within that processing, it mentioned that an LG phone was used

13   for that Paltalk conversation.

14   Q.   At this time, did you learn anything else about the LG

15   phone?

16   A.   In terms of?

17   Q.   In terms of what was on the phone.

18   A.   So not initially, no.  We waited to get legal processing so

19   that we could access that phone.

20          And once we got legal process and looked through the

21   phone, that's when we saw ISIS propaganda, instructions to

22   build explosives, ISIS flag, things of that nature.

23   Q.   What happened next?

24   A.   So we're going now into October of 2017.  I believe the

25   19th, another home visit was conducted, at which time MDOC

MILAN SUCEVIC - DIRECT BY MR. SLAVIN

1   learned that the defendant had moved into the basement of his

2   house and had been -- and had started to rent out two bedrooms;

3   and that his wife and kids had moved out.

4   Q.  Did you learn of any other observations from that visit?

5   A.  There was some drone -- drones that were in the basement.

6   And then he was going to rent out the -- that he was renting

7   out the rooms.

8   Q.  So based on all of the information that the FBI had

9   acquired by this point, what did the FBI do?

10  A.  So at the end of October, on the 30th, we executed a search

11  warrant at the defendant's residence.

12  Q.  Did you have a role in that -- in this -- that search on

13  October 30th?

14  A.  So as a supervisor, my role is basically an on-scene

15  commander in which I am there in case anything might go bad so

16  that I can work with our local partners or bring in other

17  resources, if needed.

18       I'm not part of the entry team.  I'm not part of the

19  search team.  I'm there just in a -- like an over watch

20  capacity.

21  Q.  And in that capacity, did you walk through the defendant's

22  home?

23  A.  Yes.  Once the location was considered safe, I did walk

24  through the home.

25  Q.  Okay.  Was this the entire home that you walked through?

1  A.  It was.

2  Q.  All right.  Let's start with you walking in.

3         What did the house look like?

4  A.  So I walked in.  There is a, like a doorway off the

5  kitchen.  So when you walk in the door, you go -- you can go

6  down to the basement or turn right and go into the kitchen.

7         So then there is a kitchen, you know, refrigerator,

8  cabinets, normal kitchen.  You walk through that, leads to like

9  a family room area, and then there is the three bedrooms.

10  Q.  Now, and this is the first floor of the house?

11  A.  This is the first floor, yes.  It's -- I'm sorry.  It's

12  a -- so it's a one-story building with a basement.

13  Q.  Was anything of interest found on the first floor?

14  A.  So there is a closet by the bathroom, and there was some

15  pool shock that was found in that bathroom.

16  Q.  Do you know what "pool shock" is?

17  A.  You use it to clean a pool.

18  Q.  Was there a pool at the defendant's house?

19  A.  No, there wasn't.

20  Q.  Was there a hot tub or anything like that?

21  A.  No, there wasn't.

22  Q.  Okay.

23         MR. SLAVIN:  Can we please, Ms. McDonald, show

24  exhibit 15-1.57, which is in evidence.

25  BY MR. SLAVIN:

MILAN SUCEVIC - DIRECT BY MR. SLAVIN

1   Q.  Do you have a laser pointer there on your --

2   A.  Ah, I do.

3   Q.  Okay.  If you push the button in the middle, can you --

4   well, first of all, can you tell us what we're looking at?

5   A.  So that would be -- I'm sorry.

6         That would be the, like, closet by the bathroom, and

7   the pool shock is right here [indicating].

8   Q.  Right where you're pointing?

9   A.  Yeah, where the red dot is.

10  Q.  Okay.  And this is on the, the linen closet on the first

11  floor?

12  A.  On the main floor, yes.

13        MR. SLAVIN:  Can we please put up 15-1.209.

14  BY MR. SLAVIN:

15  Q.  Can you tell us what we're looking at?

16  A.  Yeah.  That's the, that's the shock that was in that

17  closet.

18  Q.  All right.

19        MR. SLAVIN:  We can take that down.

20  BY MR. SLAVIN:

21  Q.  Was there anything else found on the first floor that was

22  of interest?

23  A.  So in one of the bedrooms that was empty at the time, in a

24  dresser, there was what, at first glance, appeared to be a

25  weapon, a handgun.  But upon further evaluation, it was a BB

 1   gun.

 2   Q.   Now, was there anything in that BB gun?

 3   A.   It had a magazine that had BBs in it.

 4          MR. SLAVIN:  Can we show -- put up Exhibit 15-1.51,

 5   please, which is in evidence.

 6   BY MR. SLAVIN:

 7   Q.   Can you tell us what we're looking at?

 8   A.   So this was supposed to be a bedroom that was being rented.

 9   However, from an interview with the tenant that was at the

10   residence the day of the search --

11          MS. BASHI:  Objection.  Hearsay.

12          MR. SLAVIN:  I'll -- I will withdraw the question.

13          THE COURT:  Are you going to agree --

14          MR. SLAVIN:  Well, I'm not going to withdraw the

15   question.  We can strike that part of the answer.

16          THE COURT:  All right.  Noted for the record.  That

17   portion of the answer will be stricken.

18   BY MR. SLAVIN:

19   Q.   Did you see this bedroom on the day of the search?

20   A.   I did.

21   Q.   Okay.  And is this what it looked like?

22   A.   It -- it was.

23   Q.   Okay.

24   A.   It did look like that, yes.

25   Q.   Okay.  Can you tell us what we're looking at?

1    A.   So right here is the drawer that had the BB gun in

2    question.

3    Q.   And is that the BB gun, visible in that drawer?

4    A.   It is.

5         MR. SLAVIN:  We can take this down.

6    BY MR. SLAVIN:

7    Q.   Did you go downstairs after this?

8    A.   I did.

9    Q.   What did it look like?

10   A.   So when you walk down the stairs, to the right was the

11   washer and dryer.  There may have been some kids toys there.

12        Straight down the stairs as you walk towards the back

13   wall, there was a couple tables that had drones in various

14   stages of completeness.  There was a cabinet on the left-hand

15   side, a white cabinet.  And in the back corner was a table that

16   had some coffee filters, some glass measuring cups, and some

17   other, I don't know, Tupperware type things.

18        And then if you turned right at, at the table with the

19   drones, that was like a makeshift sitting area with some

20   couches, looked like a, a bed on the floor, and there were

21   boxes.

22   Q.   Okay.  It might be easier to, to see this visually.

23        MR. SLAVIN:  So can we put up exhibit 15-1.25, please.

24   BY MR. SLAVIN:

25   Q.   And using the laser pointer, can you explain what we are

1    looking at?

2    A.   Okay.  So as I just mentioned before, the stairs would be

3    off the screen.  You come down the stairs.  This would be what

4    I described in front of us.  Here are the tables that have the

5    drone [indicating].  Here is the cabinet.  And then the back

6    here was the coffee filters and some of the glass measuring

7    cups.

8         This was the area that had, you know, boxes and, and

9    Rubbermaid containers.

10        And then as you go off the screen -- I'm sure we'll

11   see it later -- but that's where, like, the sitting area was.

12        And you're basically looking at this from in front of

13   either the washer or dryer looking at that back corner.

14        MR. SLAVIN:  Can we put up the, the next -- the next

15   exhibit, .26.  And we'll, we'll keep going through a few of

16   these.

17   BY MR. SLAVIN:

18   Q.   Can you walk us through what we're seeing in this

19   photograph?

20   A.   This is another view of the basement, more from probably

21   towards the base of the, the stairs and against the wall where

22   you see -- here is the table with the drones [indicating].

23   This is the area that had the boxes and, and the Rubbermaids.

24   And then in this area here is where the couch is and, and the

25   looked like maybe a mattress or makeshift bed was on the floor.

1        MR. SLAVIN:  Can we go 27, please.

2   BY MR. SLAVIN:

3   Q.  Can you walk us through what we're seeing here?

4   A.  Yeah.  That's the same, just backed up more towards the

5   stairs, showing -- again, here is the, the tables that I

6   described earlier, and then all of the household goods of,

7   like, clothing and, and stuff of that nature.

8   Q.  Is that the closet to the left, right next to the table?

9   A.  Yeah.  This is that closet I mentioned.

10  Q.  And then is there a table in the back?

11  A.  Yeah.  You can just see -- I think this is -- this is the,

12  the tip of that table against the wall there.

13        MR. SLAVIN:  28, please.

14  BY MR. SLAVIN:

15  Q.  What are we looking at here?

16  A.  More of the, the table that had the drones on it.  You can

17  see this is a drone [indicating].  And then should be one right

18  here.  And then you have various wires and cutters and things

19  of that nature.

20  Q.  Is this view roughly from the closet that you pointed

21  out --

22  A.  Yeah.  That would be roughly from where that -- maybe a

23  little bit off to the side, but right from that closet area.

24        MR. SLAVIN:  29, please.

25  A.   And this is that back table I described with the coffee

```
 1   filters.  Here is the measuring cups and then some glass jars,
 2   and then just some other type of bowls.
 3   BY MR. SLAVIN:
 4   Q.  Is that closet, again, visible in this picture?
 5   A.  Yeah, the corner of it right here [indicating].
 6        MR. SLAVIN:  Skip ahead to 32, please.
 7   BY MR. SLAVIN:
 8   Q.  What are we looking at?
 9   A.  So this is the, the far corner that you can just barely
10   make out from where the, the table with the, the drones and
11   stuff was on [indicating].  The couch, looks like some bedding
12   here.  Here is a computer.  And then just miscellaneous odds
13   and ends.
14        MR. SLAVIN:  Can we skip to 124, please.  124.
15   BY MR. SLAVIN:
16   Q.  What is this?
17   A.  So this is that cabinet described earlier but with the
18   doors open.
19        MR. SLAVIN:  Can we go to 128.
20   BY MR. SLAVIN:
21   Q.  What is this?
22   A.  This is the, I believe, the top drawer.  Shows some lights,
23   some matches, some -- looks like nail polish remover or -- and
24   then these might be, like, zip ties.
25        MR. SLAVIN:  Can we -- can we zoom out and go back to
```

1    124?

2    BY MR. SLAVIN:

3    Q.  Do you see where in this --

4    A.  Oh, yeah, yeah.  So it's further down.  I'm sorry.  It was

5    looking -- it was pointed up.  So that's the third -- the

6    second from the bottom here.

7         MR. SLAVIN:  Can we go to 129, please.

8    BY MR. SLAVIN:

9    Q.  Is this the same -- same closet?

10   A.  Yes.

11   Q.  This is the bottom shelf of it?

12   A.  Yes, it is the bottom.

13   Q.  And what do we see here?

14   A.  There is some acid in this container.

15   Q.  Okay.  All right.

16        MR. SLAVIN:  We can take that down.

17   BY MR. SLAVIN:

18   Q.  You mentioned coffee filters.

19        Had you been to the kitchen of the house?

20   A.  I was, yes.

21   Q.  Did you see a coffee machine there?

22   A.  I did not.

23   Q.  You text -- you testified about the parole officers seeing

24   some index cards on a previous visit and about the translation.

25        Do you recall seeing those index cards during this

1  search?

2  A.  I do not.

3  Q.  Do you recall seeing any weapons when you were in the

4  basement?

5  A.  So there were some knives in the basement.  One was a cane

6  that you pulled apart and the knife or the sword -- turned into

7  a sword, and then there were some flip knives.

8         MR. SLAVIN:  Let's put up 15-1.81.

9  A.  So that would have been the cane sword right on top of this

10  Rubbermaid.

11  BY MR. SLAVIN:

12  Q.  Okay.  Did you see that that day?

13  A.  I did.

14         MR. SLAVIN:  And 82, please.

15  A.  That's the sword that I saw.

16         MR. SLAVIN:  Okay.  Can I have 15-59, please?

17         Your Honor, may I approach?

18         THE COURT:  You may.

19  BY MR. SLAVIN:

20  Q.  I am going to hand you what has been marked as Proposed

21  Government Exhibit 15-59.

22         [Handing witness exhibit.]

23         Do you recognize it?

24  A.  I do.

25  Q.  What is it?

 1   A.  This is the sword cane that was found in the basement of

 2   the defendant's house.

 3   Q.  And is it in substantially the same condition as when you

 4   saw it on -- in 2017, on October 30th?

 5   A.  It appears to be.

 6            MR. SLAVIN:  Move to, at this time, to admit Exhibit

 7   15-59.

 8            MS. BASHI:  No objection.

 9            THE COURT:  Unless there is a new basis, it's

10   admitted.

11            Admitted.  Go ahead.

12            MR. SLAVIN:  I'm sorry.  Did you say "objection" or

13   "no objection"?

14            MS. BASHI:  No objection.

15            THE COURT:  Oh.

16            MS. BASHI:  I'm sorry.

17            THE COURT:  Thank you.  I misheard you.

18            Admitted.  Thank you.

19            MR. SLAVIN:  I also just assumed.  And, no, I don't

20   think I actually heard it orally.

21            THE COURT:  Okay.  You just need to pull the

22   microphone closer to you.

23            MS. BASHI:  I'm sorry, your Honor.

24       (GX 15-59 received in evidence.)

25   BY MR. SLAVIN:

1    Q.  All right.  Now, can you please show the jury this exhibit.

2    A.  [Displaying exhibit.]

3    Q.  Just hold it up.

4    A.  [Displaying exhibit.]

5    Q.  You can put it down.  Thank you.

6         Did you also search a car on that day?

7    A.  Yes.  There was a car in the driveway.

8    Q.  What kind of car was it?

9    A.  It was a white Saturn sedan.

10   Q.  Did you see anything of interest in the car?

11   A.  Yes.

12   Q.  Can you tell us what?

13   A.  So in the middle console, there was a container of pellets.

14   There was one round of .38 -- ammunition for a .38 caliber

15   weapon, BBs, and there were $CO_2$ cartridges.

16        And then in the door, the driver's side door, the

17   pocket, there was like a stun -- a stun gun.

18        MR. SLAVIN:  Can we please put up Exhibit 15-1.169.

19        And there's going to be a series of 15-1's, so I'll

20   just be saying the last digits.

21        Okay.  That is not -- I thought it was -- I must have

22   got the number wrong.  Can we do 177, please.

23   BY MR. SLAVIN:

24   Q.  Can you tell us what we're looking at?

25   A.  So this is the driver's side door.  Here is the door

MILAN SUCEVIC - DIRECT BY MR. SLAVIN

1    pocket.  And this is that, what I called the stun gun, in this

2    black -- it's a purple stun gun in a black case.

3              MR. SLAVIN:  188, please.

4    BY MR. SLAVIN:

5    Q.  What is this?

6    A.  That would be what was in the door that was in the previous

7    slide, the case and then the stun gun itself.

8    Q.  Thank you.

9              MR. SLAVIN:  195, please.

10   BY MR. SLAVIN:

11   Q.  What are we looking at?

12   A.  So that's the inside of the car.  And this is the middle

13   console that I mentioned.  Here are the BBs and the $CO_2$ -- $CO_2$

14   cartridge.

15   Q.  The $CO_2$ cartridge is in that box below the BBs?

16   A.  Right here in this [indicating.]

17   Q.  Okay.  And this was -- these are found in that general area

18   of the car?

19   A.  That's correct.

20             MR. SLAVIN:  20 -- sorry.  196, please.

21   BY MR. SLAVIN:

22   Q.  Can you tell us what we're looking at?

23   A.  A closer image of the last photo, showing the container

24   with the BBs and then the box with the $CO_2$ cartridges, which

25   you can see a picture of that right here.  [Indicating.]

1            MR. SLAVIN:  Now let's go to 202.

2   BY MR. SLAVIN:

3   Q.  Can you tell us what we're looking at?

4   A.  And that's just an up-close picture of what was shown in

5   the previous two, the $CO_2$ cartridges and the BBs.

6            MR. SLAVIN:  205.

7   A.  This is that .38 caliber round that I mentioned.

8   BY MR. SLAVIN:

9   Q.  Okay.  Was this the only round found?

10  A.  Yes.

11  Q.  And to be clear, did you find a matching gun?

12  A.  We did not.

13           MR. SLAVIN:  218, please.

14  BY MR. SLAVIN:

15  Q.  What are we looking at?

16  A.  This is the container that has -- when I grew up, they were

17  called pellets for a pellet gun.

18  Q.  How many of those are in the container?

19  A.  It listed as 250.  I -- I did not take them out and count,

20  so I wouldn't be able to tell you if there were 250.

21  Q.  Okay.  Was a matching gun that would fire those pellets

22  found on the scene?

23  A.  No.

24           MR. SLAVIN:  And then finally, 221, please.

25  A.  And that would -- that would be that pellet container that

```
 1   was from the previous photo.
 2            MR. SLAVIN:  Okay.  We can take this down.
 3            Your Honor, I'm going to ask to approach about five
 4   more times with physical exhibits.
 5            THE COURT:  All right.  You may continue to approach
 6   the witness.
 7            MR. SLAVIN:  Thank you.
 8            May I have Exhibits 15-54 and 15-54.1, please.
 9   BY MR. SLAVIN:
10   Q.  [Handing witness exhibits.]  Do you recognize what I've
11   handed to you?
12   A.  Yes.
13   Q.  What is it?
14   A.  This is the container of BBs that was found in the vehicle.
15   And here is a little baggie with some BBs in it.
16   Q.  Were -- other than some of the BBs being taken out of the
17   container and put in that bag, is it in substantially the same
18   condition as when you saw it on October 30th, 2017?
19   A.  Yes.
20            MR. SLAVIN:  Move to admit Exhibits 15-54 and 15-54.1.
21            MS. BASHI:  No objection.
22            THE COURT:  Admitted.
23        (GX 15-54 and 15-54.1 received in evidence.)
24   BY MR. SLAVIN:
25   Q.  I'm going to ask you to just pile that stuff up, and we'll
```

1    collect it at the end.

2    A.  Okay.

3    Q.  Now I'm going to hand you what's been marked as Exhibit

4    15-56.

5            [Handing witness exhibit.]

6            Do you recognize that?

7    A.  I do.

8    Q.  What is it?

9    A.  This is the box of $CO_2$ cartridges that was found in the

10   vehicle.

11   Q.  And is it in the, substantially the same condition as on

12   the date you saw it?

13   A.  Yes.

14           MR. SLAVIN:  Move to admit Exhibit 15-56.

15           MS. BASHI:  No objection.

16           THE COURT:  Admitted.

17       (GX 15-56 received in evidence.)

18   BY MR. SLAVIN:

19   Q.  Can you go ahead and show that to the jury, please?

20   A.  [Displaying exhibit.]

21   Q.  Can we actually do the same with the BBs, please?

22   A.  [Displaying exhibits.]

23   Q.  Thank you.

24           I'm now going to show you what has been marked as

25   Exhibit 15-52.

1              [Handing witness exhibit.]

2              Do you recognize that?

3    A.  I do.

4    Q.  What is it?

5    A.  It's a .38 caliber round that was found in the vehicle.

6    Q.  Again, is it in the same or substantially the same

7    condition as on the date that you saw it?

8    A.  It appears so to me, yes.

9              MR. SLAVIN:  Move to admit Exhibit 15-52.

10             MS. BASHI:  No objection.

11             THE COURT:  Admitted.

12        (GX 15-52 received in evidence.)

13   BY MR. SLAVIN:

14   Q.  Can you go ahead and show that to the jury?

15   A.  [Displaying exhibit.]

16   Q.  Is it that -- in that corner of the bag there?

17   A.  Yeah.  It's swimming in the corner.

18   Q.  Go ahead and put that down.

19             Now I'm going to show you what has been marked Exhibit

20   15-53.

21             [Handing witness exhibit.]

22             Do you recognize this?

23   A.  I do.

24   Q.  What is it?

25   A.  It's the stun gun that was found in the driver's side door

1  pocket.

2  Q.  And, again, is it in the same or substantially the same

3  condition as when you saw it on -- in 2017?

4  A.  Yes.

5          MR. SLAVIN:  Move to admit Exhibit 15-53.

6          MS. BASHI:  No objection.

7          THE COURT:  Admitted.

8      (GX 15-53 received in evidence.)

9  BY MR. SLAVIN:

10 Q.  Can you go ahead and show that to the jury, please?

11 A.  [Displaying exhibit.]

12 Q.  Can you point out which is the --

13 A.  Here -- [Indicating.]

14 Q.  -- Taser?

15 A.  -- the black is the case, and the purple is the Taser.  Or

16 stun gun.

17 Q.  Go ahead and put that down.

18         And finally, I'm going to show you what has been

19 marked as Exhibits 15-55 and 15-55.1.

20         [Handing witness exhibits.]

21         Do you recognize these?

22 A.  Yes.

23 Q.  What are they?  Let's start with 15-55.

24 A.  It is the container that had the pellets in it.

25         [Displaying exhibit.]

1   Q.  And then 55.1?

2   A.  It is a little Ziploc that has two of the pellets in it.

3   Q.  And other than those two pellets being taken out of the

4   container and put in that Ziploc, are both of these exhibits in

5   substantially the same condition as on October 30th, 2017, when

6   you saw them?

7   A.  Yes.  The container looks the same to me.

8              MR. SLAVIN:  Move to admit Exhibits 15-55 and 15-55.1.

9              MS. BASHI:  No objection.

10             THE COURT:  Admitted.

11      (GX 15-55 and 15-55.1 received in evidence.)

12  BY MR. SLAVIN:

13  Q.  Okay.  Can you show the jury 15-55, first, the container?

14  A.  [Displaying the exhibit.]

15  Q.  And then 15-55.1.

16  A.  [Displaying the exhibit.]

17  Q.  How many pellets are in that bag?

18  A.  There are two pellets in the bottom corner here.

19  Q.  And I may have already asked you this, but was there a gun

20  found that could fit those pellets?

21  A.  No.

22             MR. SLAVIN:  No further questions at this time.

23             THE COURT:  Thank you, Mr. Slavin.

24             Ms. Bashi, you may proceed with cross-examination.

25             MS. BASHI:  Thank you.

```
 1              MR. SLAVIN:  Is it okay if we just leave all those
 2   things there and we'll collect them before lunch?
 3              MS. BASHI:  It's fine with me, as long as it's okay
 4   with you.
 5              THE WITNESS:  It's okay.
 6              MS. BASHI:  Okay.
 7         (Laughter in the courtroom.)
 8                         CROSS-EXAMINATION
 9   BY MS. BASHI:
10   Q.  Do you still have those -- hi, Mr. Sucevic.
11   A.  Hi.
12   Q.  Did I say that right?
13   A.  Sucevic, yeah.
14   Q.  Sucevic.
15              Do you still have those BB pellets up there?
16   A.  The container or the --
17   Q.  The separated ones, the ones that are outside of the
18   container.
19              MS. BASHI:  Your Honor, if it -- if -- with the
20   Court's permission, I would like to just pass these around to
21   the jury for them to, to look at them?  They've been admitted.
22              THE COURT:  I presume there is no objection --
23              MR. SLAVIN:  No.
24              THE COURT:  -- Mr. Slavin?
25              MR. SLAVIN:  No objection.
```

1           THE COURT:  You may.

2        (Brief pause.)

3           MS. BASHI:  I'll return these up here.  Thank you.

4    BY MS. BASHI:

5    Q.  Mr. Sucevic, as one of the supervising case agents on

6    Mr. Naser's case, did you at times prepare briefing for other

7    agents?

8    A.  My briefings were more towards those above me --

     Q.  Okay.

     A.  -- and at headquarters.

            With the FBI, a supervisor isn't considered a case

     agent.  It's considered a supervisor of the, the special agents

     that would fall under me, as well as the task force officers.

     Those would be the, the working street agents that would --

     Q.  That would prepare the briefing --

     A.  -- prepare briefings for other squad mates or a squad

     briefing.

     Q.  Okay.  Would you sometimes review those briefings?

     A.  I don't know --

     Q.  As their supervisor?

     A.  I mean, I don't know if I would review the briefing.  It

     would be in a forum of like a squad meeting in which the agent

     would present their briefing, and I may interject from time to

     time if needed.  But there wasn't a briefing, like maybe you're

     thinking of, where it's a written briefing.  In many instances,

the only time there was a written briefing, if there was an operation.

Q.  Okay.

A.  And in, in those instances, yes.

Q.  Okay.  Well, let me rephrase my question, then.

        Did you supervise the agents who coordinated the surveillance of Mr. Naser while you were the supervising agent on the case?

A.  Which surveillance are we talking about because --

Q.  Did you supervise any of the -- of the agents who were coordinating surveillance?

A.  Those that conducted spot checks, yes.  Those were --

Q.  Okay.

A.  -- people on the squad.

Q.  Did you supervise Agent McAteer?

A.  Yes.

Q.  I'm sorry.  TFO McAteer.

A.  Yes, I did.

Q.  Okay.  And did -- was she one of the, the individuals who coordinated surveillance of --

A.  Yes, she did.  She put paperwork through to request surveillance assets.

Q.  Okay.  And did you, yourself -- you said that you were present at the -- when the search was conducted on October 13th, right?

A.  On October 30th.

Q.  I'm sorry.  October 30th.

A.  Yes.

Q.  Okay.  And so you, you had seen Mr. Naser's home on
October 30th at least?

A.  Yes.

Q.  Had you seen it before that day as well?

A.  The inside or the outside?

Q.  The outside.

A.  I may have seen it in some photos that were getting ready
for the search warrant, but I hadn't been inside the house
until that day.

Q.  Okay.  I'm going to hand you what I am marking as Defense
Exhibit C --

          MR. GEROMETTA:  Yes.

          MS. BASHI:  -- I think?

          MR. GEROMETTA:  Yes.

          MS. BASHI:  C?  We're on C?

BY MS. BASHI:

Q.  [Handing witness exhibit.]

          It's about a -- I think a six-page or four-page
document.  If you could just take a look at that --

A.  Okay.

Q.  -- for a moment.

     (Brief pause.)

BY MS. BASHI:

Q.  Do the pictures in this document look familiar to you?

A.  Yes.

Q.  Okay.  Turning your attention to the second page of the document, is that a picture of the Warren Road residence, of Mr. Naser's residence, the outside of it?

A.  Yes.  With the construction equipment in front?  Yes.

Q.  Yes.  Do you see what -- can you describe what you see in that picture?

A.  That looks to be a skid-steer in what was the driveway. There is a pile of gravel with some, looks like brick pavers on a pallet in the front yard.  It looks like there's some landscaping work being done.

Q.  Okay.  And this was prepared -- that photo was included in this document with other photos?

A.  Yeah.  With what's stapled here?

Q.  Yes.

A.  Yes.

Q.  And does it appear that this was prepared as part of some surveillance briefing?

A.  That's what it appears to be, yes.

Q.  Okay.  And so -- and does it appear that that was prepared some time in October?

A.  Yes.  It references that date in the narrative.

Q.  Okay.  And the photo of the Westland home, the house itself

looks the same as when you went to execute the search warrant on the 30th?

A.  I don't recall a skid-steer being in the driveway.

Q.  The construction being there?

A.  Yeah.

Q.  But that's the house.

A.  Yeah, yeah.  I'm sorry.  That's -- that's the house.

Q.  Okay.  That's okay.  But on this picture, there is a bunch of construction stuff out front?

A.  Correct.

Q.  Looks like there's some kind of big landscaping project happening?

A.  Correct.  And I don't know -- there is no date posted on this photo, so I don't know when the photo was taken.

Q.  Okay.  Thank you.  I don't have any more questions about that.  [Retrieved the exhibit.]

        MS. BASHI:  I would -- can I ask Ms. McDonald to bring up 15- -- let me see if I can get this right -- 1.209.

        Thank you.

        MR. GEROMETTA:  No problem.

BY MS. BASHI:

Q.  I know it's sideways, but can you read those words that are on the front of it just below the "hth"?

A.  "Pop-up pool start up and maintenance kit."

Q.  Okay.  So this appears to be labeled as a start up kit?

MILAN SUCEVIC - CROSS BY MS. BASHI

A.  Correct.

Q.  For a pop-up pool?

A.  Correct.

Q.  What's the --

A.  Except -- so when you go down to the next line, it shows it's one pound of "shock 'n swim."

Q.  Okay.  Does that mean something to you?

A.  It's just pool shock.

Q.  Okay.  And it's labeled as a start up and maintenance kit?

A.  It is.

Q.  Okay.  What's a "pop-up pool"; if you know?

A.  I don't have any idea.

Q.  Okay.  It sound like probably it's not an in-ground pool, right?

        MR. SLAVIN:  Objection.  Speculation.

        THE COURT:  Sustained.

        MS. BASHI:  I'll withdraw it.  Thank you.

        You can take down that exhibit.  Thank you.

BY MS. BASHI:

Q.  You testified about the BB gun that was recovered?

A.  Correct.

Q.  And you also testified about -- we saw the BBs, right?  And then there were some pellets?

A.  Correct.

Q.  Do many BB guns also shoot pellets?

A.  I've never owned one that did.  So from personal

experience, I don't -- I don't know.

Q.  Okay.  And none of your training probably covers BB guns

much, right?

A.  No.

Q.  Okay.

        MS. BASHI:  If I can have one moment, your Honor?

        THE COURT:  You may.

        MS. BASHI:  I have nothing further.

        Thank you.

        THE COURT:  All right.  Thank you, Ms. Bashi.

        Is there requested redirect?

        MR. SLAVIN:  Extremely brief.

        THE COURT:  Okay.

                        REDIRECT EXAMINATION

BY MR. SLAVIN:

Q.  From your experience with different weapons, are there

differences in what you would call "bore sizes"?

A.  Yes.

Q.  Can you explain that?

A.  So different caliber weapons have a different bore size.

That's why you can't shoot a 9 millimeter through a .40 caliber

gun, because it just won't.  It may come out, but it's not

going to have the intended effect that you would look to.

Q.  Okay.  And would the same thing be true of -- of BB guns?

A.   Again, I'm a kid of the '80s, so, you know, Christmas
Story, "shoot your eyes out," we all had BB guns.  And my BB
gun was a BB gun, and I had pellet gun that was a pellet gun.
I didn't have one that would shoot both.

          MR. SLAVIN:  Thank you.

          Nothing further.

          THE COURT:  This concludes your testimony.  You are
excused, and you may step down.

          THE WITNESS:  Thank you, your Honor.

          THE COURT:  And if you would either retrieve those
items.

          Or, Mr. Slavin, if you, you would come forward and
retrieve those items.

          Members of the jury, we're going to have our lunch
break.  This will be a 35-minute lunch break.

          You all must follow the instructions of my staff.

          You can't discuss this case in any way and can't do
any research about it.

          THE LAW CLERK:  All rise for the jury.

     (Whereupon the jury was excused, 12:05 p.m.)

          THE COURT CLERK:  Court is in recess for lunch.

     (Court in recess, 12:05 p.m.)

     (Back on the record, 12:40 p.m.)

          THE LAW CLERK:  All rise.

          THE COURT CLERK:  The United States District Court for

the Eastern District of Michigan is back in session.

MS. MOHSIN:  Your Honor, may I just put something on the record?

THE COURT:  Yes.

MS. MOHSIN:  Assistant United States Attorney Dani Asher has entered an appearance in this case for this week. AUSA Moon is not available, so she's just filling in this week.

THE COURT:  All right.  I did notice that Mr. Moon was not here, and I did see Ms. Asher in the hallway.  And now I see her at counsel table.  Noted for the record.

We'll have the jury brought out.

Would you like to introduce Ms. Asher to the jury?

MS. MOHSIN:  Happy to do that.

THE COURT:  All right.

MS. MOHSIN:  And then our witness is already in the box.  I'm going to ask him to step out so he can be sworn when it's time.

THE COURT:  All right.

THE LAW CLERK:  All rise for the jury.

(Whereupon the jury entered the courtroom, 12:42 p.m.)

THE COURT:  Members of the jury, you all may be seated.

Everyone in the courtroom may be seated.

Members of the jury, Mr. Moon is not able to be in court this week, and there is another attorney who is appearing

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

on behalf of the United States Government.

       Ms. Mohsin, if you would proceed.

       MS. MOHSIN:  Thank you, your Honor.

       And ladies and gentlemen of the jury, I'd like to introduce Assistant United States Attorney Danielle Asher.

       THE COURT:  You may proceed.  You've called your next witness.  If you would just state his name for the record.

       MS. MOHSIN:  The government calls Charles Wright.

       THE COURT:  All right.  And, Mr. Wright, if you would just stand there and be sworn.

    (**Charles Wright**, sworn, 12:43 p.m.)

       THE COURT CLERK:  Thank you.  You may be seated.

       THE COURT:  You may proceed.

DIRECT EXAMINATION

BY MS. MOHSIN:

Q.  Mr. Wright, if you would please keep that microphone at -- at a good distance so that you can be heard.

       Would you, sir, please state your name and spell your last name for the members of the jury?

A.  My name is Charles Wright, W-R-I-G-H-T.

Q.  Sir, were you ever employed by the Michigan Department of Corrections?

A.  Yes.

Q.  How long were you employed by them?

A.  Little over 33 years.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.   And did you retire?

A.   Yes, I did.

Q.   And when did that retirement occur, approximately?

A.   August of 2022.

Q.   Would you please tell the jury a little bit about your career with MDOC or the Michigan Department of Corrections?

A.   Is there a time range that you'd like?

Q.   So when you started there, where you were, what you did. And sort of summarize it, if you could.

A.   Okay.  March 5th of 1989, I started with Department of Corrections.  That was my hire-in date.  Four year -- four months at the academy.  And then primarily, I worked at Huron Valley men's facility for 20 years, to 2009, 3201 Bemis Road in Ypsilanti, Michigan, as a correction officer where basically maintain as far as supervision over prisoners, ensuring as far as the ADLs was kept up --

Q.   ADLs?

A.   Assistant daily living.

Q.   Okay.

A.   Ensure as far as public safety and security in regards to seeing what's going on within the offenders.  Making sure they're adapting to whatever they're dealing with and their lifestyles, as long -- as far as talking with them on different personal occasions and things.

Q.   So you did about 20 years working in that facility; is that

right?

A.   Yes.

Q.   And then after that 20 years, what did you do the last 13 and a half years?

A.   March of 2009, I became a parole agent, covered basically, as far as in the Detroit area, 5300 Lawton Street metro parole.

Q.   Okay.  And you were a parole agent throughout that time in addition to, perhaps, some other duties?

A.   Yes.

Q.   So when you were working in the Huron Valley facility, did you interact with prisoners?

A.   A continuous basis.

Q.   And would you say -- how many, approximately, individuals would you say you interacted with?

A.   Over 20 years, I would say over thousands.

Q.   And when you became a parole officer or parole agent, did you interact with parolees?

A.   Yes.

Q.   Approximately, how many would you say you interacted with?

A.   Hundreds, maybe thousands.

Q.   Now, I want to direct your attention to some other duties that you mentioned or that you referenced.

     In addition to being a parole officer, did you ever participate in the Joint Terrorism Task Force at the FBI?

A.   Yes, I did.

Q.  And approximately, how long were you with the Joint
Terrorism Task Force or JTTF?

A.  Two and a half, maybe three years.  Give or take.

Q.  And were you a task force officer with the JTTF?

A.  Yes.

Q.  Did you have duties both as a Michigan Department of
Corrections parole officer as well as with the Task Force in
the JTTF?

A.  Yes.

Q.  Now, I want to talk with you about parole and -- and sort
of your experience as a parole agent.

        When an individual is released from prison and placed
on parole, what happens next, meaning immediately after --
after that person is released?

A.  Upon their release, they're supposed to report -- normally
report, either directly, depending if they have to have a GPS
bracelet or monitor on them.  Or they are supposed to report
within 24 hours upon release, depending that they were provided
transportation from MDOC or they had family members to take
them to the parole office.

Q.  So they need to report to the parole office within 24
hours?

A.  That is depending on their level, if they require GPS or
not.

Q.  Okay.  And then do they have any orientation by a parole

officer?

A.  Yes.  They're orientated prior to being released from --
from the prison or institution, wherever they're at.  And then
they're orientated again from whoever they're assigned.  Or it
could be a duty agent covering or another agent to orientate
them or special parole conditions and other things sent in
orientation packet.

Q.  So when we talk about "orienting" or "orientation," can you
just summarize what that means?

A.  Well, basically the orientation process is a get-to-know.
When I say "it's get to know," it's for the patrol agent to get
to know the opportunity to see what a -- a parolee, who is
coming out.  And also for the parolee to get a feel of whoever
the agent is.

        Same time, there is a supervision level that's set.
Special expectations that is reviewed.  The primarily ones are
going to be from as far as the special conditions of parole and
also other items.  It may be drug testing.  It may require
therapy.  It may require other things and also job
opportunities because first priority should be as far as public
safety.  Second is going to be as far as success of that
parolee from discharging from parole someday.

Q.  And so when you talk about protecting the public, is it the
parole officer's job to supervise the individual with that in
mind?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.  Absolutely.

Q.  And then when you talk about looking for, perhaps, programming, is -- is it part of a parole officer's job to provide some services or opportunities for the defendant to better themselves?

A.  Yes.  It's for the parole agent or parole officer to provide other services.  And give or take, depending on the parolee, they may select not to.  Some are required automatically.

Q.  And so you indicated that there might be different types of assistance that could be provided, job -- is job training one of them?

A.  Job training is one of them.  Also, care packet, resource packet to -- say I was in -- based in Wayne County.  So Wayne County resource packets.

Q.  Mental health treatment, if necessary?

A.  If necessary.

Q.  Drug treatment, if necessary?  Things of that nature?

A.  Yes.

Q.  Okay.  And do different parolees require, you know, sort or different levels of supervision depending on, you know, their background and their needs?

A.  Depending on as far as their institutional behavior, depending on their offense, and also depending on their public release.

Q.  Now, you talked about orienting the individual and
providing information about conditions.

Are you talking about conditions of parole?

A.  Yeah.  Conditions of parole, basically what the parole
board has come up with.  And in other words, prior to someone
being released -- so you have a person who is incarcerated.
They go see the parole board.  The parole board makes the
decision, either they're going to give them a continuous or
they're going to release them on parole under certain
stipulations.  Those stipulations are those conditions.

That, in return, is offered to the prisoner at the
time.  He has an alternative or she has an alternative to say,
"Hey, these are my conditions.  I can say, 'Yea,' or I can say,
'No.'"

And so upon those conditions, those are the same
conditions that are orientated prior to them to release.  They
sign saying, "Hey, I want to come out such-and-such date.  I'll
be released."  They're released.

Then to reiterate things, whoever the parole agent is
or duty agent or another agent at that office -- sometimes it
could actually be a supervisor surprisingly, depending on
workload -- the person will be orientated.

Q.  Okay.  And advised of the conditions of their release?

A.  Yes.  And also, they'll sign and date normally.  Sometimes
people will not sign it.

Q.  But for the most part, though, they're provided with that
information?

A.  Absolutely.

Q.  Okay.  Now, when individuals are placed on parole and
they're assigned parole agents, are they required to provide
their parole agents with certain types of information?

A.  They're -- they're instructed to provide as far as their
address.  They cannot move.  Or if there's emergency
circumstances, notify the agent ahead of time.  That's
something we can establish something and approve.  But they
have to have preapproved residence.  They have to provide their
phone numbers, their email addresses, and any other thing that
we may feel suited or needed for the success of the offender
while maintaining public safety we're supposed to be providing.

Q.  So things like phones, addresses, email accounts, those are
all things that the patrol agent is going to ask of a
defendant?

A.  Yes.  And also any type of job that they may have -- pay
stubs, bank accounts, whatever -- we're supposed to be informed
of the information.

Q.  Is it also common to ask about social media use?

A.  It is.  It is.  It really is.

Q.  Are there conditions also often imposed that limit where a
defendant can travel to or socialize with -- or who he can
socialize with?

A.  Yes.

Q.  And if they get in trouble, what they -- are they told what they're required to do if they get in trouble?

A.  Well, they're told during the orientation, before their release -- when they're released to their agent, they're told...

    And as a matter of fact, it's called a CFJ-105 form. On there any type of, I will say, certain behavior, whatever they have to report it immediately to the agent.

Q.  Okay.  Are they required to be honest?

A.  They're supposed to be.

Q.  Is that part of the conditions of their release, that they're going to be honest --

A.  Yes.

Q.  -- with their parole agent?

A.  Yes.

Q.  Are patrol agents authorized to question parolees about their activities?

A.  Yes.

Q.  Are they authorized to search a parolee's home or a phone to ensure that they're complying with their conditions of parole?

A.  Yes, under Special Condition 4.2, I believe --

Q.  Of their parole conditions?  It's a special condition?

A.  Yeah.

Q.  Do parole agents visit the home of their parolees from time to time?

A.  Yes.

Q.  And what's the purpose of visiting the home of a parolee?

A.  Well, primarily, again, to ensure as far as public safety, but more or less to see the success of the offender and make sure everything -- because a lot of times you can walk into a room and tell -- if somebody's been arguing, sometimes the mood is still there.

        Same time, seeing different type of environment.  We may see something that says, "Hey, you're doing this.  Do you ever think about this type of training?"  You know, for advancement or even education or even certain job requirements.

Q.  Would you say that doing home visits is an important part of a parole agent's responsibilities?

A.  I found it to be very significant.

Q.  Okay.  Now, are defendants, again, made aware of the fact that a parole agent has the authority to conduct these type of searches and ask these type of questions?

A.  You opened by saying "defendants."  Could you reword that question, please?

Q.  Can parolees, because you're dealing with parolees, are they aware of a parole agent's authority to conduct these type of searches and answer [sic] these type of questions?

A.  Before release and also after release.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.  And so this is that conditions that you were talking about before?  This is that set of conditions that are provided to the defendant?  That's how they're advised of it?

A.  Yes, they're provided with it before they're released and also after release.  Their signed copy.

Q.  Do parole agents have contact with their parolees at other times when they're -- other times when they're not conducting home visits?  So, for instance, in person, over the telephone, et cetera?

A.  Yes.  As a parole agent, you're required to make yourself available to -- if a parolee contacts you via by text, by email, or even by phone call, if they call and they leave a message, try and get ahold of them as soon as you're available to call them back, and find out what's going on.

Q.  Okay.  Now, earlier you referenced this CFJ-105 report.  Is that also called an Offender Supervision Report?

A.  Yes, to the best of my knowledge.

Q.  Okay.  And does that report have certain types of questions on it that a parolee is expected to answer?

A.  Yes.

Q.  And does that include things like address, phone number, contact with other individuals, law enforcement, place of employment, et cetera?

A.  Yes.

Q.  I want to direct your attention now to Aws Naser.

Are you familiar with this individual?

A.  Yes.

Q.  And do you know if Naser was released from custody and placed on parole supervision?

A.  Yes.

Q.  Do you know when that occurred, approximately?

A.  I believe it was January 5th of 2016, I believe it was.

Q.  Was he released from custody on March 18th of 2016?

A.  Well, he was paroled on January --

Q.  So I'm going to ask you --

A.  -- 5th, and then he was released to the office of March -- I believe 18th of 2016.

Q.  So we're going to focus on that March 18th of 2016 --

A.  Okay.

Q.  -- date.  Was that the date that he was placed into parole supervision?

A.  In review of the records, I believe so.

Q.  Okay.  Was that when he was released from prison, do you know?

A.  I believe he came to the office and was orientated on that date.  I wasn't assigned -- I was not his assigned agent at that current time.  I'd have to review further notes on that one --

Q.  I'm going to show you what's been previously marked Proposed Exhibit 1-36.  One moment.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

(Brief pause.)

MS. MOHSIN:  One moment, please, your Honor.

THE COURT:  All right.  You have the Court's indulgence.

(Brief pause.)

BY MS. MOHSIN:

Q.  I have just placed before you Proposed Government's Exhibit 1-36 and 1-37.  If you could take a moment to take a look at those.  And based upon your review of them, I'm going to ask if you know when he was released from prison.

A.  My response is going to be, according to the sheet, parole date was on January 5th, 2016.  He was orientated, according to the sheet, on 3-18-2016.

Q.  He was released?

A.  March 18th, 2016, I have orientation date here.

Q.  All right.  So you don't know when he was released?

A.  Well, I wasn't his agent at the time.  I'm only going by the documentation.  It was on here he was paroled on January 5th.  And for him to report to our office, that's the day he started actually our supervision on him, and that was on 3-18-2016.

Q.  When he was first released, or based on the documentation you have before you, do you know who his parole agent was?

A.  Oh, in review of the records, it was -- according to here, it was Agent Cynthia Simon.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.   Okay.  Now, just so the jury knows, at some point you became his parole agent; is that right?

A.   That is correct.

Q.   That happened later in the future?

A.   Yes.

Q.   And so to the extent that things happened before you became his parole agent, were you generally aware of them through review of the file?

A.   Yes, back then, yes.

Q.   Okay.  So after he reported to Cynthia Simon or, rather, it says his parole agent was Cynthia Simon, do you have an understanding of how long the defendant reported to Cynthia Simon?

A.   I believe he reported to Cynthia Simon, because on this -- on that particular day, it appears that he was orientated by Agent Lail Monday, which meant Cynthia Simon wasn't available. But as far as my understanding of the review of the records, that he reported to her until 2017 sometime.

Q.   All right.  And do you know if it was sometime before May 19th of 2017?

A.   Yes.

Q.   Did the defendant have a different parole agent sometime beginning in May of 2017?

A.   To the best of my knowledge, yes, he did.

Q.   All right.  But before that, is it your understanding it

141

was Ms. Simon?

A.   That is correct.

Q.   Now, do you know Parole Agent Derrick Bond?

A.   Yes, I do.

Q.   And did he take over for Ms. Simon as the defendant's parole agent?

A.   To the best of my knowledge, yes.  He inherited the case.

Q.   And then at some point in -- later in 2017, did you become the assigned parole agent?

A.   Yes, I did.

Q.   Okay.  I want to talk briefly about the time when Ms. Simon was assigned as the defendant's parole agent.  Did you familiarize yourself with the file, the parole file for the defendant in this case?

A.   Yes, to a degree.

Q.   And based upon your review of that file and any other information you may have obtained, do you know whether Ms. Simon conducted any home visits of this defendant?

A.   I'd have to review the file.  She may have done one or two. I can't verify unless I look at the notes, for accuracy.

Q.   I'm going to show -- I'm going to show you your notes and ask you to take a moment to review them.

A.   Thank you.

     (Brief pause.)

A.   I've reviewed them.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

BY MS. MOHSIN:

Q.  So based upon your review of the notes, as well as your recollection, any other information you may have obtained, do you know whether Ms. Simon herself conducted any home visits of the defendant?

A.  Unfortunately, in review of the records, to the best of my knowledge, it doesn't appear she did any home call -- visits.

Q.  Do you know if Lail Monday, the other individual you referenced, did any home visits of the defendant?

A.  In review of the records, it appears that Agent Monday went to the house twice.

Q.  And do you know what the dates were for those two occasions?

A.  Give me a second, please, to review.

     (Brief pause.)

A.  I have a date of 5-3, or May 13th, 2016, and I have another date of March 18th, 2016.

BY MS. MOHSIN:

Q.  So March 18th being the day that he first reported to parole; is that right?

A.  That is correct.

Q.  And May 13th being within that same year?

A.  Yes.

Q.  So based on your testimony, there were no home visits of the defendant's home by Ms. Simon or Ms. Monday after that

date, all the way until they were no longer the parole agents,
right?

A.  Unfortunately, yes, that is correct.

Q.  Do you know if Ms. Simon ever searched the defendant's
digital devices, like his phone?

A.  If you give me a moment to review the records, I'd
appreciate it.

     (Brief pause.)

A.  To the best of my knowledge, and review of the records, no,
she did not.

BY MS. MOHSIN:

Q.  Do you know whether Ms. Simon, while she was supervising
him, ever completed any Offender Supervision Reports?  I think
you called them CFJ-106s [sic]?

A.  I would have to look at records for that.

Q.  Directing your attention to the records before you,
specifically Proposed Government Exhibit 1-37, if you could
take a look at that.

A.  Let's see.

     (Brief pause.)

A.  I have reviewed the exhibit, and unfortunately, I do not
see any CFJ-105s signed by Agent Simon.

BY MS. MOHSIN:

Q.  Now, the ones that you have before you, are the majority of
them signed either by you or Agent Bond?

A.   Upon review, yes.

Q.   Okay.  And so when we're talking about Offender Supervision Reports, are these filled out by the defendant when they are presented to him?

A.   For the majority part, with the absence as far as our signature and also our, you know, report date and date.

Q.   So the defendant fills out part of it, and then the parole agent will put his or her signature and date?

A.   Yeah.  And also next report date, primarily, if -- unless somebody forgot to put that down there.

Q.   All right.  Do you know if the defendant, in your review that you've done, ever reported using applications Telegram or Paltalk?

A.   Has he ever reported that?

Q.   Using those applications, yeah, to your knowledge.

A.   No, not to the best of my knowledge.

Q.   Now, you testified earlier that at some point you were assigned to work as the parole agent for the defendant, Mr. Naser, and that that occurred sometime in July or August of 2017; is that right?

A.   Yes.

Q.   Were you on the JTTF at the time?

A.   Yes.

Q.   Were you a task force officer assigned to that -- to one of the squads there?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.   Yes.

Q.   Was that a squad that was different from the squad that was investigating the defendant, Naser?

A.   To the best of my knowledge, we were not investigating Mr. Naser under that squad.

Q.   Your squad, right?

A.   Yes.

Q.   And when Ms. Simon was the defendant's parole agent, did you have reason to believe that the FBI was going to close their case on the defendant?

A.   Yes.

Q.   And when you learned this information, or when you came to understand this information, did you conduct a home visit of the defendant's home?

A.   Yes.

Q.   And did you do that with another parole agent?

A.   Yes.

Q.   Who was that parole agent?

A.   First time I did a home call was Agent Bond.

Q.   And do you remember the date of that first visit?

A.   In review of records, I would say it had to have been May -- May 19, 2017.

Q.   And why did you do a home visit with Parole Agent Derrick Bond on May 19th of 2017?

A.   Well, prior to that, I had Agent Simon come to me numerous,

different times.  She wanted me to take him onto my case or my
caseload, to basically have him under my supervision, for me
to, I guess, just basically to supervise him.  She came to me
several different times.  She did.  Her supervisor, John Remley
(phonetic), he came to me and asked me directly.

Q.  Okay.  So you had had contact with Agent Simon about this
defendant and, perhaps, supervising him; is that right?

A.  Yeah.  She's -- she's come to me several times on that,
yeah.

Q.  And did you have any training or experience or learning on
the topic of counterterrorism around this period of time?

A.  I had it during -- around that time, before that time, and
prior to that time.

Q.  You had training?

A.  Yes.

Q.  And did you -- was that through the FBI or through multiple
sources?

A.  It was through the FBI and also, we'll say, personal
training and limited training that I had with MDOC.

Q.  Okay.  And so when you said "personal training," were you
reading things and staying abreast of sort of the issues that
were arising in counterterrorism cases?

A.  I was losing sleep studying things abroad and also here at
home on the history of dealing with domestic terrorism, foreign
terrorism, the main campaign that was going on with, we'll say,

different groups, international groups at the time extensively.

And even when I was over at the Task Force, any type of information that I could indulge in to get further research, to understand the ideology and what could possibly happen or what -- how to look out for different things, I indulged in it.

Q.  Was that important for you to do in order for you to be a member of the JTTF?

A.  How so?

Q.  Was it important for you to have that information so that when you participated in the JTTF, you could be, you know, helpful and productive in that work?

A.  Well, the way I look at it -- some people may look at it differently, but it's kind of like working in corrections.  You can work in an environment and not know the type of people you're dealing with.  Or if you're assigned to a certain job, you can know your job and know it very well to the point that you can see things, what's really going on, whereas some people will just get the basic training, will just go through it with blinders on.

My thing is to know what I'm walking into.

Q.  Okay.  So was it helpful to you in the work that you did to have that type of knowledge and training?

A.  Yes.

Q.  Now, were there other people at MDOC that had the same type of training that you had as it relates to counterterrorism?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.  I don't believe at that time.  You had some people who had training, but some of the people who were trainers, they were very limited.

Q.  And were there any other MDOC parole agents at that time who were assigned to the JTTF, or were you the only one?

A.  I was the only one.  I was the first one, I believe, in the state of Michigan for it.

Q.  So in 2017, 2016, in this time period that we're talking about, when Parole Agent Simon and members of her management or your management approached you, did you believe it was because of this background that you had that they approached you?

        MR. GEROMETTA:  Objection, your Honor, relevance.

        MS. MOHSIN:  Judge, this is relevant because of what's going to happen -- where we're going with this.  I can -- I can show how it's relevant through his testimony.

        THE COURT:  I'm going to allow you very limited latitude.  Overruled at this time.

        Go ahead.

BY MS. MOHSIN:

Q.  You know, was the fact that you were -- you had these -- this experience and this background part of the reason why you -- they wanted you to work on the case?

A.  Yes.

Q.  Okay.  Now, if the FBI had closed its case on the defendant, what did that mean for you as a parole agent or for

the MDOC?  How did that affect the MDOC?

A.  Well, if they're closing a case, that's their situation.
MDOC, our first priority is still maintaining public integrity
as far as the safety.  So we still have to do -- on our part.

       Just like prior to that when I was dealing with gangs,
they may not charge somebody with it for an offense dealing
with a gang member.  But it was our priority to find out if
that person is a gang member and they actively participate in
criminal behavior.

       So I had to do, as far as MDOC's interest for the
public, and investigate the matter.

Q.  And so in -- in light of all that, you said that you
conducted a home visit with Agent Bond on May 19th, 2017,
correct?

A.  Yes.

Q.  Let's talk about that home visit.

       Can you tell the members of the jury what happened
that day when you -- did you go to the defendant's home?

A.  We went to the -- we went to the defendant's home.  He
wasn't home.  I left contact information with -- I believe her
name is Noor, identified at that time as his wife.  And I think
there was two children.  And if I'm correct, I think she was
with child at that time.

       He wasn't there, and so I left contact information.
Later on, he contacted me, and we came back to the residence.

Q.  And when he contacted you, did he use a specific phone
number to contact you?

A.  If he did, it was probably in my Omni notes.

Q.  And do you have those before you?  Can you refresh your
recollection on the number that he contacted you from?

A.  Yes.  He contacted me from (310) 806-2187.  Again,
(310) 806-2187.

Q.  Thank you.

        And so moving forward, we will refer to this as the
310 number for ease.

        Now, after you came to the home -- after he contacted
you and you came to the home, what happened next?

A.  We had our small conversation.  I introduced who I was.
Bond introduced, you know, me.  At the same time, I introduced
myself to him.  Relatively -- he gave us a tour of the place.
And when he gave us a tour of the place, first, again, we were
in the living room area.  So from there, we proceeded to the
first room that was past the living room.  And he showed us
that room.

        That room, it was -- it was -- to me, it was kind of
odd because it had sheets and pillows on the ground.  It would
be to the right side.  And then as far as the -- there was like
a dresser in the back, and then there was a makeshift desk over
there.  And he walked around the room showing.

        And as he walked around the room, he shuffled around

some papers over -- it was by the desk area, if I'm -- I can't

be for sure if it was directly on the desk or if it was right

on the floor by it because the desk was like here what I --

down to the ground, close to the ground with a Mac computer or

a Apple computer, it was, I believe.  That -- normally, I would

look at it and say it was a screen, but it actually was a

computer.

        And then from there, we made our way around to where

he actually showed me it was the master bedroom.

Q.  Okay.

A.  And the master bedroom had a nice bed, sit back there and

everything else, dressers, whole nine yards.  But according to

him, he wasn't staying in that bedroom.  He was staying in the

other room primarily, sleeping on the floor.

Q.  Okay.  And you indicated earlier that the defendant had a

wife and two children?

A.  A wife and two children.  And it appeared -- again, I could

be wrong and I don't try to be disrespectful or anything -- but

it appeared she was with a third child.

Q.  And did you have -- I want to go back to that item that you

said.  There was a desk, and I don't think you finished your --

your thought or maybe I misunderstood.

        What did you see on the desk?

A.  So anything that I saw on the desk, I went back later, and

I took pictures of it because memory is one thing.  Pictures

are worth a thousand words.  So -- and recollection, as far as

my memory, I saw pillows off to the right side when you walk

into there.  And then there was a dresser right there with

different items.

        It was disheveled clothes on the floor.  And then

there was the desk area.  And then the desk area had assorted

items on there.  It also had, like I said, the literature,

whatever that -- notebook whatever it was, it could have been

on the desk, could have been on the floor.

        There was some index cards.  There was some -- those

little bottles, whatever, energy drinks.  I think there was a

couple of them on the dresser.  There was like condoms.  There

was a recording device on there.  There was a iPhone box --

Q.  So --

A.  I'm sorry.  Go ahead.

Q.  It's okay.  I'm going to just direct you specifically the

paper, the notebook that you were talking about.

A.  Okay.

Q.  Did something happen with that notebook?

A.  Yeah, he closed it.

Q.  All right.  So after you walked through that room with the

defendant --

A.  The defendant closed.  All right.

Q.  Thank you.

        After you walked through that room with the defendant,

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

did you go back to that room?

A.  Yes, I did.

Q.  And did you take photos?

A.  Yes, I did.

Q.  I'm going to show you what has been marked as Proposed Government's Exhibit 12-2 through 12-21.

        MS. MOHSIN:  And I will note for the record that five of these exhibits were previously admitted, and those were 12-8, 12-9, 12-14, 12-15, and 12-16.

        And I'm going to be moving to admit the remaining exhibits.

        MR. GEROMETTA:  No objection.  No objection.

        THE COURT:  Admit -- admitted without objection, the additional exhibits are each admitted.

        MS. MOHSIN:  Okay.  Thank you, your Honor.

    (GX 12-2 through 12-21 received in evidence.)

BY MS. MOHSIN:

Q.  I'm going to direct your attention, Mr. Wright, to the screen.  And hopefully, you will be able to see that in front of you in a moment.

        MS. MOHSIN:  Ms. McDonald, would you please publish Exhibit 12-2.

BY MS. MOHSIN:

Q.  Are these the photos that you took that day?

A.  They appear to be -- they appear to be those photos.  Or

that appears to be a photo.

          Continue, please.  Let's see.

Q.  Can you describe what is depicted in 12-2?

A.  That's basically, like I started to say earlier, it was a makeshift bed on the floor with some sheets and stuff, pillows without any type of framework to it at all.  Just on a hard wooden floor.

Q.  Okay.

          MS. MOHSIN:  12-3, please.

BY MR. MOHSIN:

Q.  Can you describe if this is one of those photos as well?

A.  Yeah.  This is basically how I take my photos.  I start in one area and start going panning from there and taking each section.  So that actually captures, again, the makeshift bed on the floor now with the disassembled -- or clothes in disarray.  And then a partial showing as far as the dresser I spoke about.

Q.  Is there a laser pointer right there in front of you?

A.  Yeah.  I've never used one.

Q.  Let me demonstrate for you.

A.  Okay, please.

     (Brief pause.)

BY MS. MOHSIN:

Q.  So if you would please, when you're going to identify something for the jury, if you could use that laser pointer to

make it easy for them to -- to see it.

A. I got you. No problem.

Q. Okay. Go ahead, please.

A. Okay. So up here [indicating], again, when I'm taking photos, I'll pan when I come into the room. And I'll go all the way around taking different sections of photos.

So on here, again, a pillow [indicating], sheets, disarrayed clothes. Going into the dresser itself capturing part of it with it.

Q. Okay.

MS. MOHSIN: Exhibit 12-4, please.

BY MS. MOHSIN:

Q. Can you describe what is depicted here and what you found significant?

A. Okay. In return, showing as far as the dresser itself, items up here [indicating]. I forget what exactly -- what caught my eye with this particular item right here and also with this box. I'd have to have a closer-up shot with this. Going into sections integrating one photo into the next.

MS. MOHSIN: 12-5, please.

A. And, again, when you indicate as far as what -- I was under certain circumstances. And, again, under certain circumstances, I will take photos and I will try to get a second set of eyes afterwards. Maybe I've missed something.

BY MS. MOHSIN:

Q.   Okay.

A.   And sometimes it's not always good the way one may describe something.

Q.   Okay.

A.   So from this angle, and showing as far as the front, this is the window facing the street.  These are the two bottles I spoke about.

Q.   The energy drinks on the desk?

A.   Yes.

Q.   Okay.

A.   Let's see here.  It's going to have to be a different angle, and there seems to be some type of different clothes or whatever, a cushion and -- for one to be able to sit down.

        MS. MOHSIN:  12-6, please.

BY MS. MOHSIN:

Q.   Is this another view of the desk?

A.   Yes, that's another view of the desk.

Q.   Okay.  And -- go ahead.

A.   Yep.  This is the computer I was speak -- actually, it's an Apple computer right here [indicating], and some index cards right here [indicating].  And there could be another angle. There's a calculator down here [indicating].

        MS. MOHSIN:  Okay.  Shall we move to 12-7, please.

BY MS. MOHSIN:

Q.   Is that another view of the desk?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.  Yes, that's another view of the desk.  In regards -- it is
what you see right here: trash -- I guess a disposable trash
can.  If we were back in time, I could tell you exactly
everything in detail.  I believe that was the Quran right here
[indicating].  And, again, these are the energy drinks, those
are the index cards that I saw.  But I'm not seeing, at this
time, as far as the notebook that's -- that was there.

        MS. MOHSIN:  Okay.  12-8, please.

A.  This is a closer-up version of the index cards that was
on -- or should I say by the Apple computer.  And the reason
they're exactly where it's at, sometimes what I'm doing as far
as room searches, and someone is trying to be evasive, it all
depends on how detailed somebody is.

        And 20 years inside, from shaking down cells, is one
thing, but coming out into general public, if I move particular
items to a certain point, someone would be able to tell and --
upon me, as far as viewing them.  So me going around taking
photos of different items, I have --

BY MS. MOHSIN:

Q.  So you didn't move them?

A.  To the best of my knowledge, I didn't.

Q.  Okay.  Directing your attention to 12-9, please.

A.  That looks like the ring bind -- or the spring ring binder,
whatever, that got closed.

Q.  So this is the binder notebook that you were referring to

earlier in your testimony?

A.  Oh, yes.  Yes.

Q.  Okay.  12-10, please.

A.  And I think it got crinkled as a result, when he closed it, but I'm not for sure --

Q.  I'm going to show you the next exhibit.

A.  Yeah, yeah.  That's how it got crinkled.  Because he closed it real quick when I was walking by, when he was showing me the room.

        MS. MOHSIN:  12-11, please.

A.  That is going to be what was on the floor in a box.  I believe that was for a drone.  This -- and, again, showing indication as far as his name on it.  So he had the area of control, since he said he was sleeping there.  He guided me to the room, saying that was the room he's primarily sleeping in.

        And also another question came up, "What areas of the house can you go?"  He says, "Anywhere."  But this was his primary area where he was staying.  And this indicates as far as basically he purchased it.

        MS. MOHSIN:  Okay.  12-12, please.

BY MS. MOHSIN:

Q.  Is that another view of the same --

A.  Same thing, just another...

Q.  And this is a GetFPV. -- GetFPV is the name of the company?

A.  According to the label, yes.

        MS. MOHSIN:  Okay.  12-13, please.

A.  That's actually -- yeah, instruction manual.  As indicated

to that, to that particular model and everything else.  Again,

necessary as far as taking photos for it.

BY MS. MOHSIN:

Q.  So a drone manual?

A.  That is correct.

Q.  For the company Syma?

A.  That is correct.

Q.  Directing your attention to 12-14.

A.  Passport.  That's a passport that I took a picture of.  You

see I actually touched that one.  My thumbs were very clear in

there.  But, yeah, that's a passport picture I did take.

        MS. MOHSIN:  All right.  12-15, please.

A.  Same thing.  And the only way I could have seen inside was

for me to move it, for verification that it actually was his

passport.  There has been in the past parolees, unfortunately,

have obtained other people's passports.

BY MS. MOHSIN:

Q.  So you checked it to see if it was his?

A.  Absolutely.

Q.  Okay.

        MS. MOHSIN:  12-17, please.  Oh, sorry, 16.

BY MS. MOHSIN:

Q.  Is that the entry stamp that was in the passport?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.  Yes.

         MS. MOHSIN:  12-17, please.

A.  Again, another picture from inside there.

BY MS. MOHSIN:

Q.  And is this some sort of ID with Iraqi alphabet writing?

A.  To the best of my knowledge, I believe it is.  All I know

is it has Arabic writing, it has his photo on it.  I don't

know.  That's for further review.

Q.  Okay.

         MS. MOHSIN:  12-18.

A.  And, again, a stamp in regards to as far as travel.  So --

and that's, to the best of my knowledge, his stamp for travel.

I'm not quite for sure on that.  But I took a picture of that.

Again, I clearly -- I'm not fluent in Arabic, okay?  I'm

fluent, I guess, in English, but as far as Arabic, I'm not.

So, again, for another set of eyes to review it another time.

BY MS. MOHSIN:

Q.  You thought it was something that could be looked at later?

A.  Everything is open for interpretation, not just for my

eyes, for my experience, but for other individuals who have

been working this area, it's always good to get a second set of

eyes and also mind on something.

         MS. MOHSIN:  Okay.  12-19.

BY MS. MOHSIN:

Q.  Is that another item that you photographed?

A.  That is correct.

Q.  Is that the defendant's photo?

A.  That is correct.

Q.  And there's Arabic writing on this particular document as well?

A.  Yes.

Q.  Did you submit it to the FBI later for them to look at as well?

A.  To the best of my knowledge, I did, for review.

Q.  Directing your attention to 12-20.  Is that the back of that item 12-19?

A.  Yes.

        MS. MOHSIN:  And 12-21.

BY MS. MOHSIN:

Q.  Can you tell us what that is?

A.  Oh, that's actually from his phone.

Q.  What type of phone did he have?

A.  I believe that was an iPhone at that time.

Q.  Now, after you did a walk-through of his room and then returned to take pictures, did there come a time where you took a look at his phone?

A.  Could I review my notes to verify which type of phone that was?

Q.  Yes, please.  They're in front of you.

A.  Okay.  Thank you.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

(Brief pause.)

A.   Okay.

BY MS. MOHSIN:

Q.   What type of phone was it?

A.   iPhone.

Q.   iPhone 7 or some other?

A.   At that time, I think according to the box, it was iPhone 7.

Q.   Now, does it have the name at the top, very, very top of the screen?  Can you see or make it out?  I don't know if it's in front of you.

A.   Oh, okay.  Thank you.

Q.   It won't move.  Oh.

A.   Got to have will on that.  We're going to say Sky's phone.

Q.   Okay.

A.   Sky apostrophe S iPhone.

Q.   Okay.  And did you provide these images to the FBI?

A.   Yes, I did.

Q.   Did you have -- did you seize the phone that day, this iPhone?

A.   Yes, I did.

Q.   And what did you do with that iPhone after you seized it?

A.   After I took possession of that phone, I took it to ICOT (phonetic).  It's a MSP post where they basically -- they do phone dumps and also internet crimes.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.  So Michigan State Police has sort of like a computer
forensic center?

A.  Yes.  And we have -- or we had at the time.  I don't know
if we still do.  Jonathan Larkin, he was a task force officer
over there.  So whenever we want to have a phone dumped or
searched for intricate or detailed further information that we
normally cannot see, we will take it over to him.

Q.  Now, Jonathan Larkin was a Michigan Department of
Corrections task force officer at the Michigan State Police?

A.  That's correct.

Q.  And you gave the phone -- or it was delivered to Jonathan
Larkin for analysis?

A.  Yes.  I don't think he was currently there.  I believe I
handed it over to whatever MSP officer was there.

Q.  Did they give something back to yous, like what's called an
extraction?

A.  Yes.

Q.  And was that extraction an extraction of this phone?

A.  That is correct.

Q.  And was that on some DVD or Blu-ray?

A.  It was on either a DVD or Blu-ray.

Q.  And then did there come a time later when that DVD or
Blu-ray was given to the FBI?

A.  Yes.

Q.  Okay.  I want to direct your attention now --

MS. MOHSIN:  You can take that down, Ms. McDonald.

BY MS. MOHSIN:

Q.  Back to those, briefly, to the notebook pages and index cards.  Were those items given to the FBI for translation?

A.  Yes.

Q.  And did there come a time where they were translated, to your knowledge?

A.  To the best of my knowledge, yes.

Q.  I want to direct your attention now to that Apple iPhone.

After you gave it to Larkin, or it was sent to Larkin, you know, through your process, and you received the extraction, did you return that iPhone back to the defendant?

A.  Yes.

Q.  Do you remember approximately when that occurred?

A.  Give me one second, I'll let you know.  I'll review my notes.

Q.  Okay.

A.  I appreciate it.

     (Brief pause.)

A.  Yeah, it was on -- excuse me.  It was on May 23rd, 2017.  Bond and I had went out there on a day earlier, on the 22nd, trying to return it to him, but he wasn't there.  And I believe, according to these notes, that the defendant received them on the 23rd.  He received the phone back.

BY MS. MOHSIN:

Q.   So the Michigan Department of Corrections maintained
custody of the defendant's phone, the defendant's iPhone 7, in
the time period between the 19th of May until the 23rd of May.
Is that a fair statement?

A.   With the partial -- with MSP, yes.

Q.   Okay.  I want to now direct your attention to the Exhibit
1-37.  Was there a CFJ report, a Michigan Department of
Corrections Offender Supervision Report, prepared on July 10th
of 2017?

A.   Give me one second to review, please.

     (Brief pause.)

A.   Yes, there is.

BY MS. MOHSIN:

Q.   Did the defendant provide a different phone number that he
was using on that date, on the date of July 10th, 2017?

A.   Yes, he did, according to the notes.

Q.   Was that a phone number that started with the area code
248?

A.   Yes.

Q.   And did there come a time around the -- that same period --
I'm talking about July 10th of 2017 -- where you attempted to
contact the defendant on that 310 number?

A.   Excuse me.  I'd like to refer to my notes on that.

     (Brief pause.)

A.   If I tried to contact him in July?

BY MS. MOHSIN:

Q.  Around that time, July 10th, did you reach out to him on that 310 number?

        If you don't recall, we can move on.

A.  I'm just reflecting upon my notes on here, and I'm not seeing any at this current time.

Q.  And you don't recall it independently?

A.  Oh.  It's been quite a few over the years as far as parolees, when you try to contact, the number has switched and everything else.  And with this particular one, there was, but is it recorded on here, per se?  I'd have to have more extensive review of my notes to verify that.

Q.  Okay.

A.  But there was a number switched.  And I got, we'll say, whatever type of response when the number has been changed.  And there has to be somewhere in the notes where I indicated as such.

Q.  All right.  So sometime in July, he switched phone numbers.  Now, I want to direct your attention to August 7th of 2017.

        Were you the defendant's patrol agent by that?

A.  According to the records, yes.

Q.  Do you remember meeting with the defendant around that date at your office?

A.  Yes.

Q.  And do you know if the defendant at that time was still

167

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

living at the same address with his wife, Noor, and their kids?

A.  According to my Omni notes, I indicated that.  Let me see
if it's in my CFJ.

        Yes, even he, the defendant, reflected on the CFJ-105
that he's still living with his wife --

Q.  Okay.

A.  -- at that address.

Q.  And -- and that was on August 7th, right?

A.  Yes.

Q.  Did you contact the defendant on August 7th or around that
date to schedule another home visit?

A.  On August 7th?  Yes.  I would say yes.

Q.  And did he indicate whether he was available at the time
that you requested?

A.  For me to show up at that time, he had to have indicated --
and if he was home, he had -- he had indicated he would be home
at that time.

Q.  Was there any discussion about meeting outside his work
schedule?

A.  Yeah.  He -- I have to review my notes.  But vaguely, I
remember him indicating that he couldn't -- he didn't want me
to do any home calls unless it cooperated with or went inside
within his -- his work schedule.  And sometimes, we -- again,
I'm going to stick to this gentleman here.

        But this particular case, upon you being released on

parole, you will have to understand that we will do home calls.
We'll assign whatever date is and everything else.  And
sometimes you have to get off work, okay?

And that particular one, he did a odd one, if I'm
correct.  It was something like either 9:00 to -- 9:00 to 5:00
or he did a 10:00 to 6:00, something like that.  We -- saying
basically, "I won't be home.  I have to -- you have to do it
around my work schedule like 10:00 to 6:00," or something like
that.

Q.  Okay.  And did you do another home visit after August 7th
with the defendant?

A.  Yes.

Q.  And do you remember if that was on August 16th of 2017?

A.  Yes.  According to my records, yes.

Q.  And when you went to the defendant's home that day, had
that been a preplanned visit?  In other words, did the
defendant know you were going to come there that day?  Or was
that a spontaneous visit?

A.  To the best of my memory, that was a preplanned visit.

Q.  Was the defendant home when you arrived?

A.  According to my notes, he was home.

Q.  Do you remember him being home on that day?

A.  Yeah.

Q.  All right.  So let's -- let's try to -- start with what you
remember from that day.  And if you need to refresh your

memory, then I'm going to ask you to look at your notes.  But
let's talk about August the 16th, 2017.

          What happened that day?

A.  It was an interesting day.  I did a home call.  I took
Parole Agent Jeffrey Helias with me that particular day and was
greeted by the defendant.  And in that particular day, it was a
little bit darker than normal or I was accustomed to, as far as
going to the house, even though I had just been to it that one
particular time that I'm going to speak upon was on the 19th.
But it was darker than normal --

Q.  Do you mean inside the house, or do you mean outside?

A.  It was daytime, so it was darker inside because the shades
were all drawn.

Q.  Okay.

A.  I saw -- like I saw in the other room before, I had saw a
pillow or two and also some sheets.

Q.  And is this in a bedroom or elsewhere?

A.  No.  This is actually in the living room.  And then the
defendant explained to me that he's -- he's sleeping there
sometimes, and he's sleeping in that other room.

Q.  Okay.  Do you know if his wife and children still resided
at the home on August 16th of 2017?

A.  Let me review my notes.  But to the best of my knowledge at
this time upon -- and let me just review them really quick
because I don't believe I -- let me just see just to be on the

safe side right here.  I want to be totally transparent with this.  Yeah.

Yeah, if somebody's spouse is home, I normally indicate it.  And in review of this, I don't recall indicating his wife was home on that particular day.

Q.  Did he tell you in his Offender Supervision Report that his wife was still living at the residence?  That's, I think, Exhibit 1-37.

A.  Let me review that right quick.  Yeah, he actually wrote her name on there.

Q.  And was he still using that 248 phone number?

A.  That is correct.  248-346-something number.

Q.  Now, after you arrived at the home and you noticed where he indicated he'd been sleeping at least part of the time, did you do any sort of walk through the home that day?

A.  Yes.

Q.  Did you walk through the first floor of the home?

A.  Yes.

Q.  Did you walk through the basement of the home?

A.  Yes.

Q.  And did you see the defendant's phone?

A.  Yes.

Q.  And I'm talking about the iPhone 7 now.

Did you see the defendant's iPhone 7?

A.  I believe so.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.  Okay.  And did there come a time when you saw another phone?

A.  Oh, yes.  Yeah.

Q.  Tell the jury about that.

A.  Well, that was actually -- when we had came back, I believe it was when we had actually came back from the basement area and everything else.  And when he went to go sit down, it seemed like -- he went directly towards the couch.

So it was kind of like he was trying to tuck the phone from me seeing it.  And I'd even asked him for the phone.  And he hesitated to give me the phone or hand it over.  Whereas in the past, you know, he did his little talk or whatever and then gave me the phone.  This time he was hesitant.  And this time when he was hesitant, I had asked him again.  And when I asked again, he took a step towards me.

Q.  Okay.

A.  And I took that as an action of aggression.  But, again, I'm not there trying to, we'll say, incite anything.  I'm just trying to look into my investigation and see what's going on. I want to see what's on the phone because there was hesitation upon delivering the phone or handing the phone over to me for review.

Q.  Did he then hand it to you at some point?

A.  Yes.

Q.  And did you look at it?

A.  Yes, I did.

Q.  And did you see things that were recognizable to you?

A.  Oh, yes.  I did.

Q.  And what type of things did you see?

A.  I saw stuff that I had -- upon my research in the past, particular dealing with ISIS, I saw stuff that I had seen before from their three different type of magazines, maybe two, photos that appeared to be from -- and also articles and certain information from those three different, or two, ISIS magazines.

        Those magazines, because of my research, everything, they don't just -- like pop-ups and today and everything else, they don't come across your screen and you --

        MR. GEROMETTA:  I'm going to object to this, your Honor.

        MS. MOHSIN:  I'm going to rephrase, Judge.

        THE COURT:  All right.

BY MS. MOHSIN:

Q.  Mr. Wright --

A.  Yes.

Q.  -- did you see images that you recognized?

A.  Yes.

Q.  And you said that you recognized them from ISIS magazines that you had reviewed?

A.  Yes.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.  And when you saw them, did you do anything?  Did you take -- did you preserve that information in any way?

A.  Yes, I did.

Q.  Did you take screenshots?

A.  I took screenshot -- I took -- I took photos.

Q.  All right.  Photos of the phone and what you saw in the phone?

A.  Yes.

Q.  Now, that day, did you take other photos as well?

A.  Yes.

Q.  And did you take other photos of the defendant's phone?

A.  Yes.

Q.  What type of phone was it?

A.  To best of my memory, I'm going to say LG phone.

Q.  Okay.  And was this a phone that you had, as his parole agent, been aware the defendant had -- was using?  Did you know he was using this phone?

A.  No.

Q.  Had he reported it to you before?

A.  Let me review my notes on that, please.

        THE COURT:  We're going to go ahead and have our last break of the day.

        Members of the jury, if you would stand and go to the jury room.

        THE LAW CLERK:  All rise for the jury.

(Whereupon the jury was excused, 1:47 p.m.)

THE COURT:  Officer Wright, you may step down during this break.

THE WITNESS:  Thank you.

THE COURT CLERK:  Court is in recess.

(Court in recess, 1:48 p.m.)

(Back on the record, 2:00 p.m.)

THE COURT CLERK:  All rise.  The United States District Court for the Eastern District of Michigan is back in session.

The LAW CLERK:  All rise for the jury.

(Whereupon the jury entered the courtroom, 2:01 p.m.)

THE COURT:  Members of the jury, you all may be seated.

Everyone in the courtroom may be seated.

Ms. Mohsin, you may continue with direct examination.

MS. MOHSIN:  Thank you, your Honor.

BY MS. MOHSIN:

Q.  Mr. Wright, before the break, we were talking about the LG phone and photographs that you took of the phone and its contents on August the 16th of 2017.  And in a few moments, we're going to show the photos that you took that day.  I just have a few more questions about that LG phone.

Did you seize that phone?

A.  Yes.

Q.  And after you seized that phone, did there come a time
within the next few days where you turned it over to the FBI?

A.  Yes.

Q.  And did they get a search warrant to search it?

A.  Yes.

Q.  Now, I want to talk about the photos that you took that
day.

        MS. MOHSIN:  Your Honor, the government has agreed
with the defense to preadmit Exhibits 13-2 through 13-30.

BY MS. MOHSIN:

Q.  And prior to your testimony here today, Mr. Wright, you
looked at some photos that you had taken on these various
dates; is that right?

A.  Yes.

Q.  And so I want to direct your attention to Exhibit 13-2,
which is from the August 16th home visit.

        MS. MOHSIN:  Would you please publish, Ms. McDonald --

        THE COURT:  Before you do that, you said "preadmit."

        Are you stating that there's no objection to
admission, or are you just noting for the record?

        MS. MOHSIN:  Your Honor, there's no objection, and I
just bulldozed right over it.  So I apologize.

        THE COURT:  All right.  Thank you.

        MS. MOHSIN:  But we are seeking to admit it.

        THE COURT:  Then each of those exhibits may be

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

admitted, and Ms. McDonald may proceed with publishing.

        MS. MOHSIN:  Thank you, Judge.

    (GX 13-2 through 13-30 received in evidence.)

        MS. MOHSIN:  Exhibit 13-2, please.

BY MS. MOHSIN:

Q.  Can you tell the jury if this is that LG phone that we've
been talking about?

A.  To the best of my knowledge, yes, it is.

Q.  And you took these pictures, right?

A.  Yes.

        MS. MOHSIN:  13-3?

BY MS. MOHSIN:

Q.  Is that another image of the phone?

A.  Yes.

Q.  And the battery's been removed?  Or, sorry, the back cover
has been removed?

A.  Yes.

Q.  Directing your attention to 13-4.  Is that the LG phone
we've been talking about?

A.  Yes.

Q.  And it has the model number and a serial number, et cetera?

A.  Yes.

Q.  Directing your attention to 13-5.  Okay.  Another view of
the phone?

A.  Yes.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.  It's a Model H631?

A.  Yes.

Q.  Okay.  Directing your attention to 13-7.  What are we looking at in this picture?  Is that an SD card?

A.  Yeah, that's an SD card.

        MS. MOHSIN:  And I think I skipped 13-6.  Can we please look at that too.

BY MS. MOHSIN:

Q.  Another SD card?

A.  Yes.

        MS. MOHSIN:  Okay.  Let's go to 13-8.

BY MS. MOHSIN:

Q.  Is this a picture of the phone when you were looking at it, or later, do you know?

A.  That's the cover of the phone.

Q.  Okay.  And there's a bunch of stuff on the -- you know, on this cover.  It looks like it's a background.  Was that some sort of software that was running or is that what the phone looked like when you looked at it?

A.  That's what the phone looked like when I took it.

Q.  And it says 12-31.  That date -- that was not the date you took the picture, correct?

A.  No, it was not that date.

Q.  And it also says 1906:59.  It appears to be some sort of time?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.  Yes.

Q.  But the time at the top right is 7:06 p.m.  Can you tell me what that 1906:59 is, if you know?

A.  I have absolutely no idea in regards to that, because there was -- I don't -- I didn't work that -- past normal business hours on that particular day to take that, so I have no idea.

Q.  Do you know if that picture was taken earlier?

A.  Yes, the picture was taken earlier.

Q.  Okay.  And it was at the time that you were looking at the phone; is that true?

A.  That is correct.

       MS. MOHSIN:  Okay.  Exhibit 13-9.

BY MS. MOHSIN:

Q.  Is this another view of that same phone, but with more information?

A.  Yes.

Q.  Okay.  And there's some apps that are shown on this screen; is that right?

A.  Yes.

       MS. MOHSIN:  Okay.  13-10.

BY MS. MOHSIN:

Q.  Now, on this particular screen, is this the defendant's phone as well?

A.  Yes, it is.

Q.  And is there a Paltalk app?

A.   At the top.

Q.   Can you point it out for the jury with the laser pointer?

A.   Absolutely.  It's right next to the Quran.  [Indicating.]

        MS. MOHSIN:  Okay.  Next, Exhibit 13-11.

BY MS. MOHSIN:

Q.   Again, another picture of that phone?

A.   Yes.

Q.   Now, there's a -- is there an app for voice recorder on this particular screen?

        Right there.  [Indicating.]

A.   I'm pointing to it right here.  [Indicating].

Q.   Okay.  Thank you.

        And then I want to direct your attention to 13-12.  So I want to ask you about the next series of pictures.  Why did you take these particular pictures?

A.   The reason behind taking those particular type of pictures, for legal purposes and to lock the information in regards to who had possession.  And also any information retrieved from the phone.  The IMEI number is the traceable one, from my previous training with different law enforcement agencies.

Q.   Okay.

A.   So to prove that is the particular phone it is itself, I will try to retrieve that number.

Q.   And there's a series of pictures that have this type of information from the phone; is that right?

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

A.  Yes.

Q.  Directing your attention to 13-13.  Is this another one of those screens?

A.  Yes.

Q.  Okay.  It provides the model number for the phone?

A.  Yes.

        MS. MOHSIN:  13-14.

BY MS. MOHSIN:

Q.  And were you looking at sort of the date and time and other information that were in the settings of the phone?

A.  Any collective information to lock that -- that is actually the phone and everything else, pictures were taken of it.

        MS. MOHSIN:  13-15, please.

BY MS. MOHSIN:

Q.  Is this an Android phone?

A.  Yes, it is.

Q.  And this is -- the version is 6.0?

A.  Yes.

        MS. MOHSIN:  13-16, please.

BY MS. MOHSIN:

Q.  What are these?

A.  These are applications that's actually phone -- on the phone, as indicated in their accounts and synced.  So on here is Google, T-Mobile, Telegram, Twitter, Viber, WhatsApp -- excuse me -- and Yahoo.

Q.  And at this point in time, the defendant had not told his parole agents that he was using Telegram.  Is that your understanding?

A.  I was none the wiser on that.

        MS. MOHSIN:  Okay.  13-17.

BY MS. MOHSIN:

Q.  Is this additional phone information?

A.  Additional phone information.

        MS. MOHSIN:  Okay.  13-18.

BY MS. MOHSIN:

Q.  Now, the next series of pictures, did you take pictures of the different apps that were on the defendant's phone?

A.  Yes, I did.

Q.  And is this some of those apps?

A.  Yes, they are.

Q.  Directing your attention to 13-18, 13-19.  More apps on the phone?

A.  Yes.

Q.  There's a call recorder app, isn't there?

A.  Yes, there is.

        MS. MOHSIN:  Okay.  13-20.

BY MS. MOHSIN:

Q.  And I know there's a ColorNote app on this particular screen, isn't there?

A.  Yes, there is.

MS. MOHSIN:  13-21.

A.  More apps that were on the phone.

MS. MOHSIN:  Okay.  13-22.

BY MS. MOHSIN:

Q.  There's a GhostApp on this particular screen, isn't there?

A.  Yes.

Q.  And Google app?

A.  Yes.

MS. MOHSIN:  Okay.  13-23.

BY MS. MOHSIN:

Q.  More apps?

A.  Yes, more apps.

MS. MOHSIN:  13-24 and 13-25?

BY MS. MOHSIN:

Q.  All more apps that were on his phone?

A.  Yes.

Q.  And there's an Orbot app, isn't there?

A.  Yes, there is.

MS. MOHSIN:  Okay.  13-26.

BY MS. MOHSIN:

Q.  There's a voice recorder app here?

A.  At the top, yeah.

MS. MOHSIN:  13-27?

BY MS. MOHSIN:

Q.  Now, what are we looking at here?

A.  What you're looking at is, my memory, and also photos taken
of that particular phone -- when I say "my memory," I'm talking
about as far as the research I've done independently and with
the Bureau -- looking in -- distinctively into ISIS material.
Propaganda, as we call it.

Q.  So these were the images you were talking about earlier?

A.  Yes.

Q.  And so this was that photograph that you took of his phone
with those images?

A.  An array of photos, yes.

        MS. MOHSIN:  Okay.  13-28.

BY MS. MOHSIN:

Q.  Are these more of the same types of images?

A.  Yes.  And this was the most popular standout, because of --
as far as, well, say Yahoo, the news, world news, international
news, as far as the flag itself.

Q.  So you recognized that as belonging to ISIS; is that right?

A.  That is correct.

        MS. MOHSIN:  Okay.  13-29?

A.  Same thing, as far as literature that was pulled from
different magazines, three different magazines, maybe two
different magazines, from ISIS publication.

BY MS. MOHSIN:

Q.  Okay.  That you had seen?

A.  Yes.  Yes, yes.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

MS. MOHSIN:  And then, finally, 13-30?

BY MS. MOHSIN:

Q.  Can you tell us what is depicted in this photo?

A.  That looks like one of the index cards that was by the Apple computer.  It was on that makeshift desk.

Q.  So you had seen this type of card or this card the earlier visit, May 19th?

A.  Yes.

MS. MOHSIN:  Okay.  All right.  Thank you, Ms. McDonald.

BY MS. MOHSIN:

Q.  I want to direct your attention now to October the 19th of 2017.  Did you do another home visit on that date?

A.  Yes, I did.

Q.  And did you take pictures on that date?

A.  Yes, I did.

Q.  And were those pictures of the entire house that date?

A.  I would say the majority of the house.

Q.  All right.  Did you have a conversation with the defendant about where the defendant was sleeping on October 19th, 2017, where his bedroom was?

A.  Yes.  October 19th, he indicated that he was sleeping downstairs in the basement now.

Q.  Was the wife living there with the kids at this point in time?

185

A.   No.  He said he had gotten an Islamic divorce, where he brought her before the imam and two witnesses and had divorced her.

Q.   Now -- so we're talking about a home visit on the 19th of October?

A.   Yes.

Q.   Did there come a time before that where you had interacted with the defendant and he told you that his wife was no longer living there?

A.   Yes.

Q.   And did he tell you that he had tenants?

A.   Yes.  He said he had three tenants.

Q.   He told you he had three tenants?

A.   Yes.

Q.   I want to direct your attention to Exhibit 1-37.  Did he complete an Offender Supervision Report on October the 9th, so ten days before that home visit?

A.   Give me one second, please.  Yes, he did.

Q.   And did he report whether his wife was living there at that time or whether he was living with a tenant or tenants?

A.   According to the CFJ-105 form, Offender Supervision, it was Michael Joseph Talia, tenant.

Q.   And the wife is not mentioned; is that right?

A.   No.

Q.   Now, if you go back a day, another supervision report --

another date, excuse me, to 9-21, September 21 of 2017, did you

meet with the defendant on that date?

A.  Yes.

Q.  And did he fill out a supervision report on that date?

A.  Yes.

Q.  And did he indicate whether his wife was still living

there?

A.  By him indicating by putting "Noor" in there, that's an

indication him also verbally saying, yes, she's still living

there.

Q.  So she moved out sometime between September 21st and

October 9th; is that a fair statement?

A.  That would be fair to say.

Q.  And then as of October 19th, the defendant was living in

the basement?

A.  Yes.

Q.  And you indicated that on October 19th he told you he had

three tenants?

A.  Yes.

Q.  Did he identify who those individuals were?

A.  Not clearly.  I know he had indicate -- he said one was on

the way, one was -- or two was -- already lived there.  That's

kind of sketchy.  But I remember it was two -- excuse me --

three tenants that was supposed to be living there.

Q.  Okay.  So let's talk about October 19th.  Did you -- did

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

you walk through the defendant's basement on that date?

A.  Yes, I did.

Q.  Did you do it alone or with the defendant?

A.  I think, to the best of my -- I -- matter of fact, I walked through first time with him, and then I walked through it by myself.

Q.  Okay.  Now, you indicated earlier that you took pictures.

Did you take pictures of the whole house as well as the basement that day?

A.  Pictures I took, again, it was limited because certain doors were closed in the house.  So maybe the kitchen area, I would say.  The living room area, I believe.  I'd have to review.  I would also say the basement, and also, I would say the backyard and other areas.

Q.  Okay.

MS. MOHSIN:  Your Honor, at this time the government will move for the admission of Proposed Exhibits 14-1 through 14-87.

MR. GEROMETTA:  No objection.

THE COURT:  Those exhibits are admitted.

(GX 14-1 through 14-87 received in evidence.)

BY MS. MOHSIN:

Q.  And the photos that you took, did you provide those to the FBI as well?

A.  Yes, I did.

188

Q.  And -- and before you came here today, did you look at photos that you had taken on that date?

A.  Yes, I reviewed them.

Q.  I want to direct your attention to some specific photos from that date.

        MS. MOHSIN:  Ms. McDonald, can you please publish Exhibit 14-33.

BY MS. MOHSIN:

Q.  Can you tell the members of the jury what they're looking at here?

A.  This is -- this is in the rear corner of the house looking at basically in regards to -- make sure I'm close to the microphone here -- a table here [indicating] with disassembled parts on here.

        Later on, we're moving closer to this area [indicating].  It was a lot of oddities.  And when I say "oddities," drone parts, empty jars.  From this variation, that's what I can basically see at this point.  If you want to go to a different photo.

Q.  Okay.

        MS. MOHSIN:  Can you please publish 14-34, please, Ms. McDonald.

BY MS. MOHSIN:

Q.  Can you describe what you took a photograph of here?

A.  This here as far as drone and the drone parts, right here

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

what I took a photo of [indicating], without trying to disturb
anything on the table.

       MS. MOHSIN:  All right.  14-35, please.

       THE WITNESS:  Looks like as far as -- part of as far
as the boxing or casing to far as what the drone came in.

       MS. MOHSIN:  Okay.  14-36, please.

BY MS. MOHSIN:

Q.  And these are pictures in that area that you, you looked at
in that first exhibit, 14-33; is that right?

A.  That is correct.

Q.  Okay.  Is -- is this a picture of that -- one would have
the desks in that area?

A.  That's a partial picture of that -- one of the desks in the
area with different items, electrical parts that was laid on
the desk.

Q.  You didn't disturb any of these; you just took a picture of
them?

A.  I -- I didn't disturb any because I didn't want traces that
I actually had paid attention to it.

Q.  Okay.

       MS. MOHSIN:  14-37, please.

BY MS. MOHSIN:

Q.  Same question about this one.

A.  Same thing, disarray of different parts.  Appeared to be as
far as, again, drone parts.  Also, whatever amp fuse, I don't

know what those went to.  So it's a disarray and also some
items with it.

Q.  Okay.

        MS. MOHSIN:  14-38, please.

BY MS. MOHSIN:

Q.  Same question.

A.  Same answer.  Drone, disassembled parts, extra parts, and
also tools to utilize as far as whatever it was going on with
the drone -- a drone.

Q.  All right.

        MS. MOHSIN:  Let's go on to 124-41, please.

        THE WITNESS:  Empty jars that was found in the corner
area on the table stood out to me.  And the reason why they
stood out to me, normally when you have to empty jars like
this, someone's getting ready to collect something or do some
type of thing with the jars.  I had no idea, so I just took a
picture for second opinion.

BY MS. MOHSIN:

Q.  Okay.  So you don't know what they were for, but they were
suspicious to you?

A.  Yes.

Q.  All right.  Is that why you took the picture?

A.  Yes.

        MS. MOHSIN:  14-42.

BY MS. MOHSIN:

Q.  Same question.

A.  Oh, this is over in that area, too.  But the thing that stood out to me is -- because of my training in the past, everything else.  In regards to coffee filters, coffee filters have been used in the past for siphoning or separating certain items or elements.  So I took a picture because I don't see no coffee pot down there.

Q.  Okay.

A.  And it was open.  So I had no idea why.  To me, it was suspicious.  But, again, that was my opinion, observation.  I wanted second eyes on that.

Q.  When you say "open," the bag of coffee filters?  Are you referring to that?

A.  Yes, yes.

Q.  Okay.  So you found that suspicious as well?

A.  Yes.

Q.  Did you open the cabinet that was in the basement, a tall white cabinet?

A.  I may have to peak inside there.

Q.  Yes.  Directing your attention to Exhibit 14-43, is that the cabinet that was near the tables with the jars and the drones?

A.  Yes, it was.

Q.  And you took a picture of a particular shelf?

A.  Yes.

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

Q.  Can you tell me why you took this particular picture?

A.  The cleaning supply can -- if you know what you're doing --
can be a component added with this.  But when I saw the match
heads -- an abundance of match heads in the past --

        MR. GEROMETTA:  Your Honor, I'm going to object here.
This is outside the witness's scope of knowledge.

        MS. MOHSIN:  I think he's testified that it's well
within his scope, Judge.

        THE COURT:  We're going to have a brief sidebar.

    (Bench conference held.)

MS. MOHSIN:  Judge, this is a witness who has testified that he has interacted with prisoners and talked to them over a period of 33 years, supervised parolees.  He has gang experience.  He has experience with ISIS.  I think he is not going to say that he knows it's bomb making terms.  He's just going to say that it was suspicious, so he took a picture of it.

MR. GEROMETTA:  If that's as far as he's going, I don't have an objection.  But I don't want --

MS. MOHSIN:  I will lead him.

THE COURT:  The Court's concern is that the level of confidence with the scope of the answer.

MS. MOHSIN:  I will lead him.  All right.

MR. GEROMETTA:  Thank you.

THE COURT:  We'll see.

(Bench conference concluded.)

CHARLES WRIGHT - DIRECT BY MS. MOHSIN

BY MS. MOHSIN:

Q.  So, Mr. Wright, we were talking about Exhibit 14-43.

        Did you take this picture because you found these items to be suspicious?

A.  Yes.

Q.  All right.  I want to direct your attention to 14-48, please.

        Can you describe what's depicted in this photo?

A.  This was the same or appeared to be the same Apple computer that was upstairs in the makeshift desk area in the first room.

Q.  Now it's in the basement?

A.  Yes.

Q.  May I borrow that laser pointer for a moment?

A.  Absolutely.

Q.  Do you see this item right here [indicating]?

A.  Yes.

Q.  I want to direct your attention now to that item and Exhibit 14-53.

A.  Those look like index cards.

Q.  That was going to be my next question, but I wanted to show you 14-53.

        Can you see the item that I'm circling right here?

A.  Yes, that's what I'm looking at right now.

Q.  Based on those two photographs and the location of the computer, do you have an understanding of what that is?

A.  Index cards, yes.

Q.  Did you look at those or pick them up?

A.  I did not pick them up.

Q.  Okay.  All right.  One moment, please.

     (Brief pause.)

BY MS. MOHSIN:

Q.  And you took a lot of other pictures that day; is that
right?

A.  Yes.

          MS. MOHSIN:  One moment, please.

     (Brief pause.)

BY MS. MOHSIN:

Q.  Thank you, Mr. Wright.

          MS. MOHSIN:  I have no further questions for this
witness.

          THE WITNESS:  Do you want these back?

          THE COURT:  Thank you, Ms. Mohsin.

          MR. GEROMETTA:  Can I have one second, your Honor?

          THE COURT:  You may.

          MR. GEROMETTA:  Before we switch over, could you pull
up 14-41, please.  Thank you.  Appreciate it.

                    CROSS-EXAMINATION

BY MR. GEROMETTA:

Q.  So you identified this.

          You were interested in this because of the number of

jars there, correct?

A.   I was interested because they were empty jars collected on a table.

Q.   There's also -- appears to be other things that you might find in a kitchen there, correct?

A.   Yes.

Q.   Like bowls?

A.   Yes.

Q.   And whatever that is behind the bowl with a Tupperware top? I don't know if it's Corningware or something like that?

A.   Those are in the picture, yes.

Q.   Okay.  Just checking.

        MR. GEROMETTA:  Could -- we're going to switch over the computer input, if we could.

BY MR. GEROMETTA:

Q.   So you took pictures of the inside of the house and the outside of the house, you indicated, correct?

A.   Yes.

Q.   And you also took pictures of a shed that was in the backyard, correct?

A.   Yes.

        MR. GEROMETTA:  Could you pull up -- it's going to be -- oh, I'm sorry.

        If I could approach the witness, your Honor?

        THE COURT:  You may.

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

THE WITNESS:  Thank you.

BY MR. GEROMETTA:

Q.  I'm handing you what's been marked as Defendant's B1 through 7.

Do you recognize those as pictures of the shed and the backyard, back of the house at Mr. Naser's house in Westland?

A.  Yes, to the best of my memory.

THE COURT:  Did you say B, as in boy, or D?

MR. GEROMETTA:  B, as in boy, your Honor.

THE COURT:  Thank you.  Go ahead.

MR. GEROMETTA:  Your Honor, I discussed this with Ms. Mohsin previously.  I believe there's no objection to the admission.

MS. MOHSIN:  No objection.

THE COURT:  Those exhibits are admitted.

(DX B1 through B7 received in evidence.)

MR. GEROMETTA:  Thank you.

Could we bring up image 2931?  Thank you.

BY MR. GEROMETTA:

Q.  So this is the inside of Mr. Naser's shed, correct?

A.  To the best of my memory, yes.

MR. GEROMETTA:  And can I -- I think we have a laser pointer.

BY MR. GEROMETTA:

Q.  Do you have a laser pointer?

A.  No, I don't.  I don't.

        MS. MOHSIN:  Here you go, Mr. Gerometta.

        MR. GEROMETTA:  Trying to move this along.  I don't
know how to use it.

        MS. MOHSIN:  Center bar.

        MR. GEROMETTA:  Center bar?

        MS. MOHSIN:  Oh.  Sorry.

        MR. GEROMETTA:  Thank you.

BY MR. GEROMETTA:

Q.  All right.  So you could see something orange in here,
correct, in the middle?  [Indicating.]  I'm pointing at it with
a laser pointer, if that helps.

A.  Yeah, I'm looking at it.

Q.  Yeah, there's a lot.

A.  Uh-huh.

Q.  And that's stacked up in his garage, correct?  Or in his
shed, correct?

A.  It appears to be, yes.

Q.  And this is in mid-October, correct?

A.  Yes.

Q.  Okay.  This is a picture you took on October 19th?

A.  Yes, to the best of my knowledge.

        MR. GEROMETTA:  If we could go to the next image,
please.  This would be Defendant's B2.

BY MR. GEROMETTA:

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

Q.  And here again, you can see -- sort of shifted over to the right a little more, you can see that orange plastic or rubber thing again, correct?

A.  Yes.

Q.  Okay.  And you can see there's a grill underneath it, correct --

A.  Yes.

Q.  -- that you could kind of catch in that other picture?

        MR. GEROMETTA:  Okay.  Next image, please.

BY MR. GEROMETTA:

Q.  This next image is Defendant's B3.  You can see in the bottom right-hand corner a pump, correct?  [Indicating.]  Oops.  Sorry.  Right down there.  Yeah, a box -- or at least a box that is supposed to have a pump in it, correct?

A.  Appears to be.

        MR. GEROMETTA:  And is it possible to zoom in on that corner?

BY MR. GEROMETTA:

Q.  And -- can't really read the writing.

        MR. GEROMETTA:  That's okay.  Zoom back out.  Go to the next image.  That's okay.

        MR. WATTS:  I don't know what the next image --

        MR. GEROMETTA:  It would be 2910.  Oh.  You know, if you could --

BY MR. GEROMETTA:

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

Q.  So did you notice that pump when you were in there, when you were in that shed?

A.  No.

Q.  Did you notice that piece of orange plastic?  Could you tell what that was?

A.  No.

Q.  Okay.  Do you know what a pop-up pool is?

A.  I'm familiar with a pop-up pool.

Q.  What's a pop-up pool?

A.  It's a pool that you put -- on demand.

Q.  Pops up?

A.  There you go.

Q.  Make it easy, right?

A.  Uh-huh.

Q.  So you can take it up and down, depending on how big it is, much faster than a regular pool, correct?

A.  Yes.

Q.  And you don't leave it up all winter, generally --

A.  For the most part.

Q.  -- like you would a regular pool?

         Okay.  Great.  Thank you.

         MR. GEROMETTA:  Could you go to 2910, please.

BY MR. GEROMETTA:

Q.  And this is the back sliding door to Mr. Naser's house, correct?

A.  Yes.

Q.  Okay.  And it's got all that new brick paver work there,
correct?

A.  Yes.

Q.  And when you were there, and from this photo, you can tell
that's relatively new work, correct?

A.  Yes.

Q.  In fact, it looks like it's not even totally completed yet,
correct?

A.  It wasn't completed, no.

        MR. GEROMETTA:  And 2914?

BY MR. GEROMETTA:

Q.  And that's that -- again, that brick paver work.  And
the -- is that the shed that all this stuff was in?

A.  Yes.

Q.  When I say "all this stuff," the things we identified --

A.  That was in the photos.

Q.  -- correct?

        And then also we didn't talk about shed stuff, a
grill, bikes, sports equipment, that kind of stuff, correct?

A.  Correct.

        MR. GEROMETTA:  Okay.  2917.

BY MR. GEROMETTA:

Q.  This is Defendant's B6.  This is -- they're still
completing that brick paver work, correct?

A.  Correct.

        MR. GEROMETTA:  And 2919, B7.  I promise this is the
last one.

BY MR. GEROMETTA:

Q.  The end of the brick paver work?

A.  Yes.

Q.  Okay.  Thank you.

        MR. GEROMETTA:  Your Honor, I have another section to
get into.  It's 2:30.  Do you want me to start on that section
or --

        THE COURT:  It is 2:30, and we have arrived at the
conclusion of our trial day.

        Members of the jury, thank you for your time and
attention.  Remember, you cannot do any research of any kind
about this case or anybody involved in the case.  You also
cannot discuss this case with anyone.  You must follow the
Court's instructions, and if you hear of anyone violating these
instructions among you, you must report it to me or immediately
to a member of my staff.

        You all are excused for the day.  Thank you.

        THE LAW CLERK:  All rise for the jury.

    (Whereupon the jury was excused, 2:31 p.m.)

        THE COURT:  Officer Wright, you may step down from the
stand and return any items you were given to counsel.  You're
excused for the day.

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

        THE WITNESS:  Thank you.

(Witness excused, 2:31 p.m.)

        THE COURT CLERK:  Court is adjourned for the day.

(Proceedings adjourned, 2:32 p.m.)

                        -    -    -

CERTIFICATION OF REPORTERS


I, Leann S. Lizza/Christin E. Douglas, do hereby certify that the above-entitled matter was taken before me at the time and place hereinbefore set forth; that the proceedings were duly recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to either party, nor interested in the event of this cause.


S/Leann S. Lizza S/Christin E. Douglas          5/19/2025

Leann S. Lizza, CSR-3746, RPR, CRR, RMR, RDR          Date
Christin E. Douglas, RDR, CRR, FCRR, CSR

**$**

**$18,700** [4] - 9:25, 11:7, 11:9, 66:3
**$18,718.33** [2] - 10:9, 10:23
**$18,719.82** [1] - 12:20
**$2,500** [1] - 25:13
**$2.07** [1] - 12:20
**$3,000** [1] - 12:6
**$500** [2] - 15:7, 67:12
**$6,000** [1] - 12:6
**$6,100** [2] - 25:3, 25:11
**$9,700** [1] - 12:6

**'**

**'80s** [1] - 125:1
**'No** [1] - 133:14
**'Yea** [1] - 133:13

**1**

**1** [13] - 10:2, 16:17, 17:8, 17:10, 18:11, 18:12, 28:24, 29:25, 36:1, 45:11, 45:15, 57:5, 84:3
**1-36** [2] - 138:25, 139:8
**1-37** [5] - 139:8, 143:17, 165:7, 170:8, 185:15
**1-38** [6] - 4:5, 23:19, 24:6, 24:8, 24:12, 24:16
**1-39** [6] - 4:5, 23:19, 24:9, 24:10, 24:12, 24:16
**1-40** [10] - 4:3, 8:16, 8:19, 8:20, 9:4, 9:8, 9:21, 10:2, 11:11, 12:13
**1-41** [8] - 4:4, 8:17, 9:10, 9:11, 9:12, 9:16, 9:19, 12:7
**1-5** [6] - 4:5, 23:19, 24:2, 24:12, 24:16, 24:18
**1.209** [1] - 122:18
**10** [1] - 57:5
**10-minute** [1] - 72:23
**100%** [1] - 54:21
**108** [1] - 4:23
**10:00** [2] - 168:6, 168:8
**10:15** [2] - 39:21, 40:7
**10:48** [2] - 40:23, 41:3
**10:53** [1] - 82:8

**10:54** [1] - 82:10
**10th** [14] - 17:21, 17:25, 18:10, 19:18, 19:24, 20:2, 20:12, 70:1, 70:6, 70:25, 165:8, 165:15, 165:21, 166:2
**11** [2] - 30:17, 38:15
**112** [1] - 4:20
**113** [1] - 4:22
**114** [1] - 4:18
**115** [1] - 4:19
**116** [1] - 4:21
**117** [1] - 3:10
**11:00** [1] - 62:20
**11:06** [1] - 82:11
**11:07** [1] - 82:17
**11:08** [1] - 83:3
**11:33** [1] - 17:11
**11:45** [1] - 34:23
**11:49** [1] - 37:22
**11th** [6] - 20:7, 20:13, 20:15, 24:25, 25:2, 25:10
**12** [1] - 57:5
**12-10** [1] - 158:3
**12-11** [1] - 158:10
**12-12** [1] - 158:20
**12-13** [1] - 159:1
**12-14** [2] - 153:9, 159:10
**12-15** [2] - 153:9, 159:14
**12-16** [1] - 153:9
**12-17** [2] - 159:23, 160:2
**12-18** [1] - 160:10
**12-19** [2] - 160:23, 161:11
**12-2** [5] - 4:15, 153:6, 153:16, 153:22, 154:3
**12-20** [1] - 161:10
**12-21** [4] - 4:15, 153:6, 153:16, 161:13
**12-3** [1] - 154:9
**12-31** [1] - 177:21
**12-4** [1] - 155:11
**12-5** [1] - 155:20
**12-6** [1] - 156:14
**12-7** [1] - 156:23
**12-8** [2] - 153:9, 157:8
**12-9** [2] - 153:9, 157:22
**120** [1] - 78:8
**124** [4] - 3:11, 105:14, 106:1
**124-41** [1] - 190:11
**127** [1] - 3:14

**128** [1] - 105:19
**129** [1] - 106:7
**12:05** [2] - 125:20, 125:22
**12:33** [2] - 33:14, 75:1
**12:40** [1] - 125:23
**12:42** [1] - 126:20
**12:43** [1] - 127:11
**12th** [8] - 24:24, 62:3, 62:5, 62:8, 62:12, 62:16, 64:21, 65:7
**13** [1] - 129:3
**13-10** [1] - 178:20
**13-11** [1] - 179:4
**13-12** [1] - 179:13
**13-13** [1] - 180:2
**13-14** [1] - 180:7
**13-15** [1] - 180:13
**13-16** [1] - 180:19
**13-17** [1] - 181:5
**13-18** [2] - 181:9, 181:16
**13-19** [1] - 181:16
**13-2** [5] - 4:16, 175:9, 175:15, 176:3, 176:4
**13-20** [1] - 181:21
**13-21** [1] - 182:1
**13-22** [1] - 182:3
**13-23** [1] - 182:9
**13-24** [1] - 182:13
**13-25** [1] - 182:13
**13-26** [1] - 182:19
**13-27** [1] - 182:23
**13-28** [1] - 183:11
**13-29** [1] - 183:19
**13-3** [1] - 176:11
**13-30** [4] - 4:16, 175:9, 176:3, 184:1
**13-4** [1] - 176:18
**13-5** [1] - 176:23
**13-6** [1] - 177:6
**13-7** [1] - 177:3
**13-8** [1] - 177:11
**13-9** [1] - 178:12
**13th** [5] - 14:3, 14:17, 119:25, 142:16, 142:22
**14-1** [3] - 4:17, 187:17, 187:21
**14-33** [2] - 188:7, 189:9
**14-34** [1] - 188:21
**14-35** [1] - 189:3
**14-36** [1] - 189:6
**14-37** [1] - 189:21
**14-38** [1] - 190:4
**14-41** [1] - 195:21
**14-42** [1] - 190:24
**14-43** [2] - 191:20,

194:2
**14-48** [1] - 194:6
**14-53** [2] - 194:18, 194:21
**14-87** [3] - 4:17, 187:18, 187:21
**15** [2] - 62:12, 122:18
**15-1's** [1] - 109:19
**15-1.169** [1] - 109:18
**15-1.209** [1] - 100:13
**15-1.25** [1] - 102:23
**15-1.51** [1] - 101:4
**15-1.57** [1] - 99:24
**15-1.81** [1] - 107:8
**15-52** [4] - 4:18, 113:25, 114:9, 114:12
**15-53** [4] - 4:19, 114:20, 115:5, 115:8
**15-54** [4] - 4:20, 112:8, 112:20, 112:23
**15-54.1** [4] - 4:20, 112:8, 112:20, 112:23
**15-55** [6] - 4:21, 115:19, 115:23, 116:8, 116:11, 116:13
**15-55.1** [5] - 4:21, 115:19, 116:8, 116:11, 116:15
**15-56** [4] - 4:22, 113:4, 113:14, 113:17
**15-59** [5] - 4:23, 107:16, 107:21, 108:7, 108:24
**153** [1] - 4:15
**16** [2] - 4:9, 159:23
**16th** [7] - 15:5, 67:5, 168:13, 169:2, 169:22, 174:21, 175:16
**17** [1] - 30:15
**176** [1] - 4:16
**177** [1] - 109:22
**18** [2] - 19:3, 31:1
**18-minute** [1] - 30:16
**18-month** [1] - 83:23
**187** [1] - 4:17
**188** [1] - 110:3
**18:43** [1] - 76:8
**18th** [12] - 25:14, 26:21, 26:24, 27:8, 61:18, 64:23, 138:8, 138:12, 138:13, 139:15, 142:17, 142:19
**19** [3] - 1:12, 6:1, 145:22
**1906:59** [2] - 177:24,

178:3
**195** [2] - 3:15, 110:9
**196** [1] - 110:20
**197** [1] - 5:4
**1989** [1] - 128:10
**19th** [16] - 23:10, 97:25, 140:20, 145:24, 149:13, 165:3, 169:9, 184:7, 184:12, 184:20, 184:22, 185:4, 186:14, 186:17, 186:25, 198:21
**1:00** [1] - 74:6
**1:42** [3] - 36:6, 73:20, 73:23
**1:47** [1] - 174:1
**1:48** [1] - 174:6
**1st** [13] - 15:20, 21:21, 30:14, 31:2, 31:22, 37:2, 37:21, 38:5, 38:6, 39:19, 39:22, 42:2, 54:20

**2**

**2** [5] - 2:7, 10:15, 25:5, 57:5, 68:22
**20** [7] - 83:16, 110:20, 128:13, 128:25, 129:3, 129:15, 157:14
**2001** [1] - 1:16
**2005** [1] - 83:19
**2009** [2] - 128:13, 129:5
**2010** [1] - 83:22
**2011** [2] - 8:22, 62:11
**2012** [57] - 8:5, 8:24, 9:2, 9:13, 9:23, 9:24, 10:12, 10:22, 11:5, 11:15, 12:1, 12:24, 13:5, 13:12, 13:15, 14:3, 14:17, 14:25, 15:5, 15:20, 16:23, 17:3, 17:10, 17:25, 19:18, 20:17, 23:10, 23:25, 24:5, 24:22, 24:24, 25:10, 26:8, 26:15, 26:21, 26:24, 27:8, 27:14, 28:7, 28:20, 28:21, 29:1, 30:13, 32:24, 33:14, 36:15, 61:22, 62:3, 62:12, 62:16, 65:7, 67:5, 78:2, 84:1, 86:21, 96:4
**2013** [31] - 13:6, 13:13, 15:20, 16:25, 21:16, 21:21, 22:20, 27:15,

28:8, 30:14, 31:2, 31:5, 31:18, 34:22, 34:23, 36:16, 37:21, 38:5, 38:6, 39:10, 52:10, 53:1, 57:7, 59:19, 59:25, 64:22, 65:8, 78:2, 81:3, 86:21
**2014** [3] - 22:10, 84:5, 85:5
**2015** [2] - 84:8, 85:6
**2016** [15] - 48:21, 61:18, 85:17, 86:12, 86:20, 89:20, 138:7, 138:8, 138:12, 138:13, 139:12, 139:15, 142:16, 142:17, 148:8
**2017** [33] - 56:18, 58:8, 90:10, 91:22, 93:5, 93:21, 96:19, 97:24, 108:4, 112:18, 115:3, 116:5, 140:18, 140:20, 140:23, 141:8, 144:20, 145:22, 145:24, 148:8, 149:13, 164:20, 165:9, 165:15, 165:21, 166:19, 168:13, 169:2, 169:22, 174:21, 184:13, 184:20, 186:1
**2019** [1] - 84:11
**202** [2] - 1:21, 111:1
**2022** [2] - 84:13, 128:4
**2025** [3] - 1:12, 6:1, 84:15
**204** [1] - 5:17
**205** [1] - 111:6
**20530** [1] - 1:21
**21** [1] - 186:1
**211** [1] - 1:16
**218** [1] - 111:13
**21st** [2] - 9:2, 186:11
**22** [1] - 79:6
**22-CR-20504** [2] - 1:5, 6:9
**221** [1] - 111:24
**226-9100** [1] - 1:17
**22nd** [1] - 164:21
**23** [1] - 4:11
**231** [1] - 1:11
**23rd** [7] - 9:24, 10:12, 10:22, 12:19, 164:20, 164:24, 165:3
**24** [4] - 4:5, 31:17, 130:18, 130:21

**248** [2] - 165:18, 170:11
**248-346-something** [1] - 170:12
**250** [2] - 111:19, 111:20
**26** [1] - 103:15
**27** [4] - 2:7, 4:12, 41:1, 104:1
**27th** [1] - 26:8
**28** [3] - 4:10, 19:10, 104:13
**29** [1] - 104:24
**2910** [2] - 199:23, 200:22
**2914** [1] - 201:11
**2917** [1] - 201:22
**2919** [1] - 202:2
**2931** [1] - 197:18
**29712** [2] - 10:7, 19:11
**29th** [6] - 20:17, 71:16, 72:3, 72:4, 72:8, 73:8
**2:00** [1] - 174:7
**2:01** [1] - 174:12
**2:30** [2] - 202:9, 202:11
**2:31** [2] - 202:22, 203:2
**2:32** [1] - 203:4
**2nd** [18] - 13:6, 13:13, 16:25, 20:24, 21:1, 22:15, 22:20, 22:25, 26:15, 28:13, 34:22, 34:23, 36:16, 39:10, 42:2, 42:9, 42:10, 77:17

### 3
**3** [1] - 69:2
**3-18-2016** [2] - 139:13, 139:21
**30th** [13] - 9:13, 11:5, 12:1, 73:25, 98:10, 98:13, 108:4, 112:18, 116:5, 120:1, 120:2, 120:5, 122:2
**310** [5] - 150:6, 150:7, 150:10, 165:22, 166:3
**313** [3] - 1:17, 2:5, 2:8
**31st** [20] - 27:14, 28:7, 29:1, 29:8, 29:17, 29:24, 30:13, 32:21, 32:24, 33:14, 33:19, 36:6, 36:15, 37:3, 73:21, 74:1, 74:9, 74:25, 77:13, 84:15

### 4
**4** [1] - 69:15
**4-17** [1] - 75:24
**4-18** [8] - 4:6, 32:22, 32:23, 33:4, 33:7, 74:16, 76:10
**4-19** [5] - 4:7, 37:7, 37:11, 37:15, 37:17
**4-26** [4] - 4:8, 52:20, 53:4, 53:7
**4.2** [1] - 135:23
**40** [2] - 32:13, 124:22
**41** [1] - 11:11
**42** [1] - 11:19
**43** [1] - 12:12
**48226** [2] - 1:17, 2:4
**48362** [1] - 2:7
**4:30** [3] - 39:9, 42:1, 42:9
**4th** [9] - 21:16, 27:15, 28:8, 32:7, 32:9, 32:15, 57:7, 62:4, 78:2

### 5
**5** [2] - 23:8, 70:4
**5-3** [1] - 142:16
**5/19/2025** [1] - 204:13
**51** [1] - 19:20
**53** [1] - 4:8
**530-9505** [1] - 2:8
**5300** [1] - 129:6
**55.1** [1] - 116:1
**57** [1] - 4:14
**5:00** [1] - 168:5
**5th** [7] - 21:16, 67:9, 128:10, 138:7, 138:11, 139:12, 139:19

### 6
**6.0** [1] - 180:17
**60** [1] - 17:24
**613** [1] - 2:3
**616-2846** [1] - 1:21
**65** [1] - 3:5
**6:00** [3] - 62:19, 168:6, 168:8

### 7
**7** [8] - 1:9, 3:4, 162:6, 162:8, 165:2, 170:23, 170:24, 197:4
**7-1** [6] - 4:9, 16:9, 16:12, 16:14, 16:17, 67:17
**7-1.1** [6] - 4:9, 15:11, 15:18, 16:8, 16:12, 17:5
**7-1.2** [2] - 17:22, 18:8
**7-1.64** [1] - 18:9
**7-1.7** [1] - 18:18
**7-1.78** [1] - 21:5
**7-1.87** [1] - 21:18
**7-1.95** [4] - 4:9, 15:11, 16:8, 16:12
**7-2** [9] - 4:10, 27:20, 27:23, 28:2, 28:24, 29:22, 29:23, 32:7, 52:13
**7-2.1** [4] - 4:10, 27:10, 27:24, 28:2
**7-2.2** [1] - 18:13
**7-2.43** [4] - 4:10, 27:10, 27:24, 28:2
**7-3** [5] - 4:11, 23:4, 23:8, 23:12, 23:15
**7-4** [6] - 4:12, 26:17, 26:20, 26:21, 27:2, 27:5
**7-5** [7] - 4:12, 26:17, 26:20, 26:23, 26:24, 27:2, 27:5
**7-6** [6] - 4:13, 34:18, 34:20, 35:5, 35:9, 35:11
**7-7** [7] - 4:13, 34:19, 34:25, 35:5, 35:9, 36:8, 36:9, 73:13
**7.6** [1] - 73:6
**7.7** [1] - 73:13
**7.8** [1] - 21:9
**7.86** [1] - 21:9
**701** [1] - 48:2
**75** [1] - 41:2
**7600** [1] - 1:20
**7:00** [2] - 39:15, 62:20

**7:06** [1] - 178:2
**7:30** [3] - 75:15, 75:16, 76:17
**7:33** [3] - 76:13, 76:14, 76:15
**7th** [14] - 12:24, 13:5, 13:11, 13:15, 14:25, 16:23, 17:3, 22:24, 42:20, 166:19, 167:8, 167:10, 167:12, 168:10

### 8
**8-1** [5] - 4:14, 56:23, 57:5, 57:14, 57:17
**8-10** [4] - 4:14, 56:23, 57:14, 61:1
**8-12** [4] - 4:14, 56:23, 57:14, 59:21
**8-2** [5] - 4:14, 56:23, 57:5, 57:14, 60:13
**8-3** [5] - 4:14, 56:23, 57:5, 57:14, 60:20
**8-8** [4] - 4:14, 56:23, 57:5, 57:14
**80** [1] - 3:6
**806-2187** [2] - 150:6, 150:7
**82** [1] - 107:14
**83** [1] - 3:9
**85** [1] - 21:14
**88** [4] - 65:9, 78:1, 78:14
**8:30** [1] - 76:17
**8:33** [1] - 76:16
**8th** [2] - 15:19, 17:10

### 9
**9** [3] - 4:3, 4:4, 124:22
**9-18** [1] - 54:1
**9-21** [1] - 186:1
**90** [1] - 89:22
**94** [2] - 41:2, 63:1
**95** [2] - 15:18, 21:19
**950** [1] - 1:20
**96** [1] - 63:2
**967-5555** [1] - 2:5
**9:00** [2] - 168:5
**9:19** [2] - 1:12, 6:4
**9:21** [1] - 7:4
**9:22** [1] - 7:18
**9th** [2] - 185:16, 186:12

### A
**A-W-S-8-8-1-9** [2] - 33:1, 53:15

**a.m** [17] - 1:12, 6:4, 7:4, 7:19, 34:24, 36:6, 39:15, 42:1, 62:20, 73:20, 73:23, 75:15, 82:8, 82:10, 82:11, 82:17, 83:3

**Abbott** [1] - 2:3

**Abdul** [7] - 30:6, 30:12, 31:3, 31:7, 54:14, 54:17, 54:19

**Abdullah** [5] - 30:6, 30:12, 31:3, 31:7, 54:19

**able** [8] - 13:21, 47:17, 68:25, 111:20, 126:24, 153:19, 156:13, 157:16

**above-entitled** [1] - 204:4

**abreast** [1] - 146:21

**abroad** [1] - 146:23

**absence** [1] - 144:5

**absolutely** [6] - 132:1, 134:3, 159:21, 178:4, 179:3, 194:14

**abundance** [1] - 192:4

**academy** [1] - 128:12

**accent** [1] - 96:1

**access** [1] - 97:19

**according** [14] - 10:11, 139:11, 139:12, 139:24, 151:12, 158:25, 162:7, 164:23, 165:16, 166:21, 167:2, 168:14, 168:21, 185:21

**account** [21] - 8:11, 9:23, 10:25, 11:16, 24:20, 25:2, 31:3, 31:20, 32:5, 32:12, 32:14, 32:17, 33:1, 35:1, 53:12, 66:6, 66:8, 66:19, 66:21, 90:11, 90:25

**accounts** [5] - 8:8, 89:16, 134:15, 134:19, 180:23

**accuracy** [2] - 16:14, 141:20

**accurate** [2] - 16:15, 46:21

**accused** [1] - 46:25

**accustomed** [1] - 169:7

**acid** [1] - 106:14

**acquired** [1] - 98:9

**acronyms** [1] - 86:3

**act** [2] - 29:16, 54:22

**acting** [3] - 84:6, 84:7,

85:5

**action** [3] - 26:22, 26:25, 171:17

**actions** [2] - 46:8, 47:25

**actively** [1] - 149:8

**activities** [1] - 135:18

**activity** [6] - 17:23, 24:24, 25:12, 52:9, 85:25, 93:16

**adapting** [1] - 128:22

**added** [1] - 192:3

**addition** [2] - 129:8, 129:23

**additional** [7] - 48:12, 60:2, 60:8, 93:15, 153:14, 181:7, 181:8

**address** [6] - 6:25, 7:8, 13:16, 19:12, 34:21, 63:3, 94:4, 94:5, 94:8, 94:14, 95:17, 95:19, 134:8, 137:21, 167:1, 167:7

**addresses** [5] - 87:15, 88:21, 89:11, 134:12, 134:15

**adjourned** [2] - 203:3, 203:4

**ADL** [3] - 29:25, 30:1, 30:3

**ADLs** [2] - 128:16, 128:17

**admission** [9] - 9:15, 23:11, 27:23, 37:11, 53:4, 57:10, 175:20, 187:17, 197:13

**admit** [15] - 9:4, 16:8, 24:12, 27:2, 33:4, 35:4, 108:6, 112:20, 113:14, 114:9, 115:5, 116:8, 153:10, 153:13, 175:24

**admitted** [28] - 9:7, 9:18, 16:11, 23:14, 24:15, 27:4, 28:1, 33:6, 35:7, 37:13, 53:6, 53:25, 57:13, 108:10, 108:11, 108:18, 112:22, 113:16, 114:11, 115:7, 116:10, 117:21, 153:8, 153:13, 153:14, 176:1, 187:20, 197:15

**advancement** [1] - 136:13

**advised** [2] - 133:23, 137:3

**affect** [3] - 43:1, 80:8, 149:1

**affected** [1] - 43:9

**affiliate** [1] - 22:11

**affiliated** [1] - 37:25

**afraid** [1] - 49:5

**Africa** [1] - 69:11

**afterwards** [2] - 16:24, 155:24

**agencies** [1] - 179:20

**agent** [54] - 14:6, 14:11, 14:12, 46:2, 54:18, 54:19, 67:1, 67:7, 77:10, 79:4, 83:16, 84:4, 89:21, 95:9, 118:12, 118:22, 119:7, 129:5, 129:7, 129:16, 130:11, 131:5, 131:11, 131:14, 132:6, 133:19, 133:20, 134:9, 134:16, 135:5, 135:9, 135:15, 136:18, 137:10, 138:21, 139:17, 139:23, 140:2, 140:7, 140:11, 140:22, 141:6, 141:9, 141:12, 144:8, 144:18, 145:8, 145:16, 145:18, 148:25, 166:20, 173:16

**Agent** [31] - 7:13, 7:15, 8:3, 10:19, 14:24, 25:8, 35:14, 37:19, 39:7, 51:15, 53:11, 54:20, 61:12, 65:16, 65:23, 82:3, 88:15, 119:15, 139:25, 140:16, 141:3, 142:10, 143:22, 143:25, 145:19, 145:23, 145:25, 146:6, 148:9, 149:13, 169:5

**agent's** [2] - 136:15, 136:23

**AGENT/INFORMANT** [1] - 53:21

**agents** [22] - 13:25, 14:14, 25:23, 54:16, 56:11, 63:22, 85:8, 90:2, 118:5, 118:7, 118:12, 118:14, 119:6, 119:10, 134:5, 134:6, 135:17, 136:1,

137:6, 143:1, 148:4, 181:2

**Agents** [2] - 14:1, 14:16

**aggression** [1] - 171:17

**ago** [1] - 90:22

**agree** [2] - 49:22, 101:13

**agreed** [1] - 175:8

**ahead** [19] - 39:5, 41:12, 43:16, 75:6, 82:4, 105:6, 108:11, 113:19, 114:14, 114:18, 115:10, 115:17, 134:9, 148:18, 152:15, 155:3, 156:18, 173:21, 197:10

**ahki** [1] - 34:1

**ahold** [1] - 137:13

**aid** [1] - 59:14

**airline** [1] - 61:3

**Airlines** [3] - 36:18, 61:4, 61:5

**airplane** [2] - 29:12, 29:13

**airport** [1] - 77:18

**Airport** [5] - 13:7, 18:19, 19:12, 42:14, 52:6

**airports** [8] - 18:16, 18:17, 19:9, 20:12, 20:14

**ak-47** [1] - 54:15

**Al** [4] - 22:11, 22:12, 28:21, 28:22

**al'Qaida** [1] - 84:3

**Al-Qusayr** [1] - 28:21

**alcohol** [1] - 59:2

**Allah** [1] - 55:11

**allegation** [2] - 40:10, 40:11

**alleging** [1] - 32:9

**allow** [1] - 148:16

**allowed** [2] - 47:9, 64:3

**almost** [4] - 25:1, 73:24, 78:14, 93:10

**Alnarweeg** [1] - 22:5

**Alnarweeg92** [1] - 55:13

**alone** [1] - 187:3

**alphabet** [1] - 160:5

**alternative** [2] - 133:12

**AMANDA** [1] - 2:2

**Amanda** [1] - 6:20

**AMERICA** [1] - 1:3

**America** [9] - 6:10,

8:10, 8:12, 8:20, 9:4, 9:13, 9:14, 11:16, 65:25

**American** [4] - 61:4, 61:5, 81:5, 81:7

**Americas** [1] - 12:3

**ammunition** [1] - 109:14

**amount** [4] - 9:23, 10:8, 68:9, 77:25

**amounts** [1] - 12:5

**amp** [1] - 189:25

**ample** [2] - 43:8, 46:25

**analysis** [1] - 163:12

**Android** [1] - 180:15

**Angeles** [4] - 93:23, 94:16, 94:25, 97:11

**angle** [3] - 156:5, 156:12, 156:21

**another..** [1] - 158:23

**ansaaar1.wordpress .com** [1] - 37:24

**answer** [6] - 101:15, 101:17, 136:24, 137:19, 190:7, 193:12

**answered** [1] - 85:24

**answering** [1] - 45:14

**Anti** [1] - 30:1

**anti** [1] - 54:2

**anti-Christ** [1] - 54:2

**Anti-Defamation** [1] - 30:1

**anticipating** [2] - 47:6, 48:21

**anticipation** [1] - 39:16

**antisemitism** [1] - 30:2

**apart** [1] - 107:6

**apologize** [1] - 175:22

**apostrophe** [1] - 162:16

**app** [8] - 91:3, 178:25, 179:8, 181:19, 181:23, 182:7, 182:17, 182:21

**appear** [7] - 11:17, 46:9, 121:19, 121:22, 142:7, 153:25

**appearance** [1] - 126:6

**Appearances** [1] - 1:23

**appearances** [2] - 1:14, 6:11

**APPEARANCES** [1] - 2:1

**appeared** [6] - 100:24,

4

151:17, 151:19, 172:8, 189:24, 194:9
**appearing** [2] - 6:14, 126:25
**Apple** [6] - 151:5, 156:20, 157:10, 164:9, 184:5, 194:9
**application** [2] - 19:2, 91:7
**applications** [4] - 89:8, 144:12, 144:15, 180:22
**Applying** [1] - 19:3
**appreciate** [4] - 50:14, 143:7, 164:18, 195:21
**approach** [8] - 7:14, 7:20, 44:8, 82:24, 107:17, 112:3, 112:5, 196:24
**approached** [2] - 148:10, 148:11
**appropriate** [2] - 39:4, 79:20
**approve** [1] - 134:10
**apps** [11] - 88:23, 89:7, 91:3, 178:17, 181:12, 181:14, 181:16, 182:2, 182:11, 182:12, 182:15
**April** [2] - 62:11, 84:13
**Arabian** [1] - 84:4
**Arabic** [7] - 92:13, 92:14, 95:25, 160:7, 160:14, 160:15, 161:4
**arc** [1] - 93:6
**area** [32] - 63:19, 94:4, 94:6, 94:8, 99:9, 102:19, 103:8, 103:11, 103:23, 103:24, 104:23, 110:17, 129:6, 150:17, 151:1, 152:6, 154:13, 158:13, 158:18, 160:21, 165:17, 171:6, 187:11, 187:12, 188:15, 189:8, 189:12, 189:14, 190:13, 191:2, 194:10
**areas** [2] - 158:16, 187:14
**argue** [2] - 47:1, 49:8
**arguing** [1] - 136:8
**argument** [5] - 44:3, 46:7, 46:15, 47:18, 49:9

**argumentative** [1] - 46:4
**arise** [1] - 90:6
**arising** [1] - 146:22
**armed** [6] - 29:16, 41:4, 48:10, 52:2, 56:4, 78:23
**array** [1] - 183:10
**arrest** [3] - 44:4, 64:21, 65:8
**arrested** [5] - 22:10, 41:18, 48:13, 61:9, 61:10
**arrive** [2] - 40:20, 40:21
**arrived** [3] - 168:20, 170:13, 202:11
**arriving** [1] - 34:23
**articles** [1] - 172:8
**ascertain** [2] - 87:20, 89:2
**ASHER** [1] - 1:15
**Asher** [4] - 126:6, 126:9, 126:12, 127:5
**assault** [1] - 80:15
**assessed** [1] - 14:20
**assessment** [2] - 43:20, 43:25
**assessments** [1] - 43:15
**assets** [1] - 119:22
**assign** [1] - 168:2
**assigned** [5] - 83:19, 83:20, 84:2, 85:9, 95:13, 131:4, 134:5, 138:21, 141:9, 141:12, 144:18, 144:24, 147:15, 148:5
**assignment** [2] - 83:23, 84:1
**assigns** [1] - 95:8
**assistance** [1] - 132:11
**Assistant** [2] - 6:14, 127:5
**assistant** [2] - 126:5, 128:18
**associated** [2] - 89:12, 90:12
**assorted** [1] - 152:6
**assumed** [1] - 108:19
**asylum** [2] - 19:14, 69:16
**attack** [1] - 48:22
**attacked** [1] - 47:4
**attacks** [1] - 91:6
**attempt** [3] - 14:21, 20:23, 28:12
**attempted** [16] -

12:25, 13:1, 13:4, 13:6, 16:22, 20:20, 20:24, 21:18, 22:24, 28:13, 31:24, 43:5, 43:14, 43:20, 45:13, 165:21
**attempting** [2] - 22:15, 28:18
**attempts** [1] - 77:18
**attention** [60] - 8:10, 8:16, 9:10, 9:21, 10:15, 11:11, 11:19, 12:12, 12:24, 13:10, 14:23, 15:10, 17:5, 21:4, 21:17, 22:14, 23:3, 23:18, 24:2, 24:6, 26:16, 27:9, 34:18, 36:8, 37:2, 37:7, 39:21, 52:20, 56:22, 59:21, 60:13, 60:20, 61:19, 121:4, 129:21, 137:25, 143:16, 153:18, 157:22, 159:10, 161:10, 163:25, 164:9, 165:6, 166:19, 175:15, 176:18, 176:23, 177:3, 179:13, 180:2, 181:16, 184:12, 185:15, 188:4, 189:19, 191:20, 194:6, 194:17, 202:14
**Attorney** [3] - 6:14, 126:5, 127:5
**attorney** [3] - 6:15, 78:21, 126:25
**Attorney's** [1] - 1:16
**August** [26] - 8:4, 8:24, 9:13, 9:22, 9:24, 10:12, 10:22, 11:5, 12:1, 12:19, 61:22, 62:4, 96:19, 96:20, 128:4, 144:19, 166:19, 167:8, 167:10, 167:12, 168:10, 168:13, 169:2, 169:22, 174:21, 175:16
**AUSA** [1] - 126:7
**authority** [2] - 136:18, 136:23
**authorized** [2] - 135:17, 135:20
**automatically** [1] - 132:9
**automotive** [1] - 84:18
**available** [6] - 63:18,

126:7, 137:11, 137:13, 140:16, 167:13
**Avenue** [3] - 1:20, 62:25, 63:4
**avoid** [1] - 49:19
**aware** [10] - 14:13, 17:16, 22:1, 48:14, 55:9, 88:17, 136:17, 136:23, 140:7, 173:16
**AWS** [1] - 1:6
**aws** [1] - 55:17
**Aws** [11] - 6:10, 6:19, 10:7, 10:22, 11:18, 24:10, 24:21, 74:21, 76:1, 85:1, 137:25
**Aws8819** [1] - 37:21
**aws8819@yahoo. com** [4] - 34:21, 35:2, 36:3, 36:15

# B

**B1** [3] - 5:4, 197:3, 197:16
**B2** [1] - 198:24
**B3** [1] - 199:11
**B6** [1] - 201:24
**B7** [3] - 5:4, 197:16, 202:2
**baby** [1] - 59:20
**Bachelor's** [1] - 84:21
**backed** [1] - 104:4
**background** [5] - 94:12, 132:22, 148:11, 148:21, 177:17
**backing** [1] - 64:15
**backyard** [3] - 187:14, 196:20, 197:6
**bad** [1] - 98:15
**bag** [4] - 112:17, 114:16, 116:17, 191:12
**baggie** [1] - 112:15
**Baghdad** [1] - 81:16
**Bakri** [2] - 22:8, 22:9
**balance** [4] - 12:17, 12:20, 25:1
**Banach** [2] - 14:1, 14:16
**bank** [8] - 8:8, 8:11, 10:11, 12:7, 12:9, 24:18, 66:23, 134:19
**Bank** [14] - 8:10, 8:12, 8:20, 9:4, 9:13, 9:14, 11:16, 12:3, 23:24, 24:3, 24:8, 24:10, 24:19, 65:25

**banking** [1] - 11:14
**bar** [2] - 198:5, 198:6
**barely** [1] - 105:9
**base** [1] - 103:21
**based** [17] - 26:5, 43:19, 44:4, 46:8, 48:3, 49:1, 55:5, 59:1, 89:17, 98:8, 132:14, 139:9, 139:22, 141:16, 142:2, 142:24, 194:24
**basement** [21] - 57:25, 58:4, 58:5, 97:3, 98:1, 98:5, 99:6, 99:12, 103:20, 107:4, 107:5, 108:1, 170:19, 171:6, 184:23, 186:15, 187:1, 187:9, 187:13, 191:17, 194:11
**Basha** [1] - 6:20
**BASHA** [2] - 2:2, 6:21
**Bashi** [4] - 3:10, 6:20, 116:24, 124:11
**BASHI** [30] - 2:2, 6:22, 88:5, 101:11, 108:8, 108:14, 108:16, 108:23, 112:21, 113:15, 114:10, 115:6, 116:9, 116:25, 117:3, 117:6, 117:9, 117:19, 118:3, 118:4, 120:16, 120:18, 120:19, 121:1, 122:17, 122:21, 123:17, 123:19, 124:7, 124:9
**basic** [1] - 147:18
**basis** [3] - 88:2, 108:9, 129:12
**bathroom** [3] - 99:14, 99:15, 100:6
**battery's** [1] - 176:15
**BB** [12] - 100:25, 101:2, 102:1, 102:3, 117:15, 123:20, 123:25, 124:3, 124:25, 125:2, 125:3
**BBs** [11] - 101:3, 109:15, 110:13, 110:15, 110:24, 111:5, 112:14, 112:15, 112:16, 113:21, 123:22
**became** [5] - 85:5, 129:5, 129:16, 140:2, 140:6

**become** [3] - 79:15, 80:11, 141:8
**becoming** [1] - 69:5
**bed** [5] - 102:20, 103:25, 151:11, 154:5, 154:14
**bedding** [1] - 105:11
**bedroom** [2] - 101:8, 101:19, 151:9, 151:11, 151:13, 169:17, 184:21
**bedrooms** [3] - 98:2, 99:9, 100:23
**BEFORE** [1] - 1:10
**began** [4] - 38:16, 83:19, 85:4, 93:6
**begin** [6] - 21:5, 24:4, 26:7, 57:17, 62:2, 62:8
**beginning** [17] - 12:19, 13:11, 17:22, 18:8, 18:11, 20:17, 25:1, 25:6, 32:7, 39:9, 42:9, 47:5, 84:6, 86:21, 87:9, 90:10, 140:23
**begins** [3] - 24:22, 24:25, 29:1
**behalf** [3] - 6:14, 6:19, 127:1
**behaved** [2] - 47:10, 47:24
**behavior** [3] - 132:23, 135:8, 149:9
**behaviors** [2] - 13:24, 14:18
**behind** [3] - 14:10, 179:16, 196:9
**Beirut** [14] - 13:7, 21:12, 21:15, 22:23, 29:11, 31:24, 35:3, 36:17, 39:12, 71:20, 71:21, 76:23, 81:21
**belonging** [1] - 183:17
**below** [5] - 25:12, 54:8, 54:23, 110:15, 122:23
**Bemis** [1] - 128:13
**bench** [1] - 192:10
**Bench** [3] - 44:9, 50:15, 193:16
**best** [20] - 137:17, 140:24, 141:7, 142:6, 143:9, 144:16, 145:4, 157:21, 160:6, 160:12, 161:9, 164:8, 168:19, 169:23, 173:14, 176:8, 187:4, 197:7,

197:21, 198:22
**better** [1] - 132:5
**between** [12] - 22:24, 31:22, 40:25, 48:9, 55:10, 62:11, 65:7, 78:1, 80:8, 94:14, 165:3, 186:11
**beyond** [1] - 73:23
**big** [3] - 49:4, 122:11, 200:15
**bikes** [1] - 201:20
**bind** [1] - 157:23
**binder** [9] - 7:21, 8:14, 15:10, 23:21, 26:18, 56:25, 92:13, 157:23, 157:25
**Bing** [2] - 19:11, 19:19
**bit** [4] - 11:8, 104:23, 128:5, 169:7
**black** [5] - 58:17, 58:22, 110:2, 115:15
**Black** [1] - 30:20
**blinders** [1] - 147:19
**Bloomfield** [6] - 40:18, 40:21, 46:10, 52:1, 56:5, 61:10
**blow** [1] - 35:21
**Blu** [3] - 163:20, 163:21, 163:23
**Blu-ray** [3] - 163:20, 163:21, 163:23
**blurry** [2] - 60:17, 60:23
**board** [2] - 133:5, 133:7
**boarding** [6] - 13:19, 13:21, 15:22, 32:1, 52:6, 77:19
**body** [1] - 37:23
**bomb** [1] - 193:5
**Bond** [9] - 92:9, 96:23, 141:3, 143:25, 145:19, 145:24, 149:13, 150:14, 164:21
**Borders** [1] - 18:14
**bore** [2] - 124:18, 124:21
**borrow** [1] - 194:13
**bottle** [6] - 58:17, 58:19, 59:1, 59:5, 59:6
**bottles** [4] - 59:20, 60:8, 152:11, 156:6
**bottom** [12] - 10:4, 11:20, 11:25, 18:24, 25:9, 30:9, 35:12, 106:6, 106:11, 106:12, 116:18, 199:12

**Boulevard** [2] - 1:11, 12:4
**bowl** [1] - 196:9
**bowls** [2] - 105:2, 196:7
**box** [13] - 60:19, 60:22, 63:1, 110:15, 110:24, 113:9, 126:16, 152:13, 155:18, 158:11, 162:7, 199:13
**boxes** [3] - 102:21, 103:8, 103:23
**boxing** [1] - 189:5
**boy** [2] - 197:8, 197:9
**bracelet** [1] - 130:17
**branches** [2] - 9:13, 12:4
**break** [7] - 71:10, 82:4, 125:15, 173:22, 174:3, 174:19
**brick** [5] - 121:11, 201:2, 201:13, 201:25, 202:5
**brief** [11] - 7:2, 7:23, 43:7, 44:6, 45:2, 65:12, 75:22, 118:2, 120:25, 124:13, 192:9
**Brief** [13] - 139:1, 139:5, 141:24, 142:15, 143:8, 143:20, 154:22, 162:1, 164:19, 165:11, 165:24, 195:5, 195:11
**briefing** [9] - 118:6, 118:15, 118:17, 118:21, 118:23, 118:24, 118:25, 119:1, 121:20
**briefings** [3] - 118:8, 118:16, 118:18
**briefly** [4] - 49:11, 83:18, 141:11, 164:3
**bring** [8] - 48:17, 67:17, 73:5, 73:13, 74:15, 98:16, 122:17, 197:18
**broader** [2] - 46:21, 49:23
**broadly** [1] - 68:17
**brother** [2] - 55:7, 55:17
**brought** [4] - 7:1, 82:15, 126:11, 185:2
**brown** [2] - 59:5, 59:6
**browser** [1] - 68:10
**build** [1] - 97:22

**building** [2] - 22:12, 99:12
**bulk** [1] - 17:1
**bulldozed** [1] - 175:22
**bunch** [2] - 122:8, 177:16
**Bureau** [3] - 84:17, 88:18, 183:4
**bus** [14] - 22:21, 29:13, 34:22, 36:22, 39:13, 42:11, 42:12, 42:14, 52:5, 72:13, 73:11, 74:12, 74:23
**Bushnell** [2] - 14:23, 67:5
**business** [6] - 9:4, 24:12, 66:19, 66:21, 84:18, 178:5
**busy** [3] - 63:11, 63:13, 63:23
**but..** [1] - 66:21
**button** [1] - 100:3
**buys** [1] - 74:23
**Buzz** [2] - 21:10, 21:15
**BY** [182] - 7:25, 9:9, 9:20, 10:5, 10:18, 11:22, 12:23, 16:13, 16:18, 20:6, 21:25, 23:17, 24:17, 25:7, 25:17, 27:6, 28:4, 28:25, 30:10, 31:14, 32:20, 33:10, 34:17, 35:13, 35:22, 36:2, 36:11, 37:1, 37:18, 38:4, 39:6, 41:14, 43:18, 51:14, 53:10, 54:11, 56:3, 57:16, 57:20, 59:11, 59:17, 59:24, 60:12, 60:15, 61:8, 65:22, 67:19, 68:23, 69:3, 69:8, 70:5, 70:14, 71:4, 71:9, 72:7, 73:7, 74:17, 75:25, 76:11, 78:22, 80:3, 83:6, 88:11, 99:25, 100:14, 100:20, 101:6, 101:18, 102:6, 102:24, 103:17, 104:2, 104:14, 105:3, 105:7, 105:15, 105:20, 106:2, 106:8, 106:17, 107:11, 107:19, 108:25, 109:23, 110:4, 110:10, 110:21, 111:2, 111:8, 111:14, 112:9, 112:24,

113:18, 114:13, 115:9, 116:12, 117:9, 118:4, 120:19, 121:1, 122:21, 123:19, 124:16, 127:15, 139:6, 142:1, 142:18, 143:11, 143:23, 148:19, 153:17, 153:23, 154:10, 154:23, 155:12, 155:25, 156:15, 156:24, 157:19, 158:21, 159:5, 159:19, 159:24, 160:4, 160:17, 160:24, 161:14, 162:3, 164:2, 164:25, 165:13, 166:1, 172:18, 174:18, 175:10, 176:5, 176:12, 177:8, 177:12, 178:13, 178:21, 179:5, 180:8, 180:14, 180:20, 181:6, 181:10, 181:22, 182:4, 182:10, 182:14, 182:20, 182:24, 183:12, 183:23, 184:2, 184:11, 187:22, 188:8, 188:23, 189:7, 189:22, 190:5, 190:18, 190:25, 194:1, 195:6, 195:12, 195:23, 196:15, 197:2, 197:19, 197:24, 198:9, 198:25, 199:10, 199:18, 199:25, 200:23, 201:12, 201:23, 202:4

---

# C

**cab** [1] - 42:13
**cabinet** [7] - 102:14, 102:15, 103:5, 105:17, 191:17, 191:18, 191:21
**cabinets** [1] - 99:8
**calculator** [1] - 156:22
**caliber** [5] - 109:14, 111:7, 114:5, 124:21, 124:22
**Caliphate** [1] - 93:2
**camera** [9] - 26:22, 26:25, 62:21, 64:1,

64:3, 64:6, 64:9, 64:11, 64:20
**cameras** [1] - 9:14
**camp** [1] - 22:12
**campaign** [1] - 146:25
**canada** [1] - 19:8
**Canada** [5] - 18:17, 18:19, 19:9, 20:12
**cane** [7] - 56:16, 56:17, 60:19, 60:25, 107:5, 107:9, 108:1
**cannot** [5] - 63:20, 134:8, 163:7, 202:14, 202:16
**capacity** [3] - 55:25, 98:20, 98:21
**captures** [1] - 154:14
**capturing** [1] - 155:8
**car** [15] - 21:15, 25:25, 26:3, 56:12, 56:15, 64:15, 72:13, 72:14, 81:25, 109:6, 109:7, 109:8, 109:10, 110:12, 110:18
**card** [12] - 19:4, 19:7, 19:23, 20:3, 70:21, 70:22, 92:23, 177:4, 177:5, 177:9, 184:6
**cards** [11] - 92:12, 106:24, 106:25, 152:10, 156:20, 157:6, 157:9, 164:4, 184:4, 194:19, 195:1
**care** [2] - 89:4, 132:13
**career** [4] - 83:18, 84:14, 84:16, 128:6
**cars** [3] - 63:4, 64:4, 87:6
**cartoon** [1] - 94:13
**cartridge** [2] - 110:14, 110:15
**cartridges** [4] - 109:15, 110:24, 111:5, 113:9
**case** [48] - 41:7, 45:9, 46:14, 47:5, 47:14, 48:21, 48:24, 48:25, 51:7, 51:10, 51:22, 66:25, 67:7, 68:6, 77:10, 80:14, 85:4, 89:21, 89:23, 89:25, 90:2, 90:5, 90:7, 90:18, 93:14, 98:15, 110:2, 110:7, 115:15, 118:5, 118:6, 118:11, 119:8, 125:17, 126:6, 141:7, 141:14, 145:10, 146:1, 148:22,

148:24, 149:2, 167:25, 202:15, 202:16
**Case** [3] - 3:2, 3:18, 6:9
**caseload** [1] - 146:2
**cases** [2] - 80:13, 146:22
**cash** [2] - 12:3, 24:10
**cashier's** [1] - 66:18
**casing** [1] - 189:5
**cat** [1] - 68:1
**catch** [1] - 199:8
**caught** [1] - 155:17
**CBP** [1] - 42:15
**cells** [1] - 157:14
**center** [4] - 54:9, 163:2, 198:5, 198:6
**certain** [14] - 13:24, 47:24, 133:9, 134:6, 135:8, 136:13, 137:18, 147:15, 155:22, 157:16, 172:9, 187:10, 191:5
**certainly** [2] - 47:22, 48:4
**certainty** [1] - 43:13
**CERTIFICATION** [2] - 5:17, 204:1
**Certified** [1] - 1:24
**certify** [1] - 204:3
**cetera** [3] - 137:9, 137:23, 176:21
**CFJ** [2] - 165:7, 167:3
**CFJ-105** [4] - 135:7, 137:15, 167:4, 185:21
**CFJ-105s** [1] - 143:22
**CFJ-106s** [1] - 143:14
**challenges** [2] - 63:22, 65:1
**chance** [1] - 54:21
**change** [8] - 11:8, 18:21, 19:13, 20:9, 20:10, 90:17, 92:19, 93:11
**changed** [2] - 90:9, 166:15
**channel** [2] - 52:9, 55:20
**charge** [2] - 48:15, 149:6
**charged** [2] - 40:12, 41:18
**charges** [1] - 48:14
**Charles** [8] - 3:13, 92:9, 96:23, 97:2, 97:4, 127:8, 127:11, 127:20
**chats** [1] - 25:24

**check** [21] - 10:8, 10:10, 10:21, 10:23, 24:10, 25:12, 25:13, 37:22, 39:14, 66:18, 66:19, 66:20, 75:23, 87:13, 87:17, 87:18, 87:19, 87:21, 90:10, 90:14
**checked** [1] - 159:20
**checking** [1] - 196:12
**checks** [4] - 86:17, 86:18, 87:2, 119:12
**Chekdamize** [2] - 74:18, 76:1
**Chekdamize7** [6] - 31:6, 31:7, 31:18, 32:23, 37:20, 54:25
**chekdamize7** [1] - 53:21
**Chicago** [14] - 13:7, 21:12, 22:22, 34:23, 35:3, 36:16, 39:11, 42:3, 42:13, 52:5, 72:1, 73:16, 77:18
**Chief** [2] - 3:2, 3:18
**child** [3] - 94:11, 149:23, 151:19
**children** [4] - 149:22, 151:16, 151:17, 169:21
**Choose** [1] - 18:18
**choose** [1] - 64:1
**Christ** [1] - 54:2
**Christensen** [3] - 14:1, 14:16, 61:12
**Christian** [1] - 96:4
**Christin** [2] - 1:25, 204:15
**Christmas** [1] - 125:1
**chronological** [2] - 16:5, 46:19
**chunks** [1] - 16:22
**circling** [1] - 194:22
**circumstances** [3] - 134:9, 155:22, 155:23
**citizen** [1] - 81:7
**City** [1] - 12:4
**claim** [1] - 55:20
**claimed** [1] - 67:1
**claiming** [1] - 52:14
**Claims** [1] - 54:14
**clarify** [1] - 48:7
**clean** [1] - 99:17
**cleaning** [1] - 192:2
**clear** [9] - 50:2, 55:23, 58:17, 59:1, 66:23, 67:21, 80:18, 111:11, 159:12
**clearly** [2] - 160:14,

186:21
**CLERK** [22] - 6:5, 7:3, 82:7, 82:9, 82:12, 82:13, 82:16, 82:25, 83:2, 83:4, 125:19, 125:21, 125:24, 125:25, 126:19, 127:12, 173:25, 174:5, 174:8, 174:11, 202:21, 203:3
**close** [7] - 88:1, 89:23, 90:2, 111:4, 145:9, 151:4, 188:12
**closed** [7] - 148:24, 152:20, 152:23, 157:24, 158:4, 158:7, 187:11
**closer** [5] - 108:22, 110:23, 155:18, 157:9, 188:15
**closer-up** [1] - 155:18, 157:9
**closet** [15] - 57:22, 58:6, 58:11, 59:19, 59:25, 99:14, 100:6, 100:10, 100:17, 104:8, 104:9, 104:20, 104:23, 105:4, 106:9
**closing** [9] - 44:3, 46:7, 46:14, 49:9, 89:24, 90:5, 90:7, 93:13, 149:2
**clothes** [4] - 152:5, 154:15, 155:8, 156:12
**clothing** [1] - 104:7
**CO2** [7] - 109:15, 110:13, 110:15, 110:24, 111:5, 113:9
**code** [1] - 165:17
**coffee** [10] - 97:6, 102:16, 103:6, 104:25, 106:18, 106:21, 191:4, 191:7, 191:12
**cold** [1] - 23:8
**collect** [3] - 113:1, 117:2, 190:15
**collected** [1] - 196:2
**collective** [1] - 180:11
**ColorNote** [1] - 181:23
**column** [1] - 18:1
**combatting** [1] - 30:2
**coming** [6] - 51:23, 64:5, 68:10, 97:4, 131:13, 157:15
**commander** [1] - 98:15

**comment** [8] - 45:4, 54:13, 54:14, 54:24, 55:1, 55:12, 55:16
**commenting** [1] - 48:6
**comments** [2] - 54:8, 54:23
**committed** [2] - 29:15, 41:4
**common** [1] - 134:21
**commonly** [1] - 91:14
**communicate** [1] - 91:4
**communication** [4] - 37:5, 37:8, 89:7, 91:2
**communications** [4] - 26:2, 26:5, 28:17, 62:9
**communities** [1] - 90:24
**community** [1] - 89:6
**Community** [1] - 2:3
**company** [2] - 158:24, 159:8
**compare** [1] - 86:19
**complain** [1] - 17:17
**complaint** [2] - 17:15, 68:13
**complete** [2] - 17:20, 185:16
**completed** [4] - 84:12, 143:13, 201:8, 201:10
**completeness** [1] - 102:14
**completing** [1] - 201:25
**complex** [1] - 84:14
**complying** [1] - 135:21
**component** [1] - 192:3
**computer** [14] - 92:16, 105:12, 151:4, 151:5, 151:7, 156:19, 156:20, 157:10, 163:1, 184:5, 194:9, 194:25, 196:14, 204:6
**concern** [12] - 13:21, 44:1, 45:7, 46:23, 89:5, 91:18, 91:20, 92:14, 92:19, 93:25, 96:10, 193:11
**concerned** [4] - 13:18, 13:20, 46:20, 51:18
**concerning** [3] - 90:25, 93:4, 94:24
**concerns** [6] - 45:12, 47:17, 49:1, 51:21,

86:7, 90:5
**concluded** [2] - 50:15, 193:16
**concludes** [1] - 125:7
**conclusion** [3] - 43:4, 51:3, 202:12
**conclusions** [2] - 43:10, 50:9
**Condition** [1] - 135:23
**condition** [7] - 108:3, 112:18, 113:11, 114:7, 115:3, 116:5, 135:24
**conditions** [16] - 131:6, 131:17, 133:2, 133:3, 133:4, 133:10, 133:13, 133:15, 133:16, 133:23, 134:23, 135:12, 135:21, 135:24, 137:1, 137:2
**condoms** [1] - 152:12
**conduct** [6] - 43:11, 51:16, 63:22, 136:18, 136:23, 145:13
**conducted** [18] - 13:25, 15:19, 42:18, 62:13, 81:18, 86:17, 87:1, 88:15, 91:23, 92:8, 93:12, 96:21, 97:25, 119:12, 119:24, 141:18, 142:4, 149:13
**conducting** [2] - 14:7, 137:7
**conference** [6] - 44:9, 45:5, 50:15, 78:21, 192:10, 193:16
**confidence** [1] - 193:12
**confirmation** [1] - 35:15
**confrontation** [2] - 14:8, 14:12
**confronted** [3] - 14:6, 14:8, 14:13
**connected** [1] - 43:24
**consider** [1] - 45:15
**considered** [5] - 79:13, 79:15, 98:23, 118:11, 118:12
**considering** [1] - 70:7
**console** [2] - 109:13, 110:13
**construction** [3] - 121:7, 122:4, 122:9
**Consulates** [1] - 19:2
**consume** [1] - 89:3
**contact** [15] - 51:25,

54:20, 56:5, 87:13, 89:12, 137:6, 137:22, 146:6, 149:20, 149:24, 150:2, 165:22, 165:25, 166:9, 167:10
**Contact** [1] - 1:24
**contacted** [6] - 22:2, 149:25, 150:1, 150:5, 150:6, 150:11
**contacts** [2] - 22:1, 137:11
**contain** [1] - 8:23
**contained** [2] - 17:1, 59:18
**container** [14] - 106:14, 109:13, 110:23, 111:16, 111:18, 111:25, 112:14, 112:17, 115:24, 116:4, 116:7, 116:13, 117:16, 117:18
**containers** [1] - 103:9
**contains** [1] - 8:14
**content** [2] - 25:5, 91:11
**CONTENTS** [1] - 3:1
**contents** [2] - 35:23, 174:21
**context** [2] - 34:7, 34:14
**continue** [11] - 14:18, 20:15, 22:25, 30:5, 30:12, 31:15, 47:6, 93:14, 112:5, 154:2, 174:16
**continued** [3] - 1:23, 13:15, 19:6
**Continued** [1] - 2:1
**continues** [4] - 19:1, 19:3, 19:17, 72:8
**continuing** [2] - 19:18, 90:6
**continuous** [2] - 129:12, 133:8
**control** [1] - 158:14
**conversation** [6] - 45:7, 61:11, 89:20, 97:13, 150:13, 184:19
**converse** [1] - 89:8
**convicted** [2] - 41:5, 41:21
**conviction** [1] - 61:15
**cooperated** [1] - 167:22
**coordinated** [3] - 46:10, 119:6, 119:20

**coordinating** [1] - 119:11
**copy** [1] - 137:5
**corner** [12] - 30:21, 102:15, 103:13, 105:5, 105:9, 114:16, 114:17, 116:18, 188:11, 190:12, 199:12, 199:17
**Corningware** [1] - 196:10
**correct** [190] - 8:6, 10:14, 15:23, 18:7, 21:3, 30:23, 30:24, 31:11, 32:6, 33:2, 33:16, 33:20, 34:7, 35:16, 36:4, 36:7, 36:19, 38:12, 40:15, 41:7, 41:8, 41:16, 41:17, 41:21, 42:7, 42:17, 43:22, 46:22, 49:17, 52:19, 53:2, 58:1, 58:7, 58:9, 61:5, 62:6, 62:7, 62:15, 66:4, 66:5, 66:6, 66:11, 66:16, 66:17, 66:23, 67:2, 67:6, 67:15, 67:22, 67:23, 67:24, 68:2, 68:10, 68:14, 68:15, 68:20, 68:21, 68:25, 69:1, 69:5, 69:11, 69:17, 69:22, 69:23, 69:25, 70:8, 70:9, 70:11, 70:12, 70:16, 70:19, 70:20, 70:23, 70:24, 71:2, 71:11, 71:15, 71:17, 71:19, 71:21, 71:23, 72:1, 72:2, 72:9, 72:10, 72:12, 72:21, 72:24, 73:1, 73:8, 73:12, 73:14, 73:25, 74:3, 74:4, 74:7, 74:12, 74:13, 74:20, 74:24, 75:2, 75:4, 75:9, 76:2, 76:3, 76:6, 76:8, 76:9, 76:14, 76:19, 76:23, 76:24, 77:1, 77:7, 77:8, 77:12, 77:15, 77:19, 77:20, 77:22, 78:2, 78:3, 78:8, 78:11, 78:15, 78:24, 79:8, 79:11, 79:14, 79:18, 79:19, 79:23, 79:24, 80:24, 81:6, 81:8, 82:1, 91:17, 92:2, 92:4, 95:4, 110:19,

122:10, 122:13, 123:1, 123:3, 123:21, 123:24, 140:3, 141:2, 142:21, 143:3, 149:14, 149:22, 159:7, 159:9, 161:1, 161:3, 163:10, 163:19, 168:5, 170:12, 177:22, 178:11, 183:18, 189:10, 196:1, 196:5, 196:17, 196:20, 197:20, 198:11, 198:16, 198:17, 198:19, 199:3, 199:6, 199:12, 199:14, 200:16, 200:25, 201:3, 201:6, 201:9, 201:18, 201:20, 201:21, 201:25, 202:1, 204:7
**correction** [1] - 128:14
**Corrections** [9] - 86:4, 92:1, 127:22, 128:6, 128:11, 130:7, 163:9, 165:1, 165:8
**corrections** [1] - 147:13
**cost** [7] - 21:22, 21:23, 72:15, 72:18, 72:19, 72:21, 73:1
**cost-of-living** [1] - 73:1
**costs** [2] - 72:12, 72:19
**couch** [3] - 103:24, 105:11, 171:8
**couches** [1] - 102:20
**Counsel** [1] - 6:4
**counsel** [5] - 6:11, 7:9, 126:10, 202:24, 204:9
**count** [1] - 111:19
**Count** [2] - 45:11, 45:15
**counterterrorism** [5] - 83:21, 84:2, 146:11, 146:22, 147:25
**Counterterrorism** [1] - 1:19
**countries** [9] - 18:23, 19:14, 19:20, 19:25, 20:1, 22:3, 69:13, 70:15
**County** [4] - 84:12, 84:15, 132:14, 132:15
**couple** [9] - 10:13,

16:23, 28:14, 31:4, 31:8, 88:3, 102:13, 152:12
**couple-day** [1] - 31:4
**course** [1] - 56:8
**COURT** [109] - 1:1, 6:5, 6:17, 6:23, 7:5, 7:11, 7:14, 7:22, 9:7, 9:18, 10:3, 16:11, 23:14, 24:15, 27:4, 28:1, 33:6, 35:7, 37:13, 39:5, 41:11, 43:7, 43:12, 44:6, 44:8, 45:18, 45:22, 46:16, 48:7, 49:15, 49:19, 50:2, 50:5, 50:13, 51:1, 53:6, 57:13, 65:18, 78:20, 80:1, 82:3, 82:9, 82:13, 82:15, 82:18, 82:24, 82:25, 83:2, 83:4, 88:9, 101:13, 101:16, 107:18, 108:9, 108:15, 108:17, 108:21, 112:5, 112:22, 113:16, 114:11, 115:7, 116:10, 116:23, 117:22, 117:24, 118:1, 123:16, 124:8, 124:11, 124:14, 125:7, 125:10, 125:21, 125:25, 126:4, 126:8, 126:14, 126:18, 126:21, 127:6, 127:9, 127:12, 127:13, 139:3, 148:16, 153:13, 172:17, 173:21, 174:2, 174:5, 174:8, 174:13, 175:18, 175:23, 175:25, 187:20, 192:9, 193:11, 193:15, 195:17, 195:19, 196:25, 197:8, 197:10, 197:15, 202:11, 202:23, 203:3
**court** [5] - 82:9, 125:21, 126:25, 174:5, 203:3
**Court** [20] - 6:4, 6:6, 6:9, 6:25, 7:7, 45:9, 45:10, 45:21, 48:17, 49:23, 50:3, 50:7, 65:15, 82:10, 82:13, 88:9, 125:22,

125:25, 174:6, 174:9
**Court's** [9] - 45:7, 45:16, 50:8, 51:5, 51:6, 117:20, 139:3, 193:11, 202:17
**Courthouse** [1] - 1:11
**courtroom** [8] - 7:4, 82:17, 82:19, 117:7, 126:20, 126:23, 174:12, 174:15
**cover** [3] - 176:15, 177:15, 177:17
**coverage** [1] - 62:17
**covered** [1] - 129:5
**covering** [1] - 131:5
**covers** [1] - 124:3
**Craigslist** [2] - 67:11, 67:14
**CRC** [1] - 1:24
**create** [1] - 16:3
**crimes** [2] - 84:14, 162:25
**criminal** [1] - 149:9
**crinkled** [2] - 158:4, 158:7
**Cross** [3] - 3:5, 3:10, 3:15
**cross** [2] - 65:16, 116:24
**CROSS** [3] - 65:21, 117:8, 195:22
**Cross-Examination** [3] - 3:5, 3:10, 3:15
**cross-examination** [2] - 65:16, 116:24
**CROSS-EXAMINATION** [3] - 65:21, 117:8, 195:22
**Crossing** [1] - 18:13
**CRR** [4] - 1:24, 1:25, 204:14, 204:15
**CSR** [1] - 204:15
**CSR-3746** [2] - 1:24, 204:14
**CSR-5607** [1] - 1:25
**cups** [3] - 102:16, 103:7, 105:1
**curious** [1] - 88:20
**current** [2] - 138:22, 166:6
**cushion** [1] - 156:13
**custody** [6] - 48:20, 61:17, 85:19, 138:3, 138:8, 165:2
**cut** [1] - 54:20
**cutters** [1] - 104:18
**Cynthia** [7] - 87:25, 139:25, 140:10, 140:11, 140:12, 140:14, 140:16

# D

**D.C** [1] - 1:21
**daily** [2] - 12:17, 128:18
**Dajjal** [1] - 53:21
**dajjal** [1] - 53:23
**Dani** [1] - 126:5
**DANIELLE** [1] - 1:15
**Danielle** [1] - 127:5
**darker** [3] - 169:7, 169:10, 169:12
**data** [1] - 16:4
**database** [3] - 86:18, 90:10, 90:14
**date** [51] - 10:10, 11:6, 11:15, 12:19, 17:21, 17:22, 17:23, 23:9, 23:10, 33:11, 33:12, 52:12, 67:11, 113:12, 114:7, 121:24, 122:13, 128:11, 133:17, 133:24, 138:15, 138:21, 139:12, 139:15, 142:16, 142:17, 143:1, 144:6, 144:8, 144:9, 145:20, 165:15, 166:22, 167:11, 168:2, 177:21, 177:23, 180:9, 184:13, 184:15, 184:17, 186:1, 186:2, 186:4, 187:1, 188:2, 188:5
**Date** [1] - 204:14
**dates** [3] - 27:7, 142:12, 175:13
**Daylight** [2] - 33:18, 75:7
**days** [20] - 14:19, 16:23, 16:24, 20:22, 20:24, 28:9, 28:10, 28:14, 62:12, 65:6, 65:9, 67:9, 78:1, 78:8, 78:14, 80:22, 89:22, 175:2, 185:17
**daytime** [1] - 169:12
**dealing** [8] - 95:11, 128:22, 136:22, 146:24, 147:15, 147:25, 149:6, 172:6
**deals** [1] - 68:24
**dealt** [2] - 83:21, 84:3
**December** [38] - 8:22, 20:17, 23:25, 24:5, 24:22, 24:24, 24:25, 25:2, 25:9, 25:10, 25:13, 26:15, 26:21,
26:24, 27:8, 27:14, 28:7, 28:20, 28:21, 29:1, 29:8, 29:24, 30:13, 32:21, 32:24, 33:14, 36:6, 36:15, 71:16, 72:4, 73:8, 73:21, 73:25, 74:1, 74:9, 74:25, 77:13, 77:17
**decide** [2] - 46:1, 46:6
**decision** [1] - 133:8
**Defamation** [1] - 30:1
**Defendant** [4] - 1:7, 2:2, 6:4, 37:21
**defendant** [138] - 8:4, 8:7, 8:11, 9:12, 9:22, 10:21, 11:3, 12:25, 13:1, 13:4, 13:19, 14:3, 14:10, 14:17, 14:18, 15:2, 15:7, 15:19, 16:22, 17:2, 17:11, 17:16, 18:2, 18:11, 20:15, 22:1, 22:15, 22:20, 24:19, 25:20, 25:23, 25:25, 26:5, 27:14, 28:17, 29:23, 30:16, 30:17, 31:24, 32:9, 32:25, 33:1, 33:21, 34:13, 34:20, 36:17, 37:4, 38:6, 38:19, 39:11, 39:20, 39:24, 40:7, 40:16, 41:4, 41:18, 42:3, 42:16, 42:18, 42:24, 43:2, 47:2, 47:13, 47:18, 48:13, 48:22, 51:18, 52:4, 52:13, 54:4, 55:19, 56:12, 61:3, 61:14, 61:21, 61:24, 62:5, 64:13, 64:18, 80:25, 81:18, 85:19, 89:23, 90:3, 90:12, 91:23, 94:17, 95:19, 95:23, 96:1, 96:6, 96:16, 97:1, 97:5, 98:1, 132:4, 134:17, 134:24, 137:3, 140:12, 140:22, 141:14, 141:18, 142:5, 142:9, 144:3, 144:7, 144:11, 144:18, 145:3, 145:10, 146:7, 148:25, 151:15, 152:22, 152:23, 152:25, 164:12, 164:23, 165:14, 165:22, 166:22, 166:25, 167:4,
167:10, 168:11, 168:17, 168:20, 169:6, 169:19, 173:16, 181:1, 184:19, 184:20, 185:8, 186:2, 186:14, 187:3
**Defendant's** [6] - 3:18, 5:2, 197:3, 198:24, 199:11, 201:24
**defendant's** [49] - 8:8, 11:15, 11:17, 14:25, 19:12, 31:20, 32:5, 32:12, 32:14, 32:16, 35:1, 42:11, 51:16, 53:11, 53:14, 55:2, 56:6, 57:6, 60:18, 62:21, 62:23, 63:18, 63:21, 64:21, 65:8, 94:22, 98:11, 98:21, 99:18, 108:2, 141:5, 141:12, 142:25, 143:4, 145:8, 145:14, 149:18, 149:19, 161:2, 165:2, 166:20, 168:15, 170:21, 170:24, 173:11, 178:22, 181:12, 187:1
**defendants** [2] - 136:17, 136:20
**Defender** [1] - 2:3
**defense** [4] - 47:3, 47:17, 48:22, 175:9
**Defense** [1] - 120:13
**defense's** [1] - 46:23
**definite** [1] - 72:11
**definitely** [1] - 93:13
**degree** [1] - 141:15
**deliver** [1] - 93:10
**delivered** [1] - 163:11
**delivering** [1] - 171:21
**demand** [1] - 200:10
**demonstrate** [1] - 154:20
**denied** [6] - 13:19, 13:20, 15:21, 32:1, 52:6, 77:18
**Dennison** [41] - 22:7, 28:15, 28:18, 28:19, 28:21, 29:18, 29:19, 30:1, 30:3, 30:6, 30:7, 30:13, 30:16, 30:18, 30:20, 31:3, 31:8, 31:19, 32:4, 32:10, 32:23, 33:21, 34:10, 34:13, 37:5, 37:20, 38:1, 52:14, 52:16, 53:22, 54:19,
54:24, 55:20, 55:23, 62:9, 74:19, 76:21, 76:22, 77:1, 77:11, 77:22
**Dennison's** [3] - 31:6, 31:10, 38:9
**departing** [1] - 34:22
**Department** [15] - 1:19, 6:16, 17:12, 52:1, 56:5, 61:10, 86:4, 91:25, 127:21, 128:6, 128:10, 130:6, 163:8, 165:1, 165:7
**departure** [1] - 39:17
**depicted** [11] - 10:20, 11:23, 12:14, 35:17, 53:17, 60:16, 61:2, 154:3, 155:13, 184:3, 194:8
**deportation** [1] - 48:17
**deported** [2] - 48:14, 48:16
**deposit** [8] - 9:22, 10:7, 24:8, 24:25, 25:2, 25:10, 25:13, 66:3
**deposited** [4] - 9:24, 10:10, 10:21, 66:15
**deposits** [1] - 12:18
**Derrick** [4] - 92:9, 96:23, 141:3, 145:23
**describe** [17] - 10:6, 11:12, 11:23, 12:14, 26:20, 60:16, 60:21, 61:1, 62:23, 63:11, 121:8, 154:3, 154:11, 155:13, 156:2, 188:24, 194:8
**described** [5] - 93:21, 103:4, 104:6, 104:25, 105:17
**desk** [18] - 150:23, 151:1, 151:2, 151:3, 151:21, 151:23, 151:24, 152:6, 152:9, 156:8, 156:16, 156:17, 156:25, 157:1, 184:5, 189:15, 194:10
**desks** [2] - 189:12, 189:13
**detail** [2] - 16:19, 157:4
**detailed** [2] - 157:13, 163:6
**details** [1] - 35:18
**determine** [2] - 51:9,

64:18
**determined** [3] -
43:13, 66:10, 95:21
**Detroit** [19] - 1:12,
1:17, 2:4, 6:2, 21:11,
22:21, 34:23, 40:1,
40:2, 42:12, 71:25,
83:17, 83:20, 84:2,
94:2, 94:4, 94:6,
94:8, 129:6
**developments** [1] -
89:21
**device** [2] - 94:7,
152:13
**devices** [1] - 143:5
**DHS** [3] - 17:11,
17:15, 18:13
**differences** [1] -
124:18
**different** [41] - 9:12,
12:3, 18:22, 19:14,
20:1, 38:6, 91:11,
92:6, 92:7, 95:10,
124:17, 124:21,
128:23, 132:10,
132:20, 132:21,
136:10, 140:22,
145:2, 146:1, 146:4,
147:1, 147:5, 152:4,
155:6, 156:11,
156:12, 157:18,
165:14, 172:7,
172:9, 179:20,
181:12, 183:21,
183:22, 188:19,
189:14, 189:24
**differently** [1] - 147:13
**digest** [1] - 16:6
**digital** [1] - 143:5
**digits** [1] - 109:20
**Direct** [3] - 3:4, 3:9,
3:14
**DIRECT** [3] - 7:24,
83:5, 127:14
**direct** [33] - 8:10, 9:10,
10:15, 12:24, 13:10,
14:23, 17:5, 21:17,
23:18, 24:2, 26:16,
34:18, 36:8, 37:2,
39:21, 56:22, 60:13,
129:21, 137:25,
152:16, 153:18,
163:25, 164:9,
165:6, 166:19,
174:16, 175:15,
179:13, 184:12,
185:15, 188:4,
194:6, 194:17
**directing** [25] - 8:16,
9:21, 11:11, 11:19,

12:12, 15:10, 21:4,
22:14, 23:3, 24:6,
27:9, 37:7, 52:20,
59:21, 60:20,
143:16, 157:22,
159:10, 161:10,
176:18, 176:23,
177:3, 180:2,
181:16, 191:20
**direction** [1] - 63:10
**directly** [6] - 16:24,
17:2, 130:16, 146:5,
151:2, 171:8
**disarray** [3] - 154:16,
189:24, 190:1
**disarrayed** [1] - 155:8
**disassembled** [3] -
154:15, 188:13,
190:7
**discharging** [1] -
131:22
**discuss** [2] - 125:17,
202:16
**discussed** [1] -
197:11
**discusses** [1] - 25:25
**discussion** [1] -
167:18
**disheveled** [1] - 152:5
**displaying** [9] - 109:2,
109:4, 113:20,
113:22, 114:15,
115:11, 115:25,
116:14, 116:16
**disposable** [1] - 157:2
**disrespectful** [1] -
151:18
**distance** [5] - 40:24,
80:7, 80:8, 127:17
**distinctively** [1] -
183:4
**District** [8] - 6:6,
82:13, 82:14,
125:25, 126:1, 174:9
**DISTRICT** [3] - 1:1,
1:1, 1:10
**disturb** [3] - 189:1,
189:16, 189:18
**dive** [1] - 29:2
**DIVISION** [1] - 1:2
**division** [1] - 83:20
**divorce** [1] - 185:1
**divorced** [1] - 185:2
**Dmitriy** [1] - 6:15
**DMITRIY** [1] - 1:18
**document** [5] -
120:22, 121:2,
121:5, 121:15, 161:4
**documentation** [2] -
139:18, 139:22

**documents** [1] - 5:24
**Dodge** [1] - 14:24
**domestic** [1] - 146:24
**done** [7] - 36:1, 42:20,
88:17, 121:13,
141:19, 144:12,
183:3
**door** [8] - 99:5,
109:16, 109:25,
110:6, 114:25,
200:24
**doors** [2] - 105:18,
187:11
**doorway** [1] - 99:4
**dot** [1] - 100:9
**double** [2] - 39:14,
75:23
**double-check** [2] -
39:14, 75:23
**Douglas** [5] - 1:25,
10:24, 204:3,
204:13, 204:15
**down** [34] - 12:22,
19:3, 34:16, 54:17,
59:10, 60:11, 82:3,
99:6, 100:19, 102:5,
102:10, 102:12,
103:3, 106:4,
106:16, 109:5,
112:2, 114:18,
115:17, 123:5,
123:18, 125:8,
144:10, 151:4,
156:13, 156:22,
157:14, 164:1,
171:7, 174:2, 191:7,
199:13, 200:15,
202:23
**downstairs** [2] -
102:7, 184:23
**downtown** [1] - 22:22
**draft** [2] - 77:10,
77:15, 77:16
**drawer** [1] - 102:1,
102:3, 105:22
**drawn** [1] - 169:13
**dresser** [7] - 100:24,
150:23, 152:3,
152:12, 154:16,
155:8, 155:15
**dressers** [1] - 151:12
**drinks** [3] - 152:11,
156:8, 157:5
**drive** [3] - 87:2, 87:6,
87:19
**drive-by** [1] - 87:6
**driver's** [3] - 109:16,
109:25, 114:25
**driveway** [1] - 64:15,
87:22, 109:7,

121:10, 122:3
**driving** [3] - 14:4,
14:20, 87:23
**drone** [15] - 92:16,
93:3, 98:5, 103:5,
104:17, 158:12,
159:6, 188:17,
188:25, 189:5,
189:25, 190:7, 190:9
**drones** [9] - 93:6,
93:7, 98:5, 102:13,
102:19, 103:22,
104:16, 105:10,
191:22
**drug** [2] - 131:18,
132:18
**dryer** [2] - 102:11,
103:13
**duly** [1] - 204:6
**dumped** [1] - 163:5
**dumps** [1] - 162:25
**during** [9] - 28:16,
42:8, 56:8, 63:14,
96:24, 106:25,
135:4, 146:12, 174:2
**duties** [3] - 129:8,
129:21, 130:6
**duty** [2] - 131:5,
133:20
**DVD** [3] - 163:20,
163:21, 163:22
**DX** [2] - 5:4, 197:16

# E

**early** [6] - 69:24, 70:2,
70:25, 74:7, 84:13
**ease** [1] - 150:10
**easier** [2] - 16:6,
102:22
**East** [1] - 68:17
**Eastern** [6] - 6:6,
75:17, 75:18, 82:14,
126:1, 174:9
**EASTERN** [1] - 1:1
**easy** [3] - 28:10,
155:1, 200:13
**editorialize** [1] - 39:2
**education** [1] - 136:13
**effect** [6] - 42:23,
51:17, 88:7, 96:8,
124:24
**efforts** [1] - 48:15
**Egypt** [11] - 18:24,
18:25, 19:1, 19:2,
19:4, 19:7, 20:2,
68:20, 68:24, 69:4,
70:10
**Egyptian** [1] - 19:2
**Eisma** [1] - 10:24

**EISMA** [1] - 10:25
**either** [13] - 21:12,
21:22, 33:17, 95:9,
97:5, 103:13,
125:10, 130:16,
133:8, 143:25,
163:21, 168:5, 204:9
**electrical** [1] - 189:14
**elements** [1] - 191:6
**elsewhere** [1] - 169:17
**email** [21] - 29:19,
34:20, 34:25, 35:1,
35:23, 36:3, 36:5,
36:14, 37:4, 62:9,
74:18, 76:1, 77:1,
77:14, 87:14, 88:21,
89:11, 134:12,
134:15, 137:12
**Embassy** [1] - 19:1
**emergency** [1] - 134:8
**employed** [6] - 38:7,
40:3, 40:4, 88:22,
127:21, 127:24
**employee** [1] - 93:24
**employment** [1] -
137:23
**empty** [5] - 100:23,
188:17, 190:12,
190:14, 196:2
**encountered** [1] -
42:16
**encrypted** [2] - 89:7,
91:2
**end** [11] - 18:20, 84:5,
84:10, 86:21, 89:20,
90:7, 93:9, 96:13,
98:10, 113:1, 202:5
**ending** [1] - 12:20
**ends** [2] - 20:2, 105:13
**energy** [3] - 152:11,
156:8, 157:5
**enforcement** [3] -
91:7, 137:22, 179:20
**engage** [1] - 14:18
**engineering** [2] -
84:22, 84:23
**Engineering** [1] -
84:24
**engines** [1] - 84:19
**English** [3] - 94:12,
94:13, 160:15
**ensure** [3] - 128:20,
135:21, 136:5
**ensuring** [1] - 128:15
**entered** [5] - 7:4,
82:17, 126:6,
126:20, 174:12
**entire** [4] - 30:19,
85:21, 98:25, 184:17
**entirely** [2] - 43:10,

47:25
**entitled** [1] - 204:4
**entry** [3] - 18:22,
98:18, 159:25
**environment** [2] -
136:10, 147:14
**equipment** [2] - 121:7,
201:20
**Erbil** [5] - 21:12,
71:21, 71:23, 71:24,
81:12
**erratic** [1] - 14:3
**erratically** [1] - 14:20
**escalated** [1] - 49:1
**essentially** [1] - 93:3
**establish** [2] - 47:7,
134:10
**established** [1] - 48:5
**et** [3] - 137:9, 137:23,
176:21
**evade** [2] - 14:4, 14:21
**evaluation** [3] - 45:16,
90:4, 100:25
**evasive** [1] - 157:12
**eve** [1] - 28:11
**Eve** [6] - 29:5, 29:7,
29:8, 33:19, 74:3
**evening** [1] - 38:16
**event** [2] - 85:15,
204:9
**events** [4] - 29:5,
42:22, 43:23, 91:22
**evidence** [34] - 9:8,
9:19, 15:8, 16:12,
23:15, 24:16, 27:5,
28:2, 33:7, 35:9,
37:15, 45:10, 45:16,
47:1, 50:10, 51:5,
51:10, 53:7, 54:1,
55:18, 55:20, 57:15,
99:24, 101:5,
108:24, 112:23,
113:17, 114:12,
115:8, 116:11,
153:16, 176:3,
187:21, 197:16
**evidentiary** [1] - 50:9
**exact** [3] - 5:24, 18:4,
78:6
**exactly** [3] - 155:16,
157:3, 157:11
**Examination** [8] - 3:4,
3:5, 3:6, 3:9, 3:10,
3:11, 3:14, 3:15
**EXAMINATION** [8] -
7:24, 65:21, 80:2,
83:5, 117:8, 124:15,
127:14, 195:22
**examination** [3] -
65:16, 116:24,

174:16
**examine** [1] - 15:14
**example** [1] - 87:10
**except** [3] - 18:18,
31:19, 123:5
**exception** [1] - 21:14
**excuse** [7] - 53:1,
77:17, 164:20,
165:23, 180:25,
186:1, 186:23
**excused** [6] - 82:8,
125:8, 125:20,
174:1, 202:20,
202:22, 202:25,
203:2
**execute** [1] - 122:1
**executed** [1] - 98:10
**Exhibit** [76] - 8:19,
9:4, 9:10, 9:11, 9:15,
9:21, 10:2, 11:11,
12:7, 12:12, 15:18,
16:9, 16:17, 17:22,
18:8, 18:12, 18:18,
21:5, 21:9, 23:4,
23:12, 24:6, 27:2,
27:9, 27:20, 27:23,
27:24, 28:23, 29:22,
29:25, 30:15, 32:7,
32:22, 33:4, 34:18,
35:5, 36:8, 36:9,
37:7, 37:11, 37:17,
52:13, 52:20, 53:4,
59:21, 60:13, 61:1,
101:4, 107:21,
108:6, 109:18,
113:3, 113:14,
113:25, 114:9,
114:19, 115:5,
120:14, 138:25,
139:8, 143:17,
153:6, 153:22,
155:11, 165:6,
170:8, 175:15,
176:4, 178:12,
179:4, 185:15,
188:7, 191:20,
194:2, 194:18
**exhibit** [51] - 10:11,
10:16, 11:12, 12:13,
15:10, 16:19, 17:8,
17:10, 18:1, 19:10,
22:3, 23:4, 24:7,
25:5, 26:17, 27:18,
29:1, 29:2, 29:24,
30:25, 33:4, 33:6,
35:17, 37:13, 37:19,
52:21, 53:8, 53:25,
61:2, 99:24, 102:23,
103:15, 107:22,
109:1, 109:2, 109:4,

113:5, 113:20,
114:1, 114:15,
114:21, 115:11,
115:25, 116:14,
116:16, 120:20,
122:16, 123:18,
143:21, 158:6, 189:9
**exhibited** [1] - 14:3
**exhibits** [30] - 5:24,
8:15, 8:17, 15:12,
16:11, 17:1, 18:5,
18:15, 21:8, 23:20,
23:23, 23:24, 27:10,
28:1, 31:17, 34:19,
35:7, 56:24, 57:11,
112:4, 112:10,
113:22, 115:20,
116:4, 153:8,
153:11, 153:14,
175:25, 187:20,
197:15
**Exhibits** [15] - 4:1,
5:2, 8:16, 15:11,
16:8, 23:18, 24:12,
26:16, 56:22, 112:8,
112:20, 115:19,
116:8, 175:9, 187:17
**existed** [1] - 94:20
**expect** [1] - 49:9
**expectations** [1] -
131:16
**expected** [1] - 137:19
**experience** [8] -
124:2, 124:17,
130:11, 146:10,
148:21, 160:20,
193:4
**expert** [1] - 48:5
**explain** [6] - 16:20,
29:22, 47:10, 47:15,
102:25, 124:20
**explained** [1] - 169:19
**explains** [1] - 48:25
**explosive** [1] - 93:10
**explosives** [1] - 97:22
**EXPOSED** [1] - 53:21
**exposed** [1] - 55:10
**expound** [1] - 24:23
**extensive** [1] - 166:12
**extensively** [1] - 147:1
**extent** [3] - 45:15,
46:18, 140:6
**extra** [1] - 190:7
**extraction** [4] -
163:16, 163:18,
164:12
**extremely** [1] - 124:13
**extremism** [2] - 30:2,
84:3
**eye** [2] - 88:1, 155:17

**eyes** [6] - 125:2,
155:24, 160:16,
160:20, 160:22,
191:11

---

**F**

---

**face** [2] - 31:10
**facility** [3] - 128:13,
128:25, 129:10
**facing** [1] - 156:6
**fact** [13] - 26:14, 47:2,
47:3, 48:15, 48:22,
49:2, 80:25, 90:25,
135:7, 136:17,
148:20, 187:4, 201:8
**facts** [2] - 48:13, 51:9
**factual** [2] - 39:3, 43:6
**fair** [3] - 165:4,
186:12, 186:13
**fall** [1] - 118:13
**fallen** [1] - 57:2
**falsehood** [1] - 55:7
**familiar** [10] - 15:12,
17:6, 23:20, 27:10,
52:21, 56:24, 86:23,
121:2, 138:1, 200:8
**familiarize** [1] -
141:13
**family** [7] - 58:2,
71:23, 71:24, 81:12,
81:13, 99:9, 130:19
**far** [45] - 12:5, 45:11,
105:9, 128:15,
128:20, 128:23,
129:6, 131:17,
131:20, 131:21,
132:23, 134:7,
136:5, 140:17,
144:5, 149:4,
149:10, 150:22,
152:1, 154:16,
155:15, 155:21,
156:5, 157:7,
157:11, 157:17,
158:13, 158:18,
159:4, 160:11,
160:15, 166:8,
169:7, 183:3,
183:15, 183:16,
183:20, 188:25,
189:4, 189:5,
189:25, 190:8, 193:8
**fare** [2] - 72:13, 73:14
**Fare** [2] - 21:10, 21:15
**farebuzz.com** [1] -
36:14
**fares** [2] - 71:17, 72:11
**fast** [4] - 22:14, 22:18,
58:8, 89:20

**fast-forward** [4] -
22:14, 22:18, 58:8,
89:20
**faster** [1] - 200:16
**FBI** [65] - 8:7, 9:1,
13:18, 14:6, 14:13,
14:16, 15:1, 15:6,
38:20, 39:23, 41:23,
42:1, 42:19, 42:22,
43:2, 46:8, 46:12,
47:10, 47:19, 48:6,
48:10, 48:11, 48:14,
48:21, 48:23, 51:18,
51:25, 54:14, 55:21,
55:23, 56:4, 56:6,
57:8, 61:24, 62:13,
64:1, 64:16, 67:5,
67:12, 79:1, 83:16,
83:18, 83:19, 83:20,
84:16, 85:23, 86:13,
89:17, 91:24, 97:9,
98:8, 98:9, 118:11,
129:24, 145:9,
146:16, 146:18,
148:24, 161:7,
162:17, 163:23,
164:4, 175:2, 187:24
**FBI's** [12] - 42:19,
42:23, 43:10, 43:14,
43:20, 43:25, 44:5,
47:1, 51:17, 51:21,
86:7, 89:18
**FCRR** [2] - 1:25,
204:15
**Federal** [1] - 2:3
**few** [12] - 14:19, 16:24,
32:15, 73:15, 86:17,
87:17, 90:22,
103:15, 166:8,
174:21, 174:23,
175:2
**field** [2] - 93:23, 94:16
**Fifth** [1] - 2:4
**fighters** [2] - 22:9,
22:13
**fighting** [1] - 28:22
**figures** [1] - 70:15
**file** [6] - 17:15, 140:8,
141:13, 141:16,
141:19
**fill** [1] - 186:4
**filled** [1] - 144:3
**filling** [1] - 126:7
**fills** [1] - 144:7
**filmed** [1] - 54:15
**filming** [1] - 14:11
**filters** [7] - 102:16,
103:6, 105:1,
106:18, 191:4,
191:12

**final** [3] - 48:16, 51:4, 51:11
**finally** [3] - 111:24, 115:18, 184:1
**financial** [1] - 84:14
**fine** [3] - 49:8, 50:11, 117:3
**finished** [3] - 84:1, 84:14, 151:21
**finishing** [1] - 19:24
**fire** [1] - 111:21
**fired** [1] - 38:7
**first** [36] - 17:22, 22:24, 29:24, 30:14, 36:9, 59:14, 79:3, 83:11, 85:15, 90:19, 91:23, 92:11, 95:8, 96:14, 99:10, 99:11, 99:13, 100:4, 100:10, 100:21, 100:24, 116:13, 131:20, 139:22, 142:19, 145:19, 145:20, 148:6, 149:3, 150:16, 150:18, 170:17, 187:5, 189:9, 194:10
**fit** [1] - 116:20
**five** [14] - 28:9, 28:10, 33:17, 71:10, 71:12, 75:6, 75:7, 75:13, 76:12, 76:15, 76:25, 112:3, 153:7
**five-hour** [1] - 76:15
**flag** [2] - 97:22, 183:16
**Flag** [1] - 30:20
**flight** [5] - 35:2, 36:15, 39:11, 42:3, 72:8
**flights** [2] - 21:11, 71:18
**Flint** [1] - 2:7
**flip** [1] - 107:7
**floor** [17] - 99:10, 99:11, 99:13, 100:11, 100:12, 100:21, 102:20, 103:25, 151:3, 151:14, 152:5, 152:9, 154:5, 154:7, 154:15, 158:11, 170:17
**Floor** [1] - 2:4
**fluent** [2] - 160:14, 160:15
**fly** [8] - 13:3, 13:6, 13:11, 13:12, 13:14, 17:18, 22:22, 26:9
**focus** [7] - 11:20, 30:2, 53:9, 54:6, 54:7, 57:23, 138:13

**folding** [1] - 23:8
**folks** [2] - 91:4, 91:5
**follow** [3] - 68:13, 125:16, 202:16
**following** [7] - 14:4, 14:6, 14:22, 21:7, 39:8, 42:2, 96:16
**fooled** [1] - 54:21
**force** [13] - 79:8, 79:11, 79:14, 79:18, 79:21, 85:8, 95:9, 95:13, 118:13, 130:4, 144:24, 163:4, 163:9
**Force** [4] - 129:24, 130:2, 130:7, 147:2
**foreign** [1] - 146:24
**forensic** [1] - 163:2
**forget** [1] - 155:16
**forgets** [2] - 69:19, 69:21
**forgot** [1] - 144:10
**form** [3] - 68:13, 135:7, 185:21
**Fort** [1] - 1:16
**forth** [2] - 63:5, 204:5
**forum** [1] - 93:24, 93:25, 118:22
**forward** [9] - 22:14, 22:18, 51:22, 58:8, 89:20, 96:11, 96:19, 125:12, 150:9
**foundation** [2] - 43:9, 48:3
**founding** [1] - 22:11
**foundry** [1] - 84:18
**four** [10] - 33:17, 63:4, 75:7, 75:13, 78:4, 78:8, 80:20, 120:21, 128:11
**four-month** [1] - 80:20
**four-page** [1] - 120:21
**frame** [1] - 96:7
**framework** [1] - 154:6
**fraud** [1] - 84:14
**Freeway** [1] - 63:7
**Front** [3] - 22:11, 22:12, 28:22
**front** [14] - 63:18, 64:6, 90:2, 103:4, 103:12, 121:7, 121:12, 122:9, 122:23, 153:19, 154:18, 156:5, 161:24, 162:11
**frustration** [1] - 13:23
**fulfill** [1] - 85:13
**full** [1] - 204:7
**fund** [1] - 66:8
**funds** [3] - 11:5, 11:6,

25:18
**funny** [1] - 68:1
**fuse** [1] - 189:25
**future** [1] - 140:4

# G

**gang** [3] - 149:7, 149:8, 193:4
**gangs** [1] - 149:5
**gap** [3] - 20:18, 20:19, 31:4
**garage** [1] - 198:16
**Garden** [1] - 12:4
**gas** [19] - 38:7, 38:17, 39:20, 39:24, 40:3, 40:5, 40:7, 40:17, 40:18, 40:21, 40:25, 41:3, 41:23, 42:23, 43:24, 46:2, 49:6, 51:16, 52:2
**general** [4] - 18:17, 19:7, 110:17, 157:15
**generally** [6] - 54:2, 55:2, 72:19, 88:13, 140:7, 200:18
**gentleman** [1] - 167:24
**gentlemen** [1] - 127:4
**GEROMETTA** [102] - 2:6, 6:19, 9:6, 9:17, 16:10, 23:13, 24:14, 27:3, 27:25, 33:5, 35:6, 37:12, 39:1, 41:9, 43:4, 44:2, 44:7, 45:23, 46:22, 49:4, 49:18, 50:11, 50:14, 53:5, 57:12, 65:20, 65:22, 67:17, 67:19, 68:22, 68:23, 69:2, 69:3, 69:7, 69:8, 70:4, 70:5, 70:13, 70:14, 71:3, 71:4, 71:8, 71:9, 72:6, 72:7, 73:5, 73:7, 74:15, 74:17, 75:20, 75:23, 75:25, 76:10, 76:11, 78:18, 78:22, 79:25, 120:15, 120:17, 122:20, 148:12, 153:12, 172:14, 187:19, 192:5, 193:8, 193:14, 195:18, 195:20, 195:23, 196:13, 196:15, 196:22, 197:2, 197:9, 197:11, 197:17, 197:19, 197:22,

197:24, 198:3, 198:6, 198:8, 198:9, 198:23, 198:25, 199:9, 199:10, 199:16, 199:18, 199:20, 199:23, 199:25, 200:22, 200:23, 201:11, 201:12, 201:22, 201:23, 202:2, 202:4, 202:8
**Gerometta** [8] - 2:6, 3:5, 3:15, 6:19, 45:22, 65:19, 81:17, 198:2
**get-to-know** [1] - 131:10
**GetFPV** [2] - 158:24
**GhostApp** [1] - 182:5
**gist** [1] - 92:17
**given** [7] - 17:19, 47:8, 55:7, 84:8, 163:23, 164:4, 202:24
**glance** [1] - 100:24
**glass** [3] - 102:16, 103:6, 105:1
**globally** [1] - 89:5
**goods** [1] - 104:6
**Google** [2] - 180:24, 182:7
**Government** [4] - 67:17, 107:21, 127:1, 143:17
**government** [16] - 6:12, 7:12, 16:7, 24:11, 27:1, 27:22, 37:10, 47:7, 47:9, 53:3, 77:12, 77:22, 82:23, 127:8, 175:8, 187:16
**government's** [2] - 46:14, 82:20
**Government's** [6] - 3:2, 4:1, 73:6, 74:15, 139:7, 153:6
**GPS** [2] - 130:16, 130:23
**gravel** [1] - 121:11
**great** [2] - 75:19, 200:21
**green** [6] - 19:4, 19:7, 19:23, 20:3, 70:21, 70:22
**Greenwich** [3] - 75:3, 75:8, 75:17
**greeted** [1] - 169:6
**grew** [1] - 111:16
**GREY** [2] - 1:4, 1:10
**Grey** [1] - 6:7
**Greyhound** [10] -

22:21, 29:13, 34:22, 35:15, 36:22, 42:12, 52:5, 73:10, 74:12, 74:13
**grievance** [2] - 17:13, 17:15
**grill** [2] - 199:5, 201:20
**ground** [4] - 123:13, 150:21, 151:4
**groups** [2] - 147:1
**guess** [4] - 79:2, 146:3, 157:2, 160:15
**guidance** [1] - 85:12
**guided** [1] - 158:14
**guides** [1] - 55:11
**guiding** [1] - 93:8
**gun** [20] - 101:1, 101:2, 102:1, 102:3, 109:17, 110:1, 110:2, 110:7, 111:11, 111:17, 111:21, 114:25, 115:16, 116:19, 123:20, 124:23, 125:3
**guns** [4] - 123:25, 124:3, 124:25, 125:2
**GX** [42] - 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 9:8, 9:19, 16:12, 23:15, 24:16, 27:5, 28:2, 33:7, 35:9, 37:15, 53:7, 57:14, 108:24, 112:23, 113:17, 114:12, 115:8, 116:11, 153:16, 176:3, 187:21

# H

**H631** [1] - 177:1
**half** [9] - 28:24, 30:9, 31:12, 41:1, 53:9, 96:14, 129:4, 130:3
**hallway** [1] - 126:9
**hand** [11] - 12:2, 30:21, 54:15, 83:2, 102:14, 107:20, 113:3, 120:13, 171:11, 171:23, 199:12
**handed** [2] - 112:11, 163:14
**handgun** [1] - 100:25

**handing** [9] - 107:22, 112:10, 113:5, 114:1, 114:21, 115:20, 120:20, 171:21, 197:3
**handled** [1] - 43:25
**hands** [1] - 86:12
**hands-on** [1] - 86:12
**happy** [1] - 126:13
**hard** [1] - 154:6
**harder** [1] - 91:7
**havent** [1] - 34:1
**Head** [1] - 26:25
**headquarters** [2] - 83:24, 118:10
**heads** [2] - 192:4
**health** [1] - 132:16
**hear** [2] - 51:3, 202:17
**heard** [9] - 34:1, 42:15, 48:4, 49:23, 51:2, 77:3, 94:12, 108:20, 127:17
**hearing** [1] - 76:21
**hearsay** [4] - 41:10, 88:5, 88:9, 101:11
**held** [3] - 44:9, 84:10, 192:10
**Helias** [1] - 169:5
**help** [2] - 64:16, 85:12
**helpful** [3] - 47:21, 147:11, 147:21
**helping** [2] - 91:5
**helps** [1] - 198:12
**hereby** [1] - 204:3
**hereinbefore** [1] - 204:5
**herself** [1] - 142:4
**hesitant** [2] - 171:13, 171:14
**hesitated** [1] - 171:11
**hesitation** [1] - 171:20
**Hezbollah** [1] - 83:22
**hi** [2] - 117:10, 117:11
**hidden** [1] - 60:19
**hijrah** [5] - 43:3, 43:5, 43:13, 43:21, 45:14
**Hills** [2] - 52:1, 56:5
**hire** [1] - 128:11
**hire-in** [1] - 128:11
**history** [3] - 67:22, 68:10, 146:24
**hmm** [1] - 31:1
**hold** [2] - 50:5, 109:3
**holder** [1] - 19:7
**holders** [3] - 19:5, 19:23, 20:4
**home** [68] - 13:22, 14:2, 19:12, 42:11, 52:8, 56:6, 58:4,

58:8, 63:19, 63:21, 66:10, 88:12, 88:15, 91:23, 91:24, 96:20, 97:25, 98:22, 98:24, 98:25, 120:4, 121:25, 135:20, 136:1, 136:4, 136:14, 137:8, 141:18, 142:4, 142:7, 142:9, 142:24, 142:25, 145:13, 145:14, 145:19, 145:23, 146:24, 149:13, 149:16, 149:18, 149:19, 149:20, 150:11, 150:12, 167:11, 167:16, 167:22, 168:1, 168:7, 168:10, 168:15, 168:20, 168:21, 168:22, 169:4, 169:22, 170:3, 170:5, 170:13, 170:15, 170:17, 170:19, 175:16, 184:13, 192:10
**Homeland** [2] - 17:12, 68:13
**Homepage** [1] - 19:1
**HON** [1] - 1:4
**honest** [2] - 135:10, 135:13
**Honor** [51] - 6:13, 7:10, 7:12, 7:20, 9:3, 16:7, 23:11, 24:11, 27:1, 27:22, 33:3, 35:4, 37:10, 39:1, 41:9, 41:13, 43:5, 43:17, 44:2, 45:6, 51:13, 53:3, 57:10, 65:13, 65:20, 78:19, 82:2, 82:22, 88:6, 107:17, 108:23, 112:3, 117:19, 124:7, 125:9, 126:2, 127:3, 139:2, 148:12, 153:15, 172:15, 174:17, 175:8, 175:21, 187:16, 192:5, 195:18, 196:24, 197:9, 197:11, 202:8
**Honorable** [1] - 6:7
**hopefully** [1] - 153:19
**hot** [1] - 99:20
**hotels** [1] - 81:23
**hour** [2] - 41:1, 76:15
**hours** [9] - 75:6, 75:7,

75:13, 76:12, 76:25, 130:18, 130:22, 178:6
**house** [31] - 46:11, 57:6, 58:2, 64:9, 64:14, 87:3, 97:3, 98:2, 99:3, 99:10, 99:18, 106:19, 108:2, 120:11, 121:25, 122:6, 122:7, 142:11, 158:17, 169:8, 169:11, 184:17, 184:18, 187:8, 187:11, 188:11, 196:16, 196:17, 197:6, 200:24
**household** [1] - 104:6
**hth** [1] - 122:23
**hundreds** [1] - 129:20
**Huntington** [5] - 23:24, 24:3, 24:8, 24:10, 24:19
**Huron** [2] - 128:12, 129:10

**I**

**I-S-X-X-X-I-S** [1] - 90:13
**ICOT** [1] - 162:23
**ID** [1] - 160:5
**idea** [5] - 123:12, 178:4, 178:6, 190:16, 191:9
**identified** [3] - 149:21, 195:24, 201:16
**identify** [6] - 15:24, 27:16, 58:13, 58:23, 154:24, 186:20
**ideology** [1] - 147:4
**illustration** [1] - 96:9
**image** [10] - 53:18, 54:3, 110:23, 176:13, 197:18, 198:23, 199:9, 199:11, 199:21, 199:22
**images** [5] - 162:17, 172:21, 183:6, 183:9, 183:13
**imam** [1] - 185:2
**IMEI** [1] - 179:19
**immediately** [4] - 40:16, 130:13, 135:9, 202:18
**impacted** [1] - 48:15
**important** [6] - 29:5, 47:2, 48:20, 136:14, 147:6, 147:9

**imposed** [1] - 134:23
**improper** [1] - 46:15
**in-ground** [1] - 123:13
**inability** [1] - 17:18
**incapacitated** [1] - 79:16
**incarcerated** [2] - 86:8, 133:6
**inch** [1] - 23:8
**incidents** [1] - 51:19
**incite** [1] - 171:18
**include** [3] - 23:25, 93:15, 137:21
**included** [1] - 121:14
**includes** [1] - 68:19
**including** [1] - 91:16
**increase** [1] - 93:17
**independently** [2] - 166:7, 183:3
**index** [10] - 106:24, 106:25, 152:10, 156:20, 157:6, 157:9, 164:3, 184:4, 194:19, 195:1
**indicate** [5] - 155:21, 167:13, 170:4, 186:6, 186:21
**indicated** [19] - 18:9, 20:7, 24:22, 36:20, 39:19, 53:14, 132:10, 151:15, 159:2, 166:16, 167:2, 167:15, 167:16, 170:14, 180:23, 184:22, 186:17, 187:7, 196:17
**indicates** [1] - 158:18
**indicating** [16] - 58:25, 110:16, 110:25, 155:4, 155:7, 156:20, 167:21, 170:4, 179:3, 179:10, 186:8, 188:13, 189:1, 194:15, 198:11, 199:12
**Indicating** [1] - 115:13
**indicating]** [13] - 58:18, 100:7, 103:5, 103:22, 104:17, 105:5, 105:11, 155:16, 156:21, 156:22, 157:5, 179:11, 188:16
**indication** [3] - 51:7, 158:13, 186:9
**indications** [1] - 94:9
**individual** [6] - 55:12, 130:12, 131:24,

133:1, 138:1, 142:8
**individuals** [9] - 14:5, 22:2, 96:22, 119:19, 129:13, 134:4, 137:22, 160:20, 186:20
**indulge** [1] - 147:3
**indulged** [1] - 147:5
**indulgence** [1] - 139:4
**Information** [1] - 19:19
**information** [54] - 8:23, 16:5, 16:20, 16:21, 17:17, 19:15, 19:16, 19:25, 20:3, 42:1, 43:19, 87:4, 87:14, 88:18, 88:25, 89:1, 89:13, 89:17, 90:3, 90:5, 90:17, 90:19, 93:3, 93:11, 94:11, 94:14, 95:21, 95:22, 95:24, 96:8, 98:8, 133:2, 134:2, 134:6, 134:20, 141:17, 142:3, 145:12, 145:13, 147:3, 147:9, 149:20, 149:24, 163:6, 172:9, 173:2, 178:15, 179:17, 179:18, 179:25, 180:10, 180:11, 181:7, 181:8
**informed** [1] - 134:19
**inherited** [1] - 141:7
**initial** [2] - 51:2, 87:9
**initiate** [1] - 96:12
**injured** [3] - 40:14, 41:7, 41:16
**injury** [1] - 46:3
**input** [1] - 196:14
**inquire** [1] - 48:8
**insh'Allah** [1] - 55:18
**inside** [13] - 64:9, 110:12, 120:8, 120:11, 157:14, 159:15, 160:3, 167:22, 169:11, 169:12, 191:19, 196:16, 197:20
**installed** [1] - 62:21
**instance** [2] - 87:21, 137:8
**instances** [3] - 80:12, 118:25, 119:4
**instead** [1] - 95:10
**institution** [1] - 131:3

**institutional** [1] - 132:23
**instructed** [1] - 134:7
**instruction** [5] - 45:20, 45:23, 47:20, 49:22, 159:2
**instructions** [7] - 51:2, 51:4, 51:11, 97:21, 125:16, 202:17, 202:18
**integrating** [1] - 155:19
**integrity** [1] - 149:3
**intelligence** [1] - 89:6
**intended** [1] - 124:24
**intent** [1] - 86:10
**interact** [2] - 129:11, 129:17
**interacted** [4] - 129:14, 129:19, 185:7, 193:2
**interest** [5] - 96:10, 99:13, 100:22, 109:10, 149:10
**interested** [4] - 88:25, 195:25, 196:2, 204:9
**interesting** [1] - 169:4
**interject** [1] - 118:23
**internal** [1] - 9:14
**international** [7] - 18:16, 19:8, 20:13, 83:24, 90:23, 147:1, 183:15
**internet** [3] - 68:9, 94:3, 162:25
**interpret** [1] - 45:10
**interpretation** [1] - 160:19
**interview** [6] - 13:25, 14:2, 25:23, 89:23, 89:24, 101:9
**intricate** [1] - 163:6
**intro** [1] - 79:2
**introduce** [3] - 83:9, 126:12, 127:5
**introduced** [3] - 150:13, 150:14
**investigate** [1] - 149:11
**investigating** [3] - 85:23, 145:3, 145:4
**investigation** [31] - 42:24, 43:10, 43:25, 51:17, 84:25, 85:7, 85:16, 85:21, 85:22, 85:24, 86:2, 86:13, 86:23, 87:4, 87:8, 87:10, 88:7, 89:10, 89:19, 90:6, 91:21, 93:12, 93:15, 94:17,

94:20, 96:8, 96:11, 96:18, 96:19, 97:10, 171:19
**investigations** [1] - 95:11
**investigative** [2] - 47:25, 93:16
**investigator** [1] - 86:16
**investigators** [3] - 85:10, 85:12, 88:4
**investigatory** [2] - 86:19
**involved** [1] - 202:15
**IOLTA** [4] - 11:1, 11:2, 66:6
**IP** [5] - 94:3, 94:5, 94:8, 94:14, 95:17
**iPhone** [14] - 97:1, 152:13, 161:18, 162:5, 162:6, 162:7, 162:16, 162:20, 162:22, 164:9, 164:12, 165:2, 170:23, 170:24
**iraq** [1] - 19:21
**Iraq** [13] - 8:4, 10:13, 21:23, 25:21, 61:23, 61:25, 70:16, 71:21, 72:21, 81:13, 96:1, 96:4, 96:6
**Iraqi** [7] - 70:18, 70:22, 81:2, 81:10, 96:1, 160:5
**iron** [4] - 58:25, 59:20, 60:3, 60:7
**is....Allah** [1] - 55:9
**ish** [1] - 33:15
**ISIS** [24] - 84:4, 89:5, 89:6, 89:12, 90:20, 90:21, 90:23, 91:3, 91:16, 91:19, 93:6, 94:1, 95:1, 95:2, 95:11, 97:21, 97:22, 172:6, 172:9, 172:23, 183:4, 183:17, 183:22, 193:4
**ISIS-related** [2] - 90:20, 90:21
**Islamic** [2] - 92:25, 185:1
**issue** [2] - 47:12, 47:14
**issues** [2] - 17:14, 146:21
**item** [7] - 151:20, 155:17, 160:25, 161:11, 194:15, 194:17, 194:22

**items** [19] - 40:9, 56:14, 58:13, 59:18, 60:5, 125:11, 125:13, 131:18, 152:4, 152:7, 155:16, 157:16, 157:18, 164:4, 189:14, 190:2, 191:6, 194:4, 202:24
**itinerary** [1] - 35:18
**itself** [7] - 91:18, 110:7, 121:25, 155:8, 155:15, 179:22, 183:16

## J

**J.C** [3] - 1:4, 1:10, 6:7
**jail** [1] - 61:14
**JAMES** [1] - 2:6
**James** [2] - 2:6, 6:19
**January** [55] - 13:6, 13:13, 15:20, 16:25, 20:24, 21:16, 21:21, 22:15, 22:20, 22:25, 27:15, 28:7, 28:13, 30:14, 31:2, 31:5, 31:15, 31:17, 31:22, 32:3, 32:7, 32:9, 34:22, 34:23, 36:16, 37:2, 37:21, 38:5, 38:6, 39:10, 39:19, 39:22, 42:2, 42:9, 42:10, 52:10, 53:1, 54:8, 54:9, 54:12, 57:7, 64:21, 65:8, 77:17, 78:2, 81:2, 90:10, 138:7, 138:9, 139:12, 139:19
**jars** [8] - 105:1, 188:17, 190:12, 190:14, 190:16, 191:21, 196:1, 196:2
**Jeffrey** [1] - 169:5
**Jeffries** [1] - 40:2
**jewelry** [1] - 96:4
**jihadist** [2] - 22:9, 49:7
**job** [11] - 85:11, 131:19, 131:24, 132:3, 132:11, 132:13, 134:18, 136:13, 147:15, 147:16
**John** [1] - 146:4
**join** [1] - 86:9
**joined** [1] - 84:16
**Joint** [2] - 129:24, 130:1
**Jonathan** [4] - 6:7,

163:4, 163:8, 163:11
**JONATHAN** [2] - 1:4, 1:10
**Jordanian** [1] - 36:18
**Joseph** [1] - 185:22
**JTTF** [7] - 130:2, 130:4, 130:8, 144:22, 147:7, 147:10, 148:5
**JUDGE** [1] - 1:10
**judge** [4] - 43:8, 55:9, 148:13, 193:1
**Judge** [5] - 45:1, 49:5, 172:16, 176:2, 192:8
**judging** [1] - 45:9
**July** [7] - 144:19, 165:8, 165:15, 165:21, 165:25, 166:2, 166:18
**June** [4] - 84:10, 96:13, 96:14, 96:15
**JURY** [1] - 1:9
**jury** [70] - 7:1, 7:3, 7:4, 7:5, 10:1, 10:6, 10:19, 11:12, 11:23, 12:14, 17:5, 17:8, 18:8, 21:7, 21:20, 29:22, 38:18, 45:9, 45:14, 46:1, 46:6, 47:10, 47:21, 51:1, 52:12, 82:5, 82:7, 82:8, 82:15, 82:16, 82:17, 82:18, 83:9, 109:1, 113:19, 114:14, 115:10, 116:13, 117:21, 125:14, 125:19, 125:20, 126:11, 126:12, 126:19, 126:20, 126:21, 126:24, 127:4, 127:19, 128:5, 140:1, 149:17, 154:25, 171:4, 173:23, 173:24, 173:25, 174:1, 174:11, 174:12, 174:13, 176:6, 179:2, 188:9, 202:13, 202:21, 202:22
**Justice** [2] - 1:19, 6:16

## K

**Kaffir** [1] - 54:21
**Karly** [3] - 3:3, 7:13, 7:18
**keep** [4] - 85:21, 96:10, 103:15,

127:16
**keeping** [1] - 88:1
**kept** [1] - 128:16
**kid** [1] - 125:1
**kids** [4] - 98:3, 102:11, 167:1, 184:24
**killed** [1] - 96:4
**kind** [13] - 62:16, 63:2, 86:2, 87:8, 109:8, 122:11, 147:13, 150:20, 171:9, 186:23, 199:8, 201:20, 202:14
**kit** [4] - 59:14, 122:24, 122:25, 123:9
**kitchen** [1] - 99:5, 99:6, 99:7, 99:8, 106:19, 187:11, 196:5
**knife** [1] - 107:6
**knives** [3] - 23:8, 107:5, 107:7
**knowledge** [23] - 88:1, 88:12, 94:19, 94:21, 137:17, 140:24, 141:7, 142:7, 143:9, 144:15, 144:16, 145:4, 147:22, 157:21, 160:6, 160:12, 161:9, 164:7, 164:8, 169:23, 176:8, 192:6, 198:22
**known** [3] - 22:9, 91:3, 91:14
**knows** [2] - 140:1, 193:5
**kuffar** [1] - 55:8

## L

**label** [1] - 158:25
**labeled** [2] - 122:25, 123:9
**ladies** [1] - 127:4
**Lafayette** [1] - 1:11
**laid** [1] - 189:14
**Lail** [2] - 140:16, 142:8
**Lake** [1] - 2:7
**landscaping** [1] - 121:13, 122:11
**lanes** [3] - 63:4, 63:9, 63:10
**language** [1] - 95:3
**Larkin** [5] - 163:4, 163:8, 163:12, 164:10
**laser** [10] - 58:15, 100:1, 102:25, 154:18, 154:25,

179:2, 194:13,
197:22, 197:25,
198:12
**last** [17] - 12:16, 15:8,
19:22, 31:19, 45:25,
48:8, 59:9, 61:12,
62:11, 83:10, 83:11,
109:20, 110:23,
127:19, 129:3,
173:21, 202:3
**late** [4] - 38:16, 73:24,
74:6, 84:13
**latitude** [1] - 148:17
**laughter** [1] - 117:7
**LAW** [10] - 7:3, 82:7,
82:12, 82:16,
125:19, 125:24,
126:19, 173:25,
174:11, 202:21
**law** [3] - 91:7, 137:22,
179:20
**Law** [1] - 2:6
**Lawton** [1] - 129:6
**lawyer** [1] - 66:8
**lawyers** [1] - 51:4
**lead** [11] - 93:23,
94:16, 94:22, 94:25,
95:3, 95:5, 95:7,
95:12, 95:22,
193:10, 193:13
**leader** [1] - 55:6
**leading** [3] - 16:24,
20:22, 20:25
**leads** [1] - 99:8
**League** [1] - 30:1
**lean** [2] - 97:5
**Leann** [3] - 1:24,
204:3, 204:14
**learn** [4] - 39:23,
41:23, 97:14, 98:4
**learned** [3] - 42:22,
98:1, 145:12
**learning** [1] - 146:10
**least** [4] - 34:12,
120:5, 170:14,
199:13
**leave** [3] - 117:1,
137:12, 200:18
**leaving** [3] - 64:13,
64:14, 64:17
**Lebanon** [17] - 13:7,
19:23, 19:25, 21:12,
22:8, 22:10, 22:11,
22:12, 22:23, 29:11,
36:17, 70:8, 70:10,
70:22, 72:16, 81:21,
81:23
**lebanon** [2] - 20:3,
21:23
**led** [2] - 13:25, 94:14

**left** [7] - 6:15, 11:7,
12:2, 102:14, 104:8,
149:20, 149:24
**left-hand** [2] - 12:2,
102:14
**legal** [6] - 91:9, 94:3,
97:11, 97:18, 97:20,
179:17
**less** [1] - 136:6
**lethal** [13] - 79:10,
79:11, 79:13, 79:15,
79:16, 79:17, 79:21,
80:5, 80:8, 80:11,
80:13
**level** [10] - 44:1, 47:8,
57:22, 57:24, 86:20,
86:25, 92:19,
130:23, 131:15,
193:11
**levels** [1] - 132:21
**Levin** [1] - 1:11
**LG** [9] - 97:8, 97:10,
97:12, 97:14,
173:14, 174:19,
174:23, 176:6,
176:18
**lid** [3] - 58:18, 58:22,
59:1
**life** [1] - 34:3
**lifestyles** [1] - 128:23
**light** [1] - 149:12
**lights** [1] - 105:22
**likely** [1] - 66:22
**limit** [2] - 47:22,
134:23
**limited** [5] - 46:18,
146:19, 148:3,
148:16, 187:10
**limiting** [2] - 47:20,
49:22
**limits** [1] - 81:9
**line** [8] - 10:23, 18:13,
19:3, 21:14, 30:15,
31:1, 32:7, 123:5
**linen** [6] - 57:22, 58:6,
58:11, 59:19, 59:25,
100:10
**lines** [5] - 18:24,
19:22, 21:18, 92:24
**link** [1] - 37:23
**list** [1] - 67:14
**listed** [4] - 67:8, 67:10,
67:11, 111:19
**literature** [2] - 152:7,
183:20
**live** [1] - 72:19
**lived** [1] - 186:22
**living** [24] - 21:23,
72:15, 72:18, 72:21,
73:1, 87:12, 95:19,

128:18, 150:17,
150:18, 167:1,
167:5, 169:18,
170:7, 184:24,
185:9, 185:19,
185:20, 186:6,
186:9, 186:14,
186:24, 187:12
**Livonia** [1] - 95:13
**Lizza** [3] - 1:24,
204:13, 204:14
**lizza/Christin** [1] -
204:3
**local** [1] - 98:16
**located** [3] - 62:24,
94:8, 94:10
**location** [4] - 63:21,
87:3, 98:23, 194:24
**lock** [2] - 179:17,
180:11
**locomotive** [1] - 84:19
**look** [30] - 26:17,
32:22, 58:20, 76:4,
87:21, 97:2, 99:3,
101:24, 102:9,
117:21, 120:22,
121:2, 124:24,
139:9, 141:20,
143:15, 143:18,
147:5, 147:12,
151:6, 161:7,
161:21, 169:1,
171:19, 171:25,
177:7, 188:1,
194:19, 195:2
**looked** [16] - 68:1,
70:10, 80:25, 81:20,
89:22, 97:20,
101:21, 102:20,
103:25, 160:18,
175:12, 177:19,
177:20, 189:8
**looking** [41] - 10:6,
18:11, 25:8, 57:21,
69:15, 70:7, 71:5,
71:17, 71:20, 72:15,
89:3, 90:1, 96:19,
100:4, 100:15,
101:7, 101:25,
103:1, 103:12,
103:13, 104:15,
105:8, 106:5,
109:24, 110:11,
110:22, 111:3,
111:15, 132:2,
177:4, 177:13,
178:9, 180:9,
182:25, 183:1,
183:4, 188:9,
188:11, 194:23,

198:13
**looks** [16] - 58:18,
71:20, 71:25,
105:11, 105:23,
116:7, 121:10,
121:11, 121:12,
122:1, 122:11,
157:23, 177:17,
184:4, 189:4, 201:8
**Los** [2] - 93:23, 94:16,
94:25, 97:11
**losing** [1] - 146:23
**luggage** [1] - 14:25
**lunch** [4] - 117:2,
125:14, 125:15,
125:21

# M

**M-I-L-A-N** [1] - 83:11
**Mac** [1] - 151:4
**machine** [1] - 106:21
**magazine** [1] - 101:3
**magazines** [7] - 172:7,
172:10, 172:11,
172:23, 183:21,
183:22
**maid** [1] - 54:14
**main** [7] - 57:22,
57:24, 63:4, 63:8,
89:5, 100:12, 146:25
**maintain** [1] - 128:15
**maintained** [1] - 165:1
**maintaining** [2] -
134:14, 149:3
**maintenance** [2] -
122:24, 123:9
**majority** [3] - 143:24,
144:5, 184:18
**makeshift** [7] -
102:19, 103:25,
150:23, 154:5,
154:14, 184:5,
194:10
**male** [1] - 95:25
**Malik** [4] - 30:6, 30:13,
31:3, 31:7
**malik** [1] - 54:19
**man** [1] - 95:25
**management** [3] -
84:23, 148:9, 148:10
**manner** [1] - 34:14
**manual** [3] - 92:17,
159:2, 159:6
**March** [18] - 48:20,
61:18, 83:19, 84:8,
84:13, 84:15, 85:6,
85:17, 86:12, 86:20,
128:10, 129:5,
138:8, 138:11,

138:13, 139:15,
142:17, 142:19
**marked** [8] - 107:20,
113:3, 113:24,
114:19, 115:19,
138:24, 153:5, 197:3
**marking** [1] - 120:13
**Marquette** [1] - 84:22
**master** [2] - 151:9,
151:11
**Master's** [1] - 84:22
**match** [2] - 192:3,
192:4
**matches** [1] - 105:23
**matching** [2] - 111:11,
111:21
**Material** [1] - 5:23
**material** [3] - 46:3,
90:20, 183:4
**materials** [1] - 23:1
**mates** [1] - 118:16
**math** [2] - 28:10,
71:12
**matter** [7] - 6:25, 7:8,
88:8, 135:7, 149:11,
187:4, 204:4
**matters** [1] - 83:21
**mattress** [1] - 103:25
**McAteer** [4] - 95:14,
95:15, 119:15,
119:17
**McDonald** [36] -
10:17, 11:20, 12:21,
16:16, 20:5, 21:24,
25:4, 25:16, 28:24,
30:9, 32:19, 33:9,
34:15, 35:10, 35:11,
35:20, 36:10, 36:25,
37:16, 38:3, 53:9,
54:7, 56:2, 57:19,
59:8, 59:23, 60:10,
99:23, 122:17,
153:21, 164:1,
175:17, 176:1,
184:10, 188:6,
188:22
**MDOC** [15] - 85:19,
86:1, 86:3, 91:23,
91:25, 96:20, 97:25,
128:6, 130:19,
146:19, 147:24,
148:4, 149:1, 149:3
**MDOC's** [1] - 149:10
**mean** [8] - 74:1, 85:7,
94:5, 118:21, 123:7,
148:25, 169:11
**Mean** [2] - 75:3, 75:8
**meaning** [4] - 34:11,
47:16, 57:24, 130:13
**means** [5] - 53:24,

54:2, 76:8, 94:7, 131:9

**meant** [2] - 50:9, 140:16

**measuring** [3] - 102:16, 103:6, 105:1

**mechanical** [1] - 84:21

**media** [5] - 87:15, 88:23, 89:7, 89:16, 134:21

**meet** [2] - 28:18, 186:2

**meeting** [4] - 88:2, 118:22, 166:22, 167:18

**Megan** [1] - 95:13

**member** [4] - 147:7, 149:7, 149:8, 202:19

**members** [15] - 7:5, 51:1, 82:5, 82:18, 125:14, 126:21, 126:24, 127:19, 130:19, 148:9, 149:17, 173:23, 174:13, 188:9, 202:13

**memo** [1] - 10:23

**memory** [9] - 151:25, 152:2, 168:19, 169:1, 173:14, 183:1, 183:2, 197:7, 197:21

**men's** [1] - 128:13

**mental** [1] - 132:16

**mentioned** [14] - 87:19, 88:20, 90:14, 90:22, 94:22, 97:10, 97:12, 103:2, 104:9, 106:18, 110:13, 111:7, 129:22, 185:23

**message** [10] - 32:23, 33:11, 33:13, 33:23, 33:25, 37:20, 37:23, 55:4, 137:13

**messages** [1] - 34:12

**Metro** [2] - 94:4, 94:6

**metro** [1] - 129:6

**Mexico** [2] - 20:14, 71:5

**mh** [1] - 31:1

**mh-hmm** [1] - 31:1

**Michael** [1] - 185:22

**MICHIGAN** [1] - 1:1

**Michigan** [22] - 1:12, 1:17, 2:4, 2:7, 6:2, 6:6, 10:8, 82:14, 86:4, 91:25, 126:1, 127:21, 128:6, 128:14, 130:6,

148:7, 163:1, 163:8, 163:9, 165:1, 165:7, 174:9

**microphone** [3] - 108:22, 127:16, 188:13

**mid** [4] - 70:2, 70:25, 198:19

**mid-October** [1] - 198:19

**middle** [5] - 63:3, 100:3, 109:13, 110:12, 198:11

**Middle** [1] - 68:17

**midnight** [1] - 62:20

**might** [11] - 13:18, 58:20, 68:25, 73:24, 87:22, 89:12, 98:15, 102:22, 105:24, 132:10, 196:4

**Milan** [4] - 3:8, 82:23, 83:3, 83:11

**miles** [1] - 41:1

**militaristic** [1] - 93:8

**military** [4] - 75:9, 75:12, 76:6, 76:7

**millimeter** [1] - 124:22

**Milwaukee** [1] - 84:23

**mind** [3] - 90:9, 131:25, 160:22

**Minnesota** [1] - 66:14

**minus** [2] - 33:17

**minute** [2] - 34:1, 36:24

**minutes** [3] - 30:17, 38:15, 73:15

**miscellaneous** [1] - 105:12

**misheard** [1] - 108:17

**missed** [1] - 155:24

**missiles** [1] - 93:8

**mission** [1] - 85:13

**misunderstood** [1] - 151:22

**Mobil** [6] - 40:18, 40:21, 41:3, 43:24, 51:16, 52:2

**Mobile** [2] - 91:11, 180:24

**mobilization** [1] - 51:21

**mobilized** [3] - 49:2, 49:12, 51:18

**Model** [1] - 177:1

**model** [3] - 159:3, 176:21, 180:5

**Mohammed** [3] - 6:10, 22:5, 22:7

**MOHAMMED** [1] - 1:6

**Mohsin** [8] - 3:4, 3:6,

3:14, 6:13, 127:2, 174:16, 195:17, 197:12

**MOHSIN** [255] - 1:15, 6:13, 7:10, 7:12, 7:20, 7:25, 9:3, 9:9, 9:15, 9:20, 10:1, 10:4, 10:5, 10:17, 10:18, 11:20, 11:22, 12:21, 12:23, 16:7, 16:13, 16:16, 16:18, 20:5, 20:6, 21:24, 21:25, 23:11, 23:16, 23:17, 24:11, 24:17, 25:4, 25:7, 25:16, 25:17, 27:1, 27:6, 27:22, 28:3, 28:4, 28:23, 28:25, 30:8, 30:10, 31:12, 31:14, 32:19, 32:20, 33:3, 33:8, 33:10, 34:15, 34:17, 35:4, 35:8, 35:10, 35:13, 35:20, 35:22, 35:25, 36:2, 36:9, 36:11, 36:25, 37:1, 37:10, 37:14, 37:16, 37:18, 38:3, 39:6, 41:13, 41:14, 43:8, 43:17, 43:18, 45:1, 45:3, 46:23, 48:12, 49:11, 49:17, 50:1, 50:12, 51:13, 51:14, 53:3, 53:8, 53:10, 54:7, 54:11, 56:2, 56:3, 57:10, 57:16, 57:18, 57:20, 59:8, 59:11, 59:16, 59:17, 59:22, 59:24, 60:10, 60:12, 60:14, 60:15, 61:7, 61:8, 65:11, 65:13, 80:3, 82:2, 126:2, 126:5, 126:13, 126:15, 127:3, 127:8, 127:15, 139:2, 139:6, 142:1, 142:18, 143:11, 143:23, 148:13, 148:19, 153:7, 153:15, 153:17, 153:21, 153:23, 154:9, 154:10, 154:23, 155:11, 155:12, 155:20, 155:25, 156:14, 156:15, 156:23, 156:24, 157:8, 157:19, 158:10, 158:20, 158:21, 159:1, 159:5, 159:14, 159:19,

159:23, 159:24, 160:2, 160:4, 160:10, 160:17, 160:23, 160:24, 161:13, 161:14, 162:3, 164:1, 164:2, 164:25, 165:13, 166:1, 172:16, 172:18, 174:17, 174:18, 175:8, 175:10, 175:17, 175:21, 175:24, 176:2, 176:4, 176:5, 176:11, 176:12, 177:6, 177:8, 177:11, 177:12, 178:12, 178:13, 178:20, 178:21, 179:4, 179:5, 180:7, 180:8, 180:13, 180:14, 180:19, 180:20, 181:5, 181:6, 181:9, 181:10, 181:21, 181:22, 182:1, 182:3, 182:4, 182:9, 182:10, 182:13, 182:14, 182:19, 182:20, 182:23, 182:24, 183:11, 183:12, 183:19, 183:23, 184:1, 184:2, 184:9, 184:11, 187:16, 187:22, 188:6, 188:8, 188:21, 188:23, 189:3, 189:6, 189:7, 189:21, 189:22, 190:4, 190:5, 190:11, 190:18, 190:24, 190:25, 192:7, 193:1, 193:10, 193:13, 194:1, 195:6, 195:10, 195:12, 195:14, 197:14, 198:2, 198:5, 198:7

**Mohyeldeen** [2] - 22:5, 22:6

**moment** [14] - 45:1, 65:11, 78:18, 120:24, 124:7, 138:25, 139:2, 139:8, 141:22, 143:6, 153:20, 194:13, 195:4, 195:10

**moments** [2] - 90:22, 174:21

**Monday** [4] - 140:16,

142:8, 142:10, 142:25

**money** [5] - 9:22, 11:4, 49:9, 66:16, 67:1

**monicker** [1] - 90:21

**moniker** [1] - 93:25

**monitor** [1] - 130:17

**month** [5] - 15:21, 71:13, 78:12, 80:20, 93:21

**monthly** [4] - 11:14, 12:16, 24:3, 24:4

**months** [3] - 78:8, 80:19, 128:12

**months'** [1] - 78:4

**mood** [1] - 136:8

**MOON** [1] - 38:4

**Moon** [3] - 126:7, 126:8, 126:24

**morning** [25] - 6:13, 6:17, 6:18, 6:21, 6:22, 6:23, 6:24, 7:5, 7:8, 8:1, 8:2, 39:10, 65:23, 65:24, 74:1, 74:6, 74:7, 75:17, 76:13, 76:14, 82:4, 82:25, 83:1, 83:7, 83:8

**most** [4] - 30:19, 134:1, 183:14, 200:19

**mostly** [2] - 68:24, 69:24

**mother** [1] - 67:2

**Motions/Other** [1] - 3:22

**motor** [2] - 40:8

**Mount** [2] - 26:22, 26:25

**mounted** [1] - 64:6

**move** [26] - 9:3, 9:15, 23:11, 24:11, 27:2, 33:3, 35:4, 37:3, 57:10, 87:6, 91:22, 108:6, 112:20, 113:14, 114:9, 115:5, 116:8, 134:8, 156:23, 157:15, 157:20, 159:16, 162:13, 166:4, 187:17, 198:3

**moved** [4] - 51:22, 98:1, 98:3, 186:11

**moves** [4] - 16:8, 27:23, 37:11, 53:4

**moving** [3] - 150:9, 153:10, 188:15

**MR** [194] - 6:18, 6:19, 9:6, 9:17, 16:10, 23:13, 24:14, 27:3,

27:25, 33:5, 35:6, 37:12, 38:4, 39:1, 41:9, 43:4, 44:2, 44:7, 45:6, 45:19, 45:23, 46:22, 49:4, 49:18, 50:3, 50:6, 50:11, 50:14, 53:5, 57:12, 65:20, 65:22, 67:17, 67:19, 68:22, 68:23, 69:2, 69:3, 69:7, 69:8, 70:4, 70:5, 70:13, 70:14, 71:3, 71:4, 71:8, 71:9, 72:6, 72:7, 73:5, 73:7, 74:15, 74:17, 75:20, 75:23, 75:25, 76:10, 76:11, 78:18, 78:22, 79:25, 82:22, 83:1, 83:6, 88:6, 88:11, 99:23, 99:25, 100:13, 100:14, 100:19, 100:20, 101:4, 101:6, 101:12, 101:14, 101:18, 102:5, 102:6, 102:23, 102:24, 103:14, 103:17, 104:1, 104:2, 104:13, 104:14, 104:24, 105:3, 105:6, 105:7, 105:14, 105:15, 105:19, 105:20, 105:25, 106:2, 106:7, 106:8, 106:16, 106:17, 107:8, 107:11, 107:14, 107:16, 107:19, 108:6, 108:12, 108:19, 108:25, 109:18, 109:23, 110:3, 110:4, 110:9, 110:10, 110:20, 110:21, 111:1, 111:2, 111:6, 111:8, 111:13, 111:14, 111:24, 112:2, 112:7, 112:9, 112:20, 112:24, 113:14, 113:18, 114:9, 114:13, 115:5, 115:9, 116:8, 116:12, 116:22, 117:1, 117:23, 117:25, 120:15, 120:17, 122:20, 123:15, 124:13, 124:16, 125:5, 148:12, 153:12,

154:10, 172:14, 187:19, 192:5, 193:8, 193:14, 195:18, 195:20, 195:23, 196:13, 196:15, 196:22, 197:2, 197:9, 197:11, 197:17, 197:19, 197:22, 197:24, 198:3, 198:6, 198:8, 198:9, 198:23, 198:25, 199:9, 199:10, 199:16, 199:18, 199:20, 199:22, 199:23, 199:25, 200:22, 200:23, 201:11, 201:12, 201:22, 201:23, 202:2, 202:4, 202:8
**MS** [283] - 6:13, 6:21, 6:22, 7:10, 7:12, 7:20, 7:25, 9:3, 9:9, 9:15, 9:20, 10:1, 10:4, 10:5, 10:17, 10:18, 11:20, 11:22, 12:21, 12:23, 16:7, 16:13, 16:16, 16:18, 20:5, 20:6, 21:24, 21:25, 23:11, 23:16, 23:17, 24:11, 24:17, 25:4, 25:7, 25:16, 25:17, 27:1, 27:6, 27:22, 28:3, 28:4, 28:23, 28:25, 30:8, 30:10, 31:12, 31:14, 32:19, 32:20, 33:3, 33:8, 33:10, 34:15, 34:17, 35:4, 35:8, 35:10, 35:13, 35:20, 35:22, 35:25, 36:2, 36:9, 36:11, 36:25, 37:1, 37:10, 37:14, 37:16, 37:18, 38:3, 39:6, 41:13, 41:14, 43:8, 43:17, 43:18, 45:1, 45:3, 46:23, 48:12, 49:11, 49:17, 50:1, 50:12, 51:13, 51:14, 53:3, 53:8, 53:10, 54:7, 54:11, 56:2, 56:3, 57:10, 57:16, 57:18, 57:20, 59:8, 59:11, 59:16, 59:17, 59:22, 59:24, 60:10, 60:12, 60:14, 60:15, 61:7, 61:8, 65:11, 65:13, 80:3, 82:2, 88:5, 101:11, 108:8, 108:14, 108:16, 108:23,

112:21, 113:15, 114:10, 115:6, 116:9, 116:25, 117:3, 117:6, 117:9, 117:19, 118:3, 118:4, 120:16, 120:18, 120:19, 121:1, 122:17, 122:21, 123:17, 123:19, 124:7, 124:9, 126:2, 126:5, 126:13, 126:15, 127:3, 127:8, 127:15, 139:2, 139:6, 142:1, 142:18, 143:11, 143:23, 148:13, 148:19, 153:7, 153:15, 153:17, 153:21, 153:23, 154:9, 154:23, 155:11, 155:12, 155:20, 155:25, 156:14, 156:15, 156:23, 156:24, 157:8, 157:19, 158:10, 158:20, 158:21, 159:1, 159:5, 159:14, 159:19, 159:23, 159:24, 160:2, 160:4, 160:10, 160:17, 160:23, 160:24, 161:13, 161:14, 162:3, 164:1, 164:2, 164:25, 165:13, 166:1, 172:16, 172:18, 174:17, 174:18, 175:8, 175:10, 175:17, 175:21, 175:24, 176:2, 176:4, 176:5, 176:11, 176:12, 177:6, 177:8, 177:11, 177:12, 178:12, 178:13, 178:20, 178:21, 179:4, 179:5, 180:7, 180:8, 180:13, 180:14, 180:19, 180:20, 181:5, 181:6, 181:9, 181:10, 181:21, 181:22, 182:1, 182:3, 182:4, 182:9, 182:10, 182:13, 182:14, 182:19, 182:20, 182:23, 182:24, 183:11, 183:12, 183:19,

183:23, 184:1, 184:2, 184:9, 184:11, 187:16, 187:22, 188:6, 188:8, 188:21, 188:23, 189:3, 189:6, 189:7, 189:21, 189:22, 190:4, 190:5, 190:11, 190:18, 190:24, 190:25, 192:7, 193:1, 193:10, 193:13, 194:1, 195:6, 195:10, 195:12, 195:14, 197:14, 198:2, 198:5, 198:7
**MSP** [3] - 162:24, 163:14, 165:5
**multiple** [2] - 47:14, 146:16
**munafiqoon** [1] - 55:8
**Muslims** [1] - 54:20
**Muslimx1** [5] - 94:1, 94:24, 95:3, 95:23, 96:3
**must** [4] - 109:21, 125:16, 202:16, 202:18

# N

**nail** [3] - 58:18, 58:19, 105:23
**name** [23] - 10:7, 11:17, 30:6, 31:6, 37:21, 53:14, 54:25, 83:10, 83:11, 90:12, 91:18, 91:19, 94:22, 127:7, 127:18, 127:19, 127:20, 149:21, 158:13, 158:24, 162:9, 170:10
**named** [1] - 52:16
**Nankin** [1] - 12:4
**narrative** [1] - 121:24
**NASER** [1] - 1:6
**Naser** [21] - 6:10, 6:20, 10:7, 10:22, 11:18, 24:10, 24:21, 62:13, 67:1, 67:9, 74:21, 76:13, 76:21, 85:1, 86:23, 119:7, 137:25, 138:3, 144:19, 145:3, 145:5
**Naser's** [7] - 67:21, 118:6, 120:4, 121:6, 197:6, 197:20, 200:24

**nature** [6] - 81:21, 89:3, 97:22, 104:7, 104:19, 132:18
**near** [1] - 191:21
**necessary** [5] - 47:8, 132:16, 132:17, 132:18, 159:4
**need** [9] - 19:20, 20:2, 53:25, 70:16, 73:13, 89:24, 108:21, 130:21, 168:25
**needed** [5] - 89:13, 96:10, 98:17, 118:24, 134:13
**needs** [4] - 19:7, 49:22, 73:16, 132:22
**Net** [1] - 10:23
**never** [3] - 40:12, 124:1, 154:19
**new** [8] - 25:2, 79:4, 87:10, 89:21, 90:5, 108:9, 201:2, 201:6
**New** [8] - 29:5, 29:7, 29:8, 29:9, 33:19, 37:3, 74:2, 74:3
**news** [3] - 183:15, 183:16
**next** [47] - 7:9, 16:25, 18:15, 18:25, 19:6, 19:17, 20:5, 21:4, 21:14, 31:12, 48:19, 58:25, 60:20, 69:7, 70:13, 71:3, 71:6, 71:8, 72:6, 82:20, 89:22, 91:21, 93:3, 96:17, 97:23, 103:14, 104:8, 123:5, 127:6, 130:13, 144:9, 150:12, 155:19, 158:6, 175:2, 179:3, 179:4, 179:14, 181:11, 194:20, 198:23, 199:9, 199:11, 199:21, 199:22
**nice** [1] - 151:11
**nicely** [1] - 45:24
**night** [4] - 42:6, 63:14, 73:24, 74:7
**nine** [1] - 151:12
**nobody** [1] - 40:14
**NOLTA** [1] - 10:25
**non** [4] - 79:11, 79:13, 79:15, 79:17
**non-lethal** [4] - 79:11, 79:13, 79:15, 79:17
**none** [2] - 124:3, 181:4
**noon** [1] - 33:15

**noon-ish** [1] - 33:15
**Noor** [3] - 149:21, 167:1, 186:8
**normal** [4] - 99:8, 169:7, 169:10, 178:5
**normally** [6] - 130:15, 133:24, 151:5, 163:7, 170:3, 190:14
**North** [1] - 69:11
**Norway** [8] - 19:14, 19:15, 22:5, 22:6, 69:5, 69:16, 70:11
**norway** [1] - 69:6
**notable** [3] - 92:10, 92:12, 96:24
**NOTE** [1] - 5:23
**note** [3] - 92:12, 92:23, 153:7
**notebook** [8] - 23:3, 93:1, 152:8, 152:17, 152:19, 157:7, 157:25, 164:3
**noted** [6] - 14:19, 39:5, 65:18, 66:3, 101:16, 126:10
**notes** [20] - 138:22, 141:20, 141:21, 142:2, 150:3, 161:22, 164:16, 164:23, 165:16, 165:23, 166:5, 166:12, 166:16, 167:2, 167:20, 168:21, 169:1, 169:23, 173:20, 204:8
**nothing** [3] - 82:2, 124:9, 125:6
**notice** [3] - 126:8, 200:1, 200:4
**noticed** [2] - 97:4, 170:13
**notify** [1] - 134:9
**noting** [1] - 175:20
**November** [34] - 12:24, 13:5, 13:11, 13:14, 14:3, 14:17, 14:25, 15:5, 15:19, 16:23, 17:3, 17:10, 17:21, 17:25, 18:10, 19:18, 19:24, 20:2, 20:8, 20:12, 20:13, 20:15, 22:24, 23:10, 42:20, 56:18, 67:5, 67:9, 69:25, 70:1, 70:2, 70:6, 71:1, 83:22
**number** [29] - 48:13, 68:9, 87:14, 89:11, 89:14, 90:11, 90:15,

92:24, 109:22, 137:21, 150:2, 150:5, 150:10, 165:14, 165:17, 165:22, 166:3, 166:9, 166:14, 166:15, 170:11, 170:12, 176:21, 179:19, 179:23, 180:5, 195:25
**Number** [4] - 4:2, 5:3, 29:25, 30:15
**numbers** [3] - 88:21, 134:12, 166:18
**numerous** [1] - 145:25
**Nusra** [3] - 22:11, 22:12, 28:22
**NW** [1] - 1:20

## O

**o'clock** [1] - 74:6
**O'Hare** [6] - 13:7, 22:22, 36:16, 42:14, 52:6, 72:1
**Oakland** [2] - 84:11, 84:15
**oath** [2] - 7:15, 7:16
**object** [5] - 41:9, 43:4, 44:2, 172:14, 192:5
**objection** [42] - 9:6, 9:17, 16:10, 23:13, 24:14, 27:3, 27:25, 33:5, 35:6, 37:12, 41:11, 43:12, 45:8, 45:24, 49:24, 53:5, 57:12, 88:5, 88:10, 101:11, 108:8, 108:12, 108:13, 108:14, 112:21, 113:15, 114:10, 115:6, 116:9, 117:22, 117:25, 123:15, 148:12, 153:12, 153:13, 175:19, 175:21, 187:19, 193:9, 197:12, 197:14
**observation** [1] - 191:10
**observations** [1] - 98:4
**observed** [1] - 13:24
**obtain** [2] - 8:7, 9:1
**Obtain** [1] - 1:24
**obtained** [3] - 141:17, 142:3, 159:18
**obviously** [1] - 85:25
**occasions** [2] - 128:24, 142:13

**occur** [4] - 15:4, 21:5, 40:5, 128:3
**occurred** [10] - 38:5, 42:6, 42:22, 43:23, 52:2, 61:11, 65:7, 138:6, 144:19, 164:14
**occurring** [1] - 42:5
**October** [25] - 26:8, 84:6, 85:5, 97:24, 98:10, 98:13, 108:4, 112:18, 116:5, 119:25, 120:1, 120:2, 120:5, 121:23, 184:12, 184:20, 184:22, 185:5, 185:16, 186:12, 186:14, 186:17, 186:25, 198:19, 198:21
**odd** [2] - 150:21, 168:4
**oddities** [2] - 188:16, 188:17
**odds** [1] - 105:12
**OF** [5] - 1:1, 1:3, 3:1, 5:17, 204:1
**offender** [2] - 134:13, 136:6
**Offender** [7] - 137:16, 143:13, 144:2, 165:8, 170:6, 185:16, 185:21
**offenders** [1] - 128:21
**offense** [4] - 41:19, 41:21, 132:24, 149:6
**offered** [1] - 133:11
**Office** [2] - 1:16, 2:6
**office** [10] - 84:12, 93:23, 94:16, 130:20, 130:21, 133:20, 138:11, 138:20, 139:19, 166:23
**Officer** [4] - 42:15, 92:5, 174:2, 202:23
**officer** [19] - 15:1, 86:17, 87:13, 87:24, 88:19, 90:16, 95:9, 95:13, 128:14, 129:16, 129:23, 130:4, 130:7, 131:1, 132:6, 144:24, 163:4, 163:9, 163:14
**officer's** [2] - 131:24, 132:3
**officers** [6] - 85:8, 89:18, 92:6, 92:7, 106:23, 118:13
**officially** [1] - 74:1

**often** [1] - 134:23
**oil** [2] - 40:8
**Omar** [2] - 22:8, 22:9
**Omni** [2] - 150:3, 167:2
**on-scene** [1] - 98:14
**once** [6] - 52:6, 85:14, 86:1, 95:21, 97:20, 98:23
**One** [1] - 17:12
**one** [78] - 13:7, 14:6, 21:14, 21:15, 22:23, 31:24, 33:24, 36:20, 42:19, 45:1, 45:7, 47:13, 48:13, 54:15, 59:10, 62:19, 63:6, 65:11, 75:20, 78:18, 81:25, 83:24, 84:25, 91:23, 92:23, 92:24, 93:21, 95:24, 96:22, 99:12, 100:23, 104:17, 107:5, 109:14, 118:5, 119:19, 123:6, 124:1, 124:7, 125:4, 132:11, 132:13, 138:23, 138:25, 139:2, 141:19, 144:24, 148:5, 148:6, 151:25, 154:11, 154:13, 154:19, 155:19, 156:2, 156:13, 157:14, 159:12, 164:15, 165:10, 166:10, 168:4, 169:8, 179:19, 180:2, 184:4, 185:18, 186:21, 186:22, 189:11, 189:13, 189:23, 195:4, 195:10, 195:18, 202:3
**one-day** [1] - 81:25
**one-story** [1] - 99:12
**one-way** [4] - 13:7, 22:23, 31:24, 36:20
**ones** [7] - 32:12, 57:4, 68:3, 117:17, 131:16, 143:24
**online** [3] - 18:16, 19:20, 88:23
**oops** [1] - 199:12
**open** [10] - 48:21, 48:24, 48:25, 85:21, 85:24, 105:18, 160:19, 191:9, 191:12, 191:17
**opened** [1] - 136:20
**operation** [1] - 119:2

**opining** [1] - 49:6
**opinion** [7] - 46:15, 48:2, 48:5, 51:7, 85:11, 190:17, 191:10
**opportunities** [2] - 131:20, 132:4
**opportunity** [2] - 15:14, 131:12
**options** [1] - 91:13
**orally** [1] - 108:20
**orange** [3] - 198:10, 199:2, 200:4
**Orbot** [1] - 182:17
**order** [3] - 16:5, 48:16, 147:6
**organization** [1] - 86:9
**organizations** [1] - 91:16
**orientate** [1] - 131:5
**orientated** [7] - 131:2, 131:4, 133:16, 133:22, 138:20, 139:12, 140:15
**orientation** [6] - 130:25, 131:7, 131:8, 131:10, 135:4, 139:15
**orienting** [2] - 131:8, 133:1
**Orion** [1] - 2:7
**Osmakac** [1] - 30:4
**outside** [11] - 12:25, 13:2, 13:5, 117:17, 120:8, 120:9, 121:6, 167:18, 169:11, 192:6, 196:17
**overruled** [2] - 41:11, 148:17
**overseas** [4] - 13:22, 43:3, 43:5, 94:10
**overtures** [1] - 86:8
**overwhelming** [1] - 68:9
**owned** [2] - 25:21, 124:1
**owner** [1] - 96:4

## P

**P-A-T-I-E-N-C-E** [1] - 34:9
**P-A-T-I-E-N-T-S** [1] - 34:6
**p.m** [19] - 39:21, 40:7, 40:23, 41:3, 62:20, 76:8, 125:20, 125:22, 125:23, 126:20, 127:11, 174:1, 174:6, 174:7,

174:12, 178:2,
202:22, 203:2, 203:4
**packet** [3] - 131:7,
132:13, 132:14
**packets** [1] - 132:15
**page** [56] - 10:2,
10:15, 11:11, 11:12,
11:19, 12:12, 12:15,
12:16, 16:17, 17:10,
17:13, 18:4, 18:11,
18:13, 18:18, 18:20,
18:25, 19:6, 19:10,
19:16, 19:17, 19:24,
20:5, 21:4, 21:10,
21:14, 25:5, 27:13,
28:24, 29:24, 29:25,
30:2, 30:7, 31:2,
31:12, 32:13, 32:16,
35:20, 36:1, 38:9,
52:18, 68:19, 68:22,
68:24, 69:2, 69:7,
69:15, 70:4, 70:13,
71:3, 71:8, 72:6,
120:21, 121:4
**Page** [3] - 3:2, 3:18,
3:22
**pages** [14] - 15:18,
17:24, 18:5, 18:10,
18:16, 18:22, 21:22,
27:13, 29:23, 31:15,
31:20, 32:3, 32:11,
164:3
**paid** [2] - 67:12,
189:19
**pallet** [1] - 121:12
**Paltalk** [6] - 93:24,
93:25, 96:3, 97:13,
144:13, 178:25
**pamphlet** [1] - 17:20
**pan** [1] - 155:5
**panning** [1] - 154:13
**paper** [2] - 59:20,
152:17
**papers** [1] - 151:1
**paperwork** [1] -
119:21
**park** [2] - 63:20, 63:23
**parking** [1] - 63:18
**parole** [73] - 86:17,
87:13, 87:24, 88:19,
89:18, 90:16, 92:3,
92:6, 92:7, 106:23,
129:5, 129:6, 129:7,
129:16, 129:23,
130:7, 130:10,
130:11, 130:13,
130:20, 130:21,
130:25, 131:6,
131:17, 131:22,
131:24, 132:3,

132:6, 133:3, 133:4,
133:7, 133:9,
133:19, 134:4,
134:5, 134:6,
135:15, 135:22,
135:24, 136:1,
136:15, 136:18,
136:23, 137:6,
137:10, 138:4,
138:15, 139:11,
139:23, 140:2,
140:7, 140:11,
140:22, 141:6,
141:9, 141:12,
141:13, 142:20,
143:1, 144:7,
144:18, 145:8,
145:16, 145:18,
148:4, 148:25,
168:1, 173:15, 181:2
**Parole** [5] - 88:15,
141:3, 145:23,
148:9, 169:5
**paroled** [2] - 138:9,
139:18
**parolee** [7] - 131:12,
131:13, 131:22,
132:8, 136:4,
137:11, 137:19
**parolee's** [1] - 135:20
**parolees** [10] - 129:17,
132:20, 135:17,
136:1, 136:22,
137:6, 159:17,
166:9, 193:3
**part** [25] - 22:10, 49:7,
55:3, 88:12, 88:13,
88:14, 89:10, 92:3,
97:9, 98:18, 101:15,
121:19, 132:3,
134:1, 135:12,
136:14, 144:5,
144:7, 148:21,
149:4, 155:9,
170:14, 189:4,
200:19
**partake** [1] - 86:24
**partial** [3] - 154:16,
165:5, 189:13
**participate** [3] - 56:6,
129:24, 149:8
**participated** [2] -
56:11, 147:10
**particular** [34] - 12:15,
29:6, 29:17, 35:17,
41:7, 41:16, 52:21,
58:14, 58:24, 59:12,
140:15, 155:17,
157:15, 159:3,
161:4, 166:10,

167:25, 168:4,
169:5, 169:6, 169:9,
170:5, 172:6, 178:6,
178:22, 179:9,
179:15, 179:16,
179:22, 181:23,
182:5, 183:2,
191:24, 192:1
**parties'** [1] - 50:7
**partners** [2] - 90:24,
98:16
**parts** [10] - 81:13,
84:18, 188:14,
188:17, 188:25,
189:14, 189:24,
189:25, 190:7
**party** [2] - 74:3, 204:9
**pass** [1] - 117:20
**passed** [1] - 94:25
**passport** [10] - 70:18,
70:23, 81:2, 81:5,
81:10, 159:11,
159:13, 159:17,
159:25
**passports** [1] - 159:18
**past** [9] - 22:2, 150:18,
159:17, 171:12,
172:5, 178:5, 191:3,
191:5, 192:4
**patience** [4] - 6:24,
7:7, 34:11, 34:13
**patients** [2] - 34:4,
34:5
**PATIENTS** [1] - 34:11
**patrol** [4] - 131:11,
134:16, 135:17,
166:20
**pause** [20] - 7:2, 7:23,
45:2, 65:12, 75:22,
118:2, 120:25,
139:1, 139:5,
141:24, 142:15,
143:8, 143:20,
154:22, 162:1,
164:19, 165:11,
165:24, 195:5,
195:11
**paver** [4] - 201:2,
201:13, 201:25,
202:5
**pavers** [1] - 121:11
**pay** [2] - 15:6, 134:18
**payloads** [2] - 93:9,
93:10
**peak** [1] - 191:19
**Pearson** [2] - 18:19,
19:12
**Pederson** [2] - 22:4,
55:14
**pellet** [4] - 111:17,

111:25, 125:3
**pellets** [12] - 109:13,
111:17, 111:21,
115:24, 116:2,
116:3, 116:17,
116:18, 116:20,
117:15, 123:23,
123:25
**peninsula** [1] - 84:4
**Pennsylvania** [1] -
1:20
**people** [11] - 14:4,
89:8, 89:12, 119:14,
133:25, 147:12,
147:14, 147:17,
147:24, 148:1, 148:2
**people's** [1] - 159:18
**pepper** [6] - 56:16,
60:18, 78:24, 79:13,
80:7, 80:14
**per** [1] - 166:11
**perceptions** [1] -
47:16
**performed** [1] - 23:9
**perhaps** [6] - 14:13,
69:16, 70:8, 129:8,
132:2, 146:7
**period** [20] - 8:21,
13:10, 15:21, 16:23,
17:2, 28:5, 28:7,
28:16, 29:3, 29:15,
31:4, 62:4, 72:23,
80:20, 146:11,
148:8, 165:3,
165:20, 193:3
**periods** [2] - 65:3,
65:5
**permanent** [2] - 84:8,
85:6
**permission** [1] -
117:20
**permitted** [4] - 13:2,
13:14, 17:19, 26:9
**person** [11] - 54:18,
68:8, 80:7, 80:9,
94:9, 96:10, 130:14,
133:6, 133:22,
137:8, 149:8
**Person** [1] - 19:4
**personal** [4] - 124:1,
128:24, 146:18,
146:20
**pertain** [1] - 24:20
**pertinent** [2] - 87:4,
87:14
**phone** [89] - 14:11,
26:2, 89:11, 89:14,
90:11, 90:15, 91:12,
97:8, 97:10, 97:12,
97:15, 97:17, 97:19,

97:21, 134:12,
135:20, 137:12,
137:21, 143:5,
150:1, 161:16,
161:17, 161:21,
161:22, 162:4,
162:14, 162:19,
162:23, 162:25,
163:5, 163:11,
163:18, 164:24,
165:2, 165:14,
165:17, 166:18,
170:11, 170:21,
171:2, 171:9,
171:10, 171:11,
171:13, 171:20,
171:21, 173:6,
173:7, 173:11,
173:13, 173:14,
173:15, 173:17,
174:20, 174:23,
174:24, 175:1,
176:13, 176:16,
176:18, 176:24,
177:13, 177:15,
177:18, 177:20,
178:10, 178:14,
178:23, 179:6,
179:19, 179:22,
179:25, 180:5,
180:10, 180:12,
180:15, 180:22,
180:23, 181:7,
181:8, 181:12,
181:17, 182:2,
182:15, 183:2, 183:8
**phones** [1] - 134:15
**phonetic** [1] - 146:5
**phonetic)** [1] - 162:24
**photo** [23] - 10:20,
57:21, 58:14, 59:13,
60:6, 60:16, 60:20,
60:21, 110:23,
112:1, 121:14,
121:25, 122:14,
154:1, 155:19,
160:7, 161:2, 184:3,
188:19, 189:1,
194:8, 201:5
**photograph** [4] -
58:24, 103:19,
183:8, 188:24
**photographed** [2] -
56:17, 160:25
**photographs** [6] -
9:12, 12:8, 12:9,
56:8, 174:20, 194:24
**photos** [27] - 57:6,
120:10, 121:15,
153:3, 153:24,

153:25, 154:11, 154:12, 155:5, 155:6, 155:23, 157:18, 159:4, 172:8, 173:5, 173:6, 173:9, 173:11, 174:22, 175:6, 175:12, 183:1, 183:10, 187:23, 188:2, 188:4, 201:17

**phrases** [1] - 18:4

**physical** [16] - 14:7, 38:19, 40:24, 42:10, 61:21, 61:24, 62:2, 62:17, 63:22, 64:25, 65:2, 65:4, 65:7, 80:22, 112:4

**physically** [2] - 39:10, 62:13

**pick** [3] - 80:4, 195:2, 195:3

**picture** [29] - 105:4, 110:25, 111:4, 121:5, 121:9, 122:8, 159:11, 159:13, 160:3, 160:13, 177:4, 177:13, 177:22, 178:7, 178:8, 179:6, 189:11, 189:13, 189:16, 190:17, 190:22, 191:6, 191:24, 192:1, 193:6, 194:3, 196:11, 198:21, 199:8

**pictures** [23] - 14:5, 121:2, 151:25, 161:20, 176:9, 179:14, 179:15, 179:16, 179:24, 180:12, 181:11, 184:15, 184:17, 187:7, 187:8, 187:10, 189:8, 195:7, 196:16, 196:19, 197:5

**piece** [3] - 90:19, 95:24, 200:4

**pile** [2] - 112:25, 121:11

**pillow** [2] - 155:7, 169:16

**pillows** [3] - 150:21, 152:2, 154:5

**Pistol** [1] - 54:15

**pivot** [1] - 61:19

**place** [8] - 6:11, 62:17, 89:22, 91:22, 137:22, 150:15,

150:16, 204:5

**placed** [7] - 7:15, 8:14, 130:12, 134:4, 138:4, 138:15, 139:7

**places** [2] - 21:11, 81:1

**Plaintiff** [2] - 1:4, 1:15

**plan** [6] - 22:17, 38:25, 39:7, 49:7, 89:18, 91:5

**plane** [5] - 73:18, 74:13, 74:24, 76:18, 76:22

**planned** [3] - 22:20, 39:9, 67:9

**planning** [3] - 42:3, 48:10, 49:15

**plans** [1] - 77:7

**plastic** [2] - 199:2, 200:4

**platforms** [1] - 89:8

**play** [1] - 51:22

**pocket** [3] - 109:17, 110:1, 115:1

**point** [32] - 22:6, 28:19, 49:12, 49:13, 49:14, 51:25, 59:12, 60:5, 61:17, 84:25, 85:20, 86:12, 86:16, 86:20, 89:5, 92:14, 93:5, 93:18, 93:19, 96:12, 98:9, 115:12, 140:1, 141:8, 144:17, 147:16, 157:16, 171:23, 179:2, 181:1, 184:24, 188:18

**pointed** [2] - 104:20, 106:5

**pointer** [10] - 58:15, 100:1, 102:25, 154:18, 154:25, 179:2, 194:13, 197:23, 197:25, 198:12

**pointing** [3] - 100:8, 179:11, 198:11

**pole** [7] - 62:21, 64:1, 64:3, 64:6, 64:9, 64:11, 64:20

**Police** [5] - 52:1, 56:5, 61:10, 163:1, 163:9

**polish** [3] - 58:18, 58:19, 105:23

**pool** [16] - 99:15, 99:16, 99:17, 99:18, 100:7, 122:24, 123:2, 123:8, 123:11, 123:13, 200:7, 200:8, 200:9,

200:10, 200:16, 200:20

**pop** [7] - 122:24, 123:2, 123:11, 172:12, 200:7, 200:8, 200:9

**pop-up** [6] - 122:24, 123:2, 123:11, 200:7, 200:8, 200:9

**pop-ups** [1] - 172:12

**pops** [1] - 200:11

**popular** [1] - 183:14

**portion** [7] - 10:4, 11:21, 25:9, 35:12, 36:1, 38:13, 101:17

**portions** [1] - 38:13

**position** [3] - 84:7, 84:9, 84:10

**positive** [1] - 75:11

**possession** [2] - 162:23, 179:18

**possible** [1] - 199:16

**possibly** [1] - 147:4

**post** [3] - 55:2, 86:14, 162:24

**posted** [3] - 54:13, 55:19, 122:13

**posts** [1] - 77:21

**pot** [1] - 191:7

**potential** [1] - 77:11

**pound** [1] - 123:6

**poured** [1] - 40:8

**practice** [1] - 90:1

**preadmit** [1] - 175:9, 175:18

**preapproved** [1] - 134:11

**prepare** [5] - 16:1, 27:18, 118:6, 118:15, 118:16

**prepared** [4] - 121:14, 121:19, 121:22, 165:8

**preplanned** [2] - 168:16, 168:19

**present** [4] - 6:4, 63:21, 118:23, 119:24

**presented** [1] - 144:4

**presenting** [1] - 46:19

**preserve** [1] - 173:2

**presiding** [1] - 6:7

**presume** [1] - 117:22

**pretty** [1] - 91:14

**preview** [1] - 46:14

**previous** [7] - 45:8, 96:22, 106:24, 110:6, 111:5, 112:1, 179:20

**previously** [7] - 7:15,

7:18, 8:3, 40:3, 138:24, 153:8, 197:12

**price** [2] - 67:14, 71:18

**primarily** [7] - 84:3, 128:12, 131:16, 136:5, 144:9, 151:14, 158:15

**primary** [1] - 158:18

**priority** [3] - 131:20, 149:3, 149:7

**prison** [5] - 85:20, 130:12, 131:3, 138:18, 139:10

**prisoner** [1] - 133:11

**prisoners** [3] - 128:15, 129:11, 193:2

**privacy** [2] - 31:21, 32:4

**pro** [1] - 94:1

**pro-ISIS** [1] - 94:1

**problem** [4] - 46:24, 49:4, 122:20, 155:2

**proceed** [7] - 7:9, 51:12, 116:24, 127:2, 127:6, 127:13, 176:1

**proceeded** [1] - 150:17

**Proceedings** [1] - 203:4

**proceedings** [1] - 204:5

**proceeds** [1] - 10:24

**Process** [1] - 17:13

**process** [4] - 17:20, 97:20, 131:10, 164:11

**processing** [5] - 91:10, 94:3, 97:11, 97:12, 97:18

**productive** [1] - 147:11

**proffered** [1] - 88:6

**programming** [1] - 132:3

**project** [1] - 122:11

**promise** [1] - 202:2

**propaganda** [4] - 89:9, 93:7, 97:21, 183:5

**proper** [2] - 45:24, 47:25

**properly** [2] - 44:3, 47:10

**property** [1] - 66:12

**Proposed** [22] - 16:8, 23:4, 23:12, 23:18, 24:12, 26:16, 27:9,

27:24, 32:22, 33:4, 34:18, 35:4, 37:7, 37:11, 52:20, 56:22, 107:20, 138:25, 139:7, 143:17, 153:5, 187:17

**proposed** [4] - 34:19, 53:4, 56:24, 57:11

**prosecution** [1] - 46:7

**protecting** [1] - 131:23

**protocol** [1] - 94:3

**prove** [2] - 50:10, 179:22

**proven** [1] - 45:16

**provide** [10] - 85:11, 91:10, 132:4, 132:7, 134:5, 134:7, 134:11, 162:17, 165:14, 187:23

**provided** [14] - 9:14, 17:16, 43:19, 61:20, 90:11, 91:24, 92:18, 95:24, 97:1, 130:18, 132:11, 134:1, 137:2, 137:4

**provides** [1] - 180:5

**providing** [5] - 90:4, 133:2, 134:14

**prudent** [1] - 45:20

**public** [9] - 128:20, 131:20, 131:23, 132:24, 134:14, 136:5, 149:3, 149:11, 157:15

**publication** [1] - 183:22

**publish** [15] - 10:1, 16:16, 25:4, 28:23, 33:9, 35:10, 37:16, 53:8, 57:18, 59:22, 60:14, 153:21, 175:17, 188:6, 188:21

**published** [1] - 54:4

**Published** [3] - 54:8, 54:9, 54:12

**publishing** [1] - 176:1

**pull** [5] - 16:4, 67:24, 108:21, 195:20, 196:22

**pulled** [5] - 14:10, 67:21, 68:3, 107:6, 183:20

**pulling** [1] - 64:15

**pump** [3] - 199:12, 199:14, 200:1

**purchase** [2] - 15:1, 29:18, 35:15

**purchased** [10] - 15:7,

22:21, 29:9, 29:10, 36:5, 36:22, 67:5, 73:10, 74:11, 158:19
**purchases** [2] - 73:14, 74:11
**purchasing** [1] - 48:9
**purple** [2] - 110:2, 115:15
**purpose** [3] - 43:21, 87:18, 136:4
**purposes** [1] - 179:17
**push** [1] - 100:3
**pushing** [1] - 96:11
**put** [19] - 16:5, 61:24, 62:17, 100:13, 101:4, 102:23, 103:14, 107:8, 109:5, 109:18, 112:17, 114:18, 115:17, 116:4, 119:21, 126:2, 144:8, 144:10, 200:10
**putting** [2] - 93:9, 186:8

## Q

**Quantico** [2] - 79:3, 79:4
**quantity** [1] - 47:9
**quarters** [1] - 78:14
**questions** [14] - 47:22, 51:4, 65:14, 79:25, 85:23, 86:6, 86:10, 116:22, 122:15, 136:19, 136:24, 137:18, 174:23, 195:14
**quick** [5] - 87:7, 87:19, 158:8, 169:24, 170:9
**quickly** [1] - 36:13
**quite** [2] - 160:13, 166:8
**quote/unquote** [1] - 54:17
**quotes** [2] - 5:24, 18:3
**Quran** [2] - 157:4, 179:3
**Qusayr** [1] - 28:21

## R

**raise** [2] - 45:13, 83:2
**raised** [1] - 47:13
**ran** [2] - 86:17, 94:2
**range** [1] - 128:7
**rather** [5] - 12:12, 23:4, 24:19, 36:5, 140:10

**ray** [3] - 163:20, 163:21, 163:23
**Rd** [1] - 19:11
**RDR** [4] - 1:24, 1:25, 204:14, 204:15
**reach** [1] - 166:2
**reached** [1] - 86:16
**read** [8] - 5:23, 5:23, 16:6, 33:23, 54:12, 55:16, 122:22, 199:19
**reading** [1] - 146:21
**reads** [1] - 33:25
**ready** [2] - 120:10, 190:15
**real** [1] - 158:8
**realize** [1] - 93:13
**really** [13] - 46:15, 63:24, 64:12, 64:13, 86:23, 86:24, 86:25, 92:17, 94:13, 134:22, 147:17, 169:24, 199:19
**rear** [1] - 188:11
**reason** [8] - 87:7, 87:12, 94:2, 145:9, 148:21, 157:10, 179:16, 190:13
**recap** [1] - 47:12
**receipt** [3] - 34:21, 35:2, 36:16
**receive** [3] - 29:19, 37:4, 51:10
**received** [28] - 9:8, 9:19, 16:12, 23:15, 24:16, 27:5, 28:2, 33:7, 34:20, 35:9, 36:5, 37:15, 53:7, 57:14, 93:23, 108:24, 112:23, 113:17, 114:12, 115:8, 116:11, 153:16, 164:11, 164:23, 164:24, 176:3, 187:21, 197:16
**Received** [2] - 4:2, 5:3
**receives** [1] - 77:9
**receiving** [1] - 89:17
**recess** [6] - 82:9, 82:10, 125:21, 125:22, 174:5, 174:6
**recognizable** [1] - 172:2
**recognize** [9] - 8:17, 23:4, 107:23, 112:10, 113:6, 114:2, 114:22, 115:21, 197:5
**recognized** [3] -

172:21, 172:23, 183:17
**recollection** [3] - 142:3, 150:5, 152:1
**record** [19] - 5:23, 5:23, 6:12, 9:5, 11:17, 39:5, 45:5, 46:16, 65:18, 80:17, 82:11, 101:16, 125:23, 126:3, 126:10, 127:7, 153:7, 174:7, 175:20
**recorded** [2] - 166:11, 204:6
**recorder** [3] - 179:8, 181:19, 182:21
**recording** [1] - 152:13
**records** [24] - 8:7, 8:23, 9:1, 9:4, 15:24, 16:1, 16:3, 23:24, 23:25, 24:13, 28:6, 66:1, 138:17, 139:24, 140:17, 142:6, 142:10, 143:6, 143:9, 143:15, 143:16, 145:21, 166:21, 168:14
**recovered** [1] - 123:20
**red** [2] - 60:17, 100:9
**Redford** [1] - 12:3
**redirect** [1] - 124:12
**REDIRECT** [2] - 80:2, 124:15
**Redirect** [2] - 3:6, 3:11
**Redress** [1] - 17:12
**redress** [2] - 17:13, 17:20
**reduced** [1] - 204:6
**refer** [3] - 53:25, 150:9, 165:23
**referenced** [6] - 17:22, 22:3, 52:23, 129:22, 137:15, 142:9
**references** [1] - 121:24
**referencing** [1] - 17:9
**referring** [2] - 157:25, 191:13
**reflect** [1] - 5:24
**reflected** [2] - 28:5, 167:4
**reflecting** [1] - 166:5
**refresh** [2] - 150:4, 168:25
**refrigerator** [1] - 99:7
**refugee** [6] - 19:13, 19:16, 69:5, 69:6, 69:9, 69:15
**Refugee** [1] - 19:18

**refused** [1] - 17:3
**regarding** [5] - 26:2, 45:7, 51:21, 52:1, 87:14
**regards** [7] - 128:20, 157:1, 160:11, 178:4, 179:17, 188:12, 191:4
**regular** [5] - 66:19, 66:20, 88:2, 200:16, 200:20
**reiterate** [1] - 133:19
**related** [9] - 17:2, 20:16, 23:1, 32:4, 50:8, 81:19, 90:20, 90:21, 204:8
**relates** [2] - 46:3, 147:25
**relating** [1] - 61:20
**relatively** [2] - 150:15, 201:6
**release** [13] - 86:14, 87:11, 130:15, 130:18, 132:25, 133:9, 133:16, 133:23, 135:5, 135:12, 136:25, 137:5
**released** [23] - 48:20, 61:17, 61:18, 85:19, 86:1, 87:1, 130:12, 130:14, 131:2, 133:6, 133:18, 135:5, 137:4, 138:3, 138:8, 138:11, 138:18, 139:10, 139:14, 139:16, 139:22, 167:25
**relevance** [2] - 46:12, 148:12
**relevant** [8] - 28:15, 43:10, 46:8, 49:3, 68:6, 68:7, 148:13, 148:15
**remaining** [2] - 32:12, 153:10
**remains** [1] - 7:16
**remember** [10] - 34:3, 145:20, 164:14, 166:22, 167:21, 168:13, 168:22, 168:25, 186:23, 202:14
**remind** [2] - 51:1, 52:12
**reminder** [1] - 45:8
**Remley** [1] - 146:4
**removed** [2] - 176:15, 176:16
**remover** [3] - 58:18,

58:19, 105:23
**rent** [2] - 98:2, 98:6
**rental** [4] - 21:15, 72:13, 72:14, 81:25
**rented** [1] - 101:8
**renting** [1] - 98:6
**repeat** [1] - 45:20
**repeatedly** [1] - 46:24
**rephrase** [2] - 119:5, 172:16
**replying** [1] - 76:22
**report** [18] - 39:23, 92:11, 92:17, 130:15, 130:16, 130:17, 130:21, 135:9, 137:15, 137:18, 139:19, 144:6, 144:9, 165:7, 185:19, 185:25, 186:4, 202:18
**Report** [4] - 137:16, 165:8, 170:6, 185:16
**reported** [8] - 140:10, 140:12, 140:14, 140:18, 142:19, 144:12, 144:14, 173:19
**REPORTER'S** [1] - 5:23
**REPORTERS** [2] - 5:17, 204:1
**Reports** [2] - 143:13, 144:3
**request** [2] - 42:19, 119:21
**requested** [2] - 124:12, 167:14
**require** [5] - 45:8, 130:23, 131:18, 131:19, 132:20
**required** [6] - 88:12, 132:8, 134:5, 135:3, 135:10, 137:10
**requirements** [7] - 18:22, 19:2, 19:23, 20:1, 20:3, 20:13, 136:13
**requires** [1] - 34:3
**research** [6] - 125:18, 147:3, 172:5, 172:11, 183:3, 202:14
**reservation** [2] - 76:18, 76:23
**reside** [2] - 13:15, 91:6
**resided** [1] - 169:21
**residence** [16] - 62:22, 62:23, 63:25, 64:3, 64:5, 64:7, 87:21,

88:22, 89:14, 98:11,
101:10, 121:5,
121:6, 134:11,
149:25, 170:7
**resolve** [1] - 94:5
**resolved** [2] - 94:4,
95:17
**resource** [2] - 132:13,
132:15
**resources** [2] - 85:12,
98:17
**respond** [2] - 49:11,
55:2
**response** [3] - 43:7,
139:11, 166:15
**responsibilities** [1] -
136:15
**responsive** [1] - 39:4
**rest** [1] - 30:25
**result** [3] - 51:19,
95:18, 158:4
**results** [3] - 30:3,
91:24, 96:14
**resume** [1] - 7:1
**retire** [1] - 128:1
**retired** [3] - 83:14,
83:15, 84:15
**retirement** [1] - 128:3
**retook** [1] - 7:18
**retrieve** [3] - 125:10,
125:13, 179:23
**retrieved** [2] - 122:16,
179:18
**return** [6] - 118:3,
133:11, 155:15,
164:12, 164:22,
202:24
**returned** [7] - 8:4,
10:13, 52:8, 61:23,
61:25, 84:2, 161:20
**review** [37] - 16:14,
26:2, 118:18,
118:21, 138:17,
138:22, 139:9,
139:24, 140:8,
140:17, 141:16,
141:19, 141:22,
142:2, 142:6,
142:10, 142:14,
143:6, 143:9, 144:1,
144:11, 145:21,
160:8, 160:16,
161:9, 161:22,
164:15, 165:10,
166:12, 167:20,
169:23, 169:24,
170:4, 170:9,
171:22, 173:20,
187:13
**reviewed** [6] - 25:24,

131:16, 141:25,
143:21, 172:24,
188:3
**reword** [1] - 136:20
**right-hand** [2] - 30:21,
199:12
**ring** [2] - 157:23
**rise** [12] - 6:5, 7:3,
82:7, 82:12, 82:16,
125:19, 125:24,
126:19, 173:25,
174:8, 174:11,
202:21
**Riyah** [1] - 6:20
**RIYAH** [1] - 2:2
**RMR** [2] - 1:24, 204:14
**Road** [3] - 10:8, 121:5,
128:13
**road** [2] - 63:13, 63:23
**robbery** [8] - 29:16,
41:4, 41:16, 48:10,
49:6, 52:2, 56:4,
78:23
**robbing** [1] - 46:2
**rocket** [1] - 93:10
**role** [3] - 51:22, 98:12,
98:14
**room** [27] - 82:5,
92:16, 99:9, 136:8,
150:17, 150:18,
150:19, 150:20,
150:24, 150:25,
151:14, 152:21,
152:25, 153:1,
155:5, 157:12,
158:9, 158:15,
161:19, 169:15,
169:18, 169:20,
173:24, 187:12,
194:10
**rooms** [1] - 98:7
**roughly** [2] - 104:20,
104:22
**round** [4] - 109:14,
111:7, 111:9, 114:5
**Royal** [1] - 36:18
**RPR** [2] - 1:24, 204:14
**rubber** [1] - 199:2
**Rubbermaid** [2] -
103:9, 107:10
**Rubbermaids** [1] -
103:23
**rubbing** [1] - 59:2
**rule** [2] - 49:24
**ruling** [1] - 45:7
**rulings** [2] - 50:9, 51:6
**run** [2] - 90:11, 90:14
**running** [2] - 86:24,
177:18
**Russell** [38] - 22:7,

28:15, 28:18, 28:19,
28:21, 29:18, 29:19,
29:25, 30:3, 30:6,
30:13, 30:15, 30:18,
30:20, 31:3, 31:6,
31:8, 31:18, 32:4,
32:10, 32:23, 33:21,
34:10, 37:5, 37:20,
38:1, 38:8, 52:14,
52:16, 53:22, 54:19,
54:20, 54:24, 55:20,
55:23, 74:19, 77:22

---

## S

**S-U-C-E-V-I-C** [1] -
83:12
**S/Christin** [1] - 204:13
**S/Leann** [1] - 204:13
**sacrificed** [1] - 55:7
**safe** [2] - 98:23, 170:1
**safety** [5] - 128:20,
131:21, 134:14,
136:5, 149:4
**SAIMA** [1] - 1:15
**Saima** [1] - 6:13
**Salafi** [1] - 22:9
**Salamylakum** [1] -
33:25
**sale** [9] - 10:24, 25:20,
25:25, 26:3, 66:10,
66:12, 67:8, 67:10,
67:11
**Sami** [1] - 30:4
**Sami'** [2] - 54:14,
54:17
**sandwiched** [1] - 63:2
**Saturn** [1] - 109:9
**Savings** [2] - 33:18,
75:7
**saw** [24] - 30:22,
42:11, 52:13, 97:21,
107:15, 108:4,
112:18, 113:12,
114:7, 115:3, 116:6,
123:22, 151:24,
152:2, 157:6,
169:15, 171:1,
172:5, 172:6, 173:1,
173:6, 192:3
**scene** [2] - 98:14,
111:22
**schedule** [4] - 167:11,
167:19, 167:23,
168:8
**school** [1] - 84:20
**School** [1] - 84:23
**Science** [2] - 84:21,
84:23
**scope** [8] - 14:23,

15:2, 15:6, 15:8,
67:5, 192:6, 192:8,
193:12
**screen** [15] - 11:24,
32:13, 53:17, 53:18,
103:3, 103:10,
151:6, 153:19,
162:10, 172:13,
178:17, 178:22,
179:9, 181:24, 182:5
**screens** [1] - 180:3
**screenshot** [4] -
52:17, 52:23, 54:3,
173:5
**screenshots** [3] -
31:8, 31:10, 173:4
**scrutiny** [1] - 48:23
**SD** [2] - 177:4, 177:5,
177:9
**se** [1] - 166:11
**search** [36] - 18:4,
19:11, 19:20, 21:15,
23:1, 23:8, 23:9,
26:21, 26:22, 26:24,
26:25, 29:25, 30:3,
42:18, 46:10, 56:6,
56:9, 56:11, 61:9,
67:24, 68:3, 91:12,
98:10, 98:12, 98:19,
101:10, 101:19,
107:1, 109:6,
119:24, 120:11,
122:1, 135:20, 175:4
**searched** [4] - 27:14,
58:8, 143:4, 163:6
**searches** [42] - 15:18,
17:24, 18:6, 18:10,
18:16, 18:20, 18:21,
18:24, 19:6, 20:7,
20:9, 20:13, 21:5,
21:10, 21:22, 27:7,
27:8, 27:13, 28:5,
28:15, 29:7, 29:18,
29:23, 30:5, 30:12,
31:5, 31:7, 31:15,
32:3, 67:20, 67:21,
72:9, 72:13, 73:1,
81:17, 81:18, 81:19,
81:22, 136:19,
136:24, 157:12
**searching** [3] - 18:2,
19:9, 68:16
**seated** [12] - 6:8, 7:6,
7:11, 7:17, 82:18,
82:19, 83:4, 126:22,
126:23, 127:12,
174:14, 174:15
**second** [20] - 12:16,
18:13, 20:22, 21:18,
22:25, 35:20, 75:20,

96:14, 106:6, 121:4,
131:21, 142:14,
155:24, 160:21,
164:15, 165:10,
185:18, 190:17,
191:11, 195:18
**section** [3] - 154:14,
202:8, 202:9
**Section** [1] - 1:19
**sections** [3] - 83:25,
155:6, 155:19
**Security** [2] - 17:12,
68:13
**security** [1] - 128:20
**sedan** [1] - 109:9
**see** [83] - 11:25, 12:2,
12:5, 12:19, 18:3,
18:15, 18:20, 21:9,
25:10, 25:12, 30:14,
32:13, 34:2, 46:12,
58:17, 58:25, 59:14,
60:7, 60:17, 60:23,
64:4, 64:9, 64:14,
70:15, 70:21, 77:3,
87:3, 87:4, 89:11,
91:7, 101:19,
102:22, 103:11,
103:22, 104:11,
104:17, 106:3,
106:13, 106:21,
107:12, 109:10,
110:25, 121:8,
122:18, 126:9,
126:10, 131:12,
133:7, 136:6,
136:11, 143:19,
143:22, 147:17,
151:23, 153:19,
154:2, 155:1,
156:11, 157:2,
159:12, 159:20,
162:10, 163:7,
167:2, 169:25,
170:21, 170:24,
171:19, 171:20,
172:2, 172:4,
172:21, 188:18,
191:6, 193:15,
194:15, 194:22,
198:10, 199:1,
199:2, 199:5, 199:11
**seeing** [11] - 64:12,
103:18, 104:3,
106:23, 106:25,
107:3, 128:21,
136:10, 157:6,
166:6, 171:10
**seekers** [5] - 19:14,
19:18, 69:6, 69:9,
69:16

**seeking** [1] - 175:24
**seize** [2] - 162:19, 174:24
**seized** [2] - 162:22, 175:1
**select** [1] - 132:8
**self** [1] - 54:16
**send** [1] - 15:1
**sent** [8] - 14:16, 32:24, 37:20, 74:18, 76:4, 94:16, 131:6, 164:10
**separate** [2] - 43:3, 85:22
**separated** [1] - 117:17
**separating** [1] - 191:5
**September** [14] - 9:2, 11:15, 62:3, 62:5, 62:8, 62:12, 62:16, 64:21, 64:23, 65:7, 78:2, 84:5, 186:1, 186:11
**sequential** [1] - 46:19
**serial** [1] - 176:21
**series** [5] - 8:14, 109:19, 179:14, 179:24, 181:11
**serve** [2] - 61:14, 91:12
**services** [2] - 132:4, 132:7
**session** [4] - 6:7, 82:14, 126:1, 174:10
**set** [8] - 21:7, 39:16, 131:15, 137:2, 155:24, 160:16, 160:21, 204:5
**setting** [1] - 32:5
**settings** [2] - 31:21, 180:10
**seven** [2] - 76:25, 84:13
**several** [3] - 18:15, 146:4, 146:8
**shades** [1] - 169:12
**shaking** [1] - 157:14
**shall** [1] - 156:23
**shape** [1] - 59:2
**sharing** [1] - 31:21
**sheath** [1] - 60:24
**shed** [7] - 196:19, 197:5, 197:20, 198:17, 200:2, 201:14, 201:19
**sheet** [2] - 139:11, 139:13
**sheets** [4] - 150:21, 154:5, 155:7, 169:16
**Sheikh** [1] - 22:8
**shelf** [8] - 57:23, 59:9, 59:14, 60:2, 60:7,

106:11, 191:24
**Shia** [1] - 83:21
**shifted** [1] - 199:1
**shifting** [1] - 19:7
**shifts** [1] - 62:19
**shock** [6] - 99:15, 99:16, 100:7, 100:16, 123:6, 123:8
**shoot** [5] - 93:7, 123:25, 124:22, 125:2, 125:4
**short** [1] - 34:3
**shot** [1] - 155:18
**show** [20] - 94:13, 99:23, 101:4, 109:1, 113:19, 113:24, 114:14, 114:19, 115:10, 115:18, 116:13, 138:24, 141:21, 148:15, 153:5, 158:6, 167:15, 174:22, 194:20
**showed** [2] - 150:18, 151:9
**showing** [9] - 12:17, 104:5, 110:23, 150:24, 154:16, 155:15, 156:5, 158:8, 158:12
**shown** [4] - 45:11, 45:13, 111:4, 178:17
**shows** [3] - 36:12, 105:22, 123:5
**shuffled** [1] - 150:25
**sic** [3] - 10:25, 136:24, 143:14
**side** [12] - 12:2, 63:6, 63:7, 102:15, 104:23, 109:16, 109:25, 114:25, 150:22, 152:2, 170:1
**sidebar** [2] - 44:6, 192:9
**sides** [2] - 45:21, 49:23
**sideways** [1] - 122:22
**sign** [3] - 133:17, 133:24, 133:25
**signature** [2] - 144:6, 144:8
**signed** [3] - 137:5, 143:22, 143:25
**significant** [10] - 14:9, 14:10, 15:24, 16:20, 16:21, 27:16, 52:10, 85:15, 136:16, 155:14
**similar** [8] - 30:22, 32:16, 42:19, 58:19,

58:21, 59:3, 59:4, 87:11
**Simon** [23] - 87:25, 88:15, 89:15, 92:5, 139:25, 140:10, 140:11, 140:13, 140:14, 140:16, 141:1, 141:5, 141:11, 141:18, 142:4, 142:25, 143:4, 143:12, 143:22, 145:8, 145:25, 146:6, 148:9
**single** [3] - 58:3, 58:4, 65:3
**single-story** [1] - 58:4
**siphoning** [1] - 191:5
**sit** [5] - 54:17, 97:5, 151:11, 156:13, 171:7
**site** [1] - 37:22
**sites** [1] - 81:23
**sitting** [2] - 102:19, 103:11
**situation** [1] - 149:2
**situations** [1] - 79:20
**six** [4] - 71:11, 71:12, 76:25, 120:21
**six-page** [1] - 120:21
**size** [1] - 124:21
**sizes** [1] - 124:18
**sketchy** [1] - 186:23
**skid** [2] - 121:10, 122:3
**skid-steer** [2] - 121:10, 122:3
**skip** [2] - 105:6, 105:14
**skipped** [2] - 68:2, 177:6
**sky** [1] - 162:16
**Sky's** [1] - 162:14
**Slavin** [7] - 3:9, 3:11, 6:15, 82:20, 116:23, 117:24, 125:12
**SLAVIN** [90] - 1:18, 6:18, 45:6, 45:19, 50:3, 50:6, 82:22, 83:6, 88:6, 88:11, 99:23, 99:25, 100:13, 100:14, 100:19, 100:20, 101:4, 101:6, 101:12, 101:14, 101:18, 102:5, 102:6, 102:23, 102:24, 103:14, 103:17, 104:1, 104:2, 104:13, 104:14, 104:24,

105:3, 105:6, 105:7, 105:14, 105:15, 105:19, 105:20, 105:25, 106:2, 106:7, 106:8, 106:16, 106:17, 107:8, 107:11, 107:14, 107:16, 107:19, 108:6, 108:12, 108:19, 108:25, 109:18, 109:23, 110:3, 110:4, 110:9, 110:10, 110:20, 110:21, 111:1, 111:2, 111:6, 111:8, 111:13, 111:14, 111:24, 112:2, 112:7, 112:9, 112:20, 112:24, 113:14, 113:18, 114:9, 114:13, 115:5, 115:9, 116:8, 116:12, 116:22, 117:1, 117:23, 117:25, 123:15, 124:13, 124:16, 125:5
**sleep** [1] - 146:23
**sleeping** [8] - 151:14, 158:14, 158:15, 169:19, 169:20, 170:14, 184:20, 184:22
**slide** [1] - 110:7
**sliding** [1] - 200:24
**slip** [1] - 10:7
**small** [1] - 150:13
**smuggling** [1] - 22:9
**social** [5] - 87:15, 88:23, 89:7, 89:15, 134:21
**socialize** [2] - 134:24, 134:25
**software** [1] - 177:18
**sold** [5] - 26:6, 26:7, 26:12, 26:14, 26:15
**someday** [1] - 131:22
**someone** [4] - 41:7, 133:5, 157:12, 157:16
**sometime** [7] - 77:9, 140:18, 140:19, 140:22, 144:19, 166:18, 186:11
**sometimes** [9] - 118:18, 133:20, 133:24, 136:8, 156:2, 157:11, 167:23, 168:3,

169:20
**somewhere** [2] - 72:19, 166:16
**son** [1] - 92:25
**soon** [2] - 68:12, 137:13
**sorry** [27] - 8:21, 13:1, 21:1, 29:10, 35:25, 37:12, 42:2, 50:6, 54:9, 57:1, 57:4, 99:11, 100:5, 106:4, 108:12, 108:16, 108:23, 110:20, 119:17, 120:2, 122:7, 152:15, 159:23, 176:15, 196:23, 198:7, 199:13
**sort** [14] - 49:7, 69:19, 73:3, 128:9, 130:10, 132:20, 146:21, 160:5, 163:1, 170:15, 177:18, 177:24, 180:9, 199:1
**sound** [1] - 123:13
**sounded** [1] - 95:25
**sounds** [2] - 87:2, 88:9
**sources** [1] - 146:17
**south** [3] - 63:1, 64:8
**SOUTHERN** [1] - 1:2
**Southfield** [1] - 63:7
**space** [1] - 69:19
**speaking** [4] - 30:18, 30:20, 68:17, 94:12
**special** [6] - 83:16, 118:12, 131:6, 131:16, 131:17, 135:24
**Special** [15] - 7:13, 8:3, 10:19, 14:1, 14:24, 25:8, 35:14, 37:19, 39:7, 51:15, 53:11, 61:11, 65:16, 65:23, 135:23
**specific** [6] - 18:17, 87:7, 88:18, 88:25, 150:1, 188:4
**specifically** [7] - 15:11, 19:10, 81:15, 83:22, 95:17, 143:17, 152:16
**speculation** [1] - 123:15
**spell** [3] - 34:5, 34:10, 127:18
**spelled** [2] - 34:9, 34:13
**spelling** [4] - 33:24, 34:7, 34:8, 83:9

**spent** [3] - 83:16, 84:17, 85:20
**spiral** [2] - 92:13, 93:1
**spontaneous** [1] - 168:18
**sports** [1] - 201:20
**spot** [8] - 86:17, 87:1, 87:13, 87:17, 87:18, 87:19, 87:21, 119:12
**spouse** [1] - 170:3
**spray** [7] - 56:16, 60:18, 78:24, 79:13, 80:7, 80:9, 80:14
**sprays** [1] - 80:7
**spread** [1] - 89:9
**spreadsheet** [1] - 16:3
**spring** [1] - 157:23
**squad** [16] - 83:21, 84:3, 84:7, 85:4, 85:8, 86:22, 86:24, 95:7, 118:16, 118:22, 119:14, 145:2, 145:5, 145:6
**squads** [1] - 144:25
**stacked** [1] - 198:16
**staff** [4] - 85:9, 85:13, 125:16, 202:19
**stages** [1] - 102:14
**stairs** [6] - 102:10, 102:12, 103:2, 103:3, 103:21, 104:5
**stamp** [3] - 159:25, 160:11, 160:12
**stand** [5] - 7:18, 55:7, 127:10, 173:23, 202:24
**standard** [1] - 90:1
**standout** [1] - 183:14
**stands** [1] - 30:1
**stapled** [1] - 121:16
**start** [15] - 14:11, 18:21, 19:7, 24:18, 62:3, 99:2, 115:23, 122:24, 122:25, 123:9, 154:12, 154:13, 168:24, 202:9
**started** [11] - 26:7, 42:10, 64:23, 86:2, 93:9, 98:2, 128:8, 128:10, 139:20, 154:4, 165:17
**starting** [9] - 6:12, 8:21, 18:12, 18:25, 30:14, 31:1, 87:8, 87:10
**starts** [6] - 19:8, 19:13, 24:24, 68:12, 68:16, 72:15
**State** [3] - 92:25,

163:1, 163:9
**state** [7] - 46:16, 48:13, 51:11, 85:22, 127:7, 127:18, 148:7
**statement** [10] - 11:14, 11:15, 12:17, 24:18, 24:24, 25:1, 25:9, 43:14, 165:4, 186:12
**statements** [9] - 8:20, 8:23, 10:11, 24:3, 24:4, 50:8, 51:5, 94:1
**STATES** [3] - 1:1, 1:3, 1:10
**states** [3] - 11:18, 54:14, 55:3
**States** [15] - 1:11, 6:5, 6:10, 6:14, 6:15, 8:4, 13:1, 13:2, 13:5, 82:13, 125:25, 126:5, 127:1, 127:5, 174:8
**stating** [1] - 175:19
**station** [15] - 39:24, 40:3, 40:5, 40:8, 40:17, 40:18, 40:21, 42:3, 42:12, 42:13, 42:14, 43:24, 46:2, 49:7, 52:2
**stations** [7] - 38:7, 38:17, 39:21, 40:25, 41:24, 42:23, 51:16
**stayed** [1] - 85:24
**staying** [4] - 146:21, 151:13, 158:18
**stealing** [1] - 49:8
**steel** [1] - 23:8
**steer** [2] - 121:10, 122:3
**stenographic** [1] - 204:8
**stenographically** [1] - 204:6
**step** [6] - 82:3, 125:8, 126:16, 171:15, 174:2, 202:23
**steps** [4] - 86:13, 86:20, 87:9, 96:12
**stick** [1] - 167:24
**still** [28] - 19:17, 31:1, 33:19, 48:21, 48:24, 48:25, 49:21, 54:16, 70:25, 85:23, 86:6, 86:9, 86:10, 117:10, 117:15, 136:9, 149:3, 149:4, 163:4, 166:25, 167:5, 169:21, 170:7, 170:11, 186:6, 186:9, 201:24

**stipulation** [1] - 41:10
**stipulations** [2] - 133:10
**stood** [3] - 190:13, 190:14, 191:3
**Stop** [1] - 17:12
**store** [1] - 40:9
**story** [4] - 58:2, 58:3, 58:4, 99:12
**Story** [1] - 125:2
**straight** [1] - 102:12
**street** [6] - 63:20, 63:24, 64:8, 84:4, 118:14, 156:6
**Street** [4] - 1:16, 2:3, 2:7, 129:6
**streets** [1] - 95:2
**stricken** [1] - 101:17
**strike** [1] - 101:15
**stubs** [1] - 134:19
**studying** [1] - 146:23
**stuff** [13] - 68:10, 104:7, 105:11, 112:25, 122:9, 154:5, 172:5, 172:6, 177:16, 201:14, 201:16, 201:19, 201:20
**stun** [7] - 109:17, 110:1, 110:2, 110:7, 114:25, 115:16
**subject** [1] - 37:22
**submit** [1] - 161:7
**subpoena** [4] - 91:12, 95:16, 95:18, 96:13
**subpoenas** [1] - 93:16
**substantially** [6] - 108:3, 112:17, 113:11, 114:6, 115:2, 116:5
**subtract** [1] - 75:13
**subtractions** [2] - 11:21, 12:18
**succeed** [1] - 13:8
**success** [3] - 131:21, 134:13, 136:6
**Sucevic** [8] - 3:8, 82:23, 83:3, 83:12, 117:10, 117:13, 117:14, 118:5
**SUCEVIC** [1] - 83:1
**such-and-such** [1] - 133:17
**suggested** [1] - 95:22
**Suite** [3] - 1:16, 1:20, 2:7
**suited** [1] - 134:13
**sum** [1] - 9:22
**summaries** [1] - 17:6
**summarize** [5] - 18:2,

21:20, 29:5, 128:9, 131:9
**summarizes** [1] - 18:3
**summary** [8] - 12:17, 16:1, 16:9, 16:14, 16:17, 17:2, 27:18, 28:6
**Summary** [2] - 18:1, 27:23
**summer** [1] - 93:18
**Sunni** [2] - 93:18
**Sunoco** [2] - 39:24, 51:16
**super** [2] - 47:21, 48:20
**supervise** [6] - 85:7, 119:6, 119:10, 119:15, 131:24, 146:3
**supervised** [1] - 193:3
**supervising** [5] - 85:4, 118:5, 119:7, 143:12, 146:7
**Supervision** [7] - 137:16, 143:13, 144:2, 165:8, 170:6, 185:16, 185:21
**supervision** [12] - 88:13, 88:14, 128:15, 131:15, 132:21, 138:4, 138:16, 139:20, 146:2, 185:25, 186:4
**supervisor** [17] - 84:7, 84:12, 84:13, 84:25, 85:5, 85:6, 85:14, 95:6, 95:8, 95:10, 98:14, 118:11, 118:12, 118:20, 133:21, 146:4
**supervisor's** [1] - 85:11
**supervisory** [1] - 84:10
**supplied** [1] - 84:18
**supply** [1] - 192:2
**support** [4] - 46:3, 85:9, 85:12, 95:2
**supporting** [1] - 95:1
**supposed** [9] - 43:6, 101:8, 130:15, 130:17, 134:14, 134:19, 135:11, 186:24, 199:14
**surprisingly** [1] - 133:21
**surveil** [2] - 39:10, 64:18
**surveillance** [49] - 12:8, 12:9, 14:7,

14:21, 38:19, 39:7, 39:9, 39:16, 39:20, 42:5, 42:8, 42:10, 47:2, 47:4, 47:7, 47:8, 47:13, 48:23, 61:25, 62:13, 62:16, 62:17, 62:19, 63:22, 64:4, 64:25, 65:2, 65:4, 65:5, 65:7, 77:25, 78:1, 80:19, 80:23, 86:20, 86:25, 87:5, 93:17, 96:15, 96:18, 119:7, 119:9, 119:11, 119:20, 119:22, 121:20
**surveillances** [6] - 61:20, 61:21, 62:2, 62:8, 62:18, 80:17
**surveilled** [2] - 47:19, 62:5
**surveilling** [1] - 62:14
**suspicious** [5] - 190:20, 191:10, 191:15, 193:6, 194:4
**sustain** [1] - 43:12
**sustained** [2] - 88:10, 123:16
**swim** [1] - 123:6
**swimming** [1] - 114:17
**switch** [3] - 69:4, 195:20, 196:13
**switched** [3] - 166:9, 166:14, 166:18
**sword** [9] - 56:16, 56:17, 60:19, 60:24, 107:6, 107:7, 107:9, 107:15, 108:1
**sworn** [6] - 7:18, 82:24, 83:3, 126:16, 127:10, 127:11
**Syma** [1] - 159:8
**synced** [1] - 180:23
**Syria** [4] - 22:7, 22:10, 28:21, 91:5
**system** [1] - 86:1

**T**

**T-Mobile** [2] - 91:11, 180:24
**table** [15] - 97:6, 102:15, 102:18, 103:22, 104:8, 104:10, 104:12, 104:16, 104:25, 105:10, 126:10, 188:13, 189:2, 190:13, 196:3
**TABLE** [1] - 3:1

**tables** [4] - 102:13, 103:4, 104:5, 191:21
**tails** [1] - 45:24
**Talia** [1] - 185:22
**talks** [1] - 19:13
**tall** [1] - 191:17
**targeted** [1] - 47:18
**Taser** [2] - 115:14, 115:15
**task** [8] - 85:8, 95:9, 95:13, 118:13, 130:4, 144:24, 163:4, 163:9
**Task** [4] - 129:24, 130:2, 130:7, 147:2
**team** [5] - 6:16, 64:4, 87:5, 98:18, 98:19
**teams** [1] - 96:16
**Telegram** [9] - 90:11, 90:25, 91:2, 91:3, 91:7, 91:13, 144:12, 180:24, 181:2
**Telegraph** [2] - 63:2, 63:6
**telephone** [3] - 87:14, 88:20, 137:8
**television** [1] - 94:13
**temporary** [1] - 83:23
**ten** [2] - 84:17, 185:17
**tenant** [3] - 101:9, 185:20, 185:22
**tenants** [6] - 185:11, 185:12, 185:13, 185:20, 186:18, 186:24
**term** [1] - 26:25
**terms** [3] - 97:16, 97:17, 193:5
**Terrorism** [2] - 129:24, 130:2
**terrorism** [4] - 46:3, 83:24, 146:24, 146:25
**terrorist** [2] - 86:9, 91:16
**test** [1] - 34:3
**testified** [15] - 8:3, 12:7, 14:24, 20:20, 35:14, 41:15, 61:12, 62:11, 81:12, 106:23, 123:20, 123:22, 144:17, 192:7, 193:2
**testifying** [1] - 43:9
**testimony** [18] - 15:15, 17:6, 39:3, 42:15, 43:6, 46:17, 46:19, 46:25, 48:5, 51:23, 52:24, 55:13, 61:20, 125:7, 142:24,

148:15, 158:1, 175:11
**testing** [1] - 131:18
**text** [2] - 106:23, 137:11
**TFO** [1] - 119:17
**THE** [125] - 6:5, 6:17, 6:23, 7:3, 7:5, 7:11, 7:14, 7:22, 9:7, 9:18, 10:3, 16:11, 23:14, 24:15, 27:4, 28:1, 33:6, 35:7, 37:13, 39:5, 41:11, 43:7, 43:12, 44:6, 44:8, 45:18, 45:22, 46:16, 48:7, 49:15, 49:19, 50:2, 50:5, 50:13, 51:1, 53:6, 57:13, 65:18, 78:20, 80:1, 82:3, 82:7, 82:9, 82:12, 82:13, 82:15, 82:16, 82:18, 82:24, 82:25, 83:2, 83:4, 88:9, 101:13, 101:16, 107:18, 108:9, 108:15, 108:17, 108:21, 112:5, 112:22, 113:16, 114:11, 115:7, 116:10, 116:23, 117:5, 117:22, 117:24, 118:1, 123:16, 124:8, 124:11, 124:14, 125:7, 125:9, 125:10, 125:19, 125:21, 125:24, 125:25, 126:4, 126:8, 126:14, 126:18, 126:19, 126:21, 127:6, 127:9, 127:12, 127:13, 139:3, 148:16, 153:13, 172:17, 173:21, 173:25, 174:2, 174:4, 174:5, 174:8, 174:13, 175:18, 175:23, 175:25, 187:20, 189:4, 190:12, 192:9, 193:11, 193:15, 195:16, 195:17, 195:19, 196:25, 197:1, 197:8, 197:10, 197:15, 202:11, 202:21, 202:23, 203:1, 203:3
**themselves** [1] - 132:5

**Theodore** [1] - 1:11
**therapy** [1] - 131:19
**they've** [4] - 46:24, 48:3, 48:4, 117:21
**thinking** [2] - 69:4, 118:25
**thinks** [1] - 46:13
**third** [4] - 59:9, 65:17, 106:5, 151:19
**Thomas** [2] - 22:4, 55:13
**thoroughfare** [3] - 63:4, 63:8, 63:11
**thousand** [1] - 152:1
**thousands** [2] - 129:15, 129:20
**threat** [1] - 90:23
**three** [17] - 9:12, 12:2, 12:3, 12:10, 23:20, 23:23, 78:14, 80:19, 99:9, 130:3, 172:7, 172:9, 183:21, 185:12, 185:13, 186:18, 186:24
**throughout** [3] - 47:5, 129:7
**thumbs** [1] - 159:12
**ticket** [20] - 13:7, 22:23, 29:13, 31:25, 34:22, 35:2, 35:15, 36:16, 36:20, 36:23, 39:13, 48:9, 73:11, 74:12, 74:13, 74:23, 74:24
**tickets** [7] - 22:21, 24:8, 29:9, 29:10, 29:12, 29:18, 61:3
**ties** [1] - 105:24
**tip** [1] - 104:12
**title** [3] - 53:19, 55:5, 55:8
**today** [4] - 15:15, 172:12, 175:11, 188:1
**toilet** [1] - 59:20
**told..** [1] - 135:6
**took** [45] - 14:11, 42:13, 47:24, 66:15, 66:16, 67:1, 83:23, 85:14, 89:22, 151:25, 153:24, 159:11, 160:13, 161:20, 162:23, 169:4, 171:15, 171:17, 173:5, 174:20, 174:22, 175:6, 176:9, 177:20, 177:22, 183:8, 187:7, 187:10, 187:23,

188:24, 189:1, 189:16, 190:16, 190:22, 191:6, 191:24, 192:1, 193:6, 195:7, 196:16, 196:19, 198:21
**tools** [1] - 190:8
**top** [16] - 11:18, 28:24, 31:12, 36:1, 36:9, 53:9, 57:23, 60:8, 105:22, 107:9, 162:9, 178:2, 179:1, 182:22, 196:9
**topic** [1] - 146:11
**Toronto** [5] - 18:19, 19:12, 21:11, 71:25
**totally** [2] - 170:1, 201:8
**touched** [1] - 159:12
**tour** [2] - 150:15, 150:16
**tourist** [1] - 81:23
**Toward** [1] - 18:20
**towards** [7] - 96:13, 102:12, 103:21, 104:4, 118:8, 171:8, 171:15
**Township** [5] - 12:4, 40:19, 40:22, 52:1, 61:10
**toys** [1] - 102:11
**traceable** [1] - 179:19
**traces** [1] - 189:18
**tracking** [2] - 80:18, 87:6
**traffic** [1] - 63:9
**train** [1] - 42:13
**trained** [3] - 79:8, 79:10, 79:17
**trainers** [1] - 148:2
**training** [19] - 22:12, 79:1, 79:2, 79:4, 124:3, 132:11, 132:13, 136:12, 146:10, 146:14, 146:19, 146:20, 147:18, 147:22, 147:25, 148:2, 179:20, 191:3
**transcribed** [1] - 5:23
**Transcript** [1] - 1:24
**transcript** [1] - 204:7
**transcription** [1] - 204:7
**transferred** [1] - 84:11
**transiting** [1] - 71:5
**translated** [3] - 92:15, 92:20, 164:6
**translation** [2] -

106:24, 164:4
**transparent** [1] - 170:1
**transportation** [1] - 130:19
**trash** [2] - 157:2
**travel** [42] - 12:25, 13:2, 13:4, 13:21, 16:22, 16:25, 17:3, 17:19, 20:16, 20:20, 20:23, 20:24, 20:25, 21:18, 22:16, 22:25, 28:11, 28:12, 28:13, 28:18, 29:9, 29:10, 31:24, 40:17, 42:3, 42:11, 43:3, 43:20, 43:21, 52:4, 67:20, 67:21, 68:7, 68:16, 77:6, 81:1, 81:10, 81:19, 86:9, 134:24, 160:11, 160:12
**traveled** [3] - 39:11, 40:18, 96:6
**Travelers** [1] - 17:12
**travelers** [1] - 17:14
**traveling** [2] - 17:15, 67:9
**treatment** [2] - 132:16, 132:18
**trial** [5] - 6:15, 7:1, 30:23, 51:3, 202:12
**TRIAL** [1] - 1:9
**tried** [6] - 13:11, 13:12, 16:4, 43:2, 52:4, 165:25
**tries** [2] - 70:15, 70:21
**trouble** [2] - 135:2, 135:3
**true** [4] - 55:6, 124:25, 178:10, 204:7
**trunk** [3] - 56:21, 60:18, 60:22
**trust** [2] - 10:25, 66:8
**truth** [1] - 88:7
**try** [7] - 69:13, 137:13, 151:18, 155:23, 166:9, 168:24, 179:23
**trying** [11] - 14:4, 49:13, 49:14, 91:4, 157:12, 164:22, 171:9, 171:18, 171:19, 189:1, 198:3
**tub** [1] - 99:20
**tuck** [1] - 171:9
**Tunisia** [9] - 19:15, 19:19, 69:9, 69:11, 69:16, 70:7, 70:11
**Tupperware** [2] - 102:17, 196:9

**turn** [2] - 61:19, 99:6
**turned** [5] - 97:7, 97:8, 102:18, 107:6, 175:2
**turning** [1] - 121:4
**twenty** [1] - 79:7
**twenty-two** [1] - 79:7
**twice** [2] - 43:20, 142:11
**Twitter** [1] - 180:24
**two** [48] - 8:17, 8:20, 8:21, 15:21, 16:21, 18:24, 19:22, 31:19, 34:12, 35:7, 36:24, 38:6, 39:20, 40:25, 43:3, 43:24, 48:12, 51:19, 58:2, 62:19, 63:10, 64:8, 67:9, 79:7, 91:22, 93:20, 96:15, 98:2, 111:5, 116:2, 116:3, 116:18, 130:3, 141:19, 142:12, 149:22, 151:16, 151:17, 156:6, 169:16, 172:7, 172:9, 183:21, 185:2, 186:22, 186:23, 194:24
**two-family** [1] - 58:2
**two-month** [1] - 15:21
**two-story** [1] - 58:2
**two-year** [2] - 8:20, 8:21
**type** [32] - 17:6, 46:25, 87:15, 88:23, 91:10, 102:17, 105:2, 134:18, 135:8, 136:10, 136:12, 136:18, 136:19, 136:23, 136:24, 147:2, 147:14, 147:22, 147:24, 154:6, 156:12, 161:17, 161:22, 162:4, 166:15, 172:4, 172:7, 173:13, 179:16, 179:24, 184:6, 190:16
**types** [7] - 14:18, 18:10, 88:23, 132:10, 134:6, 137:18, 183:13
**typically** [2] - 87:7, 95:7
**typing** [1] - 69:21
**typo** [1] - 69:21

## U

**U.S** [3] - 1:16, 90:24, 94:15
**UK** [1] - 19:3
**unaddressed** [1] - 86:7
**unaware** [1] - 42:6
**under** [19] - 7:15, 7:16, 38:19, 39:20, 47:3, 47:4, 47:13, 48:2, 48:23, 53:17, 61:24, 80:22, 118:13, 133:9, 135:23, 145:5, 146:2, 155:21, 155:22
**undercover** [1] - 15:1
**underneath** [1] - 199:5
**undertaking** [1] - 87:16
**unexpected** [2] - 6:25, 7:8
**unfairly** [2] - 47:18, 47:19
**unfortunately** [4] - 142:6, 143:3, 143:21, 159:17
**unit** [1] - 95:6
**UNITED** [3] - 1:1, 1:3, 1:10
**United** [15] - 1:11, 6:5, 6:9, 6:14, 6:15, 8:4, 13:1, 13:2, 13:5, 82:13, 125:25, 126:5, 127:1, 127:5, 174:8
**units** [1] - 14:21
**Universal** [2] - 75:3, 75:8
**University** [1] - 84:22
**unless** [5] - 89:21, 108:9, 141:20, 144:9, 167:22
**unusual** [1] - 9:23
**up** [64] - 13:12, 13:25, 14:10, 16:24, 20:22, 20:25, 28:18, 35:21, 39:16, 48:18, 51:9, 67:17, 68:13, 73:5, 73:13, 74:5, 74:6, 74:15, 75:20, 80:4, 84:11, 90:7, 100:13, 101:4, 102:23, 103:14, 104:4, 106:5, 107:8, 109:3, 109:18, 111:4, 111:16, 112:25, 117:15, 118:3, 122:18, 122:24,

122:25, 123:2, 123:9, 123:11, 128:16, 133:5, 155:4, 155:16, 155:18, 157:9, 158:16, 167:15, 195:2, 195:3, 195:21, 196:22, 197:18, 198:16, 200:7, 200:8, 200:9, 200:11, 200:15, 200:18
**up-close** [1] - 111:4
**uploaded** [3] - 32:9, 32:12, 52:14
**upper** [1] - 30:21
**ups** [1] - 172:12
**upstairs** [4] - 57:24, 58:11, 97:4, 194:10
**US** [1] - 18:14
**user** [10] - 31:6, 37:21, 54:25, 90:11, 90:12, 91:18, 93:25, 94:7, 94:24, 96:3
**utilize** [1] - 190:8

## V

**vaguely** [1] - 167:20
**Valley** [2] - 128:13, 129:10
**value** [2] - 64:11, 64:12
**variation** [1] - 188:17
**varied** [1] - 79:5
**various** [6] - 14:5, 21:22, 81:1, 102:13, 104:18, 175:12
**vehicle** [20] - 25:20, 26:6, 26:7, 26:12, 26:14, 56:21, 57:7, 60:18, 60:22, 62:18, 62:19, 63:25, 64:17, 64:18, 87:3, 87:22, 89:14, 112:14, 113:10, 114:5
**vehicles** [1] - 64:12
**verbal** [1] - 14:11
**verbally** [1] - 186:9
**verbatim** [1] - 5:23
**verification** [1] - 159:16
**verify** [7] - 76:6, 76:12, 87:12, 88:21, 141:20, 161:22, 166:12
**version** [2] - 157:9, 180:17
**versus** [1] - 86:21
**via** [1] - 137:11

**Viber** [1] - 180:24
**video** [28] - 30:15, 30:17, 30:18, 30:19, 30:21, 30:22, 32:9, 32:11, 38:11, 38:13, 52:14, 52:16, 53:17, 53:19, 54:3, 54:4, 54:15, 54:17, 54:18, 55:3, 55:19, 68:1, 77:11, 77:15, 77:21, 93:7
**videos** [3] - 31:9, 32:14, 54:22
**view** [16] - 20:15, 46:17, 59:25, 62:21, 63:24, 64:3, 90:17, 103:20, 104:20, 156:16, 156:17, 156:25, 157:1, 158:22, 176:23, 178:14
**viewing** [1] - 157:17
**views** [2] - 32:14, 32:16
**violating** [1] - 202:17
**violence** [3] - 49:13, 51:19, 51:22
**visa** [5] - 19:1, 19:4, 19:8, 19:15, 19:20, 19:22, 19:25, 20:2, 20:3, 20:12, 68:19, 68:25, 70:16, 70:19
**Visa** [3] - 19:4, 19:19, 20:2
**visas** [1] - 18:25
**visible** [5] - 58:13, 59:9, 60:2, 102:3, 105:4
**visit** [30] - 38:8, 91:23, 91:24, 92:3, 92:6, 92:8, 92:10, 93:11, 96:20, 96:21, 96:25, 97:25, 98:4, 106:24, 136:1, 145:13, 145:20, 145:23, 149:13, 149:16, 167:11, 168:10, 168:16, 168:18, 168:19, 175:16, 184:7, 184:13, 185:4, 185:17
**visited** [6] - 15:19, 17:11, 17:24, 21:22, 29:24, 38:6
**visiting** [1] - 136:4
**visits** [9] - 88:12, 88:16, 136:14, 137:8, 141:18, 142:4, 142:7, 142:9, 142:24

**visually** [1] - 102:22
**voice** [2] - 179:8, 182:21
**VOLUME** [1] - 1:9
**voluminous** [1] - 16:4
**vouching** [2] - 46:13, 46:25
**vouching-type** [1] - 46:25
**vs** [1] - 6:10

## W

**W-R-I-G-H-T** [1] - 127:20
**waited** [1] - 97:18
**walk** [20] - 21:7, 36:12, 37:19, 83:18, 97:2, 98:21, 98:23, 99:5, 99:8, 102:10, 102:12, 103:18, 104:3, 136:7, 152:2, 161:19, 170:15, 170:17, 170:19, 187:1
**walk-through** [2] - 97:2, 161:19
**walked** [9] - 97:3, 98:25, 99:4, 150:24, 150:25, 152:21, 152:25, 187:4, 187:5
**walking** [3] - 99:2, 147:20, 158:8
**wall** [3] - 102:13, 103:21, 104:12
**wants** [1] - 72:12
**warrant** [7] - 46:10, 90:6, 91:12, 98:11, 120:11, 122:1, 175:4
**warranted** [1] - 89:23
**warrants** [1] - 90:5
**Warren** [6] - 10:8, 19:11, 62:25, 63:3, 64:8, 121:5
**washer** [2] - 102:11, 103:13
**Washington** [1] - 1:21
**watch** [2] - 55:3, 98:19
**watched** [4] - 30:16, 30:17, 38:13, 38:15
**watching** [1] - 94:12
**WATTS** [1] - 199:22
**Wayne** [2] - 132:14
**ways** [1] - 68:16
**weapon** [2] - 100:25, 109:15
**weapons** [6] - 23:1, 56:14, 56:15, 107:3, 124:17, 124:21
**Weaver** [1] - 42:15

**web** [27] - 15:18, 17:10, 17:24, 18:4, 18:5, 18:10, 18:13, 18:16, 18:18, 18:21, 19:10, 19:11, 21:22, 26:21, 27:13, 29:23, 29:25, 30:2, 31:2, 31:15, 31:20, 32:3, 32:11, 32:13, 32:16, 67:21
**website** [3] - 21:11, 37:24, 37:25
**websites** [1] - 20:16
**week** [6] - 15:8, 61:12, 66:15, 126:6, 126:7, 126:25
**weekends** [1] - 63:16
**weeks** [7] - 10:13, 71:10, 71:11, 71:12, 79:6, 79:7, 96:15
**Welle** [3] - 22:4, 55:14, 55:17
**Welle92** [1] - 22:4
**West** [2] - 1:11, 1:16
**Westland** [9] - 10:8, 13:16, 19:11, 42:11, 52:8, 62:25, 63:3, 121:25, 197:6
**WhatsApp** [2] - 91:2, 180:24
**whereas** [3] - 20:12, 147:17, 171:11
**white** [5] - 59:1, 60:8, 102:15, 109:9, 191:18
**whole** [2] - 151:12, 187:8
**widely** [1] - 79:5
**wife** [14] - 98:3, 149:21, 151:16, 151:17, 167:1, 167:5, 169:21, 170:5, 170:7, 184:24, 185:8, 185:19, 185:23, 186:6
**Wilhelmi** [1] - 10:24
**willingness** [1] - 86:10
**wills....** [1] - 55:11
**window** [1] - 156:6
**winter** [1] - 200:18
**wires** [1] - 104:18
**wiser** [1] - 181:4
**withdraw** [5] - 9:22, 11:6, 101:12, 101:14, 123:17
**withdrawals** [3] - 11:25, 12:3, 12:10
**withdrawn** [1] - 12:6
**withdrew** [3] - 11:3,

11:5, 11:7
**WITNESS** [8] - 117:5, 125:9, 174:4, 189:4, 190:12, 195:16, 197:1, 203:1
**witness** [20] - 7:9, 7:21, 46:7, 46:15, 47:23, 65:14, 82:21, 107:22, 112:6, 112:10, 113:5, 114:1, 114:21, 115:20, 120:20, 126:15, 127:7, 193:1, 195:15, 196:24
**Witness** [1] - 203:2
**witness's** [1] - 192:6
**witnesses** [2] - 47:14, 185:2
**Wood** [15] - 3:3, 7:13, 7:15, 7:18, 8:3, 10:19, 25:8, 35:14, 37:19, 39:7, 51:15, 53:11, 65:17, 65:23, 82:3
**wooden** [2] - 60:19, 154:7
**word** [3] - 34:10, 53:23, 87:17
**words** [8] - 33:24, 47:3, 52:5, 95:1, 122:22, 133:5, 152:1, 168:16
**workload** [1] - 133:22
**world** [4] - 89:9, 90:23, 91:4, 183:15
**worth** [1] - 152:1
**Wright** [18] - 3:13, 92:9, 96:23, 97:2, 97:4, 127:8, 127:9, 127:11, 127:16, 127:20, 153:18, 172:19, 174:2, 174:19, 175:11, 194:2, 195:13, 202:23
**write** [1] - 34:2
**writing** [7] - 92:12, 92:14, 93:1, 160:5, 160:7, 161:4, 199:19
**writings** [1] - 92:19
**written** [5] - 75:9, 75:12, 75:16, 118:25, 119:1
**wrote** [1] - 170:9
**www. transcriptorders. com** [1] - 1:25

**Y**

**Yahoo** [3] - 35:1, 180:25, 183:15
**yard** [1] - 121:12
**yards** [1] - 151:12
**year** [4] - 8:20, 8:21, 128:11, 142:22
**Year's** [8] - 29:5, 29:7, 29:8, 29:9, 33:19, 37:3, 74:3
**years** [14] - 79:5, 83:16, 84:13, 84:17, 127:25, 128:13, 128:25, 129:3, 129:4, 129:15, 130:3, 157:14, 166:8, 193:3
**yourself** [4] - 83:9, 119:23, 137:10, 141:13
**yous** [1] - 163:15
**YouTube** [16] - 30:15, 30:18, 31:3, 31:6, 31:9, 31:20, 32:5, 32:16, 34:12, 38:9, 52:9, 52:17, 53:12, 53:14, 54:25, 55:19
**Ypsilanti** [1] - 128:14

**Z**

**zero** [1] - 25:1
**zip** [1] - 105:24
**Ziploc** [2] - 116:2, 116:4
**zoom** [13] - 10:4, 25:5, 28:24, 30:8, 33:9, 35:11, 37:17, 59:8, 59:9, 59:16, 105:25, 199:16, 199:20
**Zulu** [8] - 17:11, 33:12, 33:14, 33:17, 37:22, 75:1, 75:3, 75:8