```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                          SOUTHERN DIVISION

 3    UNITED STATES OF AMERICA,

 4                Plaintiff,
                                          HON. JONATHAN J.C. GREY
 5
      v.                                  No. 22-CR-20504
 6
      AWS MOHAMMED NASER,
 7
                Defendant.
 8    _____/

 9
                          JURY TRIAL - VOLUME 8
10
        BEFORE UNITED STATES DISTRICT JUDGE JONATHAN J.C. GREY
11               Theodore Levin United States Courthouse
                    231 West Lafayette Boulevard
12                        Detroit, Michigan
                      May 20, 2025 - 8:59 a.m.
13

14    APPEARANCES:

15       For the Plaintiff:        SAIMA S. MOHSIN
                                    DANIELLE ASHER
16                                  U.S. Attorney's Office
                                    211 West Fort Street, Suite 2001
17                                  Detroit, Michigan  48226
                                    (313) 226-9100
18
                                    DMITRIY SLAVIN
19                                  Department of Justice
                                    Counterterrorism Section
20                                  950 Pennsylvania Avenue NW
                                    Suite 7600
21                                  Washington, D.C.  20530
                                    (202) 616-2846
22

23       (Appearances continued)

24            To Obtain Certified Transcript, Contact:
           Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC, RDR
25           Christin E. Douglas, FCRR, RDR, CRR, CSR-5607
                         www.transcriptorders.com
```

```
 1   APPEARANCES (Continued):

 2       For the Defendant:       RIYAH BASHA
                                  AMANDA N. BASHI
 3                                Federal Community Defender
                                  613 Abbott Street
 4                                Fifth Floor
                                  Detroit, Michigan  48226
 5                                (313) 967-5555

 6                                JAMES R. GEROMETTA
                                  Law Office of James Gerometta
 7                                27 E. Flint Street, Suite 2
                                  Lake Orion, Michigan  48362
 8                                (313) 530-9505

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | **TABLE OF CONTENTS** | |

| 2 | Government's Case in Chief | Page |
| 3 | **Charles Wright** | |
| 4 | Cross-Examination (Cont'g) By Mr. Gerometta | 6 |
| 5 | Redirect Examination By Ms. Mohsin | 24 |
| 6 | | |
| 7 | **Jason Revell** | |
| 8 | Direct Examination By Mr. Slavin | 45 |
| 9 | Cross-Examination By Ms. Bashi | 58 |
| 10 | | |
| 11 | **Amy Vaughan** | |
| 12 | Direct Examination By Ms. Mohsin | 61 |
| 13 | | |
| 14 | | |
| 15 | Defendant's Case in Chief | Page |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Motions/Other | Page |

| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1    <u>Government's Exhibits</u>

2     <u>Number</u>                                              <u>Received</u>

3     GX 1-37                                                    24

4     GX 10-11                                                  131

5     GX 10-12                                                  197

6     GX 10-16 and 10-16A                                       169

7     GX 10-5                                                   202

8     GX 10-6 and 10-6A                                         179

9     Demonstrative GX 16-4                                      49

10    GX 16-10 and 16-11                                         94

11    GX 16-4A                                                   53

12    GX 18-6                                                   198

13

14

15

16    <u>Defendant's Exhibits</u>

17     <u>Number</u>                                              <u>Received</u>

18    DX D                                                       76

19

20

21    CERTIFICATION OF REPORTERS                                205

22

23

24    **REPORTER'S NOTE:**  Material read into the record is
      transcribed verbatim, as read into the record, and may not
25    reflect exact quotes from documents or exhibits.

```
 1                                    May 20, 2025

 2                                    Detroit, Michigan

 3                        -    -    -

 4       (Court, Counsel and Defendant present; 8:59 a.m.)

 5           THE COURT CLERK:  All rise.  The United States

 6   District Court for the Eastern District of Michigan is now in

 7   session before the Honorable Jonathan J.C. Grey presiding.  You

 8   may be seated.

 9           The Court now calls Case Number 22-CR-20504, the

10   United States of America versus Aws Mohammed Naser.  If counsel

11   will please place their appearances for the record starting

12   with the government.

13           MS. MOHSIN:  Good morning, your Honor.  Saima Mohsin,

14   Assistant United States Attorney, appearing on behalf of the

15   United States.  To my left, Trial Attorney Dmitriy Slavin from

16   the National Security Division, and Assistant United States

17   Attorney Dani Asher, and our team.

18           THE COURT:  Good morning.

19           MR. SLAVIN:  Good morning.

20           MR. GEROMETTA:  Thank you, your Honor.  James

21   Gerometta on behalf of Aws Naser -- excuse me -- along with

22   Riyah Basha and Amanda Bashi.

23           THE COURT:  Good morning to each of you as well.

24           MS. BASHI:  Good morning.

25           MS. BASHA:  Good morning.
```

1          THE COURT:  We'll have the jury brought out and we'll

2   resume testimony.  I see that Officer Wright is ready.

3          THE LAW CLERK:  All rise for the jury.

4     (Whereupon the jury entered the courtroom, 9:01 a.m.)

5          THE COURT:  Good morning, members of the jury.  You

6   all may be seated.

7          Everyone in the courtroom may be seated.

8          Officer Wright remains under oath.  You may also take

9   your seat and continue with cross-examination, Mr. Gerometta.

10          MR. GEROMETTA:  Thank you, your Honor.

11          Agent Wright returned his case notes to the

12   government.  Can I approach and give him a copy in case he

13   needs it again today?

14          THE COURT:  Yes.

15          MR. GEROMETTA:  Thank you.

16     (**Charles Wright,** sworn previously, retook the witness stand

17     at 9:02 a.m.)

18                    CROSS-EXAMINATION (Cont'g)

19   BY MR. GEROMETTA:

20   Q.  Good morning.

21   A.  Good morning.

22   Q.  So I want to -- we did some pictures yesterday of the shed

23   and stuff like that.  Remember that?

24   A.  Yes.

25   Q.  Okay.  So I'm going to get off pictures and we're going to

7

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

```
 1   head back, and we'll just sort of walk through your time
 2   supervising Mr. Naser.
 3          Now, you were asked by -- you said you were asked by
 4   Agent Simon to take over the case?
 5   A.  Yes.
 6   Q.  Okay.  But when you looked through it, you didn't see that
 7   she did any home visits; is that correct?
 8   A.  To the best of my knowledge, on my review.
 9   Q.  And when you say your "review," I just want to -- MDOC
10   parole officers keep a -- a set of case notes, correct?
11   A.  Yes.
12   Q.  And that's a -- they're not really your case notes.
13   They're the offender's case notes, correct?
14   A.  They're actually MDOC's case notes.
15   Q.  But they're not specific to you as the officer; they go in
16   the offender file, correct?
17   A.  That is correct.
18   Q.  So if different officers -- so if you take over Ms. Bond's
19   [sic] file, you've got her case notes already in it, correct?
20   A.  Hopefully, yes.
21   Q.  Yes.  Hopefully.  If things go as they should?
22   A.  Yes.
23   Q.  And then you -- so you -- and then, so, I think you said
24   Ms. Simon had them first and then Agent Bond had them, correct?
25   A.  According to the review, yes.
```

CHARLES WRIGHT - CROSS BY MR. GEROMETTA                    8

1    Q.  And then, so you'd have Simon's case notes, Bond's case

2    notes, and then your case notes all in the same document,

3    correct?

4    A.  Yes, hopefully.

5    Q.  Sequentially.

6    A.  Yes.

7    Q.  So you said that Agent Simon -- what was the form that --

8    the parolee reporting form, what was that called again?

9    A.  CFJ-105 form.

10   Q.  Can I just call it the 105 form?

11   A.  That's fine.

12   Q.  So you said that Agent Simon -- you were asked:  She didn't

13   do any forms?  And you said:  She did no forms.  Correct?

14   A.  I didn't see any in there.

15   Q.  Okay.  So, but she did --

16          MR. GEROMETTA:  If we could bring up Government's 137,

17   please.  1-37.  Sorry.  Second try.  Not too bad.

18   BY MR. GEROMETTA:

19   Q.  That is a 105 form when she was his agent, correct?

20   A.  That is a 105 form from 7-15-2016, yes.

21   Q.  And it says "Agent:  Simon" on top, correct?

22          "Parolee.  Agent:  Simon"?

23   A.  Yes, it does.

24   Q.  Okay.  So she did one form with him, correct?

25   A.  Yes.  According to that, yes.

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

9

```
 1   Q.  Yep.  But she didn't -- in your review, you don't think she
 2   had maybe enough contact with the defendant, correct?
 3           When you review the file, you -- she didn't do any
 4   home visits.  You thought that was problematic?
 5   A.  In my knowledge as far as MDO [sic] standards, no, she
 6   didn't.
 7   Q.  So -- but despite not having that much contact, she asked
 8   you to take over the file, correct?
 9   A.  Several times, yes.
10   Q.  And then -- but you didn't get the file.  It went to an
11   Agent Bond, correct?
12   A.  Yes.
13   Q.  Okay.  And that was in May of 2016?
14   A.  I believe so.
15   Q.  Okay.  And if you want to look at -- I'm sorry.  Not May of
16   2016.  It was in May of 2017.  Get the right year.
17   A.  That's the --
18   Q.  Okay.  Sounds better?
19   A.  Yes.
20   Q.  Okay.  And if you want to look at your case notes, it's on
21   page 12.  I believe there's a case note that indicates that, if
22   you want to verify that.
23           I shouldn't say "your case notes."  Mr. Naser's MDOC
24   case notes.  Or MDOC's case notes for Mr. Naser.
25   A.  Okay.  What am I looking for, sir?
```

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

1   Q.   Is that when Agent -- is there a case note that indicates

2   Agent Bond assumed supervision?

3   A.   That is correct.

4   Q.   And that was on May 11th, 2017?

5   A.   Yes.

6   Q.   And then just over a week later, you go with Agent Bond to

7   Mr. Naser's home on 5-19-2017?

8   A.   Yes.

9   Q.   And you met -- you said that he had to come back home.  You

10  called him to have him come back home, correct?

11  A.   I left -- I left contact information.

12  Q.   Okay.  And someone called him, and then he called you and

13  Agent Bond and said, "I'm home now"?

14  A.   Well, I left contact information, and he returned -- I

15  guess called back, saying he was at home.

16  Q.   Okay.  So then you went there and you did -- you looked

17  around the house, correct?

18  A.   Yes.

19  Q.   Okay.  And you went into his -- so you saw the master

20  bedroom with a -- you said it had a nice master -- king- or

21  queen-size bed in it, correct?

22  A.   Yes.

23  Q.   But he appeared to be sleeping on the floor in a room with

24  pillows and, like, a little computer desk set up, correct?

25  A.   According to what he had indicated, yes.

11

1  Q.  Right.  And it did appear --

2       THE COURT:  Officer Wright, can you just speak up a

3  bit?

4       THE WITNESS:  Oh, sorry.  I'll move a little closer

5  again.

6       THE COURT:  Thank you.

7       Go ahead, Mr. Gerometta.

8       MR. GEROMETTA:  Thank you.

9  A.  To clarify, yes, that's what he indicated to me, that's

10  where he was sleeping.

11  BY MR. GEROMETTA:

12  Q.  And it looked like someone was living in that room,

13  correct?

14  A.  Yes.

15  Q.  So -- but you looked around that room and you took pictures

16  of certain things?

17  A.  Yes.

18  Q.  Okay.  And you took pictures of the whole room that he was

19  living in?  You did a --

20  A.  I'd say a majority of the room.  90 percent of the room

21  per se, yes.

22  Q.  And then you took pictures of his desk and individual items

23  on that desk, correct?

24  A.  Yes.

25  Q.  Okay.  And one of the things you took pictures of was index

1  cards with Arabic writing on them, correct?

2  A.  Yes.

3  Q.  Okay.  And then you sent those to the FBI to be translated,

4  correct?

5  A.  Images, yes.

6  Q.  Images of them.  Right.  Your photos you sent to the FBI to

7  be translated, correct?

8  A.  Correct.

9  Q.  And how many individuals do you supervise at any -- or did

10  you supervise when you were an MDOC parole officer?

11  A.  It all -- it all depended.  It fluctuated from time to

12  time.

13  Q.  Can you give me a range?

14  A.  At times I could -- at one time I supervised 120 people.

15  Another time I was only supervising 5.  Another time I was -- I

16  mean, it varied.  It all depend.

17  Q.  What did it depend on?

18  A.  It would depend on as far as cases that I was handling at

19  that particular time.  I depended if I was utilized for other

20  services.  It depended if we had new agents coming in.  It was

21  combination of different things.

22  Q.  At that time in May of 2017, how many people do you think

23  you had to supervise?

24  A.  I don't know right offhand.  I really don't.

25  Q.  You don't know if it was 5 or 120 people?

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

1    A.  Don't get me to tell you a lie.

2    Q.  Okay.  Don't want that.

3    A.  Okay.

4    Q.  All right.  Was it normal for you to send things to the FBI

5    to be translated?

6    A.  Was it normal --

7    Q.  Correct.

8    A.  -- for me to send things to the FBI to be translated?

9    Q.  Correct.

10   A.  I've sent gang information to the FBI for their

11   interpretation on certain things, in collaboration dealing with

12   gangs in the past.

13   Q.  Okay.  So this -- this Arabic writing on these cards was

14   sort of like gang writing that you sent off to be interpreted?

15   A.  It was something I -- I couldn't clearly identify.  So for

16   clarification with, again, another set of eyes and mind, I'd

17   like to get clarification on that.

18   Q.  So this visit was on 5-19-2017.  And, again, that's when

19   Agent Bond was supervising him, correct?

20   A.  At what time?

21   Q.  On 5-19-2017?

22   A.  Yes.  Mm-hmm.

23   Q.  Okay.  And then at some point not long after that, you take

24   over this case, correct?  You take over supervision?

25   A.  Yes.

14

1   Q.  All right.  And I think you said -- when you asked him

2   about if he was having trouble with his wife, he said he

3   wasn't, correct?

4   A.  At what time period?

5   Q.  On the May 19th?

6   A.  Yes.

7   Q.  But he had been home from prison less than a year at that

8   point, correct?

9   A.  Based off the information roughly around that time, yeah.

10  Q.  So if he was having trouble with his wife after getting

11  home from prison, he wouldn't be the first parolee that that

12  happened to, correct?

13  A.  I'd have to say yes.

14  Q.  He would be the first parolee?

15  A.  No.  I'm saying yes, he wouldn't be the first.

16  Q.  He wouldn't be, right?

17  A.  Correct.

18  Q.  I mean, it's not uncommon that when people go home from

19  prison, there's issues in the family, correct?

20  A.  On occasions, yes.

21  Q.  And he wouldn't be the first parolee who wasn't entirely

22  truthful about their -- having problems with their wife,

23  correct?

24  A.  Well, if you want to say about him lying about it, he

25  wouldn't be the first person who has lied about it, if that was

1   the case.

2   Q.  Correct.  A lot of people don't want to admit to you that

3   they're having problems in their marriage especially on their

4   first meeting, correct?

5   A.  I've never had a discussion pertaining to exactly what

6   you're describing as far as on the first meeting they weren't

7   comfortable talking about they had problems with their

8   marriages.  I never had that discussion directly with a

9   parolee --

10  Q.  With a parolee?

11  A.  In that type of direction.

12  Q.  But you've had parolees say everything's fine, and then all

13  of a sudden they have to move out of the house before, correct?

14  A.  Yes.

15  Q.  Okay.  So that would make you think that probably maybe

16  everything wasn't fine when they told you, correct?

17  A.  Yes, could be.

18  Q.  Could be.  Okay.

19         And then you did another home visit on 8-16-2017?

20  A.  Yes, I did.

21  Q.  And, once again, he wasn't sleeping in his room, correct?

22  A.  According to him, no, he was not.

23  Q.  Same situation as before, correct?

24  A.  No.

25  Q.  It wasn't the same situation --

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

1    A.   No, it was a different situation because now he said he was

2    also sleeping in the living room too.

3    Q.   So he was sleeping in that room and in the living room,

4    correct?

5    A.   Yes.

6    Q.   And then, again, you saw that unknown writing on a

7    keyboard, correct?

8    A.   Yes.

9    Q.   On the 16th?  All right.

10        And at this point you asked if you could look at his

11   basement, right?

12   A.   Yes.

13   Q.   And he said, "Sure, no problem."  Right?

14   A.   Yes.

15   Q.   And he took you down there, right?

16   A.   Yes.

17   Q.   Okay.  And you walked around the basement?

18   A.   Yes, I did.

19   Q.   Okay.  And let's back up.  Was this a situation like before

20   where you showed up at the house and he wasn't home and he had

21   to come home to meet you?

22   A.   Not to the best of my knowledge.  I think he knew I was

23   coming.

24   Q.   So this is -- he knew you were coming.  It actually says

25   he -- "We were greeted by the subject at the door" in your case

17

1    note; is that correct?

2    A.   Yes.

3    Q.   Okay.

4    A.   According to my notes.

5    Q.   So you know he's coming [sic].  He takes you around the

6    house, gives you a tour of the whole house, correct?

7    A.   Yes.

8    Q.   But then when he comes back up, there's a cell phone on the

9    couch he tries to hide, you said?

10   A.   Yes.

11   Q.   Okay.  So despite knowing that you were coming and meeting

12   you at the door, that cell phone was still out on the couch,

13   and he tried to hide it?

14   A.   Yes.  Couch or on the floor area, but it was right by the

15   couch.

16   Q.   All right.  And then -- so that was on the 16th, correct?

17   A.   Yes.

18   Q.   All right.  And then again on the 28th, so what's that?

19   Less than two weeks later, you return to his home on

20   August 28th?

21   A.   Let me review my notes.  You said August 28th?

22   Q.   Yes.  Oh, I'm sorry.  No, you did a case note on

23   August 28th.  Can you look at that case note?

24   A.   Yes.

25   Q.   All right.

18

1   A.  Yes, I did a case note August 28th.

2   Q.  So that August 28th case note starts with "Upon reviewing

3   the subject's room on 5-19-2017, became very suspicious of the

4   subject," correct?

5   A.  Yes.

6   Q.  So that's a case note about what happened on May 19th,

7   2017?

8   A.  Yes.

9   Q.  But it's not entered till August 28th, 2017?

10  A.  Yes.

11  Q.  And you provide a lot of details about the condoms, the

12  Iraqi passport, the handwriting, the drone.  But you don't

13  enter all that until three months after the fact, correct?

14  A.  Yes.

15  Q.  All right.  And then you did another home visit about two

16  months later on October 19th, 2017, correct?

17  A.  Yes, I did.

18  Q.  Okay.  And at this point he tells you he's sleeping in the

19  basement, right?

20  A.  Yes.

21  Q.  Okay.  And you go down to the basement, and you looked

22  around, right?

23  A.  Yes.

24  Q.  And he was -- it did look like he was sleeping down there,

25  correct?

1    A.   According to him, yes.

2    Q.   No, it looked like he was sleeping down there.  There was

3    bedding?

4    A.   There was a makeshift bed, pillows, everything else.  Yes,

5    it was down there.

6    Q.   And his computer was there, right?

7    A.   Yes.

8    Q.   The same little setup with the desk and everything,

9    correct?

10   A.   Yes.

11   Q.   Okay.  And after he took you around the basement, you went

12   back upstairs and then, without him, went back down to the

13   basement to take pictures, correct?

14   A.   That is correct.

15   Q.   All right.  And when you came back up from taking those

16   pictures, he asked you, "How many microphones you put in my

17   basement," correct?

18   A.   According to the notes, it's reflected in there exactly him

19   making allegations like that.

20   Q.   Okay.  And he complained about the FBI, correct?

21   A.   Yes, he did.

22   Q.   All right.  So he seemed to be thinking that you were

23   spying on him for the FBI?

24   A.   As indicated in the notes, the way he implied it.

25   Q.   He implied it?

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

1   A.  Yes.

2   Q.  And he stated that you were setting up things to spy on him

3   in his basement, correct?

4   A.  Yes.

5   Q.  All right.  This is the same meeting -- this is the same

6   home visit where you find out that he's renting out the

7   bedrooms, correct?

8   A.  I'd have to look back on there.  I think he may have told

9   me prior to that that he was allegedly renting out the

10  bedrooms.

11  Q.  All right.  And he said he was going to have three

12  roommates, right?

13  A.  To best of my knowledge, I believe.

14  Q.  And he told you that one of those roommates was at the

15  house now, right?

16  A.  Yes.

17  Q.  Okay.

18  A.  I believe so.

19  Q.  And that the other two hadn't moved in yet, correct?

20  A.  Correct.

21  Q.  Okay.  And then about 11 days after this, you participate

22  in a search with the FBI, correct, at the home?

23  A.  I observed.

24  Q.  You observed the search?

25  A.  I did not search.  I observed on that.

CHARLES WRIGHT - CROSS BY MR. GEROMETTA

1    Q.  So you told the government that you turned over -- so you

2    took his phone, his iPhone, to the Michigan State Police,

3    correct?

4    A.  Yes.

5    Q.  And you had a -- you had a -- basically a copy of it

6    burned, correct?

7    A.  Yes.

8    Q.  All right.  And after you had that done, that was when

9    Agent Bond was his agent, correct?

10   A.  Yes.

11   Q.  You didn't give that to Agent Bond, did you, that copy?

12   A.  No.

13   Q.  No.  You gave it directly to the FBI?

14   A.  I believe so, yes.

15   Q.  And you gave it to Task Force Officer Megan McAteer,

16   correct?

17   A.  I believe so, yes.

18   Q.  And you said you weren't in the squad investigating

19   Mr. Naser, correct?

20   A.  I wasn't assigned to that squad.

21   Q.  But Megan McAteer was.  She wasn't in your squad, was she?

22   A.  She was in a separate squad.

23   Q.  She was in a separate squad?

24   A.  Yes.

25   Q.  So you're supervising -- so you're not supervising

22

 1   Mr. Naser, correct?

 2   A.  What dates are we talking about right now?

 3   Q.  In May, when you took that first cell phone, right?

 4   A.  No.  No, I wasn't supervising him, uh-uh.

 5   Q.  All right.  But you took a cell phone, not his supervising

 6   agent, correct?

 7   A.  That is correct.

 8   Q.  You made a copy of it, correct?

 9   A.  That is correct.

10   Q.  And you took it, gave it to an FBI agent who wasn't in your

11   squad, correct?

12   A.  Yes, like I've done before.

13   Q.  Okay.  And that same thing happened when you took that LG

14   phone then a few months later, correct, when you were his

15   supervising agent?

16   A.  Yes.

17   Q.  The one you said he was trying to hide from you, correct?

18   A.  Yes.

19   Q.  And, again, you didn't even burn a copy of that; you held

20   it till Agent -- or Task Force Officer McAteer got a search

21   warrant for it, correct?

22   A.  Yes.

23   Q.  Okay.  And then you gave it to her, correct?

24   A.  Yes.

25   Q.  Okay.

1    MR. GEROMETTA:  Can I have one moment, your Honor?

2    THE COURT:  You may.

3    (Attorney conference.)

4  BY MR. GEROMETTA:

5  Q.  So Agent Bond [sic], did you receive any briefing from the

6  FBI about Mr. Naser before you went to his home?

7  A.  I tried to get some information, but there was no

8  information regards to whom Mr. Naser.

9  Q.  So the FBI didn't have any information about Mr. Naser --

10 A.  No, they just -- they had a case they were getting ready to

11 close.

12 Q.  Okay.

13 A.  That's it.

14 Q.  That's it?  Just the case they were getting ready to close?

15 A.  Yes.

16    MR. GEROMETTA:  Okay.  Great.  Thank you.

17    THE COURT:  Thank you, Mr. Gerometta.

18    Ms. Mohsin, you may proceed with redirect.

19    MS. MOHSIN:  Thank you, your Honor.  Before we begin,

20 your Honor, I think I neglected to formally move to admit

21 Exhibit 1-37 into evidence.  I know Mr. Gerometta published

22 that exhibit.  No objection --

23    MR. GEROMETTA:  Oh, I apologize.  That --

24    MS. MOHSIN:  I didn't move it -- move to exhibit

25 yesterday, so I'm moving now on 1-37.

```
 1            MR. GEROMETTA:  No objection.

 2            THE COURT:  Exhibit 137 is admitted.

 3            MS. MOHSIN:  Thank you, your Honor.

 4       (GX 1-37 received in evidence.)

 5                    REDIRECT EXAMINATION

 6   BY MS. MOHSIN:

 7   Q.  Good morning, Mr. Wright.

 8   A.  Good morning.

 9   Q.  I want to follow up on some of the questions that were

10   asked by Mr. Gerometta.

11            I want to direct your attention.  You indicated that

12   you understood the FBI was going to close the Naser

13   investigation; is that right?

14   A.  Yes.

15   Q.  Did the FBI share with you at that time -- and I'm talking

16   about the time period of 2016 and leading up to May of 2017.

17   Did the FBI share with you the nature of their investigation?

18   A.  No.

19   Q.  So they didn't provide you with any details about what had

20   happened in the past?

21   A.  No.  Even though I had a top security clearance, O'Donnell,

22   who was the agent, didn't want to share nothing with me.

23   Q.  So I want to direct your attention now to May of 2017 and

24   the Offender Supervision Report, which we've been calling the

25   105 report.
```

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

1          MS. MOHSIN:  Ms. Faucheux, would you please publish

2     1-37, page 1?

3     BY MS. MOHSIN:

4     Q.  Yesterday when you testified that you didn't see a report

5     filled out by Cynthia Simon -- I just want to talk about this

6     report briefly.

7          At the very top, it says "Agent:  Simon."  Who fills

8     out the top portion of this report?

9     A.  Normally it's done by the offender or the parolee.

10    Q.  And so who fills out the bottom portion and signs it?

11    A.  The person at the bottom -- very bottom is going to be the

12    agent, and it's going to be as far as the offender.  At the

13    bottom, I see it leading with a D, so I did not think that was

14    Simon.

15    Q.  All right.  Because -- what is Simon's first name?

16    A.  Cynthia.

17    Q.  So you did not recognize that signature?

18    A.  No, I did not.

19    Q.  And you don't recognize those initials?

20    A.  No, I didn't.  I mean, people -- my thing is write normal.

21    When you write like that, I automatically assume, because it

22    started with a D, it was Bond, so...

23    Q.  All right.  I want to direct your attention -- and this is

24    July 1 of 2016; is that right?

25    A.  That is correct.

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

1           MS. MOHSIN:  Okay.  Can you go to the -- one moment.

2      (Brief pause.)

3      Can you go to page -- I believe it's page 7.  Before you

4      publish it -- it's August 7th of 2017.

5      (Brief pause.)

6  BY MS. MOHSIN:

7  Q.  So we're looking at Exhibit 1-37, page -- I believe it's 6.

8           Sir, does your signature appear at the bottom of this

9  page?

10  A.  Yes.

11  Q.  And did you sign that?

12  A.  Yes.

13  Q.  Who filled out this form?

14  A.  Mr. Naser did.

15  Q.  All right.  And so there are other forms in this Exhibit

16  1-37; is that right?

17  A.  Yes.

18  Q.  And the handwriting that is at the top, in this case, is

19  Mr. Naser's handwriting; is that right?

20  A.  To the best of my knowledge, that is his handwriting.

21  Q.  All right.

22           MS. MOHSIN:  Thank you, Ms. Faucheux.

23  BY MS. MOHSIN:

24  Q.  Now, I want to direct your attention to your first home

25  visit.  You had indicated earlier during your testimony on

1  direct and on cross that you had gone to the home because you

2  understood the FBI was going to close the case, correct?

3  A.  Yes, partly.

4  Q.  And part of it was your responsibilities for the Michigan

5  Department of Corrections?

6  A.  Yes.

7  Q.  Now, in May of 2017, you had testified you were on the

8  Joint Terrorism Task Force; is that right?

9  A.  Yes.

10  Q.  Did you have a reduced caseload as a result of being on the

11  JTTF?

12  A.  Yes.

13  Q.  And so even though you don't recall the exact number of

14  cases that you had, was it closer to the 5 than it was to

15  the -- I believe you said 120?

16  A.  Yes.  Normally when someone becomes a task force officer,

17  they'll reduce the caseload to be able to balance, as far as

18  working both areas.

19  Q.  So you weren't supervising a very large number compared to

20  the numbers that you had in the past; is that a fair statement?

21  A.  That would be a fair statement, yes.

22  Q.  I want to direct your attention now to the Arabic

23  handwriting on the note cards and in the notebook that you

24  observed at the defendant's home on May 19th of 2017.

25          When you looked at that Arabic handwriting -- do you

1   speak Arabic?

2   A.  No, I do not.

3   Q.  Do you read Arabic?

4   A.  No, I do not.

5   Q.  Prior to May of 2017, had you been studying or reviewing

6   materials that were written in Arabic?

7   A.  Yes.

8   Q.  Can you describe the types of materials and the sources of

9   those materials?  And what I'm referring to is:  Were these

10  magazines, and if so, what type of magazines?

11  A.  Prior to that, primarily there's the creed, which normally

12  it's -- it's ISIS propaganda, as we say, but it's not actually

13  published by ISIS.  It's more severe, extreme.  There's

14  Al-Naba, which basically means the news.  It spreads more as

15  far as ideology but also updated news.

16          There's -- there's one, Dabiq, if I'm saying it

17  correctly.  It actually relates to -- the name is -- there was

18  a town in Iraq.  And then there's Rumiyah.

19  Q.  So I'm going to stop you.  Al-Naba, A-L hyphen N-A-B-A?

20  A.  Yes.

21  Q.  Dabiq or -- is that what you're referring to?

22  A.  Yes.

23  Q.  D-A-B-I-Q?

24  A.  Yes.

25  Q.  And then Rumiyah or "Rumiyah," R-U-M-I-Y-A-H?

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

1    A.   Yes.  And that last one is really key.  And when I say it's

2    really key with that, because with me, I'll do the studying and

3    everything else -- you can't remember everything, but you can

4    remember certain symbols and everything else.

5         That particular one, I think it was May of -- it was

6    May of 2017.  And in that particular one, there was a

7    particular long -- I think it was, like, pages -- I'd say

8    anywhere from 40, maybe to 50, between that time, like, 10

9    pages, maybe even 5 pages, where it was focused on as far as --

10   we'll say material.  How to use homemade material --

11   Q.   So I'm going to just stop you for a moment.

12   A.   Okay.

13   Q.   Were you looking at materials in these magazines?

14   A.   Yes.

15   Q.   And were you looking at materials that were written in

16   Arabic?

17   A.   Arabic and also English.

18   Q.   When you were looking at the materials in Arabic, did you

19   look at a few materials or voluminous materials?

20   A.   Voluminous.

21   Q.   And then did you at some point begin to recognize certain

22   phrases just by sight, without understanding what they --

23   A.   I would call it symbols, as far as the characters.

24   Q.   Okay.  When you say "symbols," what do you mean by

25   "symbols"?

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

1   A.  So our English writing, to write in English, you have an A.

2   Well, guess what?  Some people may see it as a character or a

3   symbol.  So seeing different symbols or different writing,

4   styles of writing in Arabic.

5   Q.  And so did there come a time, after you had reviewed

6   voluminous materials, where certain writing stood out to you?

7   A.  Yes.

8   Q.  I want to correlate this now to your experience.  You

9   testified that you have experience with gangs; is that right?

10  A.  Yes.  Oh, yes.

11  Q.  And so in your experience working with gangs and

12  individuals involved with gangs, have you become familiar with

13  gang symbols?

14  A.  Very much so, in the past.  Very much so.

15  Q.  And so are those symbols sometimes words and sometimes

16  images, or maybe a combination?

17  A.  It's a combination.

18  Q.  When you saw these index cards, did anything stand out to

19  you based on your experience both with gangs and your review of

20  the materials in Arabic?

21  A.  Something did, for me to take the picture directly for

22  that, because I had to basically focus directly on that.  Other

23  things that I had to move and actually touch, like the

24  passport, again, that's innocent, but I don't know it.

25              So interpretation for the index cards and also -- it

31

1   wasn't just the index cards.  It was also the piece of paper.

2   The thing that drew me to the spiral paper was because the

3   defendant, or Mr. Naser, went out of his way to close it, of

4   all things there.

5   Q.  So there were two items that were of interest to you.  One

6   was the index cards and the other was the spiral notebook?

7   A.  Yes.

8   Q.  Now, there were other items in Arabic.  You just mentioned

9   his identification or passport or things like that?

10  A.  Yes.

11  Q.  Did you ask for those to be translated?

12  A.  Whatever that was sent over, asked for everything to be

13  translated.

14  Q.  Okay.  I want to talk about the defendant's wife.

15         Had you had interactions with the defendant's wife,

16  independent of the defendant?

17  A.  Yes.

18  Q.  And you were asked questions about the credibility or

19  believability of parolees.  Let's start with that.

20         In your experience dealing with all of the various

21  individuals that you have worked with over your career, people

22  lie to you; is that right?

23  A.  Yes.

24  Q.  And so when someone gives you information, are you relying

25  on that information or are you making other observations?

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

1  A.  When somebody gives me information, I have to do the best I
2  can to vet the information, to verify it.
3  Q.  And does that include your own personal observations?
4  A.  Yes.
5  Q.  Do you observe a person's demeanor?
6  A.  Yes.
7  Q.  Do you talk with other individuals?
8  A.  Yes.
9  Q.  Do you look at things around that person, to determine
10 whether they're being credible or not?
11 A.  Yes.
12 Q.  Did you speak with the defendant's wife?
13 A.  Yes.
14 Q.  He told you in May of 2017 that they were not having any
15 problems.  Did you credit that statement, and if so, why?  And
16 if you did not, if so, why?
17 A.  At that particular time I credited his wife's statement on
18 that, that they weren't having any particular problems.
19 Q.  Okay.
20 A.  Otherwise, I probably would have did a callback, like I had
21 before with other offenders.
22 Q.  I want to talk about October 19th, 2017.  I'm sorry, I want
23 to talk about August 16th.  This is the day that you did the
24 home visit with the LG phone.
25 A.  Okay.

1   Q.  You testified on cross and also, I believe, on direct that

2   the defendant was aware that you were coming to his house and

3   he greeted you?

4   A.  Yes.

5   Q.  On October 19th, was he aware that you were coming to his

6   house on that day as well?

7   A.  Yes.

8   Q.  Had you contacted him ahead of time?

9   A.  Yes.

10  Q.  What time did you get to his house that day, if you recall?

11  A.  I can't recall.  I mean, it was -- I'm going to guess and

12  say morning, early afternoon, somewhere around there.

13  Q.  Sometime during the day?

14  A.  Yes, during the day.

15          MS. MOHSIN:  Nothing further, your Honor.  Thank you.

16          THE COURT:  All right.

17          MR. GEROMETTA:  Your Honor, there was some discussion

18  about his knowledge of Arabic for the first time.

19          THE COURT:  We will have a brief sidebar.

20          MR. GEROMETTA:  Okay.  Thank you.

21      (Bench conference held.)

22

23

24

25

34

```
1         MR. GEROMETTA:  There was some -- oh, I'm sorry.
2   There was some discussion about his knowledge of Arabic for the
3   first time on redirect.  I would like to ask him one or two
4   questions about his Arabic knowledge, is all.
5         MS. MOHSIN:  Judge, this is a topic that was directly
6   raised by the defense attorney, about his providing those index
7   cards to the FBI for translation.  This was in direct response
8   to that.  And I know the Court has a rule about only new
9   topics.  There's no new topic here.
10         THE COURT:  And just so that it's clear, your view is
11   there was a mention about what was on the index cards, that
12   that was an opportunity for him to inquire on cross about his
13   level or experience or knowledge or training with Arabic, and
14   that he didn't do it, you did on direct, so you weren't
15   introducing a new topic, you were following up on the
16   cross-examination.  I want to make sure that's clear.
17         MS. MOHSIN:  That's exactly right.  He asked if he
18   submitted those for translation to the FBI.  It was a topic he
19   raised.  He could have asked him if he understood Arabic.  He
20   could have gone into that area.  I was just responding as to
21   why he sent those particular index cards to the FBI.
22         MR. GEROMETTA:  I would just say that the government
23   raised the fact that he sent those to the FBI, on their direct
24   examination, for translation.  I followed up on that.  The
25   government -- again, this whole idea that he recognized
```

1   writing.  I know it came up in a prior evidentiary hearing.  I

2   find it a little incredible.  I assume that's why the

3   government wasn't going there with him.  If they are now, then

4   I think I can ask one or two questions about his Arabic

5   knowledge.

6          THE COURT:  I think it -- think it's close.  I

7   don't -- I don't recall the government inquiring specifically

8   in this trial about his level of knowledge about Arabic on

9   direct.  You didn't inquire about his level of knowledge on

10  cross.  Ms. Mohsin did inquire about his level of knowledge and

11  training specifically about Arabic, on redirect.

12         So on that basis, although it's close, I am going to

13  allow very limited recross because the knowledge is different

14  from "What did you do with these items?  How did you categorize

15  it?  Did you copy it?"  So it's a close question, but I am

16  going to allow very limited, very limited recross.

17         And I will state again for the record that this Court

18  certainly does not allow recross routinely, and it should be

19  rare.  And so this is a rare occasion where I'm going to allow

20  very limited recross.

21         MR. GEROMETTA:  Okay.

22         MS. MOHSIN:  The Court -- I understand the Court's

23  ruling.  I will just say that the -- the government did not

24  introduce this topic, the defense did, and we are really just

25  rebutting what the defense raised.  So from the government's

36

1    perspective, if we introduce topics on direct and the defense

2    raises things that we didn't talk about -- I could have

3    objected, and the reason I didn't is I thought it was a fair

4    cross-examination -- we should be allowed to also do the same

5    without having, you know, this move forward.

6         I understand and respect the Court's ruling, and I'm

7    not challenging it.  I'm just making a record because I think

8    this issue is going to come up again.

9         THE COURT:  Hopefully it doesn't, but we'll see.

10   Thank you.

11      (Bench conference concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

```
 1              THE COURT:  Mr. Gerometta, you may proceed with
 2    limited recross.
 3              MR. GEROMETTA:  Very brief, your Honor.
 4    BY MR. GEROMETTA:
 5    Q.  You testified you recognize some, you called them, symbols
 6    associated with terrorist groups?
 7    A.  Yes.
 8    Q.  Okay.  If I give you a piece of paper and a pen, could you
 9    attempt to draw one of those for me?
10    A.  Like I indicated back then, I memorized a lot of things.
11    Just like a lot of gang information symbols and everything
12    else, I don't remember a lot of it.  But back then I was well
13    and fresh and stayed on that.
14    Q.  So you can't even attempt to draw any of them right now?
15    A.  I mean, I could if you like, but, again, it's going to be
16    useless as far as the memorization with that.
17    Q.  Yeah, if you could, I'd appreciate it.
18         (Brief pause.)
19    A.  Again, it's sketchy.
20    Q.  And to the best of your knowledge, what does this mean?
21    A.  I have no idea.  Like I said, it's all about memorizing
22    certain characters, if I see it again.
23    Q.  Okay.
24              MR. GEROMETTA:  Just a moment, your Honor?
25         (Attorney conference.)
```

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

1        MR. GEROMETTA:  Your Honor, I would like to move to

2   admit this as Defendant's Exhibit D.

3        MS. MOHSIN:  Your Honor, I think we need a sidebar.

4        THE COURT:  Let's do it.

5        Members of the jury, you are free to stand and stretch

6   and engage in light conversation during this sidebar.  Remember

7   not to discuss anything about this case.

8    (Bench conference held.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MS. MOHSIN:  Judge --

2          THE COURT:  Let's wait.

3      (Brief pause.)

4          MS. MOHSIN:  So here's the problem, Judge.

5          THE COURT:  Is this all of this?

6          MR. GEROMETTA:  This up here [indicating].

7          THE COURT:  Okay.

8          MS. MOHSIN:  Here's the problem, Judge.  First, we

9  objected to this area of inquiry.  Second, who's going to

10 interpret that?  Who's going to correlate that?  And if

11 Mr. Gerometta's going to ask any government witnesses what that

12 is or what that correlates to, we object to that.  I don't

13 think this is relevant.

14         He has testified that he recognized those symbols back

15 when they were fresh in his mind in 2017.  He doesn't remember

16 them as fresh as he does today as he did back then.  I would

17 object to the admission of this exhibit, and I would object on

18 the basis that how are we going to even explain what this

19 means?  There is an Arabic speaker on the jury, and that

20 concerns the government.

21         THE COURT:  Let me ask you this.  Are there any -- any

22 items that are -- there are -- well, can you confirm that there

23 are items that have been introduced as exhibits that appear

24 solely in Arabic?

25         MS. MOHSIN:  Multiple.

```
 1              THE COURT:  All right.
 2              MS. MOHSIN:  And if the Court is inclined to do this,
 3     then I need to reopen my direct examination with this witness
 4     and ask a lot more questions.
 5              THE COURT:  Well --
 6              MS. MOHSIN:  Because I think this is an area that's an
 7     entirely new area.
 8              THE COURT:  I haven't decided.
 9              MS. MOHSIN:  Yes.
10              THE COURT:  I just wanted to hear that.
11              What would this be used for?  And would you be
12     inferring or expecting the jury to compare this writing to
13     other documents that are admitted even without a translation
14     but just to compare the form of them?  And what would be the
15     evidentiary value of that particularly without any sort of
16     translation?  And why wouldn't the government be able to follow
17     up on this specifically?  And is this different?
18              So I've asked about four or five questions.  I'm
19     trusting you remember them.  Is this different than asking
20     about knowledge, like actually doing a demonstrative?  Go
21     ahead.
22              MR. GEROMETTA:  Your Honor --
23              THE COURT:  Here you --
24              MR. GEROMETTA:  Oh, sorry.  Your Honor, I just find
25     his statement that he recognized these, quote unquote, symbols
```

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

```
 1    incredible.  I think this just goes to impeach him to that
 2    knowledge.  I think he just took these things because they were
 3    in Arabic, and I think it goes to his credibility, and that's
 4    why I would like it admitted.
 5            What do I expect to do with it?  I would like an
 6    Arabic translator to say that this is basically squiggles, you
 7    know, that it doesn't have any meaning, so...
 8            MS. MOHSIN:  An Arabic translator?  Are you suggesting
 9    that you have a witness -- I'm sorry.  Is -- is the defense
10    going to put on an Arabic translator on their case-in-chief to
11    show this exhibit to them?
12            Because my objection, Judge, is there are multiple
13    issues with this -- admitting this.  Number one, this witness
14    testified about the fact that he recognized the symbols in
15    2017, and we are now in 2025.  He testified that he was fresh
16    with this knowledge back then.  The jury can draw whatever
17    conclusions they want about his credibility.  There's been more
18    than enough information about whether that statement is
19    credible.  The fact that Mr. Gerometta doesn't believe him
20    doesn't mean that the jury doesn't believe him, and that's
21    their job.
22            So his job is limited to pointing out things like
23    whether he recognizes that stuff.  In other words, he's already
24    elicited the testimony that he doesn't believe it.  This symbol
25    now creates a completely different element to this trial.
```

CHARLES WRIGHT - REDIRECT BY MS. MOHSIN

```
 1          So are we going to have expert testimony in the
 2   defense case about what this symbol means?  And that's my
 3   point.  I don't think it's relevant.  I think that we are now
 4   going well beyond what is appropriate on cross-examination.
 5          THE COURT:  Let me also ask this.  Has your -- have
 6   you concluded your limited recross?
 7          MR. GEROMETTA:  Yes.
 8          THE COURT:  All right.  I'm going to think about this
 9   over lunch.  And I recognize that you've moved for admission
10   and that the government is objecting to admission and I'm
11   deferring a ruling on it.  But let me make sure that it's
12   crystal clear for the record.  Do you already have a witness --
13   and, of course, you're not required to call any witnesses, but
14   I'm trying to avoid prolonging this trial if there's going to
15   be a new witness that might be testifying about Arabic or the
16   meanings of Arabic, that the government may have to have time
17   to understand that witness's qualifications, their knowledge
18   and experience.  So I also just want to inquire on that basis.
19          MR. GEROMETTA:  We have not Noticed a witness, your
20   Honor, because I didn't anticipate this being an issue like
21   this.  But I think if we did have a witness, it would be
22   limited just to this.  And I think we could -- you know, I
23   think that would be it.  I think it would be one or two
24   questions about this, if they recognize this as anything in
25   Arabic.
```

| | |
|---|---|
| 1 | THE COURT:  We're at Tuesday, May 20th, and the Court |
| 2 | received information that it's possible the government may be |
| 3 | resting as soon as Friday this week.  And so I do have a great |
| 4 | concern about introducing a new witness where they don't even |
| 5 | know who this person is, what their skills, knowledge, and |
| 6 | education and experience would be.  And you haven't identified |
| 7 | that person.  So we'll see.  I will ponder it, and you-all will |
| 8 | for sure have a ruling before the end of the day. |
| 9 | MS. MOHSIN:  I would like to re-redirect on this |
| 10 | topic. |
| 11 | THE COURT:  What would you like to ask? |
| 12 | MS. MOHSIN:  I want to clarify for the jury the time |
| 13 | period that has elapsed because I think that needs to be made |
| 14 | clear.  Judge -- |
| 15 | THE COURT:  I heard you.  We're not going to allow it. |
| 16 | It was clear 2017 was the latest that -- with this |
| 17 | investigation. |
| 18 | MS. MOHSIN:  It came out on -- he asked him about it, |
| 19 | and the witness answered.  I'd like to have the witness |
| 20 | clarify.  You're not going to allow it even if you allow this |
| 21 | exhibit to come in?  Judge, that handicaps us because you're |
| 22 | not making a ruling, so we don't have the ability now to repair |
| 23 | whatever this is.  I have no way -- |
| 24 | THE COURT:  Let me just clarify.  You want to ask him |
| 25 | exactly what? |

1      MS. MOHSIN:  I want to ask him the symbol that he drew

2  is based on his memory today, and the fact that in 2017, when

3  he recognized those symbols, he had been reading these

4  materials and looking at these symbols.  At that time it was

5  fresh in his mind at that time.  It is not as fresh in his mind

6  today.

7      THE COURT:  I think he said that.  I'm not going to

8  allow it.  We will proceed.  Thank you, Ms. Mohsin.

9      And let me just hold that.

10      MR. GEROMETTA:  Oh, yes.  Can I just make sure I don't

11  have any notes stuck in the back of it?

12      THE COURT:  You can just give me the sheet.

13      MR. GEROMETTA:  You can have the whole thing.  I just

14  wanted to make sure I didn't have a note stuck on it.

15      THE COURT:  Thank you.

16    (Bench conference concluded.)

17

18

19

20

21

22

23

24

25

JASON REVELL - DIRECT BY MR. SLAVIN

```
 1              THE COURT:  Agent Wright, this concludes your

 2    testimony.  You are excused, and you may step down.

 3              THE WITNESS:  Thank you.

 4              THE COURT:  Thank you.

 5        (Witness excused, 9:47 a.m.)

 6              THE COURT:  And the government may call its next

 7    witness.

 8              MR. SLAVIN:  The government calls Jason Revell.

 9              THE COURT:  If he would approach and be sworn.

10              THE COURT CLERK:  Good morning.

11              THE WITNESS:  Good morning.

12              THE COURT CLERK:  Please raise your right hand.

13          (Jason Revell, sworn, 9:47 a.m.)

14              THE COURT CLERK:  Thank you.  You may be seated.

15              THE COURT:  You may proceed, Mr. Slavin.

16              MR. SLAVIN:  Thank you, your Honor.

17                           DIRECT EXAMINATION

18    BY MR. SLAVIN:

19    Q.  Good morning.

20    A.  Good morning.

21    Q.  Please introduce yourself to the jury, spelling your last

22    name.

23    A.  Jason Revell, R-E-V-E-L-L.

24    Q.  And what do you do?

25    A.  I am currently a senior intelligence analyst for a major
```

1   U.S. defense consulting firm, currently providing intelligence

2   support to Special Operations Command Europe, located in

3   Germany.

4   Q.  Can you just bring that mic a little closer to you, and

5   just speak directly into the microphone?

6   A.  Yeah.

7   Q.  It moves, so you can bring it close to you and still be

8   comfortable.

9           So how long have you been at your current position?

10  A.  I have been in this current position for six years now.

11  Q.  And generally speaking, what does your work entail?

12  A.  My job as a senior intelligence analyst is to research,

13  collect, analyze, process information to help inform

14  decision-makers at the strategic and tactical level, help

15  commanders make decisions, and ultimately inform operations and

16  neutralize any possible threats towards U.S. interests.

17  Q.  Go back in time.  What was your first job?

18  A.  First job out of high school, I joined the Marine Corps

19  from 2000 to 2005.

20  Q.  And what kind of work did you do for the Marine Corps?

21  A.  For the Marine Corps I was a intelligence analyst for a

22  special operations unit, and we primarily -- prior to 9/11 we

23  were focused on more strategic operations.  However, once 9/11

24  happened, we were strictly focused on counterterrorism

25  operations in Iraq and Afghanistan.

JASON REVELL - DIRECT BY MR. SLAVIN

1    Q.   Did you deploy?

2    A.   I deployed twice to Iraq, once in 2003 for the initial

3    invasion, and 2004 for the battle of Fallujah.

4    Q.   What did you do after you left the Marine Corps?

5    A.   After Marine Corps, I moved to D.C.  I went to school full

6    time, got a degree in computer science.  And that's when I

7    began my career working for the intelligence community and DOD.

8    Q.   So what was your first job after getting your degree?

9    A.   My first job was working at the U.S. Intelligence and

10   Security Command, followed by a short stint at the Defense

11   Intelligence Agency, and follow on working for the Defense

12   Department's Special Operations Command.

13   Q.   And what kind of work did you do in those postings?

14   A.   All -- in all of those positions I was working specifically

15   in counterterrorism.  The majority -- overwhelming majority of

16   my career has been focused on counterterrorism, which has led

17   me to spend a large portion of that time working overseas,

18   almost six years time in total working overseas in countries

19   such as Iraq, Afghanistan, Yemen, and several countries within

20   the Horn of Africa.

21   Q.   And what was your pos -- what was your position at -- when

22   you were with Special Operations Command?

23   A.   At Special Operations Command I was a -- known as a

24   targeting officer or analyst.  And as a targeting officer or

25   analyst, we are specifically focused to identify a person, or

JASON REVELL - DIRECT BY MR. SLAVIN

1   sometimes it could be a place, but we specifically focus on one

2   individual that poses an immediate threat to U.S. personnel.

3   Q.  And what -- how long were you in that position?

4   A.  That position was for five years.

5   Q.  And was that your last position before you took your

6   current job in -- stationed in Germany?

7   A.  Correct.  I've been in Germany since 2019.

8   Q.  So while you -- let's go back to this job while you're a

9   Special Operations Command.  Where were you stationed?

10  A.  As I mentioned before, this position took me to several

11  locations across the Middle East, to Iraq, Afghanistan, Yemen,

12  UAE, Kuwait, and several countries throughout the Horn of

13  Africa.

14  Q.  I want to focus specifically on May of 2017.  Where were

15  you then?

16  A.  In May of 2017 I was located in Yemen.

17  Q.  What was Yemen like in May of 2017?

18  A.  Yemen was a pretty much lawless country.  The country --

19  the government had collapsed due to the Houthi takeover.  The

20  Houthi is an Iranian proxy group.  They essentially had taken

21  over the country.  It was extreme lawlessness, and it allowed

22  al'Qaida and ISIS to pretty much run rampant across the

23  country.

24  Q.  Was ISIS a pretty significant threat in Yemen at the time?

25  A.  ISIS and al'Qaida were the primary insurgent groups in

1    Yemen at that time, yes.

2    Q.  As part of your preparation to testify today, did you

3    create a PowerPoint exhibit?

4    A.  Yes.

5    Q.  Would that PowerPoint help to illustrate and explain your

6    testimony for the jury?

7    A.  Yes.

8    Q.  And do you know if it's been marked as Government Exhibit

9    16-4?

10   A.  Yes.

11          MR. SLAVIN:  Move at this time to admit Exhibit 16-4

12   as a demonstrative exhibit only, not to go back with the jury.

13          MS. BASHA:  No objection, your Honor.

14          THE COURT:  Admitted.

15      (Demonstrative GX 16-4 received in evidence.)

16          MR. SLAVIN:  Can we go ahead and bring it up, please?

17   BY MR. SLAVIN:

18   Q.  All right.  Can you explain what we're looking at on this

19   slide?

20   A.  Okay.  So in 2017 I was part of a small special operations

21   task force located in Yemen, and basically our job at that time

22   was to assist the host nation's security and counterterrorism

23   forces, apprehend ISIS and al'Qaida members.  And during the

24   course of these duties, it was my responsibility to do all of

25   the background research, to find individuals that we deemed of

JASON REVELL - DIRECT BY MR. SLAVIN

```
 1   interest that posed a threat to U.S. forces as well as host
 2   nation's forces due to their associations with ISIS and
 3   al'Qaida.
 4        During the course of those duties, we came across an
 5   individual named Ayman Husayn.  He was a self-proclaimed ISIS
 6   operative.  Once we started to dig into this individual deeper,
 7   looking at his chat logs, looking at his phone calls, looking
 8   at his activity online, we noticed that he was heavily involved
 9   in chat rooms, promoting attacks against Westerners, Americans,
10   specifically Christians.
11        He was a big promoter of lone wolf-style attacks.  And
12   when I say "lone wolf-style attacks," that means you don't
13   necessarily need a large network to be part of a huge
14   organization of ISIS.  They want you to conduct attacks
15   yourself.  And a lot of the time these lone wolf attacks can
16   still cause extreme casualties and mass damage.
17        He was -- once we started to look into his internet
18   history, there was a significant amount of research on how to
19   produce chemical weapons, how to produce IEDs, a/k/a homemade
20   bombs, and there was a lot of instructions, again, on
21   explosives and bomb-makings.
22        And not only was he doing this research himself, but
23   he was, like as I mentioned before, he was very active online,
24   and so he was also sharing this information with individual --
25   individuals from multiple countries, including the U.S.
```

51

```
1    Q.   And was he captured there in Yemen?
2    A.   Yes.  So once we compiled this information, it was our job
3    to pass this information to the host nation's security forces.
4    They went out and conducted a capture operation.  During that
5    capture operation, he was captured with one cell phone and one
6    tablet, and those electronic devices were turned over to our
7    team for further exploitation.
8    Q.   Was there an opportunity to question Ayman Husayn?
9    A.   There was a quick opportunity to question him, by the
10   Yemeni security forces, once they brought him to prison.
11   However, in 2017 there was a huge cholera outbreak in Yemen,
12   which is an extremely deadly viral disease, and he succumbed to
13   his -- succumbed to his cholera and died within one day of
14   being located within the prison.
15          So we did not actually get to do any interrogations on
16   our own, but we were able to receive his electronic devices at
17   our base for further exploitation.
18   Q.   Let's talk about that.  Were you there when the devices
19   were delivered to the base?
20   A.   Yes, I was.
21   Q.   Did you observe that?
22   A.   Yes, I was -- yes, I did.
23   Q.   What happened after devices were brought to your base?
24   A.   So once the devices are brought to our base, they are given
25   to a specific member of our team who has the expertise to
```

1    conduct the electronic exploitation of these devices.  He's

2    known as a tech examiner, and it's his specialty to actually go

3    through these devices, extract all the data, and give those --

4    and give that data to us so we can actually go through and

5    explore the information on the devices.

6    Q.  Okay.  And after that work was done, did you look through

7    the copy that was made of those devices?

8    A.  Yes, I did.

9    Q.  Or would that be called an extraction?

10   A.  Yes.

11   Q.  And then was that copy then handed over to the Federal

12   Bureau of Investigation?

13   A.  Yes.  Once the DOD finds any information on U.S. persons or

14   U.S. numbers within these devices, we do not have that

15   authority, so anything like that has to be passed over to our

16   IC partners.

17   Q.  The FBI being --

18   A.  The FBI, yes.

19   Q.  Is the copy that the FBI has a fair and accurate copy of

20   the devices that were brought in that day?

21   A.  Yes, it is.  It's exactly what I remember seeing.

22            MR. SLAVIN:  Your Honor, may I approach the witness?

23            THE COURT:  You may.

24   BY MR. SLAVIN:

25   Q.  I'm going to hand you what's been marked as Government

1   Exhibit 16-4A.
2           THE COURT:  Are you still utilizing the demonstrative,
3   Mr. Slavin?
4           MR. SLAVIN:  Yes.
5           THE COURT:  All right.  Go ahead.
6           MR. SLAVIN:  We'll move to slide 2 in just a minute.
7           THE COURT:  All right.
8   BY MR. SLAVIN:
9   Q.  Do you know what that is?
10  A.  It's the hard copy of the device.
11  Q.  Of the devices of Mr. Husayn, Ayman Husayn?
12  A.  Yes, correct.
13          MR. SLAVIN:  Move to admit Exhibit 16-4A into
14  evidence.
15          MS. BASHA:  No objection, your Honor.
16          THE COURT:  Admitted.
17      (GX 16-4A received in evidence.)
18          MR. SLAVIN:  Now we can move on to slide 2, please.
19  BY MR. SLAVIN:
20  Q.  What are we looking at here in slide 2?
21  A.  Yes.  So this is just an extremely small snapshot of once
22  we started going through this individual's phone.  There were
23  literally hundreds of ISIS propaganda videos, al'Qaida videos,
24  videos of active attack operations, killing videos, information
25  on chemical weapons, and tons of extreme -- ISIS extremist

1   ideology propaganda.

2   Q.   Did he have any information or propaganda from other

3   organizations on his phone or was it all ISIS?

4   A.   ISIS was the primary organization that I noticed on his

5   phone.

6   Q.   Did he have some al'Qaida information as well?

7   A.   There may have been some al'Qaida information on there just

8   due to some crossover, because he was sharing information with

9   other individuals, but his primary focus seemed to be on ISIS.

10          MR. SLAVIN:  Move to slide 3, please.

11   BY MR. SLAVIN:

12   Q.   Can you explain what is on this slide?

13   A.   And this -- again, this is just another extremely small

14   snapshot.  He had hundreds of instructions on how to make

15   bombs, how to make explosives, how to make homemade explosives,

16   all of these items that can be found in -- essentially in your

17   own kitchen, and how to use the detonators, how to wire

18   everything.

19          So he was actively not only researching this

20   information, but he was also sharing this information in his

21   numerous chat rooms, such as Telegram and some web forms as

22   well.

23   Q.   The kinds of explosives that he was focused on, did they

24   involve materials like TNT or other kinds of materials?

25   A.   That, I cannot get into specifically because I was not

1    really focused on that.  For me, this was just kind of like the

2    icing on the cake.  We had the right guy; we knew who he was.

3    But this was -- this was just more proof and evidence that we

4    had the right individual and this is the information that he

5    was sharing and promoting for individuals to conduct lone wolf

6    attacks.

7    Q.  Okay.  The materials that you saw and some which you put up

8    here, was there a lot of explosives that you can make at home?

9    A.  Absolutely.

10   Q.  And you mentioned that he called for attacks in the West.

11   Can you tell the jury more about that?

12   A.  Yes.  Specifically in most of his chat rooms he was very

13   adamant on conducting attacks, in his words exactly, on the

14   West, on Americans, on Christians.  There were specific --

15   there were a couple of specific plots that I remember.  He

16   wanted to do some Christmas Day plots or plots around the

17   Christmas season due to the fact that you can have a Santa suit

18   and fill the Santa suit with loads of explosives and nobody

19   would be suspicious, go to a mall, a populated place, explode

20   that Santa suit, conduct mass casualties.

21       He also had another Christmas Day plot where he wanted

22   to fill packages, wrap them up with wrapping paper but have

23   those packages filled with explosives, put those around trees.

24   Again, conduct -- conduct attacks around the Christmas

25   holidays, again, to inflict mass casualties on as many

JASON REVELL - DIRECT BY MR. SLAVIN

1  Christians -- Christians and Americans and Westerners as
2  possible.
3  Q.  Did he plan to travel to the West to do these attacks
4  himself?
5  A.  I did not see any travel plans for him, but like I said, he
6  was active in numerous chat rooms and internet forums and
7  talking to individuals in several locations all over the world
8  and promoting for them to do these attacks elsewhere.
9  Q.  Was he doing this on his own or on behalf of a specific
10 terrorist organization?
11 A.  He claimed to be doing this on behalf of ISIS, but like,
12 again, he seemed to be more of a lone wolf himself, and when
13 you have that, you don't necessarily need the hierarchy.  You
14 don't necessarily need the guidance from somebody above.  You
15 take the initiative to do the attacks yourself, and you can
16 promote that for other individuals as well.
17 Q.  So how do you know that he had allegiance to ISIS?
18 A.  He was self-admitted, numerous flags, and he was basically
19 promoting it on his own web forums.
20      MR. SLAVIN:  Let's go to slide 4.
21 BY MR. SLAVIN:
22 Q.  Can you tell us what we're looking at here?
23 A.  Yes.  So this is a copy of his cell phone that we were
24 given, and essentially this is how our -- how we kind of
25 overlapped to assist in this investigation.

JASON REVELL - DIRECT BY MR. SLAVIN

1          In his cell phone he had a number of different
2   contacts.  He had over 70,000 contacts.  And I was asked by the
3   Department of Justice to see if I could locate a specific user
4   name within those contacts of this ISIS individual.  Once I
5   received the copy of the device, I was able to -- to see that
6   it was located in the contacts.  So my hard-core, confirmed
7   ISIS individual had the contact information of the defendant's
8   Telegram accounts stored in his device.
9   Q.  Is that what we're looking at with the account -- Telegram
10  account number ending in 5280, nickname ISXXXIS?
11  A.  That is correct.
12  Q.  And were you able to see that there were some messages
13  exchanged between the two accounts?
14  A.  Yes.  Unfortunately, just from that -- from that snapshot,
15  I could not tell the actual messages, but we could see that
16  there were definitely two outgoing and two incoming messages
17  between the two participants.
18  Q.  Okay.  And is your ability to view full information about
19  what's going on on Telegram limited by the fact that you had to
20  work from a copy instead of the original phone itself?
21  A.  That is correct.
22  Q.  Okay.  Would you potentially have been able to dig more
23  deeply into it if you had the actual phone?
24  A.  We could see more if I actually had the actual phone in my
25  hand, but there are limitations on what we can do with the

58

```
 1    actual phone.
 2    Q.  And was the U.S. government allowed to keep the phone?
 3    A.  No.  We had to return that to our foreign partners.
 4         MR. SLAVIN:  No further questions.  Actually, give me
 5    one second.
 6      (Attorney conference.)
 7         MR. SLAVIN:  Can we go back to slide 1 real briefly,
 8    please.
 9    BY MR. SLAVIN:
10    Q.  Can you take a look, please, Mr. Revell, at the top where
11    you've put -- wrote his contact information -- Ayman Husayn's
12    contact information?
13    A.  Yes.
14    Q.  Could you just read -- is -- what -- what is the last thing
15    in that box?
16    A.  That is -- so the first one is a WhatsApp contact; the
17    second one is a Telegram account; and then the third one is, I
18    believe, a Google Hangouts contact.  That is the phone number
19    that was associated with it and his screen name,
20    MUJAHIDEEN_SECRETS_BOT.
21         MR. SLAVIN:  No further questions.  Thank you.
22         THE COURT:  Thank you, Mr. Slavin.
23         Mr. Gerometta -- Ms. Basha, you may proceed.  Thank
24    you.
25                        CROSS-EXAMINATION
```

 1    BY MS. BASHA:

 2    Q.  Good morning, Mr. Revell.

 3    A.  Good morning.

 4    Q.  So to prepare -- or, rather, strike that.  Sorry.

 5         In your review of Mr. Husayn's phone, you reviewed all

 6    of his Telegram activity?

 7    A.  Not all of it, no.

 8    Q.  A good portion of it?

 9    A.  I would say I was asked to look for certain numbers because

10    there was a significant amount of Telegramic activity.

11    Q.  And you said that he was extremely active on social media

12    and Telegram in particular?

13    A.  Ayman Husayn was particularly active, yes.

14    Q.  And he was the -- did you know that he was the admin of

15    some group chats on Telegram?

16    A.  I could not tell from my analysis if he was the admin on

17    some of these groups.

18    Q.  Okay.  I -- you testified about some attacks that

19    Mr. Husayn thought of and talked about?

20    A.  Correct.

21    Q.  One involved attacks with -- dressed up in a Santa suit?

22    A.  Correct.

23    Q.  And to your knowledge, that attack did not occur?

24    A.  Correct.

25    Q.  And in all of the information that Mr. Husayn was sharing

JASON REVELL - CROSS BY MS. BASHA

```
 1    about explosives, you don't know how many attacks were carried
 2    out using those instructions?
 3    A.  No, I do not.
 4    Q.  It could be that no attacks were carried out with those
 5    instructions?
 6    A.  It could be, yes.
 7    Q.  And you found Mr. Naser's Telegram user name in his contact
 8    database?
 9    A.  Yes.
10    Q.  And I believe you testified that there were 73,000 contacts
11    in that database, correct?
12    A.  Correct.
13    Q.  And you don't know Mr. Naser, do you?
14    A.  No.
15    Q.  Okay.
16         MS. BASHA:  No further questions, your Honor.  Thank
17    you.
18         THE COURT:  Thank you, Ms. Basha.
19         Any requested redirect, Mr. Slavin?
20         MR. SLAVIN:  No, your Honor.
21         THE COURT:  All right.  Mr. Revell, this concludes
22    your testimony.  You're excused, and you may step down.  Thank
23    you.
24         THE WITNESS:  Thank you.
25       (Witness excused, 10:10 a.m.)
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1     THE COURT:  And if you would return any items to

2  Mr. Slavin.

3     Government may call its next witness.

4     MS. MOHSIN:  Your Honor, the government calls Amy

5  Vaughan.

6     THE COURT:  If she would approach.

7     Good morning, Ms. Vaughan.  If you would come forward

8  and just pause at the witness box prior to taking your seat so

9  you can be placed under oath.

10     Ms. Osorio, if you would proceed.

11     THE COURT CLERK:  Good morning.  Please raise your

12  right hand.

13     (**Amy Vaughan**, sworn, 10:11 a.m.)

14     THE COURT CLERK:  Thank you.  You may be seated.

15     THE COURT:  You may proceed, Ms. Mohsin.

16     MS. MOHSIN:  Thank you, your Honor.

17                    DIRECT EXAMINATION

18  BY MS. MOHSIN:

19  Q.  Good morning.

20  A.  Good morning.

21  Q.  Could you please state your full name, tell -- spell your

22  last name, and tell the members of the jury by whom you are

23  employed?

24  A.  Yes.  My name is Amy Vaughan, V-A-U-G-H-A-N.  And I'm an

25  intelligence analyst for the Federal Bureau of Investigation.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1  Q.  So you said you're an intelligence analyst.  Where are you

2  assigned?

3  A.  I am in the Counterterrorism Human Intelligence Operations

4  Unit in the Counterterrorism Division at FBI headquarters.

5  Q.  How long have you been with the FBI?

6  A.  This is my fifteenth year with the FBI.

7  Q.  Can you just tell the members of the jury about when you

8  started your career with the FBI and run us through sort of

9  where you've been -- where you've been stationed and the type

10  of work you've done?

11  A.  Yes.  So I started my employment in 2010.  My first office

12  was the Phoenix field office, where I worked on a

13  counterterrorism squad.  And then in 2017 I moved to FBI

14  headquarters to the Counterterrorism Advanced Projects Unit.

15  And then in 2022 I moved to my current position.

16  Q.  And prior to joining the FBI, did you achieve any advanced

17  education?

18  A.  Yes.  I have a bachelor's degree in linguistics from Reed

19  College, and I have a master's degree in data analytics

20  engineering from George Mason University.

21  Q.  And so is that a kind of applied data science degree?

22  A.  Yes, that's the best way to put it.

23  Q.  Now, you said that you're an intelligence analyst, and it

24  is in the area currently of counterterrorism and human

25  intelligence operations.  Can you help the jury understand what

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   your position entails?

2   A.   Yes.  So as an intelligence analyst, I'm basically like a

3   research specialist.  But my job as a member of an

4   investigative team is whenever they uncover some piece of

5   information, I will -- I will take that, I will research it,

6   I'll find out as much as I can about it to help them understand

7   how it fits into the bigger picture, including drawing on my

8   own special knowledge of subject matters that we work, like

9   terrorism, for example.

10  Q.   Now, in the 15 years that you've been an intelligence

11  analyst, what was the focus of the research and work that

12  you've done?

13  A.   So pretty much my entire career I've worked a subset of

14  counterterrorism cases that we call terrorist use of the

15  internet.  So this is really any kind of case that has an

16  online component.  In 2010 it was not as common as it is now

17  where it's almost every case.

18  Q.   Now, are there other intelligence analysts that work for

19  the FBI?

20  A.   Oh, yes, absolutely.

21  Q.   Do they all do what you do?

22  A.   Not exactly.  We have a lot of people, obviously, who

23  are -- who know a great deal about terrorism and terrorist

24  groups and different aspects of that, and then we have a lot of

25  technical experts.  But I am one of a very few number of

1    intelligence analysts who can combine those -- the knowledge of

2    terrorist groups and my knowledge of technology from my

3    experience and from my education.

4    Q.  And so when you start talking about technology, are you

5    talking about programming?

6    A.  Programming, yes, the -- basically how does the internet

7    work.  It is a very useful skill, understanding how apps work,

8    how phones work, computers.  And computer programming and using

9    my data science skills definitely play into that.

10   Q.  Now, I want to take you back to 2010 again when you started

11   with the FBI as an intelligence analyst.  You indicated, I

12   think, that you were working in a different -- in a field

13   office?

14   A.  Yes, Phoenix field office.

15   Q.  Did you support the Phoenix field office at that time or a

16   larger portion of the FBI at that time?

17   A.  So my job was exclusively for -- to work for the Phoenix

18   field office.  We did have cases that touched on different --

19   different field offices in the FBI, different countries even,

20   but our focus was mainly Arizona.

21   Q.  Did you begin to work on cases in 2010 involving al'Qaida

22   or ISIS or ISI, that group?

23   A.  Yes.  So in 2010 it was all al'Qaida.  They were the -- the

24   biggest terrorist group and the one that posed the greatest

25   threat to U.S. national security, so that was what we were

65

```
 1    focused on.
 2    Q.  And so can you help the jury understand if you worked on
 3    cases -- going back at around that time, any cases that
 4    involved social media at that time?
 5    A.  Yes.  So I -- I did have -- have one really significant
 6    case where I -- we ended up going to trial, and I had to
 7    testify about social media, which was in 2015 two individuals
 8    from Phoenix, they drove to Texas, to Garland, which is outside
 9    of Dallas, and they tried to attack -- it was a Draw the
10    Prophet Muhammad contest.
11          And unfortunately, they were -- they were largely
12    unsuccessful, but there were several individuals who were
13    involved with that plot that we then prosecuted.
14    Q.  And did you do any analysis of their social media?
15    A.  Yes.  So one of the two individuals was very involved with
16    ISIS on social media.  And he was -- he was kind of a somewhat
17    popular social media personality in the ISIS community himself.
18    So he was on Twitter all day, using encrypted apps to talk to
19    members of ISIS.  It was -- that was a huge component of
20    understanding how that happened.
21    Q.  Now, I want to talk about when you moved from the Phoenix
22    office to where you are now.  Am I correct that that was
23    your -- your career path, from Phoenix to headquarters?
24    A.  Yes.  So in 2017 I joined the Counterterrorism Advanced
25    Projects Unit.  This was a group in the Counterterrorism
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    Division that -- it's basically the research and development

2    group for the Counterterrorism Division.

3           So it was our job, if anybody in the entire FBI with a

4    counterterrorism case had some kind of a technical problem,

5    like maybe there was a new app they'd never seen before or they

6    had a lot of data and they didn't know what to do with it, that

7    was our job to help them solve those problems.

8    Q.  And so was that limited to the Washington, D.C. field

9    office or was there a larger scope?

10   A.  No.  We would help anybody from any field office in the

11   FBI, including any terrorist group, any kind of terrorism case.

12   And we would even occasionally help, you know, our offices in

13   other countries, and in our partnerships with other foreign law

14   enforcement.

15   Q.  So worldwide?

16   A.  Worldwide, yes.

17   Q.  Okay.  Now, I want to direct your attention to 2010.  Were

18   you with this -- with the headquarters component at that time?

19   A.  No.  I was in Phoenix in 2010.

20   Q.  Sorry.  2020.

21   A.  2020.

22   Q.  Yes.  That was not a trick question.  2020.

23          And so did you work on ISIS cases at that point in

24   time?

25   A.  In 2020, yes, I was working on a variety of different

**AMY VAUGHAN - DIRECT BY MS. MOHSIN**

1   projects, including some, you might say, extracurricular cases.

2   Q.  All right.  What do you mean by "extracurricular"?

3   A.  So I was -- I was asked to help with a hate crimes case in

4   2020.

5   Q.  And social media exploitation in that case?

6   A.  Yes.  They had -- they had a number of seized devices, and

7   it was a very, very small office in Brunswick, Georgia, and

8   they -- they didn't know how they were going to tackle that.

9   And they also had the extra problem of it was COVID time, and

10  so they needed a technical expert to come in and help them

11  figure out how they were going to handle that.

12  Q.  What case was that?

13  A.  That was the murder of Ahmaud Arbery in Brunswick, Georgia.

14  Q.  And you were able to do social media and technical

15  exploitation in that case?

16  A.  Yes.  I led the team that reviewed all of the social media

17  and seized devices review.

18  Q.  Now I want to talk specifically about ISIS.

19          You testified that in 2010 you began looking at social

20  media for al'Qaida and ISIS, beginning in 2010, and that's

21  something that you testified you continued on through.  Have

22  you done that throughout your entire career?

23  A.  Yes.  It -- at first it was my assignment, and then it

24  became my specialty.  So even when I was working on slightly

25  different subjects, people would still ask me for help or I

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   would -- you know, I was interested in the topic, so I would

2   naturally gravitate towards that.

3   Q.  Now, to -- you talked about doing research.  What kind of

4   research did you do to prepare for the work that you did with,

5   first, al'Qaida and, as it evolved, ISIS?

6   A.  Well, I came into the FBI, you know, not knowing really

7   anything about terrorism.  So I spent as much time as I could

8   reading about the topic, and a lot of that research included

9   reading primary sources.

10          So I really wanted to understand what these terrorist

11  groups believe and what they have to say about themselves.  So

12  I would go online and I would read the material they would

13  publish, like magazines or lectures or videos, to understand

14  what they were trying to say and follow the conversations of

15  their supporters around those pieces of media.

16  Q.  Now, you said "primary sources."  Can you be a little more

17  specific?

18  A.  Yes.  So al'Qaida has always, still does, had a very, very

19  active media component, where they -- they have people whose --

20  their whole job is to produce, you might call it, propaganda.

21  They're making videos of their exploits or speeches, religious

22  instruction, magazines.

23          So Inspire magazine was, like, the really big deal at

24  the time because it was an English-language magazine produced

25  by al'Qaida.  Which there wasn't really a lot of

 1   English-language propaganda at that time, so it was a big

 2   concern for the FBI.

 3   Q.  And when you said "Inspire," that was the name of the

 4   magazine, Inspire?

 5   A.  Yes, the name of the magazine was Inspire magazine.

 6   Q.  So what type of -- withdrawn.

 7          Did you do this research at various times,

 8   continuously, or in some other manner?

 9   A.  Pretty much continuously.  It was really important to

10   understand -- you know, if we had cases on subjects even in

11   Arizona, needed to understand what kind of material they would

12   be reading and how they might be impacted by it.

13   Q.  And just very briefly, how have you used your education?

14          And I think you said that you have a master's degree

15   in applied data science or a subject related to data analytics

16   engineering.  How does that particular degree enhance the work

17   that you do?

18   A.  Well, nowadays we get in just a huge, huge, huge amount of

19   data every single day, and you really need to be able to deploy

20   those special skills to be able to make any sense of it.

21   Whether it's, you know, social media data coming in in --

22   through various means or, in particular, like digital forensics

23   data, so data that you extract from a phone or a computer that

24   you seized as evidence.

25          You know, that takes a lot of technical skill to be

70

```
 1   able to dig a little bit deeper than surface level and
 2   understand.
 3   Q.  Do you have any collateral duties at the FBI?
 4   A.  Yes.  I'm a member of the Open Source Intelligence
 5   Practitioners Group, and I'm a certified instructor for the
 6   Open Source Intelligence program.
 7   Q.  So what does that mean?
 8   A.  Open source intelligence for us is really -- it may sound a
 9   little bit silly to a layperson, but it's any information that
10   any normal person could get through normal means.
11           So for us that includes social media, that you can
12   just go, you know, log in to a social media platform and read
13   it, things that are published online, commercial datasets that
14   you might be able to buy.  Anything that you could just go
15   online and find and get is open source intelligence.
16   Q.  And you said that you're a trainer?
17   A.  Yes.  So I train people how to -- how to find and retrieve
18   information from open source, because even though it's just on
19   the internet, you can't just go and get it.  We have a specific
20   process.  And, of course, you need to be able to understand how
21   to verify the information that you're finding.
22           So there's a lot that goes into that in order to do it
23   responsibly and correctly.
24   Q.  How long have you been doing that?
25   A.  Since 2013.
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   Q.  Okay.  Now, beginning in 2010, all the way up to the

2   present day, have you developed a specialization in regards to

3   any of the groups that we've been talking about?

4   A.  Yes.  So the vast majority of my work has concerned

5   al'Qaida and then, of course, ISIS, when ISIS came about.  So I

6   have a much greater knowledge of those groups and their

7   affiliates and their allies than I do other groups.  And, of

8   course, because of all the cases that I've worked, specifically

9   how those groups use the internet and social media, how they

10  create and disseminate propaganda to influence and recruit

11  people, and then, separately, technology in general.

12          So -- but in par -- in the context of an

13  investigation, understanding, you know, how to -- how to deal

14  with technology issues.  Like if we find that, say, like,

15  someone is committing a crime on Facebook, you know, what do

16  you do?  How do you get data?  How do you talk to the company?

17  How do you understand the data that you receive?

18  Q.  Okay.  Now, did you develop these skills with respect to

19  social media over time?

20  A.  Oh, yes.  Yeah.

21  Q.  And you said, I think earlier, that when you began your

22  career in 2010 the social media environment was different than

23  it is today?

24  A.  Yes.  So at that time in 2010, you had mostly forums or

25  bulletin boards.  And al'Qaida supporters had their own

72

1   bulletin boards and websites that they ran, and that was their

2   primary way of talking to each other and disseminating

3   information.

4          And you even had forums that were specifically

5   endorsed by al'Qaida as, "This is the place where we're going

6   to post our material."  So if you want to see it, you need to

7   be in that forum.

8   Q.  Just so that we're very clear, what is a forum and what is

9   a bulletin board?

10  A.  So -- and those two things are kind of synonymous, but this

11  is a really old type of social media.  Those were pre what we

12  have now, where you have basically -- you can make a post, like

13  just a static -- you know, type up a note, and then someone can

14  reply to it with their own post.  And then a collection of

15  posts is called a thread, and so a bulletin board would be a

16  collection of these threads.

17         So, you know, maybe you have a forum that is about

18  soccer, and you have a -- a board about a specific soccer team,

19  like Manchester United.  And then within that board you have

20  threads maybe about a specific player or a specific game that

21  happened.  And so you click all the way down to the thread and

22  you type your post about whatever it is that you want to talk

23  about.

24  Q.  In 2010 -- or beginning in 2010, you indicated that this

25  was the type of social media that was available.

1    A.   Uh-huh.

2    Q.   Did al'Qaida use that type of social media at that time?

3    A.   Yes.  That was really where it was happening.  There wasn't

4    really another way that you could get that type of content,

5    except for if people were taking it and reposting it somewhere

6    else.

7    Q.   So was there an ability for people to communicate with one

8    another on these boards, these bulletin boards or forums?

9    A.   Yes.  They could do so, you know, in plain view of all of

10   the members or they could have private conversations.

11   Q.   And based upon, again, your experience over time, was the

12   messaging that al'Qaida put on these forums controlled in any

13   way?

14   A.   Yes.  So they were very, very particular, or at least the

15   people running these sites were very, very particular about the

16   types of conversations you were allowed to have.  So they would

17   expect a degree of, you know, conformity ideologically as well

18   as in terms of, like, the topics.

19           So if you were -- if you went on there and you said

20   something that wasn't in line with what al'Qaida believes, they

21   would kick you off.

22   Q.   So was that a form of censorship?

23   A.   Yeah, you could call it that.  Yes.

24   Q.   And did that -- is that point significant as we move

25   through your testimony today?  In other words, as we start

74

1    talking about other platforms?

2    A.  Yes.  This is something that has major ramifications

3    through the history of terrorists' use of social media of -- as

4    it changes.

5    Q.  So at this point in time, when forums and bulletin boards

6    are being used, you're watching this in real time?

7    A.  Yes.

8    Q.  So al'Qaida's messaging, did they have official websites

9    for al'Qaida at this time?

10   A.  Yes.  So their -- they would periodically have websites,

11   and those websites would get taken down.  So they were mostly

12   ending up doing all their official messaging in these forums.

13   Q.  I want to turn now to Twitter.  Is Twitter around in 2010,

14   and is it being used in 2010 by terrorist groups?

15   A.  So it is around, but it does not start really getting used

16   by terrorist groups until about 2012.

17   Q.  What happens in about 2012?  I see you kind of give an

18   approximation hand sign there.

19   A.  Yes.  So in 2012, or really even just take a step back, or

20   a year before that, starting around 2011, the really big thing

21   that's happening in the world is the Arab Spring.  So you have

22   a whole new group of people who are using Twitter, sort of

23   catching up to the rest of the world, or at least to America,

24   and that includes a lot of people from Middle Eastern

25   countries.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1          And so eventually the al'Qaida supporters are also

2    catching up to that part of it and saying, "Hey, well,

3    everybody else is using Twitter.  Why aren't we using Twitter?"

4    And you have a couple of what we would now call influencers who

5    make the jump from the forums to Twitter, perhaps in part

6    because they're fed up with being told what they are or are not

7    allowed to talk about.

8    Q.  So you use the word "influencers."  Is that sort of like a

9    2025-type terminology?

10   A.  It is.  These were people who were really popular in their

11   community, and they're considered, like a -- they would write

12   articles, and people were really paying attention to what they

13   were talking about.

14   Q.  And when you're talking about influencers in 2011 or 2012,

15   are you talking about terrorist influencers specifically?

16   A.  Yes.  So these were members of the al'Qaida supporter

17   community that were, internally to that community, very

18   popular.

19          THE COURT:  We're going to go ahead and have our

20   morning break.

21          MS. MOHSIN:  Yes, your Honor.

22          THE COURT:  Members of the jury, you may retire to the

23   jury room at this time.  You must follow the instructions of my

24   staff.

25          THE LAW CLERK:  All rise for the jury.

1          (Whereupon the jury was excused, 10:31 a.m.)

2               THE COURT:  Ms. Vaughan, you may step down during this

3     break.

4               I am going to announce a ruling.  Counsel, I am going

5     to allow for the admission of the proposed exhibit, Defense

6     Exhibit D.

7          (DX D received in evidence.)

8               MR. GEROMETTA:  Thank you, your Honor.

9               THE COURT:  So I will return it for you-all, and it

10    will be handled like the other exhibits are.  Any additional

11    collateral matters, I assume that you-all will bring up to the

12    Court.

13              All right?  We are in recess for ten minutes.

14              THE COURT CLERK:  Court is in recess.

15              MS. MOHSIN:  Judge -- I'm so sorry.  Before we publish

16    that exhibit, I think we need to have a conversation about a

17    limiting instruction.  I'm concerned about how that exhibit is

18    going to be used, so if we could just discuss that beforehand.

19              MR. GEROMETTA:  No problem.

20         (Court in recess, 10:33 a.m.)

21         (Back on the record, 10:44 a.m.)

22              THE COURT CLERK:  All rise.  The United States

23    District Court for the Eastern District of Michigan is back in

24    session.

25              THE COURT:  We will have the jury brought back out.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
1            THE LAW CLERK:  All rise for the jury.
2        (Whereupon the jury entered the courtroom, 10:46 a.m.)
3            THE COURT:  Members of the jury, you all may be
4    seated.
5            Everyone in the courtroom may be seated.
6            Ms. Mohsin, you may continue with direct examination.
7            MS. MOHSIN:  Thank you, your Honor.
8    BY MS. MOHSIN:
9    Q.  Ms. Vaughan, before the break I think we were talking about
10   Twitter and the Arab Spring.
11   A.  Mm-hmm.
12   Q.  You were working for the FBI in this time period.  And were
13   you observing what was going on on Twitter?
14   A.  Yes.  For us, we're always wondering -- when I say "us," I
15   mean analysts and the FBI more generally -- always wondering if
16   terrorist groups were going to move to a different social media
17   platform.  So this was definitely something that was of
18   interest to me.
19   Q.  And did that happen?  Did terrorist groups move from these
20   bulletin boards to Twitter first?
21   A.  Yes.  It seemed like kind of a natural shift that, you
22   know, once you have these sort of key figures of the community
23   on Twitter, there were a lot of people who followed them.  And
24   then very, very quickly, it feels like now, the presence --
25   their presence on Twitter outstripped the activity on the
```

USA v. NASER - 22-20504

```
1   forums probably at least in part because Twitter was a modern
2   social media platform with a lot of new cool features that
3   people really liked.  And the forums were sort of old and
4   decrepit.
5   Q.  Yeah.  And so what were some of these new features on
6   Twitter that were important?
7   A.  Well, the whole concept of microblogging, of tweeting, and
8   being able to write a short little message and then having that
9   reach a larger number of people who didn't have to navigate
10  this arcane organizational system.  And, you know, as a user, I
11  also like to be the recipient of more variety of information
12  than -- that's coming to you instead of you having to go out
13  and find it.
14  Q.  Did al'Qaida make a move to Twitter?
15  A.  Well, really they resisted it until -- until they were
16  risking irrelevance by not being on Twitter.
17  Q.  And did it have an impact -- Twitter, I mean -- on the
18  messaging that al'Qaida was sort of putting out there?
19  A.  Yes.  So they then had to work a lot harder to push their
20  message, but also they could no longer control the
21  conversations that were occurring around those messages because
22  al'Qaida couldn't kick somebody off Twitter if they didn't like
23  what they were saying.
24          So you had a lot more different kinds of conversations
25  that had been going on than there were before, and you had a
```

```
1   lot more different kinds of people who had never participated
2   in these communities before who now, all of a sudden, could do
3   so because it was happening on Twitter instead of in some
4   weird, shady corner of the internet.
5   Q.  Now, around this time, and I'm talking about 2011, 2012, in
6   that time period was AQI, al'Qaida in Iraq, and ISI, the
7   Islamic State, was this group also using Twitter?
8   A.  At the time I don't know if they had a solid official
9   presence because, like I said, at that initial point they were
10  resisting the move away from these controlled dissemination
11  conduits, you might say.  But definitely their material was
12  starting to get republished there because that's where their
13  supporters were going.
14  Q.  So was the fact that supporters were using Twitter a factor
15  in the decision of these organizations to move to Twitter?
16  A.  Yes.  A key feature of terrorism itself is that there's a
17  message attached to it, and if you're not getting your message
18  out, then you're not going to succeed in your goals, which are
19  to convince people that your cause is the right one.  So
20  they -- they really needed to go to where the people were if
21  the people weren't going to come to them anymore.
22  Q.  Now, did you see -- during this time period, did you see
23  the messaging reach a broader audience?
24  A.  Yes.  So moving along with the timeline, you had -- I
25  should take a step back and say up to this point the vast
```

1    majority of this content is in Arabic.  So if you didn't speak

2    Arabic, you weren't really able to engage with a community or

3    even read the material.  But when you have people start moving

4    to Twitter and you have the community, the audience is growing,

5    and, you know, you no longer have this barrier to entry of

6    needing to be able to find, join the forum and then not get

7    kicked off all without being able to speak the language that

8    these people are speaking.  So you have this increasingly large

9    wave of non-Arabic speakers, including English speakers, who

10   are suddenly able to find and engage with this content in a way

11   they never were able to before.

12   Q.  Does there come a time where, you know, ISIS takes off?  By

13   that I mean the declaration of the Caliphate?

14   A.  Yes.  So in this what you might think of as a new-found

15   environment of intellectual freedom, al'Qaida in Iraq has their

16   great schism with al'Qaida senior leadership.  And then they --

17   at that point now they feel free to sort of do it however they

18   want to do it, to control their messaging the way they want to

19   message.

20        And so they almost explode out onto the social media

21   scene with these -- these very, you know, slick videos and

22   articles.  They're able to craft media that appeals to a wider

23   and younger audience very quickly and very well, so they almost

24   really go viral in terms of their reach to new audiences.

25   Q.  And you had said that those new audiences included English

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1  speakers.  Did that include people in the United States?

2  A.  Yes.

3  Q.  What was Twitter doing at this time?  In other words, when

4  some of this content of these terrorist organizations is being

5  disseminated on Twitter, what is Twitter doing?  What's their

6  response?

7  A.  They were not doing very much at all.  So by this point in

8  time the Taliban had actually been on Twitter first and for a

9  much longer period of time.  They were really early adopters,

10  and Twitter didn't seem to care very much about that.

11       And at that time, too, Twitter was very much --

12  possibly because of how important Twitter was to the Arab

13  Spring, they were very much broadcasting an image of, you know,

14  "We're the free speech company.  We're going to let people --

15  even if we don't like their speech, we're still going to let

16  them say it because that's what we believe as a company."  So

17  they're not really doing anything.

18  Q.  Does there come a time where they do begin to take down

19  certain sites or messages on Twitter?

20  A.  Yes.  So around 2015 was really reaching the peak of the

21  Islamic State both territorially and in terms of the volume of

22  their activity and the number of people who are in it.  So at

23  that point in time they sort of launch a campaign of media

24  releases where you have -- perhaps most infamously you have a

25  series of beheadings, beheading videos done by -- Jihadi John

**AMY VAUGHAN - DIRECT BY MS. MOHSIN**

1  was the nickname given to the executioner -- of Western aid

2  workers and journalist Steven Sotloff, Peter Kassig, James

3  Foley.  Those images were -- videos were broadcasted

4  everywhere.

5       You have -- there was a Jordanian who crashed his

6  plane, and he was captured, and they -- they put him in a cage,

7  and they burned him to death, and they filmed that.  They

8  captured prisoners and put them in cages and slowly drowned

9  them.  They were throwing people off buildings for being LGBTQ.

10      And all of that was getting posted on Twitter for the

11  whole world to see.  And obviously Twitter started to think

12  that perhaps the benefits were no longer balancing the downside

13  of free speech, and they started to remove that content, and

14  they started to suspend people who were supporting ISIS from

15  Twitter increasingly aggressively.

16  Q.  And you said that started roughly around 2015; is that

17  right?

18  A.  Yes.

19  Q.  So what did ISIS do in response?  In other words, Twitter

20  is now creating -- or taking down content.  Is that an accurate

21  statement?  Is that fair?

22  A.  Yes.  They were taking down content, and they were

23  suspending people's accounts entirely.  There would be -- there

24  was a particularly famous ISIS member named Junaid Hussain, and

25  he would brag that he would get suspended every five minutes.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   So he could no longer effectively operate on Twitter.

2   Q.  What was the response by ISIS?

3   A.  So they had already been -- this whole concept of the

4   social media platforms are coming after them and taking away

5   their access, not new to them, so they were always working on

6   alternative means of dissemination.  And so they had already

7   been starting to develop a presence on Telegram.  But after

8   this -- start of this countercampaign by Twitter, they started

9   to get everybody moving onto Telegram.  And eventually they

10  officially endorsed Telegram as "This is where we're going to

11  release our material, and this is where you should come if you

12  want to talk to us."

13  Q.  So I just want to unpack that a little.  You said "they";

14  you're talking about ISIS?

15  A.  Yes.

16  Q.  When ISIS's media content was taken down and accounts were

17  closed by Twitter, you're saying that ISIS official response

18  was to endorse Twitter?

19  A.  To endorse Telegram.

20  Q.  Sorry.  Telegram.

21  A.  Yeah.  They had kind of a rapid shift over the course of,

22  say, like a year of all the supporters moving to Telegram, and

23  ISIS is saying, "You know what, actually, you don't need to be

24  on Twitter anymore.  Come get on Telegram with us."

25  Q.  Why Telegram?

1   A.   So at that time Telegram was advertising itself -- and it

2   was really one of the first to do this -- as, like, the

3   privacy-focused messaging application.  But they were also --

4   much like Twitter had been before, they were saying, "We are

5   pro-free speech; we're anticensorship; we're antigovernment.

6   If the police come and ask us for things, we're not going --

7   we're going to tell them no."  And so they -- they were saying

8   explicitly, "We're not going to censor you."  So ISIS was

9   taking advantage of that stance.

10  Q.   And did -- when did this occur approximately?

11  A.   So this -- so they started getting on Telegram in 2014, and

12  then around -- probably around 2016 is when you're seeing the

13  most movement from Telegram to Twitter.

14  Q.   I want to direct your attention now to the Aws Naser

15  investigation.

16          Were you asked to examine digital evidence in this

17  case?

18  A.   Yes.

19  Q.   What kind of evidence were you asked to examine?

20  A.   So there were a variety of seized phones and a little bit

21  of social media data.

22  Q.   And what were you asked to do?

23  A.   So initially the case team approached me because there was

24  a Telegram bot that was involved, and they needed someone who

25  could explain, you know, what's a Telegram bot and try to help

1  them figure out, you know, what it was doing.

2  Q.  Okay.  And so in order for you to do that, you know, how

3  did you prepare to respond to that?

4  A.  So I -- I asked them to look at the raw data.  I -- you

5  know, I had outlined to them sort of how it works and the

6  information that I would need to see and how -- where they

7  might find it, which, again, was mostly looking at the seized

8  devices that belonged to the defendant.

9  Q.  And did you look at a limited amount of information, or was

10  your scope a little broader?

11  A.  Well, eventually I realized I needed to look at kind of

12  anything related to Telegram, so just -- but I didn't go too

13  far outside of that.

14  Q.  Okay.  Did you also look at another device in connection

15  with -- with the work that you did?

16  A.  Yes.  So there was a Telegram group the defendant was a

17  member of, and the administrator of that group had been -- had

18  been arrested, and his phone had been seized, and we had gotten

19  an image of it.  So that provided another useful angle of --

20  into that particular Telegram group.

21  Q.  And this individual, was this Ayman Abdallah Husayn?

22  A.  Yes.

23  Q.  And were you talking about his devices that you looked at?

24  A.  Yes.

25  Q.  All right.  Was the majority of the work that you did in

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    this case connected to a particular phone?

2    A.   Yes.  So there are three phones.  There's Ayman Abdallah

3    Husayn's phone, and then there was -- for the defendant's

4    devices, there was an LG phone and an iPhone.  So I primarily

5    was looking at the LG phone because the Telegram app on the

6    iPhone had been deleted, so there wasn't a lot for me to look

7    at.

8    Q.   All right.  So did you prepare a PowerPoint presentation to

9    assist with your testimony here today?

10   A.   Yes, I have.

11   Q.   And has that been marked as Government's Exhibit 10-1?  Do

12   you know the government --

13   A.   Sorry.  Yes, it is 10-1.

14        MS. MOHSIN:  Your Honor, I would like to publish 10-1

15   as a demonstrative for the purposes of Ms. Vaughan's testimony.

16        MS. BASHA:  No objection, your Honor.

17        THE COURT:  You may proceed.

18        MS. MOHSIN:  Thank you.

19        Ms. Faucheux, would you please publish 10-1.

20   BY MS. MOHSIN:

21   Q.   I'm going to ask you to -- by the way, this is a slide deck

22   that you prepared; is that right?

23   A.   Yes.

24   Q.   Okay.

25        MS. MOHSIN:  Please go to slide 2.

1    BY MS. MOHSIN:

2    Q.  Can you tell the jury what we're looking at here?

3    A.  Yes.  So I want to start by simply explaining what Telegram

4    is for people who have not ever seen it or used it before.  So

5    it's a chatting app.  You know, there are quite a few nowadays.

6    You might think of it as broadly analogous to, like, Facebook

7    Messenger, WhatsApp, or Signal, if you use any of those.

8          It is end-to-end encrypted, which is one of its big

9    features that it advertised when it came out, which simply

10   means that if you're -- if someone is intercepting your

11   Telegram traffic from your phone, they are not going to be able

12   to read because it's encrypted as it goes from point A to

13   point B.

14   Q.  Okay.

15   A.  And, of course, this is a picture of what it looks like.

16   Q.  So the image on the right is what Telegram looks like if

17   you were to install it on your phone?

18   A.  Yes.

19   Q.  Okay.  How does Telegram compare to programs like Facebook

20   Messenger, WhatsApp, or Signal?

21   A.  So now they're all very similar in terms of their features,

22   but for Telegram, its privacy features are most like Signal.

23   So there's a feature called the Telegram secret chat, which

24   we're going to talk about momentarily, but Signal is basically

25   all secret chat all the time in that there are extra privacy

1    features that make it so that, you know, pretty much nobody can

2    steal your messages and read them.

3              And all of these apps also let you, you know, send

4    attachments.  You can have private messages, like, one-on-one

5    with a friend, or you can have group chats.  And then Telegram

6    has some unique features like channels that we're also going to

7    address momentarily.

8              MS. MOHSIN:  All right.  Let's move to slide 3,

9    please.

10   BY MS. MOHSIN:

11   Q.  Can you tell the members of the jury how does a person

12   access Telegram?

13   A.  Yes.  So Telegram is an open source app.  So what this

14   means is there's a company called Telegram, and they have their

15   product, also called Telegram.  They have official applications

16   that they publish that are the way that most people use

17   Telegram.

18             But then anybody can actually look at the Telegram

19   source code and read it and see how it works and build their

20   own application, and people do.  So you have -- you have these

21   official apps, and the paper plane icon is the official --

22   that's the icon of the official app.  And then you have, like I

23   said, third-party apps that are made by other people, but it's

24   all still the same platform.  So one of the third-party apps

25   that we encounter in this evidence is called Plus Messenger,

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1  and that's the icon for Plus Messenger.

2  Q.  So you're talking about this icon here [indicating] is for

3  Plus Messenger?

4  A.  Yes.

5  Q.  And you can use Telegram on Plus Messenger?

6  A.  Yes.  It's just, like, an app made by a different company

7  instead of an app made by Telegram.

8  Q.  So for those of us who maybe need a little more

9  explanation, if somebody has a Gmail account, can you give the

10  jury an example of -- or a, you know, an analogy using Gmail?

11  A.  Sure.  Yes.  So with Gmail, you have your Google email

12  address, and most people are going to use the Gmail app or the

13  website to access that because that -- Google makes it easy for

14  you to do that.

15       But if you -- let's say you just didn't like the Gmail

16  app, you could plug your Gmail into a different app like

17  Outlook or -- that would be kind of weird -- or Thunderbird or

18  something like that.  So you have an app that has -- that's the

19  way that you like it instead of the way that Google likes it.

20  Q.  Okay.  So Telegram is the same way?

21  A.  Yeah.

22  Q.  Directing your attention to slide 4.  What's the difference

23  between Telegram on a mobile app versus their website?

24  A.  Yes.  So you can use Telegram on a mobile app or, you know,

25  a phone or a tablet.  You can also use it, without installing

```
1    an app at all, on the web, and you can also -- there's a

2    desktop app that you can install for Windows and Mac.

3            And the experience across all three of those is

4    virtually identical.  So the pictures I have up on the screen,

5    on the left-hand side I have just -- this is an official

6    picture of the mobile app.  And on the right-hand side, this is

7    an official picture of the desktop app.  And you see it's

8    basically exactly the same.  It's just a question of how much

9    screen you have.  So, you know, it can only show so much at

10   once on a mobile screen, but otherwise, it's identical.

11   Q.  Okay.  Slide 5, please.

12           If an individual wants to create a Telegram account,

13   how can that person do so?

14   A.  So in order to create a Telegram account, you need a phone

15   number, and it needs to be a phone number that can receive text

16   messages.  So when you open up the app, it says, "Give us your

17   phone number," you type it in, and then you have a Telegram

18   account.

19   Q.  So what additional information do you need to include?  For

20   instance, do you have to put your name or your address or your

21   date of birth or your city of residence or anything else to

22   create a Telegram account?

23   A.  So you do need a name, and you could have a user name of

24   like @amy, or you could have a display name, which could be

25   anything.  The main difference between those two is that if you
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   have a user name, it makes it easier for people to search for

2   you.  But you're only allowed to use, you know, English

3   characters and numbers.  So, like, let's say if you want to

4   write your name in Arabic, you have a display name that's in

5   Arabic.

6   Q.  So your user name, does that have to be in English?

7   A.  Yes.

8   Q.  And does it have to be a unique name compared to all the

9   other Telegram users out there?

10  A.  Yes.

11  Q.  And so your display name, that can be in any language or

12  alphabet?

13  A.  Yes, and it doesn't have to be unique.

14  Q.  And it doesn't have to be unique.  So you could have ten

15  Amys --

16  A.  Yes.

17  Q.  -- or a thousand?

18       Okay.  Now, you indicated that you need a user name

19  and you need a phone number.  And when you set up a Telegram

20  account with a phone number, does the individual setting it up

21  receive some sort of text or authentication process?

22  A.  Yes.  So on the next slide I have how you log in.  So one

23  way you can do it is you can take your phone and scan a QR

24  code, especially if you're logging in on, like, a desktop, or

25  as the red arrow is indicating, on the next slide --

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
 1              MS. MOHSIN:  So please go to the next slide, which is
 2    number 7, I believe.
 3    A.  And this is -- the way that you would normally log into
 4    Telegram, especially in the year 2017, is they send you a text
 5    message, and you have to enter that text message.  There's no
 6    password.  That's just it.  You just need the code.
 7    BY MS. MOHSIN:
 8    Q.  And when you're talking about the code, are you talking
 9    about this number here?  I'm using the...
10    A.  Yes.  So that's -- you would have gotten, like, a little
11    text message drop-down, and this iPhone is prefilling that for
12    this example.
13    Q.  Okay.  Now, what happens if you log out of your Telegram
14    account?  How do you log back in?
15    A.  You have to repeat this process by receiving a code and
16    then entering a code.
17    Q.  So I just want to kind of fast-forward for a minute on this
18    point.  If somebody has a phone number, for instance, that
19    begins with 310 and they set up a Telegram account with that
20    310 phone number, would they receive the text on that 310 phone
21    number?
22    A.  Yes.
23    Q.  After they successfully log in, if they log out, how can
24    they get back into that account?
25    A.  So they would go to the screen, and that would prompt the
```

1    sending of an additional text message that they would have to

2    enter.

3    Q.  If they were logged into an account using a 310 number and

4    then they no longer used that number -- it was no longer an

5    active number -- and they got a 248 number, how would that

6    affect their ability to log in to their Telegram account that

7    pre-existed that 248 number?

8    A.  So if they -- if they make an account and it's tied to a

9    particular phone number and then they lose access to that phone

10   number, they lose access to that account.

11   Q.  Okay.  I want to direct your attention now to proposed

12   Exhibit 16-10 and 16-11.  Prior to your testimony here today,

13   did you look at those two exhibits?

14   A.  Yes, I did.

15   Q.  And are they related to Telegram codes?

16   A.  Yes.

17   Q.  Okay.

18            THE COURT:  We're going to have a quick standing

19   stretch break.

20            Members of the jury, you're welcome to stand.

21   Everyone in the courtroom is welcome to stand.

22       (Stretch break.)

23            THE COURT:  All right.  Everyone may be seated.

24            Members of the jury, if you need to stand up, you're

25   welcome to stand and just approach our court security officer.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
1    You may stand directly next to the court security officer.  You
2    don't have to ask for permission.
3              Go ahead, Ms. Mohsin.
4    BY MS. MOHSIN:
5    Q.  Ms. Vaughan, are you familiar with these two exhibits?
6    A.  Yes.
7    Q.  What are they?
8    A.  So these are Telegram login codes that were sent by text
9    message.
10   Q.  All right.
11             MS. MOHSIN:  Your Honor, the government at this time
12   moves for the admission of Proposed Exhibits 16-10 and 16-11.
13             MS. BASHA:  No objection, your Honor.
14             THE COURT:  Admitted.
15             MS. MOHSIN:  Thank you, your Honor.
16      (GX 16-10 and 16-11 received in evidence.)
17             MS. MOHSIN:  Ms. Faucheux, would you please publish
18   page 1 of 16-10.  Zoom in on the top, please.
19   BY MS. MOHSIN:
20   Q.  Ms. Vaughan, is this -- can you just tell the members of
21   the jury what we're looking at here?
22   A.  So this is a -- what we call metadata, so -- which is just
23   data about the thing we're about to look at, that is telling us
24   this is a -- something that was sent to this number here that
25   ends in 1825, its destination.
```

1  Q.  And so that's a 248 number, isn't it?

2  A.  Yes, 248.  Yes.

3  Q.  And so is that an area code?

4  A.  Yes.

5  Q.  And when was this thing that we're about to see sent?

6  A.  October 12th, 2017, at about 1:44 p.m.

7       MS. MOHSIN:  Okay.  Can you please show the top of

8  page 2, please, Ms. Faucheux?

9  BY MS. MOHSIN:

10 Q.  What are we looking at here?

11 A.  So this -- the part at the top is the actual text message.

12 It says "Telegram code 79388."  So that would have been the

13 login code that the Telegram user with this phone number would

14 have needed to enter in order to log in.

15      MS. MOHSIN:  Okay.  Please publish Exhibit 16-11,

16 page 1, at the top.

17 BY MS. MOHSIN:

18 Q.  Are we looking at a substantially similar document?

19 A.  Yes.  It's just this one's on a different date.

20 Q.  And what is that date?

21 A.  October 22nd, 2017, at about 3:48 p.m.

22 Q.  Now, again, fast-forwarding, is that date of some

23 significance in this investigation?

24 A.  Yes, I believe so.

25 Q.  And was this a document that relates to that 248 number,

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   the same number that we saw in the previous exhibit?

2   A.  Yes.

3        MS. MOHSIN:  Could you please publish the top of

4   page 2, please, Ms. Faucheux?

5   BY MS. MOHSIN:

6   Q.  What's depicted, Ms. Vaughan?

7   A.  So, again, the part at the top, it says "Telegram code

8   84036."  This is another login code that would have needed to

9   be entered to get access to that account associated with that

10  phone number.

11  Q.  Thank you.

12       MS. MOHSIN:  Ms. Faucheux, would you please return us

13  to slide 7 of Exhibit 10-1.

14  BY MS. MOHSIN:

15  Q.  So, Ms. Vaughan, we were talking about how to log in to

16  Telegram, and I think we also talked about what happens if you

17  log out.  What happens if you uninstall the application?

18  A.  You would be logged out.

19  Q.  And so would you have to then go through that same process

20  of logging in with your phone number and then receiving a text

21  message?

22  A.  Yes.  If you reinstall or use a different app, you'd have

23  to log in again.

24  Q.  Okay.  Slide 8, please.

25       What kind of conversations can you have over Telegram?

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   A.   So to start with, the simplest one is what we call the

2   chat, although I'm going to probably use the term "direct

3   message" or "private message," just because otherwise the

4   nomenclature gets a little confusing.  But this is a

5   one-to-one, you know, direct message between you and somebody

6   else.

7          So if you looked at the image, the -- like, the very

8   one on the top, it says Alicia Torreaux, that's most likely a

9   chat.

10  Q.   This one here?  [Indicating.]

11  A.   Yes.  Yeah.

12         And then you can have a secret chat, which I mentioned

13  a little bit earlier.  So if you look at the line here -- it's

14  towards the bottom, and it's in green and there's a little

15  lock.  And it says "Little Sister."  So that's a secret chat.

16         So the -- again, this is a one-to-one, but unlike the

17  chat, the secret chat only exists on the phones of the people

18  who are involved in the conversation.  So it never touches the

19  Telegram server, which means if you -- like, say, you get

20  another phone and you don't back up those messages, they're

21  gone forever.

22  Q.   Okay.

23  A.   Then you have groups.  So this is a -- just more than two

24  people.  And everybody who is in the group can participate.  So

25  they can send messages, even though you may have a group admin.

**AMY VAUGHAN - DIRECT BY MS. MOHSIN**

1          And then a super group is just a group that lets you

2     have more people.  Because they used to have a cap on how many

3     people could be in a group.

4          And then, lastly, you have a channel.  And a channel

5     is a one-way broadcast, where the -- only the owner is allowed

6     to send messages.  And you subscribe to it and you get those

7     messages; you can't respond back.

8          So if we look at -- again, at the example, that one

9     that says "Animal Videos" is most likely a channel.  And all

10    the messages would appear to come from Animal Videos, even

11    if -- even if somebody not named Animal Videos is the one

12    actually typing the message.

13    Q.  So a channel, is that like a radio?

14    A.  Yeah, it's kind of like a radio.  I mean, you can yell at

15    your radio, but they're not going to hear you.

16    Q.  But the other types of communications, you can go back and

17    forth?

18    A.  Yes.

19    Q.  Slide 9, please.

20         So if an individual has a Telegram account, how can

21    they find things or groups or channels or individuals to chat

22    with?

23    A.  Yes.  So unlike a lot of other social media apps, Telegram

24    doesn't have, like, a public square or public timeline.  If you

25    want to get content, you have to go out and find it.  So

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    there's a couple different ways of doing that.

2         The first way -- so to join the majority of channels

3    or groups, if they are -- there's some that are public, where

4    you can search for them and find them, which -- like the

5    example image is an example of using search to find things to

6    subscribe to.  So you would -- you could search for it and join

7    it without needing any permission.

8         But the majority of groups are not public, so in order

9    for you to join them, you need to have an invite link.  An

10   invite link, it looks like -- I have written here,

11   t.me/something.  So you would get some link from somewhere --

12   and it doesn't even have to be from Telegram.  It could be from

13   some other social media platform.  But you click on that link,

14   and it will send you to the appropriate group or channel.

15        And like I mentioned, you can also -- you can use a

16   search function to find things, if people are -- have their

17   setting -- privacy settings to where you can find them.  And a

18   lot of the times when you're in one group, people are going to

19   share links to join other groups.

20        And then the last method that you can use is

21   potentially Google or another search engine.  If a group is

22   public, those messages can be seen on the web without needing

23   to actually log in.  So they're indexed by Google sometimes.

24   Q.  So there are private and public groups?

25   A.  Yes.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   Q.   And -- and they're topic based?

2   A.   Generally, yes.  So, I mean, it's really up to the users to

3   decide how they want -- like, what they want their chat to be

4   about.  Obviously you'd have, like, a group chat with your

5   friends or a group that's only about, you know, one specific

6   thing that you want to talk about.

7   Q.   Are there groups in Telegram that are focused on ISIS?

8   A.   Yes.

9   Q.   Are there lots of groups on Telegram that are focused on

10  ISIS?

11  A.   Yes, there are.

12  Q.   Are there groups on Telegram that are focused on things

13  like making explosives?

14  A.   Yes.

15  Q.   All right.  Directing your attention to slide 10.  So once

16  you have a Telegram account and you have selected a group, how

17  do you use Telegram?

18  A.   So this is the example, an image of the desktop from

19  before, but, again, it's the same across all different

20  experiences.  You will see on the left-hand side is your list

21  of chats, groups, and channels that you're in, and you would

22  click on one of those.  And then on the right-hand side, it's

23  going to pull up the actual conversations that are occurring in

24  there.

25        So in this example, up top we have the name of the

 1    group, which is Wave Hunters.  And you could see, you know,
 2    there's, like, 2,000 -- almost 3,000 members.  And then below
 3    that is -- now you're starting to see the messages as they're
 4    coming in.
 5           So I do want to pause to point out, even though you
 6    can't see it, Telegram messages are numbered sequentially.  So
 7    when you start a new group, the very first message is message
 8    number 1 and then it goes on, you know, message number 2,
 9    message number 3, et cetera.
10           You can send a variety of different kinds of messages,
11    like text messages.  So you see, you know, there's a message
12    there from Roberto saying, "It's still morning in Tokyo,"
13    emoji.  You can send stickers.  So that's actually what the
14    banana is.  These are provided by Telegram.  You can send
15    attachments, and the attachments can be almost anything, like
16    images, videos, audio, documents, kind of whatever you want.
17           You can also reply to somebody else's message.  So the
18    very first message in green, on the top, is the user is
19    replying to Roberto.  And so, like, Roberto would see that
20    you're specifically directing your message at him.
21           And although we don't have an example on this slide,
22    you can also forward messages from one conversation to another,
23    in which case the original message is kind of attached, in a
24    very similar way to the reply, to your new message.
25    Q.  So this idea of numbered-sequentially messages, being

1   numbered subsequently, and the forwarding of messages, are we
2   going to talk a little bit more about that as it relates to
3   this investigation?
4   A.  Yes.
5   Q.  Slide 11, please.
6        What's a bot?
7   A.  So a bot in this instance is -- it's like a program that is
8   running somewhere, and it takes commands.  So Telegram bots
9   were a feature from the beginning, and it's one that continues
10  to be very popular because they don't really limit how you can
11  use bots.  And people have found all kinds of creative ways to
12  use them.
13  Q.  You mean Telegram doesn't limit it, or just the technology?
14  A.  Yeah, Telegram doesn't limit how they're used.
15  Q.  Okay.
16  A.  So you have other social media platforms that impose
17  limits.  But Telegram even, like, lets you automatically send
18  money through bots, things like this.
19       So you're really only limited by your imagination, but
20  the core feature is that it's something that you send a message
21  to on Telegram, you give it a command, and then it
22  automatically performs some task.
23  Q.  Can you give an example?
24  A.  Yes.  I have some examples in my next two slides here.
25  Q.  Next slide, please.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    A.  So this one is a little bit special because it's like an

2    initial integration with another big company.  That company is

3    called Yandex, which is sort of like the Russian version of

4    Google.

5           So this is a bot that Yandex made with Telegram.  And

6    if you see at the beginning there, you type /start.  So you

7    interact with bots through sending slash commands.  So we'll

8    use that term later.  So you're saying, /start, "Okay, bot, I

9    want to do some stuff."

10          In this case, when you type -- as you see in this

11   example, I'm typing "Jefferson Memorial," and I previously

12   typed "Washington Monument."  It's doing an image search of

13   whatever I'm typing and then returning those images for me.

14   And then I can pick the one that I want, and it will be posted

15   in our chat.  And then I can go, "Send it to my friend" or

16   something like that.

17   Q.  So this is an example of using a bot?

18   A.  Yes.

19   Q.  Okay.  Next slide, please.

20   A.  This is another example of a bot that's a slightly

21   different style.  So this is one I found that somebody made

22   called Lou.  And it is actually just a -- like a conduit

23   between Telegram and ChatGPT.  So this is letting you talk to

24   ChatGPT through Telegram.  And the person who made Lou had

25   some, like, preset options of -- for how -- for questions you

1    could ask Lou/ChatGPT as buttons.

2           So if you see down here at the bottom, it says

3    "Comedy," "Action," "Romance."  So these are big buttons.  You

4    see here it's asking -- the person has asked them, "Help me

5    find a movie to watch."  Then there are options.  It's asking

6    you to supply a genre, and your options are comedy, action, and

7    romance.  I guess because those are the only types of movies

8    that ChatGPT knows about.  And then you click on a button for

9    the option that you want.

10          So the buttons are -- there's only two ways you can

11   really interact with bots on Telegram.  One is by the slash

12   commands, and the other way is through clicking on the buttons.

13   Q.  Now, can you program buttons to send information out?

14   A.  Yes.

15   Q.  Okay.  And we're going to get into that too?

16   A.  Yes.  So another way that bots are very commonly used is to

17   forward messages automatically.

18   Q.  Okay.  And can you give an example of when you might want

19   to forward a message automatically?

20   A.  So just to make one up, right?  It would go back to the

21   soccer example.  Like maybe there's an official -- like I said,

22   Manchester United earlier.  There's an official Manchester

23   United channel.  And you have your soccer group chat with your

24   friends and you wanted to set it up so that any time Manchester

25   United sends a message on their official channel, it gets

```
 1   forwarded to your group chat directly so you guys can talk
 2   about it.  So you might make a bot that does that.
 3   Q.  So you don't have to go looking for it?
 4   A.  Right.  It's programmed to automatically just bring it to
 5   you.
 6   Q.  Slide 14, please?
 7           How do you make a bot?
 8   A.  So this is a little silly, but this is actually what it is
 9   called in real life.  So Telegram has something called the
10   BotFather, and this is their official picture of the BotFather.
11   Q.  So this is Telegram's official picture, not yours?
12   A.  Yes.  I did not make this up.  I don't think I could have.
13           But, so you have to message the BotFather, and the
14   BotFather is also itself a bot.  So you see that it takes slash
15   commands.
16           And essentially you send it the slash command that
17   says that you want to make a new bot.
18   Q.  Okay.  I'm going to give you this --
19   A.  Sure.
20   Q.  -- laser pointer.
21           THE COURT:  Just to clarify, Ms. Vaughan, this
22   BotFather is for setting up any bot in Telegram?
23           THE WITNESS:  Yes.
24           THE COURT:  All right.
25           THE WITNESS:  This is the only way you can get a bot
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    in Telegram, and it's run by the company.

2            THE COURT:  Thank you.

3            Go ahead, Ms. Mohsin.

4    BY MS. MOHSIN:

5    Q.  So there's a lot of words on this screen, so if you could

6    just use that laser pointer and explain how you make a bot.

7    A.  So you start the conversation with that /start, and you see

8    it's giving you all the instructions for all the things you can

9    do.  But the main one that you want is /newbot to make a new

10   bot.  And then, of course, if you've already made some, you can

11   send it another command to remind you, like, "Here's all the

12   bots that you own."

13           And these are just different configuration commands,

14   including, like, you know, delete a bot if you don't want it

15   anymore.

16           But once you hit that /newbot -- and this slide

17   [indicating] is showing you what happens after that, where the

18   first thing you have to do is pick a name.  And the name has to

19   be unique, and it also has to end in "bot."  It could be upper

20   case or lower case, but it has to end in "bot" so that other

21   people on Telegram know that it's not a real person.

22           And once you have finished, you know -- like, whoever

23   did this example for the company, like, couldn't think of a

24   unique name, but they did eventually, and so they completed

25   this process and the bot is created by the company.

**AMY VAUGHAN - DIRECT BY MS. MOHSIN**

1       And then what's not shown here is the BotFather gives

2  you what's called a key, and the key is how you actually

3  control the bot and start to program it.

4  Q.  Now fast-forwarding, is there evidence in this case that

5  the defendant created a bot?

6  A.  Yes.

7  Q.  And is there evidence that he had the BotFather key?

8  A.  Yes.

9  Q.  Did he have some of these types of messages in the media

10  that you reviewed?

11  A.  Yes.

12  Q.  Okay.  Moving on to slide 15.

13       How do you program a bot?

14  A.  So as I mentioned before, it has to be called something

15  bot, and that's -- otherwise, that's the only really

16  requirement for what it has to look like.

17       But you really need two things to make a bot actually

18  work.  The first thing you need is some kind of code that tells

19  the bot what to do.  So, you know, you have some idea in your

20  head of how you want it to behave.  You write out the code that

21  governs its behavior.  And then you need somewhere to run that

22  code.  So normally what you would do is you would rent a

23  server, and then you would run your code on that server.

24  Q.  When you say "code," software code?  What are you talking

25  about?

1   A.  Yes.  Computer code.

2   Q.  Computer code.

3   A.  There are companies that will essentially take care of that

4   whole process for you.  So they might have, like, a premade bot

5   where all you have to do is, you know, pay them, and they will

6   take care of everything, and you just set it up in a dashboard

7   or something to be exactly how you want it.  But otherwise, the

8   company -- this third-party company would take care of the

9   whole thing.

10  Q.  And are there companies -- when you talk about companies

11  that will do that for you, is that what you mean by

12  "outsourcing"?

13  A.  Yes.

14  Q.  Is there a particular company that came up in this case?

15  A.  Yes, it's called Chatfuel.

16  Q.  Chatfuel?  Okay.

17         How do you register a bot?

18  A.  So the registration process is completed with that

19  BotFather dialogue.  So if you were going to outsource it, what

20  you would do is you would still have to talk to the BotFather,

21  and then you'd give your key to the company to be able to run

22  the bot for you.

23  Q.  All right.  Let's move on now away from bots, and let's

24  talk specifically about ISIS and terrorist groups and social

25  media.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
 1              MS. MOHSIN:  Slide 16, please.
 2    BY MS. MOHSIN:
 3    Q.  Can you tell the jury a little bit about the use of
 4    Telegram and social media generally by groups like ISIS?
 5    A.  Yes.  So I mentioned a little bit earlier that terrorism is
 6    different from other types of violence in that there is a
 7    message that's involved that's really central.  The reason why
 8    you're doing violence is you want people to receive the message
 9    you're trying to send, whatever that may be.  And, you know,
10    you can't just stand outside and scream, right?  That's not
11    going to be very effective.  You need a way to ensure that
12    people are going to receive your message.  So social media
13    provides a place where terrorist groups can craft whatever kind
14    of media they want and then send it out to people and know that
15    they have received it.
16              In addition, when you -- when this is the whole point
17    is to convince people of something, you need a place where
18    people can actually discuss the message you're trying to send.
19    And ideally they'll have positive discussions about it.
20              So social media, again, provides a place where people
21    can -- where supporters or even just casual observers can go to
22    talk about the messages that terrorist groups are sending and
23    to form a community around -- like, digesting that material
24    because you really want -- you want to build a group around
25    your activities that you're going to be able to recruit from to
```

110

1   get people to support you, to finance you, and so on.

2           And, of course, on top of that, they also need a place

3   where they can communicate securely without being detected by

4   law enforcement for, you know, planning operations or sending

5   money or facilitating, whatever it is that they're trying to

6   do.

7   Q.  Is this communications strategy, does it predate the --

8   predate social media?

9   A.  Yes.  I mean, you know, in the '80s and '90s, you had

10  al'Qaida, like, mailing VHS tapes to news outlets.

11  Q.  So they were doing the same thing, but they were doing it

12  through snail mail?

13  A.  Yes.

14  Q.  Okay.  Let's move on now to slide 17.

15          I want to talk specifically about ISIS's strategy with

16  social media.  Can you explain a little bit about that?

17  A.  Yes.  So once the Caliphate was established, ISIS really

18  had a pretty streamlined message.  So their main thing they

19  wanted was to recruit supporters because they need people to

20  come and join them, right, who are going to be on their side.

21  And they needed all kinds of people from anywhere they could

22  get them.

23          And the one thing they wanted those people to do was

24  to swear allegiance.  So the term they use is "bayah."  You

25  have to give your bayah, which, basically you're saying you're

1   swearing your allegiance to the caliph, that you're going to do

2   what he tells you to do no matter what.  And their preference

3   was, once you have sworn your allegiance, that you would make

4   hijrah, which is a term -- it means migration.  It has a couple

5   of different interpretations, but in this case what they mean

6   is they want you to physically go to them and join them in

7   their territory in Iraq and Syria.

8          And their message to people was also that this is an

9   obligation that they have, a religious obligation that is

10  required for Muslims to do.  And if you cannot make hijrah, you

11  need to do an attack where you live.  And they were not

12  particularly discerning about what kinds of targets.  It was

13  really just saying, "Whatever you can, wherever you are,

14  attack, to send a message using whatever means necessary on our

15  behalf."

16  Q.  Okay.  And so was the social media that was published by

17  ISIS and their leadership, was it providing this type of

18  messaging?

19  A.  Yes.  And besides saying, you know, "This is something that

20  you need to do," they're also going to tell you how to do it.

21  Q.  All right.  And when you say "how to do it," that was where

22  no targets are off-limits and things of that nature?

23  A.  And even more specific advice, like, for example, in one of

24  their magazines, there's an article about how to do a truck

25  attack, and it includes how do you -- what kind of truck should

1    you pick, what kind of things are you going to need, what kind

2    of street is best for a truck attack, like, very, very

3    particular advice.

4    Q.  Okay.  And have you seen in that social media

5    recommendations regarding the use of explosives?

6    A.  Yes.

7    Q.  And drones?

8    A.  Yes.

9    Q.  And specific types of explosives, you know, specific ones?

10   A.  Yes.

11   Q.  Can you give an example?

12   A.  TATP is a popular one.  It's also called acetone --

13   referred to as acetone peroxide.  Let's see.  There's -- I

14   mean, there's the classic ANFO --

15   Q.  A-N-F-O?

16   A.  A-N-F-O, yeah.

17   Q.  Okay.

18   A.  All kinds of explosives.  I'm not an explosives expert, so

19   I apologize, but --

20   Q.  But these are things you've read in the media that is

21   published by ISIS?

22   A.  Yes.

23          THE COURT:  We're going to have another standing

24   stretch break.  If everyone in the courtroom would stand.

25       (Stretch break.)

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
 1              THE COURT:  We are about 25 minutes from our lunch
 2    break.  Everyone may be seated.
 3              You may continue, Ms. Mohsin.
 4    BY MS. MOHSIN:
 5    Q.  Let's move on to slide 18, please.
 6              Can you talk about ISIS on Telegram -- this is
 7    obviously a Twitter post, right?
 8    A.  Yes.
 9    Q.  Can you explain this?
10    A.  Yes.  So these are messages from Twitter that were sent --
11    the first one was sent by the defendant to someone under the
12    name Mes_lawii93.  And essentially the first message says,
13    "Peace be upon you, brother; do you have Telegram?"
14              And Mes_lawii replies, "And peace be upon you; yes, I
15    do have but it is private."
16              So essentially at this point in time in 2016, if
17    you're a ISIS supporter on Twitter, you know you're probably
18    going to get suspended from Twitter any second now and that
19    it's not a stable place to have a conversation, so you need to
20    have an alternative communications path.  And in this case, you
21    know, it's Telegram.
22    Q.  And this is the defendant's post, this defendant's post?
23    A.  Yes.
24    Q.  And these are going back to May 7th of 2016 and May 8th of
25    2016?
```

1  A.  Yes, that's correct.

2  Q.  And they were originally in Arabic and translated to

3  English as shown?

4  A.  Yes.

5  Q.  All right.  Directing your attention to slide number 19,

6  please.  How did -- can you give some detail about ISIS's media

7  operations and understanding them?

8  A.  Yes.  So we talked about how ISIS as a whole has this

9  strategy that they're trying to enact.  And their media

10  operations are a huge part of that.  And this goes all the way

11  back to Osama bin Laden.  He had a famous quote where he said

12  something to the effect of, you know, "The media jihad is as

13  important as a physical jihad," again, because it's all about

14  the message.  It's all about the point that you're trying to

15  make.

16          So they invested, and they still invest, a huge amount

17  of time and resources on creating media, on creating

18  propaganda, and disseminating it.  And their goals with that

19  are twofold.  The first thing is they want to recruit

20  followers.  They want to go recruit people to join them, to

21  support them financially, logistically, and emotionally.

22          And then the second thing they want to do is they want

23  to terrorize their enemies.  So every -- you know, every video

24  is also a message to, you know, us saying, "This is what we're

25  going to do to you."

115

1    Q.  "Us," meaning who?

2    A.  The United States of America.

3    Q.  Okay.  And I want to direct your attention now to slide 20.

4    Are there official ISIS media outlets?

5    A.  Yes.  So there is a somewhat complex system of official --

6    I'm going to use the term "outlets."  So you basically have

7    these different offices, and they each have a different

8    specialization or assignment.  And they each have a different

9    brand.

10         So ISIS was really good -- again, building on sort of

11   their legacy from al'Qaida, really good at branding and

12   creating a cohesive visual, like, image that would be

13   recognizable to people.

14         So this one is the sort of general ISIS brand.  So

15   that double square calligraphy, which it just says "Islamic

16   State" in Arabic -- oh, I'm sorry, double square [indicating].

17   And then it says "Islamic State" in English underneath.

18   That's, like, their main logo.  And when you see releases with

19   this logo, obviously that means it's coming from them.  And

20   these are what we call general releases.

21         So this on the right here [indicating], is an example

22   of a general news release.  So it's not attributed to any

23   particular outlet.  It's just sort of news from the Islamic

24   State writ large.

25   Q.  What's the one in the middle?

1  A.  So this is just another -- this is one -- this comes from a

2  particular Telegram group.  So it's just an example of the

3  exact same calligraphy being used in a different context.

4  Q.  Where did you get these images?

5  A.  These came from the defendant's phone.

6  Q.  Okay.  Directing your attention to slide number 21.  Can

7  you explain?

8  A.  Yes.  So these are some more outlets.  We're going to go

9  through several more of these.

10        So this one up top is Amaq News Agency.  So this is

11  one of the ones that's really popular and common.  So that's

12  just "Amaq" in Arabic and English.  So this is what their

13  releases look like.  They're known for their short -- short

14  releases about, you know, things that are happening.  And then

15  sometimes they're red if they're important.  And they're

16  always -- they're generally always blue.

17        And then down here --

18  Q.  I'm sorry.  When you say "red," it's hard to see.  The word

19  that is underneath 7-7-2017 is emphasized in red?  Is that what

20  you're saying?

21  A.  Yes.

22  Q.  Okay.

23  A.  So if they have, like, an emergency release, it would be --

24  they're normally blue, but if it's an emergency or it's urgent

25  or breaking news, then you're going to have little red

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    highlights.

2    Q.  And then the lower images?

3    A.  Yes.  So this one is Al-Naba.  So Al-Naba is an outlet that

4    specializes in -- and you may be able to see here.  They like

5    to make, like, statistical presentations or infographics.  So

6    we'll often see these one-pager infographics about, like, this

7    is how many -- this is how many enemies we killed today, this

8    is how many tanks we seized today.

9          And they will often appear as, like, a little

10   featurette in another media outlet's articles.  They also

11   release their own, like, little mini magazines.

12   Q.  Where did you get these images?

13   A.  Oh, these are from the defendant's phone.

14   Q.  Directing your attention to slide number 22.

15   A.  So this is another one that is -- we consider particularly

16   important.  It's called Al Hayat.  So this is what the -- this

17   is the close-up of the icon.  And this is an example of one of

18   their -- their banner ads, and their icon is up here in the

19   corner.

20         Al Hayat was one of the primary outlets responsible

21   for publishing in languages other than Arabic, particularly

22   English.  So they're the ones that published the

23   English-language and other language magazines called Dabiq and

24   Rumiyah.

25   Q.  Dabiq, D-A-B-I-Q?

1   A.   Yes.

2   Q.   And Rumiyah, which is displayed here?

3   A.   Yes.

4   Q.   And those were official ISIS magazines?

5   A.   Yes.

6   Q.   Where did you get these images?

7   A.   These were also from the defendant's phone.

8   Q.   Okay.  Directing your attention to slide number 23.

9   A.   So this is an outlet called Al-Furqan, and this is the

10  close-up of the logo.  This is one of their banner ads.

11        Al-Furqan is interesting because it's their legacy

12  outlet.  So they published as Al-Furqan when they were al'Qaida

13  in Iraq, and they basically just never stopped.

14  Q.   Okay.  Directing your attention to -- I'm sorry.  Where did

15  you get these images?

16  A.   From the defendant's phone.

17  Q.   Directing your attention to slide number 24.

18  A.   So these are two other outlets.  So this one is called

19  Albayan.  And as you might take from the fact that it's called

20  Albayan Radio, they specialized in audio content.

21        And then this one is another one that comes along a

22  little later called Nashir News.  So kind of similar in content

23  to Amaq, just with a different approach.

24  Q.   And is Albayan -- are Albayan and Nashir official outlets

25  as well?

119

1   A.   Yes.

2   Q.   Now, where did you get these images?

3   A.   So this one comes from the defendant's phone [indicating].

4   This is one [indicating] that came from, I think, the BBC or

5   something like that, just for demonstration purposes.

6   Q.   You obtained it for demonstration purposes?

7   A.   Yes.

8   Q.   Next slide, please.  Slide number 25.

9   A.   So besides these media outlets that, you know, are like for

10  some format or type of media, ISIS also had a number of

11  regional media outlets.  And the term "wilayah" refers to,

12  like, a region under their control.  So it's kind of like a

13  province.

14       So each wilayah is, like, some predefined little area,

15  and there's a governor who is responsible for that.  And then

16  they have their own media outlet as well.  And those wilayah

17  outlets, they basically -- their job is to report on whatever

18  is going on in that area, whatever that may be.

19       And they all have this exact same branding that sort

20  of is instantly recognizable, which is on the bottom of their

21  content, there's a blue bar, and it has the name -- the name in

22  English and the name in a stylized Arabic calligraphy of the

23  specific wilayah.

24       So I've got a couple here:  Wilayah Khayr, Furat,

25  Raqqah, and Jazirah, which are all different areas in Syria and

1    Iraq.

2    Q.  Are these all official ISIS media?

3    A.  Yes.

4    Q.  And if you could give an example -- you know, if you were

5    to compare this to ABC News, for instance, in the United

6    States, what example would you give?

7    A.  It's a lot like having a regional affiliate for a news

8    network.  So, you know, you have big ABC, national ABC, and

9    then you have, like, ABC, you know, Detroit, you know, ABC

10   D.C., right?  For each -- each city has its own little office

11   that's affiliated to the big national network.

12   Q.  What type of media coverage do the wilayah official media

13   outlets -- what do they cover?

14   A.  So I have an example on the next slide.

15   Q.  Oh.  Slide 26, please.

16   A.  So, again, the wilayah outlets have to cover everything

17   that's happening in their area.  And they kind of -- would have

18   kind of like a slice of life sort of theme, where they would --

19   you know, they're just as likely to -- to send out pictures of,

20   like, some people shopping at a market or children receiving

21   instruction at school as they are content like this, which

22   shows battles that are occurring in their area, where -- which,

23   ideally, they're winning.

24          So you have in this example from the -- from Wilayah

25   Khayr where they have captured this guy and they are, I guess,

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   taunting him.  And then you have this example here [indicating]

2   from Wilayah Furat, where they have this sort of trench

3   barricade that they're shooting over at the enemy.

4   Q.  Now, on the previous slide when you showed the different

5   wilayahs and these two images, where did they come from?

6   A.  They all came from the defendant's phone.

7   Q.  Okay.  Next slide, please, 27.

8        Can you describe the, quote, "44 Ways to Support

9   Jihad"?

10  A.  Yes.  So there's a long tale of ideology and religion and

11  scholarship over thousands of years that goes -- well, one

12  thousand and a half years, that goes with this.  And what --

13  and that forms a key component of their messaging.

14       So when they are sending -- when ISIS is sending out

15  media to their followers, what they're -- part of what they are

16  telling them is, again, "You're obligated to support us."  And

17  ideally the way that you do that is you become a Mujahid.  You

18  go to the battlefield and you fight.

19       But there are a set of requirements that people have

20  to meet in order to do that.  So you have to be -- you've got

21  to be male.  You've got to be able-bodied.  You can't have

22  debts.  There's a whole long list of ways in which you can be

23  disqualified from fighting.

24       But even if you're disqualified from fighting, you

25  still have to support them.  So -- so they also are

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    broadcasting that "If you can't fight, that you still have to

2    support us.  So here are other ways that you can support us."

3          So the document -- there's a document called "44 Ways

4    to Support Jihad."  It was written actually pre-ISIS by a

5    scholar named Anwar al-Awlaki, who would later join al'Qaida.

6    And he literally outlined 44 different ways, other than

7    fighting, that a person can support jihad.

8          And so what you get out of that is this broad communal

9    understanding that if you can't go there for some reason, you

10   can't shoot guns at the enemy or, you know, deploy bombs, these

11   are other things that you can do:  You can help other people

12   make hijrah.  You can train people how to fight, how to use

13   weapons, how to make explosives.  You can give people advice.

14   You can give people money.  You can finance them.  You could

15   drive somebody somewhere.  And most of all, you can encourage

16   them.  Emotional support is considered a valid way.

17         So you get these groups that form to support ISIS in

18   these particular ways that are just short of actually going to

19   Iraq and Syria and fighting on the battlefield.

20   Q.  I want to talk about the image on the right.

21         And let me just back up.  Where'd you get these

22   images?

23   A.  These are from the defendant's phone.

24   Q.  Are you familiar with the image on the right?

25   A.  Yes.

1   Q.  Do you know who the person is who is depicted in the center
2   of that...
3   A.  Yes.
4   Q.  Words are failing me.
5   A.  Image.  Center of the image is -- this is Abu Bakr
6   al-Baghdadi.
7   Q.  Okay.  Who is Abu Bakr al-Baghdadi?
8   A.  That is the Caliph of the Islamic State.
9   Q.  And is there a phrase in this particular image that you're
10  familiar with that relates to the Caliphate?
11  A.  Yes.  So this part of the image, this says "The Caliphate,"
12  and then this says "Baqiya wa tatamadad," which please forgive
13  my pronunciation, but this means -- this is the official slogan
14  of the Islamic State, and it means remaining and expanding.
15  Q.  So Baqiya, B-A-Q-I-Y-A?
16  A.  That's how we usually write it, yes.
17  Q.  And then W-A?
18  A.  Yes.
19  Q.  And then T-A-T-A-M-A-D-A-D?
20  A.  Yes.
21  Q.  So that is the slogan of ISIS?
22  A.  Yes.
23  Q.  Now, I see that you are looking at the Arabic words there.
24  Do you read and speak Arabic?
25  A.  Not very well.  But I can read -- this is about as much as

124

```
 1    I can usually read.  And I've had the -- the -- I had the image

 2    translated for me as well.

 3    Q.  So have you been looking at Arabic words throughout the 15

 4    years you've been an agent?

 5    A.  Analyst, but yes.

 6    Q.  Sorry, analyst.

 7    A.  And there are several words that I just recognize on sight

 8    at this point.

 9    Q.  And have you a lot of resources available to you for you to

10    interpret those words?

11    A.  Yes.  We -- we cannot do anything that we do at the FBI

12    without the assistance of translators and linguists.

13    Q.  All right.  And have you been sort of looking at these

14    words and phrases this entire time?

15    A.  Yes.

16    Q.  Moving on to slide number -- sorry, the image on the left.

17    What is the image on the left?

18    A.  Yes.  So briefly, though just conclude by saying the image

19    on the right, this is actually -- we might call fan art that's

20    made by a supporter organization called Asawirti Media.  And

21    this is an icon -- this is the logo of a Telegram group called

22    Mujahideen Secrets.  In Arabic it's "Asrar al-Mujahideen."  If

23    you can't see it, it's like a -- there's an AK, and then

24    there's, like, a howling wolf.  So this is a supporter group --

25    yes, thank you.
```

1    This is a supporter group that is dedicated to

2   providing the support to so-called lone wolves.

3   Q.  Now, we've heard a little bit about this before your

4   testimony.  And I want to fast-forward again.  Does this group

5   relate to Ayman Husayn?

6   A.  Yes.

7   Q.  And that's the individual you testified about earlier that

8   you looked at his phone?

9   A.  Yes.  He was the administrator of this group.

10  Q.  He was the administrator of this group.  Are we going to

11  talk more about this group today?

12  A.  Definitely.

13  Q.  Okay.  I would like to now move on to slide number 28,

14  please.

15       You were talking about groups that provide support to

16  ISIS.  Can you help the jury understand what they're looking at

17  here in this slide?

18  A.  Yes.  So in this environment, this understanding of, you

19  know, if you can't actually fight, you still have to do

20  something to help, and the valid ways of helping include, you

21  know, providing encouragement and training and preparing.  You

22  also have groups that -- that come about to provide support in

23  other ways related to the media.

24       So some people, you know, would have, either as

25  individuals or groups, take it upon themselves to -- you know,

1    whenever a new piece of media comes out, they're going to

2    spread it as far as they can.  They're going to post it

3    everywhere, including in places where ISIS propaganda doesn't

4    belong.

5           And then you also have groups that will do

6    translations.  So, you know, ISIS didn't necessarily have all

7    of the language skills at home, so to speak.  So you might have

8    somebody who, for example, you know, speaks Arabic and

9    Indonesian, so they would translate the releases from Arabic to

10   Indonesian so that Indonesian supporters can read it.

11          You've got people writing their own articles in

12   support of ISIS.  You've got people making compilation videos

13   that are set to nasheeds.  You've got people recording nasheeds

14   and making art and doing other types of -- like I said, I call

15   it fan art.

16          And then this is an example of fan art.  So this is --

17   and, again, I had this translated.  But this individual, his

18   name is Anis al-Mohadin.  And he's made this image of this

19   Mujahid on the battlefield, and this text is essentially

20   saying -- you know, offering some words of praise and support

21   for the soldiers of the media of ISIS and saying, you know,

22   we've got to help these guys out.

23          And then these are all of the logos of the outlets,

24   the official media outlets.  So we talked about each of these:

25   Al-Furqan, Al Hayat, Al-Naba, Amaq, Al-Bayan.  We didn't talk

1    about this one because we didn't have an example, but it's

2    called an Ajnad.

3    Q.  Okay.  And where did you get this image?

4    A.  From the defendant's phone.

5    Q.  Next slide, please.

6         So there's a lot going in this slide.  It's some sort

7    of a flow chart.  Can you first tell the jury what it is before

8    we begin explaining it.

9    A.  So having talked a lot about the different outlets, I

10   wanted to give you a workflow diagram of how do we get from --

11   you know, from ISIS to make a piece of media, how does it get

12   to the, you know, normal individual.  So if we start at the

13   top, we've got the Caliph of Abu Bakr al-Baghdadi at this time,

14   who is, you know, generally setting the tone and the strategy

15   for the Islamic State, issuing commands down the chain of

16   command, saying, like, "This is what we're going to do as an

17   organization."

18        And then that responsibility for media is delegated

19   down to the ISIS media committee, and then the ISIS media

20   committee is working with the religious authorities in ISIS.

21   So in this case in 2017, the guy they would be talking to, his

22   name is Turki al-Binali.  And he's the head of the office in

23   the Islamic State that's responsible for implementing Sharia

24   law.  So he's making sure that they're ideologically correct.

25        They've also got the spokesman.  So at this time -- so

1   this is a picture of the spokesman of ISIS, Abu Mohammad

2   al-Adnani.  At this time in 2017, he's actually already been

3   killed, but he's kind of the most recognizable guy.  So his

4   predecessor would be -- or his successor would be in that

5   position.  So he's going to be the face of ISIS who is actually

6   going to, you know, talk, create -- help create the media that

7   the media committee is going to decide to make.

8   Q.  And so does his voice or his image appear in official ISIS

9   media releases?

10  A.  Yes.  And he was -- him in particular, he was extremely

11  popular, and he continued to be popular even after he was

12  killed.

13  Q.  Okay.  Please proceed.

14  A.  So the ISIS media committee is going to delegate down to

15  those media outlets that -- like, the ones that we talked

16  about.  And then they're going to be the ones who are actually

17  responsible for creating those, you know, articles, magazines,

18  videos, whatever.

19  Q.  Like Naba -- Al-Naba, rather, Rumiyah, and Dabiq?

20  A.  So you'd have -- to use the example of those magazines,

21  you'd have Al Hayat making Rumiyah and Dabiq magazines.  And

22  they would probably delegate some of that work further, like,

23  individual work, right?  They have guys who are, like, running

24  around with cameras, right?  And they have people who are

25  recording things.  And they've got, you know, somebody who may

1    or may not be collocated with them who's, like, their Photoshop

2    guy, their audio editor.  So they are farming that work out,

3    finishing those products, and then publishing them.

4          So they're -- this sort of represents ISIS, and then

5    now it's going out onto the internet, so they are publishing

6    that kind of everywhere they can but mostly Telegram -- or

7    mostly successfully to Telegram, I guess I should say.

8          And then once that's hitting the internet, those

9    supporter orgs are taking that and then sending it back out and

10   making sure that it gets republished and that it's widely

11   available.

12         MS. MOHSIN:  Your Honor, I noticed that it's noon.  I

13   didn't know if the Court wanted to take the break now.

14         THE COURT:  Five more minutes.  Go ahead.

15         MS. MOHSIN:  Okay.

16   BY MS. MOHSIN:

17   Q.  Directing your attention to slide number 30.  Can you tell

18   the jury what they're looking at here?

19   A.  Yes.  So this is a screenshot from one of our forensic

20   applications.  So this is a message from -- from Telegram.  It

21   was sent to the Mujahideen Secrets Channel Group with the

22   little howling wolf group.  And this individual has -- is

23   posting a message in English and Arabic, saying, "Brothers,

24   Spread this exclusive caliphate news channel.  The link will

25   only be open for a short time."  And then there's one of these

1    Telegram join links that I mentioned before.

2          So this is just an example of -- the effort required

3    to maintain these networks and to maintain the spread of this

4    propaganda is pretty significant.  You've got -- Telegram isn't

5    aggressively banning people, but they are occasionally doing so

6    when it's convenient for them.  And so you -- all of these

7    supporters kind of have to work together to spread -- to spread

8    the message, to spread the media, to help each other out, to

9    help each other find where this is being posted so that they

10   can consume it.

11   Q.  Okay.  And so this particular message, who was it sent by

12   and who was it sent to?

13   A.  So this -- this [indicating] is the user ID.  This person's

14   user name is Ibn Al Dawlah or Son of the State, and it was sent

15   to the Mujahideen Secrets Channel Group.

16   Q.  The one with the wolf?

17   A.  Yes, the one with the wolf.

18   Q.  Okay.  I want to direct your attention now to actually an

19   exhibit that I would like to show you.  That is in your book as

20   Exhibit 10-11, if you would please take a look at it.

21   A.  Yes.

22   Q.  What is 10 -11?

23   A.  These are messages extracted from Telegram from this

24   defendant's phone.

25   Q.  And is this one of the message that's contained in that

1   10-11?

2   A.  Yes.  So this is just a different format because it's a

3   different software, but it's in this -- it should be in this

4   exhibit as well.

5   Q.  All right.  Now is -- what is the content of that exhibit?

6   I don't mean for you to read it.  I mean what type of things

7   are contained in that exhibit?

8   A.  So it's all Telegram messages, and I believe the majority

9   of them are from the Mujahideen Secrets Channel Group.

10  Q.  All right.  I believe -- are a lot of those in Arabic?

11  A.  Yes.

12  Q.  Have they been translated?

13  A.  Yes.

14          MS. MOHSIN:  Your Honor, I would move for the

15  admission of Exhibit 10-11.

16          MS. BASHA:  No objection.

17          THE COURT:  10-11 is admitted.

18          MS. MOHSIN:  Thank you, your Honor.

19      (GX 10-11 received in evidence.)

20          MS. MOHSIN:  Can we publish page 1 of 10-11, please?

21  And can you just focus in at the very top for a moment.

22  BY MS. MOHSIN:

23  Q.  Can you tell the jury what they're looking at here.

24  A.  So this is a report, it's made by a program called

25  Cellebrite.  And it is just showing us Telegram chats that it

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    recovered from the LG phone --

2    Q.  The defendant?

3    A.  Yeah, the defendant's LG phone.  And this block up here

4    [indicating] tells us the -- the times associated with this

5    activity as well as, like, where it actually came from, the

6    technical details.  So this is just telling us about one

7    conversation that's with the official Telegram account so...

8    Q.  What is the number 1888 next to "Telegram" and also next to

9    "Chats"?

10   A.  That is the total number of recovered messages or -- it

11   might be more than just messages.  Might also include, like,

12   users and things like that.

13        MS. MOHSIN:  Can you show the bottom half,

14   Ms. Faucheux.

15   BY MS. MOHSIN:

16   Q.  All right.  Can you explain, beginning at the top, what

17   we're looking at?

18   A.  So this is how Cellebrite shows messages.  Each one of

19   these bubbles is one message, and it shows you some but not all

20   of the available metadata.  So in this case it's showing us who

21   sent this message, which in this case it's the official

22   Telegram Telegram account with the ID.

23   Q.  Okay.

24   A.  And then there's a date here [indicating].

25   Q.  And what is that first message?  What kind of message is

 1    that?

 2    A.  Well, that is a chat, a direct message, because that is how

 3    Telegram communicates with its users when it has something like

 4    an initial announcement.

 5    Q.  And they're talking about some kind of a contest; is that

 6    right?

 7    A.  Yes.  So they're talking about updates to their -- to the

 8    app, and they were trying to outsource some of their labor for

 9    the app.

10    Q.  All right.  What about the bottom chat?

11    A.  The bottom one, that's another one.  So I'm guessing there

12    were three because they're in reverse order, and this is 2 of

13    3, and they're talking about updates to bots.  So in this case

14    it's saying that now you can -- bots can accept money from

15    users and you can use it theoretically to order pizza, shop for

16    clothes, or maybe even pay your utility bills using Telegram

17    bots.

18    Q.  So these are advertisements from Telegram; is that right?

19    A.  Yes.

20         MS. MOHSIN:  All right.  Next page, please.

21         THE COURT:  We're actually going to stop here,

22    Ms. Mohsin.

23         Members of the jury, this will be a 35-minute lunch

24    break.  You can't discuss this case in any way with anyone,

25    including each other.  You can't do any research.  You must

134

```
 1    follow the Court's instructions and the instructions of my
 2    staff.
 3             You all are excused at this time.
 4             THE LAW CLERK:  All rise for the jury.
 5         (Whereupon the jury was excused, 12:05 p.m.)
 6             THE COURT CLERK:  Court is in recess for lunch.
 7         (Court is in recess, 12:06 p.m.)
 8         (Back on the record, 12:42 p.m.)
 9             THE COURT CLERK:  All rise.  The United States
10    District Court for the Eastern District of Michigan is back in
11    session.
12             THE COURT:  We are back on the record.  We'll have the
13    jury brought out.
14         (Brief pause.)
15             THE LAW CLERK:  All rise for the jury.
16         (Whereupon the jury entered the courtroom, 12:44 p.m.)
17             THE COURT:  Members of the jury, you may be seated.
18             Everyone in the courtroom may be seated.
19             The witness remains under oath.  And you may continue,
20    Ms. Mohsin, with direct examination.
21             MS. MOHSIN:  Thank you, your Honor.
22    BY MS. MOHSIN:
23    Q.  Ms. Vaughn, directing your attention to Exhibit 10-11, page
24    2.
25             So just before the lunch break, we were examining this
```

1    Cellebrite report.  Can you tell the members of the jury, once

2    it's displayed, what is depicted on the screen?

3          And I know it's hard to read.  We're going to zoom in.

4    But have you read this particular translation?

5    A.  Yes.

6    Q.  And can you tell the members of the jury what this

7    translation relates to?

8    A.  So this is a message from someone in the Mujahideen Secrets

9    Channel Group.  And it is about -- I guess you'd characterize

10   it as, like, how do you -- how do you use a gun, like in a

11   tactical sense.

12   Q.  So when you say "gun," is it a specific kind of gun?

13   A.  Yeah.  It looks like they are discussing a Kalashnikov,

14   which we would normally call, like, an AK, AK-47.

15   Q.  All right.  And this lengthy text is in Arabic?

16   A.  Yes.

17   Q.  And so it's been translated with the red-boxed words; is

18   that right?

19   A.  Yes.

20   Q.  Okay.  And so it provides -- does it provide detailed

21   instructions for how to use an AK-47?

22   A.  Yes.  And it's not -- it's not so much like how do you --

23   you know, how do you shoot, load, that sort of thing.  It's

24   more like once you have one and you're doing, you know, some

25   kind of tactical operation, I guess you could say, like how do

1    you move, how do you clear a room.

2    Q.  Now, this was on the Mujahideen Secrets Channel Group.  And

3    we're going to talk about that a little bit.  But where did you

4    -- where were these actual texts found?

5    A.  These are from the defendant's phone.

6    Q.  And they were stored within the phone?

7    A.  Yes.

8    Q.  But they came from the Mujahideen Secrets Channel Group?

9    A.  Yes.

10   Q.  All right.  And so that's the group that you testified

11   earlier relates to Ayman Husayn?

12   A.  Yes.

13   Q.  Okay.  Directing your attention to the next page.

14          MS. MOHSIN:  Can you zoom in on the translated

15   portion, please?

16   BY MS. MOHSIN:

17   Q.  Is this another one of those communications?

18   A.  Yes.

19   Q.  And this has been translated into English?

20   A.  Yes.

21   Q.  Now, did this come from the defendant's phone as well?

22   A.  Yes.

23   Q.  And did it come from Mujahideen Secrets Channel Group?

24   A.  Yes.

25   Q.  What's the date of this particular chat?

137

1    A.   It's June 25th, 2017, 8:55 p.m.

2    Q.   Okay.  And it's in UTC-4, meaning local time?

3    A.   Yes.

4    Q.   Can you read the translation of the -- of the substance of

5    this particular chat?

6    A.   Yes.  "Peace be upon you; if there is someone on the

7    private, could you provide very simple instruction on making a

8    bomb for planting in any location or an explosive belt?"

9    Q.   Do you have an understanding of the word "private" is

10   referring to?

11   A.   I think this person is asking for someone to contact them

12   privately.

13   Q.   So this is a public chat?

14   A.   Yes.

15   Q.   And --

16   A.   Well, it's a private group, but there is a lot of people in

17   it.

18   Q.   Okay.  So it's a private group, but there are multiple

19   individuals.  And so when the word "private" is used, it means

20   what?

21   A.   To go one-to-one.

22        MS. MOHSIN:  Next page, please?

23        Ms. Faucheux, would you please zoom in on the

24   translated portion, please?

25   BY MS. MOHSIN:

138

1    Q.  Can you walk us through the date and time and sort of what

2    this is that we're looking at, this particular chat?

3    A.  Yes.  So this is another message from the Mujahideen

4    Secrets Channel Group.  It was sent June 26, 2017 at 3:32 a.m.,

5    local time.  It's from a user named Abu Ayman Al-Yemani.  And

6    this is a guide to making castor -- castor oil, which is --

7    it's ricin.

8    Q.  Ricin.  And what is your understanding of ricin, if you

9    have any?

10   A.  It's a deadly poison.

11   Q.  Okay.  And it is purported to be from Al-Fatihun or

12   Fatihun?  Can you see that at the top?

13   A.  Yes.  It says, "Al-Fatihun:  For Military and Security

14   Sciences the Poison of Caster Oil Seed."

15   Q.  And on the left, there are two boxes that have been

16   translated.  One says "Symptoms:"  And are there translations

17   of what the symptoms might be?

18   A.  Yes.

19   Q.  And is there also instructions on how to -- poison

20   extraction method, how to extract the poison?

21   A.  Yes.  This is all about, you know, how do you -- what raw

22   ingredients do you need, and how do you process them to achieve

23   that effect.

24   Q.  Does it also talk about dosaging for adults and children,

25   how much you need of ricin to kill adults or children?

1   A.   Yes, it does.

2   Q.   And is that in that first box on the right?

3   A.   Yes.  That's up here [indicating].

4   Q.   Can you read that, please?

5   A.   Yes.  Do you want me to read the whole paragraph?

6   Q.   Yes, please.

7   A.   "Because castor trees are widespread everywhere in the

8   world and there is no suspicion about it as the poison of Ricin

9   is one of the homemade poisons.  Castor oil seeds are used to

10  extract castor oil that is sold in pharmacies as a medicine for

11  abdominal worms.  Castor seeds are considered advanced plants

12  that cause delayed stomach and intestinal inflammation, one

13  seed of castor oil seeds may cause poisoning as it contains 1

14  milligram of Ricin.  The fatal dose:  0.035 gm of pure poison.

15       "For Children only, this dose is available in 3 to 6

16  seeds because of their weak immunity.  But actually in 20 seeds

17  for adults.  The infected person dies in a maximum of 4 days."

18  Q.   Okay.  And then at the bottom, there are some numbered

19  paragraphs, numbered 1 through 6.  Do those describe the method

20  for extracting the poison from the castor oil seeds?

21  A.   Yes.

22  Q.   Okay.

23       MS. MOHSIN:  Next page, please?  Can you please zoom

24  in on the relevant highlighted -- excuse me, translated

25  portion.

1   BY MS. MOHSIN:

2   Q.  Can you explain this for the jury, please.

3   A.  Yes.  So this is another message from the same group.  It's

4   from someone named "ibn- dawla" written in English, which

5   translates to "Son of the State."  It was sent June 29th, 2017

6   at 2:55 p.m., local time.  And the content is "Peace be upon

7   you, God bless your efforts."

8   Q.  And is this a message to the Mujahideen Secrets Channel

9   Group?

10  A.  Yes.

11       MS. MOHSIN:  Next page, please.  If you could please

12  zoom in on the translated portion, Ms. Faucheux.

13  BY MS. MOHSIN:

14  Q.  Go ahead, please.

15  A.  So this is another message from "ibn- dawla."  It was sent

16  on July 1st, 2017, 4:17 p.m., local time.  And the message is,

17  "Brothers, a channel for making explosives, God bless you."

18       MS. MOHSIN:  Next page, please, Ms. Faucheux.

19  BY MS. MOHSIN:

20  Q.  Can you please proceed?

21  A.  Yes.  This is another message to the same group.  The

22  person's user name is in Arabic.  The translation is "For the

23  religion of God, I will take revenge."

24  Q.  That's the user name?

25  A.  Yes.

141

```
1    Q.  Okay.

2    A.  The display name.

3            This was sent July 1st, 2017 at 4:56 p.m., local time.

4    The message is, "Meqdam," and then "Pray for the beloved

5    [Prophet Muhammad]."  "An easy course in making explosives."

6    "For receiving questions: @meqdambot" and a join link to

7    "t.me/Meqdam7."

8    Q.  So is this a message that contains a link to Telegram?

9    A.  Yes.

10   Q.  Where is that link?

11   A.  So there is -- there's actually two.  One is the link to

12   this bot, and the other is possibly to a channel or a group

13   called Meqdam7.

14   Q.  Okay.  Can you use the pointer to show the Telegram one?

15   A.  [Indicating.]

16   Q.  So that's the link?

17   A.  Yeah.  They would both be within Telegram, so...

18   Q.  And then the words "An easy course in making explosives" is

19   in quotations.  Is that referring to that link?

20   A.  It's -- it's possible.  There might be advertising, like

21   something that was attached, like a video or a PDF that was

22   attached to this message.  That information is not included in

23   this report --

24   Q.  Okay.

25   A.  -- but that's how I read it.
```

1      MS. MOHSIN:  Next page, please.

2  BY MS. MOHSIN:

3  Q.  Can you talk about this message?

4  A.  This is another message to the same group, sent on July

5  2nd, 2017, 2:32 a.m., local time.  This is from a user we -- we

6  don't have the ID.  It's [indicating] ends in 1368, up here.

7  And it says, "Assalamu aleykum va rahmatuLlahi va barakatuhu,"

8  which is a greeting.  "Ahki, do you have any book or video

9  about explosives?"

10      And then again, in English, "Ahi you have a video on

11  explosives or text links?"

12      "If you have any channels linked to making explosives,

13  then shooting, brother."  Which I'm assuming means just, like,

14  send it to me.

15      And there is a translation, which says it's from

16  Russian to English:  "Brothers .if you have such materials with

17  explosives, then throw in a personal message.  DzhazakaLLAHU

18  hayran."

19  Q.  And you -- what was the date and time of this message?

20  A.  July 2nd, 2017, at 2:32 a.m.

21  Q.  And, again, these are all messages on the defendant's

22  phone?

23  A.  Yes.

24      MS. MOHSIN:  Next page, please?

25  BY MS. MOHSIN:

143

1   Q.  Go ahead, please.

2   A.  So this is a message sent to the same group by someone

3   whose display name is Security Succession.  And it's in Arabic.

4   And then the translation is, "Peace be upon you and the

5   blessing and mercy of God, My beloved ones in God, where can I

6   find an explanation for making an explosive belt in detail; may

7   God bless you."

8   Q.  And this is from July 3rd, 2017 at 5:03 a.m., UTC-4?

9   A.  Yes.

10          MS. MOHSIN:  Next page, please.

11  BY MS. MOHSIN:

12  Q.  Go ahead, please.

13  A.  This is another message to the same group from a user whose

14  name is translated Al-Bihani.  And it says, "Peace be upon you

15  and the mercy of God.  I want an explosive material other than

16  tnt for an explosive belt, made from material that is easy to

17  obtain and has a strong effect, and may God reward you with

18  good."

19  Q.  Is this message from July 9th, 2017 at 5:24:43 a.m., UTC-4?

20  A.  Yes.

21          MS. MOHSIN:  Next page, please.

22  BY MS. MOHSIN:

23  Q.  Go ahead, please.

24  A.  So this is another one -- we actually saw this one

25  previously in my presentation.  It's from Ibn Al Dawlah.

1    Again, that means son of the state.  But this is a different

2    user from the previous one named "ibn- Dawla."  And this

3    message says, "Brothers.  Spread this exclusive caliphate news

4    channel.  The link will only be open for a short time."

5            And then the, the messages are repeated in Arabic.

6    And then there is that "t.me" link to that channel.

7    Q.  On Telegram?

8    A.  Yes.

9    Q.  And this is July 9, 2017, 5:20 p.m., UTC-4?

10   A.  Yes.

11   Q.  Next page, please.

12           Go ahead, please.

13   A.  This is a message, again, to the same group from a user

14   whose display name is Thamir Al-Matiri.  And it says,

15   "Important Announcement."  "Sariyat_Al-Iqtihamat," which is

16   translated as "assault company," "announces its need for

17   publishers in #Twitter to transfer ready-made tweets from the

18   Company channel to #Twitter."  "So, anyone who wants to join

19   should message the following bot:"  And the bot's name is

20   saritalaqtihamat_bot, sent on July 10th, 2017, at 10:03, local

21   time.

22   Q.  So on, on July 10, this individual is recruiting -- or

23   announcing a recruitment for people to publish on Twitter?

24   A.  Yes.  So I talked earlier about supporters who would

25   re-publish things, so they are trying to recruit people to do

1   that for them.

2   Q.  Okay.  Next page, please.

3   A.  So this is another message to the same group from a user

4   whose name is Jego.  It says, "Peace be upon you and the mercy

5   and blessing of God.  If possible, brothers, information about

6   the black plastic explosive I found in the book of 'Easy

7   Explosives', but without details or a method of preparation;

8   so, please advise us; may God bless you."  Sent on July 17,

9   2017, at 5:39 p.m.

10          MS. MOHSIN:  Thank you, Ms. Faucheux.  If you could

11  please put 10-1 back up on slide 30.

12  BY MS. MOHSIN:

13  Q.  Ms. Vaughan, these messages include a lot of discussion

14  regarding explosives, explosive belts.  And these were, you

15  testified, related to the Mujahideen Secrets Channel.

16          Are we going to be talking more about what this

17  channel was about?

18  A.  Yes.

19          MS. MOHSIN:  Before we do that, slide 31, please.

20  BY MS. MOHSIN:

21  Q.  Now, we talked about ISIS, and we talked about bots.  Did

22  ISIS use Telegram bots?

23  A.  Yes.

24  Q.  How did they do that?

25  A.  So they, they recognized that, you know, this, this work,

1   like I said, it can get really kind of tedious, and you use a

2   lot of fiddly manual bits.  So they realized that they could

3   use bots to accelerate and as a force multiplier.  So they,

4   they would often use them to basically rapidly post.  Like, if

5   they had some, you know, release, like, they would, you know,

6   send it to the bot, and the bot would send it to, you know, 50

7   or 100 different places at once.

8          And they also used them sometimes to help administer

9   some of these groups.  So, you know, you've got a lot of people

10  who -- even though, we've talked about how al'Qaida would be

11  pretty -- would be shutting people down, well, ISIS also did

12  that.  And you also had people coming in, like, as vigilantes

13  or, you know, anti-ISIS, so you needed some way to administer

14  these groups to keep them kind of on track.  And so they would

15  use bots to kind of help lessen the load on the human

16  administrators.

17         And they would also -- they didn't necessarily -- at

18  least as far as I'm aware, they did not have people who could

19  program bots, so they would also use these third-party

20  companies like Chatfuel to help them create and run these bots.

21  Q.  Did Ayman Husayn use Chatfuel?

22  A.  Yes.  He had something like nine different Chatfuel bots

23  that I was able to find.

24  Q.  Okay.  Slide 32, please.

25         Let's talk about the defendant, Aws Naser, on

```
 1    Telegram.  Can you walk the jury through the information that's

 2    provided on this slide?

 3    A.  Yes.  So there were two phones involved that I looked at

 4    that had Telegram accounts.

 5         So on the LG phone, the account that was logged in is,

 6    is this one on the top.  It's called ISxxxIS; that's the user

 7    name.  The ID is there; that starts with 211.  And the display

 8    name was Abu Hamzah, in Arabic.

 9    Q.  Okay.  I'm going to stop you one moment.

10    A.  Mh-hmm.

11    Q.  So the ISxxxIS with the "@" in front of it, that was the

12    official sign-up user name when you log -- when you sign up for

13    Telegram?

14    A.  Yes.

15    Q.  And the ID 211705280, was that a number that was unique to

16    that user ID?

17    A.  Yes.  So every user has a -- has a user ID that's unique

18    that is -- that just indicates them, regardless of whatever

19    else they're called.  So that's the user ID for that account.

20    Q.  So as we start looking at chats, moving forward, if we see

21    that user ID, but we don't see a name, does that refer to the

22    defendant?

23    A.  Yes.

24    Q.  And then the name "Abu Hamzah" you said was a display name?

25    A.  Yes.
```

1    Q.  And that does not have to be unique?

2    A.  Correct.

3    Q.  Okay.  And you said this was an active account on the LG

4    phone?

5    A.  Yes.

6    Q.  Do you know -- well, I guess we'll get to that.

7            MS. MOHSIN:  Go to the next line, please.

8            Next line, sorry.

9    A.  So also that, that picture of a -- I apologize.  I'm not an

10   ornithologist.  It looks like an eagle to me.  That is the

11   icon, the logo, the avatar associated with @ISxxxIS.

12           Also on that phone, we see the Telegram Bot

13   @ISXOne1Bot, which the ID there is -- follows.  It starts with

14   228.  And the display name for that was Dabiq.

15   BY MS. MOHSIN:

16   Q.  And so for the record, 228260044; is that right?

17   A.  Yes.

18   Q.  Okay.  Go ahead.

19   A.  Lastly, there -- on the iPhone, there was also a Telegram

20   account that I was able to find, but all we know about it is

21   the ID; that's 382323704.  The app was deleted.  And there was

22   a very small amount of, of content, well, not really content,

23   but forensic traces left.  And so pretty much all we could see

24   is that there was an account, and that's -- that was it.  Don't

25   know anything else.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    Q.  Okay.  Slide 33, please.

2          Let's talk about the iPhone.

3    A.  Yes.  So even though the account was deleted, and there

4    wasn't -- there wasn't like a database or anything left over,

5    there was some of what we call cached media.

6          So cached files are -- are files that are temporarily

7    stored on your phone or your computer.  And essentially the

8    reason why an app does this is because, you know, when you're

9    using Telegram, or whatever other app, you don't want your

10   phone to be constantly downloading and re-downloading stuff,

11   not only because a lot of people have bandwidth caps, but also

12   because it slows everything down.  So if you're sitting there

13   waiting for an image to load, that's not a very good

14   experience.  So pretty much every app in the modern day will,

15   will pre-download and store content that you have looked at so

16   that if you want to look at it again, it's still there.

17         So even though the app was deleted, these cached

18   images were left over.  And there is 540 of them from -- from

19   Telegram specifically, the vast majority of which were ISIS

20   related.  And these are just a couple of them.  So --

21   Q.  These images that are depicted in --

22   A.  These two, yeah.  These are just exemplars.

23   Q.  And these are both from the defendant's iPhone?

24   A.  Yes.  So that kind of tells us the type of content that was

25   being looked at on this iPhone through Telegram, even though we

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   don't have any messages.

2         So this is -- you see this guy, I guess, using a

3   sniper rifle.  And you can see they have the Wilayah banner

4   here for Wilayah Dimashq.

5         And then this is a banner ad for an official ISIS

6   media outlet that we haven't talked about.  It's called

7   Al-Battar.  This is another one that would produce English

8   language media, so they are advertising a video they made.

9   Q.  So for the record, it's Al-Battar, A-L space B-A-T-T-A-R.

10  And Dimashq is D-I-M-A-S-H-Q?

11  A.  Yes.

12  Q.  Thank you.

13        Next slide, please.

14  A.  So returning to the LG phone, which is where the majority

15  of what we're talking about was found, starting off with

16  searches inside of Telegram.

17        So when you search for something in Telegram, the app

18  database records not even what you searched for, but what you

19  found.  So if you -- if you type in something and then you --

20  you click on something afterwards, it records what you clicked

21  on.

22        So can't -- can't say what was physically typed in to

23  produce these results, but on April 14th, 2017, the defendant

24  searched for something, and received the result of

25  MujahideenSecretbot, which is one of the Chatfuel bots created

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    by Husayn, and also a channel, which is translated as "Princes
2    of the Caliphate 10."
3    Q.  Okay.  And both of these were searched for by the defendant
4    on April 14th of 2017?
5    A.  Yes.
6    Q.  Slide 35, please.
7    A.  We also found quite a lot of cached material on this phone,
8    and that was about 1,572 cached images, also some videos.  And
9    again, the majority of it was, was official ISIS media.  You
10   had a, a large quantity of graphic content of, you know, combat
11   scenes, beheadings, corpses, things of that nature.
12   Q.  Okay.  Slide 36, please.
13   A.  So on the right is a screen -- this is, again, a screenshot
14   of one of our forensic reports.
15       So this is a list of all of the channels, groups, and
16   private chats where we had some kind of content that was
17   forensically recovered.  So that means there was actually,
18   like, a message that was saved on the phone that we could read
19   from these channels, groups, and private chats.
20       So the inference here is that if you're receiving
21   messages from a channel, you're subscribed to it because,
22   otherwise, you're not going to get them.
23       Likewise with a group, if you're receiving content,
24   you're most likely a member.  And if you're in a private
25   conversation with somebody, those are only created if you're

1    actually, you know, sending messages back and forth.

2            So of those, we have a couple that are -- that are

3    relevant here, one of which is the aforementioned "Princes of

4    the Caliphate 10."  That is the one that has the 10 in front,

5    since it's right to left.  And then you have "Ammunition of the

6    Caliphate 4," which is this one [indicating].

7    Q.  So just for the record, you're pointing with the laser

8    pointer to two different Arabic language entries under

9    channels; one begins with a 10, one begins with a 4.

10           And you indicated that you begin from right to left.

11   What did you mean by that?

12   A.  So these are in Arabic.  So, like, the first part of it,

13   you read it this way [indicating].

14   Q.  So from the right side to the left --

15   A.  Yeah.

16   Q.  -- as opposed to how English is, from left to right?

17   A.  Right.  So in English the 10 is at the end, and in Arabic

18   it's at what we would read as the front.

19   Q.  Please proceed.

20   A.  So there is another channel here where we've only got one

21   message, but it's called Ayub Al-Maqdisi.

22   Q.  A-Y-U-B, A-L-M-A-Q-D-I-S-I?

23   A.  Yes, that's correct.

24           And while we don't have content for this channel, its

25   description was in -- translated from Arabic was "electronic

153

1    wolf of the Caliphate coming soon," or something to that

2    effect.  Which, can't say for sure, but that type of

3    description is very, very typical of ISIS-affiliated hackers.

4    Q.  Computer hackers?

5    A.  Yes.

6    Q.  Okay.  You have also on this slide that there were some

7    private messages including Chatfuel.

8    A.  Yes.  I should say that also is the Mujahideen Secrets

9    Channel Group.

10   Q.  Mh-hmm.

11   A.  Right here [indicating].

12        I just want to say briefly that the reason we're

13   calling it that is because the official name of it is this word

14   here [indicating], "qanat."  "Qanat" means "channel."  But it

15   is a group.  So I apologize.  I know that's confusing, but

16   that's why we're calling it the Mujahideen Secrets Channel

17   Group.

18   Q.  And that word you just used in Arabic was "qanat"?

19   A.  Yeah.

20   Q.  "Q" -- go ahead.

21   A.  I think it's Q-U -- Q-A-N-A-T, or Q-A-N-A-H, depending on

22   the context.

23   Q.  Okay.

24   A.  And then, yes, you have these private conversations.

25        So if we look here, we have 128 messages with the

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    BotFather, who we've talked about earlier.  We have one message

2    from Chatfuel.  We have 119 messages with something labeled

3    "Dabiq."  And then we have one message from Mujahideen Secrets

4    Channel, which, as we'll find out, is a bot that's associated

5    with that group.

6    Q.  So the Mujahideen Secrets Channel is named a channel, but

7    it's, in fact, a group?

8    A.  Yes.

9    Q.  And so a group is different from a channel how?

10   A.  In a group, the members can all participate.

11   Q.  Okay.  Next page, please.  Or slide, please.

12   A.  So I wanted to give a brief description of these, these

13   channels that we're going to focus in on and the type of

14   content that we found in them.

15          So the Princes of Caliphate 10 Channel has this avatar

16   here, which has the double square calligraphy of the Islamic

17   State.  And I believe the name of the channel in Arabic is

18   right here.

19   Q.  Is that Dabiq, D-A-B-I-Q?

20   A.  So sorry.  This part, I'm pointing here, I believe it's --

21   this is where you get Princes of the Caliphate.

22   Q.  Okay.

23   A.  Right here.  And then, yeah, it says "Dabiq" in Arabic and

24   English.

25   Q.  Okay.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   A.  And we got 102 messages from this.  So because -- I just

2   want to harken back for a second to the message ID thing that I

3   mentioned before, where the messages are sequential.  So,

4   forensically, if we recover a message, we can infer from the

5   message ID how many total messages are in there.

6   Q.  Even if you didn't get every single one of them, meaning

7   you didn't -- you didn't find the actual message?

8   A.  Precisely.

9        So on this one, from the, the last most recent

10  channel -- or last recent message we have is message ID

11  500 and, I think it's, 52 or 22.  About 500.  So there are --

12  we only got 100 of those approximately 500.

13       Now, almost all of these were official ISIS releases

14  on religious topics.  So -- especially rulings.  So, like,

15  basically saying -- I've got an example here of a message that

16  was in there [indicating].

17       So it says, "Shaikh Turki al-Binali - Shi'ites and the

18  danger of their fraud on the public, #Dabiq_Khilafa_Channel."

19  And then there is an attached MP3 of this lecture.

20       So basically this is a lecture from Turki al-Binali

21  telling people, you know, why Shi'ites are bad.  But you might

22  have messages like, again, someone like Turki al-Binali

23  explaining, like, why Abu Bakr al-Baghdadi meets the

24  requirements to be the Caliph of the Islamic State, as an

25  example.

1        So this kind of, of religious messaging is a core

2   component.  And it's -- and it's super important because they

3   are basically explaining why they are justified, from a

4   religious aspect.

5   Q.  Next slide, please.

6   A.  So since we mentioned him, and he's the author of most of

7   the content on this channel, I wanted to talk for a moment

8   about Turki al-Binali.  This is a picture of him.

9        So as I said, he's the chief religious authority.  So

10  he was the head of an office in the Islamic State that has the

11  responsibility of overseeing the implementation of Sharia law

12  in the -- in ISIS territory.  And he's basically the number 2

13  religious official behind the Caliph himself.

14       His job is one of the most important jobs in the

15  entire Islamic State, because their whole reason for being is

16  that they, they think that you -- that to be religiously

17  correct, they need to live in a place where Sharia law is being

18  correctly implemented.  And so this is the guy whose job it is

19  to make sure everybody is doing it correctly.

20       And this, this really covers every aspect of life in a

21  way that, you know, as Americans, is pretty foreign to us.  So

22  it, it covers everything from, like, if you're going -- you

23  know, if you're going to have currency, you've got to have

24  coins, and they have to be minted a certain way, and they have

25  to weigh a certain amount of a certain material.  And, like,

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   what kind of taxes are you allowed to charge.

2          But it also covers things like how you're supposed to

3   behave in combat.  If you -- if you capture people and you take

4   them as slaves, how many slaves are you allowed to have, and

5   how many do you have to, you know, donate to the Islamic State.

6   Things of this nature.

7          So his job is super, super important, in that

8   everybody is impacted by the decisions that he's making.

9          And he was killed in June 2017.

10         MS. MOHSIN:  Okay.  Next slide, please.

11  BY MS. MOHSIN:

12  Q.  What are we looking at here?

13  A.  So the other channel that we mentioned called Ammunition of

14  the Caliphate 4, so again, we had 974 messages that we

15  recovered.

16         I apologize, I've got -- I can check my notes for the

17  total number.  There were significantly more messages based on

18  the message ID.

19  Q.  How many more?

20  A.  Is it all right if I consult my notes here?

21  Q.  Yes.  Go ahead and refresh your recollection.

22  A.  So according to my notes, there were 4,236 total

23  messages --

24  Q.  Okay.

25  A.  -- for this channel.

158

```
 1   Q.   So you got a quarter of them.
 2   A.   Yes.  And generally speaking, these are all official ISIS
 3   media releases, and they are very -- they are very
 4   battle-focused.  So you've got a lot of the -- like we see on
 5   the right here, [indicating] these are Wilayah.  You can tell
 6   by the bar.  And they are showing, you know, scenes of combat.
 7            They are also linking to ISIS websites and other
 8   channels and groups where people can get more of this content.
 9            And this is the logo for this.  And you see it's
10   almost identical to the other one, except the name here is
11   different.  So they are -- you know, they are affiliating
12   themselves with the Islamic State, and they are probably being
13   run by the same people.  Same imagery.
14   Q.   Where did you get these images?
15   A.   These are from the defendant's phone.
16   Q.   Next slide, please.
17   A.   So we brought up the Mujahideen Secrets Channel Group.  And
18   we have an exhibit for this, 10-15.
19            MS. MOHSIN:  All right.  This is an admitted exhibit.
20   If, Ms. Faucheux, you would please publish 10-15.
21   BY MS. MOHSIN:
22   Q.   Can you tell the jury what we're looking at, please?
23   A.   So this is a translated version of the -- this is a
24   screenshot from our forensic software that is showing us the
25   metadata that's associated with this group.
```

1            So in Telegram, you have -- for any group or channel,

2    right, you have the name of it, but then you also have the

3    opportunity to provide a description.  So if somebody looks up

4    your group or channel, that's what they get shown.  They get

5    shown the avatar, the logo, and the description.  And so, in

6    theory, the description tells them like, "Hey, if you join this

7    group, this is what we're about."

8            So here, the Mujahideen Secrets Channel Group, they

9    are -- we see here, they are a super group.  So they are a big

10   group.  This is the ID of this iteration.  [Indicating.]

11           And it was -- so this, this is a little bit

12   complicated, but in all likelihood, this is the join date of

13   the user, so of the defendant, that he -- that joined this

14   group.

15   Q.  Okay.

16   A.  June 2nd, 2016 at 1:31 p.m., local time.

17           Also, this is the description.  So I can read it --

18   Q.  Please.

19   A.  -- if it's helpful.

20           So it says, "Against them make ready your strength to

21   the utmost of your power, including steeds of war, to strike

22   terror into the enemy of God and your enemies.

23           "All rights for publication are reserved for the

24   Mujahidin Secrets Channel.  1438 Hijri.  Contact us at:..."

25   and there is a Google link.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1  Q.  Okay.  And, again, this was found on the defendant's phone?

2  A.  Yes.

3        I just want to say there were multiple versions of

4  this group.  They were all run by the same people, but there

5  are some instances where we have a different ID because it was

6  a different version of this group.

7  Q.  But the group endured?

8  A.  Yes.  Yeah.

9  Q.  Okay.  And that was over a period of time?

10 A.  Yes.

11       MS. MOHSIN:  Okay.  Slide 41, please.

12       Sorry.  Slide 40, please.

13       Oh, yeah, back to the PowerPoint, 10-1.  Okay.  Now

14 slide 41.  Thank you.

15 BY MS. MOHSIN:

16 Q.  All right.  Now, this is a slide that talks about Aws Naser

17 in Mujahideen Secrets Channel Group.  What is this number we're

18 looking at here?

19 A.  So we were able to recover 1,387 messages from this group.

20 And, again, I can, I can give you the total number here.

21 Q.  Go ahead and refresh your memory.

22 A.  There were 109,267 total messages.

23 Q.  So 109,267 messages that the defendant had numbered in his

24 phone?

25 A.  No.  There were 109,267 total messages, of which we have on

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   this phone 1,387.

2   Q.  I guess my question is:  That's how many there were at some

3   point, was --

4   A.  Yes.

5   Q.  -- 109,000?

6   A.  Yeah.

7   Q.  And these were with the Mujahideen Secrets Channel Group?

8   A.  Yes.

9         MS. MOHSIN:  Okay.  Next slide, please.

10  BY MS. MOHSIN:

11  Q.  What are we looking at here?

12  A.  So this is a pinned message that would have appeared at the

13  top of the Mujahideen Secrets Channel Group.

14        So if you're an admin of a group, you have the ability

15  to pin a message.  And essentially that, that hangs out at the

16  top, when you -- if you remember the, the Telegram picture we

17  had, it would have been -- in the message section, it would be

18  at the top.

19        So that any time someone looked at this group, that's

20  the -- that would be always at the top and it would be the

21  first thing they would see.

22  Q.  Did the Mujahideen Secrets Channel Group have a pinned

23  message?

24  A.  Yes.  And this is the pinned message.

25  Q.  So you got this from -- directly from the Mujahideen

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    Secrets Channel Group or the defendant?

2    A.  This is from the defendant's phone, and it was in the

3    Telegram database as associated -- associated with this group

4    as the pinned message.

5    Q.  So can you please just describe what we're looking at here?

6    And then to the extent you can read the English, please do so.

7    A.  So you've got sort of a series of bomb emojis, and then you

8    have a message in Arabic.  And I believe the message in Arabic

9    is the same as what's repeated in English below, which is

10   "#Channel_Mujahideen_Secrets ©"

11        "This channel helps those who could not arrive to

12   mujahideen to get training from experts on our channel.

13        "So we ask god to reward them for their hard work and

14   help them to raise the word of god and to raise the banner of

15   Islam all over the world.

16        "Oh brother:  If you are honest with asking for jihad

17   and you cant migrate to jihad land or contact mujahideen, then

18   don't miss the duty of training for jihad by watching our

19   channel."

20        And then there are some more bomb emojis.

21   Q.  Okay.  Next slide, please.

22        Who is this an image of?

23   A.  So this is Ayman Abdallah Husayn.  He was -- at the time

24   that we're discussing, he was the main administrator of the

25   Mujahideen Secrets Channel Group.

 1   Q.  Now, Mujahideen Secrets Channel Group, you mentioned, had

 2   multiple different accounts?

 3   A.  Yes.  So they -- there were multiple administrators.  And

 4   there were also -- the administrators changed over time.  So

 5   he -- I don't believe that he actually started this group, but

 6   at the time that we're discussing, he was the one who was in

 7   charge.

 8          And he also had a number of Telegram accounts, of

 9   which we have content for two of them, which are, which are

10   listed here.  "Abu al-Bara al-Najdi" is written in Arabic.  And

11   then "MUJAHIDEEN_SECRETS_BOT" in all caps.

12          I would like to point out that although it says "BOT"

13   on the end, it's not a bot.  It's actually an account.  And we

14   can tell that from the forensic data, that he is logged in as

15   this, which you can't do if it's a real bot.  He probably

16   shouldn't have been able to make an account called that, but,

17   but he did.

18          So it's a little confusing.  He's kind of, like,

19   pretending to be a bot, even though he's not.  And he did also

20   actually have real bots, most of which were also called

21   Mujahideen Secrets Bot or some permutation of that, all of

22   which were used in relation to this group.

23   Q.  Okay.  And did this individual, Ayman Abdallah Husayn, use

24   other names?

25   A.  Yes.  So he had about, I think, four to six, I can't

164

1    remember exactly, accounts, other accounts that we, we know

2    about from his phone.  We just don't have content from.  And

3    they are all different names.  So didn't want to confuse by

4    adding a whole bunch of extra names, but...

5    Q.  And are they used at various times, even on the defendant's

6    phone?

7    A.  Yes.  He would use different techniques and different

8    helper apps to be able to be logged into multiple Telegrams at

9    once -- Telegram accounts at once.  So we -- like I said, we

10   could, we could see him doing that.  We didn't necessarily get

11   content from all of them.

12   Q.  But as we move forward with the evidence in this case, and

13   we are talking more about the content on the defendant's phone,

14   have you looked at the user ID's for Ayman Husayn and made the

15   connections to the defendant, even if those user ID's were

16   different user ID's than perhaps the one that is depicted on

17   the screen or the ones that are depicted here?

18   A.  Yes.

19   Q.  Okay.

20   A.  I'll try to clarify where needed as we go.

21   Q.  And did you know who Ayman Abdallah Husayn was?

22   A.  We know him pretty much exclusively as the administrator of

23   this group.

24   Q.  And what was the purpose of -- what was the purpose of this

25   particular group, based on your review of these messages, and

1    the content of his, his admin, you know, the -- his phone and

2    his tablet?

3    A.   As they say in the pinned message, right, the whole point

4    of it is to prepare, train, enable lone wolf attacks.

5    Q.   Directing your attention now to slide 44.   There was

6    testimony earlier today about Ayman Husayn being arrested.   Can

7    you just provide some more information?

8    A.   Yes.   So he was arrested in May 2017 for, for making ricin,

9    encouraging attacks in the Gulf States, so, like, on the

10   Arabian Peninsula, and also in the West; of producing suicide

11   vests, sticky bombs, and other poisons.   In effect, he was

12   arrested because of what he was doing on the Mujahideen Secrets

13   Channel Group.

14        And he also, when they -- when they arrested him and

15   seized his phone, he had quite a lot of bomb-making guides and

16   content.   And there is an example -- this image is an example

17   of one such bomb-making guide.

18   Q.   Next slide, please.

19        Can you explain this, please?

20   A.   So I mentioned earlier that he had quite a few bots.   And

21   for simplicity's sake, we're only going to really talk about

22   two.   And, again, the names are almost identical, so we'll

23   mostly be looking at the user ID.

24        But we've got Mujahiden_Secrets_bot.   This bot

25   appeared to play a role, a different role at various times.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   One of the roles was kind of as a gatekeeper.  So there was a

2   period of time in this group where, where even though it's a

3   group, nobody could send messages.  If you wanted to post

4   something to the group, you had to send it to the bot, and then

5   the bot would post it on your behalf.  So we, we do see that.

6          And then at a -- later on, it played kind of a role

7   as, like, a bouncer.  It was programmed to identify when, when

8   people were doing something they weren't supposed to.  And it

9   could be used to ban them or, or to -- like, to kick them from

10  the group.

11         And then this other bot, MujahideenSecretbot, no

12  underscores, a little bit unclear on the exact purpose of this

13  bot.  But I say "greeter bot" because it looked like it was set

14  up to automatically send direct messages to the members of the

15  group.  And we don't necessarily know why that was, but one

16  possible reason is, is if -- if someone was joining a group for

17  the first time, this bot would send them some stuff

18  automatically to welcome them.

19  Q.   So the greeter bot was 196101267?  That was the user ID

20  number?

21  A.   Yes.

22  Q.   And the gate -- gatekeeper/bouncer bot was 32411607?

23  A.   Yes.

24  Q.   Okay.  Next slide, please.

25  A.   So this is an example of the, the greeter bot sending what

167

1    I infer is a greeting.  In this case, it was sent to the

2    defendant as a direct chat.

3    Q.  And that's reflected in the "to" and "from"; is that right?

4    A.  Yes.  So I've got -- the bot used the same logo as the

5    group.  And then this [indicating] is the avatar of the

6    defendant's Telegram account.  So it was sent by the bot to the

7    defendant.  On --

8    Q.  And -- go ahead.

9    A.  Sorry.  On September 28, 2016, at 8:32 a.m., local time.

10   Q.  Okay.  Can you read it?

11   A.  Yes.  It says, "#Secrets_of_the_Mujahideen_Channel

12   Answering the lone wolves' questions Preparing the mujahideen

13   for the battlefields."

14   Q.  Okay.

15   A.  And there were some attachments to this message, but we,

16   we, we didn't have a copy of them forensically, so we, we don't

17   know what they were.  But we do know this was message number

18   977.  So presumably there were 976 other messages from this

19   bot.

20   Q.  Before this?

21   A.  Yes.

22   Q.  Okay.  Slides 47, please.

23   A.  So this is a message from Husayn.  This was his -- his

24   avatar.  I'm not really sure what -- who that is or what they

25   are doing in the picture, but -- and then he sent this to

1   Mujahideen Secrets Channel Group.

2           And as I mentioned earlier, there are a couple of

3   different versions of the group.  And so this is an earlier

4   group ID.  And this is from his, Husayn's phone.  So this is a

5   message where you can see him sending it.

6           And this message, I think, really demonstrates the

7   relationship between this group and ISIS, which is that they

8   were -- they were not explicitly endorsed.  But -- which may

9   have been intentional, right, to say, like, "Oh, we're not

10  officially part of ISIS."  But they definitely affiliated

11  themselves with ISIS.  And they said repeatedly that, you know,

12  different members of the administrators were, were battlefield

13  fighters for ISIS or worked for ISIS in some other capacity.

14          So this is a message about the martyrdom of two of the

15  administrators that, that were involved in this, in this group.

16  They were killed fighting.

17  Q.  So two of the Mujahideen Secrets Channel Group

18  administrators were fighting?

19  A.  Yes.

20  Q.  And from this message -- and I should ask:  Is this a full

21  message, or is this a larger message?

22  A.  This is an excerpt that I created because the full message

23  is quite long and very poetic.

24  Q.  And is that full message available at Exhibit 10-16?

25  A.  Yes.

**AMY VAUGHAN - DIRECT BY MS. MOHSIN**

1  Q.  Have you looked at 10-16?

2  A.  Yes, I have.

3  Q.  And 6 -- 10-16A being a translation of that image?

4  A.  Yes.

5  Q.  Okay.  And you've looked at that before you came here

6  today?

7  A.  Yes.

8          MS. MOHSIN:  We offer 10-16, and 16A, I believe, has

9  already been admitted.

10          MS. BASHA:  No objection.

11          THE COURT:  Admitted.

12     (GX 10-16 and 10-16A received in evidence.)

13  BY MS. MOHSIN:

14  Q.  Okay.  So you took an -- excerpts from 10-16 and 16A,

15  and -- because you believe that it highlights that these --

16  that the Mujahideen Secrets Channel Group was affiliated with

17  the Islamic State?

18  A.  Yes.  And it also kind of gives you a taste of, like, what

19  their opinions were about ISIS.

20  Q.  Okay.

21          MS. MOHSIN:  Ms. Faucheux, can you just publish 10-16A

22  for the jury?  And page 2?

23  BY MS. MOHSIN:

24  Q.  So this is a two-page document?

25  A.  Yes.

170

1  Q.  And was this posted on February 1, 2017?

2  A.  Yes.  I would -- I would look more at the metadata for the

3  forensic report than the actual date that's indicated, but --

4  Q.  All right.  So that's just what the translation says?

5  A.  Yeah.

6  Q.  Okay.

7       MS. MOHSIN:  Back to slide number 47, please, of 10-1.

8  BY MS. MOHSIN:

9  Q.  All right.  Can you read from this particular slide the

10  portions that you have selected?

11  A.  Yes.  So, again, this is from -- this is to Mujahideen

12  Secrets Channel Group.  It's from Abu Al-Barra' Al-Najdi, which

13  is Husayn.  And it says "Asrar Al-Mujahideen Channel," which is

14  just a different translation of this same name.

15       "Asrar Al-Mujahideen Channel brings glad tidings to

16  the Islamic nation about the news of the martyrdom of two of

17  the mujahideen and loyal cadres of the Islamic Caliphate State;

18       "The mujahid brother:  Abu Khattab Al-Iraqi - May God

19  accept him - one of the cadres of Asrar Al-Mujahideen Channel

20  and one of the supervisors of a [chat]room

21       "The mujahid brother:  Al-Sarim Al-Battar - May God

22  accept him - one of the cadres of the Asrar Al-Mujahideen

23  Channel

24       "They were martyred in the Nineveh Province - the

25  forests area of the city of Mosul, after they fought valiantly

1  against the enemies of God ...

2      "Congratulations to you, lions of the Islamic

3  State ...

4      "Let the worshippers of the cross and those behind

5  them, the apostate tyrants and hypocrites, know that Asrar

6  Al-Mujahideen Channel with its administrators, supervisors and

7  members, have emerged as lions who do not fear death, nor do we

8  tolerate oppression; and confront you day and night on all

9  fronts, and we continue to prepare and produce a generation

10 deadlier and fiercer than those who have passed, with the

11 permission of God.  Their departure will not prevent us from

12 continuing the jihad and support, nor will it weaken our

13 resolve or sway our determination ..."

14      MS. MOHSIN:  Okay.  Thank you.

15      THE COURT:  We're going to go ahead and have our last

16 break of the day.

17      Members of the jury, you may retire to the jury room

18 during this 10-minute break.

19      THE LAW CLERK:  All rise for the jury.

20   (Whereupon the jury was excused, 1:35 p.m.)

21      THE COURT CLERK:  Court is in recess for ten minutes.

22   (Court in recess, 1:35 p.m.)

23   (Back on the record, 1:46 p.m.

24      THE COURT CLERK:  All rise.  The United States

25 District Court for the Eastern District of Michigan is back in

AMY VAUGHAN - DIRECT BY MS. MOHSIN

 1   session.

 2          THE COURT:  We'll have the jury brought out.

 3      (Brief pause.)

 4          THE LAW CLERK:  All rise for the jury.

 5      (Whereupon the jury entered the courtroom, 1:48 p.m.)

 6          THE COURT:  Members of the jury, you may be seated.

 7          Everyone in the courtroom may be seated.

 8          You may continue, Ms. Mohsin.

 9          MS. MOHSIN:  Thank you, your Honor.

10   BY MS. MOHSIN:

11   Q.  Ms. Vaughan, before we proceed, I just wanted to make sure

12   that the jury was clear.  When we were talking about changing

13   accounts, we were talking about Husayn and Mujahideen Secrets,

14   right?

15   A.  Yes.

16   Q.  We weren't talking about the defendant's phone, correct?

17   A.  No.

18   Q.  Okay.

19          MS. MOHSIN:  We were on slide number 48.  Ms.

20   Faucheux, if you could publish that, please?

21   BY MS. MOHSIN:

22   Q.  Can you tell the members of the jury what is reflected on

23   this slide?

24   A.  So, just to recap where we've been so far, this is a group

25   that is solely dedicated to training people to do attacks and

1    to provide expert advice to those trying to, you know, build

2    bombs and make poisons and things of that nature.

3           So as an example, we have a message here in Exhibit

4    10-13 that is a request for help to the group from this

5    individual whose user name is UnkownAccounts.  And I assume it

6    was a typo, but they are forever immortalized as that.

7    Q.  Okay.  So was this found on the defendant's phone?

8    A.  Yes.

9    Q.  It's from June 29th of 2017?

10   A.  Yes.

11          MS. MOHSIN:  This is an admitted exhibit.  If you

12   could please publish 10-13, please, Ms. Faucheux.  And if you

13   could zoom in on the translation -- translated portion, please.

14   BY MS. MOHSIN:

15   Q.  Can you explain that, please?

16   A.  Yes.  So this is the message.  Shall I go ahead and read

17   it?

18   Q.  Yes, please.

19   A.  So this user said, "Brothers, I read some information about

20   'acetone peroxide' and I watched the release titled 'Go get

21   them, O monotheist', and what I know about this substance is

22   that it is so sensitive that it is sometimes used as a

23   detonator.  Does anyone of you have a method or a substance

24   that can be mixed with this substance to reduce its

25   sensitivity, and to make the explosion produced by it more

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    powerful?  Answer me, may God bless you."

2    Q.  And so this was a request to the channel?

3    A.  Yes.

4    Q.  Okay.

5         MS. MOHSIN:  If you would please return to Exhibit

6    10-1, Ms. Faucheux, slide 49.

7    BY MS. MOHSIN:

8    Q.  So what are we -- what do you mean by moderation of

9    Mujahideen Secrets Channel?

10   A.  So the intended purpose of the channel was for messages

11   exactly like the one we just read.  You -- it was -- it was

12   supposed to be a place where people could come and receive

13   guidance.  And so in order to maintain that, off-topic

14   discussion was explicitly prohibited.

15        And this was enforced.  And it was enforced in

16   different ways over time.  Like, we watched -- in Husayn's

17   phone, I can see him trying different methods of enforcement

18   using bots and also third-party administrative tools.  So he

19   had a -- one such tool installed on his phone.

20        But failing that, users would also self-police, so

21   really reinforcing that the purpose of the channel is only for

22   this type of content and nothing else.  And so you had some

23   folks who would get really upset if people were being off

24   topic.

25   Q.  Do you have an example of that in the next slide?

1    A.  Yes.

2          MS. MOHSIN:  Slide 50, please.

3    BY MS. MOHSIN:

4    Q.  Now, slide 50 refers to admitted Exhibit 10-7; is that

5    right?

6    A.  Yes.

7    Q.  Is that an example of self-policing or policing that you've

8    been talking about?

9    A.  Yes.

10         MS. MOHSIN:  Ms. Faucheux, would you publish Exhibit

11   10-7, please?

12   BY MS. MOHSIN:

13   Q.  And can you describe for the jury what you're -- what we're

14   looking at here?

15   A.  Yes.  So this is a message to the group on June 24th, 2017.

16   The user's name is "Basel" or "Basel."

17         And translated, it says, "Oh brothers, for the sake of

18   God, stop participating.  Don't you understand?  Don't you

19   comprehend?  Don't you grasp?

20         "The brothers who are the group administrators are

21   either fighters on the battlefield or martyrs.  The primary

22   purpose of the group is not for discussions and missionary

23   messages.

24         "Anyone who needs something related to manufacturing

25   should use the search function in the group.  If they fail,

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
 1   they should briefly and specifically state what they need."
 2   Q.  In the context of this message, along with all of the
 3   materials you reviewed from Mujahideen Secrets Channel Group,
 4   when the writer is talking about something related to
 5   manufacturing, and a search function, what is that referring
 6   to?
 7   A.  So he's talking about manufacturing probably explosives or
 8   other such, you know, means of attack.  And he's telling people
 9   that they should search the group's messages in Telegram,
10   essentially to see if their question has already been answered,
11   so that they do not -- if it has been, then they should not ask
12   it again.  They should just read what was already posted.
13   Q.  And is this message telling people not to talk about things
14   outside of that purpose?
15   A.  Yes.
16   Q.  Is there another example?
17        I'm sorry.  Before we get to the other example, I beg
18   your pardon.
19        Where was this message found?
20   A.  On the defendant's phone.
21        MS. MOHSIN:  All right.  Next slide, please, of
22   Exhibit 10-1.
23   BY MS. MOHSIN:
24   Q.  This refers to Exhibit 10-8?
25   A.  Yes.
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1  Q.  Is that another example?

2  A.  Yes.

3        MS. MOHSIN:  Okay.  Let's just go to 10-8.  It's an

4  admitted exhibit.

5  A.  So this is another message from July 6, 2017.  It's also by

6  Basel.  And this is the Arabic -- original Arabic.

7  BY MS. MOHSIN:

8  Q.  Page 2, please.

9  A.  So, again, Basel is, is frankly yelling at people to get

10  back on task.  Saying, "So, fear God and do not participate in

11  posts and writings outside the purpose of the channel.  Don't

12  you understand!!

13        "The channel administrators are either martyrs, whom

14  we consider as such and God is their judge, or fighters on the

15  battlefield.

16        "Their methodology in the group was not to discuss

17  matters outside its context and purpose.  Succeed them well, or

18  withdraw.

19        "Worse than that are those who exploit the group to

20  advertise their own groups and channels.

21        "Fear God."

22        "Its primary purpose is to disseminate military

23  sciences and the manufacture of explosives and so on.

24        "It is a vast archive for anyone searching for any

25  topic related to military sciences."

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   Q.  Where was this message found?

2   A.  On the defendant's phone.

3        MS. MOHSIN:  Okay.  Let's return to Exhibit 10-1,

4   please, and slide 52.

5   BY MS. MOHSIN:

6   Q.  So this is entitled, Aws Naser's posts in the Mujahideen

7   Secrets Channel Group.  And, again, this is a group, even

8   though it's named a channel?

9   A.  Yes.

10  Q.  So people can communicate with each other?

11  A.  Yes.

12  Q.  Can you describe what's depicted here?

13  A.  So, again, remembering that this is a group where you

14  really are not supposed to participate except towards the ends

15  established by the administrators, these are the messages sent

16  by the defendant to the group.

17  Q.  All right.  Let's look at the one in blue on the left.  Can

18  you walk us through that one?

19  A.  So this is a message found on Husayn's phone.  It is sent

20  on February 24th, 2017 at 1:53 a.m., local time.

21        So I referred earlier to the, the bot, the, the

22  gatekeeper bot, Mujahideen_Secrets_bot.  So this was a time in

23  the group where you couldn't post directly.  You had to do it

24  through the bot.

25        So when you -- when that happened, the bot would

1   forward the message.  Well, when you forward a message, it

2   preserves the data about who originally sent that message, so

3   that we can see that it was the defendant who originally sent

4   this message to the bot.  And this message contained no text,

5   just an audio file, an MP3, the name of which has been

6   translated to "Islamic State Song of Greatness 2016."

7   Q.  Okay.  I want to pause for a moment and talk about Exhibit

8   10-6 and 10-6.A.

9        Are you familiar with an exhibit of what the defendant

10  sent to the Mujahideen_Secrets_bot?

11  A.  Yes.

12  Q.  Have you looked -- have you reviewed that "Islamic State

13  Song of Greatness 2016" video?

14  A.  I've reviewed the translation.  I have not listened to the

15  whole song.

16  Q.  Have you heard the beginning of the song?

17  A.  Yeah.

18  Q.  Okay.  And did you -- you said you looked at the

19  translation?

20  A.  Yes.

21       MS. MOHSIN:  Okay.  Your Honor, at this time we move

22  to admit Exhibit 10-6 and 10-6A.

23       MS. BASHA:  No objection.

24       THE COURT:  Those exhibits are admitted.

25     (GX 10-6 and 10-6A received in evidence.)

180

```
 1              MS. MOHSIN:  Okay.  I'd like to publish 10-6A so

 2     that -- at this time, so that Ms. Vaughan can talk about the,

 3     the content of that song.

 4              THE COURT:  You may.

 5              MS. MOHSIN:  If you would focus on the bottom half,

 6     beginning with "Greetings."

 7     BY MS. MOHSIN:

 8     Q.  So you indicated that you reviewed the words --

 9     A.  Yes.

10     Q.  -- of -- of this song.

11              Can you tell the jury what this song is about, and

12     what its purpose is?

13     A.  So this is a song that essentially alternates between --

14     between praising the actions of the Islamic State and the

15     people who are a part of it, and insulting the enemies of the

16     Islamic State.  And kind of the, the chorus is saying, you

17     know, to, to the people of Qahtan, which I believe is part of

18     the Arabian Peninsula, we greet you from the -- from the Tigris

19     and the Euphrates, which is Iraq.

20     Q.  Okay.  And so is this a fairly lengthy translation of that

21     song?

22     A.  Yes.

23     Q.  And were you familiar with it before?

24     A.  I don't think I'd ever seen it before.

25     Q.  And this was something that was sent from the defendant's
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

```
 1   phone to the Mujahideen_Secrets_bot?

 2   A.  Yes.  And we also did find the audio file on the phone.

 3   Q.  So it's an audio file, not a video?

 4   A.  Yes.  An MP3.

 5   Q.  It's an MP3.

 6        MS. MOHSIN:  Okay.  Can we just briefly publish 10-6,

 7   please?

 8   A.  Or if -- I apologize.  It's not the actual file.  We

 9   definitely saw the metadata about this file on the phone.

10   BY MS. MOHSIN:

11   Q.  What does that mean?

12   A.  Outside of Telegram, you could see the, the file was on the

13   phone.  And I think that's how it got to Telegram, was from --

14   sent from the phone in to Telegram.

15        MS. MOHSIN:  Okay.  We're just going to play this

16   briefly.

17      (Whereupon a recording was played.)

18        MS. MOHSIN:  If we could please return to slide 52 in

19   Exhibit 10-1, Ms. Faucheux.

20   A.  So these other two messages in green --

21        MS. MOHSIN:  One moment.  I think there is some --

22        THE WITNESS:  Oh, sorry.

23        MS. MOHSIN:  -- something going on.

24      (Brief pause.)

25   BY MS. MOHSIN:
```

1   Q.  Please, continue.

2   A.  These other two messages in green are from the defendant's

3   phone.  And we see it being sent directly from the defendant's

4   account to the group.

5        And those two messages, one was -- the first one was

6   sent August 5th, 2017, 5:30 p.m., local time.  The message is

7   translated as "Publisher of the Caliphate Channel, if you

8   please."

9        The second one, again to the same group, on August

10  15th, 2017 at 1:35 a.m., local time, saying -- translated as

11  "Possibly the latest release."

12  Q.  Okay.  And are these messages also contained within Exhibit

13  10-14?

14  A.  I don't know if I've seen 10-14 yet.

15  Q.  Okay.  It's in your book.

16  A.  Oh, yes.  Sorry.

17        Yep, there they are.

18        MS. MOHSIN:  And these were admitted previously.  If

19  you would please publish 10-14, Ms. Faucheux?

20  BY MS. MOHSIN:

21  Q.  Is this the original Arabic image of the content?

22  A.  Yes.

23        MS. MOHSIN:  Okay.  If you could go to page 2, please?

24  BY MS. MOHSIN:

25  Q.  Is that the second message that she referenced from August

183

```
 1   5th, in the original Arabic?
 2   A.  Yes.
 3          MS. MOHSIN:  Okay.  And then the third page, please?
 4   BY MS. MOHSIN:
 5   Q.  Is this the translation?
 6   A.  Yes.
 7          MS. MOHSIN:  And the fourth page?
 8   BY MS. MOHSIN:
 9   Q.  And that's the translation of the other message?
10   A.  Yes.
11   Q.  And so there is two sort of avatars -- is that what they
12   are called? -- above the name "Abu Hamzah" and "Secrets of the
13   Mujahidin Channel"?
14   A.  Yes.
15   Q.  The one on the left, is that the defendant's -- is "avatar"
16   the right word?
17   A.  Yeah, "avatar."  Or "profile picture."
18   Q.  "Profile picture," thank you.
19          MS. MOHSIN:  Okay.  If we could return to 10-1,
20   please, slide 53.
21   BY MS. MOHSIN:
22   Q.  Go ahead.
23   A.  So I also -- again, I mostly looked at Telegram, but then
24   there were some other pieces of information on the phone
25   related to Telegram, but outside of Telegram.
```

184

```
1              So one thing that was -- that was found in Google

2    Docs -- so Google Docs keeps a record of files that you have

3    opened using Google Docs.  And if you are using Telegram, and

4    someone sends you a, a .doc file, if you open it, it will

5    automatically open in Google Docs, if you have an Android

6    phone.

7              So when we look at these traces in the Google Docs DB,

8    this file path is telling us that this was a -- this was a

9    document, a file that came from Telegram.  So -- and the only

10   way that would have happened is if you actually clicked on it

11   and opened it.

12   Q.  All right.  And so are there a series of Google Doc

13   messages that you were able to identify on the defendant's

14   phone?

15   A.  So these would be artifacts of, of documents.

16   Q.  What's an artifact?

17   A.  So in this case, we don't have the whole document.  It's

18   just like a little, a little piece, like a little -- tiny

19   little chunk of a preview of what it looked like, and some of

20   the metadata about that document.  So we don't have the whole

21   document.

22   Q.  So it's a snapshot?

23   A.  Yes.

24   Q.  All right.  I'm going to ask you if, before you came here

25   today, you reviewed those, those documents.
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    A.   Yes.

2    Q.   Have they been translated from Arabic into English, where

3    appropriate?

4    A.   Yes.

5         MS. MOHSIN:   And these are previously admitted,

6    Exhibits 18-10 through 18-14.

7         And I'm just going to ask, Ms. Faucheux, if you would

8    please start with 18-14 and publish that for the jury.

9    BY MS. MOHSIN:

10   Q.   What are we looking at, Ms. Vaughan?

11   A.   So this is -- again, this is a, like, a little tiny

12   chunk -- or sorry.  This is the, the metadata about these

13   artifacts.  So this was -- this is basically a record in a

14   database that, the Google Docs database explaining where this

15   was found.

16        So you have the -- like, this is -- this [indicating]

17   is where it was found on the phone, and then this [indicating]

18   is the file name.  This [indicating] is the path, so this is

19   the path that is generated if you open something from Telegram

20   without first downloading it to your phone.  And then of course

21   the -- you know, when it was last opened and --

22   Q.   That was July 27th?  I'm so sorry.

23   A.   Yes.  The last opened time was July 27, 2016.

24   Q.   And it was opened -- was it opened in MS Word?

25   A.   No.  It's just -- it's a Word document.  So that's just

186

```
 1   what type of file it is.

 2   Q.  What is the annotation?

 3   A.  So I'm actually not sure the source of the annotation, if

 4   that was written by a reviewer or if that's something from the

 5   artifact.

 6   Q.  Okay.

 7        MS. MOHSIN:  Can you zoom out, please?

 8   BY MS. MOHSIN:

 9   Q.  And is this the image?

10   A.  Yes.

11        MS. MOHSIN:  Next page, please?

12   BY MS. MOHSIN:

13   Q.  Is that a translation?

14   A.  Yes.  So the annotation was someone's translation of the

15   text.

16   Q.  All right.  And it says what?

17   A.  "Ready after adding detonation mechanism";

18        "for the charge."

19        So there is some part of it was cut off, so we are

20   just seeing the part that we could see.

21        MS. MOHSIN:  Exhibit 18-13, please.

22   BY MS. MOHSIN:

23   Q.  Now, the bottom half of this document is sideways?

24   A.  (No response.)

25   Q.  Yes?
```

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   A.  Yes.

2   Q.  And is this an artifact from July 2nd, 2016?

3   A.  Yes.  So that's when it was opened.

4   Q.  Okay.

5        MS. MOHSIN:  Can you go to page 2, please?

6   BY MS. MOHSIN:

7   Q.  Is this a translation?

8   A.  Yes.

9   Q.  All right.  Can you read that for the jury?

10  A.  So if, if we were to flip it so that it's standing upright

11  and sort of, like, half of a chart, it says, "The Strong"; "The

12  Secondary"; "The Military:  Pure materials, TNT, Hexogen,

13  Penthrite, Nitrile"; "Mixtures:  Compound B, Torpex, Plastic

14  Explosives."

15  Q.  Okay.

16        MS. MOHSIN:  Exhibit 18-12, please?

17  BY MS. MOHSIN:

18  Q.  Is this an artifact from Telegram from the defendant's

19  phone as well?

20  A.  Yes.

21  Q.  June -- is this from June 26, 2016?

22  A.  Yes.

23  Q.  It's in Arabic?

24  A.  Yes.

25  Q.  Okay.  Has it been translated?

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    A.  Yes.

2            MS. MOHSIN:  Page 2, please?  Can you zoom in, please?

3    BY MS. MOHSIN:

4    Q.  And read that for the jury.

5    A.  So this, this looks to me like some kind of a, like, a

6    table of contents with page numbers.  It says:

7            "---------14

8            "Muhammad 'Abbas, in which he mentioned some of

9    America's crimes---------14

10           "The contradictions in the ideology of the

11   virtuous---------17

12           "A fighting state or a supporter?---------19

13           "To discuss and explain the infallibility of

14   blood---------21

15           "It is permissible to kill the infallible among the

16   infidels---------23"

17   Q.  Skip down to 38, please.

18   A.  "The Muslims who were in the World Trade Center?"-------38

19           "The interests and spoilers of the

20   operations---------42."

21   Q.  All right.  Thank you.

22           MS. MOHSIN:  18-11, please?

23   BY MS. MOHSIN:

24   Q.  Is this from June 22nd of 2016?

25   A.  Yes.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   Q.  It's in Arabic?

2   A.  Yes.

3   Q.  It's from the defendant's phone?

4   A.  Yes.

5        MS. MOHSIN:  Next page, please?

6   BY MS. MOHSIN:

7   Q.  Can you read that, please?

8   A.  Sure.  It says, "In the name of God the merciful, the

9   compassionate

10       "With a special odor, boils at 110 degrees celsius and

11  does not mix with water

12       "as a solvent to many organic substances that can be

13  obtained from medical laboratories 90%"

14  Q.  All right.

15       MS. MOHSIN:  And then finally 18-20, if you would

16  publish that, please.

17       I'm sorry.  18-10.

18  BY MS. MOHSIN:

19  Q.  Is this from June 22nd, 2016?

20  A.  Yes.

21  Q.  And it's in Arabic?

22  A.  Yes.

23  Q.  Is this an artifact?

24  A.  Yes.

25       MS. MOHSIN:  And if you would please publish the

 1    second page.

 2    BY MS. MOHSIN:

 3    Q.   And what is this about?

 4    A.   So this says, "Normal charcoal from home, botanical and not

 5    briquette

 6              "Needed to be obtained by talking about the two acids

 7              "Many explosives and they are Sulfuric Acid and the

 8    acid of

 9              "And then we start preparing the gunpowder in its

10    variety and then go deep

11              "Used in manufacturing many of the generic explosives

12              "They are Sulfuric Acid and Nitric Acid and we will

13    partake in how

14              "The battery which can be easily purchased from shops

15    for filling"

16    Q.   Okay.  Thank you.

17              MS. MOHSIN:  I want to return to slide, I believe, 54,

18    but -- on Exhibit 10-1.

19    BY MS. MOHSIN:

20    Q.   Ms. Vaughan, are the slides 54 through 58 just referencing

21    these particular exhibits?

22    A.   Yes.

23              MS. MOHSIN:  So let's jump to 59, please.

24    BY MS. MOHSIN:

25    Q.   All right.  Can you please tell the jury about this slide?

1  A.  So looking at the data on the defendant's phone, we can

2  tell from the private messages that the defendant had with the

3  BotFather -- there were quite a few, but we can't see them

4  all -- but the defendant received a key on May 27, 2016, for a

5  bot.  And that bot was called ISXOne1Bot, User ID 228260044.

6  So we see this -- we see this bot.  The display name is Dabiq

7  in Arabic.  This is just an automatic -- a logo profile pic

8  created by the forensic software with the Arabic "D."

9  Q.  Is that in the green?

10  A.  Yes.  This one [indicating].

11  Q.  Okay.

12  A.  And there were messages.  There is a direct message

13  conversation with this bot.

14  Q.  Okay.  And was this bot programmed?

15  A.  So that is a question I cannot answer with 100 percent

16  certainty.  So the things that I would look for to understand

17  if that was happening, we talked about slash commands like

18  "/start."

19       In the conversation that we have, which, again, we

20  don't have all of it, but there aren't any slash commands.

21  Q.  Okay.

22  A.  So don't see those.

23       I would also expect to see, if there were commands

24  being sent, the bot would have some kind of a response.  I

25  mean, it's possible that someone could program a bot and have

1   it do something and not say anything, but it's not really

2   common.  Usually the bot would say like, you know, "task

3   complete" or "message sent" or something like that.  So there

4   is no interaction from the bot itself.

5          Lastly, when you program a bot to have buttons, some

6   of that information about the buttons is cached in the Telegram

7   database in a table that's about storing information about

8   bots.  And there is no button information stored in the

9   Telegram database that we recovered.

10          So in the end, I don't observe any functionality from

11  this bot actually happening.  The only thing that suggests to

12  me that it may have once done something at some point -- and we

13  just don't have the content for that -- is a direct message

14  conversation between the defendant and Chatfuel, which is the

15  company that would run a bot for you.

16  Q.  Okay.

17          MS. MOHSIN:  Slide 60, please.

18  BY MS. MOHSIN:

19  Q.  Go ahead, please.

20  A.  So based on the message IDs, we know that the defendant

21  sent at least 1,646 messages back and forth between the bot.

22  Again, we don't know how many of those -- like, if it was one

23  way or two way or what because we only have 119 of them.

24          And of those 119 that we have recovered, 118 -- well,

25  I should say first:  All 119 of them are from the defendant to

1    the bot.

2           118 of those are forwards from some other

3    conversation.  There is exactly one message that is, call it an

4    original message here that was sent by the defendant as a, you

5    know, just a regular message.

6    Q.  Were these ISIS-related messages?

7    A.  Some of them definitely are.  Because of the, the way the

8    messages are recovered, a lot of them are attachments.  And we

9    don't have those attachments.  We might have the title or the

10   file name.  And for some of those, it's very obvious because,

11   you know, it says, like, "Amaq News" or "ISIS did this or

12   that."

13          For others, you know, it's more generic, and it's more

14   difficult to tell.  What I can say is that for the -- for most

15   of them, the file names are characteristic of what an ISIS

16   release would be titled as a file name.  But I cannot say that

17   for sure.

18   Q.  All right.

19          MS. MOHSIN:  62, please.

20   BY MS. MOHSIN:

21   Q.  So this is a busy slide.  Can you summarize this?

22   A.  Can you --

23   Q.  Oh, 61?  I missed it.

24   A.  Yeah.

25   Q.  Sorry.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    A.  So there are a few, though, approximately 22 of these where

2    we definitely can -- or not -- we can say with much greater

3    confidence where they probably came from, because the forward

4    information matches the original version that is also on the

5    phone.

6            So we can basically match up, like, okay, this says

7    it's from this ID, it says it was sent -- originally sent by

8    this ID at this time.  And then we have the un-forwarded -- the

9    pre-forwarded message in that respective channel or group that

10   matches exactly.

11   Q.  And the original message that you are referring to is

12   "NewAsad.mp3"?

13   A.  Yes.  So, so there -- of these 119 messages, four of them,

14   we are pretty certain that they came from Mujahideen Secrets

15   Channel Group, 17 from the Ammunition of Caliphate 4 Channel,

16   and then there is that one original message, which is just the

17   attachment, NewAsad.mp3.

18   Q.  All right.  And so you said there is a problem with the way

19   in which Telegram forwards or how, how that data is maintained?

20   A.  Yes.  And now we can go to the busy slide to understand why

21   that is.

22   Q.  Okay.

23   A.  So Telegram forwarding is very confusing.  It's confusing

24   for everyone.  But this is a diagram of how it works and why it

25   would be difficult occasionally to say where a message came

195

```
1    from or how it got to where we see it.

2          So if we look to the left-hand side, so, like, we have

3    this original message, right, sent from Alice to Group A.  And

4    Alice says, you know, "Hey everybody, check out this cool pic!"

5          And then Bob is in Group B -- or Group A with Alice,

6    and Bob is also in Group B.  Bob takes Alice's message and

7    forwards it to Group B.  Well, the people in Group B now see it

8    like this.  They see Bob forwarded this message; this message

9    is from Alice.

10          Now, if we have Charlie in Group B and in Group C, and

11   then Charlie takes this forward and forwards it again, this is

12   what the people in Group C see, is this message is from Alice,

13   from -- forwarded by Charlie.

14          Now, it doesn't matter if Charlie is in Group A; he

15   can still forward it from Group B.  And it looks like Charlie

16   was in Group A, but he wasn't.

17          So the, the problem is, essentially there is no, like,

18   chain.  So if we're in Group C, we would have no idea -- we're

19   in Group C but not Group B, we have no idea that Bob forwarded

20   it and that's how we -- how it got to us.

21   Q.  All right.  Next slide, please.

22   A.  So of the, of the messages that were forwarded from

23   Ammunition of the Caliphate 4, two of --

24   Q.  From -- to where?

25   A.  To the bot.  Sorry.
```

1    Q.  Okay.

2    A.  Forwarded by the defendant to the bot, originating in the

3    Ammunition of the Caliphate 4 Channel, we had the -- there were

4    video attachments.  And we had videos for two of them.

5    Q.  And those are the two videos that are shown on the screen?

6    A.  Yes.  They are both official ISIS videos from Wilayah

7    offices.  One is called The Assaults of Sacrifice 3, and it's

8    from -- it's Wilayah Homs.  And then the other one is Windows

9    from the Land of Yemen 2, which is from Wilayah Bayda, which is

10   in Yemen.

11   Q.  So Windows from the Land of Yemen has been marked as

12   Exhibit 10-12; is that accurate?

13   A.  Yes.

14   Q.  And the translation is at 10-12A?

15   A.  Yes.

16   Q.  Is the other video, Assaults of Sacrifice, also marked as

17   an exhibit?

18   A.  I -- I believe so.  I don't know if I have the number to

19   hand.  I apologize.

20   Q.  18-6?

21   A.  That sounds right.

22   Q.  You said ISIS media Hims, (phonetic) The Assaults of

23   Sacrifice 3?

24   A.  Yes.

25   Q.  And you looked at these videos before your testimony today?

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1   A.  Yes.

2   Q.  I want to ask about Windows in the Land of Yemen.  Do you

3   know if that's a -- what type of video that is?  What it

4   depicts?

5   A.  So it -- it depicts a number of topics.  There are, like --

6   I would say it's like a composite of scenes from this -- from

7   Wilayah Bayda.  There are scenes of people training in a

8   training camp, receiving some kind of -- like it could be

9   religious instruction, could be a pep talk.  It's hard to say.

10          There is also scenes of combat.  There is -- there are

11  scenes of -- of -- there's some graphic content of people after

12  an attack.

13  Q.  "Graphic" meaning, like, gruesome graphic?

14  A.  Gruesome, yeah.

15  Q.  Okay.

16          MS. MOHSIN:  Your Honor, I would move to admit Exhibit

17  10-12, video Windows into the Land of Yemen.  I believe the

18  translation was already admitted.

19          MS. BASHA:  No objection.

20          THE COURT:  Admitted.

21     (GX 10-12 received in evidence.)

22          MS. MOHSIN:  And likewise, Exhibit 18-6, which is

23  Assaults of Sacrifice 3.

24          MS. BASHA:  No objection, your Honor.

25          THE COURT:  That exhibit is also admitted.

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1         (GX 18-6 received in evidence.)

2             MS. MOHSIN:  Okay.  Thank you.

3     BY MS. MOHSIN:

4     Q.  Slide 64, please.

5     A.  So I had also mentioned that some of these forwards from

6     the defendant to the bot were originally posted in Mujahideen

7     Secrets Channel Group, which is in Exhibit 10-2.  And I've

8     reproduced it here.  Or one of the messages here.

9             So one of the things that's interesting about this

10    particular message is that we also have the, like, really

11    original copy sent by Husayn, on Husayn's phone.  So as if

12    there was any doubt, we can actually see Husayn sending this

13    message for the first time, and then seeing it get forwarded on

14    after that.

15    Q.  So from Husayn to the defendant?

16    A.  Well, to the group.

17    Q.  Mujahideen Secrets Channel Group?

18    A.  And --

19    Q.  And then the defendant takes it from there to his bot?

20    A.  Yes.

21    Q.  Okay.  And what is this?

22    A.  So this is a recipe for an explosive, or something used

23    in -- I apologize, not explosives, but something used in the

24    production of explosives called copper azide.

25    Q.  Okay.  And it's an "extremely sensitive, almost too

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1    sensitive to handle safely," so the person is cautioned to

2    use -- is warned to use extreme caution?

3    A.  Yes.  And this was Husayn that typed it.  I don't know if

4    he actually wrote it himself or if he was just copying it from

5    somewhere else.

6    Q.  When did the defendant get this message transferred either

7    from Mujahideen Secrets Channel Group or -- when did he move it

8    into his bot?

9    A.  So he forwarded it to the bot on, I believe it's, March 12,

10   2017 at 12:55 a.m., local time.

11   Q.  Okay.  Slide 65, please.

12   A.  So there are -- even though we don't necessarily have the

13   information that tells us where some of these forwards came

14   from, they are still interesting on their -- in their own

15   right.

16          And so one of these is a file that -- so it's been

17   translated here, and in this PowerPoint in general, three

18   different ways, but the Arabic is actually exactly the same in

19   all three.  So there it's just a difference in how the linguist

20   translated it.

21          In the video -- it's a video, an MP4, and it's called

22   Attack Them or Fight Them or Go Get Them O' monotheist.

23          And in one of these, we can see that the description

24   of it is "The making of the simplest effective explosive charge

25   at home."

AMY VAUGHAN - DIRECT BY MS. MOHSIN

1              So this is a video about -- probably the same video

2    sent twice, although we don't know that for certain, it just

3    the exact same title -- about making explosives.

4    Q.  And what are the dates that this video was forwarded from

5    the Mujahideen Secrets Channel Group to ISXOne1Bot?

6    A.  So I don't know for certain that that's where it was

7    forwarded from, but as it happens, that is the type of material

8    that was getting posted there.  And we have some other messages

9    that suggested it, in fact, was posted there in the past.  But

10   these ones were sent to the bot on January 8, 2017 at 6:11 a.m.

11   and then again at 5-10-2017 at 6:00 a.m. -- 6:02 a.m.

12   Q.  Okay.  Next slide, please.

13   A.  So as I was saying, there is some evidence -- though we

14   don't know for sure, there is some evidence that this exact

15   same video was present in the Mujahideen Secrets Channel Group.

16   And I will go back to Exhibit 10-13 that, that -- which is the

17   reason why I think that.

18   Q.  I'm just going to show that briefly.  This is that 10-13

19   you read earlier?

20   A.  Yes.  So this is our -- this is UnkownAccounts asking for

21   help making acetone peroxide, which is an explosive, from the

22   release titled "Go Get Them O monotheist."  Which, again, I did

23   compare the Arabic, and it's exactly the same Arabic, even

24   though it's been translated differently in English.

25              So it looks like this, this release was being passed

1    around in that group.

2            MS. MOHSIN:  Okay.  Next -- 10-1, slide, I believe

3    it's, 67, please.

4    A.  So one of the other attachments that was forwarded, even

5    though not 100 percent sure from where, but forwarded by the

6    defendant to the bot on May 4th, 2017, of just the file named

7    "Rumiyah," "Rumiyah" -- depending on how you want to pronounce

8    it -- Rumiyah 9 Eng.pdf.

9    BY MS. MOHSIN:

10   Q.  And that's the item on the right?

11   A.  Yes.  This is Issue 9 of the magazine Rumiyah, published by

12   Al Hayat Media.

13   Q.  The official ISIS media?

14   A.  Yes.

15   Q.  Okay.  And within this particular issue of Rumiyah, or

16   "Rumiyah," is there an article called Just Terror Tactics?

17   A.  Yes, there is.

18   Q.  All right.

19           MS. MOHSIN:  Your Honor, we move for the admission of

20   exhibit -- I'm sorry.

21   BY MS. MOHSIN:

22   Q.  Have you reviewed this Exhibit 10-5 prior to your testimony

23   here today?

24   A.  Yes.

25   Q.  And is it this Rumiyah, Issue 9?

1   A.  Yes.

2           MS. MOHSIN:  Your Honor, we move for the admission of

3   10-5 at this time.

4           MS. BASHA:  No objection.

5           THE COURT:  Admitted.

6       (GX 10-5 received in evidence.)

7   BY MS. MOHSIN:

8   Q.  And is this an English-language magazine?

9   A.  Yes.

10  Q.  Okay.  I want to go to slide 68 now, which I believe is the

11  last slide.

12  A.  It is.

13  Q.  All right.  Can you tell us what we're looking at here?

14  A.  So this is a -- is a file note.  There was another app on

15  this LG phone that was of interest.  It is not related to

16  Telegram.  It was called GhostApp.  And this was another one of

17  these privacy-focused applications.  And one of the things that

18  it offered was, was an email service.

19          And there are two accounts in the database of this app

20  on this phone, "Simsim" and "Simsim1."  They would both

21  have been at -- Simsim@GhostApp.com or Ghostmail.com.  There

22  were a couple variations that you could pick from.

23          And these are notable as one of these was used to sign

24  up for Twitter, a Twitter account, and also -- and also for a

25  PalTalk account associated with the defendant.

```
 1              MS. MOHSIN:  Okay.  Your Honor, it's 2:30.  I have
 2    another line of questioning for this witness.  Do you want to
 3    break at this point?
 4              THE COURT:  It is 2:29.  And, yes, we will conclude
 5    for the day.
 6              Members of the jury, remember that you cannot discuss
 7    this case with anyone.  You cannot do any research.  You must
 8    follow the Court's instructions.  And if you learn of anyone
 9    not following the Court's instructions, you must report it to
10    me immediately, or immediately to a member of my staff.
11              Thank you for your time and attention.  You are
12    excused for the day.
13              THE LAW CLERK:  All rise for the jury.
14       (Whereupon the jury was excused, 2:29 p.m.)
15              THE COURT:  Ms. Vaughan, this concludes your testimony
16    for the day.  And you are excused until tomorrow.
17              MR. SLAVIN:  Your Honor, before we break, just one
18    quick request.  Exhibit 10-11, that was admitted, has at the
19    very least, based on the testimony we saw today, step-by-step
20    instructions on making ricin.  So we would ask that that
21    exhibit be sealed for general public protection.
22              MS. BASHA:  We would --
23              THE COURT:  Any objection?
24              MS. BASHA:  Yeah, no objection.
25              THE COURT:  All right.  That will be sealed, Exhibit
```

1    10-11.

2           Court is adjourned.

3           THE COURT CLERK:  Court is adjourned for the

4    afternoon.

5       (Proceedings adjourned, 2:31 p.m.)

6                           -   -   -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATION OF REPORTERS

 2

 3      I, Leann S. Lizza/Christin E. Douglas, do hereby certify

 4   that the above-entitled matter was taken before me at the time

 5   and place hereinbefore set forth; that the proceedings were

 6   duly recorded by me stenographically and reduced to computer

 7   transcription; that this is a true, full and correct transcript

 8   of my stenographic notes so taken; and that I am not related

 9   to, nor of counsel to either party, nor interested in the event

10   of this cause.

11

12

13   S/Leann S. Lizza S/Christin E. Douglas            5/20/2025

14   Leann S. Lizza, CSR-3746, RPR, CRR, RMR, RDR         Date

15   Christin E. Douglas, RDR, CRR, FCRR, CSR

16

17

18

19

20

21

22

23

24

25
```

**#**

**#Channel_ Mujahideen_ Secrets** [1] - 162:10
**#Secrets_of_the_ Mujahideen_ Channel** [1] - 167:11

**'**

**'80s** [1] - 110:9
**'90s** [1] - 110:9
**'Abbas** [1] - 188:8
**'acetone** [1] - 173:20
**'Easy** [1] - 145:6
**'Go** - 173:20

**/**

**/newbot** [2] - 106:9, 106:16
**/start** [4] - 103:6, 103:8, 106:7, 191:18

**0**

**0.035** [1] - 139:14

**1**

**1** [10] - 25:2, 25:24, 58:7, 94:18, 95:16, 101:8, 131:20, 139:13, 139:19, 170:1
**1,387** [2] - 160:19, 161:1
**1,572** [1] - 151:8
**1,646** [1] - 192:21
**1-37** [8] - 4:3, 8:17, 23:21, 23:25, 24:4, 25:2, 26:7, 26:16
**10** [10] - 29:8, 100:15, 130:22, 144:22, 151:2, 152:4, 152:9, 152:17, 154:15
**10-1** [15] - 86:11, 86:13, 86:14, 86:19, 96:13, 145:11, 160:13, 170:7, 174:6, 176:22, 178:3, 181:19, 183:19, 190:18, 201:2
**10-11** [10] - 4:4, 130:20, 131:1, 131:15, 131:17, 131:19, 131:20, 134:23, 203:18,

204:1
**10-12** [4] - 4:5, 196:12, 197:17, 197:21
**10-12A** [1] - 196:14
**10-13** [4] - 173:4, 173:12, 200:16, 200:18
**10-14** [3] - 182:13, 182:14, 182:19
**10-15** [2] - 158:18, 158:20
**10-16** [6] - 4:6, 168:24, 169:1, 169:8, 169:12, 169:14
**10-16A** [4] - 4:6, 169:3, 169:12, 169:21
**10-2** [1] - 198:7
**10-5** [4] - 4:7, 201:22, 202:3, 202:6
**10-6** [5] - 4:8, 179:8, 179:22, 179:25, 181:6
**10-6.A** [1] - 179:8
**10-6A** [4] - 4:8, 179:22, 179:25, 180:1
**10-7** [2] - 175:4, 175:11
**10-8** [2] - 176:24, 177:3
**10-minute** [1] - 171:18
**100** [4] - 146:7, 155:12, 191:15, 201:5
**102** [1] - 155:1
**105** [4] - 8:10, 8:19, 8:20, 24:25
**109,000** [1] - 161:5
**109,267** [3] - 160:22, 160:23, 160:25
**10:03** [1] - 144:20
**10:10** [1] - 60:25
**10:11** [1] - 61:13
**10:31** [1] - 76:1
**10:33** [1] - 76:20
**10:44** [1] - 76:21
**10:46** [1] - 77:2
**10th** [1] - 144:20
**11** [3] - 20:21, 102:5, 130:22
**110** [1] - 189:10
**118** [2] - 192:24, 193:2
**119** [5] - 154:2, 192:23, 192:24, 192:25, 194:13
**11th** [1] - 10:4
**12** [2] - 9:21, 199:9
**120** [3] - 12:14, 12:25, 27:15

**128** [1] - 153:25
**12:05** [1] - 134:5
**12:06** [1] - 134:7
**12:42** [1] - 134:8
**12:44** [1] - 134:16
**12:55** [1] - 199:10
**12th** [1] - 95:6
**131** [1] - 4:4
**1368** [1] - 142:6
**137** [2] - 8:16, 24:2
**14** [3] - 105:6, 188:7, 188:9
**1438** [1] - 159:24
**14th** [2] - 150:23, 151:4
**15** [3] - 63:10, 107:12, 124:3
**15th** [1] - 182:10
**16** [1] - 109:1
**16-10** [5] - 4:10, 93:12, 94:12, 94:16
**16-11** [5] - 4:10, 93:12, 94:12, 94:16, 95:15
**16-4** [4] - 4:9, 49:9, 49:11, 49:15
**16-4A** [4] - 4:11, 53:1, 53:13, 53:17
**169** [1] - 4:6
**16A** [2] - 169:8, 169:14
**16th** [3] - 16:9, 17:16, 32:23
**17** [4] - 110:14, 145:8, 188:11, 194:15
**179** [1] - 4:8
**18** [1] - 113:5
**18-10** [2] - 185:6, 189:17
**18-11** [1] - 188:22
**18-12** [1] - 187:16
**18-13** [1] - 186:21
**18-14** [2] - 185:6, 185:8
**18-20** [1] - 189:15
**18-6** [4] - 4:12, 196:20, 197:22, 198:1
**1825** [1] - 94:25
**1888** [1] - 132:8
**19** [2] - 114:5, 188:12
**196101267** [1] - 166:19
**197** [1] - 4:5
**198** [1] - 4:12
**19th** [6] - 14:5, 18:6, 18:16, 27:24, 32:22, 33:5
**1:31** [1] - 159:16
**1:35** [3] - 171:20, 171:22, 182:10
**1:44** [1] - 95:6

**1:46** [1] - 171:23
**1:48** [1] - 172:5
**1:53** [1] - 178:20
**1st** [2] - 140:16, 141:3

**2**

**2** [17] - 2:7, 53:6, 53:18, 53:20, 86:25, 95:8, 96:4, 101:8, 133:12, 134:24, 156:12, 169:22, 177:8, 182:23, 187:5, 188:2, 196:9
**2,000** [1] - 101:2
**20** [4] - 1:12, 5:1, 115:3, 139:16
**2000** [1] - 46:19
**2001** [1] - 1:16
**2003** [1] - 47:2
**2004** [1] - 47:3
**2005** [1] - 46:19
**2010** [16] - 62:11, 63:16, 64:10, 64:21, 64:23, 66:17, 66:19, 67:19, 67:20, 71:1, 71:22, 71:24, 72:24, 74:13, 74:14
**2011** [3] - 74:20, 75:14, 79:5
**2012** [5] - 74:16, 74:17, 74:19, 75:14, 79:5
**2013** [1] - 70:25
**2014** [1] - 84:11
**2015** [3] - 65:7, 81:20, 82:16
**2016** [18] - 9:13, 9:16, 24:16, 25:24, 84:12, 113:16, 113:24, 113:25, 159:16, 167:9, 179:6, 179:13, 185:23, 187:2, 187:21, 188:24, 189:19, 191:4
**2017** [57] - 9:16, 10:4, 12:22, 18:7, 18:9, 18:16, 24:16, 24:23, 26:4, 27:7, 27:24, 28:5, 29:6, 32:14, 32:22, 39:15, 41:15, 43:16, 44:2, 48:14, 48:16, 48:17, 49:20, 51:11, 62:13, 65:24, 92:4, 95:6, 95:21, 127:21, 128:2, 137:1, 138:4, 140:5, 140:16, 141:3, 142:5, 142:20,

143:8, 143:19, 144:9, 144:20, 145:9, 150:23, 151:4, 157:9, 165:8, 170:1, 173:9, 175:15, 177:5, 178:20, 182:6, 182:10, 199:10, 200:10, 201:6
**2019** [1] - 48:7
**202** [2] - 1:21, 4:7
**2020** [5] - 66:20, 66:21, 66:22, 66:25, 67:4
**2022** [1] - 62:15
**2025** [3] - 1:12, 5:1, 41:15
**2025-type** [1] - 75:9
**205** [1] - 4:21
**20530** [1] - 1:21
**20th** [1] - 43:1
**21** [2] - 116:6, 188:14
**211** [2] - 1:16, 147:7
**211705280** [1] - 147:15
**22** [3] - 117:14, 155:11, 194:1
**22-CR-20504** [2] - 1:5, 5:9
**226-9100** [1] - 1:17
**228** [1] - 148:14
**228260044** [2] - 148:16, 191:5
**22nd** [1] - 95:21, 188:24, 189:19
**23** [2] - 118:8, 188:16
**231** [1] - 1:11
**24** [3] - 3:5, 4:3, 118:17
**248** [5] - 93:5, 93:7, 95:1, 95:2, 95:25
**24th** [2] - 175:15, 178:20
**25** [2] - 113:1, 119:8
**25th** [1] - 137:1
**26** [3] - 120:15, 138:4, 187:21
**27** [4] - 2:7, 121:7, 185:23, 191:4
**27th** [1] - 185:22
**28** [2] - 125:13, 167:9
**28th** [7] - 17:18, 17:20, 17:21, 17:23, 18:1, 18:2, 18:9
**29th** [2] - 140:5, 173:9
**2:29** [2] - 203:4, 203:14
**2:30** [1] - 203:1
**2:31** [1] - 204:5
**2:32** [2] - 142:5,

142:20
**2:55** [1] - 140:6
**2nd** [4] - 142:5, 142:20, 159:16, 187:2

## 3

**3** [8] - 54:10, 88:8, 101:9, 133:13, 139:15, 196:7, 196:23, 197:23
**3,000** [1] - 101:2
**30** [2] - 129:17, 145:11
**31** [1] - 145:19
**310** [4] - 92:19, 92:20, 93:3
**313** [3] - 1:17, 2:5, 2:8
**32** [1] - 146:24
**32411607** [1] - 166:22
**33** [1] - 149:1
**35** [1] - 151:6
**35-minute** [1] - 133:23
**36** [1] - 151:12
**38** [2] - 188:17, 188:18
**382323704** [1] - 148:21
**3:32** [1] - 138:4
**3:48** [1] - 95:21
**3rd** [1] - 143:8

## 4

**4** [9] - 56:20, 89:22, 139:17, 152:6, 152:9, 157:14, 194:15, 195:23, 196:3
**4,236** [1] - 157:22
**40** [2] - 29:8, 160:12
**41** [2] - 160:11, 160:14
**42** [1] - 188:20
**44** [4] - 121:8, 122:3, 122:6, 165:5
**45** [1] - 3:8
**47** [2] - 167:22, 170:7
**48** [1] - 172:19
**48226** [2] - 1:17, 2:4
**48362** [1] - 2:7
**49** [2] - 4:9, 174:6
**4:17** [1] - 140:16
**4:56** [1] - 141:3
**4th** [1] - 201:6

## 5

**5** [5] - 12:15, 12:25, 27:14, 29:9, 90:11
**5-10-2017** [1] - 200:11
**5-19-2017** [4] - 10:7,

13:18, 13:21, 18:3
**5/20/2025** [1] - 205:13
**50** [4] - 29:8, 146:6, 175:2, 175:4
**500** [3] - 155:11, 155:12
**52** [3] - 155:11, 178:4, 181:18
**5280** [1] - 57:10
**53** [2] - 4:11, 183:20
**530-9505** [1] - 2:8
**54** [2] - 190:17, 190:20
**540** [1] - 149:18
**58** [2] - 3:9, 190:20
**59** [1] - 190:23
**5:03** [1] - 143:8
**5:20** [1] - 144:9
**5:24:43** [1] - 143:19
**5:30** [1] - 182:6
**5:39** [1] - 145:9
**5th** [2] - 182:6, 183:1

## 6

**6** [6] - 3:4, 26:7, 139:15, 139:19, 169:3, 177:5
**60** [1] - 192:17
**61** [2] - 3:12, 193:23
**613** [1] - 2:3
**616-2846** [1] - 1:21
**62** [1] - 193:19
**64** [1] - 198:4
**65** [1] - 199:11
**67** [1] - 201:3
**68** [1] - 202:10
**6:00** [1] - 200:11
**6:02** [1] - 200:11
**6:11** [1] - 200:10

## 7

**7** [3] - 26:3, 92:2, 96:13
**7-15-2016** [1] - 8:20
**7-7-2017** [1] - 116:19
**70,000** [1] - 57:2
**73,000** [1] - 60:10
**76** [1] - 4:18
**7600** [1] - 1:20
**79388** [1] - 95:12
**7th** [2] - 26:4, 113:24

## 8

**8** [3] - 1:9, 96:24, 200:10
**8-16-2017** [1] - 15:19
**84036** [1] - 96:8
**8:32** [1] - 167:9

**8:55** [1] - 137:1
**8:59** [2] - 1:12, 5:4
**8th** [1] - 113:24

## 9

**9** [5] - 98:19, 144:9, 201:8, 201:11, 201:25
**9/11** [2] - 46:22, 46:23
**90** [1] - 11:20
**90%** [1] - 189:13
**94** [1] - 4:10
**950** [1] - 1:20
**967-5555** [1] - 2:5
**974** [1] - 157:14
**976** [1] - 167:18
**977** [1] - 167:18
**9:01** [1] - 6:4
**9:02** [1] - 6:17
**9:47** [2] - 45:5, 45:13
**9th** [1] - 143:19

## A

**a.m** [24] - 1:12, 5:4, 6:4, 6:17, 45:5, 45:13, 60:25, 61:13, 76:1, 76:20, 76:21, 77:2, 138:4, 142:5, 142:20, 143:8, 143:19, 167:9, 178:20, 182:10, 199:10, 200:10, 200:11
**a/k/a** [1] - 50:19
**Abbott** [1] - 2:3
**ABC** [5] - 120:5, 120:8, 120:9
**Abdallah** [5] - 85:21, 86:2, 162:23, 163:23, 164:21
**abdominal** [1] - 139:11
**ability** [5] - 43:22, 57:18, 73:7, 93:6, 161:14
**able** [30] - 27:17, 40:16, 51:16, 57:5, 57:12, 57:22, 67:14, 69:19, 69:20, 70:1, 70:14, 70:20, 78:8, 80:2, 80:6, 80:7, 80:10, 80:11, 80:22, 87:11, 108:21, 109:25, 117:4, 121:21, 146:23, 148:20, 160:19, 163:16, 164:8, 184:13

**able-bodied** [1] - 121:21
**above-entitled** [1] - 205:4
**absolutely** [2] - 55:9, 63:20
**Abu** [12] - 123:5, 123:7, 127:13, 128:1, 138:5, 147:8, 147:24, 155:23, 163:10, 170:12, 170:18, 183:12
**accelerate** [1] - 147:13
**accept** [3] - 133:14, 170:19, 170:22
**access** [6] - 83:5, 88:12, 89:13, 93:9, 93:10, 96:9
**according** [7] - 7:25, 8:25, 10:25, 15:22, 17:4, 19:1, 19:18, 157:22
**account** [33] - 57:9, 57:10, 58:17, 89:9, 90:12, 90:14, 90:18, 90:22, 91:20, 92:14, 92:19, 92:24, 93:3, 93:6, 93:8, 93:10, 96:9, 98:20, 100:16, 132:7, 132:22, 147:5, 147:19, 148:3, 148:20, 148:24, 149:3, 163:13, 163:16, 167:6, 182:4, 202:24, 202:25
**accounts** [12] - 57:8, 57:13, 82:23, 83:16, 147:4, 163:2, 163:8, 164:1, 164:9, 172:13, 202:19
**accurate** [3] - 52:19, 82:20, 196:12
**acetone** [3] - 112:12, 112:13, 200:21
**achieve** [2] - 62:16, 138:22
**Acid** [3] - 190:7, 190:12
**acid** [1] - 190:8
**acids** [1] - 190:6
**Action** [1] - 104:3
**action** [1] - 104:6
**actions** [1] - 180:14
**active** [6] - 50:23, 53:24, 56:6, 59:11, 59:13, 68:19, 93:5, 148:3
**actively** [1] - 54:19
**activities** [1] - 109:25

**activity** [6] - 50:8, 59:6, 59:10, 77:25, 81:22, 132:5
**actual** [10] - 57:15, 57:23, 57:24, 58:1, 95:11, 100:23, 136:4, 155:7, 170:3, 181:8
**ad** [1] - 150:5
**adamant** [1] - 55:13
**adding** [2] - 164:4, 186:17
**addition** [1] - 109:16
**additional** [4] - 76:10, 90:19, 93:1
**address** [3] - 88:7, 89:12, 90:20
**adjourned** [3] - 204:2, 204:3, 204:5
**admin** [5] - 59:14, 59:16, 97:25, 161:14, 165:1
**administer** [2] - 146:8, 146:13
**administrative** [1] - 174:18
**administrator** [5] - 85:17, 125:9, 125:10, 162:24, 164:22
**administrators** [10] - 146:16, 163:3, 163:4, 168:12, 168:15, 168:18, 171:6, 175:20, 177:13, 178:15
**admission** [8] - 39:17, 42:9, 42:10, 76:5, 94:12, 131:15, 201:19, 202:2
**admit** [7] - 15:2, 23:20, 38:2, 49:11, 53:13, 179:22, 197:16
**admitted** [22] - 24:2, 40:13, 41:4, 49:14, 53:16, 56:18, 94:14, 131:17, 158:19, 169:9, 169:11, 173:11, 175:4, 177:4, 179:24, 182:18, 185:5, 197:18, 197:20, 197:25, 202:5, 203:18
**admitting** [1] - 41:13
**Adnani** [1] - 128:2
**adopters** [1] - 81:9
**ads** [2] - 117:18, 118:10

**adults** [3] - 138:24, 138:25, 139:17
**Advanced** [2] - 62:14, 65:24
**advanced** [2] - 62:16, 139:11
**advantage** [1] - 84:9
**advertise** [1] - 177:20
**advertised** [1] - 87:9
**advertisements** [1] - 133:18
**advertising** [3] - 84:1, 141:20, 150:8
**advice** [4] - 111:23, 112:3, 122:13, 173:1
**advise** [1] - 145:8
**affect** [1] - 93:6
**affiliate** [1] - 120:7
**affiliated** [4] - 120:11, 153:3, 168:10, 169:16
**affiliates** [1] - 71:7
**affiliating** [1] - 158:11
**Afghanistan** [3] - 46:25, 47:19, 48:11
**aforementioned** [1] - 152:3
**Africa** [2] - 47:20, 48:13
**afternoon** [2] - 33:12, 204:4
**afterwards** [1] - 150:20
**Agency** [2] - 47:11, 116:10
**Agent** [18] - 6:11, 7:4, 7:24, 8:7, 8:12, 8:21, 9:11, 10:1, 10:2, 10:6, 10:13, 13:19, 21:9, 21:11, 22:20, 23:5, 25:7, 45:1
**agent** [9] - 8:19, 8:22, 21:9, 22:6, 22:10, 22:15, 24:22, 25:12, 124:4
**agents** [1] - 12:20
**aggressively** [2] - 82:15, 130:5
**ahead** [23] - 11:7, 33:8, 40:21, 49:16, 53:5, 75:19, 94:3, 106:3, 129:14, 140:14, 143:1, 143:12, 143:23, 144:12, 148:18, 153:20, 157:21, 160:21, 167:8, 171:15, 173:16, 183:22, 192:19
**Ahi** [1] - 142:10

**Ahki** [1] - 142:8
**Ahmaud** [1] - 67:13
**aid** [1] - 82:1
**Ajnad** [1] - 127:2
**AK** [2] - 124:23, 135:14
**AK-47** [2] - 135:14, 135:21
**Al** [35] - 28:14, 117:3, 117:16, 117:20, 118:9, 118:11, 118:12, 126:25, 128:19, 128:21, 130:14, 138:5, 138:11, 138:13, 143:14, 143:25, 144:14, 150:7, 150:9, 152:21, 170:12, 170:13, 170:15, 170:18, 170:19, 170:21, 170:22, 171:6, 201:12
**al** [16] - 28:19, 122:5, 123:6, 123:7, 124:22, 126:18, 127:13, 127:22, 128:2, 155:17, 155:20, 155:22, 155:23, 156:8, 163:10
**AL** [2] - 28:19, 150:9
**al'Qaida** [33] - 48:22, 48:25, 49:23, 50:3, 53:23, 54:6, 54:7, 64:21, 64:23, 67:20, 68:5, 68:18, 68:25, 71:5, 71:25, 72:5, 73:2, 73:12, 73:20, 74:9, 75:1, 75:16, 78:14, 78:18, 78:22, 79:6, 80:15, 80:16, 110:10, 115:11, 118:12, 122:5, 146:10
**al'Qaida's** [1] - 74:8
**al-Adnani** [1] - 128:2
**al-Awlaki** [1] - 122:5
**al-Baghdadi** [4] - 123:6, 123:7, 127:13, 155:23
**al-Bara** [1] - 163:10
**Al-Barra'** [1] - 170:12
**Al-Battar** [3] - 150:7, 150:9, 170:21
**Al-Bayan** [1] - 126:25
**Al-Bihani** [1] - 143:14
**al-Binali** [5] - 127:22, 155:17, 155:20, 155:22, 156:8

**Al-Fatihun** [2] - 138:11, 138:13
**Al-Furqan** [4] - 118:9, 118:11, 118:12, 126:25
**Al-Iraqi** [1] - 170:18
**Al-Maqdisi** [1] - 152:21
**Al-Matiri** [1] - 144:14
**al-Mohadin** [1] - 126:18
**Al-Mujahideen** [5] - 170:13, 170:15, 170:19, 170:22, 171:6
**al-Mujahideen** [1] - 124:22
**Al-Naba** [5] - 28:14, 117:3, 126:25, 128:19
**al-Naba** [1] - 28:19
**al-Najdi** [1] - 163:10
**Al-Najdi** [1] - 170:12
**Al-Sarim** [1] - 170:21
**Al-Yemani** [1] - 138:5
**Albayan** [3] - 118:19, 118:20, 118:24
**aleykum** [1] - 142:7
**Alice** [5] - 195:3, 195:4, 195:5, 195:9, 195:12
**Alice's** [1] - 195:6
**Alicia** [1] - 97:8
**allegations** [1] - 19:19
**allegedly** [1] - 20:9
**allegiance** [4] - 56:17, 110:24, 111:1, 111:3
**allies** [1] - 71:7
**allow** [9] - 35:13, 35:16, 35:18, 35:19, 43:15, 43:20, 44:8, 76:5
**allowed** [9] - 36:4, 48:21, 58:2, 73:16, 75:7, 91:2, 98:5, 157:1, 157:4
**ALMAQDISI** [1] - 152:22
**almost** [10] - 47:18, 63:17, 80:20, 80:23, 101:2, 101:15, 155:13, 158:10, 165:22, 198:25
**alphabet** [1] - 91:12
**alternates** [1] - 180:13
**alternative** [2] - 83:6, 113:20
**AMANDA** [1] - 2:2
**Amanda** [1] - 5:22
**Amaq** [5] - 116:10,

116:12, 118:23, 126:25, 193:11
**AMERICA** [1] - 1:3
**America** [3] - 5:10, 74:23, 115:2
**America's** [1] - 188:9
**Americans** [4] - 50:9, 55:14, 56:1, 156:21
**Ammunition** [1] - 152:5, 157:13, 194:15, 195:23, 196:3
**amount** [7] - 50:18, 59:10, 69:18, 85:9, 114:16, 148:22, 156:25
**amy** [1] - 90:24
**Amy** [4] - 3:11, 61:4, 61:13, 61:24
**Amys** [1] - 91:15
**analogous** [1] - 87:6
**analogy** [1] - 89:10
**analysis** [2] - 59:16, 65:14
**analyst** [13] - 45:25, 46:12, 46:21, 47:24, 47:25, 61:25, 62:1, 62:23, 63:2, 63:11, 64:11, 124:5, 124:6
**analysts** [3] - 63:18, 64:1, 77:15
**analytics** [2] - 62:19, 69:15
**analyze** [1] - 46:13
**Android** [1] - 184:5
**ANFO** [3] - 112:14, 112:15, 112:16
**angle** [1] - 85:19
**Animal** [3] - 98:9, 98:10, 98:11
**Anis** [1] - 126:18
**annotation** [3] - 186:2, 186:3, 186:14
**announce** [1] - 76:4
**Announcement** [1] - 144:15
**announcement** [1] - 133:4
**announces** [1] - 144:16
**announcing** [1] - 144:23
**answer** [2] - 174:1, 191:15
**answered** [2] - 43:19, 176:10
**Answering** [1] - 167:12
**anti** [1] - 146:13
**anti-ISIS** [1] - 146:13

**anticensorship** [1] - 84:5
**anticipate** [1] - 42:20
**antigovernment** [1] - 84:5
**Anwar** [1] - 122:5
**apologize** [8] - 23:23, 112:19, 148:9, 153:15, 157:16, 181:8, 196:19, 198:23
**apostate** [1] - 171:5
**app** [29] - 66:5, 86:5, 87:5, 88:13, 88:22, 89:6, 89:7, 89:12, 89:16, 89:18, 89:23, 89:24, 90:1, 90:2, 90:6, 90:7, 90:16, 96:22, 133:8, 133:9, 148:21, 149:8, 149:9, 149:14, 149:17, 150:17, 202:14, 202:19
**appeals** [1] - 80:22
**appear** [6] - 11:1, 26:8, 39:23, 98:10, 117:9, 128:8
**appearances** [2] - 1:14, 5:11
**Appearances** [1] - 1:23
**APPEARANCES** [1] - 2:1
**appeared** [3] - 10:23, 161:12, 165:25
**appearing** [1] - 5:14
**application** [3] - 84:3, 88:20, 96:17
**applications** [3] - 88:15, 129:20, 202:17
**applied** [2] - 62:21, 69:15
**appreciate** [1] - 37:17
**apprehend** [1] - 49:23
**approach** [6] - 6:12, 45:9, 52:22, 61:6, 93:25, 118:23
**approached** [1] - 84:23
**appropriate** [3] - 42:4, 99:14, 185:3
**approximation** [1] - 74:18
**apps** [8] - 64:7, 65:18, 88:3, 88:21, 88:23, 88:24, 98:23, 164:8
**April** [2] - 150:23, 151:4
**AQI** [1] - 79:6

**Arab** [3] - 74:21, 77:10, 81:12
**Arabian** [2] - 165:10, 180:18
**Arabic** [76] - 12:1, 13:13, 27:22, 27:25, 28:1, 28:3, 28:6, 29:16, 29:17, 29:18, 30:4, 30:20, 31:8, 33:18, 34:2, 34:4, 34:13, 34:19, 35:4, 35:8, 35:11, 39:19, 39:24, 41:3, 41:6, 41:8, 41:10, 42:15, 42:16, 42:25, 80:1, 80:2, 80:9, 91:4, 91:5, 114:2, 115:16, 116:12, 117:21, 119:22, 123:23, 123:24, 124:3, 124:22, 126:8, 126:9, 129:23, 131:10, 135:15, 140:22, 143:3, 144:5, 147:8, 152:8, 152:12, 152:17, 152:25, 153:18, 154:17, 154:23, 162:8, 163:10, 177:6, 182:21, 183:1, 185:2, 187:23, 189:1, 189:21, 191:7, 191:8, 199:18, 200:23
**Arbery** [1] - 67:13
**arcane** [1] - 78:10
**archive** [1] - 177:24
**area** [12] - 17:14, 34:20, 39:9, 40:6, 40:7, 62:24, 95:3, 119:14, 119:18, 120:17, 120:22, 170:25
**areas** [2] - 27:18, 119:25
**Arizona** [2] - 64:20, 69:11
**arrested** [5] - 85:18, 165:6, 165:8, 165:12, 165:14
**arrive** [1] - 162:11
**arrow** [1] - 91:25
**art** [4] - 124:19, 126:14, 126:15, 126:16
**article** [2] - 111:24, 201:16
**articles** [5] - 75:12, 80:22, 117:10,

126:11, 128:17
**artifact** [5] - 184:16, 186:5, 187:2, 187:18, 189:23
**artifacts** [2] - 184:15, 185:13
**Asawirti** [1] - 124:20
**ASHER** [1] - 1:15
**Asher** [1] - 5:17
**aspect** [2] - 156:4, 156:20
**aspects** [1] - 63:24
**Asrar** [6] - 124:22, 170:13, 170:15, 170:19, 170:22, 171:5
**Assalamu** [1] - 142:7
**assault** [1] - 144:16
**Assaults** [4] - 196:7, 196:16, 196:22, 197:23
**assigned** [2] - 21:20, 62:2
**assignment** [2] - 67:23, 115:8
**assist** [3] - 49:22, 56:25, 86:9
**assistance** [1] - 124:12
**Assistant** [2] - 5:14, 5:16
**associated** [10] - 37:6, 58:19, 96:9, 132:4, 148:11, 154:4, 158:25, 162:3, 202:25
**associations** [1] - 50:2
**assume** [4] - 25:21, 35:2, 76:11, 173:5
**assumed** [1] - 10:2
**assuming** [1] - 142:13
**at:...** [1] - 159:24
**attached** [5] - 79:17, 101:23, 141:21, 141:22, 155:19
**attachment** [1] - 194:17
**attachments** [8] - 88:4, 101:15, 167:15, 193:8, 193:9, 196:4, 201:4
**attack** [9] - 53:24, 59:23, 65:9, 111:11, 111:14, 111:25, 112:2, 176:8, 197:12
**Attack** [1] - 199:22
**attacks** [19] - 50:9, 50:11, 50:12, 50:14, 50:15, 55:6, 55:10,

55:13, 55:24, 56:3, 56:8, 56:15, 59:18, 59:21, 60:1, 60:4, 165:4, 165:9, 172:25
**attempt** [2] - 37:9, 37:14
**attention** [24] - 24:11, 24:23, 25:23, 26:24, 27:22, 66:17, 75:12, 84:14, 89:22, 93:11, 100:15, 114:5, 115:3, 116:6, 117:14, 118:8, 118:14, 118:17, 129:17, 130:18, 134:23, 136:13, 165:5, 203:11
**attorney** [1] - 34:6
**Attorney** [6] - 5:14, 5:15, 5:17, 23:3, 37:25, 58:6
**Attorney's** [1] - 1:16
**attributed** [1] - 115:22
**audience** [3] - 79:23, 80:4, 80:23
**audiences** [2] - 80:24, 80:25
**audio** [6] - 101:16, 118:20, 129:2, 179:5, 181:2, 181:3
**August** [11] - 17:20, 17:21, 17:23, 18:1, 18:2, 18:9, 26:4, 32:23, 182:6, 182:9, 182:25
**authentication** [1] - 91:21
**author** [1] - 156:6
**authorities** [1] - 127:20
**authority** [2] - 52:15, 156:9
**automatic** [1] - 191:7
**automatically** [9] - 25:21, 102:17, 102:22, 104:17, 104:19, 105:4, 166:14, 166:18, 184:5
**available** [6] - 72:25, 124:9, 129:11, 132:20, 139:15, 168:24
**avatar** [7] - 148:11, 154:15, 159:5, 167:5, 167:24, 183:15, 183:17
**avatars** [1] - 183:11
**Avenue** [1] - 1:20
**avoid** [1] - 42:14

**aware** [3] - 33:2, 33:5, 146:18
**Awlaki** [1] - 122:5
**AWS** [1] - 1:6
**Aws** [6] - 5:10, 5:21, 84:14, 146:25, 160:16, 178:6
**Ayman** [16] - 50:5, 51:8, 53:11, 58:11, 59:13, 85:21, 86:2, 125:5, 136:11, 138:5, 146:21, 162:23, 163:23, 164:14, 164:21, 165:6
**Ayub** [1] - 152:21
**AYUB** [1] - 152:22
**azide** [1] - 198:24

## B

**B-A-T-T-A-R** [1] - 150:9
**bachelor's** [1] - 62:18
**background** [1] - 49:25
**bad** [2] - 8:17, 155:21
**Baghdadi** [4] - 123:6, 123:7, 127:13, 155:23
**Bakr** [4] - 123:5, 123:7, 127:13, 155:23
**balance** [1] - 27:17
**balancing** [1] - 82:12
**ban** [1] - 166:9
**banana** [1] - 101:14
**bandwidth** [1] - 149:11
**banner** [5] - 117:18, 118:10, 150:3, 150:5, 162:14
**banning** [1] - 130:5
**Baqiya** [2] - 123:12, 123:15
**BAQIYA** [1] - 123:15
**bar** [2] - 119:21, 158:6
**Bara** [1] - 163:10
**barakatuhu** [1] - 142:7
**Barra'** [1] - 170:12
**barricade** [1] - 121:3
**barrier** [1] - 80:5
**base** [4] - 51:17, 51:19, 51:23, 51:24
**based** [9] - 14:9, 30:19, 44:2, 73:11, 100:1, 157:17, 164:25, 192:20, 203:19
**Basel** [4] - 175:16,

177:6, 177:9
**basement** [8] - 16:11, 16:17, 18:19, 18:21, 19:11, 19:13, 19:17, 20:3
**Basha** [3] - 5:22, 58:23, 60:18
**BASHA** [16] - 2:2, 5:25, 49:13, 53:15, 59:1, 60:16, 86:16, 94:13, 131:16, 169:10, 179:23, 197:19, 197:24, 202:4, 203:22, 203:24
**Bashi** [2] - 3:9, 5:22
**BASHI** [2] - 2:2, 5:24
**basis** [3] - 35:12, 39:18, 42:18
**Battar** [3] - 150:7, 150:9, 170:21
**battery** [1] - 190:14
**battle** [2] - 47:3, 158:4
**battle-focused** [1] - 158:4
**battlefield** [6] - 121:18, 122:19, 126:19, 168:12, 175:21, 177:15
**battlefields** [1] - 167:13
**battles** [1] - 120:22
**bayah** [2] - 110:24, 110:25
**Bayan** [1] - 126:25
**Bayda** [2] - 196:9, 197:7
**BBC** [1] - 119:4
**became** [2] - 18:3, 67:24
**become** [2] - 30:12, 121:17
**becomes** [1] - 27:16
**bed** [2] - 10:21, 19:4
**bedding** [1] - 19:3
**bedroom** [1] - 10:20
**bedrooms** [2] - 20:7, 20:10
**BEFORE** [1] - 1:10
**beforehand** [1] - 76:18
**beg** [1] - 176:17
**began** [3] - 47:7, 67:19, 71:21
**begin** [6] - 23:19, 29:21, 64:21, 81:18, 127:8, 152:10
**beginning** [6] - 67:20, 71:1, 72:24, 102:9, 103:6, 132:16,

179:16, 180:6
**begins** [3] - 92:19,
152:9
**behalf** [6] - 5:14, 5:21,
56:9, 56:11, 111:15,
166:5
**behave** [2] - 107:20,
157:3
**behavior** [1] - 107:21
**beheading** [1] - 81:25
**beheadings** [2] -
81:25, 151:11
**behind** [2] - 156:13,
171:4
**believability** [1] -
31:19
**believes** [1] - 73:20
**belong** [1] - 126:4
**belonged** [1] - 85:8
**beloved** [2] - 141:4,
143:5
**below** [2] - 101:2,
162:9
**belt** [3] - 137:8, 143:6,
143:16
**belts** [1] - 145:14
**bench** [2] - 33:21,
38:8
**Bench** [2] - 36:11,
44:16
**benefits** [1] - 82:12
**best** [8] - 7:8, 16:22,
20:13, 26:20, 32:1,
37:20, 62:22, 112:2
**better** [1] - 9:18
**between** [12] - 29:8,
57:13, 57:17, 89:23,
90:25, 97:5, 103:23,
168:7, 180:13,
180:14, 192:14,
192:21
**beyond** [1] - 42:4
**big** [10] - 50:11, 68:23,
69:1, 74:20, 87:8,
103:2, 104:3, 120:8,
120:11, 159:9
**bigger** [1] - 63:7
**biggest** [1] - 64:24
**Bihani** [1] - 143:14
**bills** [1] - 133:16
**bin** [1] - 114:11
**Binali** [5] - 127:22,
155:17, 155:20,
155:22, 156:8
**birth** [1] - 90:21
**bit** [14] - 11:3, 70:1,
70:9, 84:20, 97:13,
102:2, 103:1, 109:3,
109:5, 110:16,
125:3, 136:3,

159:11, 166:12
**bits** [1] - 146:2
**black** [1] - 145:6
**bless** [5] - 140:7,
140:17, 143:7,
145:8, 174:1
**blessing** [2] - 143:5,
145:5
**block** [1] - 132:3
**blood** [1] - 188:14
**blue** [4] - 116:16,
116:24, 119:21,
178:17
**board** [4] - 72:9,
72:15, 72:18, 72:19
**boards** [6] - 71:25,
72:1, 73:8, 74:5,
77:20
**Bob** [5] - 195:5, 195:6,
195:8, 195:19
**bodied** [1] - 121:21
**boils** [1] - 189:10
**bomb** [6] - 50:21,
137:8, 162:7,
162:20, 165:15,
165:17
**bomb-making** [2] -
165:15, 165:17
**bomb-makings** [1] -
50:21
**bombs** [5] - 50:20,
54:15, 122:10,
165:11, 173:2
**Bond** [10] - 7:24, 9:11,
10:2, 10:6, 10:13,
13:19, 21:9, 21:11,
23:5, 25:22
**Bond's** [2] - 7:18, 8:1
**book** [4] - 130:19,
142:8, 145:6, 182:15
**Bot** [2] - 148:12,
163:21
**BOT** [1] - 163:12
**bot** [77] - 84:24, 84:25,
102:6, 102:7, 103:5,
103:8, 103:17,
103:20, 105:2,
105:7, 105:14,
105:17, 105:22,
105:25, 106:6,
106:10, 106:14,
106:19, 106:20,
106:25, 107:3,
107:5, 107:13,
107:15, 107:17,
107:19, 108:4,
108:17, 108:22,
141:12, 144:19,
146:6, 154:4,
163:13, 163:15,

163:19, 165:24,
166:4, 166:5,
166:11, 166:13,
166:17, 166:19,
166:22, 166:25,
167:4, 167:6,
167:19, 178:21,
178:22, 178:24,
178:25, 179:4,
191:5, 191:6,
191:13, 191:14,
191:24, 191:25,
192:2, 192:4, 192:5,
192:11, 192:15,
192:21, 193:1,
195:25, 196:2,
198:6, 198:19,
199:8, 199:9,
200:10, 201:6
**bot's** [1] - 144:19
**botanical** [1] - 190:4
**BotFather** [11] -
105:10, 105:13,
105:14, 105:22,
107:1, 107:7,
108:19, 108:20,
154:11, 191:3
**bots** [23] - 102:8,
102:11, 102:18,
103:7, 104:11,
104:16, 106:12,
108:23, 133:13,
133:14, 133:17,
145:21, 145:22,
146:3, 146:15,
146:19, 146:20,
146:22, 150:25,
163:20, 165:20,
174:18, 192:8
**bottom** [14] - 25:10,
25:11, 25:13, 26:8,
97:14, 104:2,
119:20, 132:13,
133:10, 133:11,
139:18, 180:5,
186:23
**Boulevard** [1] - 1:11
**bouncer** [1] - 166:7
**box** [3] - 58:15, 61:8,
139:2
**boxed** [1] - 135:17
**boxes** [1] - 138:15
**brag** [1] - 82:25
**brand** [2] - 115:9,
115:14
**branding** [2] - 115:11,
119:19
**break** [15] - 75:20,
76:3, 77:9, 93:19,
93:22, 112:24,

112:25, 113:2,
129:13, 133:24,
134:25, 171:16,
171:18, 203:3,
203:17
**breaking** [1] - 116:25
**Brief** [4] - 26:2, 26:5,
37:18, 39:3
**brief** [6] - 33:19, 37:3,
134:14, 154:12,
172:3, 181:24
**briefing** [1] - 23:5
**briefly** [9] - 25:6, 58:7,
69:13, 124:18,
153:12, 176:1,
181:6, 181:16,
200:18
**bring** [6] - 8:16, 46:4,
46:7, 49:16, 76:11,
105:4
**brings** [1] - 170:15
**briquette** [1] - 190:5
**broad** [1] - 122:8
**broadcast** [1] - 98:5
**broadcasted** [1] - 82:3
**broadcasting** [2] -
81:13, 122:1
**broader** [2] - 79:23,
85:10
**broadly** [1] - 87:6
**brother** [5] - 113:13,
142:13, 162:16,
170:18, 170:21
**brothers** [5] - 129:23,
142:16, 145:5,
175:17, 175:20
**Brothers** [3] - 140:17,
144:3, 173:19
**brought** [9] - 6:1,
51:10, 51:23, 51:24,
52:20, 76:25,
134:13, 158:17,
172:2
**Brunswick** [2] - 67:7,
67:13
**bubbles** [1] - 132:19
**build** [3] - 88:19,
109:24, 173:1
**building** [1] - 115:10
**buildings** [1] - 82:9
**bulletin** [7] - 71:25,
72:1, 72:9, 72:15,
73:8, 74:5, 77:20
**bunch** [1] - 164:4
**Bureau** [2] - 52:12,
61:25
**burn** [1] - 22:19
**burned** [2] - 21:6, 82:7
**busy** [2] - 193:21,
194:20

**but..** [1] - 164:4
**button** [2] - 104:8,
192:8
**buttons** [7] - 104:1,
104:3, 104:10,
104:12, 104:13,
192:5, 192:6
**buy** [1] - 70:14
**BY** [92] - 6:19, 8:18,
11:11, 23:4, 24:6,
25:3, 26:6, 26:23,
37:4, 45:18, 49:17,
52:24, 53:8, 53:19,
54:11, 56:21, 58:9,
59:1, 61:18, 77:8,
86:20, 87:1, 88:10,
92:7, 94:4, 94:19,
95:9, 95:17, 96:5,
96:14, 106:4, 109:2,
113:4, 129:16,
131:22, 132:15,
134:22, 136:16,
137:25, 140:1,
140:13, 140:19,
142:2, 142:25,
143:11, 143:22,
145:12, 145:20,
148:15, 157:11,
158:21, 160:15,
161:10, 169:13,
169:23, 170:8,
172:10, 172:21,
173:14, 174:7,
175:3, 175:12,
176:23, 177:7,
178:5, 180:7,
181:10, 181:25,
182:20, 182:24,
183:4, 183:8,
183:21, 185:9,
186:8, 186:12,
186:22, 187:6,
187:17, 188:3,
188:23, 189:6,
189:18, 190:2,
190:19, 190:24,
192:18, 193:20,
198:3, 201:9,
201:21, 202:7

---

## C

**cached** [6] - 149:5,
149:6, 149:17,
151:7, 151:8, 192:6
**cadres** [3] - 170:17,
170:19, 170:22
**cage** [1] - 82:6
**cages** [1] - 82:8
**cake** [1] - 55:2

**Caliph** [4] - 123:8, 127:13, 155:24, 156:13
**caliph** [1] - 111:1
**Caliphate** [16] - 80:13, 110:17, 123:10, 123:11, 151:2, 152:4, 152:6, 153:1, 154:15, 154:21, 157:14, 170:17, 182:7, 194:15, 195:23, 196:3
**caliphate** [2] - 129:24, 144:3
**callback** [1] - 32:20
**calligraphy** [4] - 115:15, 116:3, 119:22, 154:16
**cameras** [1] - 128:24
**camp** [1] - 197:8
**campaign** [1] - 81:23
**cannot** [7] - 54:25, 111:10, 124:11, 191:15, 193:16, 203:6, 203:7
**cap** [1] - 98:2
**capacity** [1] - 168:13
**caps** [2] - 149:11, 163:11
**capture** [3] - 51:4, 51:5, 157:3
**captured** [5] - 51:1, 51:5, 82:6, 82:8, 120:25
**cards** [10] - 12:1, 13:13, 27:23, 30:18, 30:25, 31:1, 31:6, 34:7, 34:11, 34:21
**care** [4] - 81:10, 108:3, 108:6, 108:8
**career** [8] - 31:21, 47:7, 47:16, 62:8, 63:13, 65:23, 67:22, 71:22
**carried** [2] - 60:1, 60:4
**case** [61] - 6:11, 6:12, 7:4, 7:10, 7:12, 7:13, 7:14, 7:19, 8:1, 8:2, 9:20, 9:21, 9:23, 9:24, 10:1, 13:24, 15:1, 16:25, 17:22, 17:23, 18:1, 18:2, 18:6, 23:10, 23:14, 26:18, 27:2, 38:7, 41:10, 42:2, 63:15, 63:17, 65:6, 66:4, 66:11, 67:3, 67:5, 67:12, 67:15, 84:17, 84:23, 86:1, 101:23, 103:10, 106:20,

107:4, 108:14, 111:5, 113:20, 127:21, 132:20, 132:21, 133:13, 133:24, 164:12, 167:1, 184:17, 203:7
**Case** [3] - 3:2, 3:15, 5:9
**case-in-chief** [1] - 41:10
**caseload** [2] - 27:10, 27:17
**cases** [11] - 12:18, 27:14, 63:14, 64:18, 64:21, 65:3, 66:23, 67:1, 69:10, 71:8
**Caster** [1] - 138:14
**castor** [8] - 138:6, 139:7, 139:9, 139:10, 139:11, 139:13, 139:20
**casual** [1] - 109:21
**casualties** [3] - 50:16, 55:20, 55:25
**catching** [2] - 74:23, 75:2
**categorize** [1] - 35:14
**caution** [1] - 199:2
**cautioned** [1] - 199:1
**cell** [7] - 17:8, 17:12, 22:3, 22:5, 51:5, 56:23, 57:1
**Cellebrite** [3] - 131:25, 132:18, 135:1
**celsius** [1] - 189:10
**censor** [1] - 84:8
**censorship** [1] - 73:22
**Center** [1] - 188:18
**center** [2] - 123:1, 123:5
**central** [1] - 109:7
**certain** [14] - 11:16, 13:11, 29:4, 29:21, 30:6, 37:22, 59:9, 81:19, 156:24, 156:25, 194:14, 200:2, 200:6
**certainly** [1] - 35:18
**certainty** [1] - 191:16
**CERTIFICATION** [2] - 4:21, 205:1
**Certified** [1] - 1:24
**certified** [1] - 70:5
**certify** [1] - 205:3
**cetera** [1] - 101:9
**CFJ-105** [1] - 8:9
**chain** [2] - 127:15, 195:18
**challenging** [1] - 36:7
**changed** [1] - 163:4

**changes** [1] - 74:4
**changing** [1] - 172:12
**Channel** [48] - 129:21, 130:15, 131:9, 135:9, 136:2, 136:8, 136:23, 138:4, 140:8, 145:15, 153:9, 153:16, 154:4, 154:6, 154:15, 158:17, 159:8, 159:24, 160:17, 161:7, 161:13, 161:22, 162:1, 162:25, 163:1, 165:13, 168:1, 168:17, 169:16, 170:12, 170:13, 170:15, 170:19, 170:23, 171:6, 174:9, 176:3, 178:7, 182:7, 183:13, 194:15, 196:3, 198:7, 198:17, 199:7, 200:5, 200:15
**channel** [38] - 98:4, 98:9, 98:13, 99:14, 104:23, 104:25, 129:24, 140:17, 141:12, 144:4, 144:6, 144:18, 145:17, 151:1, 151:21, 152:20, 152:24, 153:14, 154:6, 154:9, 154:17, 155:10, 156:7, 157:13, 157:25, 159:1, 159:4, 162:11, 162:12, 162:19, 174:2, 174:10, 174:21, 177:11, 177:13, 178:8, 194:9
**channels** [11] - 88:6, 98:21, 99:2, 100:21, 142:12, 151:15, 151:19, 152:9, 154:13, 158:8, 177:20
**character** [1] - 30:2
**characteristic** [1] - 193:15
**characterize** [1] - 135:9
**characters** [3] - 29:23, 37:22, 91:3
**charcoal** [1] - 190:4
**charge** [4] - 157:1, 163:7, 186:18, 199:24

**Charles** [2] - 3:3, 6:16
**Charlie** [5] - 195:10, 195:11, 195:13, 195:14, 195:15
**chart** [2] - 127:7, 187:11
**chat** [26] - 50:7, 50:9, 54:21, 55:12, 56:6, 87:23, 87:25, 97:2, 97:9, 97:12, 97:15, 97:17, 98:21, 100:3, 100:4, 103:15, 104:23, 105:1, 133:2, 133:10, 136:25, 137:5, 137:13, 138:2, 167:2
**chat]room** [1] - 170:20
**Chatfuel** [9] - 108:15, 108:16, 146:20, 146:21, 146:22, 150:25, 153:7, 154:2, 192:14
**ChatGPT** [3] - 103:23, 103:24, 104:8
**chats** [8] - 59:15, 88:5, 100:21, 131:25, 132:9, 147:20, 151:16, 151:19
**chatting** [1] - 87:5
**check** [2] - 157:16, 195:4
**chemical** [2] - 50:19, 53:25
**chief** [2] - 41:10, 156:9
**Chief** [2] - 3:2, 3:15
**children** [3] - 120:20, 138:24, 138:25
**Children** [1] - 139:15
**cholera** [2] - 51:11, 51:13
**chorus** [1] - 180:16
**Christians** [4] - 50:10, 55:14, 56:1
**Christin** [2] - 1:25, 205:15
**Christmas** [4] - 55:16, 55:17, 55:21, 55:24
**chunk** [2] - 184:19, 185:12
**city** [3] - 90:21, 120:10, 170:25
**claimed** [1] - 56:11
**clarification** [2] - 13:16, 13:17
**clarify** [6] - 11:9, 43:12, 43:20, 43:24, 105:21, 164:20
**classic** [1] - 112:14
**clear** [8] - 34:10, 34:16, 42:12, 43:14,

43:16, 72:8, 136:1, 172:12
**clearance** [1] - 24:21
**clearly** [1] - 13:15
**CLERK** [21] - 5:5, 6:3, 45:10, 45:12, 45:14, 61:11, 61:14, 75:25, 76:14, 76:22, 77:1, 134:4, 134:6, 134:9, 134:15, 171:19, 171:21, 171:24, 172:4, 203:13, 204:3
**click** [5] - 72:21, 99:13, 100:22, 104:8, 150:20
**clicked** [2] - 150:20, 184:10
**clicking** [1] - 104:12
**close** [11] - 23:11, 23:14, 24:12, 27:2, 31:3, 35:6, 35:12, 35:15, 46:7, 117:17, 118:10
**close-up** [2] - 117:17, 118:10
**closed** [1] - 83:17
**closer** [3] - 11:4, 27:14, 46:4
**clothes** [1] - 133:16
**code** [19] - 88:19, 91:24, 92:6, 92:8, 92:15, 92:16, 95:3, 95:12, 95:13, 96:7, 96:8, 107:18, 107:20, 107:22, 107:23, 107:24, 108:1, 108:2
**codes** [2] - 93:15, 94:8
**cohesive** [1] - 115:12
**coins** [1] - 156:24
**collaboration** [1] - 13:11
**collapsed** [1] - 48:19
**collateral** [2] - 70:3, 76:11
**collect** [1] - 46:13
**collection** [2] - 72:14, 72:16
**College** [1] - 62:19
**collocated** [1] - 129:1
**combat** [4] - 151:10, 157:3, 158:6, 197:10
**combination** [3] - 12:21, 30:16, 30:17
**combine** [1] - 64:1
**Comedy** [1] - 104:3
**comedy** [1] - 104:6
**comfortable** [2] - 15:7, 46:8
**coming** [14] - 12:20,

16:23, 16:24, 17:5, 17:11, 33:2, 33:5, 69:21, 78:12, 83:4, 101:4, 115:19, 146:12, 153:1
**Command** [6] - 46:2, 47:10, 47:12, 47:22, 47:23, 48:9
**command** [4] - 102:21, 105:16, 106:11, 127:16
**commanders** [1] - 46:15
**commands** [9] - 102:8, 103:7, 104:12, 105:15, 106:13, 127:15, 191:17, 191:20, 191:23
**commercial** [1] - 70:13
**committee** [4] - 127:19, 127:20, 128:7, 128:14
**committing** [1] - 71:15
**common** [3] - 63:16, 116:11, 192:2
**commonly** [1] - 104:16
**communal** [1] - 122:8
**communicate** [3] - 73:7, 110:3, 178:10
**communicates** [1] - 133:3
**communications** [4] - 98:16, 110:7, 113:20, 136:17
**communities** [1] - 79:2
**Community** [1] - 2:3
**community** [9] - 47:7, 65:17, 75:11, 75:17, 77:22, 80:2, 80:4, 109:23
**companies** [4] - 108:3, 108:10, 146:20
**company** [16] - 71:16, 81:14, 81:16, 88:14, 89:6, 103:2, 106:1, 106:23, 106:25, 108:8, 108:14, 108:21, 144:16, 192:15
**Company** [1] - 144:18
**compare** [5] - 40:12, 40:14, 87:19, 120:5, 200:23
**compared** [2] - 27:19, 91:8

**compassionate** [1] - 189:9
**compilation** [1] - 126:12
**compiled** [1] - 51:2
**complained** [1] - 19:20
**complete** [1] - 192:3
**completed** [2] - 106:24, 108:18
**completely** [1] - 41:25
**complex** [1] - 115:5
**complicated** [1] - 159:12
**component** [6] - 63:16, 65:19, 66:18, 68:19, 121:13, 156:2
**composite** [1] - 197:6
**compound** [1] - 187:13
**comprehend** [1] - 175:19
**computer** [10] - 10:24, 19:6, 47:6, 64:8, 69:23, 108:1, 108:2, 149:7, 153:4, 205:6
**computers** [1] - 64:8
**concept** [2] - 78:7, 83:3
**concern** [2] - 43:4, 69:2
**concerned** [2] - 71:4, 76:17
**concerns** [1] - 39:20
**conclude** [2] - 124:18, 203:4
**concluded** [3] - 36:11, 42:6, 44:16
**concludes** [3] - 45:1, 60:21, 203:15
**conclusions** [1] - 41:17
**condoms** [1] - 18:11
**conduct** [6] - 50:14, 52:1, 55:5, 55:20, 55:24
**conducted** [1] - 51:4
**conducting** [1] - 55:13
**conduit** [1] - 103:22
**conduits** [1] - 79:11
**conference** [7] - 23:3, 33:21, 36:11, 37:25, 38:8, 44:16, 58:6
**confidence** [1] - 194:3
**configuration** [1] - 106:13
**confirm** [1] - 39:22
**confirmed** [1] - 57:6
**conformity** [1] - 73:17
**confront** [1] - 171:8

**confuse** [1] - 164:3
**confusing** [5] - 97:4, 153:15, 163:18, 194:23
**congratulations** [1] - 171:2
**connected** [1] - 86:1
**connection** [1] - 85:14
**connections** [1] - 164:15
**consider** [2] - 117:15, 177:14
**considered** [3] - 75:11, 122:16, 139:11
**constantly** [1] - 149:10
**consult** [1] - 157:20
**consulting** [1] - 46:1
**consume** [1] - 130:10
**Cont'g** [2] - 3:4, 6:18
**Contact** [1] - 1:24
**contact** [13] - 9:2, 9:7, 10:11, 10:14, 57:7, 58:11, 58:12, 58:16, 58:18, 60:7, 137:11, 159:24, 162:17
**contacted** [1] - 33:8
**contacts** [5] - 57:2, 57:4, 57:6, 60:10
**contained** [4] - 130:25, 131:7, 179:4, 182:12
**contains** [2] - 139:13, 141:8
**content** [37] - 73:4, 80:1, 80:10, 81:4, 82:13, 82:20, 82:22, 83:16, 98:25, 118:20, 118:22, 119:21, 120:21, 131:5, 140:6, 148:22, 149:15, 149:24, 151:10, 151:16, 151:23, 152:24, 154:14, 156:7, 158:8, 163:9, 164:2, 164:11, 164:13, 165:1, 165:16, 174:22, 180:3, 182:21, 192:13, 197:11
**CONTENTS** [1] - 3:1
**contents** [1] - 188:6
**contest** [2] - 65:10, 133:5
**context** [5] - 71:12, 116:3, 153:22, 176:2, 177:17
**continue** [7] - 6:9,

77:6, 113:3, 134:19, 171:9, 172:8, 182:1
**continued** [3] - 1:23, 67:21, 128:11
**Continued** [2] - 2:1
**continues** [1] - 102:9
**continuing** [1] - 171:12
**continuously** [2] - 69:8, 69:9
**contradictions** [1] - 188:10
**control** [4] - 78:20, 80:18, 107:3, 119:12
**controlled** [2] - 73:12, 79:10
**convenient** [1] - 130:6
**conversation** [12] - 38:6, 76:16, 97:18, 101:22, 106:7, 113:19, 132:7, 151:25, 191:13, 191:19, 192:14, 193:3
**conversations** [8] - 68:14, 73:10, 73:16, 78:21, 78:24, 96:25, 100:23, 153:24
**convince** [2] - 79:19, 109:17
**cool** [2] - 78:2, 195:4
**copper** [1] - 198:24
**copy** [16] - 6:12, 21:5, 21:11, 22:8, 22:19, 35:15, 52:7, 52:11, 52:19, 53:10, 56:23, 57:5, 57:20, 167:16, 198:11
**copying** [1] - 199:4
**core** [3] - 57:6, 102:20, 156:1
**corner** [2] - 79:4, 117:19
**Corps** [5] - 46:18, 46:20, 46:21, 47:4, 47:5
**corpses** [1] - 151:11
**correct** [95] - 7:7, 7:10, 7:13, 7:16, 7:17, 7:19, 7:24, 8:3, 8:13, 8:19, 8:21, 8:24, 9:2, 9:8, 9:11, 10:3, 10:10, 10:17, 10:21, 10:24, 11:13, 11:23, 12:1, 12:4, 12:7, 12:8, 13:7, 13:9, 13:19, 13:24, 14:3, 14:8, 14:12, 14:17, 14:19, 14:23, 15:2, 15:4, 15:13,

15:16, 15:21, 15:23, 16:4, 16:7, 17:1, 17:6, 17:16, 18:4, 18:13, 18:16, 18:25, 19:9, 19:13, 19:14, 19:17, 19:20, 20:3, 20:7, 20:19, 20:20, 20:22, 21:3, 21:6, 21:9, 21:16, 21:19, 22:1, 22:6, 22:7, 22:8, 22:9, 22:11, 22:14, 22:17, 22:21, 22:23, 25:25, 27:2, 48:7, 53:12, 57:11, 57:21, 59:20, 59:22, 59:24, 60:11, 60:12, 65:22, 114:1, 127:24, 148:2, 152:23, 156:17, 172:16, 205:7
**Corrections** [1] - 27:5
**correctly** [4] - 28:17, 70:23, 156:18, 156:19
**correlate** [2] - 30:8, 39:10
**correlates** [1] - 39:12
**couch** [4] - 17:9, 17:12, 17:14, 17:15
**Counsel** [2] - 5:4, 76:4
**counsel** [2] - 5:10, 205:9
**countercampaign** [1] - 83:8
**counterterrorism** [8] - 46:24, 47:15, 47:16, 49:22, 62:13, 62:24, 63:14, 66:4
**Counterterrorism** [7] - 1:19, 62:3, 62:4, 62:14, 65:24, 65:25, 66:2
**countries** [7] - 47:18, 47:19, 48:12, 50:25, 64:19, 66:13, 74:25
**country** [4] - 48:18, 48:21, 48:23
**couple** [9] - 55:15, 75:4, 99:1, 111:4, 119:24, 149:20, 152:2, 168:2, 202:22
**course** [13] - 42:13, 49:24, 50:4, 70:20, 71:5, 71:8, 83:21, 87:15, 106:10, 110:2, 141:5, 141:18, 185:20
**Court** [16] - 5:4, 5:6, 5:9, 34:8, 35:17, 35:22, 40:2, 43:1,

76:12, 76:20, 76:23, 129:13, 134:7, 134:10, 171:22, 171:25

**court** [7] - 76:14, 93:25, 94:1, 134:6, 171:21, 204:2, 204:3

**COURT** [99] - 1:1, 5:5, 5:18, 5:23, 6:1, 6:5, 6:14, 11:2, 11:6, 23:2, 23:17, 24:2, 33:16, 33:19, 34:10, 35:6, 36:9, 37:1, 38:4, 39:2, 39:5, 39:7, 39:21, 40:1, 40:5, 40:8, 40:10, 40:23, 42:5, 42:8, 43:1, 43:11, 43:15, 43:24, 44:7, 44:12, 44:15, 45:1, 45:4, 45:6, 45:9, 45:10, 45:12, 45:14, 45:15, 49:14, 52:23, 53:2, 53:5, 53:7, 53:16, 58:22, 60:18, 60:21, 61:1, 61:6, 61:11, 61:14, 61:15, 75:19, 75:22, 76:2, 76:9, 76:14, 76:22, 76:25, 77:3, 86:17, 93:18, 93:23, 94:14, 105:21, 105:24, 106:2, 112:23, 113:1, 129:14, 131:17, 133:21, 134:6, 134:9, 134:12, 134:17, 169:11, 171:15, 171:21, 171:24, 172:2, 172:6, 179:24, 180:4, 197:20, 197:25, 202:5, 203:4, 203:15, 203:23, 203:25, 204:3

**Court's** [5] - 35:22, 36:6, 134:1, 203:8, 203:9

**Courthouse** [1] - 1:11

**courtroom** [10] - 6:4, 6:7, 77:2, 77:5, 93:21, 112:24, 134:16, 134:18, 172:5, 172:7

**cover** [2] - 120:13, 120:16

**coverage** [1] - 120:12

**covers** [3] - 156:20, 156:22, 157:2

**COVID** [1] - 67:9

**craft** [2] - 80:22, 109:13

**crashed** [1] - 82:5

**CRC** [1] - 1:24

**create** [8] - 49:3, 71:10, 90:12, 90:14, 90:22, 128:6, 146:20

**created** [6] - 106:25, 107:5, 150:25, 151:25, 168:22, 191:8

**creates** [1] - 41:25

**creating** [5] - 82:20, 114:17, 115:12, 128:17

**creative** [1] - 102:11

**credibility** [3] - 31:18, 41:3, 41:17

**credible** [2] - 32:10, 41:19

**credit** [1] - 32:15

**credited** [1] - 32:17

**creed** [1] - 28:11

**crime** [1] - 71:15

**crimes** [2] - 67:3, 188:9

**CROSS** [2] - 6:18, 58:25

**Cross** [2] - 3:4, 3:9

**cross** [9] - 6:9, 27:1, 33:1, 34:12, 34:16, 35:10, 36:4, 42:4, 171:4

**CROSS-EXAMINATION** [2] - 6:18, 58:25

**Cross-Examination** [2] - 3:4, 3:9

**cross-examination** [4] - 6:9, 34:16, 36:4, 42:4

**crossover** [1] - 54:8

**CRR** [4] - 1:24, 1:25, 205:14, 205:15

**crystal** [1] - 42:12

**CSR** [1] - 205:15

**CSR-3746** [2] - 1:24, 205:14

**CSR-5607** [1] - 1:25

**currency** [1] - 156:23

**current** [4] - 46:9, 46:10, 48:6, 62:15

**cut** [1] - 186:19

**Cynthia** [2] - 25:5, 25:16

## D

**D.C** [4] - 1:21, 47:5, 66:8, 120:10

**Dabiq** [11] - 28:16, 28:21, 117:23, 117:25, 128:19, 128:21, 148:14, 154:3, 154:19, 154:23, 191:6

**DABIQ** [3] - 28:23, 117:25, 154:19

**Dabiq_Khilafa_ Channel** [1] - 155:18

**Dallas** [1] - 65:9

**damage** [1] - 50:16

**danger** [1] - 155:18

**Dani** [1] - 5:17

**DANIELLE** [1] - 1:15

**dashboard** [1] - 108:6

**data** [21] - 52:3, 52:4, 62:19, 62:21, 64:9, 66:6, 69:15, 69:19, 69:21, 69:23, 71:16, 71:17, 84:21, 85:4, 94:23, 163:14, 179:2, 191:1, 194:19

**database** [10] - 60:8, 60:11, 149:4, 150:18, 162:3, 185:14, 192:7, 192:9, 202:19

**datasets** [1] - 70:13

**Date** [1] - 205:14

**date** [10] - 90:21, 95:19, 95:20, 95:22, 132:24, 136:25, 138:1, 142:19, 159:12, 170:3

**dates** [2] - 22:2, 200:4

**dawla** [2] - 140:4, 140:15

**Dawla** [1] - 144:2

**Dawlah** [2] - 130:14, 143:25

**days** [2] - 20:21, 139:17

**DB** [1] - 184:7

**deadlier** [1] - 171:10

**deadly** [2] - 51:12, 138:10

**deal** [3] - 63:23, 68:23, 71:13

**dealing** [2] - 13:11, 31:20

**death** [2] - 82:7, 171:7

**debts** [1] - 121:22

**decide** [2] - 100:3, 128:7

**decided** [1] - 40:8

**decision** [2] - 46:14, 79:15

**decision-makers** [1] - 46:14

**decisions** [2] - 46:15, 157:8

**deck** [1] - 86:21

**declaration** [1] - 80:13

**decrepit** [1] - 78:4

**dedicated** [2] - 125:1, 172:25

**deemed** [1] - 49:25

**deep** [1] - 190:10

**deeper** [2] - 50:6, 70:1

**deeply** [1] - 57:23

**Defendant** [3] - 1:7, 2:2, 5:4

**defendant** [35] - 9:2, 31:3, 31:16, 33:2, 85:8, 85:16, 107:5, 113:11, 132:2, 146:25, 147:22, 150:23, 151:3, 159:13, 160:23, 162:1, 164:15, 167:2, 167:7, 178:16, 179:3, 179:9, 191:2, 191:4, 192:14, 192:20, 192:25, 193:4, 196:2, 198:6, 198:15, 198:19, 199:6, 201:6, 202:25

**defendant's** [40] - 27:24, 31:14, 31:15, 32:12, 57:7, 86:3, 113:22, 116:5, 117:13, 118:7, 118:16, 119:3, 121:6, 122:23, 127:4, 130:24, 132:3, 136:5, 136:21, 142:21, 149:23, 158:15, 160:1, 162:2, 164:5, 164:13, 167:6, 172:16, 173:7, 176:20, 178:2, 180:25, 182:2, 182:3, 183:15, 184:13, 187:18, 189:3, 191:1

**Defendant's** [3] - 3:15, 4:16, 38:2

**Defender** [1] - 2:3

**defense** [7] - 34:6, 35:24, 35:25, 36:1, 41:9, 42:2, 46:1

**Defense** [3] - 47:10, 47:11, 76:5

**deferring** [1] - 42:11

**definitely** [9] - 57:16, 64:9, 77:17, 79:11, 125:12, 168:10,

181:9, 193:7, 194:2

**degree** [8] - 47:6, 47:8, 62:18, 62:19, 62:21, 69:14, 69:16, 73:17

**degrees** [1] - 189:10

**delayed** [1] - 139:12

**delegate** [2] - 128:14, 128:22

**delegated** [1] - 127:18

**delete** [1] - 106:14

**deleted** [4] - 86:6, 148:21, 149:3, 149:17

**delivered** [1] - 51:19

**demeanor** [1] - 32:5

**demonstrates** [1] - 168:6

**demonstration** [2] - 119:5, 119:6

**demonstrative** [4] - 40:20, 49:12, 53:2, 86:15

**Demonstrative** [2] - 4:9, 49:15

**Department** [3] - 1:19, 27:5, 57:3

**Department's** [1] - 47:12

**departure** [1] - 171:11

**depended** [3] - 12:11, 12:19, 12:20

**depicted** [7] - 96:6, 123:1, 135:2, 149:21, 164:16, 164:17, 178:12

**depicts** [2] - 197:4, 197:5

**deploy** [3] - 47:1, 69:19, 122:10

**deployed** [1] - 47:2

**describe** [6] - 28:8, 121:8, 139:19, 162:5, 175:13, 178:12

**describing** [1] - 15:6

**description** [8] - 152:25, 153:3, 154:12, 159:3, 159:5, 159:6, 159:17, 199:23

**desk** [4] - 10:24, 11:22, 11:23, 19:8

**desktop** [4] - 90:2, 90:7, 91:24, 100:18

**despite** [2] - 9:7, 17:11

**destination** [1] - 94:25

**detail** [2] - 114:6, 143:6

detailed [1] - 135:20
details [4] - 18:11, 24:19, 132:6, 145:7
detected [1] - 110:3
determination [1] - 171:13
determine [1] - 32:9
detonation [1] - 186:17
detonator [1] - 173:23
detonators [1] - 54:17
Detroit [5] - 1:12, 1:17, 2:4, 5:2, 120:9
develop [2] - 71:18, 83:7
developed [1] - 71:2
development [1] - 66:1
device [4] - 53:10, 57:5, 57:8, 85:14
devices [17] - 51:6, 51:16, 51:18, 51:23, 51:24, 52:1, 52:3, 52:5, 52:7, 52:14, 52:20, 53:11, 67:6, 67:17, 85:8, 85:23, 86:4
diagram [1] - 127:10, 194:24
dialogue [1] - 108:19
died [1] - 51:13
dies [1] - 139:17
difference [3] - 89:22, 90:25, 199:19
different [63] - 7:18, 12:21, 16:1, 30:3, 35:13, 40:17, 40:19, 41:25, 57:1, 63:24, 64:12, 64:18, 64:19, 66:25, 67:25, 71:22, 77:16, 78:24, 79:1, 89:6, 89:16, 95:19, 96:22, 99:1, 100:19, 101:10, 103:21, 106:13, 109:6, 111:5, 115:7, 115:8, 116:3, 118:23, 119:25, 121:4, 122:6, 127:9, 131:2, 131:3, 144:1, 146:7, 146:22, 152:8, 154:9, 158:11, 160:5, 160:6, 163:2, 164:3, 164:7, 164:16, 165:25, 168:3, 168:12, 170:14, 174:16, 174:17, 199:18
differently [1] - 200:24
difficult [1] - 193:14,

194:25
dig [3] - 50:6, 57:22, 70:1
digesting [1] - 109:23
digital [2] - 69:22, 84:16
Dimashq [2] - 150:4, 150:10
DIMASHQ [1] - 150:10
direct [27] - 24:11, 24:23, 25:23, 26:24, 27:1, 27:22, 33:1, 34:7, 34:14, 34:23, 35:9, 36:1, 40:3, 66:17, 77:6, 84:14, 93:11, 97:2, 97:5, 115:3, 130:18, 133:2, 134:20, 166:14, 167:2, 191:12, 192:13
DIRECT [2] - 45:17, 61:17
Direct [2] - 3:8, 3:12
directing [13] - 89:22, 100:15, 101:20, 114:5, 116:6, 117:14, 118:8, 118:14, 118:17, 129:17, 134:23, 136:13, 165:5
direction [1] - 15:11
directly [11] - 15:8, 21:13, 30:21, 30:22, 34:5, 46:5, 94:1, 105:1, 161:25, 178:23, 182:3
discerning [1] - 111:12
discuss [7] - 38:7, 76:18, 109:18, 133:24, 177:16, 188:13, 203:6
discussing [3] - 135:13, 162:24, 163:6
discussion [6] - 15:5, 15:8, 33:17, 34:2, 145:13, 174:14
discussions [2] - 109:19, 175:22
disease [1] - 51:12
display [10] - 90:24, 91:4, 91:11, 141:2, 143:3, 144:14, 147:7, 147:24, 148:14, 191:6
displayed [2] - 118:2, 135:2
disqualified [2] - 121:23, 121:24

disseminate [2] - 71:10, 177:22
disseminated [1] - 81:5
disseminating [2] - 72:2, 114:18
dissemination [2] - 79:10, 83:6
DISTRICT [3] - 1:1, 1:1, 1:10
District [8] - 5:6, 76:23, 134:10, 171:25
DIVISION [1] - 1:2
Division [4] - 5:16, 62:4, 66:1, 66:2
DMITRIY [1] - 1:18
Dmitriy [1] - 5:15
doc [1] - 184:4
Doc [1] - 184:12
Docs [6] - 184:2, 184:3, 184:5, 184:7, 185:14
document [12] - 8:2, 95:18, 95:25, 122:3, 169:24, 184:9, 184:17, 184:20, 184:21, 185:25, 186:23
documents [5] - 4:25, 40:13, 101:16, 184:15, 184:25
DOD [2] - 47:7, 52:13
donate [1] - 157:5
done [9] - 21:8, 22:12, 25:9, 52:6, 62:10, 63:12, 67:22, 81:25, 192:12
door [2] - 16:25, 17:12
dosaging [1] - 138:24
dose [2] - 139:14, 139:15
double [3] - 115:15, 115:16, 154:16
doubt [1] - 198:12
Douglas [4] - 1:25, 205:3, 205:13, 205:15
down [24] - 16:15, 18:21, 18:24, 19:2, 19:5, 19:12, 45:2, 60:22, 72:21, 74:11, 76:2, 81:18, 82:20, 82:22, 83:16, 92:11, 104:2, 116:17, 127:15, 127:19, 128:14, 146:11, 149:12, 188:17
download [1] - 149:15
downloading [3] -

149:10, 185:20
downside [1] - 82:12
Draw [1] - 65:9
draw [3] - 37:9, 37:14, 41:16
drawing [1] - 63:7
dressed [1] - 59:21
drew [2] - 31:2, 44:1
drive [1] - 122:15
drone [1] - 18:12
drones [1] - 112:7
drop [1] - 92:11
drop-down [1] - 92:11
drove [1] - 65:8
drowned [1] - 82:8
due [4] - 48:19, 50:2, 54:8, 55:17
duly [1] - 205:6
during [10] - 26:25, 33:13, 33:14, 38:6, 49:23, 50:4, 51:4, 76:2, 79:22, 171:18
duties [3] - 49:24, 50:4, 70:3
duty [1] - 162:18
DX [2] - 4:18, 76:7
DzhazakaLLAHU [1] - 142:17

## E

eagle [1] - 148:10
early [2] - 33:12, 81:9
easier [1] - 91:1
easily [1] - 190:14
East [1] - 48:11
Eastern [5] - 5:6, 74:24, 76:23, 134:10, 171:25
EASTERN [1] - 1:1
easy [4] - 89:13, 141:5, 141:18, 143:16
editor [1] - 129:2
education [4] - 43:6, 62:17, 64:3, 69:13
effect [5] - 114:12, 138:23, 143:17, 153:2, 165:11
effective [2] - 109:11, 199:24
effectively [1] - 83:1
effort [1] - 130:2
efforts [1] - 140:7
either [5] - 125:24, 175:21, 177:13, 199:6, 205:9
elapsed [1] - 43:13
electronic [4] - 51:6, 51:16, 52:1, 152:25

element [1] - 41:25
elicited [1] - 41:24
elsewhere [1] - 56:8
email [2] - 89:11, 202:18
emerged [1] - 171:7
emergency [2] - 116:23, 116:24
emoji [1] - 101:13
emojis [2] - 162:7, 162:20
emotional [1] - 122:16
emotionally [1] - 114:21
emphasized [1] - 116:19
employed [1] - 61:23
employment [1] - 62:11
enable [1] - 165:4
enact [1] - 114:9
encounter [1] - 88:25
encourage [1] - 122:15
encouragement [1] - 125:21
encouraging [1] - 165:9
encrypted [3] - 65:18, 87:8, 87:12
end [8] - 43:8, 87:8, 106:19, 106:20, 152:17, 163:13, 192:10
end-to-end [1] - 87:8
ended [1] - 65:6
ending [2] - 57:10, 74:12
endorse [2] - 83:18, 83:19
endorsed [3] - 72:5, 83:10, 168:8
ends [3] - 94:25, 142:6, 178:14
endured [1] - 160:7
enemies [5] - 114:23, 117:7, 159:22, 171:1, 180:15
enemy [3] - 121:3, 122:10, 159:22
enforced [2] - 174:15
enforcement [3] - 66:14, 110:4, 174:17
Eng.pdf [1] - 201:8
engage [3] - 38:6, 80:2, 80:10
engine [1] - 99:21
engineering [2] - 62:20, 69:16
English [29] - 29:17,

30:1, 68:24, 69:1, 80:9, 80:25, 91:2, 91:6, 114:3, 115:17, 116:12, 117:22, 117:23, 119:22, 129:23, 136:19, 140:4, 142:10, 142:16, 150:7, 152:16, 152:17, 154:24, 162:6, 162:9, 185:2, 200:24, 202:8
**English-language** [4] - 68:24, 69:1, 117:23, 202:8
**enhance** [1] - 69:16
**ensure** [1] - 109:11
**entail** [1] - 46:11
**entails** [1] - 63:1
**enter** [4] - 18:13, 92:5, 93:2, 95:14
**entered** [6] - 6:4, 18:9, 77:2, 96:9, 134:16, 172:5
**entering** [1] - 92:16
**entire** [5] - 63:13, 66:3, 67:22, 124:14, 156:15
**entirely** [3] - 14:21, 40:7, 82:23
**entitled** [2] - 178:6, 205:4
**entries** [1] - 152:8
**entry** [1] - 80:5
**environment** [3] - 71:22, 80:15, 125:18
**especially** [4] - 15:3, 91:24, 92:4, 155:14
**essentially** [13] - 48:20, 54:16, 56:24, 105:16, 108:3, 113:12, 113:16, 126:19, 149:7, 161:15, 176:10, 180:13, 195:17
**established** [2] - 110:17, 178:15
**et** [1] - 101:9
**Euphrates** [1] - 180:19
**Europe** [1] - 46:2
**event** [1] - 205:9
**eventually** [4] - 75:1, 83:9, 85:11, 106:24
**everywhere** [4] - 82:4, 126:3, 129:6, 139:7
**evidence** [23] - 23:21, 24:4, 49:15, 53:14, 53:17, 55:3, 69:24, 76:7, 84:16, 84:19, 88:25, 94:16, 107:4,

107:7, 131:19, 164:12, 169:12, 179:25, 197:21, 198:1, 200:13, 200:14, 202:6
**evidentiary** [2] - 35:1, 40:15
**evolved** [1] - 68:5
**exact** [7] - 4:25, 27:13, 116:3, 119:19, 166:12, 200:3, 200:14
**exactly** [15] - 15:5, 19:18, 34:17, 43:25, 52:21, 55:13, 63:22, 90:8, 108:7, 164:1, 174:11, 193:3, 194:10, 199:18, 200:23
**examination** [8] - 6:9, 34:16, 34:24, 36:4, 40:3, 42:4, 77:6, 134:20
**Examination** [5] - 3:4, 3:5, 3:8, 3:9, 3:12
**EXAMINATION** [5] - 6:18, 24:5, 45:17, 58:25, 61:17
**examine** [2] - 84:16, 84:19
**examiner** [1] - 52:2
**examining** [1] - 134:25
**example** [42] - 63:9, 89:10, 92:12, 98:8, 99:5, 100:18, 100:25, 101:21, 102:23, 103:11, 103:17, 103:20, 104:18, 104:21, 106:23, 111:23, 112:11, 115:21, 116:2, 117:17, 120:4, 120:6, 120:14, 120:24, 121:1, 126:8, 126:16, 127:1, 128:20, 130:2, 155:15, 155:25, 165:16, 166:25, 173:3, 174:25, 175:7, 176:16, 176:17, 177:1
**examples** [1] - 102:24
**except** [4] - 73:5, 158:10, 178:14
**excerpt** [1] - 168:22
**excerpts** [1] - 169:14
**exchanged** [1] - 57:13
**exclusive** [2] - 129:24,

144:3
**exclusively** [2] - 64:17, 164:22
**excuse** [2] - 5:21, 139:24
**excused** [11] - 45:2, 45:5, 60:22, 60:25, 76:1, 134:3, 134:5, 171:20, 203:12, 203:14, 203:16
**executioner** [1] - 82:1
**exemplars** [1] - 149:22
**Exhibit** [40] - 23:21, 24:2, 26:7, 26:15, 38:2, 49:8, 49:11, 53:1, 53:13, 76:6, 86:11, 93:12, 95:15, 96:13, 130:20, 131:15, 134:23, 168:24, 173:3, 174:5, 175:4, 175:10, 176:22, 176:24, 178:3, 179:7, 179:22, 181:19, 182:12, 186:21, 187:16, 190:18, 196:12, 197:16, 197:22, 198:7, 200:16, 201:22, 203:18, 203:25
**exhibit** [24] - 23:22, 23:24, 39:17, 41:11, 43:21, 49:3, 49:12, 76:5, 76:16, 76:17, 96:1, 130:19, 131:4, 131:5, 131:7, 158:18, 158:19, 173:11, 177:4, 179:9, 196:17, 197:25, 201:20, 203:21
**Exhibits** [4] - 4:1, 4:16, 94:12, 185:6
**exhibits** [7] - 4:25, 39:23, 76:10, 93:13, 94:5, 179:24, 190:21
**existed** [1] - 93:7
**exists** [1] - 97:17
**expanding** [1] - 123:14
**expect** [3] - 41:5, 73:17, 191:23
**expecting** [1] - 40:12
**experience** [12] - 30:8, 30:9, 30:11, 30:19, 31:20, 34:13, 42:18, 43:6, 64:3, 73:11, 90:3, 149:14

**experiences** [1] - 100:20
**expert** [4] - 42:1, 67:10, 112:18, 173:1
**expertise** [1] - 51:25
**experts** [2] - 63:25, 162:12
**explain** [14] - 39:18, 49:5, 49:18, 54:12, 84:25, 106:6, 110:16, 113:9, 116:7, 132:16, 140:2, 165:19, 173:15, 188:13
**explaining** [5] - 87:3, 127:8, 155:23, 156:3, 185:14
**explanation** [2] - 89:9, 143:6
**explicitly** [3] - 84:8, 168:8, 174:14
**explode** [2] - 55:19, 80:20
**exploit** [1] - 177:19
**exploitation** [5] - 51:7, 51:17, 52:1, 67:5, 67:15
**exploits** [1] - 68:21
**explore** [1] - 52:5
**explosion** [1] - 173:25
**explosive** [9] - 137:8, 143:6, 143:15, 143:16, 145:6, 145:14, 198:22, 199:24, 200:21
**explosives** [29] - 50:21, 54:15, 54:23, 55:8, 55:18, 55:23, 60:1, 100:13, 112:5, 112:9, 112:18, 122:13, 140:17, 141:5, 141:18, 142:9, 142:11, 142:12, 142:17, 145:14, 176:7, 177:23, 190:7, 190:11, 198:23, 198:24, 200:3
**Explosives** [1] - 187:14
**Explosives'** [1] - 145:7
**extent** [1] - 162:6
**extra** [3] - 67:9, 87:25, 164:4
**extract** [4] - 52:3, 69:23, 138:20, 139:10
**extracted** [1] - 130:23
**extracting** [1] - 139:20

**extraction** [2] - 52:9, 138:20
**extracurricular** [2] - 67:1, 67:2
**extreme** [5] - 28:13, 48:21, 50:16, 53:25, 199:2
**extremely** [6] - 51:12, 53:21, 54:13, 59:11, 128:10, 198:25
**extremist** [1] - 53:25
**eyes** [1] - 13:16

## F

**face** [1] - 128:5
**Facebook** [3] - 71:15, 87:6, 87:19
**facilitating** [1] - 110:5
**fact** [11] - 18:13, 34:23, 41:14, 41:19, 44:2, 55:17, 57:19, 79:14, 118:19, 154:7, 200:9
**factor** [1] - 79:14
**fail** [1] - 175:25
**failing** [2] - 123:4, 174:20
**fair** [5] - 27:20, 27:21, 36:3, 52:19, 82:21
**fairly** [1] - 180:20
**Fallujah** [1] - 47:3
**familiar** [6] - 30:12, 94:5, 122:24, 123:10, 179:9, 180:23
**family** [1] - 14:19
**famous** [2] - 82:24, 114:11
**fan** [3] - 124:19, 126:15, 126:16
**far** [13] - 9:5, 12:18, 15:6, 25:12, 27:17, 28:15, 29:9, 29:23, 37:16, 85:13, 126:2, 146:18, 172:24
**farming** [1] - 129:2
**fast** [4] - 92:17, 95:22, 107:4, 125:4
**fast-forward** [2] - 92:17, 125:4
**fast-forwarding** [2] - 95:22, 107:4
**fatal** [1] - 139:14
**Fatihun** [3] - 138:11, 138:12, 138:13
**Faucheux** [21] - 25:1, 26:22, 86:19, 94:17, 95:8, 96:4, 96:12, 132:14, 137:23,

140:12, 140:18, 145:10, 158:20, 169:21, 172:20, 173:12, 174:6, 175:10, 181:19, 182:19, 185:7
**FBI** [41] - 12:3, 12:6, 13:4, 13:8, 13:10, 19:20, 19:23, 20:22, 21:13, 22:10, 23:6, 23:9, 24:12, 24:15, 24:17, 27:2, 34:7, 34:18, 34:21, 34:23, 52:17, 52:18, 52:19, 62:4, 62:5, 62:6, 62:8, 62:13, 62:16, 63:19, 64:11, 64:16, 64:19, 66:3, 66:11, 68:6, 69:2, 70:3, 77:12, 77:15, 124:11
**FCRR** [2] - 1:25, 205:15
**fear** [3] - 171:7, 177:10, 177:21
**feature** [4] - 79:16, 87:23, 102:9, 102:20
**features** [7] - 78:2, 78:5, 87:9, 87:21, 87:22, 88:1, 88:6
**featurette** [1] - 117:10
**February** [2] - 170:1, 178:20
**fed** [1] - 75:6
**Federal** [3] - 2:3, 52:11, 61:25
**few** [7] - 22:14, 29:19, 63:25, 87:5, 165:20, 191:3, 194:1
**fiddly** [1] - 146:2
**field** [8] - 62:12, 64:12, 64:14, 64:15, 64:18, 64:19, 66:8, 66:10
**fiercer** [1] - 171:10
**fifteenth** [1] - 62:6
**Fifth** [1] - 2:4
**Fight** [1] - 199:22
**fight** [4] - 121:18, 122:1, 122:12, 125:19
**fighters** [3] - 168:13, 175:21, 177:14
**fighting** [7] - 121:23, 121:24, 122:7, 122:19, 168:16, 168:18, 188:12
**figure** [2] - 67:11, 85:1
**figures** [1] - 77:22
**file** [22] - 7:16, 7:19, 9:3, 9:8, 9:10, 179:5, 181:2, 181:3, 181:8,

181:9, 181:12, 184:4, 184:8, 184:9, 185:18, 186:1, 193:10, 193:15, 193:16, 199:16, 201:6, 202:14
**files** [3] - 149:6, 184:2
**fill** [2] - 55:18, 55:22
**filled** [3] - 25:5, 26:13, 55:23
**filling** [1] - 190:15
**fills** [2] - 25:7, 25:10
**filmed** [1] - 82:7
**finally** [1] - 189:15
**finance** [2] - 110:1, 122:14
**financially** [1] - 114:21
**fine** [3] - 8:11, 15:12, 15:16
**finished** [1] - 106:22
**finishing** [1] - 129:3
**firm** [1] - 46:1
**first** [43] - 7:24, 14:11, 14:14, 14:15, 14:21, 14:25, 15:4, 15:6, 22:3, 25:15, 26:24, 33:18, 34:3, 39:8, 46:17, 46:18, 47:8, 47:9, 58:16, 62:11, 67:23, 68:5, 77:20, 81:8, 84:2, 99:2, 101:7, 101:18, 106:18, 107:18, 113:11, 113:12, 114:19, 127:7, 132:25, 139:2, 152:12, 161:21, 166:17, 182:5, 185:20, 192:25, 198:13
**fits** [1] - 63:7
**five** [4] - 40:18, 48:4, 82:25, 129:14
**flags** [1] - 56:18
**Flint** [1] - 2:7
**flip** [1] - 187:10
**floor** [2] - 10:23, 17:14
**Floor** [1] - 2:4
**flow** [1] - 127:7
**fluctuated** [1] - 12:11
**focus** [5] - 30:22, 48:1, 48:14, 54:9, 63:11, 64:20, 131:21, 154:13, 180:5
**focused** [14] - 29:9, 46:23, 46:24, 47:16, 47:25, 54:23, 55:1, 65:1, 84:3, 100:7, 100:9, 100:12,

158:4, 202:17
**Foley** [1] - 82:3
**folks** [1] - 174:23
**follow** [7] - 24:9, 40:16, 47:11, 68:14, 75:23, 134:1, 203:8
**followed** [3] - 34:24, 47:10, 77:23
**followers** [2] - 114:20, 121:15
**following** [3] - 34:15, 144:19, 203:9
**follows** [1] - 148:13
**Force** [3] - 21:15, 22:20, 27:8
**force** [3] - 27:16, 49:21, 146:3
**forces** [5] - 49:23, 50:1, 50:2, 51:3, 51:10
**foreign** [3] - 58:3, 66:13, 156:21
**forensic** [7] - 129:19, 148:23, 151:14, 158:24, 163:14, 170:3, 191:8
**forensically** [3] - 151:17, 155:4, 167:16
**forensics** [1] - 69:22
**forests** [1] - 170:25
**forever** [2] - 97:21, 173:6
**forgive** [1] - 123:12
**form** [12] - 8:7, 8:8, 8:9, 8:10, 8:19, 8:20, 8:24, 26:13, 40:14, 73:22, 109:23, 122:17
**formally** [1] - 23:20
**format** [2] - 119:10, 131:2
**forms** [5] - 8:13, 26:15, 54:21, 121:13
**Fort** [1] - 1:16
**forth** [4] - 98:17, 152:1, 192:21, 205:5
**forum** [4] - 72:7, 72:8, 72:17, 80:6
**forums** [11] - 56:6, 56:19, 71:24, 72:4, 73:8, 73:12, 74:5, 74:12, 75:5, 78:1, 78:3
**forward** [14] - 36:5, 61:7, 92:17, 101:22, 104:17, 104:19, 125:4, 147:20, 164:12, 179:1, 194:3, 195:11,

195:15
**forwarded** [14] - 105:1, 194:8, 194:9, 195:8, 195:13, 195:19, 195:22, 196:2, 198:13, 199:9, 200:4, 200:7, 201:4, 201:5
**forwarding** [4] - 95:22, 102:1, 107:4, 194:23
**forwards** [6] - 193:2, 194:19, 195:7, 195:11, 198:5, 199:13
**fought** [1] - 170:25
**four** [3] - 40:18, 163:25, 194:13
**fourth** [1] - 183:7
**frankly** [1] - 177:9
**fraud** [1] - 155:18
**free** [5] - 38:5, 80:17, 81:14, 82:13, 84:5
**freedom** [1] - 80:15
**fresh** [6] - 37:13, 39:15, 39:16, 41:15, 44:5
**Friday** [1] - 43:3
**friend** [2] - 88:5, 103:15
**friends** [2] - 100:5, 104:24
**front** [3] - 147:11, 152:4, 152:18
**fronts** [1] - 171:9
**full** [7] - 47:5, 57:18, 61:21, 168:20, 168:22, 168:24, 205:7
**function** [3] - 99:16, 175:25, 176:5
**functionality** [1] - 192:10
**Furat** [2] - 119:24, 121:2
**Furqan** [4] - 118:9, 118:11, 118:12, 126:25

**G**

**game** [1] - 72:20
**gang** [4] - 13:10, 13:14, 30:13, 37:11
**gangs** [5] - 13:12, 30:9, 30:11, 30:12, 30:19
**Garland** [1] - 65:8
**gate** [1] - 166:22
**gatekeeper** [2] -

166:1, 178:22
**gatekeeper/bouncer** [1] - 166:22
**general** [6] - 71:11, 115:14, 115:20, 115:22, 199:17, 203:21
**generally** [4] - 46:11, 77:15, 100:2, 109:4, 116:16, 127:14, 158:2
**generated** [1] - 185:19
**generation** [1] - 171:9
**generic** [2] - 190:11, 193:13
**genre** [1] - 104:6
**George** [1] - 62:20
**Georgia** [2] - 67:7, 67:13
**Germany** [3] - 46:3, 48:6, 48:7
**GEROMETTA** [32] - 2:6, 5:20, 6:10, 6:15, 6:19, 8:16, 8:18, 11:8, 11:11, 23:1, 23:4, 23:16, 23:23, 24:1, 33:17, 33:20, 34:1, 34:22, 35:21, 37:3, 37:4, 37:24, 38:1, 39:6, 40:22, 40:24, 42:7, 42:19, 44:10, 44:13, 76:8, 76:19
**Gerometta** [11] - 2:6, 3:4, 5:21, 6:9, 11:7, 23:17, 23:21, 24:10, 37:1, 41:19, 58:23
**Gerometta's** [1] - 39:11
**GhostApp** [1] - 202:16
**Ghostmail.com** [1] - 202:21
**given** [5] - 51:24, 56:24, 82:1
**glad** [1] - 170:15
**gm** [1] - 139:14
**Gmail** [6] - 89:9, 89:10, 89:11, 89:12, 89:15, 89:16
**goals** [2] - 79:18, 114:18
**god** [2] - 162:13, 162:14
**God** [21] - 140:7, 140:17, 140:23, 143:5, 143:7, 143:15, 143:17, 145:5, 145:8, 159:22, 170:18, 170:21, 171:1,

171:11, 174:1,
175:18, 177:10,
177:14, 177:21,
189:8
**Google** [15] - 58:18,
89:11, 89:13, 89:19,
99:21, 99:23, 103:4,
159:25, 184:1,
184:2, 184:3, 184:5,
184:7, 184:12,
185:14
**Government** [2] -
49:8, 52:25
**government** [22] -
5:12, 6:12, 21:1,
34:22, 34:25, 35:3,
35:7, 35:23, 39:11,
39:20, 40:16, 42:10,
42:16, 43:2, 45:6,
45:8, 48:19, 58:2,
61:3, 61:4, 86:12,
94:11
**government's** [1] -
35:25
**Government's** [4] -
3:2, 4:1, 8:16, 86:11
**governor** [1] - 119:15
**governs** [1] - 107:21
**graphic** [4] - 151:10,
197:11, 197:13
**grasp** [1] - 175:19
**gravitate** [1] - 68:2
**Great** [1] - 23:16
**great** [3] - 43:3, 63:23,
80:16
**greater** [2] - 71:6,
194:2
**greatest** [1] - 64:24
**Greatness** [2] - 179:6,
179:13
**green** [5] - 97:14,
101:18, 181:20,
182:2, 191:9
**greet** [1] - 180:18
**greeted** [2] - 16:25,
33:3
**greeter** [3] - 166:13,
166:19, 166:25
**greeting** [2] - 142:8,
167:1
**Greetings** [1] - 180:6
**GREY** [2] - 1:4, 1:10
**Grey** [1] - 5:7
**group** [101] - 48:20,
59:15, 64:22, 64:24,
65:25, 66:2, 66:11,
74:22, 79:7, 85:16,
85:17, 85:20, 88:5,
97:24, 97:25, 98:1,
98:3, 99:14, 99:18,

99:21, 100:4, 100:5,
100:16, 101:1,
101:7, 104:23,
105:1, 109:24,
116:2, 124:21,
124:24, 125:1,
125:4, 125:9,
125:10, 125:11,
129:22, 136:10,
137:16, 137:18,
140:3, 140:21,
141:12, 142:4,
143:2, 143:13,
144:13, 145:3,
151:23, 153:15,
154:5, 154:7, 154:9,
154:10, 158:25,
159:1, 159:4, 159:7,
159:9, 159:10,
159:14, 160:4,
160:6, 160:7,
160:19, 161:14,
161:19, 162:3,
163:5, 163:22,
164:23, 164:25,
166:2, 166:3, 166:4,
166:10, 166:15,
166:16, 167:5,
168:3, 168:4, 168:7,
168:15, 172:24,
173:4, 175:15,
175:20, 175:22,
175:25, 177:16,
177:19, 178:7,
178:13, 178:16,
178:23, 182:4,
182:9, 194:9,
198:16, 201:1
**Group** [49] - 70:5,
129:21, 130:15,
131:9, 135:9, 136:2,
136:8, 136:23,
138:4, 140:9, 153:9,
153:17, 158:17,
159:8, 160:17,
161:7, 161:13,
161:22, 162:1,
162:25, 163:1,
165:13, 168:1,
168:17, 169:16,
170:12, 176:3,
178:7, 194:15,
195:3, 195:5, 195:6,
195:7, 195:10,
195:12, 195:14,
195:15, 195:16,
195:18, 195:19,
198:7, 198:17,
199:7, 200:5, 200:15
**group's** [1] - 176:9
**groups** [39] - 37:6,

48:25, 59:17, 63:24,
64:2, 68:11, 71:3,
71:6, 71:7, 71:9,
74:14, 74:16, 77:16,
77:19, 97:23, 98:21,
99:3, 99:8, 99:19,
99:24, 100:7, 100:9,
100:12, 100:21,
108:24, 109:4,
109:13, 109:22,
122:17, 125:15,
125:22, 125:25,
126:5, 146:9,
146:14, 151:15,
151:19, 158:8,
177:20
**growing** [1] - 80:4
**gruesome** [2] -
197:13, 197:14
**guess** [11] - 10:15,
30:2, 33:11, 104:7,
120:25, 129:7,
135:9, 135:25,
148:6, 150:2, 161:2
**guessing** [1] - 133:11
**guidance** [2] - 56:14,
174:13
**guide** [2] - 138:6,
165:17
**guides** [1] - 165:15
**Gulf** [1] - 165:9
**gun** [3] - 135:10,
135:12
**gunpowder** [1] - 190:9
**guns** [1] - 122:10
**guy** [7] - 55:2, 120:25,
127:21, 128:3,
129:2, 150:2, 156:18
**guys** [3] - 105:1,
126:22, 128:23
**GX** [20] - 4:3, 4:4, 4:5,
4:6, 4:7, 4:8, 4:9,
4:10, 4:11, 4:12,
24:4, 49:15, 53:17,
94:16, 131:19,
169:12, 179:25,
197:21, 198:1, 202:6

## H

**hackers** [2] - 153:3,
153:4
**half** [5] - 121:12,
132:13, 180:5,
186:23, 187:11
**Hamzah** [3] - 147:8,
147:24, 183:12
**hand** [1] - 45:12,
52:25, 57:25, 61:12,
74:18, 90:5, 90:6,

100:20, 100:22,
195:2, 196:19
**handed** [1] - 52:11
**handicaps** [1] - 43:21
**handle** [2] - 67:11,
199:1
**handled** [1] - 76:10
**handling** [1] - 12:18
**handwriting** [6] -
18:12, 26:18, 26:19,
26:20, 27:23, 27:25
**Hangouts** [1] - 58:18
**hangs** [1] - 161:15
**hard** [6] - 53:10, 57:6,
116:18, 135:3,
162:13, 197:9
**hard-core** [1] - 57:6
**harder** [1] - 78:19
**harken** [1] - 155:2
**hate** [1] - 67:3
**Hayat** [1] - 117:16,
117:20, 126:25,
128:21, 201:12
**hayran** [1] - 142:18
**head** [4] - 7:1, 107:20,
127:22, 156:10
**headquarters** [4] -
62:4, 62:14, 65:23,
66:18
**hear** [2] - 40:10, 98:15
**heard** [3] - 43:15,
125:3, 179:16
**hearing** [1] - 35:1
**heavily** [1] - 50:8
**held** [3] - 22:19, 33:21,
38:8
**Help** [1] - 104:4
**help** [26] - 46:13,
46:14, 49:5, 62:25,
63:6, 65:2, 66:7,
66:10, 66:12, 67:3,
67:10, 67:25, 84:25,
122:11, 125:16,
125:20, 126:22,
128:6, 130:8, 130:9,
146:8, 146:15,
146:20, 162:14,
173:4, 200:21
**helper** [1] - 164:8
**helpful** [1] - 159:19
**helping** [1] - 125:20
**helps** [1] - 162:11
**hereby** [1] - 205:3
**hereinbefore** [1] -
205:5
**Hexogen** [1] - 187:12
**hide** [3] - 17:9, 17:13,
22:17
**hierarchy** [1] - 56:13
**high** [1] - 46:18

**highlighted** [1] -
139:24
**highlights** [2] - 117:1,
169:15
**hijrah** [3] - 111:4,
111:10, 122:12
**Hijri** [1] - 159:24
**Hims** [1] - 196:22
**himself** [6] - 50:22,
56:4, 56:12, 65:17,
156:13, 199:4
**history** [2] - 50:18,
74:3
**hit** [1] - 106:16
**hitting** [1] - 129:8
**hmm** [4] - 13:22,
77:11, 147:10,
153:10
**hold** [1] - 44:9
**holidays** [1] - 55:25
**home** [26] - 7:7, 9:4,
10:7, 10:9, 10:10,
10:13, 10:15, 14:7,
14:11, 14:18, 15:19,
16:20, 16:21, 17:19,
18:15, 20:6, 20:22,
23:6, 26:24, 27:1,
27:24, 32:24, 55:8,
126:7, 190:4, 199:25
**homemade** [4] -
29:10, 50:19, 54:15,
139:9
**Homs** [1] - 196:8
**HON** [1] - 1:4
**honest** [1] - 162:16
**Honor** [44] - 5:13,
5:20, 6:10, 23:1,
23:19, 23:20, 24:3,
33:15, 33:17, 37:3,
37:24, 38:1, 38:3,
40:22, 40:24, 42:20,
45:16, 49:13, 52:22,
53:15, 60:16, 60:20,
61:4, 61:16, 75:21,
76:8, 77:7, 86:14,
86:16, 94:11, 94:13,
94:15, 129:12,
131:14, 131:18,
134:21, 172:9,
179:21, 197:16,
197:24, 201:19,
202:2, 203:1, 203:17
**Honorable** [1] - 5:7
**hopefully** [4] - 7:20,
7:21, 8:4, 36:9
**Horn** [2] - 47:20, 48:12
**host** [3] - 49:22, 50:1,
51:3
**house** [9] - 10:17,
15:13, 16:20, 17:6,

20:15, 33:2, 33:6, 33:10
**Houthi** [2] - 48:19, 48:20
**howling** [2] - 124:24, 129:22
**huge** [8] - 50:13, 51:11, 65:19, 69:18, 114:10, 114:16
**human** [2] - 62:24, 146:15
**Human** [1] - 62:3
**hundreds** [2] - 53:23, 54:14
**Hunters** [1] - 101:1
**Husayn** [24] - 50:5, 51:8, 53:11, 59:13, 59:19, 59:25, 85:21, 125:5, 136:11, 146:21, 151:1, 162:23, 163:23, 164:14, 164:21, 165:6, 167:23, 170:13, 172:13, 198:11, 198:12, 198:15, 199:3
**Husayn's** [7] - 58:11, 59:5, 86:3, 168:4, 174:16, 178:19, 198:11
**Hussain** [1] - 82:24
**hyphen** [1] - 28:19
**hypocrites** [1] - 171:5

**I**

**Ibn** [2] - 130:14, 143:25
**ibn** [3] - 140:4, 140:15, 144:2
**IC** [1] - 52:16
**icing** [1] - 55:2
**icon** [8] - 88:21, 88:22, 89:1, 89:2, 117:17, 117:18, 124:21, 148:11
**ID** [23] - 130:13, 132:22, 142:6, 147:7, 147:15, 147:16, 147:17, 147:19, 147:21, 148:13, 148:21, 155:2, 155:5, 155:10, 157:18, 159:10, 160:5, 165:23, 166:19, 168:4, 191:5, 194:7, 194:8
**ID's** [3] - 164:14, 164:15, 164:16

**idea** [6] - 34:25, 37:21, 101:25, 107:19, 195:18, 195:19
**ideally** [3] - 109:19, 120:23, 121:17
**identical** [4] - 90:4, 90:10, 158:10, 165:22
**identification** [1] - 31:9
**identified** [1] - 43:6
**identify** [4] - 13:15, 47:25, 166:7, 184:13
**ideologically** [2] - 73:17, 127:24
**ideology** [4] - 28:15, 54:1, 121:10, 188:10
**IDs** [1] - 192:20
**IEDs** [1] - 50:19
**illustrate** [1] - 49:5
**image** [27] - 81:13, 85:19, 87:16, 97:7, 99:5, 100:18, 103:12, 115:12, 122:20, 122:24, 123:5, 123:9, 123:11, 124:1, 124:16, 124:17, 124:18, 126:18, 127:3, 128:8, 149:13, 162:22, 165:16, 169:3, 182:21, 186:9
**imagery** [1] - 158:13
**images** [18] - 12:5, 12:6, 30:16, 82:3, 101:16, 103:13, 116:4, 117:2, 117:12, 118:6, 118:15, 119:2, 121:5, 122:22, 149:18, 149:21, 151:8, 158:14
**imagination** [1] - 102:19
**immediate** [1] - 48:2
**immediately** [2] - 203:10
**immortalized** [1] - 173:6
**immunity** [1] - 139:16
**impact** [1] - 78:17
**impacted** [2] - 69:12, 157:8
**impeach** [1] - 41:1
**implementation** [1] - 156:11
**implemented** [1] - 156:18
**implementing** [1] -

127:23
**implied** [2] - 19:24, 19:25
**Important** [1] - 144:15
**important** [9] - 69:9, 78:6, 81:12, 114:13, 116:15, 117:16, 156:2, 156:14, 157:7
**impose** [1] - 102:16
**inclined** [1] - 40:2
**include** [2] - 32:3, 81:1, 90:19, 125:20, 132:11, 145:13
**included** [3] - 68:8, 80:25, 141:22
**includes** [3] - 70:11, 74:24, 111:25
**including** [10] - 50:25, 63:7, 66:11, 67:1, 80:9, 106:14, 126:3, 133:25, 153:7, 159:21
**incoming** [1] - 57:16
**increasingly** [2] - 80:8, 82:15
**incredible** [2] - 35:2, 41:1
**independent** [1] - 31:16
**index** [8] - 11:25, 30:18, 30:25, 31:1, 31:6, 34:6, 34:11, 34:21
**indexed** [1] - 99:23
**indicated** [12] - 10:25, 11:9, 19:24, 24:11, 26:25, 37:10, 64:11, 72:24, 91:18, 152:10, 170:3, 180:8
**indicates** [3] - 9:21, 10:1, 147:18
**indicating** [17] - 89:2, 91:25, 106:17, 115:21, 119:4, 121:1, 130:13, 132:4, 141:15, 142:6, 153:14, 158:5, 159:10, 167:5, 185:16, 185:17, 185:18
**Indicating** [1] - 97:10
**indicating]** [10] - 39:6, 115:16, 119:3, 132:24, 139:3, 152:6, 152:13, 153:11, 155:16, 191:10
**individual** [20] - 11:22, 48:2, 50:5, 50:6, 50:24, 55:4, 57:4,

57:7, 85:21, 90:12, 91:20, 98:20, 125:7, 126:17, 127:12, 128:23, 129:22, 144:22, 163:23, 173:5
**individual's** [1] - 53:22
**individuals** [16] - 12:9, 30:12, 31:21, 32:7, 49:25, 50:25, 54:9, 55:5, 56:7, 56:16, 65:7, 65:12, 65:15, 98:21, 125:25, 137:19
**Indonesian** [3] - 126:9, 126:10
**infallibility** [1] - 188:13
**infallible** [1] - 188:15
**infamously** [1] - 81:24
**infected** [1] - 139:17
**infer** [2] - 155:4, 167:1
**inference** [1] - 151:20
**inferring** [1] - 40:12
**infidels** [1] - 188:16
**inflammation** [1] - 139:12
**inflict** [1] - 55:25
**influence** [1] - 71:10
**influencers** [4] - 75:4, 75:8, 75:14, 75:15
**infographics** [2] - 117:5, 117:6
**inform** [2] - 46:13, 46:15
**information** [54] - 10:11, 10:14, 13:10, 14:9, 23:7, 23:8, 23:9, 31:24, 31:25, 32:1, 32:2, 37:11, 41:18, 43:2, 46:13, 50:24, 51:2, 51:3, 52:5, 52:13, 53:24, 54:2, 54:6, 54:7, 54:8, 54:20, 55:4, 57:7, 57:18, 58:11, 58:12, 59:25, 63:5, 70:9, 70:18, 70:21, 72:3, 78:11, 85:6, 85:9, 90:19, 104:13, 141:22, 145:5, 147:1, 165:7, 173:19, 183:24, 192:6, 192:7, 192:8, 194:4, 199:13
**ingredients** [1] - 138:22
**initial** [4] - 47:2, 79:9, 103:2, 133:4

**initials** [1] - 25:19
**initiative** [1] - 56:15
**innocent** [1] - 30:24
**inquire** [4] - 34:12, 35:9, 35:10, 42:18
**inquiring** [1] - 35:7
**inquiry** [1] - 39:9
**inside** [1] - 150:16
**Inspire** [4] - 68:23, 69:3, 69:4, 69:5
**install** [2] - 87:17, 90:2
**installed** [1] - 174:19
**installing** [1] - 89:25
**instance** [4] - 90:20, 92:18, 102:7, 120:5
**instances** [1] - 160:5
**instantly** [1] - 119:20
**instead** [5] - 57:20, 78:12, 79:3, 89:7, 89:19
**instruction** [5] - 68:22, 76:17, 120:21, 137:7, 197:9
**instructions** [13] - 50:20, 54:14, 60:2, 60:5, 75:23, 106:8, 134:1, 135:21, 138:19, 203:8, 203:9, 203:20
**instructor** [1] - 70:5
**insulting** [1] - 180:15
**insurgent** [1] - 48:25
**integration** [1] - 103:2
**intellectual** [1] - 80:15
**intelligence** [16] - 45:25, 46:1, 46:12, 46:21, 47:7, 61:25, 62:1, 62:23, 62:25, 63:2, 63:10, 63:18, 64:1, 64:11, 70:8, 70:15
**Intelligence** [5] - 47:9, 47:11, 62:3, 70:4, 70:6
**intended** [1] - 174:10
**intentional** [1] - 168:9
**interact** [2] - 103:7, 104:11
**interaction** [1] - 192:4
**interactions** [1] - 31:15
**intercepting** [1] - 87:10
**interest** [4] - 31:5, 50:1, 77:18, 202:15
**interested** [2] - 68:1, 205:9
**interesting** [3] - 118:11, 198:9, 199:14

**interests** [2] - 46:16, 188:19
**internally** [1] - 75:17
**internet** [9] - 50:17, 56:6, 63:15, 64:6, 70:19, 71:9, 79:4, 129:5, 129:8
**interpret** [2] - 39:10, 124:10
**interpretation** [2] - 13:11, 30:25
**interpretations** [1] - 111:5
**interpreted** [1] - 13:14
**interrogations** [1] - 51:15
**intestinal** [1] - 139:12
**introduce** [1] - 35:24, 36:1, 45:21
**introduced** [1] - 39:23
**introducing** [1] - 34:15, 43:4
**invasion** [1] - 47:3
**invest** [1] - 114:16
**invested** [1] - 114:16
**investigating** [1] - 21:18
**Investigation** [2] - 52:12, 61:25
**investigation** [8] - 24:13, 24:17, 43:17, 56:25, 71:13, 84:15, 95:23, 102:3
**investigative** [1] - 63:4
**invite** [2] - 99:9, 99:10
**involve** [1] - 54:24
**involved** [11] - 30:12, 50:8, 59:21, 65:4, 65:13, 65:15, 84:24, 97:18, 109:7, 147:3, 168:15
**involving** [1] - 64:21
**iPhone** [8] - 21:2, 86:4, 86:6, 92:11, 148:19, 149:2, 149:23, 149:25
**Iqtihamat** [1] - 144:15
**Iranian** [1] - 48:20
**Iraq** [12] - 28:18, 46:25, 47:2, 47:19, 48:11, 79:6, 80:15, 111:7, 118:13, 120:1, 122:19, 180:19
**Iraqi** [2] - 18:12, 170:18
**irrelevance** [1] - 78:16
**ISI** [2] - 64:22, 79:6
**ISIS** [95] - 28:12,

28:13, 48:22, 48:24, 48:25, 49:23, 50:2, 50:5, 50:14, 53:23, 53:25, 54:3, 54:4, 54:9, 56:11, 56:17, 57:4, 57:7, 64:22, 65:16, 65:17, 65:19, 66:23, 67:18, 67:20, 68:5, 71:5, 80:12, 82:14, 82:19, 82:24, 83:2, 83:14, 83:17, 83:23, 84:8, 100:7, 100:10, 108:24, 109:4, 110:17, 111:17, 112:21, 113:6, 113:17, 114:8, 115:4, 115:10, 115:14, 118:4, 119:10, 120:2, 121:14, 122:4, 122:17, 123:21, 125:16, 126:3, 126:6, 126:12, 126:21, 127:11, 127:19, 127:20, 128:1, 128:5, 128:8, 128:14, 129:4, 145:21, 145:22, 146:11, 146:13, 149:19, 150:5, 151:9, 153:3, 155:13, 156:12, 158:2, 158:7, 168:7, 168:10, 168:11, 168:13, 169:19, 193:6, 193:11, 193:15, 196:6, 196:22, 201:13
**ISIS's** [3] - 83:16, 110:15, 114:6
**ISIS-affiliated** [1] - 153:3
**ISIS-related** [1] - 193:6
**Islam** [1] - 162:15
**Islamic** [23] - 79:7, 81:21, 115:15, 115:17, 115:23, 123:8, 123:14, 127:15, 127:23, 154:16, 155:24, 156:10, 156:15, 157:5, 158:12, 169:17, 170:16, 170:17, 171:2, 179:6, 179:12, 180:14, 180:16
**issue** [3] - 36:8, 42:20, 201:15

**Issue** [2] - 201:11, 201:25
**issues** [3] - 14:19, 41:13, 71:14
**issuing** [1] - 127:15
**ISXOne1Bot** [3] - 148:13, 191:5, 200:5
**ISXXXIS** [1] - 57:10
**ISxxxIS** [3] - 147:6, 147:11, 148:11
**item** [1] - 201:10
**items** [8] - 11:22, 31:5, 31:8, 35:14, 39:22, 39:23, 54:16, 61:1
**iteration** [1] - 159:10
**itself** [5] - 57:20, 79:16, 84:1, 105:14, 192:4

**J**

**J.C** [3] - 1:4, 1:10, 5:7
**JAMES** [1] - 2:6
**James** [3] - 2:6, 5:20, 82:2
**January** [1] - 200:10
**Jason** [4] - 3:7, 45:8, 45:13, 45:23
**Jazirah** [1] - 119:25
**Jefferson** [1] - 103:11
**Jego** [1] - 145:4
**jihad** [7] - 114:12, 114:13, 122:7, 162:16, 162:17, 162:18, 171:12
**Jihad** [2] - 121:9, 122:4
**Jihadi** [1] - 81:25
**job** [20] - 41:21, 41:22, 46:12, 46:17, 46:18, 47:8, 47:9, 48:6, 48:8, 49:21, 51:2, 63:3, 64:17, 66:3, 66:7, 68:20, 119:17, 156:14, 156:18, 157:7
**jobs** [1] - 156:14
**John** [1] - 81:25
**join** [14] - 80:6, 99:2, 99:6, 99:9, 99:19, 110:20, 111:6, 114:20, 122:5, 130:1, 141:6, 144:18, 159:6, 159:12
**joined** [3] - 46:18, 65:24, 159:13
**joining** [2] - 62:16, 166:16
**Joint** [1] - 27:8

**JONATHAN** [2] - 1:4, 1:10
**Jonathan** [1] - 5:7
**Jordanian** [1] - 82:5
**journalist** [1] - 82:2
**JTTF** [1] - 27:11
**Judge** [4] - 39:4, 39:8, 41:12, 43:14
**judge** [5] - 34:5, 39:1, 43:21, 76:15, 177:14
**JUDGE** [1] - 1:10
**July** [15] - 25:24, 140:16, 141:3, 142:4, 142:20, 143:8, 143:19, 144:9, 144:20, 144:22, 145:8, 177:5, 185:22, 185:23, 187:2
**jump** [2] - 75:5, 190:23
**Junaid** [1] - 82:24
**June** [11] - 137:1, 138:4, 140:5, 157:9, 159:16, 173:9, 175:15, 187:21, 188:24, 189:19
**jury** [69] - 6:1, 6:3, 6:4, 6:5, 38:5, 39:19, 40:12, 41:16, 41:20, 43:12, 45:21, 49:6, 49:12, 55:11, 61:22, 62:7, 62:25, 65:2, 75:22, 75:23, 75:25, 76:1, 76:25, 77:1, 77:2, 77:3, 87:2, 88:11, 89:10, 93:20, 93:24, 94:21, 109:3, 125:16, 127:7, 129:18, 131:23, 133:23, 134:4, 134:5, 134:13, 134:15, 134:16, 134:17, 135:1, 135:6, 140:2, 147:1, 158:22, 169:22, 171:17, 171:19, 171:20, 172:2, 172:4, 172:5, 172:6, 172:12, 172:22, 175:13, 180:11, 185:8, 187:9, 188:4, 190:25, 203:6, 203:13, 203:14
**JURY** [1] - 1:9
**Justice** [2] - 1:19, 57:3
**justified** [1] - 156:3

**K**

**Kalashnikov** [1] - 135:13
**Kassig** [1] - 82:2
**keep** [3] - 7:10, 58:2, 146:14
**keeps** [1] - 184:2
**key** [10] - 29:1, 29:2, 77:22, 79:16, 107:2, 107:7, 108:21, 121:13, 191:4
**keyboard** [1] - 16:7
**Khattab** [1] - 170:18
**Khayr** [2] - 119:24, 120:25
**kick** [3] - 73:21, 78:22, 166:9
**kicked** [1] - 80:7
**kill** [2] - 138:25, 188:15
**killed** [5] - 117:7, 128:3, 128:12, 157:9, 168:16
**killing** [1] - 53:24
**kind** [54] - 46:20, 47:13, 55:1, 56:24, 62:21, 63:15, 65:16, 66:4, 66:11, 68:3, 69:11, 72:10, 74:17, 77:21, 83:21, 84:19, 85:11, 89:17, 92:17, 96:25, 98:14, 101:16, 101:23, 107:18, 109:13, 111:25, 112:1, 118:22, 119:12, 120:17, 120:18, 128:3, 129:6, 130:7, 132:25, 133:5, 135:12, 135:25, 146:1, 146:14, 146:15, 149:24, 151:16, 156:1, 157:1, 163:18, 166:1, 166:6, 169:18, 180:16, 188:5, 191:24, 197:8
**kinds** [9] - 54:23, 54:24, 78:24, 79:1, 101:10, 102:11, 110:21, 111:12, 112:18
**king** [1] - 10:20
**kitchen** [1] - 54:17
**knowing** [2] - 17:11, 68:6
**knowledge** [25] - 7:8, 9:5, 16:22, 20:13, 26:20, 33:18, 34:2,

34:4, 34:13, 35:5, 35:8, 35:9, 35:10, 35:13, 37:20, 40:20, 41:2, 41:16, 42:17, 43:5, 59:23, 63:8, 64:1, 64:2, 71:6
**known** [3] - 47:23, 52:2, 116:13
**knows** [1] - 104:8
**Kuwait** [1] - 48:12

## L

**labeled** [1] - 154:2
**labor** [1] - 133:8
**laboratories** [1] - 189:13
**Laden** [1] - 114:11
**Lafayette** [1] - 1:11
**Lake** [1] - 2:7
**land** [1] - 162:17
**Land** [4] - 196:9, 196:11, 197:2, 197:17
**language** [10] - 68:24, 69:1, 80:7, 91:11, 117:23, 126:7, 150:8, 152:8, 202:8
**languages** [1] - 117:21
**large** [6] - 27:19, 47:17, 50:13, 80:8, 115:24, 151:10
**largely** [1] - 65:11
**larger** [4] - 64:16, 66:9, 78:9, 168:21
**laser** [3] - 105:20, 106:6, 152:7
**last** [12] - 29:1, 45:21, 48:5, 58:14, 61:22, 99:20, 155:9, 155:10, 171:15, 185:21, 185:23, 202:11
**lastly** [3] - 98:4, 148:19, 192:5
**latest** [2] - 43:16, 182:11
**launch** [1] - 81:23
**Law** [1] - 2:6
**law** [5] - 66:13, 110:4, 127:24, 156:11, 156:17
**LAW** [8] - 6:3, 75:25, 77:1, 134:4, 134:15, 171:19, 172:4, 203:13
**lawless** [1] - 48:18
**lawlessness** [1] - 48:21

**layperson** [1] - 70:9
**leadership** [2] - 80:16, 111:17
**leading** [2] - 24:16, 25:13
**Leann** [3] - 1:24, 205:3, 205:14
**learn** [1] - 203:8
**least** [6] - 73:14, 74:23, 78:1, 146:18, 192:21, 203:19
**lecture** [2] - 155:19, 155:20
**lectures** [1] - 68:13
**led** [2] - 47:16, 67:16
**left** [20] - 5:15, 10:11, 10:14, 47:4, 90:5, 100:20, 124:16, 124:17, 138:15, 148:23, 149:4, 149:18, 152:5, 152:10, 152:14, 152:16, 178:17, 183:15, 195:2
**left-hand** [3] - 90:5, 100:20, 195:2
**legacy** [2] - 115:11, 118:11
**lengthy** [2] - 135:15, 180:20
**less** [2] - 14:7, 17:19
**lessen** [1] - 146:15
**letting** [1] - 103:23
**level** [6] - 34:13, 35:8, 35:9, 35:10, 46:14, 70:1
**Levin** [1] - 1:11
**LG** [10] - 22:13, 32:24, 86:4, 86:5, 132:1, 132:3, 147:5, 148:3, 150:14, 202:15
**LGBTQ** [1] - 82:9
**lie** [2] - 13:1, 31:22
**lied** [1] - 14:25
**life** [3] - 105:9, 120:18, 156:20
**light** [1] - 38:6
**likelihood** [1] - 159:12
**likely** [4] - 97:8, 98:9, 120:19, 151:24
**likewise** [2] - 151:23, 197:22
**limit** [3] - 102:10, 102:13, 102:14
**limitations** [1] - 57:25
**limited** [12] - 35:13, 35:16, 35:20, 37:2, 41:22, 42:6, 42:22, 57:19, 66:8, 85:9, 102:19

**limiting** [1] - 76:17
**limits** [2] - 102:17, 111:22
**line** [5] - 73:20, 97:13, 148:7, 148:8, 203:2
**linguist** [1] - 199:19
**linguistics** [1] - 62:18
**linguists** [1] - 124:12
**link** [14] - 99:9, 99:10, 99:11, 99:13, 129:24, 141:6, 141:8, 141:10, 141:11, 141:16, 141:19, 144:4, 144:6, 159:25
**linked** [1] - 142:12
**linking** [1] - 158:7
**links** [3] - 99:19, 130:1, 142:11
**lions** [2] - 171:2, 171:7
**list** [3] - 100:20, 121:22, 151:15
**listed** [1] - 163:10
**listened** [1] - 179:14
**literally** [2] - 53:23, 122:6
**live** [2] - 111:11, 156:17
**living** [4] - 11:12, 11:19, 16:2, 16:3
**Lizza** [3] - 1:24, 205:13, 205:14
**lizza/Christin** [1] - 205:3
**load** [3] - 135:23, 146:15, 149:13
**loads** [1] - 55:18
**local** [13] - 137:2, 138:5, 140:6, 140:16, 141:3, 142:5, 144:20, 159:16, 167:9, 178:20, 182:6, 182:10, 199:10
**locate** [1] - 57:3
**located** [5] - 46:2, 48:16, 49:21, 51:14, 57:6
**location** [1] - 137:8
**locations** [2] - 48:11, 56:7
**lock** [1] - 97:15
**log** [14] - 70:12, 91:22, 92:3, 92:13, 92:14, 92:23, 93:6, 95:14, 96:15, 96:17, 96:23, 99:23, 147:12
**logged** [5] - 93:3, 96:18, 147:5, 163:14, 164:8

**logging** [2] - 91:24, 96:20
**login** [3] - 94:8, 95:13, 96:8
**logistically** [1] - 114:21
**logo** [9] - 115:18, 115:19, 118:10, 124:21, 148:11, 158:9, 159:5, 167:4, 191:7
**logos** [1] - 126:23
**logs** [1] - 50:7
**lone** [8] - 50:11, 50:12, 50:15, 55:5, 56:12, 125:2, 165:4, 167:12
**look** [32] - 9:15, 9:20, 16:10, 17:23, 18:24, 20:8, 29:19, 32:9, 50:17, 52:6, 58:10, 59:9, 85:4, 85:9, 85:11, 85:14, 86:6, 88:18, 93:13, 94:23, 97:13, 98:8, 107:16, 116:13, 130:20, 149:16, 153:25, 170:2, 178:17, 184:7, 191:16, 195:2
**looked** [23] - 7:6, 10:16, 11:12, 11:15, 18:21, 19:2, 27:25, 85:23, 97:7, 125:8, 147:3, 149:15, 149:25, 161:19, 164:14, 166:13, 169:1, 169:5, 179:12, 179:18, 183:23, 184:19, 196:25
**looking** [40] - 9:25, 26:7, 29:13, 29:15, 29:18, 44:4, 49:18, 50:7, 53:20, 56:22, 57:9, 67:19, 85:7, 86:5, 87:2, 94:21, 95:10, 95:18, 105:3, 123:23, 124:3, 124:13, 125:16, 129:18, 131:23, 132:17, 138:2, 147:20, 157:12, 158:22, 160:18, 161:11, 162:5, 165:23, 175:14, 185:10, 191:1, 202:13
**looks** [9] - 87:15, 87:16, 99:10, 135:13, 148:10, 159:3, 188:5,

**logging** column end

195:15, 200:25
**lose** [2] - 93:9, 93:10
**Lou** [2] - 103:22, 103:24
**Lou/ChatGPT** [1] - 104:1
**lower** [1] - 106:20, 117:2
**loyal** [1] - 170:17
**lunch** [5] - 42:9, 113:1, 133:23, 134:6, 134:25
**lying** [1] - 14:24

## M

**Mac** [1] - 90:2
**magazine** [7] - 68:23, 68:24, 69:4, 69:5, 201:11, 202:8
**magazines** [12] - 28:10, 29:13, 68:13, 68:22, 111:24, 117:11, 117:23, 118:4, 128:17, 128:20, 128:21
**mail** [1] - 110:12
**mailing** [1] - 110:10
**main** [5] - 90:25, 106:9, 110:18, 115:18, 162:24
**maintain** [3] - 130:3, 174:13
**maintained** [1] - 194:19
**major** [2] - 45:25, 74:2
**majority** [12] - 11:20, 47:15, 71:4, 80:1, 85:25, 99:2, 99:8, 131:8, 149:19, 150:14, 151:9
**makers** [1] - 46:14
**makeshift** [1] - 19:4
**makings** [1] - 50:21
**male** [1] - 121:21
**mall** [1] - 55:19
**Manchester** [4] - 72:19, 104:22, 104:24
**manner** [1] - 69:8
**manual** [1] - 146:2
**manufacture** [1] - 177:23
**manufacturing** [4] - 175:24, 176:5, 176:7, 190:11
**Maqdisi** [1] - 152:21
**March** [1] - 199:9
**Marine** [5] - 46:18, 46:20, 46:21, 47:4,

47:5
**marked** [5] - 49:8,
52:25, 86:11,
196:11, 196:16
**market** [1] - 120:20
**marriage** [1] - 15:3
**marriages** [1] - 15:8
**martyrdom** [2] -
168:14, 170:16
**martyred** [1] - 170:24
**martyrs** [2] - 175:21,
177:13
**Mason** [1] - 62:20
**mass** [3] - 50:16,
55:20, 55:25
**master** [2] - 10:19,
10:20
**master's** [2] - 62:19,
69:14
**match** [1] - 194:6
**matches** [2] - 194:4,
194:10
**Material** [1] - 4:24
**material** [14] - 29:10,
68:12, 69:11, 72:6,
79:11, 80:3, 83:11,
109:23, 143:15,
143:16, 151:7,
156:25, 200:7
**materials** [17] - 28:6,
28:8, 28:9, 29:13,
29:15, 29:18, 29:19,
30:6, 30:20, 44:4,
54:24, 55:7, 142:16,
176:3, 187:12
**Matiri** [1] - 144:14
**matter** [3] - 111:2,
195:14, 205:4
**matters** [3] - 63:8,
76:11, 177:17
**maximum** [1] - 139:17
**McAteer** [3] - 21:15,
21:21, 22:20
**MDO** [1] - 9:5
**MDOC** [3] - 7:9, 9:23,
12:10
**MDOC's** [2] - 7:14,
9:24
**mean** [26] - 12:16,
14:18, 25:20, 29:24,
33:11, 37:15, 37:20,
41:20, 67:2, 70:7,
77:15, 78:17, 80:13,
98:14, 100:2,
102:13, 108:11,
110:9, 111:5,
112:14, 131:6,
152:11, 174:8,
181:11, 191:25
**meaning** [5] - 41:7,

115:1, 137:2, 155:6,
197:13
**meanings** [1] - 42:16
**means** [21] - 28:14,
39:19, 42:2, 50:12,
69:22, 70:10, 83:6,
87:10, 88:14, 97:19,
111:4, 111:14,
115:19, 123:13,
123:14, 137:19,
142:13, 144:1,
151:17, 153:14,
176:8
**mechanism** [1] -
186:17
**Media** [2] - 124:20,
201:12
**media** [79] - 59:11,
65:4, 65:7, 65:14,
65:16, 65:17, 67:5,
67:14, 67:16, 67:20,
68:15, 68:19, 69:21,
70:11, 70:12, 71:9,
71:19, 71:22, 72:11,
72:25, 73:2, 74:3,
77:16, 78:2, 80:20,
80:22, 81:23, 83:4,
83:16, 84:21, 98:23,
99:13, 102:16,
107:9, 108:25,
109:4, 109:12,
109:14, 109:20,
110:8, 110:16,
111:16, 112:4,
112:20, 114:6,
114:9, 114:12,
114:17, 115:4,
117:10, 119:9,
119:10, 119:11,
119:16, 120:2,
120:12, 121:15,
125:23, 126:1,
126:21, 126:24,
127:11, 127:18,
127:19, 128:6,
128:7, 128:9,
128:14, 128:15,
130:8, 149:5, 150:6,
150:8, 151:9, 158:3,
196:22, 201:13
**medical** [1] - 189:13
**medicine** [1] - 139:10
**meet** [2] - 16:21,
121:20
**meeting** [4] - 15:4,
15:6, 17:11, 20:5
**meets** [1] - 155:23
**Megan** [2] - 21:15,
21:21
**member** [7] - 51:25,

63:3, 70:4, 82:24,
85:17, 151:24,
203:10
**members** [27] - 6:5,
38:5, 49:23, 61:22,
62:7, 65:19, 73:10,
75:16, 75:22, 77:3,
88:11, 93:20, 93:24,
94:20, 101:2,
133:23, 134:17,
135:1, 135:6,
154:10, 166:14,
168:12, 171:7,
171:17, 172:6,
172:22, 203:6
**Memorial** [1] - 103:11
**memorization** [1] -
37:16
**memorized** [1] - 37:10
**memorizing** [1] -
37:21
**memory** [2] - 44:2,
160:21
**mention** [1] - 34:11
**mentioned** [17] - 31:8,
48:10, 50:23, 55:10,
97:12, 99:15,
107:14, 109:5,
130:1, 155:3, 156:6,
157:13, 163:1,
165:20, 168:2,
188:8, 198:5
**Meqdam** [1] - 141:4
**Meqdam7** [1] - 141:13
**meqdambot** [1] -
141:6
**merciful** [1] - 189:8
**mercy** [3] - 143:5,
143:15, 145:4
**Mes_lawii** [1] - 113:14
**Mes_lawii93** [1] -
113:12
**message** [139] - 78:8,
78:20, 79:17, 80:19,
92:5, 92:11, 93:1,
94:9, 95:11, 96:21,
97:3, 97:5, 98:12,
101:7, 101:8, 101:9,
101:11, 101:17,
101:18, 101:20,
101:23, 101:24,
102:20, 104:19,
104:25, 105:13,
109:7, 109:8,
109:12, 109:18,
110:18, 111:8,
111:14, 113:12,
114:14, 114:24,
129:20, 129:23,
130:8, 130:11,

130:25, 132:19,
132:21, 132:25,
133:2, 135:8, 138:3,
140:3, 140:8,
140:15, 140:16,
140:21, 141:4,
141:8, 141:22,
142:3, 142:4,
142:17, 142:19,
143:2, 143:13,
143:19, 144:3,
144:13, 144:19,
145:3, 151:18,
152:21, 154:1,
154:3, 155:2, 155:4,
155:5, 155:7,
155:10, 155:15,
157:18, 161:12,
161:15, 161:17,
161:23, 161:24,
162:4, 162:8, 165:3,
167:15, 167:17,
167:23, 168:5,
168:6, 168:14,
168:20, 168:21,
168:22, 168:24,
173:3, 173:16,
175:15, 176:2,
176:13, 176:19,
177:5, 178:1,
178:19, 179:1,
179:2, 179:4, 182:6,
182:25, 183:9,
191:12, 192:3,
192:13, 192:20,
193:3, 193:4, 193:5,
194:9, 194:11,
194:16, 194:25,
195:3, 195:6, 195:8,
195:12, 198:10,
198:13, 199:6
**messages** [72] -
57:12, 57:15, 57:16,
78:21, 81:19, 88:2,
88:4, 90:16, 97:20,
97:25, 98:6, 98:7,
98:10, 99:22, 101:3,
101:6, 101:10,
101:11, 101:22,
101:25, 102:1,
104:17, 107:9,
109:22, 113:10,
130:23, 131:8,
132:10, 132:11,
132:18, 142:21,
144:5, 145:13,
150:1, 151:21,
152:1, 153:7,
153:25, 154:2,
155:1, 155:3, 155:5,
155:22, 157:14,

157:17, 157:23,
160:19, 160:22,
160:23, 160:25,
164:25, 166:3,
166:14, 167:18,
174:10, 175:23,
176:9, 178:15,
181:20, 182:2,
182:5, 182:12,
184:13, 191:2,
191:12, 192:21,
193:6, 193:8,
194:13, 195:22,
198:8, 200:8
**messaging** [10] -
73:12, 74:8, 74:12,
78:18, 79:23, 80:18,
84:3, 111:18,
121:13, 156:1
**Messenger** [6] - 87:7,
87:20, 88:25, 89:1,
89:3, 89:5
**met** [1] - 10:9
**metadata** [7] - 94:22,
132:20, 158:25,
170:2, 181:9,
184:20, 185:12
**method** [5] - 99:20,
138:20, 139:19,
145:7, 173:23
**methodology** [1] -
177:16
**methods** [1] - 174:17
**mh** [2] - 147:10,
153:10
**mh-hmm** [2] - 147:10,
153:10
**mic** [1] - 46:4
**MICHIGAN** [1] - 1:1
**Michigan** [11] - 1:12,
1:17, 2:4, 2:7, 5:2,
5:6, 21:2, 27:4,
76:23, 134:10,
171:25
**microblogging** [1] -
78:7
**microphone** [1] - 46:5
**microphones** [1] -
19:16
**middle** [1] - 115:25
**Middle** [2] - 48:11,
74:24
**might** [21] - 42:15,
67:1, 68:20, 69:12,
70:14, 79:11, 80:14,
85:7, 87:6, 104:18,
105:2, 108:4,
118:19, 124:19,
126:7, 132:11,
138:17, 141:20,

155:21, 193:9
**migrate** [1] - 162:17
**migration** [1] - 111:4
**Military** [2] - 138:13, 187:12
**military** [2] - 177:22, 177:25
**milligram** [1] - 139:14
**mind** [4] - 13:16, 39:15, 44:5
**mini** [1] - 117:11
**minted** [1] - 156:24
**minute** [2] - 53:6, 92:17
**minutes** [5] - 76:13, 82:25, 113:1, 129:14, 171:21
**miss** [1] - 162:18
**missed** [1] - 193:23
**missionary** [1] - 175:22
**mix** [1] - 189:11
**mixed** [1] - 173:24
**Mixtures** [1] - 187:13
**mobile** [4] - 89:23, 89:24, 90:6, 90:10
**moderation** [1] - 174:8
**modern** [2] - 78:1, 149:14
**Mohadin** [1] - 126:18
**Mohammad** [1] - 128:1
**MOHAMMED** [1] - 1:6
**Mohammed** [1] - 5:10
**Mohsin** [14] - 3:5, 3:12, 5:13, 23:18, 35:10, 44:8, 61:15, 77:6, 94:3, 106:3, 113:3, 133:22, 134:20, 172:8
**MOHSIN** [193] - 1:15, 5:13, 23:19, 23:24, 24:3, 24:6, 25:1, 25:3, 26:1, 26:6, 26:22, 26:23, 33:15, 34:5, 34:17, 35:22, 38:3, 39:1, 39:4, 39:8, 39:25, 40:2, 40:6, 40:9, 41:8, 43:9, 43:12, 43:18, 44:1, 61:4, 61:16, 61:18, 75:21, 76:15, 77:7, 77:8, 86:14, 86:18, 86:20, 86:25, 87:1, 88:8, 88:10, 92:1, 92:7, 94:4, 94:11, 94:15, 94:17, 94:19, 95:7, 95:9, 95:15, 95:17, 96:3,

96:5, 96:12, 96:14, 106:4, 109:1, 109:2, 113:4, 129:12, 129:15, 129:16, 131:14, 131:18, 131:20, 131:22, 132:13, 132:15, 133:20, 134:21, 134:22, 136:14, 136:16, 137:22, 137:25, 139:23, 140:1, 140:11, 140:13, 140:18, 140:19, 142:1, 142:2, 142:24, 142:25, 143:10, 143:11, 143:21, 143:22, 145:10, 145:12, 145:19, 145:20, 148:7, 148:15, 157:10, 157:11, 158:19, 158:21, 160:11, 160:15, 161:9, 161:10, 169:8, 169:13, 169:21, 169:23, 170:7, 170:8, 171:14, 172:9, 172:10, 172:19, 172:21, 173:11, 173:14, 174:5, 174:7, 175:2, 175:3, 175:10, 175:12, 176:21, 176:23, 177:3, 177:7, 178:3, 178:5, 179:21, 180:1, 180:5, 180:7, 181:6, 181:10, 181:15, 181:18, 181:21, 181:23, 181:25, 182:18, 182:18, 182:23, 182:24, 183:3, 183:4, 183:7, 183:8, 183:19, 183:21, 185:5, 185:9, 185:24, 186:7, 186:8, 186:11, 186:12, 186:21, 186:22, 187:5, 187:6, 187:16, 187:17, 188:2, 188:3, 188:22, 188:23, 189:5, 189:6, 189:15, 189:18, 189:25, 190:2, 190:17, 190:19, 190:23, 190:24, 192:17, 192:18, 193:19, 193:19, 193:20, 197:16, 197:22,

198:2, 198:3, 201:2, 201:9, 201:19, 201:21, 202:2, 202:7, 203:1
**moment** [9] - 23:1, 26:1, 29:11, 37:24, 131:21, 147:9, 156:7, 179:7, 181:21
**momentarily** [1] - 87:24, 88:7
**money** [4] - 102:18, 110:5, 122:14, 133:14
**monotheist** [2] - 199:22, 200:22
**monotheist'** [1] - 173:21
**months** [3] - 18:13, 18:16, 22:14
**Monument** [1] - 103:12
**morning** [24] - 5:13, 5:18, 5:19, 5:23, 5:24, 5:25, 6:5, 6:20, 6:21, 24:7, 24:8, 33:12, 45:10, 45:11, 45:19, 45:20, 59:2, 59:3, 61:7, 61:11, 61:19, 61:20, 75:20, 101:12
**most** [17] - 55:12, 81:24, 84:13, 87:22, 88:16, 89:12, 97:8, 98:9, 122:15, 128:3, 151:24, 155:9, 155:10, 156:6, 156:14, 163:20, 193:14
**mostly** [7] - 71:24, 74:11, 85:7, 129:6, 129:7, 165:23, 183:23
**Mosul** [1] - 170:25
**Motions/Other** [1] - 3:19
**move** [32] - 11:4, 15:13, 23:20, 23:24, 30:23, 36:5, 38:1, 49:11, 53:6, 53:13, 53:18, 54:10, 73:24, 77:16, 77:19, 78:14, 79:10, 79:15, 88:8, 108:23, 110:14, 113:5, 125:13, 131:14, 136:1, 164:12, 179:21, 197:16, 199:7, 201:19, 202:2
**moved** [6] - 20:19, 42:9, 47:5, 62:13,

62:15, 65:21
**movement** [1] - 84:13
**moves** [2] - 46:7, 94:12
**movie** [1] - 104:5
**movies** [1] - 104:7
**moving** [8] - 23:25, 79:24, 80:3, 83:9, 83:22, 107:12, 124:16, 147:20
**MP3** [4] - 155:19, 179:5, 181:4, 181:5
**MP4** [1] - 199:21
**MR** [56] - 5:19, 5:20, 6:10, 6:15, 6:19, 8:16, 8:18, 11:8, 11:11, 23:1, 23:4, 23:16, 23:23, 24:1, 33:17, 33:20, 34:1, 34:22, 35:21, 37:3, 37:4, 37:24, 38:1, 39:6, 40:22, 40:24, 42:7, 42:19, 44:10, 44:13, 45:8, 45:16, 45:18, 49:11, 49:16, 49:17, 52:22, 52:24, 53:4, 53:6, 53:8, 53:13, 53:18, 53:19, 54:10, 54:11, 56:20, 56:21, 58:4, 58:7, 58:9, 58:21, 60:20, 76:8, 76:19, 203:17
**MS** [209] - 5:13, 5:24, 5:25, 23:19, 23:24, 24:3, 24:6, 25:1, 25:3, 26:1, 26:6, 26:22, 26:23, 33:15, 34:5, 34:17, 35:22, 38:3, 39:1, 39:4, 39:8, 39:25, 40:2, 40:6, 40:9, 41:8, 43:9, 43:12, 43:18, 44:1, 49:13, 53:15, 59:1, 60:16, 61:4, 61:16, 61:18, 75:21, 76:15, 77:7, 77:8, 86:14, 86:16, 86:18, 86:20, 86:25, 87:1, 88:8, 88:10, 92:1, 92:7, 94:4, 94:11, 94:13, 94:15, 94:17, 94:19, 95:7, 95:9, 95:15, 95:17, 96:3, 96:5, 96:12, 96:14, 106:4, 109:1, 109:2, 113:4, 129:12, 129:15, 129:16, 131:14, 131:16, 131:18, 131:20, 131:22, 132:13,

132:15, 133:20, 134:21, 134:22, 136:14, 136:16, 137:22, 137:25, 139:23, 140:1, 140:11, 140:13, 140:18, 140:19, 142:1, 142:2, 142:24, 142:25, 143:10, 143:11, 143:21, 143:22, 145:10, 145:12, 145:19, 145:20, 148:7, 148:15, 157:10, 157:11, 158:19, 158:21, 160:11, 160:15, 161:9, 161:10, 169:8, 169:10, 169:13, 169:21, 169:23, 170:7, 170:8, 171:14, 172:9, 172:10, 172:19, 172:21, 173:11, 173:14, 174:5, 174:7, 175:2, 175:3, 175:10, 175:12, 176:21, 176:23, 177:3, 177:7, 178:2, 178:5, 179:21, 179:23, 180:1, 180:5, 180:7, 181:6, 181:10, 181:15, 181:18, 181:21, 181:23, 181:25, 182:18, 182:20, 182:23, 182:24, 183:3, 183:4, 183:7, 183:8, 183:19, 183:21, 185:5, 185:9, 185:24, 186:7, 186:8, 186:11, 186:12, 186:21, 186:22, 187:5, 187:6, 187:16, 187:17, 188:2, 188:3, 188:22, 188:23, 189:5, 189:6, 189:15, 189:18, 189:25, 190:2, 190:17, 190:19, 190:23, 190:24, 192:17, 192:18, 193:19, 193:20, 197:16, 197:19, 197:22, 197:24, 198:2, 198:3, 201:2, 201:9, 201:19, 201:21, 202:2, 202:4, 202:7,

203:1, 203:22, 203:24
**Muhammad** [2] - 65:10, 188:8
**Muhammad]** [1] - 141:5
**Mujahid** [2] - 121:17, 126:19
**mujahid** [2] - 170:18, 170:21
**mujahideen** [4] - 162:12, 162:17, 167:12, 170:17
**Mujahideen** [46] - 124:22, 129:21, 130:15, 131:9, 135:8, 136:2, 136:8, 136:23, 138:3, 140:8, 145:15, 153:8, 153:16, 154:3, 154:6, 158:17, 159:8, 160:17, 161:7, 161:13, 161:22, 161:25, 162:25, 163:1, 163:21, 165:12, 168:1, 168:17, 169:16, 170:11, 170:13, 170:15, 170:19, 170:22, 171:6, 172:13, 174:9, 176:3, 178:6, 194:14, 198:6, 198:17, 199:7, 200:5, 200:15
**Mujahideen_Secrets _bot** [3] - 178:22, 179:10, 181:1
**MUJAHIDEEN_ SECRETS_BOT** [2] - 58:20, 163:11
**MujahideenSecretbo t** [2] - 150:25, 166:11
**Mujahiden_Secrets_ bot** [1] - 165:24
**Mujahidin** [2] - 159:24, 183:13
**multiple** [8] - 39:25, 41:12, 50:25, 137:18, 160:3, 163:2, 163:3, 164:8
**multiplier** [1] - 146:3
**murder** [1] - 67:13
**Muslims** [2] - 111:10, 188:18
**must** [4] - 75:23, 133:25, 203:7, 203:9

## N

**Naba** [7] - 28:14, 28:19, 117:3, 126:25, 128:19
**NABA** [1] - 28:19
**Najdi** [2] - 163:10, 170:12
**name** [62] - 25:15, 28:17, 45:22, 57:4, 58:19, 60:7, 61:21, 61:22, 61:24, 69:3, 69:5, 90:20, 90:23, 90:24, 91:1, 91:4, 91:6, 91:8, 91:11, 91:18, 100:25, 106:18, 106:24, 113:12, 119:21, 119:22, 126:18, 127:22, 130:14, 140:22, 140:24, 141:2, 143:3, 143:14, 144:14, 144:19, 145:4, 147:7, 147:8, 147:12, 147:21, 147:24, 148:14, 153:13, 154:17, 158:10, 159:2, 170:14, 173:5, 175:16, 179:5, 183:12, 185:18, 189:8, 191:6, 193:10, 193:16
**named** [10] - 50:5, 82:24, 98:11, 122:5, 138:5, 140:4, 144:2, 154:6, 178:8, 201:6
**names** [5] - 163:24, 164:3, 164:4, 165:22, 193:15
**NASER** [1] - 1:6
**Naser** [16] - 5:10, 5:21, 7:2, 9:24, 21:19, 22:1, 23:6, 23:8, 23:9, 24:12, 26:14, 31:3, 60:13, 84:14, 146:25, 160:16
**Naser's** [5] - 9:23, 10:7, 26:19, 60:7, 178:6
**nasheeds** [2] - 126:13
**Nashir** [2] - 118:22, 118:24
**nation** [1] - 170:16
**nation's** [3] - 49:22, 50:2, 51:3
**national** [2] - 64:25, 120:8, 120:11
**National** [1] - 5:16

**natural** [1] - 77:21
**naturally** [1] - 68:2
**nature** [5] - 24:17, 111:22, 151:11, 157:6, 173:2
**navigate** [1] - 78:9
**necessarily** [8] - 50:13, 56:13, 56:14, 126:6, 146:17, 164:10, 166:15, 199:12
**necessary** [1] - 111:14
**need** [36] - 38:3, 40:3, 50:13, 56:13, 56:14, 69:19, 70:20, 72:6, 76:16, 83:23, 85:6, 89:8, 90:14, 90:19, 90:23, 91:18, 91:19, 92:6, 93:24, 99:9, 107:17, 107:18, 107:21, 109:11, 109:17, 110:2, 110:19, 111:11, 111:20, 112:1, 113:19, 138:22, 138:25, 144:16, 156:17, 176:1
**needed** [11] - 67:10, 69:11, 79:20, 84:24, 85:11, 95:14, 96:8, 110:21, 146:13, 164:20, 190:6
**needing** [2] - 80:6, 99:7, 99:22
**needs** [4] - 6:13, 43:13, 90:15, 175:24
**neglected** [1] - 23:20
**network** [3] - 50:13, 120:8, 120:11
**networks** [1] - 130:3
**neutralize** [1] - 46:16
**never** [7] - 15:5, 15:8, 66:5, 79:1, 80:11, 97:18, 118:13
**new** [20] - 12:20, 34:8, 34:9, 34:15, 40:7, 42:15, 43:4, 66:5, 74:22, 78:2, 78:5, 80:14, 80:24, 80:25, 83:5, 101:7, 101:24, 105:17, 106:9, 126:1
**new-found** [1] - 80:14
**NewAsad.mp3** [2] - 194:12, 194:17
**News** [4] - 116:10, 118:22, 120:5, 193:11
**news** [10] - 28:14, 28:15, 110:10, 115:22, 115:23,

116:25, 120:7, 129:24, 144:3, 170:16
**next** [45] - 45:6, 61:3, 91:22, 91:25, 92:1, 94:1, 102:24, 102:25, 103:19, 119:8, 120:14, 121:7, 127:5, 132:8, 133:20, 136:13, 137:22, 139:23, 140:11, 140:18, 142:1, 142:24, 143:10, 143:21, 144:11, 145:2, 148:7, 148:8, 150:13, 154:11, 156:5, 157:10, 158:16, 161:9, 162:21, 165:18, 166:24, 174:25, 176:21, 186:11, 189:5, 195:21, 200:12, 201:2
**nice** [1] - 10:20
**nickname** [2] - 57:10, 82:1
**night** [1] - 171:8
**nine** [1] - 146:22
**Nineveh** [1] - 170:24
**Nitric** [1] - 190:12
**Nitrile** [1] - 187:13
**nobody** [3] - 55:18, 88:1, 166:3
**nomenclature** [1] - 97:4
**non** [1] - 80:9
**non-Arabic** [1] - 80:9
**noon** [1] - 129:12
**normal** [6] - 13:4, 13:6, 25:20, 70:10, 127:12
**Normal** [1] - 190:4
**normally** [7] - 25:9, 27:16, 28:11, 92:3, 107:22, 116:24, 135:14
**notable** [1] - 202:23
**note** [12] - 9:21, 10:1, 17:1, 17:22, 17:23, 18:1, 18:2, 18:6, 27:23, 44:14, 72:13, 202:14
**NOTE** [1] - 4:24
**notebook** [2] - 27:23, 31:6
**notes** [22] - 6:11, 7:10, 7:12, 7:13, 7:14, 7:19, 8:1, 8:2, 9:20, 9:23, 9:24, 17:4,

17:21, 19:18, 19:24, 44:11, 157:16, 157:20, 157:22, 205:8
**nothing** [3] - 24:22, 33:15, 174:22
**Noticed** [1] - 42:19
**noticed** [3] - 50:8, 54:4, 129:12
**nowadays** [2] - 69:18, 87:5
**Number** [3] - 4:2, 4:17, 5:9
**number** [61] - 27:13, 27:19, 41:13, 57:1, 57:10, 58:18, 63:25, 67:6, 78:9, 81:22, 90:15, 90:17, 91:19, 91:20, 92:2, 92:9, 92:18, 92:20, 92:21, 93:3, 93:4, 93:5, 93:7, 93:9, 93:10, 94:24, 95:1, 95:13, 95:25, 96:1, 96:10, 96:20, 101:8, 101:9, 114:5, 116:6, 117:14, 118:8, 118:17, 119:8, 119:10, 124:16, 125:13, 129:17, 132:8, 132:10, 147:15, 156:12, 157:17, 160:17, 160:20, 163:8, 166:20, 167:17, 170:7, 172:19, 196:18, 197:5
**numbered** [6] - 101:6, 101:25, 102:1, 139:18, 139:19, 160:23
**numbered-sequentially** [1] - 101:25
**numbers** [5] - 27:20, 52:14, 59:9, 91:3, 188:6
**numerous** [3] - 54:21, 56:6, 56:18
**NW** [1] - 1:20

## O

**O'** [1] - 199:22
**O'Donnell** [1] - 24:21
**oath** [3] - 6:8, 61:9, 134:19
**object** [2] - 39:12, 39:17
**objected** [2] - 36:3,

39:9
**objecting** [1] - 42:10
**objection** [15] - 23:22,
24:1, 41:12, 49:13,
53:15, 86:16, 94:13,
131:16, 169:10,
179:23, 197:19,
197:24, 202:4,
203:23, 203:24
**obligated** [1] - 121:16
**obligation** [2] - 111:9
**observations** [2] -
31:25, 32:3
**observe** [3] - 32:5,
51:21, 192:10
**observed** [4] - 20:23,
20:24, 20:25, 27:24
**observers** [1] - 109:21
**observing** [1] - 77:13
**Obtain** [1] - 1:24
**obtain** [1] - 143:17
**obtained** [3] - 119:6,
189:13, 190:6
**obvious** [1] - 193:10
**obviously** [5] - 63:22,
82:11, 100:4, 113:7,
115:19
**occasion** [1] - 35:19
**occasionally** [3] -
66:12, 130:5, 194:25
**occasions** [1] - 14:20
**occur** [2] - 59:23,
84:10
**occurring** [3] - 78:21,
100:23, 120:22
**October** [5] - 18:16,
32:22, 33:5, 95:6,
95:21
**odor** [1] - 189:10
**OF** [5] - 1:1, 1:3, 3:1,
4:21, 205:1
**off-limits** [1] - 111:22
**off-topic** [1] - 174:13
**Offender** [1] - 24:24
**offender** [3] - 7:16,
25:9, 25:12
**offender's** [1] - 7:13
**offenders** [1] - 32:21
**offer** [1] - 169:8
**offered** [1] - 202:18
**offering** [1] - 126:20
**offhand** [1] - 12:24
**office** [13] - 62:11,
62:12, 64:13, 64:14,
64:15, 64:18, 65:22,
66:9, 66:10, 67:7,
120:10, 127:22,
156:10
**Office** [2] - 1:16, 2:6
**Officer** [5] - 6:2, 6:8,

11:2, 21:15, 22:20
**officer** [7] - 7:15,
12:10, 27:16, 47:24,
93:25, 94:1
**officers** [2] - 7:10,
7:18
**offices** [4] - 64:19,
66:12, 115:7, 196:7
**official** [35] - 74:8,
74:12, 79:8, 83:17,
88:15, 88:21, 88:22,
90:5, 90:7, 104:21,
104:22, 104:25,
105:10, 105:11,
115:4, 115:5, 118:4,
118:24, 120:2,
120:12, 123:13,
126:24, 128:8,
132:7, 132:21,
147:12, 150:5,
151:9, 153:13,
155:13, 156:13,
158:2, 196:6, 201:13
**officially** [2] - 83:10,
168:10
**often** [3] - 117:6,
117:9, 146:4
**oil** [5] - 138:6, 139:9,
139:10, 139:13,
139:20
**Oil** [1] - 138:14
**old** [2] - 72:11, 78:3
**once** [25] - 15:21,
46:23, 47:2, 50:6,
50:17, 51:2, 51:10,
51:24, 52:13, 53:21,
57:4, 77:22, 90:10,
100:15, 106:16,
106:22, 110:17,
111:3, 129:8, 135:1,
135:24, 146:7,
164:9, 192:12
**one** [153] - 8:24, 11:25,
12:14, 20:14, 22:17,
23:1, 26:1, 28:16,
29:1, 29:5, 29:6,
31:5, 34:3, 35:4,
37:9, 41:13, 42:23,
48:1, 51:5, 51:13,
58:5, 58:16, 58:17,
59:21, 63:25, 64:24,
65:5, 65:15, 73:7,
79:19, 84:2, 87:8,
88:4, 88:24, 91:22,
97:1, 97:5, 97:8,
97:10, 97:16, 98:5,
98:8, 98:11, 99:18,
100:5, 100:22,
101:22, 102:9,
103:1, 103:14,

103:21, 104:11,
104:20, 106:9,
110:23, 111:23,
112:12, 113:11,
115:14, 115:25,
116:1, 116:10,
116:11, 117:3,
117:6, 117:15,
117:17, 117:20,
118:10, 118:18,
118:21, 119:3,
119:4, 121:11,
127:1, 129:19,
129:25, 130:16,
130:17, 130:25,
132:6, 132:18,
132:19, 133:11,
135:24, 136:17,
137:21, 138:16,
139:9, 139:12,
141:11, 141:14,
143:24, 144:2,
147:6, 147:9, 150:7,
150:25, 151:14,
152:3, 152:4, 152:6,
152:9, 152:20,
154:1, 154:3, 155:6,
155:9, 156:14,
158:10, 163:6,
164:16, 165:17,
166:1, 166:15,
170:19, 170:20,
170:22, 174:11,
174:19, 178:17,
178:18, 181:21,
182:5, 182:9,
183:15, 184:1,
191:10, 192:22,
193:3, 194:16,
196:7, 196:8, 198:8,
198:9, 199:16,
199:23, 201:4,
202:16, 202:17,
202:23, 203:17
**one's** [1] - 95:19
**one-on-one** [1] - 88:4
**one-pager** [1] - 117:6
**one-to-one** [3] - 97:5,
97:16, 137:21
**one-way** [1] - 98:5
**ones** [8] - 112:9,
116:11, 117:22,
128:15, 128:16,
143:5, 164:17,
200:10
**online** [6] - 50:8,
50:23, 63:16, 68:12,
70:13, 70:15
**Open** [2] - 70:4, 70:6
**open** [10] - 70:8,

70:15, 70:18, 88:13,
90:16, 129:25,
144:4, 184:4, 184:5,
185:19
**opened** [7] - 184:3,
184:11, 185:21,
185:23, 185:24,
187:3
**operate** [1] - 83:1
**operation** [3] - 51:4,
51:5, 135:25
**Operations** [6] - 46:2,
47:12, 47:22, 47:23,
48:9, 62:3
**operations** [11] -
46:15, 46:22, 46:23,
46:25, 49:20, 53:24,
62:25, 110:4, 114:7,
114:10, 188:20
**operative** [1] - 50:6
**opinions** [1] - 169:19
**opportunity** [4] -
34:12, 51:8, 51:9,
159:3
**opposed** [1] - 152:16
**oppression** [1] - 171:8
**option** [1] - 104:9
**options** [3] - 103:25,
104:5, 104:6
**order** [9] - 70:22, 85:2,
90:14, 95:14, 99:8,
121:20, 133:12,
133:15, 174:13
**organic** [1] - 189:12
**organization** [5] -
50:14, 54:4, 56:10,
124:20, 127:17
**organizational** [1] -
78:10
**organizations** [3] -
54:3, 79:15, 81:4
**orgs** [1] - 129:9
**original** [1] - 57:20,
101:23, 177:6,
182:21, 183:1,
193:4, 194:4,
194:11, 194:16,
195:3, 198:11
**originally** [5] - 114:2,
179:2, 179:3, 194:7,
198:6
**originating** [1] - 196:2
**Orion** [1] - 2:7
**ornithologist** [1] -
148:10
**Osama** [1] - 114:11
**Osorio** [1] - 61:10
**otherwise** [6] - 32:20,
90:10, 97:3, 107:15,
108:7, 151:22

70:15, 70:18, 88:13,
**outbreak** [1] - 51:11
**outgoing** [1] - 57:16
**outlet** [6] - 115:23,
117:3, 118:9,
118:12, 119:16,
150:6
**outlet's** [1] - 117:10
**outlets** [10] - 110:10,
115:4, 115:6, 116:8,
117:20, 118:18,
118:24, 119:9,
119:11, 119:17,
120:13, 120:16,
126:23, 126:24,
127:9, 128:15
**outlined** [2] - 85:5,
122:6
**Outlook** [1] - 89:17
**outside** [8] - 65:8,
85:13, 109:10,
176:14, 177:11,
177:17, 181:12,
183:25
**outsource** [1] -
108:19, 133:8
**outsourcing** [1] -
108:12
**outstripped** [1] -
77:25
**overlapped** [1] - 56:25
**overseas** [2] - 47:17,
47:18
**overseeing** [1] -
156:11
**overwhelming** [1] -
47:15
**own** [16] - 32:3, 51:16,
54:17, 56:9, 56:19,
63:8, 71:25, 72:14,
88:20, 106:12,
117:11, 119:16,
120:10, 126:11,
177:20, 199:14
**owner** [1] - 98:5

## P

**p.m** [20] - 95:6, 95:21,
134:5, 134:7, 134:8,
134:16, 137:1,
140:6, 140:16,
141:3, 144:9, 145:9,
159:16, 171:20,
171:22, 171:23,
172:5, 182:6,
203:14, 204:5
**packages** [2] - 55:22,
55:23
**Page** [3] - 3:2, 3:15,
3:19

**page** [37] - 9:21, 25:2, 26:3, 26:7, 26:9, 94:18, 95:8, 95:16, 96:4, 131:20, 133:20, 134:23, 136:13, 137:22, 139:23, 140:11, 140:18, 142:1, 142:24, 143:10, 143:21, 144:11, 145:2, 154:11, 169:22, 169:24, 177:8, 182:23, 183:3, 183:7, 186:11, 187:5, 188:2, 188:6, 189:5, 190:1

**pager** [1] - 117:6

**pages** [3] - 29:7, 29:9

**PalTalk** [1] - 202:25

**paper** [5] - 31:1, 31:2, 37:8, 55:22, 88:21

**par** [1] - 71:12

**paragraph** [1] - 139:5

**paragraphs** [1] - 139:19

**pardon** [1] - 176:18

**parole** [2] - 7:10, 12:10

**parolee** [8] - 8:8, 8:22, 14:11, 14:14, 14:21, 15:9, 15:10, 25:9

**parolees** [2] - 15:12, 31:19

**part** [19] - 27:4, 49:2, 49:20, 50:13, 75:2, 75:5, 78:1, 95:11, 96:7, 114:10, 121:15, 123:11, 152:12, 154:20, 168:10, 180:15, 180:17, 186:19, 186:20

**partake** [1] - 190:13

**participants** [1] - 57:17

**participate** [5] - 20:21, 97:24, 154:10, 177:10, 178:14

**participated** [1] - 79:1

**participating** [1] - 175:18

**particular** [32] - 12:19, 29:5, 29:6, 29:7, 32:17, 32:18, 34:21, 59:12, 69:16, 69:22, 73:14, 73:15, 85:20, 86:1, 93:9, 108:14, 112:3, 115:23, 116:2, 122:18,

123:9, 128:10, 130:11, 135:4, 136:25, 137:5, 138:2, 164:25, 170:9, 190:21, 198:10, 201:15

**particularly** [6] - 40:15, 59:13, 82:24, 111:12, 117:15, 117:21

**partly** [1] - 27:3

**partners** [2] - 52:16, 58:3

**partnerships** [1] - 66:13

**party** [6] - 88:23, 88:24, 108:8, 146:19, 174:18, 205:9

**pass** [1] - 51:3

**passed** [3] - 52:15, 171:10, 200:25

**passport** [3] - 18:12, 30:24, 31:9

**password** [1] - 92:6

**past** [5] - 13:12, 24:20, 27:20, 30:14, 200:9

**path** [5] - 65:23, 113:20, 184:8, 185:18, 185:19

**pause** [10] - 26:2, 26:5, 37:18, 39:3, 61:8, 101:5, 134:14, 172:3, 179:7, 181:24

**pay** [2] - 108:5, 133:16

**paying** [1] - 75:12

**PDF** [1] - 141:21

**peace** [3] - 113:13, 113:14, 137:6

**Peace** [4] - 140:6, 143:4, 143:14, 145:4

**peak** [1] - 81:20

**pen** [1] - 37:8

**Peninsula** [2] - 165:10, 180:18

**Pennsylvania** [1] - 1:20

**Penthrite** [1] - 187:13

**people** [100] - 12:14, 12:22, 12:25, 14:18, 15:2, 25:20, 30:2, 31:21, 63:22, 67:25, 68:19, 70:17, 71:11, 73:5, 73:7, 73:15, 74:22, 74:24, 75:10, 75:12, 77:23, 78:3, 78:9, 79:1, 79:19, 79:20, 79:21, 80:3, 80:8, 81:1, 81:14, 81:22, 82:9, 82:14,

87:4, 88:16, 88:20, 88:23, 89:12, 91:1, 97:17, 97:24, 98:2, 98:3, 99:16, 99:18, 102:11, 106:21, 109:8, 109:12, 109:14, 109:17, 109:18, 109:20, 110:1, 110:19, 110:21, 110:23, 111:8, 114:20, 115:13, 120:20, 121:19, 122:11, 122:12, 122:13, 122:14, 125:24, 126:11, 126:12, 126:13, 128:24, 130:5, 137:16, 144:23, 144:25, 146:9, 146:11, 146:12, 146:18, 149:11, 155:21, 157:3, 158:8, 158:13, 160:4, 166:8, 172:25, 174:12, 174:23, 176:8, 176:13, 177:9, 178:10, 180:15, 180:17, 195:7, 195:12, 197:7, 197:11

**people's** [1] - 82:23

**pep** [1] - 197:9

**per** [1] - 11:21

**percent** [3] - 11:20, 191:15, 201:5

**performs** [1] - 102:22

**perhaps** [4] - 75:5, 81:24, 82:12, 164:16

**period** [9] - 14:4, 24:16, 43:13, 77:12, 79:6, 79:22, 81:9, 160:9, 166:2

**periodically** [1] - 74:10

**permissible** [1] - 188:15

**permission** [3] - 94:2, 99:7, 171:11

**permutation** [1] - 163:21

**peroxide** [2] - 112:13, 200:21

**peroxide'** [1] - 173:20

**person** [17] - 14:25, 25:11, 32:9, 43:5, 43:7, 47:25, 70:10, 88:11, 90:13, 103:24, 104:4, 106:21, 122:7,

123:1, 137:11, 139:17, 199:1

**person's** [3] - 32:5, 130:13, 140:22

**personal** [2] - 32:3, 142:17

**personality** [1] - 65:17

**personnel** [1] - 48:2

**persons** [1] - 52:13

**perspective** [1] - 36:1

**pertaining** [1] - 15:5

**Peter** [1] - 82:2

**pharmacies** [1] - 139:10

**Phoenix** [8] - 62:12, 64:14, 64:15, 64:17, 65:8, 65:21, 65:23, 66:19

**phone** [105] - 17:8, 17:12, 21:2, 22:3, 22:5, 22:14, 32:24, 50:7, 51:5, 53:22, 54:3, 54:5, 56:23, 57:1, 57:20, 57:23, 57:24, 58:1, 58:2, 58:18, 59:5, 69:23, 85:18, 86:1, 86:3, 86:4, 86:5, 87:11, 87:17, 89:25, 90:14, 90:15, 90:17, 91:19, 91:20, 91:23, 92:18, 92:20, 93:9, 95:13, 96:10, 96:20, 97:20, 116:5, 117:13, 118:7, 118:16, 119:3, 121:6, 122:23, 125:8, 127:4, 130:24, 132:1, 132:3, 136:5, 136:6, 136:21, 142:22, 147:5, 148:4, 148:12, 149:7, 149:10, 150:14, 151:7, 151:18, 158:15, 160:1, 160:24, 161:1, 162:2, 164:2, 164:6, 164:13, 165:1, 165:15, 168:4, 172:16, 173:7, 174:17, 174:19, 176:20, 178:2, 178:19, 181:1, 181:2, 181:9, 181:13, 181:14, 182:3, 183:24, 184:6, 184:14, 185:17, 185:20, 187:19, 189:3, 191:1, 194:5,

198:11, 202:15, 202:20

**phones** [5] - 64:8, 84:20, 86:2, 97:17, 147:3

**phonetic** [1] - 196:22

**photos** [1] - 12:6

**Photoshop** [1] - 129:1

**phrase** [1] - 123:9

**phrases** [2] - 29:22, 124:14

**physical** [1] - 114:13

**physically** [2] - 111:6, 150:22

**pic** [2] - 191:7, 195:4

**pick** [4] - 103:14, 106:18, 112:1, 202:22

**picture** [14] - 30:21, 63:7, 87:15, 90:6, 90:7, 105:10, 105:11, 128:1, 148:9, 156:8, 161:16, 167:25, 183:17, 183:18

**pictures** [10] - 6:22, 6:25, 11:15, 11:18, 11:22, 11:25, 19:13, 19:16, 90:4, 120:19

**piece** [6] - 31:1, 37:8, 63:4, 126:1, 127:11, 184:18

**pieces** [2] - 68:15, 183:24

**pillows** [2] - 10:24, 19:4

**pin** [1] - 161:15

**pinned** [5] - 161:12, 161:22, 161:24, 162:4, 165:3

**pizza** [1] - 133:15

**place** [12] - 5:11, 48:1, 55:19, 72:5, 109:13, 109:17, 109:20, 110:2, 113:19, 156:17, 174:12, 205:5

**placed** [1] - 61:9

**places** [2] - 126:3, 146:7

**plain** [1] - 73:9

**Plaintiff** [2] - 1:4, 1:15

**plan** [1] - 56:3

**plane** [2] - 82:6, 88:21

**planning** [1] - 110:4

**plans** [1] - 56:5

**planting** [1] - 137:8

**plants** [1] - 139:11

**Plastic** [1] - 187:13

**plastic** [1] - 145:6

**platform** [5] - 70:12, 77:17, 78:2, 88:24, 99:13
**platforms** [3] - 74:1, 83:4, 102:16
**play** [3] - 64:9, 165:25, 181:15
**played** [2] - 166:6, 181:17
**player** [1] - 72:20
**plot** [2] - 55:21, 65:13
**plots** [3] - 55:15, 55:16
**plug** [1] - 89:16
**Plus** [4] - 88:25, 89:1, 89:3, 89:5
**poetic** [1] - 168:23
**point** [27] - 13:23, 14:8, 16:10, 18:18, 29:21, 42:3, 66:23, 73:24, 74:5, 79:9, 79:25, 80:17, 81:7, 81:23, 87:12, 87:13, 92:18, 101:5, 109:16, 113:16, 114:14, 124:8, 161:3, 163:12, 165:3, 192:12, 203:3
**pointer** [4] - 105:20, 106:6, 141:14, 152:8
**pointing** [3] - 41:22, 152:7, 154:20
**poison** [6] - 138:10, 138:19, 138:20, 139:8, 139:14, 139:20
**Poison** [1] - 138:14
**poisoning** [1] - 139:13
**poisons** [3] - 139:9, 165:11, 173:2
**Police** [1] - 21:2
**police** [2] - 84:6, 174:20
**policing** [2] - 175:7
**ponder** [1] - 43:7
**popular** [8] - 65:17, 75:10, 75:18, 102:10, 112:12, 116:11, 128:11
**populated** [1] - 55:19
**portion** [10] - 25:8, 25:10, 47:17, 59:8, 64:16, 136:15, 137:24, 139:25, 140:12, 173:13
**portions** [1] - 170:10
**pos** [1] - 47:21
**posed** [2] - 50:1, 64:24
**poses** [1] - 48:2

**position** [10] - 46:9, 46:10, 47:21, 48:3, 48:4, 48:5, 48:10, 62:15, 63:1, 128:5
**positions** [1] - 47:14
**positive** [1] - 109:19
**possible** [7] - 43:2, 46:16, 56:2, 141:20, 145:5, 166:16, 191:25
**possibly** [2] - 81:12, 141:12
**Possibly** [1] - 182:11
**post** [12] - 72:6, 72:12, 72:14, 72:22, 113:7, 113:22, 126:2, 146:4, 166:3, 166:5, 178:23
**posted** [8] - 82:10, 103:14, 130:9, 170:1, 176:12, 198:6, 200:8, 200:9
**posting** [1] - 129:23
**postings** [1] - 47:13
**posts** [3] - 72:15, 177:11, 178:6
**potentially** [2] - 57:22, 99:21
**power** [1] - 159:21
**powerful** [1] - 174:1
**PowerPoint** [5] - 49:3, 49:5, 86:8, 160:13, 199:17
**Practitioners** [1] - 70:5
**praise** [1] - 126:20
**praising** [1] - 180:14
**Pray** [1] - 141:4
**pre** [5] - 72:11, 93:7, 122:4, 149:15, 194:9
**pre-download** [1] - 149:15
**pre-existed** [1] - 93:7
**pre-forwarded** [1] - 194:9
**pre-ISIS** [1] - 122:4
**precisely** [1] - 155:8
**predate** [2] - 110:7, 110:8
**predecessor** [1] - 128:4
**predefined** [1] - 119:14
**preference** [1] - 111:2
**prefilling** [1] - 92:11
**premade** [1] - 108:4
**preparation** [2] - 49:2, 145:7
**prepare** [6] - 59:4, 68:4, 85:3, 86:8,

165:4, 171:9
**prepared** [1] - 86:22
**preparing** [2] - 125:21, 190:9
**Preparing** [1] - 167:12
**presence** [4] - 77:24, 77:25, 79:9, 83:7
**present** [5] - 5:4, 71:2, 200:15
**presentation** [2] - 86:8, 143:25
**presentations** [1] - 117:5
**preserves** [1] - 179:2
**preset** [1] - 103:25
**presiding** [1] - 5:7
**presumably** [1] - 167:18
**pretending** [1] - 163:19
**pretty** [14] - 48:18, 48:22, 48:24, 63:13, 69:9, 88:1, 110:18, 130:4, 146:11, 148:23, 149:14, 156:21, 164:22, 194:14
**prevent** [1] - 171:11
**preview** [1] - 184:19
**previous** [3] - 96:1, 121:4, 144:2
**previously** [5] - 6:16, 103:11, 143:25, 182:18, 185:5
**primarily** [3] - 28:11, 46:22, 86:4
**primary** [9] - 48:25, 54:4, 54:9, 68:9, 68:16, 72:2, 117:20, 175:21, 177:22
**Princes** [4] - 151:1, 152:3, 154:15, 154:21
**prison** [5] - 14:7, 14:11, 14:19, 51:10, 51:14
**prisoners** [1] - 82:8
**privacy** [5] - 84:3, 87:22, 87:25, 99:17, 202:17
**privacy-focused** [2] - 84:3, 202:17
**private** [16] - 73:10, 88:4, 97:3, 99:24, 113:15, 137:7, 137:9, 137:16, 137:18, 137:19, 151:16, 151:19, 151:24, 153:7, 153:24, 191:2

**privately** [1] - 137:12
**pro** [1] - 84:5
**pro-free** [1] - 84:5
**problem** [8] - 16:13, 39:4, 39:8, 66:4, 67:9, 76:19, 194:18, 195:17
**problematic** [1] - 9:4
**problems** [6] - 14:22, 15:3, 15:7, 32:15, 32:18, 66:7
**proceed** [12] - 23:18, 37:1, 44:8, 45:15, 58:23, 61:10, 61:15, 86:17, 128:13, 140:20, 152:19, 172:11
**proceedings** [2] - 204:5, 205:5
**process** [9] - 46:13, 70:20, 91:21, 92:15, 96:19, 106:25, 108:4, 108:18, 138:22
**proclaimed** [1] - 50:5
**produce** [5] - 50:19, 68:20, 150:7, 150:23, 171:9
**produced** [2] - 68:24, 173:25
**producing** [1] - 165:10
**product** [1] - 88:15
**production** [1] - 198:24
**products** [1] - 129:3
**profile** [3] - 183:17, 183:18, 191:7
**program** [9] - 70:6, 102:7, 104:13, 107:3, 107:13, 131:24, 146:19, 191:25, 192:5
**programmed** [3] - 105:4, 166:7, 191:14
**programming** [3] - 64:5, 64:6, 64:8
**programs** [1] - 87:19
**prohibited** [1] - 174:14
**projects** [1] - 67:1
**Projects** [2] - 62:14, 65:25
**prolonging** [1] - 42:14
**promote** [1] - 56:16
**promoter** [1] - 50:11
**promoting** [4] - 50:9, 55:5, 56:8, 56:19
**prompt** [1] - 92:25
**pronounce** [1] - 201:7

**pronunciation** [1] - 123:13
**proof** [1] - 55:3
**propaganda** [10] - 28:12, 53:23, 54:1, 54:2, 68:20, 69:1, 71:10, 114:18, 126:3, 130:4
**Prophet** [2] - 65:10, 141:5
**Proposed** [1] - 94:12
**proposed** [2] - 76:5, 93:11
**prosecuted** [1] - 65:13
**protection** [1] - 203:21
**provide** [9] - 18:11, 24:19, 125:15, 125:22, 135:20, 137:7, 159:3, 165:7, 173:1
**provided** [3] - 85:19, 101:14, 147:2
**provides** [3] - 109:13, 109:20, 135:20
**providing** [5] - 34:6, 46:1, 111:17, 125:2, 125:21
**province** [1] - 119:13
**Province** [1] - 170:24
**proxy** [1] - 48:20
**public** [9] - 98:24, 99:3, 99:8, 99:22, 99:24, 137:13, 155:18, 203:21
**publication** [1] - 159:23
**publish** [24] - 25:1, 26:4, 68:13, 76:15, 86:14, 86:19, 88:16, 94:17, 95:15, 96:3, 131:20, 144:23, 144:25, 158:20, 169:21, 172:20, 173:12, 175:10, 180:1, 181:6, 182:19, 185:8, 189:16, 189:25
**published** [8] - 23:21, 28:13, 70:13, 111:16, 112:21, 117:22, 118:12, 201:11
**Publisher** [1] - 182:7
**publishers** [1] - 144:17
**publishing** [3] - 117:21, 129:3, 129:5
**pull** [1] - 100:23
**purchased** [1] -

190:14
**pure** [1] - 139:14
**Pure** [1] - 187:12
**purported** [1] - 138:11
**purpose** [11] - 164:24, 166:12, 174:10, 174:21, 175:22, 176:14, 177:11, 177:17, 177:22, 180:12
**purposes** [3] - 86:15, 119:5, 119:6
**push** [1] - 78:19
**put** [11] - 19:16, 41:10, 55:7, 55:23, 58:11, 62:22, 73:12, 82:6, 82:8, 90:20, 145:11
**putting** [1] - 78:18

### Q

**Qahtan** [1] - 180:17
**QANAH** [1] - 153:21
**qanat** [3] - 153:14, 153:18
**QANAT** [1] - 153:21
**QR** [1] - 91:23
**QU** [1] - 153:21
**qualifications** [1] - 42:17
**quantity** [1] - 151:10
**quarter** [1] - 158:1
**queen** [1] - 10:21
**queen-size** [1] - 10:21
**questioning** [1] - 203:2
**questions** [13] - 24:9, 31:18, 34:4, 35:4, 40:4, 40:18, 42:24, 58:4, 58:21, 60:16, 103:25, 141:6, 167:12
**quick** [3] - 51:9, 93:18, 203:18
**quickly** [2] - 77:24, 80:23
**quite** [6] - 87:5, 151:7, 165:15, 165:20, 168:23, 191:3
**quotations** [1] - 141:19
**quote** [3] - 40:25, 114:11, 121:8
**quotes** [1] - 4:25

### R

**R-E-V-E-L-L** [1] - 45:23
**Radio** [1] - 118:20

**radio** [3] - 98:13, 98:14, 98:15
**rahmatuLlahi** [1] - 142:7
**raise** [4] - 45:12, 61:11, 162:14
**raised** [4] - 34:6, 34:19, 34:23, 35:25
**raises** [1] - 36:2
**ramifications** [1] - 74:2
**rampant** [1] - 48:22
**ran** [1] - 72:1
**range** [1] - 12:13
**rapid** [1] - 83:21
**rapidly** [1] - 146:4
**Raqqah** [1] - 119:25
**rare** [2] - 35:19
**rather** [2] - 59:4, 128:19
**raw** [2] - 85:4, 138:21
**RDR** [4] - 1:24, 1:25, 205:14, 205:15
**re** [3] - 43:9, 144:25, 149:10
**re-downloading** [1] - 149:10
**re-publish** [1] - 144:25
**re-redirect** [1] - 43:9
**reach** [3] - 78:9, 79:23, 80:24
**reaching** [1] - 81:20
**read** [37] - 4:24, 4:24, 28:3, 58:14, 68:12, 70:12, 80:3, 87:12, 88:2, 88:19, 112:20, 123:24, 123:25, 124:1, 126:10, 131:6, 135:3, 135:4, 137:4, 139:4, 139:5, 141:25, 151:18, 152:13, 152:18, 159:17, 162:6, 167:10, 170:9, 173:16, 173:19, 174:11, 176:12, 187:9, 188:4, 189:7, 200:19
**reading** [4] - 44:3, 68:8, 68:9, 69:12
**ready** [6] - 6:2, 23:10, 23:14, 144:17, 159:20, 186:17
**ready-made** [1] - 144:17
**real** [6] - 58:7, 74:6, 105:9, 106:21, 163:15, 163:20
**realized** [2] - 85:11, 146:2

**really** [56] - 7:12, 12:24, 29:1, 29:2, 35:24, 55:1, 63:15, 65:5, 68:6, 68:10, 68:23, 68:25, 69:9, 69:19, 70:8, 72:11, 73:3, 73:4, 74:15, 74:19, 74:20, 75:10, 75:12, 78:3, 78:15, 79:20, 80:2, 80:24, 81:9, 81:17, 81:20, 84:2, 100:2, 102:10, 102:19, 104:11, 107:15, 107:17, 109:7, 109:24, 110:17, 111:13, 115:10, 115:11, 116:11, 146:1, 148:22, 156:20, 165:21, 167:24, 168:6, 174:21, 174:23, 178:14, 192:1, 198:10
**reason** [8] - 36:3, 109:7, 122:9, 149:8, 153:12, 156:15, 166:16, 200:17
**rebutting** [1] - 35:25
**recap** [1] - 172:24
**receive** [9] - 23:5, 51:16, 71:17, 90:15, 91:21, 92:20, 109:8, 109:12, 174:12
**Received** [2] - 4:2, 4:17
**received** [16] - 24:4, 43:2, 49:15, 53:17, 57:5, 76:7, 94:16, 109:15, 131:19, 150:24, 169:12, 179:25, 191:4, 197:21, 198:1, 202:6
**receiving** [2] - 92:15, 96:20, 120:20, 141:6, 151:20, 151:23, 197:8
**recent** [2] - 155:9, 155:10
**recess** [7] - 76:13, 76:14, 76:20, 134:6, 134:7, 171:21, 171:22
**recipe** [1] - 198:22
**recipient** [1] - 78:11
**recognizable** [3] - 115:13, 119:20, 128:3
**recognize** [7] - 25:17, 25:19, 29:21, 37:5, 42:9, 42:24, 124:7

**recognized** [6] - 34:25, 39:14, 40:25, 41:14, 44:3, 145:25
**recognizes** [1] - 41:23
**recollection** [1] - 157:21
**recommendations** [1] - 112:5
**record** [15] - 4:24, 4:24, 5:11, 35:17, 36:7, 42:12, 76:21, 134:8, 134:12, 148:16, 150:9, 152:7, 171:23, 184:2, 185:13
**recorded** [1] - 205:6
**recording** [3] - 126:13, 128:25, 181:17
**records** [2] - 150:18, 150:20
**recover** [2] - 155:4, 160:19
**recovered** [7] - 132:1, 132:10, 151:17, 157:15, 192:9, 192:24, 193:8
**recross** [6] - 35:13, 35:16, 35:18, 35:20, 37:2, 42:6
**recruit** [6] - 71:10, 109:25, 110:19, 114:19, 114:20, 144:25
**recruiting** [1] - 144:22
**recruitment** [1] - 144:23
**red** [6] - 91:25, 116:15, 116:18, 116:19, 116:25, 135:17
**red-boxed** [1] - 135:17
**Redirect** [1] - 3:5
**redirect** [5] - 23:18, 34:3, 35:11, 43:9, 60:19
**REDIRECT** [1] - 24:5
**reduce** [2] - 27:17, 173:24
**reduced** [2] - 27:10, 205:6
**Reed** [1] - 62:18
**refer** [1] - 147:21
**referenced** [1] - 182:25
**referencing** [1] - 190:20
**referred** [2] - 112:13, 178:21
**referring** [6] - 28:9,

**recognized** — (see col 5)

28:21, 137:10, 141:19, 176:5, 194:11
**refers** [1] - 119:11, 175:4, 176:24
**reflect** [1] - 4:25
**reflected** [3] - 19:18, 167:3, 172:22
**refresh** [1] - 157:21, 160:21
**regarding** [2] - 112:5, 145:14
**regardless** [1] - 147:18
**regards** [2] - 23:8, 71:2
**region** [1] - 119:12
**regional** [2] - 119:11, 120:7
**register** [1] - 108:17
**registration** [1] - 108:18
**regular** [1] - 193:5
**reinforcing** [1] - 174:21
**reinstall** [1] - 96:22
**relate** [1] - 125:5
**related** [12] - 69:15, 85:12, 93:15, 125:23, 145:15, 149:20, 175:24, 176:4, 177:25, 183:25, 193:6, 202:15, 205:8
**relates** [6] - 28:17, 95:25, 102:2, 123:10, 135:7, 136:11
**relation** [1] - 163:22
**relationship** [1] - 168:7
**release** [10] - 83:11, 115:22, 116:23, 117:11, 146:5, 173:20, 182:11, 193:16, 200:22, 200:25
**releases** [9] - 81:24, 115:18, 115:20, 116:13, 116:14, 126:9, 128:9, 155:13, 158:3
**relevant** [4] - 39:13, 42:3, 139:24, 152:3
**religion** [2] - 121:10, 140:23
**religious** [9] - 68:21, 111:9, 127:20, 155:14, 156:1, 156:4, 156:9,

156:13, 197:9
**religiously** [1] - 156:16
**relying** [1] - 31:24
**remaining** [1] - 123:14
**remains** [2] - 6:8, 134:19
**remember** [12] - 6:23, 29:3, 29:4, 37:12, 38:6, 39:15, 40:19, 52:21, 55:15, 161:16, 164:1, 203:6
**remembering** [1] - 178:13
**remind** [1] - 106:11
**remove** [1] - 82:13
**rent** [1] - 107:22
**renting** [2] - 20:6, 20:9
**reopen** [1] - 40:3
**repair** [1] - 43:22
**repeat** [1] - 92:15
**repeated** [2] - 144:5, 162:9
**repeatedly** [1] - 168:11
**replies** [1] - 113:14
**reply** [3] - 72:14, 101:17, 101:24
**replying** [1] - 101:19
**Report** [1] - 24:24
**report** [10] - 24:25, 25:4, 25:6, 25:8, 119:17, 131:24, 135:1, 141:23, 170:3, 203:9
**REPORTER'S** [1] - 4:24
**REPORTERS** [2] - 4:21, 205:1
**reporting** [1] - 8:8
**reports** [1] - 151:14
**reposting** [1] - 73:5
**represents** [1] - 129:4
**reproduced** [1] - 198:8
**republished** [2] - 79:12, 129:10
**request** [3] - 173:4, 174:2, 203:18
**requested** [1] - 60:19
**required** [3] - 42:13, 111:10, 130:2
**requirement** [1] - 107:16
**requirements** [2] - 121:19, 155:24
**research** [14] - 46:12, 49:25, 50:18, 50:22, 63:3, 63:5, 63:11, 66:1, 68:3, 68:4,

68:8, 69:7, 133:25, 203:7
**researching** [1] - 54:19
**reserved** [1] - 159:23
**residence** [1] - 90:21
**resisted** [1] - 78:15
**resisting** [1] - 79:10
**resolve** [1] - 171:13
**resources** [2] - 114:17, 124:9
**respect** [2] - 36:6, 71:18
**respective** [1] - 194:9
**respond** [2] - 85:3, 98:7
**responding** [1] - 34:20
**response** [7] - 34:7, 81:6, 82:19, 83:2, 83:17, 186:24, 191:24
**responsibilities** [1] - 27:4
**responsibility** [3] - 49:24, 127:18, 156:11
**responsible** [4] - 117:20, 119:15, 127:23, 128:17
**responsibly** [1] - 70:23
**rest** [1] - 74:23
**resting** [1] - 43:3
**result** [2] - 27:10, 150:24
**results** [1] - 150:23
**resume** [1] - 6:2
**retire** [2] - 75:22, 171:17
**retook** [1] - 6:16
**retrieve** [1] - 70:17
**return** [12] - 17:19, 58:3, 61:1, 76:9, 96:12, 174:5, 178:3, 181:18, 183:19, 190:17
**returned** [2] - 6:11, 10:14
**returning** [2] - 103:13, 150:14
**Revell** [7] - 3:7, 45:8, 45:13, 45:23, 58:10, 59:2, 60:21
**revenge** [1] - 140:23
**reverse** [1] - 133:12
**review** [10] - 7:8, 7:9, 7:25, 9:1, 9:3, 17:21, 30:19, 59:5, 67:17, 164:25

reviewed [10] - 30:5, 59:5, 67:16, 107:10, 176:3, 179:12, 179:14, 180:8, 184:25, 201:22
**reviewer** [1] - 186:4
**reviewing** [2] - 18:2, 28:5
**reward** [2] - 143:17, 162:13
**Ricin** [2] - 139:8, 139:14
**ricin** [6] - 138:7, 138:8, 138:25, 165:8, 203:20
**rifle** [1] - 150:3
**right-hand** [2] - 90:6, 100:22
**rights** [1] - 159:23
**rise** [12] - 5:5, 6:3, 75:25, 76:22, 77:1, 134:4, 134:9, 134:15, 171:19, 171:24, 172:4, 203:13
**risking** [1] - 78:16
**RIYAH** [1] - 2:2
**Riyah** [1] - 5:22
**RMR** [2] - 1:24, 205:14
**Roberto** [3] - 101:12, 101:19
**role** [3] - 165:25, 166:6
**roles** [1] - 166:1
**Romance** [1] - 104:3
**romance** [1] - 104:7
**room** [14] - 10:23, 11:12, 11:15, 11:18, 11:20, 15:21, 16:2, 16:3, 18:3, 75:23, 136:1, 171:17
**roommates** [2] - 20:12, 20:14
**rooms** [4] - 50:9, 54:21, 55:12, 56:6
**roughly** [2] - 14:9, 82:16
**routinely** [1] - 35:18
**RPR** [2] - 1:24, 205:14
**rule** [1] - 34:8
**ruling** [6] - 35:23, 36:6, 42:11, 43:8, 43:22, 76:4
**rulings** [1] - 155:14
**Rumiyah** [14] - 28:18, 28:25, 117:24, 118:2, 128:19, 128:21, 201:7, 201:8, 201:11, 201:15, 201:16,

201:25
**RUMIYAH** [1] - 28:25
**run** [10] - 48:22, 62:8, 106:1, 107:21, 107:23, 108:21, 146:20, 158:13, 160:4, 192:15
**running** [3] - 73:15, 102:8, 128:23
**Russian** [2] - 103:3, 142:16

## S

**S/Christin** [1] - 205:13
**S/Leann** [1] - 205:13
**Sacrifice** [4] - 196:7, 196:16, 196:23, 197:23
**safely** [1] - 199:1
**Saima** [1] - 5:13
**SAIMA** [1] - 1:15
**sake** [2] - 165:21, 175:17
**Santa** [4] - 55:17, 55:18, 55:20, 59:21
**Sarim** [1] - 170:21
**saritalaqtihamat_bot** [1] - 144:20
**Sariyat_Al** [1] - 144:15
**Sariyat_Al-Iqtihamat** [1] - 144:15
**saved** [1] - 155:9
**saw** [8] - 10:19, 16:6, 30:18, 55:7, 96:1, 143:24, 181:9, 203:19
**scan** [1] - 91:23
**scene** [1] - 80:21
**scenes** [6] - 151:11, 158:6, 197:6, 197:7, 197:10, 197:11
**schism** [1] - 80:16
**scholar** [1] - 122:5
**scholarship** [1] - 121:11
**school** [3] - 46:18, 47:5, 120:21
**science** [4] - 47:6, 62:21, 64:9, 69:15
**sciences** [2] - 177:23, 177:25
**Sciences** [1] - 138:14
**scope** [2] - 66:9, 85:10
**scream** [1] - 109:10
**screen** [10] - 58:19, 90:4, 90:9, 90:10, 92:25, 106:5, 135:2, 151:13, 164:17, 196:5

**screenshot** [3] - 129:19, 151:13, 158:24
**se** [1] - 11:21
**sealed** [2] - 203:21, 203:25
**search** [15] - 20:22, 20:24, 20:25, 22:20, 91:1, 99:4, 99:5, 99:6, 99:16, 99:21, 103:12, 150:17, 175:25, 176:5, 176:9
**searched** [3] - 150:18, 150:24, 151:3
**searches** [1] - 150:16
**searching** [1] - 177:24
**season** [1] - 55:17
**seat** [2] - 6:9, 61:8
**seated** [13] - 5:8, 6:6, 6:7, 45:14, 61:14, 77:4, 77:5, 93:23, 113:2, 134:17, 134:18, 172:6, 172:7
**second** [10] - 8:17, 39:9, 58:5, 58:17, 113:18, 114:22, 155:2, 182:9, 182:25, 190:1
**Secondary** [1] - 187:12
**secret** [5] - 87:23, 87:25, 97:12, 97:15, 97:17
**Secrets** [42] - 124:22, 129:21, 130:15, 131:9, 135:8, 136:2, 136:8, 136:23, 138:4, 140:8, 145:15, 153:8, 153:16, 154:3, 154:6, 158:17, 159:8, 159:24, 160:17, 161:7, 161:13, 161:22, 162:1, 162:25, 163:1, 163:21, 165:12, 168:1, 168:17, 169:16, 170:12, 172:13, 174:9, 176:3, 178:7, 183:12, 194:14, 198:7, 198:17, 199:7, 200:5, 200:15
**section** [1] - 161:17
**Section** [1] - 1:19
**securely** [1] - 110:3
**Security** [4] - 5:16, 47:10, 138:13, 143:3
**security** [7] - 24:21, 49:22, 51:3, 51:10,

64:25, 93:25, 94:1
**see** [74] - 6:2, 7:6, 8:14, 25:4, 25:13, 30:2, 36:9, 37:22, 43:7, 56:5, 57:3, 57:5, 57:12, 57:15, 57:24, 72:6, 74:17, 79:22, 82:11, 85:6, 88:19, 90:7, 95:5, 100:20, 101:1, 101:3, 101:6, 101:11, 101:19, 103:6, 103:10, 104:2, 104:4, 105:14, 106:7, 112:13, 115:18, 116:18, 117:4, 117:6, 123:23, 124:23, 138:12, 147:20, 147:21, 148:12, 148:23, 150:2, 150:3, 158:4, 158:9, 159:9, 161:21, 164:10, 166:5, 168:5, 174:17, 176:10, 179:3, 181:12, 182:3, 186:20, 191:3, 191:6, 191:22, 191:23, 195:1, 195:7, 195:8, 195:12, 198:12, 199:23
**Seed** [1] - 138:14
**seed** [1] - 139:13
**seeds** [6] - 139:9, 139:11, 139:13, 139:16, 139:20
**seeing** [5] - 30:3, 52:21, 84:12, 186:20, 198:13
**seem** [1] - 81:10
**seized** [8] - 67:6, 67:17, 69:24, 84:20, 85:7, 85:18, 117:8, 165:15
**selected** [2] - 100:16, 170:10
**self** [4] - 50:5, 56:18, 174:20, 175:7
**self-admitted** [1] - 56:18
**self-police** [1] - 174:20
**self-policing** [1] - 175:7
**self-proclaimed** [1] - 50:5
**Send** [1] - 103:15
**send** [27] - 13:4, 13:8,

88:3, 92:4, 97:25, 98:6, 99:14, 101:10, 101:13, 101:14, 102:17, 102:20, 104:13, 105:16, 106:11, 109:9, 109:14, 109:18, 111:14, 120:19, 142:14, 146:6, 166:3, 166:4, 166:14, 166:17
**sending** [11] - 93:1, 103:7, 109:22, 110:4, 121:14, 129:9, 152:1, 166:25, 168:5, 198:12
**sends** [2] - 104:25, 184:4
**senior** [3] - 45:25, 46:12, 80:16
**sense** [2] - 69:20, 135:11
**sensitive** [3] - 173:22, 198:25, 199:1
**sensitivity** [1] - 173:25
**sent** [47] - 12:3, 12:6, 13:10, 13:14, 31:12, 34:21, 34:23, 94:8, 94:24, 95:5, 113:10, 113:11, 129:21, 130:11, 130:12, 130:14, 132:21, 138:4, 140:5, 140:15, 141:3, 142:4, 143:2, 144:20, 145:8, 167:1, 167:6, 167:25, 178:15, 178:19, 179:2, 179:3, 179:10, 180:25, 181:14, 182:3, 182:6, 191:24, 192:3, 192:21, 193:4, 194:7, 195:3, 198:11, 200:2, 200:10
**separate** [2] - 21:22, 21:23
**separately** [1] - 71:11
**September** [1] - 167:9
**sequential** [1] - 155:3
**sequentially** [3] - 8:5, 101:6, 101:25
**series** [3] - 81:25, 162:7, 184:12
**server** [3] - 97:19, 107:23
**service** [1] - 202:18

**services** [1] - 12:20
**session** [4] - 5:7, 76:24, 134:11, 172:1
**set** [11] - 7:10, 10:24, 13:16, 91:19, 92:19, 104:24, 108:6, 121:19, 126:13, 166:13, 205:5
**setting** [5] - 20:2, 91:20, 99:17, 105:22, 127:14
**settings** [1] - 99:17
**setup** [1] - 19:8
**several** [8] - 9:9, 47:19, 48:10, 48:12, 56:7, 65:12, 116:9, 124:7
**severe** [1] - 28:13
**shady** [1] - 79:4
**Shaikh** [1] - 155:17
**shall** [1] - 173:16
**share** [4] - 24:15, 24:17, 24:22, 99:19
**Sharia** [3] - 127:23, 156:11, 156:17
**sharing** [5] - 50:24, 54:8, 54:20, 55:5, 59:25
**shed** [1] - 6:22
**sheet** [1] - 44:12
**Shi'ites** [2] - 155:17, 155:21
**shift** [2] - 77:21, 83:21
**shoot** [2] - 122:10, 135:23
**shooting** [2] - 121:3, 142:13
**shop** [1] - 133:15
**shopping** [1] - 120:20
**shops** [1] - 190:14
**short** [7] - 47:10, 78:8, 116:13, 122:18, 129:25, 144:4
**show** [7] - 41:11, 90:9, 95:7, 130:19, 132:13, 141:14, 200:18
**showed** [2] - 16:20, 121:4
**showing** [5] - 106:17, 131:25, 132:20, 158:6, 158:24
**shown** [5] - 107:1, 114:3, 159:4, 159:5, 196:5
**shows** [3] - 120:22, 132:18, 132:19
**shutting** [1] - 146:11
**sic** [3] - 7:19, 9:5, 23:5
**sic]** [1] - 17:5

**side** [7] - 90:5, 90:6, 100:20, 100:22, 110:20, 152:14, 195:2
**sidebar** [3] - 33:19, 38:3, 38:6
**sideways** [1] - 186:23
**sight** [2] - 29:22, 124:7
**sign** [5] - 26:11, 74:18, 147:12, 202:23
**sign-up** [1] - 147:12
**Signal** [4] - 87:7, 87:20, 87:22, 87:24
**signature** [2] - 25:17, 26:8
**significance** [1] - 95:23
**significant** [6] - 48:24, 50:18, 59:10, 65:5, 73:24, 130:4
**significantly** [1] - 157:17
**signs** [1] - 25:10
**silly** [2] - 70:9, 105:8
**similar** [4] - 87:21, 95:18, 101:24, 118:22
**Simon** [9] - 7:4, 7:24, 8:7, 8:12, 8:21, 8:22, 25:5, 25:7, 25:14
**Simon's** [2] - 8:1, 25:15
**simple** [1] - 137:7
**simplest** [2] - 97:1, 199:24
**simplicity's** [1] - 165:21
**simply** [2] - 87:3, 87:9
**Simsim** [1] - 202:20
**Simsim1** [1] - 202:20
Simsim@GhostApp. com [1] - 202:21
**single** [2] - 69:19, 155:6
**Sister** [1] - 97:15
**sites** [2] - 73:15, 81:19
**sitting** [1] - 149:12
**situation** [4] - 15:23, 15:25, 16:1, 16:19
**six** [3] - 46:10, 47:18, 163:25
**size** [1] - 10:21
**sketchy** [1] - 37:19
**skill** [2] - 64:7, 69:25
**skills** [5] - 43:5, 64:9, 69:20, 71:18, 126:7
**skip** [1] - 188:17
**slash** [6] - 103:7, 104:11, 105:14,

105:16, 191:17, 191:20
**slaves** [2] - 157:4
**Slavin** [7] - 3:8, 5:15, 45:15, 53:3, 58:22, 60:19, 61:2
**SLAVIN** [26] - 1:18, 5:19, 45:8, 45:16, 45:18, 49:11, 49:16, 49:17, 52:22, 52:24, 53:4, 53:6, 53:8, 53:13, 53:18, 53:19, 54:10, 54:11, 56:20, 56:21, 58:4, 58:7, 58:9, 58:21, 60:20, 203:17
**sleeping** [8] - 10:23, 11:10, 15:21, 16:2, 16:3, 18:18, 18:24, 19:2
**slice** [1] - 120:18
**slick** [1] - 80:21
**slide** [94] - 49:19, 53:6, 53:18, 53:20, 54:10, 54:12, 56:20, 58:7, 86:21, 86:25, 88:8, 89:22, 90:11, 91:22, 91:25, 92:1, 96:13, 96:24, 98:19, 100:15, 101:21, 102:5, 102:25, 103:19, 105:6, 106:16, 107:12, 109:1, 110:14, 113:5, 114:5, 115:3, 116:6, 117:14, 118:8, 118:17, 119:8, 120:14, 120:15, 121:4, 121:7, 124:16, 125:13, 125:17, 127:5, 127:6, 129:17, 145:11, 145:19, 146:24, 147:2, 149:1, 150:13, 151:6, 151:12, 153:6, 154:11, 156:5, 157:10, 158:16, 160:11, 160:12, 160:14, 160:16, 161:9, 162:21, 165:5, 165:18, 166:24, 170:7, 170:9, 172:19, 172:23, 174:6, 174:25, 175:2, 175:4, 176:21, 178:4, 181:18, 183:20, 190:17,

190:25, 192:17, 193:21, 194:20, 195:21, 198:4, 199:11, 200:12, 201:2, 202:10, 202:11
**slides** [3] - 102:24, 167:22, 190:20
**slightly** [2] - 67:24, 103:20
**slogan** [2] - 123:13, 123:21
**slowly** [1] - 82:8
**slows** [1] - 149:12
**small** [5] - 49:20, 53:21, 54:13, 67:7, 148:22
**snail** [1] - 110:12
**snapshot** [4] - 53:21, 54:14, 57:14, 184:22
**sniper** [1] - 150:3
**so-called** [1] - 125:2
**so..** [4] - 25:22, 41:7, 132:7, 141:17
**soccer** [4] - 72:18, 104:21, 104:23
**social** [36] - 59:11, 65:4, 65:7, 65:14, 65:16, 65:17, 67:5, 67:14, 67:16, 67:19, 69:21, 70:11, 70:12, 71:9, 71:19, 71:22, 72:11, 72:25, 73:2, 74:3, 77:16, 78:2, 80:20, 83:4, 84:21, 98:23, 99:13, 102:16, 108:24, 109:4, 109:12, 109:20, 110:8, 110:16, 111:16, 112:4
**software** [4] - 107:24, 131:3, 158:24, 191:8
**sold** [1] - 139:10
**soldiers** [1] - 126:21
**solely** [2] - 39:24, 172:25
**solid** [1] - 79:8
**solve** [1] - 66:7
**solvent** [1] - 189:12
**someone** [19] - 10:12, 11:12, 27:16, 31:24, 71:15, 72:13, 84:24, 87:10, 113:11, 135:8, 137:6, 137:11, 140:4, 143:2, 155:22, 161:19, 166:16, 184:4, 191:25
**sometime** [1] - 33:13

**sometimes** [7] - 30:15, 48:1, 99:23, 116:15, 146:8, 173:22
**somewhat** [2] - 65:16, 115:5
**somewhere** [7] - 33:12, 73:5, 99:11, 102:8, 107:21, 122:15, 199:5
**son** [1] - 144:1
**Son** [2] - 130:14, 140:5
**Song** [2] - 179:6, 179:13
**song** [7] - 179:15, 179:16, 180:3, 180:10, 180:11, 180:13, 180:21
**soon** [2] - 43:3, 153:1
**sorry** [31] - 8:17, 9:15, 11:4, 17:22, 32:22, 34:1, 40:24, 41:9, 59:4, 66:20, 76:15, 83:20, 86:13, 115:16, 116:18, 118:14, 124:6, 124:16, 148:8, 154:20, 160:12, 167:9, 176:17, 181:22, 182:16, 185:12, 185:22, 189:17, 193:25, 195:25, 201:20
**sort** [28] - 7:1, 13:14, 40:15, 62:8, 74:22, 75:8, 77:22, 78:3, 78:18, 80:17, 81:23, 85:5, 91:21, 103:3, 115:10, 115:14, 115:23, 119:19, 120:18, 121:2, 124:13, 127:6, 129:4, 135:23, 138:1, 162:7, 183:11, 187:11
**Sotloff** [1] - 82:2
**sound** [1] - 70:8
**sounds** [2] - 9:18, 196:21
**Source** [2] - 70:4, 70:6
**source** [6] - 70:8, 70:15, 70:18, 88:13, 88:19, 186:3
**sources** [3] - 28:8, 68:9, 68:16
**SOUTHERN** [1] - 1:2
**space** [1] - 150:9
**speaker** [1] - 39:19
**speakers** [3] - 80:9,

81:1
**speaking** [3] - 46:11, 80:8, 158:2
**speaks** [1] - 126:8
**Special** [5] - 46:2, 47:12, 47:22, 47:23, 48:9
**special** [6] - 46:22, 49:20, 63:8, 69:20, 103:1, 189:10
**specialist** [1] - 63:3
**specialization** [2] - 71:2, 115:8
**specialized** [1] - 118:20
**specializes** [1] - 117:4
**specialty** [2] - 52:2, 67:24
**specific** [17] - 7:15, 51:25, 55:14, 55:15, 56:9, 57:3, 68:17, 70:19, 72:18, 72:20, 100:5, 111:23, 112:9, 119:23, 135:12
**specifically** [19] - 35:7, 35:11, 40:17, 47:14, 47:25, 48:1, 48:14, 50:10, 54:25, 55:12, 67:18, 71:8, 72:4, 75:15, 101:20, 108:24, 110:15, 149:19, 176:1
**speech** [4] - 81:14, 81:15, 82:13, 84:5
**speeches** [1] - 68:21
**spell** [1] - 61:21
**spelling** [1] - 45:21
**spend** [1] - 47:17
**spent** [1] - 68:7
**spiral** [2] - 31:2, 31:6
**spoilers** [1] - 188:19
**spokesman** [2] - 127:25, 128:1
**spread** [6] - 126:2, 130:3, 130:7, 130:8, 144:3
**Spread** [1] - 129:24
**spreads** [1] - 28:14
**Spring** [3] - 74:21, 77:10, 81:13
**spy** [1] - 20:2
**spying** [1] - 19:23
**squad** [7] - 21:18, 21:20, 21:21, 21:22, 21:23, 22:11, 62:13
**square** [4] - 98:24, 115:15, 115:16, 154:16
**squiggles** [1] - 41:6

**stable** [1] - 113:19
**staff** [3] - 75:24, 134:2, 203:10
**stance** [1] - 84:9
**stand** [10] - 6:16, 30:18, 38:5, 93:20, 93:21, 93:24, 93:25, 94:1, 109:10, 112:24
**standards** [1] - 9:5
**standing** [3] - 93:18, 112:23, 187:10
**start** [15] - 31:19, 64:4, 73:25, 74:15, 80:3, 83:8, 87:3, 97:1, 101:7, 106:7, 107:3, 127:12, 147:20, 185:8, 190:9
**started** [14] - 25:22, 50:6, 50:17, 53:22, 62:8, 62:11, 64:10, 82:11, 82:13, 82:14, 82:16, 83:8, 84:11, 163:5
**starting** [6] - 5:11, 74:20, 79:12, 83:7, 101:3, 150:15
**starts** [3] - 18:2, 147:7, 148:13
**state** [5] - 35:17, 61:21, 144:1, 176:1, 188:12
**State** [25] - 21:2, 79:7, 81:21, 115:16, 115:17, 115:24, 123:8, 123:14, 127:15, 127:23, 130:14, 140:5, 154:17, 155:24, 156:10, 156:15, 157:5, 158:12, 169:17, 170:17, 171:3, 179:6, 179:12, 180:14, 180:16
**statement** [7] - 27:20, 27:21, 32:15, 32:17, 40:25, 41:18, 82:21
**STATES** [3] - 1:1, 1:3, 1:10
**States** [13] - 1:11, 5:5, 5:10, 5:14, 5:15, 5:16, 76:22, 81:1, 115:2, 120:6, 134:9, 165:9, 171:24
**static** [1] - 72:13
**stationed** [3] - 48:6, 48:9, 62:9
**statistical** [1] - 117:5
**stayed** [1] - 37:13
**steal** [1] - 88:2

**steeds** [1] - 159:21
**stenographic** [1] - 205:8
**stenographically** [1] - 205:6
**step** [7] - 45:2, 60:22, 74:19, 76:2, 79:25, 203:19
**step-by-step** [1] - 203:19
**Steven** [1] - 82:2
**stickers** [1] - 101:13
**sticky** [1] - 165:11
**still** [17] - 17:12, 46:7, 50:16, 53:2, 67:25, 68:18, 81:15, 88:24, 101:12, 108:20, 114:16, 121:25, 122:1, 125:19, 149:16, 195:15, 199:14
**stint** [1] - 47:10
**stomach** [1] - 139:12
**stood** [1] - 30:6
**stop** [5] - 28:19, 29:11, 133:21, 147:9, 175:18
**stopped** [1] - 118:13
**store** [1] - 149:15
**stored** [4] - 57:8, 136:6, 149:7, 192:8
**storing** [1] - 192:7
**strategic** [2] - 46:14, 46:23
**strategy** [4] - 110:7, 110:15, 114:9, 127:14
**streamlined** [1] - 110:18
**Street** [3] - 1:16, 2:3, 2:7
**street** [1] - 112:2
**strength** [1] - 159:20
**Stretch** [2] - 93:22, 112:25
**stretch** [3] - 38:5, 93:19, 112:24
**strictly** [1] - 46:24
**strike** [2] - 59:4, 159:21
**strong** [1] - 143:17
**Strong** [1] - 187:11
**stuck** [2] - 44:11, 44:14
**studying** [2] - 28:5, 29:2
**stuff** [5] - 6:23, 41:23, 103:9, 149:10, 166:17
**style** [3] - 50:11,

50:12, 103:21
**styles** [1] - 30:4
**stylized** [1] - 119:22
**subject** [4] - 16:25,
18:4, 63:8, 69:15
**subject's** [1] - 18:3
**subjects** [2] - 67:25,
69:10
**submitted** [1] - 34:18
**subscribe** [2] - 98:6,
99:6
**subscribed** [1] -
151:21
**subsequently** [1] -
102:1
**subset** [1] - 63:13
**substance** [4] - 137:4,
173:21, 173:23,
173:24
**substances** [1] -
189:12
**substantially** [1] -
95:18
**succeed** [2] - 79:18,
177:17
**successfully** [2] -
92:23, 129:7
**Succession** [1] -
143:3
**successor** [1] - 128:4
**succumbed** [2] -
51:12, 51:13
**sudden** [2] - 15:13,
79:2
**suddenly** [1] - 80:10
**suggested** [1] - 200:9
**suggesting** [1] - 41:8
**suggests** [1] - 192:11
**suicide** [1] - 165:10
**suit** [4] - 55:17, 55:18,
55:20, 59:21
**Suite** [3] - 1:16, 1:20,
2:7
**Sulfuric** [2] - 190:7,
190:12
**summarize** [1] -
193:21
**super** [5] - 98:1,
156:2, 157:7, 159:9
**supervise** [3] - 12:9,
12:10, 12:23
**supervised** [1] - 12:14
**supervising** [9] - 7:2,
12:15, 13:19, 21:25,
22:4, 22:5, 22:15,
27:19
**supervision** [2] - 10:2,
13:24
**Supervision** [1] -
24:24

**supervisors** [2] -
170:20, 171:6
**supply** [1] - 104:6
**support** [17] - 46:2,
64:15, 110:1,
114:21, 121:16,
121:25, 122:2,
122:7, 122:16,
122:17, 125:2,
125:15, 125:22,
126:12, 126:20,
171:12
**Support** [2] - 121:8,
122:4
**supporter** [7] - 75:16,
113:17, 124:20,
124:24, 125:1,
129:9, 188:12
**supporters** [11] -
68:15, 71:25, 75:1,
79:13, 79:14, 83:22,
109:21, 110:19,
126:10, 130:7,
144:24
**supporting** [1] - 82:14
**supposed** [4] - 157:2,
166:8, 174:12,
178:14
**surface** [1] - 70:1
**suspend** [1] - 82:14
**suspended** [2] -
82:25, 113:18
**suspending** [1] -
82:23
**suspicion** [1] - 139:8
**suspicious** [2] - 18:3,
55:19
**sway** [1] - 171:13
**swear** [1] - 110:24
**swearing** [1] - 111:1
**sworn** [5] - 6:16, 45:9,
45:13, 61:13, 111:3
**symbol** [4] - 30:3,
41:24, 42:2, 44:1
**symbols** [14] - 29:4,
29:23, 29:24, 29:25,
30:3, 30:13, 30:15,
37:5, 37:11, 39:14,
40:25, 41:14, 44:3,
44:4
**Symptoms** [1] -
138:16
**symptoms** [1] -
138:17
**synonymous** [1] -
72:10
**Syria** [3] - 111:7,
119:25, 122:19
**system** [2] - 78:10,
115:5

**T**

**t.me** [1] - 144:6
**t.me/Meqdam7** [1] -
141:7
**t.me/something** [1] -
99:11
**TABLE** [1] - 3:1
**table** [2] - 188:6, 192:7
**tablet** [3] - 51:6,
89:25, 165:2
**tackle** [1] - 67:8
**tactical** [3] - 46:14,
135:11, 135:25
**Tactics** [1] - 201:16
**takeover** [1] - 48:19
**tale** [1] - 121:10
**Taliban** [1] - 81:8
**talks** [1] - 160:16
**tanks** [1] - 117:8
**tapes** [1] - 110:10
**targeting** [2] - 47:24
**targets** [2] - 111:12,
111:22
**task** [5] - 27:16, 49:21,
102:22, 177:10,
192:2
**Task** [3] - 21:15,
22:20, 27:8
**taste** [1] - 169:18
**tatamadad** [1] -
123:12
**TATAMADAD** [1] -
123:19
**TATP** [1] - 112:12
**taunting** [1] - 121:1
**taxes** [1] - 157:1
**team** [7] - 5:17, 51:7,
51:25, 63:4, 67:16,
72:18, 84:23
**tech** [1] - 52:2
**technical** [6] - 63:25,
66:4, 67:10, 67:14,
69:25, 132:6
**techniques** [1] - 164:7
**technology** [5] - 64:2,
64:4, 71:11, 71:14,
102:13
**tedious** [1] - 146:1
**Telegram** [143] -
54:21, 57:8, 57:9,
57:19, 58:17, 59:6,
59:12, 59:15, 60:7,
83:7, 83:9, 83:10,
83:19, 83:20, 83:22,
83:24, 83:25, 84:1,
84:11, 84:13, 84:24,
84:25, 85:12, 85:16,
85:20, 86:5, 87:3,
87:11, 87:16, 87:19,

87:22, 87:23, 88:5,
88:12, 88:13, 88:14,
88:15, 88:17, 88:18,
89:5, 89:7, 89:20,
89:23, 89:24, 90:12,
90:14, 90:17, 90:22,
91:9, 91:19, 92:4,
92:13, 92:19, 93:6,
93:15, 94:8, 95:12,
95:13, 96:7, 96:16,
96:25, 97:19, 98:20,
98:23, 99:12, 100:7,
100:9, 100:12,
100:16, 100:17,
101:6, 101:14,
102:8, 102:13,
102:14, 102:17,
102:21, 103:5,
103:23, 103:24,
104:11, 105:9,
105:22, 106:1,
106:21, 109:4,
113:6, 113:13,
113:21, 116:2,
124:21, 129:6,
129:7, 129:20,
130:1, 130:4,
130:23, 131:8,
131:25, 132:7,
132:8, 132:22,
133:3, 133:16,
133:18, 141:8,
141:14, 141:17,
144:7, 145:22,
147:1, 147:4,
147:13, 148:12,
148:19, 149:9,
149:19, 149:25,
150:16, 150:17,
159:1, 161:16,
162:3, 163:8, 164:9,
167:6, 176:9,
181:12, 181:13,
181:14, 183:23,
183:25, 184:3,
184:9, 185:19,
187:18, 192:6,
192:9, 194:19,
194:23, 202:16
**Telegram's** [1] -
105:11
**Telegramic** [1] - 59:10
**Telegrams** [1] - 164:8
**temporarily** [1] - 149:6
**ten** [3] - 76:13, 91:14,
171:21
**term** [6] - 97:2, 103:8,
110:24, 111:4,
115:6, 119:11
**terminology** [1] - 75:9

**terms** [4] - 73:18,
80:24, 81:21, 87:21
**territorially** [1] - 81:21
**territory** [2] - 111:7,
156:12
**Terror** [1] - 201:16
**terror** [1] - 159:22
**Terrorism** [1] - 27:8
**terrorism** [6] - 63:9,
63:23, 66:11, 68:7,
79:16, 109:5
**terrorist** [17] - 37:6,
56:10, 63:14, 63:23,
64:2, 64:24, 66:11,
68:10, 74:14, 74:16,
75:15, 77:16, 77:19,
81:4, 108:24,
109:13, 109:22
**terrorists'** [1] - 74:3
**terrorize** [1] - 114:23
**testified** [15] - 25:4,
27:7, 30:9, 33:1,
37:5, 39:14, 41:14,
41:15, 59:18, 60:10,
67:19, 67:21, 125:7,
136:10, 145:15
**testify** [1] - 49:2, 65:7
**testifying** [1] - 42:15
**testimony** [17] - 6:2,
26:25, 41:24, 42:1,
45:2, 49:6, 60:22,
73:25, 86:9, 86:15,
93:12, 125:4, 165:6,
196:25, 201:22,
203:15, 203:19
**Texas** [1] - 65:8
**text** [16] - 90:15,
91:21, 92:4, 92:5,
92:11, 92:20, 93:1,
94:8, 95:11, 96:20,
101:11, 126:19,
135:15, 142:11,
179:4, 186:15
**texts** [1] - 136:4
**Thamir** [1] - 144:14
**that..** [1] - 123:2
**THE** [113] - 5:5, 5:18,
5:23, 6:1, 6:3, 6:5,
6:14, 11:2, 11:4,
11:6, 23:2, 23:17,
24:2, 33:16, 33:19,
34:10, 35:6, 36:9,
37:1, 38:4, 39:2,
39:5, 39:7, 39:21,
40:1, 40:5, 40:8,
40:10, 40:23, 42:5,
42:8, 43:1, 43:11,
43:15, 43:24, 44:7,
44:12, 44:15, 45:1,
45:3, 45:4, 45:6,

45:9, 45:10, 45:11, 45:12, 45:14, 45:15, 49:14, 52:23, 53:2, 53:5, 53:7, 53:16, 58:22, 60:18, 60:21, 60:24, 61:1, 61:6, 61:11, 61:14, 61:15, 75:19, 75:22, 75:25, 76:2, 76:9, 76:14, 76:22, 76:25, 77:1, 77:3, 86:17, 93:18, 93:23, 94:14, 105:21, 105:23, 105:24, 105:25, 106:2, 112:23, 113:1, 129:14, 131:17, 133:21, 134:4, 134:6, 134:9, 134:12, 134:15, 134:17, 169:11, 171:15, 171:19, 171:21, 171:24, 172:2, 172:4, 172:6, 179:24, 180:4, 181:22, 197:20, 197:25, 202:5, 203:4, 203:13, 203:15, 203:23, 203:25, 204:3
**the..** [1] - 92:9
**theme** [1] - 120:18
**themselves** [4] - 68:11, 125:25, 158:12, 168:11
**Theodore** [1] - 1:11
**theoretically** [1] - 133:15
**theory** [1] - 159:6
**they've** [2] - 127:25, 128:25
**thinking** [1] - 19:22
**third** [7] - 58:17, 88:23, 88:24, 108:8, 146:19, 174:18, 183:3
**third-party** [5] - 88:23, 88:24, 108:8, 146:19, 174:18
**thousand** [2] - 91:17, 121:12
**thousands** [1] - 121:11
**thread** [2] - 72:15, 72:21
**threads** [2] - 72:16, 72:20
**threat** [4] - 48:2, 48:24, 50:1, 64:25
**threats** [1] - 46:16
**three** [7] - 18:13,

20:11, 86:2, 90:3, 133:12, 199:17, 199:19
**throughout** [3] - 48:12, 67:22, 124:3
**throw** [1] - 142:17
**throwing** [1] - 82:9
**Thunderbird** [1] - 89:17
**tidings** [1] - 170:15
**tied** [1] - 93:8
**Tigris** [1] - 180:18
**timeline** [2] - 79:24, 98:24
**tiny** [2] - 184:18, 185:11
**title** [2] - 193:9, 200:3
**titled** [3] - 173:20, 193:16, 200:22
**TNT** [2] - 54:24, 187:12
**tnt** [1] - 143:16
**today** [18] - 6:13, 39:16, 44:2, 44:6, 49:2, 71:23, 73:25, 86:9, 93:12, 117:7, 117:8, 125:11, 165:6, 169:6, 184:25, 196:25, 201:23, 203:19
**together** [1] - 130:7
**Tokyo** [1] - 101:12
**tolerate** [1] - 171:8
**tomorrow** [1] - 203:16
**tone** [1] - 127:14
**tons** [1] - 53:25
**took** [15] - 11:15, 11:18, 11:22, 11:25, 16:15, 19:11, 21:2, 22:3, 22:5, 22:10, 22:13, 41:2, 48:5, 48:10, 169:14
**tool** [1] - 174:19
**tools** [1] - 174:18
**top** [26] - 8:21, 24:21, 25:7, 25:8, 26:18, 58:10, 94:18, 95:7, 95:11, 95:16, 96:3, 96:7, 97:8, 100:25, 101:18, 110:2, 116:10, 127:13, 131:21, 132:16, 138:12, 147:6, 161:13, 161:16, 161:18, 161:20
**topic** [12] - 34:5, 34:9, 34:15, 34:18, 35:24, 43:10, 68:1, 68:8, 100:1, 174:13, 174:24, 177:25

**topics** [5] - 34:9, 36:1, 73:18, 155:14, 197:5
**Torpex** [1] - 187:13
**Torreaux** [1] - 97:8
**total** [8] - 47:18, 132:10, 155:5, 157:17, 157:22, 160:20, 160:22, 160:25
**touch** [1] - 30:23
**touched** [1] - 64:18
**touches** [1] - 97:18
**tour** [1] - 17:6
**towards** [4] - 46:16, 68:2, 97:14, 178:14
**town** [1] - 28:18
**traces** [2] - 148:23, 184:7
**track** [1] - 146:14
**Trade** [1] - 188:18
**traffic** [1] - 87:11
**train** [3] - 70:17, 122:12, 165:4
**trainer** [1] - 70:16
**training** [8] - 34:13, 35:11, 125:21, 162:12, 162:18, 172:25, 197:7, 197:8
**transcribed** [1] - 4:24
**Transcript** [1] - 1:24
**transcript** [1] - 205:7
**transcription** [1] - 205:7
**transfer** [1] - 144:17
**transferred** [1] - 199:6
**translate** [1] - 126:9
**translated** [32] - 12:3, 12:7, 13:5, 13:8, 31:11, 31:13, 114:2, 124:2, 126:17, 131:12, 135:17, 136:14, 136:19, 137:24, 138:16, 139:24, 140:12, 143:14, 144:16, 151:1, 152:25, 158:23, 173:13, 175:17, 179:6, 182:7, 182:10, 185:2, 187:25, 199:17, 199:20, 200:24
**translates** [1] - 140:5
**translation** [25] - 34:7, 34:18, 34:24, 40:13, 40:16, 135:4, 135:7, 137:4, 140:22, 142:15, 143:4, 169:3, 170:4, 170:14, 173:13,

179:14, 179:19, 180:20, 183:5, 183:9, 186:13, 186:14, 187:7, 196:14, 197:18
**translations** [2] - 126:6, 138:16
**translator** [3] - 41:6, 41:8, 41:10
**translators** [1] - 124:12
**travel** [2] - 56:3, 56:5
**trees** [2] - 55:23, 139:7
**trench** [1] - 121:2
**TRIAL** [1] - 1:9
**Trial** [1] - 5:15
**trial** [4] - 35:8, 41:25, 42:14, 65:6
**trick** [1] - 66:22
**tried** [3] - 17:13, 23:7, 65:9
**tries** [1] - 17:9
**trouble** [2] - 14:2, 14:10
**truck** [3] - 111:24, 111:25, 112:2
**true** [1] - 205:7
**trusting** [1] - 40:19
**truthful** [1] - 14:22
**try** [3] - 8:17, 84:25, 164:20
**trying** [12] - 22:17, 42:14, 68:14, 109:9, 109:18, 110:5, 114:9, 114:14, 133:8, 144:25, 173:1, 174:17
**Tuesday** [1] - 43:1
**Turki** [5] - 127:22, 155:17, 155:20, 155:22, 156:8
**turn** [1] - 74:13
**turned** [2] - 21:1, 51:6
**tweeting** [1] - 78:7
**tweets** [1] - 144:17
**twice** [2] - 47:2, 200:2
**Twitter** [51] - 65:18, 74:13, 74:22, 75:3, 75:5, 77:10, 77:13, 77:20, 77:23, 77:25, 78:1, 78:6, 78:14, 78:16, 78:17, 78:22, 79:3, 79:7, 79:14, 79:15, 80:4, 81:3, 81:5, 81:8, 81:10, 81:11, 81:12, 81:19, 82:10, 82:11, 82:15, 82:19, 83:1, 83:8, 83:17, 83:18, 83:24, 84:4, 84:13, 113:7,

113:10, 113:17, 113:18, 144:17, 144:18, 144:23, 202:24
**two** [44] - 17:19, 18:15, 20:19, 31:5, 34:3, 35:4, 42:23, 57:13, 57:16, 57:17, 65:7, 65:15, 72:10, 90:25, 93:13, 94:5, 97:23, 102:24, 104:10, 107:17, 118:18, 121:5, 138:15, 141:11, 147:3, 149:22, 152:8, 163:9, 165:22, 168:14, 168:17, 169:24, 170:16, 181:20, 182:2, 182:5, 183:11, 190:6, 192:23, 195:23, 196:4, 196:5, 202:19
**two-page** [1] - 169:24
**twofold** [1] - 114:19
**type** [25] - 15:11, 28:10, 62:9, 69:6, 72:11, 72:13, 72:22, 72:25, 73:2, 73:4, 90:17, 103:6, 103:10, 111:17, 119:10, 120:12, 131:6, 149:24, 150:19, 153:2, 154:13, 174:22, 186:1, 197:3, 200:7
**typed** [3] - 103:12, 150:22, 199:3
**types** [8] - 28:8, 73:16, 98:16, 104:7, 107:9, 109:6, 112:9, 126:14
**typical** [1] - 153:3
**typing** [3] - 98:12, 103:11, 103:13
**typo** [1] - 173:6
**tyrants** [1] - 171:5

## U

**U.S** [11] - 1:16, 46:1, 46:16, 47:9, 48:2, 50:1, 50:25, 52:13, 52:14, 58:2, 64:25
**UAE** [1] - 48:12
**ultimately** [1] - 46:15
**un-forwarded** [1] - 194:8
**unclear** [1] - 166:12
**uncommon** [1] - 14:18
**uncover** [1] - 63:4

**under** [6] - 6:8, 61:9, 113:11, 119:12, 134:19, 152:8
**underneath** [2] - 115:17, 116:19
**underscores** [1] - 166:12
**understood** [3] - 24:12, 27:2, 34:19
**unfortunately** [2] - 57:14, 65:11
**uninstall** [1] - 96:17
**unique** [9] - 88:6, 91:8, 91:13, 91:14, 106:19, 106:24, 147:15, 147:17, 148:1
**Unit** [3] - 62:4, 62:14, 65:25
**unit** [1] - 46:22
**UNITED** [3] - 1:1, 1:3, 1:10
**United** [16] - 1:11, 5:5, 5:10, 5:14, 5:15, 5:16, 72:19, 76:22, 81:1, 104:22, 104:23, 104:25, 115:2, 120:5, 134:9, 171:24
**University** [1] - 62:20
**unknown** [1] - 16:6
**UnkownAccounts** [2] - 173:5, 200:20
**unlike** [2] - 97:16, 98:23
**unpack** [1] - 83:13
**unquote** [1] - 40:25
**unsuccessful** [1] - 65:12
**up** [61] - 8:16, 10:24, 11:2, 16:19, 16:20, 17:8, 19:15, 20:2, 24:9, 24:16, 34:15, 34:24, 35:1, 36:8, 39:6, 40:17, 49:16, 55:7, 55:22, 59:21, 65:6, 71:1, 72:13, 74:12, 74:23, 75:2, 75:6, 76:11, 79:25, 90:4, 90:16, 91:19, 91:20, 92:19, 93:24, 97:20, 100:2, 100:23, 100:25, 104:20, 104:24, 105:12, 105:22, 108:6, 108:14, 116:10, 117:17, 117:18, 118:10, 122:21, 132:3, 139:3, 142:6,

145:11, 147:12, 158:17, 159:3, 166:14, 194:6, 202:24
**updated** [1] - 28:15
**updates** [2] - 133:7, 133:13
**upper** [1] - 106:19
**upright** [1] - 187:10
**upset** [1] - 174:23
**upstairs** [1] - 19:12
**urgent** [1] - 116:24
**useful** [2] - 64:7, 85:19
**useless** [1] - 37:16
**User** [1] - 191:5
**user** [34] - 57:3, 60:7, 78:10, 90:23, 91:1, 91:6, 91:18, 95:13, 101:18, 130:13, 130:14, 138:5, 140:22, 140:24, 142:5, 143:13, 144:2, 144:13, 145:3, 147:6, 147:12, 147:16, 147:17, 147:19, 147:21, 159:13, 164:14, 164:15, 164:16, 165:23, 166:19, 173:5, 173:19
**user's** [1] - 175:16
**users** [6] - 91:9, 100:2, 132:12, 133:3, 133:15, 174:20
**UTC-4** [4] - 137:2, 143:8, 143:19, 144:9
**utility** [1] - 133:16
**utilized** [1] - 12:19
**utilizing** [1] - 53:2
**utmost** [1] - 159:21

**V**

**V-A-U-G-H-A-N** [1] - 61:24
**va** [2] - 142:7
**valiantly** [1] - 170:25
**valid** [2] - 122:16, 125:20
**value** [1] - 40:15
**variations** [1] - 202:22
**varied** [1] - 12:16
**variety** [5] - 66:25, 78:11, 84:20, 101:10, 190:10
**various** [5] - 31:20, 69:7, 69:22, 164:5,

165:25
**vast** [4] - 71:4, 79:25, 149:19, 177:24
**Vaughan** [18] - 3:11, 61:5, 61:7, 61:13, 61:24, 76:2, 77:9, 94:5, 94:20, 96:6, 96:15, 105:21, 145:13, 172:11, 180:2, 185:10, 190:20, 203:15
**Vaughan's** [1] - 86:15
**Vaughn** [1] - 134:23
**verbatim** [1] - 4:24
**verify** [3] - 9:22, 32:2, 70:21
**version** [4] - 103:3, 158:23, 160:6, 194:4
**versions** [2] - 160:3, 168:3
**versus** [2] - 5:10, 89:23
**vests** [1] - 165:11
**vet** [1] - 32:2
**VHS** [1] - 110:10
**video** [17] - 114:23, 141:21, 142:8, 142:10, 150:8, 179:13, 181:3, 196:4, 196:16, 197:3, 197:17, 199:21, 200:1, 200:4, 200:15
**Videos** [3] - 98:9, 98:10, 98:11
**videos** [17] - 53:23, 53:24, 68:13, 68:21, 80:21, 81:25, 82:3, 101:16, 126:12, 128:18, 151:8, 196:4, 196:5, 196:6, 196:25
**view** [3] - 34:10, 57:18, 73:9
**vigilantes** [1] - 146:12
**violence** [2] - 109:6, 109:8
**viral** [2] - 51:12, 80:24
**virtually** [1] - 90:4
**virtuous** [1] - 188:11
**visit** [6] - 13:18, 15:19, 18:15, 20:6, 26:25, 32:24
**visits** [2] - 7:7, 9:4
**visual** [1] - 115:12
**voice** [1] - 128:8
**volume** [1] - 81:21
**VOLUME** [1] - 1:9
**voluminous** [3] - 29:19, 29:20, 30:6

**W**

**wa** [1] - 123:12
**WA** [1] - 123:17
**wait** [1] - 39:2
**waiting** [1] - 149:13
**walk** [4] - 7:1, 138:1, 147:1, 178:18
**walked** [1] - 16:17
**wants** [2] - 90:12, 144:18
**war** [1] - 159:21
**warned** [1] - 199:2
**warrant** [1] - 22:21
**Washington** [3] - 1:21, 66:8, 103:12
**watch** [1] - 104:5
**watched** [2] - 173:20, 174:16
**watching** [2] - 74:6, 162:18
**water** [1] - 189:11
**wave** [1] - 80:9
**Wave** [1] - 101:1
**Ways** [2] - 121:8, 122:3
**ways** [5] - 99:1, 102:11, 104:10, 121:22, 122:2, 122:6, 122:18, 125:20, 125:23, 174:16, 199:18
**weak** [1] - 139:16
**weaken** [1] - 171:12
**weapons** [3] - 50:19, 53:25, 122:13
**web** [4] - 54:21, 56:19, 90:1, 99:22
**website** [2] - 89:13, 89:23
**websites** [5] - 72:1, 74:8, 74:10, 74:11, 158:7
**week** [2] - 10:6, 43:3
**weeks** [1] - 17:19
**weigh** [1] - 156:25
**weird** [2] - 79:4, 89:17
**welcome** [4] - 93:20, 93:21, 93:25, 166:18
**West** [6] - 1:11, 1:16, 55:10, 55:14, 56:3, 165:10
**Western** [1] - 82:1
**Westerners** [2] - 50:9, 56:1
**WhatsApp** [3] - 58:16, 87:7, 87:20
**where'd** [1] - 122:21
**whole** [21] - 11:18, 17:6, 34:25, 44:13,

68:20, 74:22, 78:7, 82:11, 83:3, 108:4, 108:9, 109:16, 114:8, 121:22, 139:5, 156:15, 164:4, 165:3, 179:15, 184:17, 184:20
**widely** [1] - 129:10
**wider** [1] - 80:22
**widespread** [1] - 139:7
**wife** [6] - 14:2, 14:10, 14:22, 31:14, 31:15, 32:12
**wife's** [1] - 32:17
**wilayah** [6] - 119:11, 119:14, 119:16, 119:23, 120:12, 120:16
**Wilayah** [10] - 119:24, 120:24, 121:2, 150:3, 150:4, 158:5, 196:6, 196:8, 196:9, 197:7
**wilayahs** [1] - 121:5
**Windows** [5] - 90:2, 196:8, 196:11, 197:2, 197:17
**winning** [1] - 120:23
**wire** [1] - 54:17
**withdraw** [1] - 177:18
**withdrawn** [1] - 69:6
**Witness** [2] - 45:5, 60:25
**witness** [17] - 6:16, 40:3, 41:9, 41:13, 42:12, 42:15, 42:19, 42:21, 43:4, 43:19, 45:7, 52:22, 61:3, 61:8, 134:19, 203:2
**WITNESS** [7] - 11:4, 45:3, 45:11, 60:24, 105:23, 105:25, 181:22
**witness's** [1] - 42:17
**witnesses** [2] - 39:11, 42:13
**wolf** [11] - 50:11, 50:12, 50:15, 55:5, 56:12, 124:24, 129:22, 130:16, 130:17, 153:1, 165:4
**wolf-style** [2] - 50:11, 50:12
**wolves** [1] - 125:2
**wolves'** [1] - 167:12
**wondering** [2] - 77:14, 77:15
**Word** [2] - 185:24,

185:25

**word** [8] - 75:8, 116:18, 137:9, 137:19, 153:13, 153:18, 162:14, 183:16

**words** [17] - 30:15, 41:23, 55:13, 73:25, 81:3, 82:19, 106:5, 123:4, 123:23, 124:3, 124:7, 124:10, 124:14, 126:20, 135:17, 141:18, 180:8

**workers** [1] - 82:2

**workflow** [1] - 127:10

**works** [3] - 85:5, 88:19, 194:24

**world** [6] - 56:7, 74:21, 74:23, 82:11, 139:8, 162:15

**World** [1] - 188:18

**worldwide** [2] - 66:15, 66:16

**worms** [1] - 139:11

**worse** [1] - 177:19

**worshippers** [1] - 171:4

**wrap** [1] - 55:22

**wrapping** [1] - 55:22

**Wright** [8] - 3:3, 6:2, 6:8, 6:11, 6:16, 11:2, 24:7, 45:1

**writ** [1] - 115:24

**write** [8] - 25:20, 25:21, 30:1, 75:11, 78:8, 91:4, 107:20, 123:16

**writer** [1] - 176:4

**writing** [11] - 12:1, 13:13, 13:14, 16:6, 30:1, 30:3, 30:4, 30:6, 35:1, 40:12, 126:11

**writings** [1] - 177:11

**written** [7] - 28:6, 29:15, 99:10, 122:4, 140:4, 163:10, 186:4

**wrote** [2] - 58:11, 199:4

**www. transcriptorders. com** [1] - 1:25

## Y

**Yandex** [2] - 103:3, 103:5

**year** [6] - 9:16, 14:7, 62:6, 74:20, 83:22,

92:4

**years** [7] - 46:10, 47:18, 48:4, 63:10, 121:11, 121:12, 124:4

**yell** [1] - 98:14

**yelling** [1] - 177:9

**Yemani** [1] - 138:5

**Yemen** [15] - 47:19, 48:11, 48:16, 48:17, 48:18, 48:24, 49:1, 49:21, 51:1, 51:11, 196:9, 196:10, 196:11, 197:2, 197:17

**Yemeni** [1] - 51:10

**yesterday** [3] - 6:22, 23:25, 25:4

**you-all** [3] - 43:7, 76:9, 76:11

**younger** [1] - 80:23

**yourself** [3] - 45:21, 50:15, 56:15

## Z

**zoom** [8] - 135:3, 136:14, 137:23, 139:23, 140:12, 173:13, 186:7, 188:2

**Zoom** [1] - 94:18

## ©

© [1] - 162:10