<pre>
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3   UNITED STATES OF AMERICA,

 4              Plaintiff,
                                          HON. JONATHAN J.C. GREY
 5
       v.                                 No. 22-CR-20504
 6
     AWS MOHAMMED NASER,
 7
                Defendant.
 8   _____/

 9
                        JURY TRIAL - VOLUME 10
10
        BEFORE UNITED STATES DISTRICT JUDGE JONATHAN J.C. GREY
11              Theodore Levin United States Courthouse
                    231 West Lafayette Boulevard
12                       Detroit, Michigan
                     May 22, 2025 - 9:04 a.m.
13

14   APPEARANCES:

15      For the Plaintiff:      SAIMA S. MOHSIN
                                DANIELLE ASHER
16                              U.S. Attorney's Office
                                211 West Fort Street, Suite 2001
17                              Detroit, Michigan  48226
                                (313) 226-9100
18
                                DMITRIY SLAVIN
19                              Department of Justice
                                Counterterrorism Section
20                              950 Pennsylvania Avenue NW
                                Suite 7600
21                              Washington, D.C.  20530
                                (202) 616-2846
22

23      (Appearances continued)

24         To Obtain Certified Transcript, Contact:
           Leann S. Lizza, CSR-3746, RPR, CRR, RMR, CRC, RDR
25          Christin E. Douglas, FCRR, RDR, CRR, CSR-5607
                        www.transcriptorders.com
</pre>

```
 1    APPEARANCES (Continued):

 2       For the Defendant:        RIYAH BASHA
                                   AMANDA N. BASHI
 3                                 Federal Community Defender
                                   613 Abbott Street
 4                                 Fifth Floor
                                   Detroit, Michigan  48226
 5                                 (313) 967-5555

 6                                 JAMES R. GEROMETTA
                                   Law Office of James Gerometta
 7                                 27 E. Flint Street, Suite 2
                                   Lake Orion, Michigan  48362
 8                                 (313) 530-9505

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**TABLE OF CONTENTS**

Government's Case in Chief                                    Page

  **Stephen Haug**

   Direct Examination By Ms. Mohsin                          6

   Cross-Examination By Ms. Bashi                          30

   Redirect Examination By Ms. Mohsin                      38


  **Christopher Rigopoulos**

   Direct Examination By Ms. Mohsin                         42

   Cross-Examination By Ms. Bashi                         121

   Redirect Examination Ms. Mohsin                        167


  **Raleigh Parrott**

   Direct Examination By Mr. Slavin                        176



Defendant's Case in Chief                                    Page




Motions/Other                                               Page

1    <u>Government's Exhibits</u>

2      <u>Number</u>                                          <u>Received</u>

3      GX 15-36.1, 15-36.2 and 15-36.3                      16

4      GX 15-37.1, 15-37.2, and 15-37.3                     17

5      GX 15-38                                             18

6      Demonstrative GX 21-11                               96

7      Demonstrative GX 21-8                               108

8

9

10

11   <u>Defendant's Exhibits</u>

12     <u>Number</u>                                          <u>Received</u>

13

14

15

16

17

18

19

20

21

22     CERTIFICATION OF REPORTERS                          202

23

24   **REPORTER'S NOTE:**  Material read into the record is
     transcribed verbatim, as read into the record, and may not
25   reflect exact quotes from documents or exhibits.

```
 1                                      May 22, 2025
 2                                      Detroit, Michigan
 3                          -   -   -
 4       (Court, Counsel, and Defendant present; 9:04 a.m.)
 5            THE COURT CLERK:  All rise.  The United States
 6   District Court for the Eastern District of Michigan is now in
 7   session before the Honorable Jonathan J.C. Grey presiding.  You
 8   may be seated.
 9            The Court now calls Case Number 22-CR-20504, the
10   United States of America versus Aws Mohammed Naser.  If counsel
11   will please place their appearances for the record, starting
12   with the government.
13            MS. MOHSIN:  Good morning, your Honor.  Saima Mohsin,
14   Assistant United States Attorney, appearing on behalf of the
15   United States.  With me is Dmitriy Slavin and Danielle Asher as
16   well as our team.
17            THE COURT:  Good morning.
18            MR. SLAVIN:  Good morning.
19            MS. ASHER:  Good morning.
20            MS. BASHI:  Good morning, your Honor.  Amanda Bashi
21   from the Federal Community Defender on behalf of Mr. Naser,
22   also here with Riyah Basha, James Gerometta, and the rest of
23   our team.
24            THE COURT:  Good morning to you all as well.
25            We'll have the jury brought out.  And I presume the
```

STEPHEN HAUG - DIRECT BY MS. MOHSIN

1    government's next witness is ready?

2            MS. MOHSIN:  Yes.

3            THE LAW CLERK:  All rise for the jury.

4        (Whereupon the jury entered the courtroom, 9:06 a.m.)

5            THE COURT:  Good morning, members of the jury.  You

6    all may be seated.  Everyone in the courtroom may be seated.

7    And the government may call its next witness.

8            MS. MOHSIN:  Your Honor, the government calls Stephen

9    Haug.

10            THE COURT:  If he would approach and be sworn.

11            THE COURT CLERK:  Good morning.

12            MR. HAUG:  Good morning.

13        (**Stephen Haug**, sworn, 9:07 a.m.)

14            THE COURT CLERK:  Thank you.  You may be seated.

15            THE COURT:  You may proceed, Ms. Mohsin.

16            MS. MOHSIN:  Thank you, your Honor.

17                        DIRECT EXAMINATION

18    BY MS. MOHSIN:

19    Q.  Good morning.

20    A.  Good morning.

21    Q.  Would you please state your name and spell your last name

22    for the jury?

23    A.  Sure.  It's Stephen Haug, H-A-U-G.

24    Q.  And, Mr. Haug, I'm going to ask you to make sure that

25    microphone stays in a good spot so everybody can hear you.

STEPHEN HAUG - DIRECT BY MS. MOHSIN

```
 1   A.   Sure.

 2   Q.   Sir, are you currently employed?

 3   A.   I'm retired.

 4   Q.   Where are you retired from?

 5   A.   The FBI.

 6   Q.   How long did you work for the FBI?

 7   A.   26 and a half years.

 8   Q.   And, so, during that 26 and a half years, can you help the

 9   jury understand a little bit about what you were assigned and

10   sort of the big points in your career?

11   A.   Sure.  After new agent training in Quantico, in February of

12   '96 when I graduated the academy, I was first assigned to our

13   Newark, New Jersey, field office.  I worked there for 11 and a

14   half years and received my transfer to Detroit in 2006 where I

15   finished my career in 2021.

16        Also, in that time frame, a school that I went to in

17   2004, which I graduated from, was the Hazardous Devices School

18   in Huntsville, Alabama, and at that point in time is when I

19   became a bomb technician.

20   Q.   And so what year was that?

21   A.   2004.

22   Q.   2004 is when you became a bomb technician?

23   A.   Correct.

24   Q.   And after you completed your training for the bomb

25   technician course, did you have ongoing training?
```

8

1  A.  Yes.  Every three years bomb technicians in the entire

2  United States have to attend a recertification class.  And it's

3  a one-week class just to make sure they maintain their skills

4  and to help bring them up to date on any other newer skill sets

5  or technologies that may be available.

6  Q.  Now, what kind of work have you done as a bomb tech?

7  A.  Our job is to identify, locate, and render safe hazardous

8  devices or potentially hazardous devices.  I've done bomb

9  technician work through -- through two deployments in

10  Afghanistan, one deployment in Iraq.  I've done training in

11  Turkey.  I responded to a post-blast investigation of the U.S.

12  embassy in Nairobi in 1998.  I've conducted training in the

13  United Arab Emirates.

14        Post-bureau, I did some contract work as a counter-IED

15  mentor and advisor with the Somali National Police in

16  Mogadishu.  I worked there for two years.  And I've done some

17  EOD work with the members of the Burkina Faso EOD units as well

18  as units in Senegal.

19  Q.  All right.  So you said -- you used a lot of terminology

20  there.  I just want to break that down.  What is EOD?

21  A.  Explosive ordnance disposal.

22  Q.  So some of the work you've done has involved training,

23  either receiving training or giving training?

24  A.  Correct.

25  Q.  And that has related to just identifying explosive devices?

1   A.   Identifying, locating them, rendering them safe, collection

2   of evidence, things of -- conducting post-blast investigations,

3   things of that nature.

4   Q.   Now, I want to direct your attention to October of 2017.

5   Where were you assigned in October of 2017?

6   A.   The Detroit field division.

7   Q.   Were you a bomb technician at that time?

8   A.   Yes, I was.

9   Q.   And I should ask:  Did you maintain your bomb technician

10  certification throughout your career after you received it in

11  2004?

12  A.   I did.

13  Q.   All right.  So in 2017 you're in Detroit.  Did you work on

14  a search warrant -- or did you participate in the execution of

15  a search warrant on October 30th of 2017?

16  A.   I did.

17  Q.   And was that as part of the Naser investigation?

18  A.   It was.

19  Q.   And what was your role that day?

20  A.   I was assigned with another bomb technician to conduct

21  protective sweeps of the residence to make sure that there was

22  nothing dangerous there that could harm anyone that was going

23  to be part of the search team and then to -- if any IEDs were

24  located, to render them safe and then collect evidence as

25  necessary, and/or help identify things that could be used to

 1  construct improvised explosive devices.

 2  Q.  So would you say that it was a very focused and narrow

 3  role?

 4  A.  Yes.

 5  Q.  And did you and your partner that day, Mark -- was that

 6  Mark Davidson?

 7  A.  It was.

 8  Q.  Did you and your partner divide your responsibilities that

 9  day?

10  A.  We did.

11  Q.  How did you do that?

12  A.  When we entered the residence, I believe that I went left

13  into the residence to clear the upper floor.  He went right.

14  And then at some point he went down the basement, and at some

15  other point I joined him down the basement.

16  Q.  Now, when you were upstairs, did you identify any items of

17  interest either -- well, withdrawn.

18       During the sweep did you identify any items of

19  interest?

20  A.  I -- I know in the one closet there was a sealed box of

21  pool chemicals.

22  Q.  Okay.  And did you find a firearm -- or a BB gun, I should

23  say?

24  A.  There was one in a dresser drawer, yes.

25  Q.  What room was that in?

1   A.  I don't remember the room letter.

2   Q.  Was it one of the three bedrooms that were in the house?

3   A.  Yes, it was.

4   Q.  Okay.  And where in the bedroom was it?

5   A.  It was in a dresser drawer.

6   Q.  All right.  And was there -- were there other items in that

7   room other than that BB gun?

8   A.  I think there was an empty hanger in the closet on the bar.

9   Q.  Was there any furniture?

10  A.  Just a bed.

11  Q.  Okay.  And the dresser?

12  A.  Yes.

13  Q.  Okay.  Now, you mentioned the pool cleaner?  Where was that

14  located?

15  A.  It was a hallway closet.  It was on the shelf.

16  Q.  All right.  And we'll get back to that.

17          But as you did your first-floor re -- sweep --

18  A.  Uh-huh.

19  Q.  -- you indicated that you did the first-floor sweep, and

20  then you went downstairs.  Were there items of interest that

21  had been identified downstairs in the basement?

22  A.  Yes.

23  Q.  And who identified those items?

24  A.  Well, Mark was downstairs first, so I can only presume that

25  he saw them.  But I know what I saw when I went down the steps.

STEPHEN HAUG - DIRECT BY MS. MOHSIN

1   Q.  So when you went down the steps, what did you see?

2   A.  When I went -- came down the steps, went to the left, there

3   was a working table, for a lack of better term, like, couple

4   tables together with -- there was a soldering iron on it,

5   solder.  There was a stand to hold the soldering iron.  There

6   was a drone, some other electrical components.  There was a

7   measuring cup that had a coffee filter on top of it.  There was

8   some other electrical items.  There was wire, wire strippers,

9   things of that nature.

10  Q.  Okay.  And did you see other items in that -- in that area

11  as well?

12  A.  I did.  So in the corner was another table that had a

13  larger amount of glassware on it.  There was measuring bowls, a

14  bunch of measuring cups.  They were very small, almost looked

15  the size of a shot glass, but they were all -- had graduation

16  markings on them for measuring liquid volumes.  There were

17  several empty glass jars.  There was a glass jar within a jar.

18  There was a packet of coffee filters, and then on top of that

19  was a little plastic bag with spare Christmas tree lights in

20  it.  There were a few, I think two, digital timers.  One was in

21  the packet; one was outside of the packet, just sitting on the

22  table.  And then to the left of that was a vertical cabinet,

23  and there was quite a few items in there.

24  Q.  All right.  And so, you know, at some point did you

25  participate in the search of this home?

1   A.  Yes.

2   Q.  And was your focus again during this search limited in any

3   way?  To explosive-related materials in other words?

4   A.  Yeah.  That was the purpose for me being there, correct.

5   Q.  So you weren't looking for other things.  You were just

6   focused on those type of things?

7   A.  That's correct.

8   Q.  Okay.  So when you saw these items in the basement, what

9   was your observation -- you know, what was your perception as a

10  bomb tech?

11  A.  Well, when I looked at what I saw on the working table, the

12  table in the corner, and then all the items that I saw in the

13  cabinet, which included -- there was a bottle of clear unknown

14  liquid.  There were some bottles of nail polish remover.  There

15  was a bottle of acid, several boxes of matches, box of

16  Christmas tree lights, a glue gun, glue for the glue gun,

17  packages of walkie-talkies.  What else was in there?  There

18  were some other items.  If I saw the photo, I -- would help my

19  recollection.

20         But it reminded me, honestly, of like -- almost like a

21  training scenario that I would conduct for other bomb

22  technicians to find an improvised explosive laboratory.

23         Prior to the search -- I don't remember what part of

24  the year -- I read an intel product from our headquarters unit

25  that pushed out, referencing an -- it's called Inspire

1  magazine.  It's an English-language magazine put out by

2  al'Qaida.  And this particular issue talked -- there was an

3  article to the effect of how to build a bomb in the kitchen of

4  your mom.  And what I was seeing was almost identical to what I

5  remember from reading and seeing the photos in that magazine.

6  Q.  So when you -- what you saw reminded you of what you had

7  seen in this magazine.  Is that what you're saying?

8  A.  Yes.

9  Q.  Okay.  And you indicated also that when you teach other

10  bomb techs, this is a similar scenario?

11  A.  Yes, these, to me, would be all indicators.

12  Q.  All right.  Now, you indicated that if you saw the photo,

13  it would help for you to recall some of the items that you had

14  seen.  Was the positioning of these items relevant to you in

15  any way?

16  A.  It was given that all the items necessary -- for example,

17  if I were to make TATP, which is a improvised explosive, I need

18  acetone, I need peroxide and some form of acid.  In this

19  cabinet there was acid on the bottom shelf, and there was

20  acetone in the shelf.  There was an unknown liquid in a bottle,

21  and then there were other items that could be used to make an

22  explosive device, based on my training and experience.  So I

23  was -- it was, like, wow.

24  Q.  Okay.  I want to direct your attention now to some of the

25  items that you talked about.  Were those seized as evidence?

1   A.   Yes.

2   Q.   The chemicals that you talked about, the acid, the unknown

3   liquid, and the acetone, were those seized?

4   A.   Yes.

5   Q.   And were those seized by the other bomb tech?

6   A.   He -- he physically seized them.  I observed him seizing

7   them, yes.

8   Q.   All right.  And you saw these other items as well that were

9   seized that related to, you know, explosives that we've been

10  talking about.

11  A.   Yes.

12  Q.   Did you observe those items also being seized?

13  A.   Yes.

14  Q.   Okay.  I want to direct your attention to a couple of

15  pieces of evidence and ask you if you recognize them.

16         Directing your attention now to the following

17  exhibits.  I'm going to present them to you in one box, but for

18  the record, these are Exhibits 15-36.1, 15-36.2, 15-36.3.

19  Let's start with those.

20       (Brief pause.)

21       Do you recognize Exhibits 15-36.1, '2, and '3?

22  A.   I do.

23  Q.   What are they?

24  A.   Different-size measuring vessels.

25  Q.   Okay.  And where were these found?

STEPHEN HAUG - DIRECT BY MS. MOHSIN

1   A.  These were found on that table in the back corner.

2   Q.  Okay.

3          MS. MOHSIN:  Your Honor, at this time the government

4   moves for the admission of these three exhibits?

5          MS. BASHI:  No objection.

6          THE COURT:  These exhibits are admitted.

7          MS. MOHSIN:  Thank you.

8     (GX 15-36.1, 15-36.2 and 15-36.3 received in evidence.)

9   BY MS. MOHSIN:

10  Q.  Would you please remove them from the packaging and show

11  them to the jury?

12  A.  [Displaying exhibits.]

13  Q.  Thank you.  I'm going to take those back from you.

14          Directing your attention now to Proposed

15  Exhibits 15-37.1, 15-37.2, and 15-37.3.  Do you recognize these

16  three proposed exhibits?

17  A.  I do.

18  Q.  What are they?

19  A.  Again, different-size liquid measuring vessels.

20  Q.  And where were they found?

21  A.  That same back right-hand corner table.

22          MS. MOHSIN:  All right.  Your Honor, the government

23  moves for the admission of Proposed Exhibits 15-37.1, '2, and

24  '3.

25          MS. BASHI:  No objection.

| | |
|---|---|
| 1 | THE COURT:  Those exhibits are also admitted. |
| 2 | (GX 15-37.1, 15-37.2, and 15-37.3 received in evidence.) |
| 3 | BY MS. MOHSIN: |
| 4 | Q.  Do they look like they're in the same or substantially |
| 5 | similar condition as they were when you first observed them? |
| 6 | A.  Yes. |
| 7 | Q.  Can you please publish each one to the jury? |
| 8 | A.  Sure.  [Displaying exhibits.] |
| 9 | Q.  I'm going to take those back from you as well. |
| 10 | And, finally, I want to direct your attention to |
| 11 | Proposed Exhibit 15-38.  Do you recognize this exhibit? |
| 12 | A.  I do. |
| 13 | Q.  What is it? |
| 14 | A.  It's a measuring cup and a coffee filter. |
| 15 | Q.  Do you remember how this exhibit looked when you first |
| 16 | observed it? |
| 17 | A.  Oh, I do.  It was -- the filter was on top, something like |
| 18 | that [indicating]. |
| 19 | MS. MOHSIN:  All right.  The government moves for the |
| 20 | admission of 15-38? |
| 21 | MS. BASHI:  No objection. |
| 22 | BY MS. MOHSIN: |
| 23 | Q.  Okay.  So, you -- |
| 24 | THE COURT:  Admitted. |
| 25 | MS. MOHSIN:  Sorry. |

1           THE COURT:  Go ahead.

2     BY MS. MOHSIN:

3     Q.  So when you saw that exhibit, you said that the filter was

4     sitting on top of it and it's in the photos?

5     A.  Yes.

6     Q.  Okay.

7           MS. MOHSIN:  Your Honor, we move for the admission of

8     15-38.

9           THE COURT:  Admitted.

10          MS. MOHSIN:  Thank you.

11     (GX 15-38 received in evidence.)

12     BY MS. MOHSIN:

13     Q.  Now, I want to direct your attention to measuring cups.

14     You indicated that you had done a sweep of the first floor

15     before you went into the basement.

16     A.  Yes.

17     Q.  Did that include the kitchen?

18     A.  Yes.

19     Q.  Did you observe items in the kitchen?

20     A.  Yes.

21     Q.  And you've seen photographs of them recently?

22     A.  I have.

23     Q.  Did you observe any measuring cups in the kitchen?

24     A.  Yes.

25     Q.  Were they measuring cups similar to these type of measuring

STEPHEN HAUG - DIRECT BY MS. MOHSIN

1   cups [indicating]?

2   A.   Yes.

3   Q.   And where were they located?

4   A.   I believe on either side of the stove.

5   Q.   Okay.  I want to show now some photographs that have been

6   admitted into evidence and ask if you would -- is there a laser

7   pointer in front of you?  If you could just use that laser

8   pointer when appropriate.  Let's begin with 15-1.13.

9          And there's a screen in front of you as well --

10  A.   Oh, okay.

11  Q.   -- which may be helpful to you.

12  A.   Is this --

13  Q.   Is it turned on?

14  A.   It's on.

15  Q.   Okay.  So what are we looking at here?

16  A.   It's looking into the kitchen.

17  Q.   All right.  15-1.14.  Can you describe what we're looking

18  at here?

19  A.   Yeah.  It's looking into the kitchen from right to left.

20  There's a countertop.  It has -- it looks like spices.  There's

21  a squeeze bottle jar with what looks to be some sort of oil.

22  There's a red squeeze bottle with something in it, an empty

23  vase.  It looks like a bottle of Windex to the right.  There's

24  some pots on the stove, a plate sitting on top of what looks --

25  the counter above the dishwasher.

STEPHEN HAUG - DIRECT BY MS. MOHSIN

1 Q.  Okay.

2 A.  A blender.  It looks like a box of cereal to the left, a

3 refrigerator, a kitchen table, things I would expect to see in

4 a kitchen.

5 Q.  All right.

6   MS. MOHSIN:  Ms. McDonald, would you please zoom in on

7 the corner to the right of the stove where he indicated there

8 were some bottles?

9 BY MS. MOHSIN:

10 Q.  All right.  Can you identify, using that laser pointer,

11 some of the items that you just referenced?

12 A.  Yeah.  The two squeeze bottles are here.  It looks like

13 cooking spray oil there, some sort of vegetable.  I don't know

14 if they're green tomatoes or what they are.  A glass, an empty

15 vase, what to me looks like a Windex bottle, some Coke cans.

16 Q.  Okay.

17   MS. MOHSIN:  Take that --

18 BY MS. MOHSIN:

19 Q.  Sorry.

20 A.  Yeah, that's -- yeah.

21   MS. MOHSIN:  Can we take that down?

22   Next exhibit, 15-1.15.

23 BY MS. MOHSIN:

24 Q.  Is that another view of the kitchen?

25 A.  It is.

1   Q.  Did you see a coffee machine anywhere?

2   A.  I did not.

3   Q.  Okay.  15-1.16.  Is that another view of the kitchen?

4   A.  It is.

5   Q.  All right.  15-1 -- I'm sorry.

6          Are there cleaning supplies in this particular photo?

7   A.  Yes.  There's -- it looks like Lysol wipes or some sort of

8   wiping thing.  That looks like it was [indicating] some sort of

9   cleaner.

10  Q.  Okay.

11  A.  As I said, on the opposite counter, there was that bottle,

12  what looked to be Windex.

13  Q.  Okay.

14          MS. MOHSIN:  Next slide, please -- or photo, 15-1.17.

15  BY MS. MOHSIN:

16  Q.  Is this the opposite view of the kitchen?

17  A.  Yes, it is.

18  Q.  All right.  15-1.18.

19          All right.  I want to direct your attention to the

20  left side of the stove.  Did you observe any items here that

21  were significant?

22  A.  Like, there's a measuring cup right here [indicating].

23          MS. MOHSIN:  Can you zoom in, please, Ms. McDonald?

24          One moment.

25      (Brief pause.)

```
 1   BY MS. MOHSIN:

 2   Q.  Can you identify the items that you see here in that

 3   measuring cup you were referring to?

 4   A.  Okay.  Well, this looks like an empty container

 5   [indicating], a glass jar with something in it.  This is a

 6   measuring cup [indicating].  I believe that's -- that may be

 7   instant coffee there [indicating].  There's a toaster, some

 8   jelly, Bisquick, the plate with leftover food on it.  There's

 9   some more measuring cups right here [indicating].

10   Q.  When you say "some more," do you see one or more than one?

11   A.  It looks like one within another.

12   Q.  Okay.  And do these appear to be made of glass?  Plastic?

13   Both?

14   A.  I don't recall.

15   Q.  All right.

16   A.  I can't tell from the photo.

17   Q.  Now, you've mentioned that there was instant coffee.  Have

18   you ever used instant coffee?

19   A.  Yes.

20   Q.  You ever use it with a filter?

21   A.  No.

22   Q.  Okay.  I want to direct your attention now to

23   Exhibit 15-1.19.  What are we looking at here?

24   A.  This is just a cupboard in the kitchen holding -- there's

25   some Lysol spray, some more of those wipes, shells and cheese,
```

23

1    macaroni and cheese.  It looks like olive oil.

2    Q.  So items like this would you expect to see in a pantry?

3    A.  Yes.

4    Q.  All right.  Thank you.

5         You indicated that you also saw pool shock or pool

6    cleaner.  Directing your attention to Exhibit 15-1 -- sorry.

7    One moment.

8        (Brief pause.)

9    BY MS. MOHSIN:

10   Q.  We're looking for the -- there's a photo of the pool shock

11   cleaner, isn't there?

12   A.  Yes.

13   Q.  And have you seen that?

14   A.  Yes.

15   Q.  Okay.  Did -- was that a new box?  An open box?  Did you

16   observe anything about that box?

17   A.  It was a sealed box.

18   Q.  Sealed?

19   A.  Yes.

20   Q.  Okay.  Now -- I'm trying to find the photo number.

21        MS. MOHSIN:  One moment, please, Judge.

22       (Brief pause.)

23        MS. MOHSIN:  While they're looking for that photo, I'm

24   going to move on, your Honor, if that's okay.

25        THE COURT:  All right.  You may proceed.

```
 1              MS. MOHSIN:  Thank you.

 2   BY MS. MOHSIN:

 3   Q.  So after these items were identified and they were

 4   seized -- I should ask, were you present when the chemicals,

 5   specifically the suspected unknown liquid, the acetone, and the

 6   acid were seized?

 7   A.  Yes.

 8   Q.  How were they seized?

 9   A.  Well, they were collected -- they were -- the unknown

10   liquid was put into what's called an I-Chem jar.  It's a glass

11   jar.  And then there's a film seal that's put over the jar lid,

12   and then the screw-top lid is placed on top of that and then

13   the seal placed around the jar, and that went into a plastic

14   bag.

15   Q.  Okay.  And then it went into a plastic bag.  What about the

16   other items?

17   A.  The other items, I don't believe we subsampled them until

18   we took them back to where we store our hazardous evidence.

19   Q.  All right.  So after those items were taken back to

20   hazardous evidence storage --

21   A.  Uh-huh.

22   Q.  -- were you there with Mr. Davidson when that happened?

23   A.  Yes.

24   Q.  And what did you do next?

25   A.  That day or the following day?
```

1   Q.  That day or the following day.

2   A.  They were secured that day, placed into the hazardous

3   evidence locker.  And at some point in time, I believe I called

4   the Explosives Unit to let them know, A, what we had and how

5   they would like us to proceed with package and subsampling to

6   get the evidence to the lab.

7   Q.  Is that something that was unique to this case or something

8   that you were -- you've done before?

9   A.  I do that on every case.

10  Q.  Why do you do that on every case?

11  A.  To make sure that we follow the protocol and to make sure

12  that they receive the evidence the way they want it.

13  Q.  And when you say "they," you're referring to the

14  laboratory?

15  A.  Correct.

16  Q.  And so is this a decision that you make in con -- or are

17  you following their instructions, or are you exercising your

18  own judgment here?

19  A.  A little bit of both.

20  Q.  All right.  So now you've seized this evidence, you've

21  contacted the lab.  Did you receive any instructions?

22  A.  Yes.

23  Q.  And what instructions did you receive?

24  A.  For the unknown liquid, they wanted the entire volume of

25  it.

1   Q.  Okay.

2   A.  Whatever -- that we recovered.

3          For the other liquids, they only wanted small samples.

4   They didn't need the entire bulk of all the liquids, just small

5   samples of each.  Same with the chemicals we found.

6   Q.  With the pool shock materials?

7   A.  Yes.

8   Q.  Okay.  And so when you say they wanted samples, how did you

9   effect those samples?  How did you make that happen?

10  A.  So for the pool start-up kit example, we opened the box,

11  and there's three different containers in there with sealed

12  containers of whatever chemicals were in there, the three

13  chemicals used to start up a pool.  They were opened.  We're

14  wearing gloves, eye protection, protective gear.  We have

15  sterile spatulas to sample out the powders.  We put them in a

16  small tube.  It's got a conical shape on the bottom.  I believe

17  they're called Falcon Tubes.  There's a screw-top lid that goes

18  on.  It gets sealed.  Evidence gets marked; it goes into a bag.

19  And we do this for each of the powder chemicals.

20         The liquids, we would draw out, or pour out if it was

21  safe to do that, a small amount into a very small vial.  And,

22  again, they would be sealed, marked, put in plastic bags -- it

23  would be double-bagged -- and then sealed.

24         And then for the shipping purposes of that, it would

25  go in -- the container's called a 663 container.  And what that

27

STEPHEN HAUG - DIRECT BY MS. MOHSIN

1   is is a very heavy steel container.  It's kind of tubular

2   shaped, and it's got a very large screw top on it.  We would

3   put the items inside of that.  And then on the bottom and on

4   the top is antistatic foam.  It's pink foam, so it's antistatic

5   and to help hold the items in place.  The screw-top lid is then

6   put back on.

7          The container itself goes into its metal box that it's

8   shipped with.  That is closed, put it in another cardboard

9   shipping box that is sent to us from the lab.  And then at --

10  when it's time to send it to the lab, the paperwork is

11  generated.  It's brought to the evidence room at the McNamara

12  building, the FBI office.  The ladies in evidence are trained

13  to ship hazardous evidence via FedEx.  And that's what happens.

14  Q.  Okay.  So let's go back.  You put subsamples of these

15  chemicals.

16  A.  Uh-huh.

17  Q.  Let's talk about the suspected unknown liquid.  Did there

18  come a time where you had an idea of what that liquid might be?

19  A.  Yes.

20  Q.  And how did you figure that out?

21  A.  So we have an instrument.  It's called a FirstDefender, and

22  it's an instrument for identifying solids and liquids.  And it

23  can shoot right through the glass jar via a laser, and then it

24  collects a spectra of whatever material is in there.  And then

25  it will -- if it's in the library of the instrument, it tells

STEPHEN HAUG - DIRECT BY MS. MOHSIN

 1   us what it thinks it is.

 2   Q.  Is this like a field test of some kind?

 3   A.  Correct.  Preliminary screening.

 4   Q.  All right.  And why would you do that?

 5   A.  It's a safety thing.  We don't want to send unknown

 6   materials either through FedEx or to the laboratory.  We want

 7   to have an idea of what this is before we send it.

 8   Q.  Does the composition of the chemical or the solid or powder

 9   have an effect or impact how that material is sent?  In other

10   words, the plan for how you're going to send it in the mail?

11   A.  Yes, the packaging is particular to whether it's a solid or

12   a liquid.  And in this case we, in an abundance of caution,

13   used the 663 containers and then followed the hazardous

14   material shipping guidelines, which are very stringent, through

15   FedEx to get it to the lab.

16   Q.  Now, when you send materials through FedEx, you indicated

17   that those guidelines are stringent.  Is there an agreement

18   between the FBI and FedEx about how to handle hazardous

19   materials?

20   A.  Yes.

21   Q.  And is that an area that's -- that's highly regulated?

22   A.  Yes.

23   Q.  Is there limits on the amount of a particular chemical or

24   powder or substance that you can provide to the lab via FedEx?

25   A.  I know there's a limit for explosives.  For particular

```
 1   chemicals, I don't know if there's a limit or not.
 2   Q.  All right.  And so is that something that the lab takes the
 3   responsibility for?  In other words, when you contact the lab,
 4   are they giving you that information?
 5   A.  Yes, that's why they're telling us specifically, you know,
 6   small samples, 1 gram, 2 grams, whatever their recommendation
 7   is.
 8   Q.  Now, you talked about a 663 jar, and that you used this in
 9   an abundance of caution.  What is a 663 jar?  You said it's
10   some sort of a metal container?
11   A.  It's a big, heavy metal tube with a large screw-top lid
12   that opens up.  It's very thick walled.  It's designed to carry
13   explosives so that if something would happen where it would
14   detonate inside the container, it would stay contained within
15   the container, and there would be not -- a lesser safety issue.
16   Q.  Okay.  And so did you follow those instructions here?
17   A.  Yes.
18   Q.  And that unknown liquid, after you put it through this
19   device or that test, this preliminary test, what did you
20   believe that unknown liquid to contain based on the test?
21   A.  Peroxide.
22   Q.  All right.  I'm going to publish at this time Exhibit
23   15-1.57 and just ask if you know what this is and what we're
24   looking at here.
25   A.  Yeah, that's the hallway in the upstairs, and then the
```

1  stored-up chemical boxes right there on the shelf [indicating].

2      MS. MOHSIN:  Thank you, Ms. McDonald.

3  BY MS. MOHSIN:

4  Q.  After you packaged all of the chemicals in this case, did

5  you provide them to the folks at the McNamara building to send

6  to the lab?

7  A.  I did.

8  Q.  And then do you have any other involvement in this case

9  after that?

10 A.  No.

11     MS. MOHSIN:  One moment, please.

12     (Attorney conference.)

13     MS. MOHSIN:  No further questions.  Thank you.

14 A.  You're welcome.

15     THE COURT:  Thank you, Ms. Mohsin.

16     Ms. Bashi, you may proceed with cross-examination.

17                 CROSS-EXAMINATION

18 BY MS. BASHI:

19 Q.  Good morning, Mr. Haug.

20 A.  Good morning.

21 Q.  Am I saying your name right?

22 A.  Yes.

23 Q.  Okay.  So I want to go back to your role that day.  You

24 were one of two bomb techs that were at the search, right?

25 A.  Correct.

```
 1   Q.  And the other one was Davidson?

 2   A.  Yes.

 3   Q.  Okay.  You guys were kind of partnered up that day?

 4   A.  Yes.

 5   Q.  And I know you said you split up once you got into the

 6   house and then you kind of reconvened in the basement?

 7   A.  Yes.

 8   Q.  So were you there when Davidson collected those chemicals

 9   in the basement?

10   A.  Yes.

11   Q.  And he didn't measure anything when he collected it, right?

12   A.  Correct.

13   Q.  Including that squeeze bottle with the unknown liquid in

14   it?

15   A.  Correct.

16   Q.  Okay.  He did put that into a jar, that I-Chem jar?

17   A.  Yes.

18   Q.  And you did see him do that?

19   A.  Yes.

20   Q.  Did you watch him seal it all up and everything?

21   A.  I did.

22   Q.  Okay.  And you didn't -- when you guys were doing that,

23   neither of you called for a photographer to come and capture

24   that process, right?

25   A.  No.
```

1    Q.  Okay.  And then it was about a month later that you and

2    Mr. Davidson were then sampling things to send off to the lab,

3    right?

4    A.  That's correct.

5    Q.  Okay.  And did you measure stuff when you were sample --

6    when you were sending the samples?

7    A.  No.

8    Q.  You didn't?

9    A.  No.

10   Q.  Okay.  But you wrote a report about the fact that you took

11   those samples, right?

12   A.  Yes.

13   Q.  Okay.  And in that report you say there's 3 to 4 ounces

14   approximately of the peroxide?

15   A.  Correct.

16   Q.  Right?

17          Where did you get the 3 to 4 ounces from?  Is that

18   just you eyeballing it?

19   A.  Yes.

20   Q.  Okay.  You didn't actually measure that?

21   A.  Correct.

22   Q.  And you said that you used that special laser machine to

23   determine that it was presumptively peroxide?

24   A.  That's correct.

25   Q.  You didn't write a report about that anywhere?

1  A.  I did not.

2  Q.  To your knowledge, did your partner, Davidson, write a

3  report about that?

4  A.  I don't believe so.

5  Q.  Okay.  And then you were given some of those measuring --

6  glass measuring implements to open up, right --

7  A.  Yes.

8  Q.  -- a few minutes ago?

9        And those were found, you said you saw them on the

10  table in the basement?

11  A.  Yes.

12  Q.  And you saw other stuff on the table too, right?

13  A.  I did.

14  Q.  There were bowls, it looked like?

15  A.  Measuring bowls, yes.

16  Q.  When you say "measuring bowls" --

17  A.  I think they had graduation marks on --

18  Q.  That you recall?

19  A.  That I recall.

20  Q.  The bowls didn't get seized, right?

21  A.  I -- I don't believe so.  I don't know.

22  Q.  You didn't witness them get seized?

23  A.  I did not.

24  Q.  Okay.  And then there was, like, some Tupperware.  It

25  looked like maybe there was some Tupperware that had lids.

STEPHEN HAUG - CROSS BY MS. BASHI

1   A.   I remember a bunch of glass jars.  I don't necessarily

2   remember Tupperware, but I think the photo would speak for

3   itself on that.

4   Q.   Okay.  And you said there were timers, those kitchen

5   timers?

6   A.   Digital timers, yes.

7   Q.   Okay.  And the coffee filters were over there?

8   A.   Yes.

9   Q.   And then you just mentioned those -- a bunch of jars?

10  A.   There were jars.

11  Q.   Yep.  That looked like maybe old pickle jars or something

12  like that?

13  A.   Old glass jars.

14  Q.   Old glass jars.

15  A.   Yeah.

16  Q.   And none of those got seized either, right?

17  A.   I don't know.

18  Q.   Did you seize any of them?

19  A.   I did not seize them.

20  Q.   Okay.  Did Davidson seize any of them?

21  A.   I don't believe so, no.

22  Q.   Okay.  Did you witness anyone seize any of them?

23  A.   I did not.

24  Q.   Okay.  And then I want to go back to when you were talking

25  about how you walked down there and this looked like -- I think

STEPHEN HAUG - CROSS BY MS. BASHI

1  you said like a training exercise that you could set up, right?

2  A.  Yes.

3  Q.  And you talked about your knowledge of TATP and how you saw

4  the acetone, you had the unknown liquid, could be hydrogen

5  peroxide.  You had the acid, right?

6  A.  Yes.

7  Q.  And in your knowledge of how to make TATP, you also need --

8  if you're going to do it, you need a heat source, right?

9  A.  Well, the acid generates the heat.

10  Q.  Okay.  So you're assuming that whatever that clear liquid

11  is is already ready to go for TATP or...

12  a.  I wasn't necessarily assuming anything.  All I knew was,

13  based on what I saw, it gave me concern that the totality of

14  those circumstances made me believe that that's -- it looked

15  like an improvised explosive lab.

16  Q.  Okay.  Well, in your knowledge of -- do you know how to

17  make TATP?

18  A.  I have made TATP previously --

19  Q.  Okay.  Did you --

20  A.  -- in training classes under the direction of an FBI

21  chemist.

22  Q.  Okay.  Did you use a heat source for that?

23  A.  No.

24  Q.  No?

25        Were you using, like, chemical-grade ingredients?

36

```
 1   A.  I don't know the answer to that because I wasn't the
 2   chemist providing them.
 3   Q.  Okay.
 4   A.  I was just doing what I was told to do, mixing --
 5   Q.  I'm asking, FBI chemists provided you with the
 6   ingredients you used?
 7   A.  Correct.  And step-by-step instructions on how to do that.
 8   Q.  Okay.  Did you use ice?
 9   A.  Yes.
10   Q.  Okay.
11   A.  Yes.  It's put in an ice bath to keep it cool so nothing
12   bad happens.
13   Q.  Yeah.  Okay.
14           Did you use a fridge?
15   A.  I did not use a fridge.
16   Q.  Okay.  Did you see a fridge in the basement in your
17   walk-around down there?
18   A.  I don't recall a fridge in the basement.
19   Q.  Okay.  Did you see any kind of like stovetop or a hotplate
20   or camping stove, anything like that, in the basement?
21   A.  I don't recall that.
22   Q.  Okay.
23           MS. BASHI:  Can I ask Ms. McDonald to bring up
24   15-1.18, please.  Can you zoom in right where that paper towel
25   holder is for me.  Thank you.
```

```
 1   BY MS. BASHI:
 2   Q.  I know we already talked about some of this stuff.
 3           Do you see that clear container there with that blue
 4   lid?
 5   A.  I do.
 6   Q.  Does that look like a plastic container to you?
 7   A.  Yes.
 8   Q.  And it's, like, a straight-sided Tupperware?  I don't know
 9   if it's Tupperware brand, but...
10   A.  Yeah.  I mean, it's -- I guess you would call it straight.
11   It's rounded, so...
12   Q.  Right.  I'm sorry.  I mean vertically straight.
13   A.  Yes.
14   Q.  Yes.  Okay.
15           You didn't take that Tupperware, did you?
16   A.  I did not.
17   Q.  Okay.
18           MS. BASHI:  You can take that down.  Thank you.
19   BY MS. BASHI:
20   Q.  And then did you -- did you become aware -- did anyone from
21   the lab make you aware that that suspected peroxide was leaking
22   when it arrived there?
23   A.  Actually, I only found that out very recently.
24   Q.  Okay.  So you had no idea?
25   A.  I did not.
```

STEPHEN HAUG - CROSS BY MS. BASHI

1    Q.   Okay.  Did any of the other -- did you learn that any of

2    the other chemicals that were submitted were leaking?

3    A.   I have not heard that, no.

4    Q.   Okay.

5         MS. BASHI:  Can I have one moment?

6         THE COURT:  You may.

7    (Attorney conference.)

8    BY MS. BASHI:

9    Q.   One last question, Mr. Haug.

10        In your recollection, did you recover a funnel

11   anywhere from the house that day?

12   A.   I personally didn't recover anything.

13   Q.   Okay.  Did you --

14   (The court reporter requests clarification.)

15        THE WITNESS:  I personally did not recover anything.

16   BY MS. BASHI:

17   Q.   Did you witness anyone recover a funnel or did you see a

18   funnel?

19   A.   I don't recall a funnel.

20   Q.   Okay.  Thank you.

21        THE COURT:  Thank you, Ms. Bashi.

22        Any requested redirect?

23        You may proceed, Ms. Mohsin.

24                          REDIRECT EXAMINATION

25   BY MS. MOHSIN:

1   Q.  It took a month for you or for the FBI to ship the

2   materials -- the chemical materials that had been seized; is

3   that right?

4   A.  That's correct.

5   Q.  What happened during that period of time, from the time the

6   materials were seized until ultimately they were shipped?

7   A.  Well, the evidence remained in storage until such time as I

8   was requested by, I believe it was the case agent, to

9   facilitate getting that to the lab for testing.

10  Q.  Was there a period of time where you were in contact with

11  the lab to get information?

12  A.  I know I had made my initial phone call to the device

13  examiner for -- to get all the information on how he wanted it

14  shipped and the quantities of the things he wanted shipped.

15  Q.  And was there a period of time where you waited for

16  materials to arrive so you could ship them?

17  A.  Yeah, it came fairly quickly.  I believe it was, like, the

18  next day.

19  Q.  Okay.  So they sent them to you very quickly?

20  A.  Yes.

21  Q.  And then when did you package them?

22  A.  We packaged them, I believe it was the 28th, and they went

23  out on the 29th.

24  Q.  Of what month?

25  A.  That would have been November.

1   Q.   November.

2   A.   Yeah.

3   Q.   Okay.  So the search warrant was on the 30th and then it

4   took a few weeks for you to finish all of this, wait for the

5   case agent, wait for the lab, and get the materials shipped?

6   A.   Correct.

7   Q.   Okay.  Why didn't you measure the suspected peroxide?

8   A.   We don't want to transfer liquids any more than we need to.

9   First of all, I'm not a chemist, so I don't have a laboratory

10  at the Detroit field division to do that in.  I don't have

11  lab-certified or otherwise calibrated measuring vessels to say

12  specifically that a volume is X.

13          And, for example, every time we would transfer a

14  liquid, there's going to be some residue left.  In an already

15  small sample, we didn't want to lose any more than we had.  And

16  quite honestly, to me, it doesn't matter how much it is or what

17  it is.  That's for the lab to figure out.  That's why they're

18  the scientists and I'm not.

19  Q.   Okay.  Now, you talked about eyeballing a measurement.  I

20  want to take you back to the day of the search warrant.  Did

21  you know whether photographs had been taken of the various

22  items that were contained within that shelf in that cabinet?

23  A.   They were taken, yes.

24  Q.   And you've seen those photos?

25  A.   I have.

1  Q.  I want to direct your attention to Exhibit 15-128.

2          MS. MOHSIN:  If you would publish that, please.

3  Sorry.  15-129.

4          MS. BASHI:  I have 15-1.128.

5          MS. MOHSIN:  28?

6          MS. BASHI:  1.128.

7          MS. MOHSIN:  Oh, I gave the wrong number again.

8  Sorry.  1.128.  Sorry.

9          Thank you, Ms. Bashi.

10          15-1.128.

11  BY MS. MOHSIN:

12  Q.  Okay.  Do you know if this photograph was taken by the

13  photographer?

14  A.  Yes.

15  Q.  And do you know if it was taken the day of the search?

16  A.  Yes.

17  Q.  When did you see it for the first time?

18  A.  The item or the photograph?

19  Q.  Sorry, the photograph.

20  A.  Ooh.  Probably during trial prep.

21  Q.  Okay.  So much later?

22  A.  Oh, yeah.

23  Q.  Years later?

24  A.  Yes.

25  Q.  Okay.  So when you made your approximation of the quantity

 1  of suspected peroxide, was it based upon this photo or was it

 2  based upon what you saw in that I-Chem jar?

 3  A.  It was based on what we saw in the I-Chem jar.

 4  Q.  Okay.  Thank you very much.

 5          MS. MOHSIN:  No further questions.

 6          THE COURT:  All right.  This concludes your testimony.

 7  You may step down.  You're excused.

 8          THE WITNESS:  Thank you.

 9      (Witness excused, 9:51 a.m.)

10          THE COURT:  And the government may call its next

11  witness.

12          MS. MOHSIN:  Christopher Rigopoulos.

13          THE COURT:  If he would approach and be sworn.

14          And we're going to have a standing stretch break for

15  everyone in the courtroom.  If you would stand and stretch.

16          And, Mr. Rigopoulos, if you would just pause at the

17  witness stand.

18      (Stretch break.)

19          THE COURT:  Everyone may be seated.

20          Ms. Osorio, if you would proceed with swearing in

21  Mr. Rigopoulos.

22          THE COURT CLERK:  Good morning.

23          THE WITNESS:  Good morning.

24      (**Christopher Rigopoulos**, sworn, 9:53 a.m.)

25          THE COURT CLERK:  Thank you.  You may be seated.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

```
 1                        DIRECT EXAMINATION
 2   BY MS. MOHSIN:
 3   Q.  Good morning.
 4   A.  Good morning.
 5   Q.  I'm going to ask you to -- thank you for adjusting your
 6   microphone so you can be heard.
 7           Could you please state your name and spell your last
 8   name for the jury.
 9   A.  Most certainly.  Christopher Rigopoulos,
10   R-I-G-O-P-O-U-L-O-S.
11   Q.  Sir, do you have training and experience in the field of
12   explosives?
13   A.  Yes, ma'am.
14   Q.  And were you ever employed by the FBI?
15   A.  Yes, ma'am.
16   Q.  When were you employed by the FBI?
17   A.  From February of 1997 until December of 2021.
18   Q.  What happened in December of 2021?
19   A.  In December of 2021, I retired after, oh, 25 years of
20   employment as a special agent.
21   Q.  All right.  If you'd lift that microphone just a smidge.
22   Thank you so much.
23           Now, I want to take you all the way back to the time
24   before you joined the FBI, really to the time after you
25   finished high school.  What did you do after you finished high
```

1   school?

2   A.  When I finished high school, I enlisted in the United

3   States Marine Corps.  I was a combat engineer, which is an

4   occupation where you deal with land mines, booby traps, and

5   explosives.  It's in combat-related events.  And I did that for

6   13 years in the U.S. Marine Corps Reserve.

7   Q.  And when did you -- you said 13 years.  So when did you

8   start and end with the Marine Corps?

9   A.  Started in 1984, and in 2 -- 1997, when I was appointed

10  to the FBI, that's when I left my enlistment.

11  Q.  Now, during the time that you were with the Marine Corps as

12  a combat engineer, were you trained on the use of explosives?

13  A.  Yes, I was.

14  Q.  Were you trained on how to handle explosives?

15  A.  Yes, I was.

16  Q.  And did you also -- you talked about land mines.  Were you

17  trained in how to deal with land mines in combat situations?

18  A.  Yes.  Matter of fact, our unit got activated for the first

19  Gulf War in 1990, and we deployed to Saudi Arabia, where we

20  were dug in and we effected the assault into Kuwait in 1991

21  against the Iraq forces that were -- we were up against.

22  Q.  Now, when we're talking about military explosives, are

23  those particular kinds of explosives?  In other words, are they

24  different from, let's say, improvised explosives?

25  A.  Fundamentally they are because they're factory made, if I

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1  can use that term, and they're packaged.  They're -- the

2  quality control that goes in the manufacture of these

3  materials, and they're very predictable.  And they're, once

4  again, used as tools in our craft.

5  Q.  Now, you indicated that you were in the reserves and that

6  you finished with the Marine Corps you said, I think, in the

7  late '90s; is that accurate?

8  A.  That is correct.

9  Q.  What did you do -- did you go to college?

10  A.  I did.  I attended the University of Tennessee from

11  September of 1984 until I graduated in December of 1988 with a

12  degree in social science education.  That's to be a social

13  studies teacher.

14  Q.  All right.  Is that what you thought you were going to do?

15  A.  That was a backup plan.  It was.

16  Q.  All right.  Didn't work out that way.

17      Were you ever employed by a fire department?

18  A.  I was.

19  Q.  Tell the jury a little bit about that.

20  A.  So I always wanted to be a firefighter when I was a kid

21  also, and I joined the fire department and -- for ten years.

22  The Rural Metro Fire Department is one that serves Knox County,

23  Tennessee.  And we provided fire suppression service, medical

24  service, any kind of call for -- any assistance someone needed,

25  you know, they always call the firemen.  We would come out and

```
 1   make sure everyone was safe.  That's the whole -- that's the
 2   name of the game.
 3   Q.  All right.  And so did you get any sort of experience with
 4   hazardous materials as a result of your employment as a
 5   firefighter?
 6   A.  I did.  I also became a hazardous materials technician.
 7   And what that means is that's when someone has a spill or a
 8   leak of a container with a hazardous material in it, that we
 9   would come and remediate that problem.  We'd stop it from
10   getting worse, because they're very dangerous materials once
11   they're out of their container.  That's what a hazardous
12   material technically is.  So we had excellent training, and
13   then operational experience dealing with that for -- every day.
14   It was an ongoing challenge.
15   Q.  And did you lead that department in any way?
16   A.  So I promoted from a firefighter to a lieutenant where I
17   ran a station in the shift, and then I promoted past that to
18   captain where I ran two shifts and two fire stations.
19   Q.  Okay.  Now, you testified that you joined the FBI.  So was
20   that after all of this other activity?
21   A.  It was.
22   Q.  And so it was about 1997; is that right?
23   A.  That's accurate, yeah.
24   Q.  Let's talk about the role you had with the FBI.  What was
25   your title at the FBI, or titles?
```

1   A.   When I retired, I was a supervisory special agent bomb

2   technician.  It's a long title.  But my craft was, as a bomb

3   technician in the FBI, to respond to calls for service where

4   improvised explosive devices were employed.  And we would go

5   make those safe to be collected as evidence because IEDs are

6   weapons and in furtherance of a crime.  So we would make those

7   safe.

8        And then when I was in my first ten years in

9   Philadelphia, then we would submit them to the laboratory for

10  examination and for forensic reporting where, you know, we

11  would take the prosecution forward.

12  Q.   So initially were you a special agent working out of a

13  field office for the FBI?

14  A.   That's correct.  I was special agent assigned in the

15  Philadelphia office, and that's where I did my first ten years.

16  Q.   So for ten years you were a bomb tech in Philadelphia.  And

17  during that time did you attend the FBI's special agent bomb

18  tech school?

19  A.   I did.  It's located in Redstone Arsenal, which is in

20  Huntsville, Alabama.  It's been there since 1974.  And it's in

21  an amazing and unique school where all the bomb technicians in

22  the United States go to this one school for the same training

23  with the same equipment so everybody can be in -- operable in

24  any situation and know what they're doing with the same

25  equipment.  It's still managed there today.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    Q.   And so when you say anyone can operate the same equipment,

2    does that mean, like, if you send bomb techs from different

3    parts of the country, they can work together?

4    A.   That's correct.

5    Q.   And is this training provided to only FBI agents or to

6    others as well?

7    A.   It's a public safety department, so they're primarily

8    police departments that would send their officers to Huntsville

9    for the school.  There are several fire departments in the

10   United States that also have bomb squads, which is unique, and

11   they would send those firefighters also to learn these skills.

12   Q.   Okay.  Now, did there come a time where you left

13   Philadelphia?

14   A.   I did.  It was in January of 2006.  I left Philadelphia.  I

15   got promoted to be a supervisor in the FBI, and I took the

16   position at Quantico, Virginia, in the Laboratory Division in

17   the Explosives Unit to be an explosives and hazardous device

18   examiner.

19   Q.   Now, what is an explosives and hazardous device examiner?

20   A.   An explosives and hazardous device examiner is the

21   individual who would receive those components or the evidence

22   of an IED from the field that would come to that examiner.  And

23   the examinations would come from that position to effect a

24   forensic report to describe what the IED was, how it may

25   function.  And also, because it's an IED -- it has explosives

1   with it; it's inherently dangerous -- the bomb technician

2   would -- examiner would receive it and make a plan on how the

3   examinations would be laid out and would move all the pieces

4   around.  And it's a safety thing because we're making sure

5   we're keeping everyone in the laboratory safe as well because

6   we're incorporating explosives now into these exams.

7   Q.  Now, you indicated that you went to --

8          THE COURT:  I'm just going to stop you.  We're going

9   to go ahead and have our morning break.

10         MS. MOHSIN:  Thank you.

11         THE COURT:  Thank you, Ms. Mohsin.

12         THE LAW CLERK:  All rise for the jury.

13      (Whereupon the jury was excused, 10:02 a.m.)

14         THE COURT:  Court is in recess for 15 minutes.

15         MS. MOHSIN:  Thank you, your Honor.

16         THE COURT:  Thank you.  You may step down.

17         THE WITNESS:  Thanks.

18      (Court in recess, 10:02 a.m.)

19      (Back on the record, 10:15 a.m.)

20         THE COURT CLERK:  All rise.  The United States

21   District Court for the Eastern District of Michigan is back in

22   session.

23         THE LAW CLERK:  All rise for the jury.

24      (Whereupon the jury entered the courtroom, 10:17 a.m.)

25         THE COURT:  Members of the jury, you all may be

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    seated.

2             Everyone in the courtroom may be seated.

3             You may continue with direct examination, Ms. Mohsin.

4             MS. MOHSIN:  Thank you, your Honor.

5    BY MS. MOHSIN:

6    Q.  Mr. Rigopoulos, I wanted to talk about your job

7    responsibilities.  We had talked about your responsibilities as

8    special agent bomb technician.  Did you also, as a SABT or a

9    special agent bomb technician, respond to locations where

10   explosives were either found or had been detonated?

11   A.  Numerous times, yes.

12   Q.  Okay.  And then you were talking about your duties.  Did

13   those also include weapons of mass destruction?

14   A.  Yes, I was a weapons of mass destruction coordinator, which

15   is a position where the FBI agent would go out and have

16   interaction with the local governments.  It would be a town, a

17   city, or a county -- and the state that we operated in.  When I

18   was in Philadelphia, we had 44 counties in our response area.

19             So I would meet the emergency management agencies from

20   those locations, and we would set up dialogue -- and once

21   again, it's all relationships.  So once we made those

22   relationships with them, if they had needed to reach out to us,

23   they already knew who to call.  And, you know, it was more of

24   a -- of a professional friendship, if I can use that term.  So

25   it was -- all the barriers were broken down.  We were

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    approachable in the FBI where they could come to us for

2    assistance if they so needed.  And we set up task forces, and

3    it was very successful.  This was all before 9/11.

4         So when 9/11 occurred, you know, everyone already had

5    these relationships in place, and it really facilitated smooth

6    operations and interaction between our federal and the local

7    and state governments.

8    Q.  And so was part of that outreach also designed to sensitize

9    people in the private industry or in government to some of the

10   things to look for?

11   A.  That was another approach where those relationships were in

12   place where people would realize through awareness what the

13   nuclear, chemical, or biological or explosive challenges were.

14   And if they saw something that looked out of place, they knew

15   they could reach out for assistance.

16   Q.  Now, you indicated that in '06, 2006, you were promoted to

17   Quantico.  Is that where the FBI's Laboratory Division is?

18   A.  It is.

19   Q.  And is that where, in 2006, the explosives and hazardous

20   device program was housed?

21   A.  Yes.

22   Q.  And so is that where you went?

23   A.  It is.

24   Q.  Did you receive additional training to be a hazardous

25   device examiner?

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   A.   I did.  It was a very involved training, and depending on

2   the individual and what's going on in the world, it could take

3   between two to five years to get qualified to operate on your

4   own in that capacity.  And in the training, it involved

5   numerous classes and hands-on experience to receive the

6   evidence from the field, to understand the laboratory

7   processes:  Checking in the evidence involves, you know,

8   photography.  Cataloguing -- there's a computer system that's

9   specific to this.  Identifying a laboratory plan of how the

10  evidence examinations would occur, in what certain order they

11  would happen.  Understanding how to write a report -- you don't

12  just take notes and just put it on.  It has to be in a certain

13  format and understanding the reason for that so it's easy to

14  understand for any reader.  And how to testify in these

15  situations like right now -- be prepared to testify as a

16  witness for the government.  It's all this training to prepare

17  you to interpret the evidence and make an opinion on the

18  explosive material and -- as an improvised explosive device.

19       So the training was -- it was very thorough.  It was

20  very challenging.  At the same time it was very rewarding

21  because you're taking your skills and assisting the field

22  offices and the case investigation to, you know, bring the

23  evidence to its full examination.  So --

24  Q.   And so that's an examination.  Is it a scientific

25  examination, or is it one that is something different?

1   A.   No, it's a scientific examination.  Based on the different

2   disciplines that the exams would take, it could be latent

3   fingerprints; it could be DNA; it could be tool marks; it could

4   be metallurgy, chemistry, explosives chemistry, and, in my

5   discipline, explosives and hazardous devices.  Those are

6   examples in a laboratory.

7   Q.   So when the field contacts a hazardous device examiner or

8   contacts the laboratory with what they believe may be either

9   explosives or precursor chemicals or things of that nature, are

10  they contacting a hazardous device examiner?

11  A.   They either can contact us directly, because it's a small

12  world, it's a small community, and someone may know someone on

13  the squad.  Or they contact the unit, and the unit chief will

14  start that dialogue and the conversations.

15        Or it could even be as simple as you're watching the

16  news and something, you know, might blow up somewhere, and I'm

17  like, "Okay, we're going to get that one."  And we can start

18  the ball rolling, say, "Hey, we're going to be here for you.

19  If you need anything, call back.  If I'm the guy on duty, you

20  know, call me, and I'll be available to assist you."

21        It's very dynamic, and things move fast in these

22  investigations.

23  Q.   Has that happened to you where you've seen something on the

24  news and you've contacted the field agents?

25  A.   Numerous times, sure.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   Q.   Okay.  Can you give an example?

2   A.   Sure.  Case in point, the Aurora shooting at the theater in

3   Aurora, Colorado, where the suspect at the time was in custody

4   for murdering those victims in the theater.  They also found

5   his whole apartment was wired up as a bomb.  And when we saw

6   that, it -- the dialogue back and forth was immediate:  "Okay.

7   Are we going to -- you need us for assistance?"  And they

8   actually requested it.  So we were on -- we have our own

9   planes.  We flew out there that day and started the ball

10  rolling.  But once again, that's just a good example of

11  something that you all might be familiar with, have seen in the

12  news, as we did, so...

13  Q.   Now, I want to just go back a little bit to your training

14  as a hazardous device examiner.  You said it took several

15  years.  Did you participate in any investigations as part of

16  your training at that time?  By that I mean, you know,

17  incidents where explosives had been detonated or found?

18  A.   Sure.  As you're going through the training, things happen

19  in those time frames, and it's a good experience as a trainee

20  to go with a trained examiner to kind of shadow them as you're

21  out at a bombing scene.

22       Case in point, one of my -- we called it, like, a

23  ride-along.  My training agent, which is a term I'll use, we

24  had a bombing in Greece, and I traveled with him to see -- see

25  how he did it, you know, his style and his -- his process that

1    fit into our lab special op -- procedures.  And it was really a

2    good experience for me to see how that all went, and I did all

3    the paperwork.  You know, he showed me what to do.  And as we

4    finished that one up, another thing happened in Bosnia just

5    north, so we went from one to the other.  So I got like a -- it

6    was almost like a two -- two exams -- training things in one

7    trip.  So that's an example I'll use for you.

8    Q.  How many different times would you say you have

9    investigated, like, in the field a -- you know, a post-blast or

10   something along those lines in the field?

11   A.  I couldn't give you an exact number.  Scores.  Numerous.  I

12   was the post-blast program manager for the FBI in my -- for

13   the -- once I became qualified as examiner, I took that

14   responsibility on and was responsible for training all the bomb

15   technicians and whatever students would come to our course in

16   how to conduct a post-blast investigation.

17        So on top of examinations, we had a tremendous

18   training requirement that we fulfilled also, and it was all how

19   to collect this evidence, how to package it, and how to submit

20   it so the agents would know what to do and not necessarily

21   need, you know, someone like me all the time looking over their

22   shoulder.  They're very proficient, you know, once they're

23   trained.

24   Q.  Now, were you -- or was your unit ever called for small

25   cases or was it only for big cases?

1  A.  Any call for service, we would participate, whether it's

2  even a phone call, you know, or if it was something that's --

3  they had no resources and needed our assistance with.  It

4  didn't matter.  We would answer the request.

5  Q.  Can you tell the jury a little bit about maybe the biggest

6  or the smallest case you've -- that you can recall right now

7  that you may have worked on?

8  A.  Okay.  Well, the biggest case overall, which affected, I

9  think, everybody, was during 9/11 where I responded to New York

10  City, to Ground Zero, spent a month there in that

11  investigation.  And our role there, in that case, was we were

12  trying to find the black boxes.  That's the FBI's role at that

13  moment for our team, as far as big and massive and, you know,

14  the scope and the -- of this thing.

15       And then it transitioned into the anthrax

16  investigation a month later, where the letters came in.  And,

17  once again, you all experienced those days with the mail.

18  Everyone was nervous about the anthrax.  And we had to figure

19  out how they did it and all these things.  And the team I ran

20  in Philadelphia, we -- we had to find the mailbox that it was

21  mailed in, and we did.  We found it in the middle of this

22  investigation, and we recovered it and tested it and -- this,

23  as examples as far as big -- we call them major cases.

24       And then in the same window of time, the embassy

25  bombings in Nairobi, Kenya, and at the same time one was in Dar

1    es Salaam, Tanzania.  So I responded to that one as far as a

2    large bombing at the time.  These are all line -- they all line

3    up as far as some experiences.

4            But I think the biggest explosion, since we're talking

5    explosive things, that I responded to, you may recall, was the

6    explosion in the port in Beirut.  It was in 2020.  In my

7    opinion, that's probably the largest explosion in our lifetime

8    that we've experienced.  And I had been training the Lebanese

9    police and military in post-blast investigation for years.  So

10   when this occurred, they requested our services to come help

11   them with that one.  So it was another deployment where we

12   deployed to Beirut to assist them with that investigation.

13           So from small things to massively large because it

14   destroyed most of the city in Beirut, and we were assisting

15   them to get to the bottom of that.

16   Q.  Did you participate in the 2009 Christmas Day bombing of

17   that Northwest Airlines flight into Detroit?

18   A.  I did.

19   Q.  And was that a large explosive or something different?

20   A.  So that was actually a very small explosive in the big

21   scheme of things.  However, that small explosive was weaponized

22   and deployed on an airplane while it was in air -- in the air.

23   So even though it was a small explosive, the potential outcome,

24   the -- everyone on the plane could have become a victim.

25           And it was one of those things, Christmas morning, the

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    phone rings, you're -- and I got assigned to go to Yemen

2    because that's where the investigation was going to start.  So

3    I flew to Yemen to begin that side of the investigation as a

4    bomb technician to find component parts.

5            But before I left, the agents here in Detroit

6    collected evidence and flew it to Quantico to have us start the

7    examination on that case, and I wanted to see it before I flew

8    out so I would know exactly what I was looking for.  And they

9    did that.

10   Q.   Was there a plastic syringe involved in that?

11   A.   There was.

12   Q.   Okay.  And we're going to talk more about that later.

13   A.   Okay.

14   Q.   Now, I want to talk about what you did after you left the

15   FBI.

16   A.   Okay.  I retired on Friday after -- I was 25 years, and on

17   Sunday, I was on a plane to Mogadishu, Somalia.  I took a

18   position with a company to be an advisor for the bomb

19   technicians in Mogadishu, the Somali police.  Their challenges

20   there are a terrorist group called Al-Shabaab.  Al-Shabaab is a

21   Somali -- we'll call it a clan, which is against their

22   government, and they want their rules in place.  So they attack

23   the government and their police every day, and they use IEDs,

24   improvised explosive devices, as weapons.  And they're expertly

25   made, they're absolutely lethal, and it's a daily occurrence

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    there.

2         So the bomb squad has to respond to these and make

3    them safe and try to minimize the impact.  So my role was -- it

4    was amazingly unique at that time as a retiree for two days to

5    begin to show those guys -- they were already trained, but to

6    keep them safe, to make sure they weren't cutting corners, and

7    to start catching some of their -- those terrorists because it

8    wasn't -- it wasn't happening.

9         And we -- I stayed with them for two and a half years

10   in Somalia, until last year.  We finished our program, and I

11   came back to the United States full time.  You know, but living

12   there with them two and a half years to make sure they were

13   doing it right and --

14   Q.  Did you continue to do this work with explosives?  Do you

15   do that now or are you fully retired?

16   A.  So I was working there as a contractor for the company.

17   It's called Amentum.  And since then, I'm now a full-time

18   employee, not a contractor anymore, with the same company,

19   where I am now managing a facility in Spotsylvania County,

20   Virginia.  It's a bomb technician training facility.

21        So I have a staff under me that we train teams that

22   come in -- bomb teams.  We sustain and we keep them -- let's

23   say we keep them sharp with different types of devices so they

24   can see different things.  And my role is making sure that the

25   challenges that are going on in the world, the different things

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   that we're seeing, these guys, we're making them practice
2   devices to practice on, so when a real one would come up, they
3   may have already seen something like that or it -- once again,
4   it just keeps them sharp.  And that's my role.
5   Q.  So let's talk a little bit about hazardous devices.  And
6   before we do that, are you a trained chemist?
7   A.  No, I am not.
8   Q.  And so is your role as a hazardous device examiner
9   different than a chemist's role?
10  A.  It is.
11  Q.  Can you just briefly identify that for the jury?
12  A.  Sure.  So an improvised explosive device, it's made up of
13  an explosive main charge and a fuzing system of some kind and
14  typically a container, something to put the bomb in or to hide
15  it in, typically.  The container's not necessarily required,
16  but that's what we see.

17         So the difference is all those components that are --
18  that are used to create this improvised explosive device,
19  including explosives, are unique to themselves and they have to
20  work together to make the device function.

21         Now, the explosives themselves, as I mentioned
22  earlier, they're inherently dangerous, and as far as examining
23  the explosives besides a physical observation, perhaps
24  dimensions, things of that nature, the chemical examinations
25  must be done by a chemist.

1    But I will take the chemist's results, their

2    conclusions, and I'll reference them to -- in my reporting to

3    say, "This is -- this is a bomb and if you want to see the

4    chemist's reports, look over here and you can see what it is,

5    and they'll tell you what the chemical makeup is of this

6    material."

7    But I'm focusing on the components themselves and how

8    they can completely be put together to make this bomb as it is.

9    Q.  Okay.  I want to move now to the fall of 2017.  Were you

10   working with the FBI at the time?

11   A.  Yes.

12   Q.  Were you a hazardous device examiner?

13   A.  Yes.

14   Q.  Were you in Quantico, Virginia?

15   A.  Yes.

16   Q.  Did you receive bomb-related evidence in connection with

17   this case?

18   A.  I did.

19   Q.  And in -- in the -- you know, the days leading up to

20   receiving that evidence, did you have communications with the

21   field agents?

22   A.  Yes.

23   Q.  Who did you speak with?

24   A.  I spoke with Special Agent Bomb Technician Stephen Haug.

25   He's assigned to the Detroit field office as one of the bomb

 1    technicians.  He's also a senior team leader on the Evidence

 2    Response Team.

 3    Q.  Now, when you have information that a field office has some

 4    item they want to share with the lab or sent to the lab for

 5    analysis, you mentioned earlier that a plan is created.  Can

 6    you tell the jury a little bit more about what that plan is for

 7    and who makes the plan.

 8    A.  Okay.  So I mentioned before that the explosives and

 9    hazardous device examiner will receive the evidence because of

10    the danger involved in the -- the potential danger with the

11    evidence because of the explosives nature.

12         Now, when the evidence comes in, it's evaluated and we

13    decide what examinations will occur, but we do this in

14    conjunction with the examiners themselves.  I mentioned several

15    of them before:  Latent fingerprints, potentially DNA,

16    potentially tool marks, potentially metallurgy.  It could be

17    any of those different ones.

18         But we'll discuss with them what we may -- what we're

19    wanting to do, and they'll also have input when -- sometimes

20    whether these will occur or not.  Some things, you know, aren't

21    necessary that we would -- we would do.  For instance, like, a

22    liquid.  Well, that's not going to go to a fingerprint

23    examiner.  It's a liquid.  And that's something -- you know,

24    they're going to say, "Not probative.  We're not doing that."

25    Or something with rough surfaces may not facilitate a

1    fingerprint.  You know, those kind of things.

2          So together, we'll have discussions, but at the end of

3    the day, I would create the lab plan.

4    Q.  Now, why would it be you?  Is that unusual for the

5    laboratory, for one of the disciplines to do the lab plan?

6    Isn't that something somebody else does?

7    A.  There's a unit in the laboratory that specifically does

8    this for the whole lab, and that's for all the other criminal

9    cases.  Everything else that comes in, they do those lab plans.

10         We do it for explosives in the Explosives Unit because

11   of the -- of potential danger and because of our awareness.  We

12   know what we're looking at as far as bomb things can go and

13   what can hurt you because we are adamant to make sure everyone

14   is safe when something crosses their desk.  Nobody wants to be

15   surprised.

16         And once in a while -- you're not surprised until you

17   are, and that happens sometimes.  But we make sure whatever

18   problems may happen, you know, whatever case it is, that we

19   identify it and then correct it and make it -- make it -- make

20   sure everything is safe.

21   Q.  So in this case, did you speak with Special Agent Haug

22   about what had been seized or collected in connection with this

23   defendant, Aws Naser?

24   A.  Yes, I did.

25   Q.  And then did you have conversations or communications with

1    others in the Laboratory Division, some of these other

2    disciplines?

3    A.  Yes.

4    Q.  Did you speak with someone from, you know, the metallurgy,

5    chemistry, explosives chemistry, DNA, fingerprints?

6    A.  Yes.

7    Q.  And then based upon that, were certain examinations

8    possible and were certain examinations not possible?

9    A.  Yes, that's correct.  And that's typical of all of our

10   cases.  Nothing is exactly the same.  They're all unique to the

11   evidence that comes in.  And in this case, I believe we chose

12   to do examinations in fingerprints, explosives chemistry,

13   metallurgy.  And there was another unit down in Huntsville,

14   Alabama.  It's a second lab that was starting up at the time

15   where we sent some switches later in the process.

16   Q.  Okay.  We'll talk more about that as well.

17           And then did there come a time where you received the

18   evidence?

19   A.  Yes.

20   Q.  How did that evidence come in?  I want to focus first on

21   whether you received all of the evidence at the same time or at

22   different times.

23   A.  Okay.  The evidence, it can come in all at once.  An

24   example, in Aurora, Colorado, I flew out there.  I brought it

25   all back on our plane with me.  It was all together.

1          In this case they collected things, and they came in,

2     I think, in three or four different submissions. You know,

3     they came in -- in waves. And sometimes that has to do with

4     the -- when the office ships them out or perhaps FedEx, who is

5     our transportation provider. We have an agreement with them.

6     Something may come in today; then the next one comes in the

7     next day. That will happen as well. But we document when

8     things come in as part of our reporting.

9     Q. And then is there sort of an order of operations? In other

10    words, that, you know, first you're going to conduct one type

11    of examination before another one can be conducted. Can you

12    give some insight into that?

13    A. Certainly. One of the first things we do is we -- we call

14    it check for safety. And I have a technician -- well, at the

15    time I had a technician who worked for me, and she was

16    responsible to open these containers. She's trained in

17    explosive awareness also, so she knows what she's looking at.

18    And looking at the evidence, make sure it's safe, condition,

19    the type of packaging -- you know, the condition of the

20    packaging, and she's making notes all along the way. And we do

21    inventory photographs of things that we receive that are going

22    to be examined, like the components specifically.

23          And it's all checked in. And then we get together,

24    and we make this lab plan, and we consult with the other

25    examiners. And as far as what happens first, that's a very

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    good question because some examinations are destructive.  Like

2    you see on, perhaps, some crime shows, a fingerprint examiner

3    with dust, and he's dusting things.  They actually do that.

4    They also super glue -- they use the fumes from super glue to

5    stick to devices to make the prints, you know, stay in place.

6    Well, if you're going to do another exam after that, that

7    process might have ruined it.

8         So we start off with latent fingerprints visual first

9    where they will take something and look at it under -- in the

10   darkroom under certain type of lighting conditions, and they're

11   going to see if they see anything.  If they do, then we'll

12   address that individual thing initially.

13        And if we would choose to do the DNA exam, that could

14   happen next.  And if that was foregone, then they could go back

15   to latent fingerprints, and they could do the full exam, which

16   includes fuming or dusting or whatever technique they choose to

17   do based on that specific piece of evidence.

18        So after fingerprints, then it can go to perhaps tool

19   marks or metallurgy, and those are very destructive --

20   destructive examinations where they might cut metal or separate

21   things or items from the way they originally came in.  So we

22   usually have those near the back end of the examinations.

23        Typically on my cases, the check-in photographs that

24   we do and the measurements we could take can get us started on

25   our reporting.  And I can make good notes, take -- my

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1  technician will make notes also, and from that we will continue

2  with our forensic reporting.

3  Q.  So as evidence comes into the lab, you've made a plan.

4  Maybe there's going to be fingerprints.  Maybe there's going to

5  be metallurgy.  Are you then sort of sending out various items

6  to these different units for those examinations?

7  A.  That's exactly right.  Everything in our process has a

8  chain of custody, where my technician will move it from our

9  room or locker to their locker or the individual themselves;

10  and we sign it over to them for their -- for their work.

11  Everything is packaged and sealed and initialed.  We're very

12  specific about that on everything we do.  And once again,

13  everything is documented, and it follows our plan.

14  Q.  Now, in this case there were chemicals sent to the lab; is

15  that right?

16  A.  That is correct.

17  Q.  And was the plan to provide those -- those chemical

18  materials to anyone?

19  A.  In this case the chemicals would be analyzed by our

20  explosives chemist who is on our squad in the Explosives Unit

21  versus the chemistry unit, which is a separate unit in itself.

22  Q.  So the explosive chemists are specialized in dealing with

23  those chemicals that are used in explosives?

24  A.  That is correct.

25  Q.  And so when you received information from Special Agent

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

```
 1    Bomb Tech Haug, did you have an understanding that these
 2    materials could potentially be explosives-related chemistry?
 3    A.  Yes.
 4    Q.  And is that why you sent them to the explosives chemist as
 5    opposed to the regular chemist?
 6    A.  That is exactly.
 7    Q.  Now, after you sent the materials to the explosives
 8    chemist, did there come a time where you received the results
 9    of the explosive chemist's analysis?
10    A.  Yes.
11    Q.  And what did you do with those results?
12    A.  Those results -- I think I might have mentioned it earlier.
13    I'll use his results and reference them in my report so my
14    report can be complete saying, "This -- these components, if
15    properly assembled, could constitute a bomb or an IED."
16    Q.  And I want to talk about the conclusion in your report in
17    this case first, and then I want to go back to some of the
18    things that you did.
19          Did you draw conclusions after you have received the
20    chemist's report and you reviewed the evidence?
21    A.  Yeah.  When the chemist report came in, the chemicals that
22    were identified are ones that would be used to make
23    high-explosive material.
24    Q.  All right.  And what specifically did you understand the
25    chemicals could make?
```

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    A.  They could make a high explosive called triacetone

2    triperoxide, or we call it TATP.

3    Q.  Now, are you familiar with TATP?

4    A.  I am.

5    Q.  How are you familiar with that chemical -- or that

6    explosive?

7    A.  So explosives are specific.  And in this case TATP, it's

8    not new.  It's been around for decades.  It's a primary

9    explosive.  What that means in our world, it means it's used to

10   set off a main explosive that would be added.  So that primary

11   explosive, typically they're very, very sensitive to heat,

12   shock, and friction.

13         So that's why the military, for instance, they

14   actually have a patent on TATP.  They didn't want to use it

15   because of it's -- it's so sensitive.  It would be actually

16   dangerous to try to incorporate into a detonator or a blasting

17   cap where a primary explosive is typically found.

18   Q.  So after you received this information, what conclusion did

19   you make regarding the items that were found at the defendant's

20   home?

21   A.  The conclusion was made after examining and seeing all the

22   components that came in.  And through my training and

23   experience of dealing with these kinds of things, determined

24   that, properly assembled and initiated, these components and

25   explosive materials could constitute an improvised explosive

1   device.  And if it's functioned correctly, it could cause

2   property damage, personal injury, or even death.

3   Q.  Okay.  Now, we focused on the TATP.  Were there other

4   chemicals that were also analyzed?

5   A.  Yes.

6   Q.  And were there matches that were also analyzed?

7   A.  Yes.

8   Q.  And can you tell us a little bit about those two items?

9   A.  Okay.  Other chemicals that were found in the search of the

10  defendant's residence included -- for example, there was what

11  we call pool shock.  It was -- it's found -- and that's a

12  chemical that we've seen used in terrorist bomb-related things.

13  If it's mixed with, like, brake fluid, it makes heat.  They're

14  incompatible.  They're oxidizers and fuels.  So when they're

15  combined, it generates heat.  And a quantity of pool shock was

16  found in the -- in the search.

17       The matches themselves, those have been used for

18  decades and sourced out in terrorist literature as a great

19  source for a low explosive versus a high explosive because this

20  material burns, and the term is "deflagration."

21  Q.  Deflagration?

22  A.  Deflagration.  That's a burning explosive.  So what it's

23  doing is it's burning, and it's generating gas.  That gas is

24  expanding.  But if you put that low-explosive material in a

25  container, now it's containing that expanding gas; it's holding

1    it in to the point where that container can't hold it in

2    anymore.  It -- and then it ruptures or it fragments, and that

3    is the explosion.  So an explosion could occur from using those

4    match heads, the material from the match, themselves.  And as I

5    mentioned, it's been used numerous times over the years in

6    different references, sources, and in terrorist investigations.

7    Q.  All right.  Now, did you also see photographs in connection

8    with this investigation?

9    A.  I did.

10   Q.  And did those photographs show where the chemicals and

11   other components had been laid out?

12   A.  Yes.

13   Q.  And when you reviewed those photographs, did you form any

14   opinion or understanding about what you were looking at?  In

15   other words, in the context of your conclusions, were they

16   significant?

17   A.  They were.  And as -- each case is different that I've

18   worked on.  Once again, in my experience investigating these

19   types of investigations, when someone is making bombs, a lot of

20   times they have all their things in one area.  And I'll even

21   use the term -- you could stand flat-footed and just reach

22   around and find everything you need to make this bomb.  And

23   that's not uncommon in our investigations to see these things

24   like this.

25              And in this case specifically, everything was

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   collocated right next to each other.  And a lot of these things
2   are common household materials that you might even have in your
3   home.  However, in this instance it had all of the components
4   required to make this -- these IEDs in the basement of this
5   residence that was searched.
6   Q.  Okay.  And I know we're going to go into that in a few
7   moments, but I want to show you some of these pictures, and
8   there's a laser pointer in front of you.  Hopefully, that
9   screen will also be available for you to look at.  As we go
10  through some of these photos, I want you to please identify
11  what you mean by being flat-footed and some of the items that
12  you found significant.
13       MS. MOHSIN:  If you could please, Ms. McDonald,
14  publish Government Exhibit 15-1.25.  Ms. McDonald, if you could
15  zoom in the back corner, please.
16  BY MS. MOHSIN:
17  Q.  I don't know if you can see that clearly in this picture.
18  There are additional pictures.  But if you can identify
19  anything in this photograph that is significant, please do so.
20  A.  Yeah.  May I stand?
21       MS. MOHSIN:  The problem with standing is the
22  microphone, Judge?  Is that okay?
23       THE COURT:  If you can position the microphone in a
24  way that you can also stand, that's fine.
25       THE WITNESS:  Okay, your Honor.  I just want to make

1    sure I'm pointing out correctly.

2    A.  If you see here, this is a wall locker or a cabinet of

3    sorts, and other photographs that we may see show the contents

4    of this cabinet.  But if you're in this area right here

5    [indicating], you have access to all the materials in here

6    [indicating].

7         On this table [indicating] are numerous glass jars.

8    And glass jars, in my opinion, as a explosive hazardous device

9    examiner, they could be used as a main charge container, which

10   is a component in an IED, which would contain the main charge.

11        You also have -- I think there's gloves.  There's

12   coffee filters.  There's -- I think there's a saw.  Perhaps a

13   syringe is right here [indicating].  But once again, this is

14   a -- we call them far-away picture.  We have far, medium, and

15   close-up shots in our training for agents, when they do these,

16   for these purposes so you can see from a distance and then more

17   specifically up close.

18        But to answer the question, everything that we're

19   requiring is in this little area right here.

20        MS. MOHSIN:  Okay.  Next photo, please, is 15 -1.27.

21   BY MS. MOHSIN:

22   Q.  This is a little bit of a closer view of that area.  Can

23   you, from the perspective of that flat-foot comment that you

24   made, can you orient the jury to the items here?

25   A.  Certainly.  Once again, the wall locker is right here

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    [indicating], and there's -- glass jars are right here

2    [indicating].  I believe this is perhaps -- I think the wires

3    were in this box [indicating].  Gloves.  That's the coffee

4    filter I was describing earlier [indicating].  It's in

5    another -- it's either a jar or a measuring cup of some kind.

6    So...

7    Q.  Okay.  And how -- is there a stool there?

8    A.  I believe it's right here [indicating], a place to sit, to

9    work on these -- these materials.

10          MS. MOHSIN:  All right.  Next photo, please, is 1 --

11   is 15-1.28.

12   BY MS. MOHSIN:

13   Q.  And this is a close-up view.  When you look at this photo,

14   does anything stand out to you as significant?

15   A.  Yes, it does.  This whole area, it's a workshop of sorts

16   where -- in my opinion, this is an area where you would build a

17   bomb.  We have, you know, cutting -- pliers here [indicating].

18   Once again, there's wires.  There's different -- a main charge

19   container.  Everything is -- is close.  There's a soldering

20   iron [indicating].  There's solder, which you'd use for wire

21   connections to allow a circuit to flow between different

22   electrical components.  Everything is right in front of you

23   here.

24   Q.  All right.  And then at the bottom right of that table is

25   an item that you mentioned earlier:  the glass with the coffee

1   filter.  Yes?

2   A.  That's right here [indicating].  That's correct.  And as

3   you can see, the filter, it's in the glass.  It's ready to

4   receive a material to be filtered.  So the process is ongoing

5   at this -- at this phase.

6   Q.  Now, is that particular positioning, meaning the coffee

7   filter in the glass, important?

8   A.  It is.  It shows that something is to be imported into that

9   filter to separate whatever they're trying to separate in this

10  instance that you can see in the photograph.

11  Q.  And is that something you've seen used in the manufacture

12  of TATP?

13  A.  Yes.

14  Q.  I want to direct your attention to Exhibit 15-1.28 -- 1. --

15  I'm sorry, 1.124.

16          This is that cabinet you were talking about earlier.

17  Can you make -- do you want to see the individual drawers --

18  cabinet shelves first or would you like to make a comment about

19  this?

20  A.  Well, once again, I'll just reiterate what I mentioned

21  earlier.  You know, everything is -- is here.  Everything is

22  within arm's reach.  And once again, not uncommon in my

23  experience investigating, you know, bomb-making activities

24  where everything is right there together.

25          And I think we're going to go through each shelf to be

1    more specific?

2    Q.  Yeah, I think I want to focus on that fourth shelf first.

3            MS. MOHSIN:  If you could, please, Ms. McDonald.

4            You know what?  I'm sorry.  Let's look at the next

5    photograph.  It's a better photograph.  5-1.128 [sic].  Yes.

6    A.  Okay.  In this photograph, you can see on the left, there

7    is two containers, and it's containing the chemical identified

8    as acetone.

9    BY MS. MOHSIN:

10   Q.  Okay.  Go ahead.

11   A.  On the right, this box, it has the number "100" you can

12   see.  Those have Christmas lights contained in them.  And

13   Christmas lights are very -- I use the word "popular" when

14   constructing improvised explosive devices as an initiating

15   component for an improvised detonator where an individual will

16   take one of those Christmas lights, and they'll tap the glass

17   off of the individual Christmas light and cut the wires, but

18   they make sure that the filament, the little thin wire that's

19   inside that light, remains intact.

20           So if you add power or electricity to this Christmas

21   light, the electricity goes through them, and because that wire

22   is so thin, the resistance causes it to heat up.  So if you add

23   that power to it, it heats up, it's generating heat.  And I

24   mentioned earlier that TATP is extremely sensitive to heat,

25   shock, and friction.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1          So a Christmas tree light bulb like this would be --
2     would be utilized in this instance as one of the components for
3     an initiator.
4          Next to it you can see there's boxes of matches.  Each
5     matchbox contains 300 individual matches.  So I think we see
6     three boxes here.  So that's 900 matches.  Once again, I
7     mentioned earlier that match heads have historically been
8     utilized as a low-explosive material in IED construction.
9          We've even had advanced classes that myself and
10    Dr. Jack Barrow, who is on our squad, another explosives and
11    hazardous device examiner, we would teach to the evidence
12    response teams for their awareness for if they walked into a
13    situation like this and they saw these things, they would --
14    that's a component we need to collect as evidence.
15         And just to give them context on how patient a bomb
16    maker may be to take these matches for -- and this is an
17    exercise that we would use with these students, these FBI
18    agents.  We would put matches in front of all of them, and for
19    ten minutes -- I'd start a stopwatch -- and I'd have them
20    meticulously, you know, just kind of clip the match head
21    material into a small dish.
22         After ten minutes, I'm like, "Okay.  You can stop."
23    You know, we don't want to have forced fun, you know, in this
24    training.  But what we would do -- they would realize, okay, a
25    bomb maker has to be very patient and meticulous and it takes

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   time.  You don't just, you know, come up with this stuff to
2   make -- to get some of this product.
3        So after 20 students would do this for ten minutes, we
4   would take -- we'd take these matches and the material, and we
5   would show them that our demolition range -- we would put an
6   initiator in it to cause the heat.  And then because it was in
7   a container that we would put it in, they would witness an
8   explosion from these match heads.
9        We're just trying to drive home a concept for them
10  that they wouldn't forget for when they're doing their searches
11  such as they did in this instance here.  So that's the matches.
12  Q.  And so you indicated three.  And I don't know if you can
13  look on the screen in front of you.  Are there, in fact, more
14  than three?  That visual in front of you might be easier to
15  see, meaning the screen.
16  A.  Oh, yes.  It appears in this better picture that there
17  could be five boxes here.
18  Q.  Okay.  So you talked about the Christmas tree lights.  You
19  talked about the matches.  And I think you talked about the
20  nail polish remover, which is acetone.  What else do you see in
21  this particular shelf that is interesting from an explosives
22  TATP perspective?
23  A.  Okay.  So in this case, I believe these -- this bag could
24  contain glue sticks.  And glue sticks would be utilized, once
25  again, when you're making an improvised detonator.  And we've

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    seen -- we've seen -- historically used where people take
2    syringes.  And they're graduated.  They have markings on them.
3    And we've seen people put TATP in those syringes and then have
4    either an initiator or perhaps a couple of chemicals that could
5    mix to make heat.
6         Like, in the Detroit case on Christmas Day, that's an
7    example that they utilized as far as that goes.  So the glue
8    sticks are another material here.
9         And in the back, this bag [indicating], it contained
10   wire and two switches, and the switches would be utilized in an
11   electrical fuzing system as well.
12   Q.  So there was also an item in front of that Super Clean
13   bottle.  Can you make that out, what that is?
14   A.  I can't remember exactly which item that was.
15   Q.  All right.  So I want to show you now what's been admitted
16   as Government's Exhibit 15-46 and ask if you can just tell us
17   if you recognize this item from the photo?
18   A.  Okay.  This item is -- includes the switches and the wires
19   I was discussing in the -- this yellow bag here [indicating].
20   And these switches would be utilized in the incorporation of an
21   electrical fuzing system where the switches are designed to
22   allow current to flow through the wires.
23        You know, it's like you turn the light switch on and
24   off in your house.  That's where you're stopping and allowing
25   it to go.  And the light bulb itself would be considered the

1   load or where it terminates and the light comes on.  It's the

2   same concept in an electrical fuzing system of an IED.

3   Q.  Can you hold that plastic bag up so the jury can see it,

4   the yellow bag?

5   A.  [Witness complies.]

6   Q.  So within that bag, was there another item, that one you

7   were talking about with the switches?

8   A.  Yes.

9   Q.  And based upon your review of the evidence when it came in,

10  were the switches connected?

11  A.  They were.

12  Q.  And are they contained in that -- you're holding that up

13  now for the jury; is that right?

14  A.  Yes, they are.

15  Q.  Okay.  And so are they fairly small-size switches?

16  A.  They are.

17  Q.  And the items that -- that the wiring and things that are

18  connected to it, can you tell what the silver round item is?

19  A.  The round item itself, it appears to be a speaker.

20  Q.  Okay.  And were these items connected to one another?

21  A.  They were.

22  Q.  Was that significant to you from a fuzing system

23  perspective?

24  A.  Well, it showed the way that this was constructed, it

25  wasn't -- it was -- my opinion is that there was some practice

1  going on to see if the current was flowing.  And the use of two

2  switches means something to me when it's wired in this way

3  because we have something called an arming switch and a firing

4  switch.  Any switch could be put in -- used in this thing.  You

5  name it, it could be wired in here.

6          An arming switch allows the circuit to be, like I

7  said, armed.  The firing switch is the last step allowing that

8  current to flow to the load, which is -- would be a detonator

9  or whatever the light bulb that's providing the heat, like in

10  the Christmas tree light bulb I mentioned earlier.  You know,

11  those two switches are -- it means something to me as an

12  examiner.

13  Q.  Okay.  So thank you.  And are we going to talk more about

14  that in a little while, the arming switches?

15  A.  Uh-huh.

16  Q.  Now, if you could see that item in front of the Super Clean

17  bottle, if you knew that was a glue gun, would that be

18  significant to you?

19  A.  Yes.

20  Q.  Why?

21  A.  A glue gun is going to take the glue sticks and it's going

22  to allow it to heat up and melt to hold things in place.  Once

23  again, it's a common household item.  In this case, it's

24  colocated with everything else that could be utilized to help

25  keep this IED component -- componentry together.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    Q.  And then, finally, in the back right corner of this

2    cabinet, if you knew there were other electronics components

3    found, would that be significant to you?

4    A.  Yeah.  Yes.

5    Q.  Okay.  And then I want to direct your attention now to

6    the -- I'm so sorry.  No, to the front, that gray tape.  Do you

7    see that gray duct tape?

8    A.  Yes.

9    Q.  Is there an item in that gray duct tape that you can see?

10   A.  Yes.

11   Q.  What is that item?

12   A.  The item you're describing is right here [indicating], and

13   at this moment I'm drawing a blank on exactly which item it is,

14   and I apologize.

15   Q.  Is it a syringe?  If it was a syringe, would that affect

16   your understanding of what's going on in this shelf?

17   A.  Yes.

18   Q.  Okay.  For the reasons you've already discussed?

19   A.  Uh-huh.

20   Q.  Okay.  And in this case, we are going to see pictures of

21   that syringe, right?

22   A.  Yes.

23   Q.  Okay.  So the purpose of showing you these pictures is just

24   to orient the jury before we get into the specifics.

25            Exhibit 5-1.129 [sic], please, which I believe is the

 1  bottom shelf of that cabinet.  If you can identify, when that

 2  picture arrives, what you see there that is of significance.

 3  A.  Okay.  What we see here, once again, different containers.

 4  On the left, this container [indicating], I believe, contained

 5  a quantity of an acid.  And, you know, other, like, drink

 6  bottles in the back here, and these other containers here could

 7  be utilized, once again, to -- in the manufacture of an

 8  explosive material.

 9  Q.  Is there also -- I don't know if you can see it because of

10  the lighting.  Is there some gloves in one of those containers,

11  plastic, vinyl gloves?

12  A.  They may be hard to see, but right here [indicating],

13  there's some gloves.

14  Q.  Okay.

15  A.  And once again, to protect the bomb maker, they may wear

16  gloves.  They don't always, but we see it quite often.

17  Q.  Okay.  Now, you testified earlier that you drew conclusions

18  based on the physical evidence that you saw, the results of the

19  explosives chemistry examination, and the photographs that you

20  viewed.  Before you finalized your report, did the FBI contact

21  you about a video?

22  A.  They did.

23  Q.  And was that some time, you know, well after you had been

24  engaged in this examination?

25  A.  It came in months later, yes.

**CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN**

1   Q.  All right.  Tell the jury about what the FBI in Detroit

2   asked you to do in relation to that video?

3   A.  So the investigation turned up a video, an instructional

4   video, on how to make TATP, and it was in the Arabic language,

5   and the FBI translators translated it for us so we could see

6   what they were saying as the video itself demonstrated all the

7   steps in order that you would use to make TATP.

8        And the office asked me to evaluate the video, which I

9   did, and have done in the past.  This isn't the first time.

10  And what I would typically do is do a comparison portion in my

11  forensic report where I say, "Here's what the video says and

12  here's what the defendant has also."  And I would show you

13  that, yep, the video says this and the defendant may have this,

14  this, this, this.

15       And in this case, all the items were colocated in that

16  small, little area as I initially described.

17  Q.  So I'm not going to play the whole video, but have you seen

18  this video?

19  A.  Yes, I have.

20  Q.  You've seen it once or multiple times?

21  A.  Numerous times.

22  Q.  Did you see the translation?

23  A.  Yes.

24  Q.  Did you review that translation again before you came into

25  court today?

1    A.  I did.

2    Q.  And so what I want to do is, if you would -- one moment,

3    please.

4        (Brief pause.)

5            MS. MOHSIN:  Excuse me.  One moment, Judge.

6        (Attorney conference.)

7            THE COURT:  This is a good time for a standing stretch

8    break.  Everyone in the courtroom is welcome to stand and

9    stretch.

10       (Stretch break.)

11           THE COURT:  All right.  Everyone may be seated.

12           MS. MOHSIN:  Your Honor, can we just do a brief

13   sidebar on this?

14           THE COURT:  Yes.

15       (Bench conference held.)

16

17

18

19

20

21

22

23

24

25

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1          MS. MOHSIN:  So, Judge, we were going to play a

2     portion of a video.  Counsel is not agreeing at this point.  I

3     would ask the Court to provisionally admit the video at this

4     time subject to Special Agent -- our Forensic Examiner Yauk,

5     Michael Yauk, who is going to come later in time.  And he's

6     going to show where that video came from, how it was recovered,

7     et cetera.

8          Counsel's objecting to the admission of that video or

9     playing of it now.  And so I think the Court can provisionally

10    admit it subject to it being properly authenticated at a later

11    time.

12         THE COURT:  So your statement is that the -- a

13    subsequent witness would testify where this video came from,

14    right?

15         MS. MOHSIN:  That is correct.  We do that at our

16    peril, Judge.  If we play the video and we don't do that

17    properly, we've already disclosed to counsel all of the details

18    of that witness' testimony.  He's also an expert we've Noticed,

19    and he's going to testify that the video came from the

20    defendant's phone.  This is that TATP video.  So I think we can

21    admit it, if the Court allows us to do so, provisionally.

22         MS. BASHI:  I brought Ms. Basha --

23         THE COURT:  Either you or both of you are welcome

24    to --

25         MS. BASHI:  Sorry.

**USA v. NASER - 22-20504**

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

```
 1          THE COURT:  Either of you -- either of you or both of
 2     you are welcome to be heard at the sidebar.
 3          MS. BASHI:  Thank you, Judge.  I brought Ms. Basha
 4     over because the witness that the government is discussing
 5     about later and laying the foundation for the video is her
 6     witness, and so she's more familiar with where the video was
 7     found.
 8          My concern is this witness has already said that the
 9     investigation revealed the video.  If he's going to continue to
10     make statements about where the video was from or where it was
11     found, I can't cross-examine him on that.  And so we would want
12     the -- it to come in through the witness who actually has some
13     foundation about where the video came from.
14          THE COURT:  I also have another question.  Would you
15     anticipate showing the video again with the subsequent witness?
16          MS. MOHSIN:  So my plan today, with this witness, was
17     to show maybe the first 15 seconds of the video and have him
18     testify.  Dr. Barrow, who we have here, is going to show a
19     whole video.  He's the chemist.  He would show the video and
20     talk about the video.  Yauk, Michael Yauk, is the computer cart
21     guy who actually found the video, and he's going to testify
22     about how the video was found.
23          So we were not aware that there was going to be an
24     objection; otherwise, I would have put Yauk on first.  So I
25     apologize.  I didn't realize there was going to be an issue;
```

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1    otherwise, I would have put Yauk on first.

2            THE COURT:  How long is the video?

3            MS. BASHI:  22 minutes.  Sorry.  22 minutes.

4        (Attorney conference held off the record, 11:16 a.m.)

5            MS. BASHI:  Maybe a suggested compromise would be that

6    the witness can testify that the FBI provided him the video --

7    I don't know where he got the video from.

8            THE COURT:  I'm going to let you all confer just for a

9    couple minutes.  If you'd step to my left.

10       (Attorney conference held off the record, 11:16 a.m. -

11       11:17 a.m.)

12           MS. BASHI:  I think we've figured it out.

13           MS. MOHSIN:  Thank you.

14           THE COURT:  All right.  We'll proceed.  Thank you.

15       (Bench conference concluded.)

16

17

18

19

20

21

22

23

24

25

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

```
 1              THE COURT:  Ms. Mohsin, you may continue.
 2    BY MS. MOHSIN:
 3    Q.  You don't know where the video came from; it was just
 4    provided to you by the FBI.  Is that right?
 5    A.  It was -- at that time it was provided, yes.
 6    Q.  And they provided you with the video and a translation?
 7    A.  Yes.
 8    Q.  And they asked you to do a comparison?
 9    A.  Yes.
10    Q.  And then did you do that?
11    A.  I did.
12              MS. MOHSIN:  So I'm going to play just the first maybe
13    10 or 15 seconds of Government's Exhibit 18-3, please.
14              And for the record, the translation is playing
15    simultaneously with this video.
16              THE COURT:  Thank you.
17              Members of the jury, you've already been informed how
18    to treat videos and recordings that are in Arabic or in English
19    and items that have been translated.  And you have to follow
20    those instructions.
21              Go ahead, Ms. Mohsin.
22              MS. MOHSIN:  Thank you, your Honor.
23              Please proceed.
24         (Whereupon the recording was played.)
25              MS. MOHSIN:  Your Honor, I wonder if the volume
```

1    setting has been -- can be activated by the Court?

2            Not working.

3            THE COURT CLERK:  It's showing -- it's on my end.

4            THE COURT:  It may be on you-all's control panel.  The

5    control panel at counsel table, just if you would check.

6            MS. MOHSIN:  We're doing that right now, Judge.

7            THE COURT:  All right.

8        (Attorney conference.)

9            MS. MOHSIN:  We're going to play it from the computer

10   for now, and then on the break we'll try to figure out what

11   happened.

12           THE COURT:  All right.

13       (Whereupon the recording was played.)

14   BY MS. MOHSIN:

15   Q.  Okay.  Is this the video that the FBI provided to you to

16   use as a tool to compare?

17   A.  Yes.

18   Q.  And you indicated that you did compare; is that right?

19   A.  I did.

20   Q.  I want to direct your attention now to Proposed Exhibit

21   21-11.  Did you participate in -- sorry.  Did you prepare a

22   report in this case based both on your conclusions from

23   examining the photos, the evidence, and the chemist's report as

24   well as the comparison that you did with the video?

25   A.  I did.

1   Q.   And that report, was that subject to peer review?

2   A.   Yes, it was.

3   Q.   Can you explain what peer review is?

4   A.   A peer review, it's actually a scientific process where

5   someone of equal training and experience would, in your

6   discipline, would look at your results and the technical

7   opinion that they agree with it, and also an administrative

8   peer review to make sure all of our -- we have a lot of rules

9   that we have to follow -- everything was in order.  And before

10  this report is signed out, make sure everything is -- is -- is

11  correct.  And it was peer reviewed prior to issue -- its

12  issuance.

13  Q.   And this is somebody that's independent of your review of

14  the case?  In other words, a separate examiner?

15          MS. BASHI:  Your Honor, I'm going to object to this.

16  He seems to be vouching for his own report without calling the

17  person who has peer reviewed the report.

18          THE COURT:  Well, is your objection to the

19  explanation?  I just want to make sure that it's clear for the

20  record.

21          MS. BASHI:  To the testimony about the validity of his

22  own conclusions, in someone else's view.

23          THE COURT:  The objection's overruled.

24  BY MS. MOHSIN:

25  Q.   So after you submitted your report for review, was it

1   finalized?

2   A.  Yes.

3   Q.  Okay.  And was that analysis that you did, was it assembled

4   into a PowerPoint?

5   A.  Yes.

6   Q.  And was that done so that you could talk about it here in

7   court?

8   A.  Yes.

9   Q.  Okay.  Have you looked at Proposed Exhibit 21-11?

10  A.  Yes.

11  Q.  And is that the PowerPoint that was assembled?

12  A.  Yes.

13  Q.  Did you review that PowerPoint to make sure it was

14  accurate?

15  A.  Yes.

16  Q.  And does that PowerPoint contain those photographs?

17  A.  It does.

18          MS. MOHSIN:  Your Honor, at this time the government

19  would move to admit Exhibit 21-11.

20          MS. BASHI:  As a demonstrative or as --

21          MS. MOHSIN:  No, as a substantive.

22          MS. BASHI:  Can I have a moment, your Honor?

23          THE COURT:  You may.

24      (Attorney conference.)

25          MS. BASHI:  Could we have a brief sidebar?

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1          THE COURT:  Yes.

2      (Bench conference held.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          MS. BASHI:  Your Honor, my objection -- I was provided

 2    this exhibit, but I thought it was just going to be used for

 3    the purposes of testimony the way other PowerPoints have been

 4    used so far with the jury.  And looking at the -- the

 5    PowerPoint, which I've looked at very closely, there's stuff in

 6    here that includes conclusions that other experts make.  I

 7    think some of this stuff in here is just photos from -- it's

 8    clearly a demonstrative.  I think there's, like, photos of

 9    batteries that weren't recovered in the case.  There are --

10    yeah, it's a -- I don't know, it's just plainly a

11    demonstrative.  I didn't realize it was being offered as

12    substantive evidence.

13          MS. MOHSIN:  Judge, this is being offered because it's

14    the photographs that we're interested in, the comparison, the

15    side-by-side, and the items that were seized.  If there are

16    specific photos that are problem -- if there are specific

17    photos that you are objecting to, then I would like to use it

18    as a demonstrative, but then maybe excise those photos before

19    it goes to the jury, and maybe you and I can go through and

20    excise those.  But I think the exhibit itself is the

21    conclusions that he drew with photographs.  So he's going to --

22          THE COURT:  I am interrupting you.  I'm just going to

23    ask you all to just again very briefly confer and see if you

24    agree to the proposal that Ms. Mohsin just said.  And if you

25    don't, we'll address it.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1          MS. MOHSIN:  Okay.

2          THE COURT:  All right?

3      (Attorney conference held off the record, 11:25 a.m.)

4          MS. MOHSIN:  If the Court would admit it subject to

5  our agreement on what would -- you know, subsequent to the

6  testimony at this point demonstrative, but that it will come in

7  substantively after we've conferred further.

8          THE COURT:  All right.  I will allow it as a

9  demonstrative and wait on an ultimate ruling.  Thank you.

10          MS. BASHI:  Thank you.

11          MS. MOHSIN:  That's fine.

12          MS. BASHI:  Thank you, Judge.

13      (Bench conference concluded.)

14

15

16

17

18

19

20

21

22

23

24

25

96

```
 1          (Demonstrative GX 21-11 received in evidence.)
 2              THE COURT:  You may continue, Ms. Mohsin.
 3              MS. MOHSIN:  Thank you, your Honor.
 4              At this time I would like to publish Government's
 5     Exhibit 21-11, please.  Slide 2, please.
 6     BY MS. MOHSIN:
 7     Q.  Now, this slide is entitled "Main Explosive Charges."  Can
 8     you tell the jury what you mean by "main explosive charges"
 9     again?
10     A.  An improvised explosive device has a main explosive charge,
11     which means it's the -- the explosives that are designed to do
12     the most work, and "work" in this context is -- would be
13     allowing the gases to move outward at dramatic distances and
14     speed.  And there could be other explosive charges with this,
15     as I mentioned, primary explosive, which would be used to
16     initiate the main explosive charge.
17              So it's like a little stairstep.  One thing has to
18     happen before the next.  But the main one is -- is what's
19     allowing for the large explosion that you would encounter.
20     Q.  Okay.
21              MS. MOHSIN:  Slide number 3, please.
22     BY MS. MOHSIN:
23     Q.  Can you tell the jury what they're looking at here?
24     A.  So on the photograph to the left is -- is -- are two
25     bottles containing acetone.  In the center is -- is a -- a
```

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

```
1   quantity of acid.  And on the right is a quantity of hydrogen
2   peroxide.
3   Q.  And so are these photographs taken by the FBI lab when
4   these items were initially sent to the lab by the Detroit
5   office?
6   A.  That is correct.  Once again, I mentioned it earlier in the
7   process, checking for safety, and then we have check-in
8   photographs.  That's what you're seeing right here, is our
9   check-in photographs.
10  Q.  Now, the item on the left, which is item 5, those are the
11  two nail polish remover bottles that contained acetone.  Those
12  are -- appear to be original packaging; is that right?
13  A.  Yes.
14  Q.  And then the -- item number 7, which is an aqueous solution
15  of sulfuric acid, was that all of the item or was that a
16  sample?
17  A.  It's a subsample.  Once again, when we're in communication
18  with a bomb technician in the field, the -- they would tell us,
19  you know, "We have 5 gallons of gasoline."  We wouldn't need
20  to -- as an example, we would not need to have them send us
21  5 gallons of gasoline, but a smaller sample of it.
22          So they would subsample that amount and send it to us,
23  like, in a vial or a jar to have us examine that.
24  Q.  Now, the third item that's listed, or rather photographed,
25  that's there on the right, is that an I-Chem jar?
```

1  A.  It appears to be.

2  Q.  Okay.  And what was that item?

3  A.  That one contained a quantity of hydrogen peroxide.

4  Q.  And when this item was received by the lab, did you receive

5  any information about the condition in which it arrived?

6  A.  My technician, when she checked it in, I mentioned that she

7  takes notes on every package and the condition of the packaging

8  and what they see and what the item is, and her comments in the

9  notes were that it appeared to be leaking.

10  Q.  Now, did there come a time where you observed this

11  particular item?

12  A.  Yes.

13  Q.  And was it in the same packaging for a period of time or

14  did it change packaging?

15  A.  I don't recall exactly on that topic, but it -- when I did

16  look at it again, it still appeared to be leaking.

17  Q.  Okay.  When you saw it the first time, though, was there a

18  quantity of hydrogen peroxide in it?

19  A.  That was the -- that was the only time I observed it, is

20  when we repackaged it later.

21  Q.  Okay.

22  A.  Because my technician checked it in and then transferred

23  it, when we made our exam plan, to the chemist for examination.

24  Q.  So the amount that had leaked, was there still an amount

25  left?

1    A.  Yes.

2    Q.  Do you know how much was left?

3    A.  No.

4    Q.  Okay.  Now, the -- these three items -- and in your

5    conclusions, you talked about the con -- or the ingredients to

6    make triacetone triperoxide were these three items, right,

7    acetone, sulfuric acid, and hydrogen peroxide?

8    A.  That's correct.

9    Q.  Based upon the chemist's review, did you have an

10   understanding of how much of this material, this TATP, could

11   have been made?

12   A.  From the report, as you can see in the conclusion, the

13   theoretical yield of TATP is 54 to 77 grams.

14   Q.  And the theoretical yield is something that the chemist

15   does, not you?

16   A.  That is correct.

17   Q.  And you're relying on his information when you prepare your

18   report?

19   A.  That is correct.

20          MS. MOHSIN:  Okay.  I would like to move to slide

21   number 4.

22   BY MS. MOHSIN:

23   Q.  What is depicted in this slide?

24   A.  On the left is a container which contained a quantity of

25   acid.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   Q.  And the center?

2   A.  The center is, once again, two containers for the acetone.

3   Q.  And on the right?

4   A.  And on the right, it's an HTH pool maintenance kit, which

5   has the material, the pool shock, which I described earlier.

6   Q.  And, again, are these intake photos or photos taken during

7   the course of the examination process at the lab?

8   A.  Yes.

9   Q.  Directing your attention to slide 5.

10  A.  Yeah, this photograph depicts, in a laboratory, three boxes

11  of matches.

12  Q.  Now, were other matches sent also to the Chemistry or

13  Explosives Chemistry Unit?

14  A.  Yes.

15  Q.  And did the Explosives Chemistry Unit evaluate the matches

16  or the match heads to determine what the content or composition

17  of those items were?

18  A.  They did.

19  Q.  And did they provide you with conclusions?

20  A.  Yes.

21  Q.  And did you rely on those conclusions when formulating your

22  opinion regarding what the defendant had in his home?

23  A.  Yes.

24  Q.  And what was that conclusion?

25  A.  That conclusion is these were, in fact, the low -- a

 1    low-explosive material.

 2    Q.  All right.  And was it that last item, 21 grams of

 3    low-explosive material, was that based on the explosives

 4    chemistry review?

 5    A.  I'm -- I can't recall exactly if that was part of the

 6    review.

 7    Q.  Okay.  Would you --

 8    A.  I'd have to look at the chemistry report to answer that

 9    question.

10    Q.  Can I provide that to you to refresh your memory?

11    A.  Yes.

12        (Brief pause.)

13    BY MS. MOHSIN:

14    Q.  Does that refresh your memory?

15    A.  It does refresh my memory.

16    Q.  All right.  What was your understanding?

17    A.  The chemist's report identified the chemical makeup of

18    these match heads as a low-explosive material.  However, the

19    conclusion of the 21 grams of low-explosive material didn't

20    come from the chemist.  It came from our experience in the

21    class I was describing earlier where we have the agents remove

22    from these exact types of matches the -- the amount of -- of

23    low-explosive material into those dishes.

24        That's where an approximation of the 21 grams would

25    come from.  And then we took it outside and demonstrated the

 1   explosion.

 2   Q.  All right.  So you had described this process of doing this

 3   demonstration or experiment with your class, right?

 4   A.  The exercise, yes.

 5   Q.  And you've done that once or more than once?

 6   A.  Numerous times.

 7   Q.  Okay.  So was a quantity of low-explosive accumulated when

 8   you did these experiments?

 9   A.  It was.

10   Q.  And so that's what this conclusion is based on?

11   A.  That is correct.

12   Q.  All right.  Moving on to the next slide, which is, I

13   believe, slide number 6, can you tell the jury what they're

14   looking at here?

15   A.  The photograph on your left is -- depicts those glass jars

16   that were from the defendant's residence, and I would conclude

17   that those would be main charge containers.

18          And the photograph on your right, it's a $CO_2$ cylinder,

19   which is typically commercially used to use it in a pellet

20   rifle or a pistol.  You know, it's -- and what it does, it

21   contains carbon dioxide gas under pressure.  So when you would

22   pull the trigger, a quantity of that gas would expel and push

23   that pellet -- or we would commonly call it BBs.  It would push

24   that out of the pistol or rifle at a high rate of speed.

25          In the improvised explosive device world, we have seen

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

 1    numerous accounts of these -- these cylinders incorporated in

 2    an IED as a main charge container.  One of the common terms for

 3    these that we -- they came up with the term "crickets."  That

 4    would be considered a small improvised explosive device

 5    container in our world as we examine these items.

 6    Q.  Now, it looks pretty small in size.  If there was a

 7    quantity of explosive inside of this particular-size container,

 8    can it do any harm?

 9    A.  It could, as I mentioned, cause property damage, personal

10    injury, or even death.

11    Q.  Okay.  I want to direct your attention to the next slide,

12    please, number 7.  Can you tell the jury what you mean by

13    "electrical fuzing system"?

14    A.  Yeah.  In detail, an electrical fuzing system is a

15    combination of components, such as conductors, which are wires;

16    switch or switches, it can be numerous switches; a power source

17    or power sources; and we call it a load or an initiator, so...

18          MS. MOHSIN:  All right.  Let's go to slide 8, please.

19    BY MS. MOHSIN:

20    Q.  What are we looking at in this slide?

21    A.  This photograph depicts what I described earlier as one of

22    those Christmas tree lights, and that is one that's been pulled

23    out for the photograph from its -- of a hundred from its

24    container.

25    Q.  And this was found -- or these are photographs that were

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   taken by the lab of evidence items in this case?

2   A.  That is correct.

3   Q.  All right.  And you talked about how this Christmas tree

4   light may be used.  Do you have to modify the Christmas tree

5   light in any way before it can be an initiator?

6   A.  Yes.  As I briefly described earlier, you would very

7   carefully tap out that glass, the dome or the bulb portion,

8   exposing that filament wire that's on the inside.  That's what

9   produces the light when the electricity is applied.

10          You also would cut the wires to allow them to be

11  independent of this whole string.  So you have an independent

12  now light.  And that would be your improvised initiating load.

13  That would provide the energy and the heat required once the

14  power is all wired together with the wires, the switches, and

15  the power source and this, the load.

16  Q.  Have you seen Christmas lights used in this fashion before?

17  A.  Numerous times.

18  Q.  Can you give any examples?

19  A.  An example, there was a suicide bomber in Stockholm,

20  Sweden.  It might have been 2015 time frame.  This bomber

21  utilized numerous Christmas tree light bulbs as these

22  improvised initiators.  He had water bottles that contained

23  explosive material and then surrounded with nails as the

24  fragmentation.  He had numerous IEDs on his person.

25          And his plan, my opinion, failed to happen the way he

105

1    wanted it to happen because it prematurely detonated and

2    ultimately killing him.  But all of the devices didn't

3    function, only one of them did, based on his design.  But in

4    our examination of this evidence, as we were assisting the

5    Swedes, we observed numerous Christmas tree light bulbs in this

6    case.

7            But if you're not familiar with that one, one that you

8    may be familiar with is the Boston bombing case at the Boston

9    Marathon years ago.  They also incorporated Christmas tree

10   light bulbs as improvised initiators.

11   Q.  Have you also seen any bomb-making literature that's been

12   produced by either al'Qaida or ISIS?

13   A.  Yes.

14   Q.  And do al'Qaida and ISIS literature -- does that literature

15   recommend the use of Christmas tree lights?

16   A.  It does.

17   Q.  Okay.

18           MS. MOHSIN:  Slide number 9, please.

19   BY MS. MOHSIN:

20   Q.  What are we looking at here?

21   A.  This box contains six spools of wire, as we commonly know.

22   In the bomb nom- -- terminology, we call them conductors.  But

23   it's, once again, numerous spools of wire that would be used to

24   wire up the electrical fuzing system.

25   Q.  Okay.

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1          MS. MOHSIN:  Slide number 10, please.

2     BY MS. MOHSIN:

3     Q.  So this slide is entitled "Switches."  Can you please,

4     first, explain what the jury is looking at in the bottom left

5     photograph -- beginning with the bottom left photograph?

6     A.  The bottom left photograph is a depiction in the lab of

7     what actually I was holding up earlier right here, this

8     evidence item [indicating].  Includes two switches and links of

9     wire as well as a circuit board, a speaker, and two motors,

10    electronic motors.

11          The center photograph is a close-up picture of the two

12    switches for you to see.

13          And on the right are other potential switches that

14    I've seen utilized in improvised explosive device construction.

15    The top left one of the right side --

16    Q.  Can you use that pointer?

17    A.  Of course.

18    Q.  That would be great.

19    A.  This one is a digital timer.  And many of you have those

20    perhaps in your kitchen to help with your -- as you're cooking

21    perhaps.  The same on the right.  We've seen those numerous

22    times in IED construction.

23          The lower photograph, we call these PMRs, personal

24    mobile radios.  And there's two of them.  And we've seen these

25    utilized in IED incorporations also over the decades, where one

1    would be an arming switch, one would be a firing switch.  Or

2    these could go interchanged, and all these could be used in

3    different ways in the construction of a bomb.

4    Q.  I want to focus on Figure 6, which is the close-up view of

5    the two switches.  Can you just point out where the switches

6    are?  Those photos are kind of blurry.

7    A.  Certainly.  The top one, we call it a slide switch, and

8    literally it's one that goes left to right to activate it.  And

9    this one [indicating], it's a push-button switch, where to

10   function it, you would literally just press it, and it would

11   allow the current to flow.

12   Q.  Now, I want to talk about the figure at the bottom left.

13   You indicated that that is the item that you have in front of

14   you with the circular disk that you identified as a speaker?

15   A.  Yes.

16   Q.  When this item was photographed after it was sent to the

17   lab, were those wires connected?

18   A.  Yes.

19   Q.  Can you just show how they're connected in that photo?

20   A.  See this switch -- the slide switch is here [indicating],

21   and it's coming together.  There's a connection.  This one

22   comes together as a separate connection [indicating].  These

23   motors are tied together, and then it comes over here

24   [indicating].  You can see where it's wired to the speaker.

25   This circuit board's incorporated [indicating].

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1           So it is -- someone was attempting to -- I'll use the
2   word "practice" perhaps with the circuit.
3   Q.  And then the item that you have in front of you, have some
4   of those connections fallen apart?
5   A.  Yes.
6   Q.  Okay.  But you can see in the photograph, that was taken at
7   the time the evidence arrived?
8   A.  Yes.
9   Q.  All right.  Directing your attention now to slide number
10  11, which is a demonstrative.
11          MS. MOHSIN:  And it is Demonstrative Exhibit 21-8,
12  which the government would move to admit for demonstrative
13  purposes only.
14          MS. BASHI:  No objection.
15          THE COURT:  Admitted for demonstrative purposes.
16      (Demonstrative GX 21-8 received in evidence.)
17          MS. MOHSIN:  One moment, please.
18      (Brief pause.)
19  BY MS. MOHSIN:
20  Q.  Before we play this particular demonstrative, can you just
21  tell the jury what they're about to see?
22  A.  Sure.  We like to use an example like this when we would
23  teach someone how this circuit may work.  If you look at the
24  way the wires are going, it's kind of in a circle, and it's
25  from the power source to a switch.  And the light is the

1   example of the load in this case.  So both switches have to be

2   on for the circuit to continually flow.

3        One is the arming switch, which allows the bomber to

4   place it, set it, and get away and arm the device.  The second

5   switch is the firing switch, which allows the circuit elec --

6   the current to flow to the load now and causing that -- that

7   reaction to allow the heat to be generated from a light bulb

8   that I was describing earlier.

9        So this is -- we call it a series circuit.  It just

10  goes, like, in a circle.  One is arms.  One fires.

11  Q.  Okay.

12       MS. MOHSIN:  Would you please play this demonstrative.

13       (Whereupon the recording was played.)

14  BY MS. MOHSIN:

15  Q.  And if you could narrate it, please.

16  A.  Okay.  The arming switch was pushed to safe, and nothing's

17  happening.  When it goes to arm and you hit the microswitch,

18  you can see the light now functions.

19  Q.  And is that why there's two switches used?

20  A.  That's correct.

21  Q.  All right.

22       MS. MOHSIN:  Next slide, please, which is Number 12.

23  BY MS. MOHSIN:

24  Q.  What are we looking at here?

25  A.  These are just photographs showing different types of

1   batteries.  Batteries are power sources, which allow -- that's

2   where the potential energy comes from in an electrical fuzing

3   system.

4   Q.  And these did not come from the evidence in this case; is

5   that right?  These are demonstrative?

6   A.  They are.

7   Q.  Okay.  Now, are there other types of power sources that can

8   be used other than batteries to initiate an explosive?

9   A.  Yes, but I wouldn't necessarily call it a power source.  An

10  example could be a chemical reaction.  A chemical reaction

11  would still generate heat.  I mentioned an oxidizer and a fuel.

12  If they're incompatible and they're mixed, that heat can be

13  generated to cause that explosive material I was talking about

14  was very sensitive to heat, shock, and friction.  That chemical

15  reaction can cause the explosives, then, to function.

16  Q.  Okay.

17          MS. MOHSIN:  Slide 13, please.

18  BY MS. MOHSIN:

19  Q.  Can you describe fragmentation?

20  A.  Fragmentation, in this instance, which we're showing you in

21  the slide, I would consider an enhancement to an IED.

22  You're -- you're making the potential lethality greater by

23  adding things like -- we commonly call these BBs in the lower

24  picture.  In the top, these are pellets.  Adding these to the

25  IED increases the potential of injury or death to one who would

1    be around this, or property damage if that was the target.

2           In this case, the -- these -- these pellets, BBs,

3    they're relatively small.  But if you have numerous small ones,

4    you have -- may hit more -- more chance to hit a target versus

5    just a few large ones, which may hit a target.  Once again,

6    it's going to move out at tremendous speeds when the explosion

7    occurs once these are added to it.  So, once again, I consider

8    this an enhancement to the IED.

9           MS. MOHSIN:  Slide 14, please.  Actually slide 15.

10   BY MS. MOHSIN:

11   Q.  These are miscellaneous items?

12   A.  Yes.  I consider this in my forensic report a miscellaneous

13   item as it is not necessarily a component, but it could be

14   incorporated into the IED, or it could be used to facilitate

15   the IED's construction.

16   Q.  And are the photos that are depicted on slide 15 taken from

17   the evidence that was provided in this case?

18   A.  Yes.

19   Q.  Can you go through them, please?

20   A.  Certainly.  On your top left you can see graduated

21   cylinders or cups, or we call them at home measuring cups,

22   right?  So this is utilized in bomb making to specifically have

23   specific amounts, would be added in the following steps.

24          In this case, there's instructions given in that video

25   we described on how much of a material should be added or -- to

1  make this ma -- explosive material.  And these glasses would

2  fit the bill for that.

3          The center photograph --

4  Q.  I'm sorry.  Can I interrupt you?

5  A.  Certainly.

6  Q.  The fact that there were multiple measuring cups in

7  different sizes, is that significant in any way?

8  A.  It is.  It allows for mass production of an explosive

9  material.  If you only had small ones, you would -- it would

10  take a lot longer.  For efficiency you could use the larger

11  ones to make it be more efficient in your construction.

12  Q.  Okay.  Please proceed.

13  A.  The center photograph on the top is a small saw, and saws

14  or any kind of a cutting tool is -- is -- helps make it easier

15  to construct an improvised explosive device.  And there's

16  actually a demonstration in the video of a cutting device used

17  to cut a syringe not unlike this one you can see here

18  [indicating].  That's used to house the TATP as I described

19  earlier.  The one that we have here, it's -- it's very similar

20  to others that we've seen, including the one that was used here

21  in Detroit on the Christmas Day bombing.

22          The photograph on the top right is a glue gun, and it

23  has a glue stick inserted for use.  Once again, as it's plugged

24  in, the glue gun heats up.  It allows the glue to melt and be

25  applied to join or adhere components together, which is very

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   common in -- in our explosive construction.

2   Q.  Now, there are several additional items listed but not

3   photographed.  Were those items that were also provided to the

4   lab to examine?

5   A.  Yes.

6   Q.  And what was the significance of those items as it relates

7   to your conclusions?

8   A.  As you can see on the slide, item 9-1, white-colored coffee

9   filter, those filters are, once again, utilized in the

10  synthesis of TATP.

11          The glue sticks, once again, were used to adhere

12  materials, but also in the video that I examined, they used

13  glue sticks as a stirring tool, as a packing tool to pack the

14  explosive material into the syringe, so it has a dual use in

15  that respect.

16          The clear tape, you know, once again, tape could be

17  another joining vehicle to put things together.

18          The spinning wheel was just added to this thing, so we

19  documented it.

20          And sandpaper, once again, could be used to finish --

21  to smooth off an area, if you so chose to, as you're building a

22  device.

23  Q.  Now, in this case there were several plastic squeeze

24  bottles?

25  A.  Yes.

1  Q.  Have you seen those used in the manufacture of explosives?

2  A.  Yes.  It allows for an easy transfer of liquid to -- from

3  one place to another without spilling.  It goes directly where

4  you want it to go versus -- sometimes pouring can be -- can

5  be -- you know, you can make a mess, you have a spill,

6  whatever.  Squeeze bottles eliminate the possibility of that

7  happening.

8  Q.  And when you're making explosives, you don't want anything

9  spilling?

10  A.  That's right.

11          MS. MOHSIN:  Next slide, please.

12  BY MS. MOHSIN:

13  Q.  Were there drones also -- information about drones provided

14  to you?

15  A.  Yes.

16  Q.  And was that significant to you in any way?

17  A.  It was.

18          MS. MOHSIN:  Slide Number 17, please.

19  BY MS. MOHSIN:

20  Q.  Were these items that were submitted to the laboratory as

21  well from the FBI in Detroit?

22  A.  Yes.

23  Q.  And when you examined -- did you examine these items?

24  A.  I did.

25  Q.  And what, from the explosives perspective, did you observe

1   in relation to these items?

2   A.  Well, in the totality of the examination, once I saw the

3   bomb-making material, the explosive compon -- precursor

4   material, and then we have drones tied into this too, it --

5   from my experience in this field, I've noticed there are

6   numerous applications with drones as a delivery vehicle to

7   deliver an improvised explosive device.  So I wanted to ensure

8   that we examined these as well as a potential delivery vehicle

9   to do just that.

10          MS. MOHSIN:  Next slide, please, number 18.

11  BY MS. MOHSIN:

12  Q.  Are these additional items that were submitted to the

13  laboratory by the FBI Detroit field office?

14  A.  Yes, it is.

15  Q.  And are these items significant from an explosives

16  perspective?

17  A.  They are.  Once again, the fact that drones have

18  historically been utilized to deliver IEDs, the small one on

19  the top left or the lower right in these photographs, they're

20  small, which would mean if they were to deliver, there would be

21  a small package.

22          This frame here [indicating] is a frame for a larger

23  drone, which would potentially be able to deliver a larger IED.

24          MS. MOHSIN:  Next slide, please, number 19.

25  BY MS. MOHSIN:

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   Q.  Are these additional items that were found -- or, rather,

2   that were provided to the lab from the FBI Detroit?

3   A.  Yes.  What you see in this photograph here are numerous

4   remote control controllers.  On the right, this box is

5   [indicating] another supporting material, and then in the lower

6   right, other drone parts, if I can use that term, propellers or

7   propeller guards.

8           MS. MOHSIN:  Okay.  Slide 20, please.

9   BY MS. MOHSIN:

10  Q.  So you mentioned earlier that you did your conclusion, and

11  then you did a video comparison.  Are the next series of slides

12  related to that comparison?

13  A.  Yes, they are.

14          MS. MOHSIN:  Slide 21, please.

15  BY MS. MOHSIN:

16  Q.  What are we looking at here?

17  A.  So the photograph on the left is from the video, and it's

18  showing the hydrogen peroxide.  And on the right is the

19  quantity of hydrogen peroxide that was collected at the search.

20  Q.  Now, this is -- the image on the right, you can't really

21  see anything.  Can you see whether there's any quantity of

22  liquid in that particular image?

23  A.  It's hard to tell in the photograph, but there is quantity

24  of liquid in there.

25          MS. MOHSIN:  All right.  Next slide, please.

**USA v. NASER - 22-20504**

CHRISTOPHER RIGOPOULOS - DIRECT BY MS. MOHSIN

1   BY MS. MOHSIN:

2   Q.  What is this chart?

3   A.  Okay.  I put this chart together, and what it does, it

4   shows the transcript time capture of the video and what the

5   item was.  In the right column, over here [indicating], are the

6   compared items from the search.

7           So what I'll do for you is I'll just go down these two

8   columns and show the similarities of what was in the video and

9   how I compared it to what was recovered in the search.

10          So start at the top.  Hydrogen peroxide from the video

11  and our sample we took from the search.

12          Acetone, taken from the search.  In the video, fire

13  water, hydrochloric acid.  We recovered sulfuric acid as

14  item 7.

15          Graduated containers.  Once again, that photograph, we

16  had numerous measuring cups, right?

17          Syringe.  Once again, graduated syringe, again, from

18  the search.

19          Scissors.  He had a small handsaw.

20          Epoxy.  We had, in the search, a glue gun.

21          Medical gloves in the video.  And as you saw in an

22  earlier photograph, two gloves.

23          Coffee filters.  From the search, numerous coffee

24  filters.

25          A glass jar funnel coffee filter.  Once again, there's

118

1   a photograph of a glass jar and a coffee filter in it.  Okay.

2   Just so it compares to the video.

3        Last one.  The glass jar placed inside a large glass

4   jar, and in item 6 photograph the exact same thing, where a

5   glass jar was placed in a larger glass jar.  And that's

6   significant as a bomb examiner.  We saw that right away.  We

7   knew what it was.  Then we saw the video and it kind of was

8   obvious.  But that's done in a bomb con -- in a bomb

9   construction lab as the glass jar could fragment by itself and

10  be fragmentation.

11       But the fact that that was in there would be utilized

12  to put those BBs or the pellets in that void space between the

13  two.  That's your -- that's where the fragmentation would go.

14  And we recognized that before we even saw the video.

15  Q.  Okay.

16       MS. MOHSIN:  Next slide, please.

17  BY MS. MOHSIN:

18  Q.  Are these the comparisons that you were just talking about?

19  A.  They are.

20  Q.  Okay.  So go ahead, please.

21  A.  Yeah.  From the top, the comparison of the acetone from the

22  video and from the collected.  The acid and then the sample of

23  acid we collected.

24       MS. MOHSIN:  Next slide, please.

25  A.  The top, we had the graduated cylinders in the video, and

1    there's the ones we collected.  Here's the syringe and the

2    syringe that we collected.  And, again, we have -- let's see,

3    the scissors and here's the handsaw.

4    Q.  And then the item on the left is the video, and the item on

5    the right is the item that was collected by the FBI?

6    A.  That's correct.

7         MS. MOHSIN:  Okay.  Next slide, please.

8    A.  Okay.  In this slide, it's the same photograph, but we're

9    going to identify the epoxy that was used in the video and here

10   we have a glue gun.  In this one, you can see one of the --

11   whoever this person is in the video is wearing protective

12   plastic gloves, and we found protective plastic gloves in the

13   search.

14        MS. MOHSIN:  Next slide, please.

15   A.  This slide shows filters, coffee filters, from the video,

16   and these are the ones that we collected in the search.  And

17   this shows employment of those filters into a glass jar, and

18   that's exactly the condition we found it in the search, ready

19   to go.

20   Q.  All right.

21        MS. MOHSIN:  This was slide 26.  Can we go to

22   slide 27, please.

23   A.  Okay.  This one shows a demonstrative in the video of the

24   individual placing a jar inside a larger jar to allow for the

25   addition of that fragmentation, those, like, ball bearings or

1   BBs, into this area to be an enhancement.  And this picture

2   shows the glass jars in that condition that they were recovered

3   in.

4   BY MS. MOHSIN:

5   Q.  Now, that's really hard to see.  Have you seen better

6   pictures in the evidence of this case, the jar in the jar on

7   the right?

8   A.  Yes.

9   Q.  Okay.  Was that from your report, this particular image?

10  A.  Yes.

11       MS. MOHSIN:  Okay.  So I think that's the last slide,

12  Ms. McDonald.  If you would go to the next page.

13       Okay.  Thank you.  You can take that down.

14  BY MS. MOHSIN:

15  Q.  After you concluded your comparison of the videos, did you

16  assemble both parts of your analysis, the first analysis you

17  did before the video was sent and the analysis that you did

18  after the video was sent, into a report?

19  A.  I did.

20  Q.  And that was the one that was peer reviewed?

21  A.  Yes.

22       MS. MOHSIN:  All right.  One moment, please.

23       (Attorney conference.)

24       MS. MOHSIN:  Your Honor, no further questions.  Thank

25  you.

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

```
 1              THE COURT:  All right.  Thank you, Ms. Mohsin.

 2              Ms. Bashi, you may proceed with cross-examination.  We

 3  are about 15 minutes to our lunch break.

 4              MS. BASHI:  Thank you.

 5                        CROSS-EXAMINATION

 6  BY MS. BASHI:

 7  Q.  Good afternoon.

 8  A.  Good afternoon.

 9  Q.  I think it's exactly afternoon.

10  A.  Yes, it is.

11              MS. BASHI:  Can I ask you to put the PowerPoint back

12  up, please.

13  BY MS. BASHI:

14  Q.  Actually, I want to clarify something you just ended on

15  with those jars.

16  A.  Uh-huh.

17  Q.  You said they were recovered in this case?

18  A.  They were collected is a better term.

19  Q.  Okay.  Did you actually see any jars of the evidence you

20  were sent?

21  A.  Did I see any jars of evidence I was sent?

22              You know, I'm trying to recall that.  I need to see my

23  report to be able to answer that.

24  Q.  I can show you that. [Handing document to the witness.]

25              It has my notes on it.
```

1    A.  That's quite all right.  Thank you.

2    Q.  You're welcome.

3        (Brief pause.)

4    A.  Okay.  After reviewing my report, those jars were

5    photographed but never submitted -- they were never submitted.

6    Q.  Okay.  Thanks.  I just wanted to clarify that.

7    A.  Yes, ma'am.

8    Q.  And then I wanted to talk to you briefly, before we go

9    through some of your PowerPoint slides, about that item 8 that

10   was leaking.

11       You mentioned that it was your -- your -- someone on

12   your staff who initially reported that it was leaking?

13   A.  Yes.

14   Q.  Okay.  And you didn't go check it out that day.  You said

15   you just saw that item one time when you repackaged it?

16   A.  Yes.

17   Q.  Okay.  How much later was it that you went and repackaged

18   it?

19   A.  Oh, goodness.  It could have been -- it could have been two

20   years later, perhaps.  I think it was --

21   Q.  Okay.

22   A.  I think that might be accurate.

23   Q.  Okay.  So it was leaking in the package.  You don't know

24   how early it had started leaking?

25   A.  I -- I would have --

1   Q.  You have no way to know that, right?

2   A.  No.

3   Q.  Okay.  And then it was there for about two years before it

4   was repackaged?

5   A.  After two years, that's when I was putting everything back

6   together to send back to Detroit.  That's when that was

7   observed.

8   Q.  Okay.  So you repackaged it after you'd already -- it had

9   already been tested?

10  A.  It's already been examined, yes.

11  Q.  Okay.  Gotcha.

12          And you said there was a quantity in that container

13  when it arrived to the lab?

14  A.  That's what my technician reported in her notes.  That --

15  well, that there was a leaking in it.

16  Q.  Okay.  But earlier on, when you testified today, you said

17  there was some quantity of liquid in there.

18  A.  Well, that's from my understanding from the chemist

19  examiner, that he examined a quantity of liquid.

20  Q.  Okay.  But you have no idea what quantity was in there?

21  A.  No.

22  Q.  Okay.  Do you know how much they recovered of that liquid

23  from Mr. Naser's home?

24  A.  I believe they recovered all of it that there was to

25  recover --

1    Q.  Okay.

2    A.  -- instead of --

3    Q.  A sample?

4    A.  A sample, yes.

5    Q.  Okay.  They recovered all of it, but do you know how much

6    that was?

7    A.  I do not.

8    Q.  Okay.

9         MS. BASHI:  Okay.  Now, I can ask you to put the

10   PowerPoint up again.  Thank you.

11   BY MS. BASHI:

12   Q.  Okay.  I want to walk through this with you again and just

13   get some more information about some of this stuff, okay?

14   A.  Certainly.  Yes, ma'am.

15        MS. BASHI:  So if we can start at slide 3.

16   BY MS. BASHI:

17   Q.  And do you see at the bottom there where you have this

18   conclusion about the theoretical yield of TATP?

19   A.  Yes.

20   Q.  It says "54 to 77 grams"?

21   A.  Yep.

22   Q.  And you already said that wasn't your conclusion, right?

23   A.  That's correct.

24   Q.  You had reviewed the report of one of the chemists who came

25   to that conclusion?

1   A.  Yes.

2   Q.  Okay.  And in that report -- and I think you incorporated

3   this language into your report, it was assuming full containers

4   of these elements, right?

5   A.  Yes.

6   Q.  Okay.  And so that assumption that these containers were

7   full is what gave you those numbers?

8   A.  Those -- once again, that's his work.  I was just

9   referencing his work.

10  Q.  Okay.  And in your reference to it, you said this was an

11  assumption that was made about these full containers?

12  A.  If that's the language I used in the report, yes.  But,

13  once again, I'd have to see my report to see if I said

14  "assumption."

15  Q.  I can show it to you.  I think I said -- I think you said

16  "assume," but I said "assumption."  Pretty much the same,

17  right?

18  A.  Okay.

19  Q.  Do you want me to point it out to you or --

20  A.  Here's a --

21  Q.  Actually have it highlighted in my copy.

22  A.  Okay.

23  Q.  Here we go.  Yeah.

24  A.  All right.

25  Q.  Do you see on page 6 of your report where it says "assuming

1   full containers"?

2   A.  I do.

3   Q.  Okay.

4   A.  Yeah, these are, once again, taken from our examiner,

5   Raleigh Parrott's report.  These are his results.  I was

6   referencing them in this report.

7   Q.  That's right.  Okay.  So you didn't make that assumption;

8   he did?

9   A.  That is correct.

10  Q.  But in receiving that report, with that assumption into it,

11  that's the conclusion you're talking about here on this slide,

12  right?

13  A.  Yes.

14  Q.  Okay.  So this conclusion isn't actually connected to the

15  quantities that you received at the lab of these materials?

16  A.  That's correct.

17  Q.  Okay.

18  A.  I believe that's why it would be a theoretical yield.

19  Q.  Well, that's something different.  Do you want to talk

20  about what "theoretical" means?

21  A.  I'm just referring -- referencing what's on the slide.

22  Q.  Right.  So there's the assumption -- the -- "assuming"

23  isn't on your slide, right?

24  A.  No.

25  Q.  You didn't put "assume" on your slide?

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1              So that assumption isn't reflected on this slide,
2    correct?
3    A.  Correct.
4    Q.  Okay.  And then there's the concept of a theoretical yield,
5    which is we plug these numbers into this equation.  In a
6    perfect world, this is the amount of the TATP that would come
7    out on the other end, right?
8    A.  In a perfect world, yes.
9    Q.  Right.  And that's why it's theoretical, right?  It's not a
10   practical yield?
11   A.  Right.
12   Q.  Nothing in the world is perfect?
13   A.  Nope.
14   Q.  Okay.  So that's what the theoretical piece means?
15   A.  Yes.
16   Q.  Okay.  But the assumption piece is separate from that,
17   right?
18   A.  Yes.
19   Q.  Okay.
20           MS. BASHI:  Can we bring up Government Exhibit 15 --
21   I'm going to try to get this right -- 15-1.298 [sic].
22       (Brief pause.)
23   BY MS. BASHI:
24   Q.  You had taken -- you reviewed pictures that were taken at
25   the search, right?

1   A.  Yes.

2   Q.  And I think you already saw this picture earlier today.

3          MS. BASHI:  Can you zoom in on that red tip bottle for

4   me, please.

5   BY MS. BASHI:

6   Q.  Were you aware that this was the container that item 8,

7   that liquid was recovered from?

8   A.  Nope.

9   Q.  You were not aware of that?

10  A.  I wasn't sure which one it was, from the photograph.

11  Q.  So in your examination you didn't know which containers

12  went with which liquid?

13  A.  I did for most of -- I understand that the peroxide was

14  from a different container, not a manufacturer's container.

15  Q.  Okay.  And just as you sit here looking at that container,

16  can -- does it look full to you?

17  A.  I couldn't tell you.

18  Q.  Okay.  Can you see the liquid line down at the bottom of

19  the container behind the tape?

20  A.  I see what could be a liquid line.

21          MS. BASHI:  Okay.  You can take that down.  We can go

22  back to slide 3.  Thank you.

23  BY MS. BASHI:

24  Q.  I think the middle picture you said is the sulfuric acid?

25  A.  Yes, ma'am.

1   Q.  Not the -- is it hydrochloric acid that you -- that you

2   talked about in that video?

3   A.  The video was hydrochloric acid, I believe.

4   Q.  Okay.  And that's not hydrochloric acid right there?

5   A.  That's not hydrochloric acid.

6   Q.  Okay.  That's sulfuric acid or battery acid?

7   A.  Yes.

8        MS. BASHI:  Okay.  And then can we go to slide 4,

9   please.

10  BY MS. BASHI:

11  Q.  On the right-hand side that's the bottles from the pool

12  maintenance kit, right?

13  A.  Yes.  That's correct.

14  Q.  And there was other stuff in that kit like test strips and

15  things like that, right?

16  A.  I -- I don't know.

17  Q.  Did you examine that kit?

18  A.  What was examined were, I believe, the containers, and

19  that's all -- that's all that was looked at.

20  Q.  Okay.  So you didn't -- I know you mentioned that you

21  examined a lot of the items that were sent.  You didn't examine

22  the pool shock kit?

23  A.  Well, these three bottles are the item.

24  Q.  Okay.  You didn't get the box or anything, the other stuff

25  that was in it?

1  A.  Negative.

2  Q.  Okay.  And I notice that you put this here with these other

3  TATP ingredients, right?

4  A.  They're with other ingredients used to make an explosive or

5  a reaction.

6  Q.  Okay.  Well, the pool shock wasn't -- in your report, the

7  pool shock wasn't in the main explosive section of your report,

8  right?

9  A.  It's not an explosive precursor in this case.  It could be

10  used as the chemical initiator that I described with a

11  prosecutor.

12  Q.  Yeah.  And I think in your report you said it can be used

13  in IEDs when there's an incompatible fuel that's present.

14  A.  That's right.

15  Q.  I think on direct, you said brake fluid was an example?

16  A.  Yes, yes.

17  Q.  And you didn't get -- nobody sent you or you didn't receive

18  any brake fluid in this case?

19  A.  No.  None was set.

20  Q.  Did you receive any incompatible fuel at all or for the

21  pool shock?

22  A.  Not in this case.

23  Q.  This case is the only one I'm asking about.

24  A.  Yes, ma'am.

25  Q.  And so you put that on this slide, but that's not used to

1   make TATP, right?

2   A.  It's not.

3   Q.  And you don't have anything else in this case that would be

4   combined with that to make an explosive?

5   A.  With pool shock?

6   Q.  Yes.

7   A.  No.

8           THE COURT:  We are going to go to lunch.  I'll give

9   you one minute if there's another question you'd like to ask.

10  Otherwise --

11          MS. BASHI:  I was actually going to move to the next

12  slide, so that's perfect.

13          THE COURT:  All right.  We're going to go ahead and

14  start our lunch break.

15          Members of the jury, this is a 35-minute lunch break.

16  You must follow the instructions of my staff.  You cannot

17  discuss this case with anyone or do research in any way.  You

18  may retire to the jury room right now.

19          THE LAW CLERK:  All rise for the jury.

20      (Whereupon the jury was excused, 12:16 p.m.)

21          THE COURT CLERK:  Court is in recess for lunch.

22      (Court in recess, 12:17 p.m.)

23      (Back on the record, 12:48 p.m.)

24          THE COURT CLERK:  All rise.  The United States

25  District Court for the Eastern District of Michigan is back in

 1    session.

 2           THE COURT:  We are back on the record.  We'll have the

 3    jury brought out.

 4           THE LAW CLERK:  All rise for the jury.

 5       (Whereupon the jury entered the courtroom, 12:54 p.m.)

 6           THE COURT:  Members of the jury, you may be seated.

 7           Everyone in the courtroom may be seated.

 8           The witness remains under oath.  And you may continue

 9    with cross-examination, Ms. Bashi.

10           MS. BASHI:  Thank you, your Honor.

11           Can I have you bring up the PowerPoint again, please,

12    to slide 5.  I'm sorry.  Slide 4.

13    BY MS. BASHI:

14    Q.  This is where we left off.  And I think, Mr. Rigopoulos,

15    the picture on the right, that's the pool shock, right?

16    A.  Yes, ma'am.

17    Q.  And we left off talking about how that would be mixed with,

18    like, an incompatible fuel or something, right?

19    A.  Correct.

20    Q.  And you didn't get any incompatible fuels in this case?

21    A.  No, ma'am.

22    Q.  Okay.

23           MS. BASHI:  Okay.  We can go to slide 5 now.  Thank

24    you.

25    BY MS. BASHI:

1    Q.  This is the matches.  I think you talked about a training

2    exercise that you did with some of your trainees.

3    A.  Yes, ma'am.

4    Q.  With the matches, right?

5         And you have them kind of clipping the match heads

6    off, and it's kind of a meticulous process?

7    A.  Yes, ma'am.

8    Q.  And are you saying that that 21-gram conclusion that you

9    put on here, was that from that training exercise or how did

10   you get to that number?

11   A.  From the training exercise --

12   Q.  Okay.

13   A.  -- using a similar amount of matches, that's what we would

14   come up with.

15   Q.  Okay.  So did you measure the match heads that your

16   trainees or --

17   A.  I can't recall exactly how, but that number stuck out in my

18   head when we would do this class over and over as far as an

19   amount.

20   Q.  The number 21 grams?

21   A.  Right.

22   Q.  How many match heads did your trainees clip?

23   A.  I would imagine -- I'm trying to think how many boxes we

24   would use.

25   Q.  Yeah.

1   A.  And it was probably in the same amount as something like

2   this, but I can't be exactly sure.

3   Q.  Which was how much?

4   A.  Like, like, around five boxes.  Because we would bring each

5   class --

6   Q.  Okay.  So there's, like, similar boxes?

7   A.  Very -- actually, the same brand.

8   Q.  Okay.  These, actually, you can buy in packs of, like,

9   three and six, right?

10  A.  I think so.

11  Q.  Yeah.

12  A.  That sounds -- that sounds right.

13  Q.  Okay.  They're, like, wrapped in plastic together?  It's

14  way too much matches, right?

15  A.  It's a lot of matches.

16      (Laughter in the courtroom.)

17  BY MS. BASHI:

18  Q.  And you -- that 21 grams would be the weight after the

19  heads are clipped off?

20  A.  That's correct.

21  Q.  Okay.  And are you talking about essentially, like, a

22  match-head bomb that -- that would be created?

23  A.  Well, it's not with the wood.  It's just the green material

24  itself.

25  Q.  Just the tips.

 1   A.   That's correct.

 2   Q.   Okay.  You need a, a lot of those tips of the matches to do

 3   that, right?

 4   A.   You do.

 5   Q.   In your examination of the matches and the lab's

 6   examination of the matches, were any of these clipped?

 7   A.   No, they were not.

 8          MS. BASHI:  Okay.  If we could move to slide 6,

 9   please.

10   BY MS. BASHI:

11   Q.   Okay.  So we have two options here for main charge

12   containers, right?  And the one on the left, the picture of the

13   jars?

14   A.   Yes.

15   Q.   I think you said the one that concerned you was the jar

16   within a jar back there?

17   A.   Yes.

18   Q.   But there were, like, a whole bunch of jars on this table,

19   right?

20   A.   Sure.  Yes.

21   Q.   Did you see -- there is a jar inside this one that has a

22   lid, right?  Can you see in that picture?

23   A.   Yes.

24   Q.   Okay.  And then the outer jar, there is no lid --

25   A.   Correct.

```
 1   Q.  -- right?
 2         But you're saying in between this gap here that you
 3   could stuff something in there?
 4   A.  That's -- that would be the design.
 5   Q.  Okay.
 6   A.  Yes.
 7   Q.  And we talked about earlier, you didn't get any of these
 8   jars in evidence, right?
 9   A.  That's correct.
10   Q.  Okay.  So you're kind of backing into it looking at the
11   pictures saying this is what you could do with this?
12   A.  Yes, ma'am.
13   Q.  Okay.  And then we have this CO_2 cartridge, right?
14   A.  Yes.
15   Q.  It's a Crosman brand, popular air gun brand?
16   A.  Yes.
17   Q.  And you examined the ones that you got because it wasn't
18   just this one that was pictured, right?  There was -- I think
19   three were used?
20   A.  I think three were -- I believe three were submitted, I
21   think.
22   Q.  Okay.  But there was, like, a whole box of them --
23   A.  [Witness nodding.]
24   Q.  -- in the Crosman box?
25   A.  Yes.
```

1    Q.  And you're saying that this -- one of these could be a main

2    charge container?

3    A.  Yes.

4    Q.  And so you would -- the fact that it's punctured right

5    there, that little hole, you would, like, stuff something in

6    there?

7    A.  No.  With the, the hacksaw that was collected as evidence,

8    you could, you could cut this neck off and make the hole bigger

9    to allow you to insert explosive material inside of it.

10   Q.  Okay.  What's this -- what are these -- do you know what

11   this is made out of?  Is that metal?

12   A.  It's aluminum.

13   Q.  Aluminum?

14   A.  Mh-hmm.

15   Q.  Okay.  Which is a type of metal?

16   A.  Yes.

17   Q.  Okay.  And so you'd use the hacksaw to, like, cut off

18   somewhere here [indicating]?

19   A.  I would imagine you could cut anywhere at the top end.

20   Q.  Okay.  And then you'd, you'd -- then you'd stuff something

21   in there?

22   A.  Then you could fill it with explosive material.

23   Q.  Okay.  So a couple questions about that.

24          You're familiar with TATP as being a pretty volatile

25   substance, right?

1    A.  Yes.

2    Q.  And it's sensitive to metal, right?  So you don't use metal

3    when you're making TATP.

4    A.  I'm not going to answer that because I'm not a chemist.

5    Q.  Okay.

6    A.  As far as its sensitivity to other things, I know it reacts

7    to heat, shock, and friction.

8    Q.  Right.

9    A.  But as far as sensitivity, I can't answer that.

10   Q.  Did you ever use metal when you were making TATP in the

11   lab?

12   A.  I didn't make TATP.  Jack Barrow, who was on our squad, did

13   and I would help him.

14   Q.  Oh, okay.  I'm sorry.  I thought you said you made TATP

15   with the assistance of the --

16   A.  No, ma'am.

17   Q.  Okay.  I'm getting my witnesses confused.

18          Okay.  And then you received and you examined these,

19   these cartridges, right?

20   A.  Right.

21   Q.  Did any of them have any kind of saw marks or anything like

22   that?

23   A.  They did not.

24   Q.  Okay.  So you're kind of explaining things that can be done

25   with stuff like this.

1   A.  Yes.

2   Q.  Okay.  Even if there is no evidence that there was even an

3   attempt to do something with something like that, like, hack --

4   like, use a hacksaw to cut that off.

5   A.  Yes.

6   Q.  Okay.

7          MS. BASHI:  Can we go to slide 8, please?

8          And I'm going to take a moment to grab the physical

9   exhibits.

10      (Brief pause.)

11  BY MS. BASHI:

12  Q.  I'm going to show you what's been admitted as Government

13  Exhibit 15-41 and 15-40.

14          Can you take those out of the -- out of the bag?

15  A.  [Witness complies.]

16  Q.  Are these the lights that you examined and took a

17  photograph of -- of here on the slide?

18  A.  Yes, ma'am.

19  Q.  Okay.  Can you open that box?

20          And I, I see in the picture you took one of the lights

21  out --

22  A.  Yes, ma'am.

23  Q.  -- for this picture, right?

24          And did you take the lights out of the box when you

25  received them?

1   A.  No, ma'am.

2   Q.  Okay.  When you look at the box, does it look like the

3   lights have been removed from that box at any point?

4   A.  Nope, they do not.

5   Q.  It looks like they're still wrapped how they came?

6   A.  They -- they certainly do.

7   Q.  Okay.  And they are kind of stuck together?

8   A.  Mh-hmm.

9   Q.  You could never stuff them back in a box like that once

10  you've taken them out, right?

11  A.  No, ma'am.

12  Q.  Okay.  And then -- you can put those away now.

13      And actually, I want to ask you while you're putting

14  that away, you talked about how these lights could be used,

15  right?

16  A.  Yes.

17  Q.  And how you'd have to -- I think you said, like, tap on the

18  glass to break it because you want to expose the fuse?

19  A.  Yes.

20  Q.  Is that right?

21      And the fuse needs to be connected to the wires and

22  all that.

23      In your examination of that box, did you see any

24  lights that were broken?

25  A.  No, I did not.

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1  Q.  Okay.  And then there's another baggie up there that has

2  some spare lights in it.  Do you see those?

3  A.  I do.

4  Q.  You examined those well -- as well, right?

5  A.  Yep.  Yes, ma'am.

6  Q.  And are any of those broken?

7  A.  They are not.

8  Q.  Does the baggie even look open?

9  A.  It does not.

10  Q.  Okay.

11      MS. BASHI:  Permission to pass those around to the

12  jury, your Honor?

13      THE COURT:  You may do so.

14   (Brief pause.)

15      MS. BASHI:  I think I need the scissors for these.

16  I'm not going to use my mouth.

17   (Laughter in the courtroom.)

18   (Brief pause.)

19      MS. BASHI:  Can you move to slide 9, please?

20  BY MS. BASHI:

21  Q.  Okay.  These are the -- this is the box with the wire

22  hookup kit.  You examined this, right?

23  A.  Yes, ma'am.

24  Q.  None of the spools were open when you got it?

25  A.  They were not.

 1  Q.  Okay.

 2        MS. BASHI:  Can we move to slide 10, please?

 3  BY MS. BASHI:

 4  Q.  So this is where you talk about switches.  And you kind of

 5  have a bunch of options that you found in what you received for

 6  different options for switches, right?

 7  A.  Certainly, yes.

 8  Q.  Okay.  So there is the, the two-way radios right here

 9  [indicating]?  The walkie-talkies?

10  A.  [Nodding.]

11  Q.  They came -- did that come with batteries?

12  A.  I believe they did.

13  Q.  Okay.

14  A.  I think so.

15  Q.  Okay.  And that was -- they are unopened, right?

16  A.  Yes.

17  Q.  They are in the package?

18  A.  Yes.

19  Q.  And you mentioned that these could be used in construction

20  of an IED, right?

21  A.  Could be, yes.

22  Q.  I think you said in your report, though, usually you would

23  see -- you called it a silicon-controlled rectifier?  Did I get

24  that right?

25  A.  You certainly did.  Yes, ma'am.

1  Q.  Okay.  And so you would -- you would need one of those to

2  allow the -- the current to flow from these radios, right?

3  A.  I would typically see it; and it was not submitted as

4  evidence.

5  Q.  You didn't get an SCR?

6  A.  No, ma'am.

7  Q.  Okay.  I don't even know if I want to get into what an SCR

8  is, but in layman's terms, can you tell us what that is?

9  A.  It's kind of like a gate.

10  Q.  Okay.

11  A.  So you need another power source to stimulate it.  When

12  that happens, it like -- it opens up and dumps the power --

13  Q.  The power out?

14  A.  Ready -- ready to go.

15  Q.  Okay.

16  A.  That's what it is.

17  Q.  Is it kind of like a semiconductor?  Would that be

18  another...

19  A.  That's a version of it.

20  Q.  Okay.  Okay.  And so you would need a semiconductor to

21  actually turn this into something operable for an IED?

22  A.  The typical -- the typical designs we see, the answer is

23  yes.  There are other ways you can incorporate these.

24  Q.  Okay.

25  A.  But as far as a general design --

1    Q.  Okay.

2    A.  -- that's -- that SCR is needed.

3    Q.  SCR.  Yeah.  And you didn't have any in this case?

4    A.  No, ma'am, we did not.

5    Q.  And then there's these timers, these kitchen timers at the

6    top up here [indicating].  I think one of them, you said, came

7    with a battery?

8    A.  Yes.

9    Q.  AAA battery?

10        And it's -- this one was still in the packaging

11   unopened, right?

12   A.  Yes.

13   Q.  I think you said these could potentially be arming or

14   firing switches?

15   A.  That's correct.

16   Q.  Okay.  And, again, with these, similar to the

17   walkie-talkies, you would need that SCR?

18   A.  That's correct.

19   Q.  Okay.  And there was not one here?

20   A.  No, ma'am.

21   Q.  Okay.  And just like the walkie-talkies, these aren't like

22   hooked up -- hooked up or modified in any way from their

23   original?

24   A.  They were not.

25   Q.  Okay.  And then you have that plastic bag with the wires

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1    that we talked about earlier.

2          Now, I think you said this was connected when you

3    initially --

4    A.  Mh-hmm.

5    Q.  -- looked at it?

6          Okay.  Did it -- did you hook it up to a power source

7    ever?

8    A.  It was hooked up to a power source --

9    Q.  Okay.

10   A.  -- in an exam.

11   Q.  Okay.

12   A.  But not conducted by me.

13   Q.  Okay.  Someone else examined it --

14   A.  Yes, ma'am.

15   Q.  -- hooked it up to a power source?

16         When they did that, and they pushed the button, did it

17   make a dinosaur toy noise, like a roaring noise?

18   A.  That's my understanding.

19   Q.  Okay.  And it was -- the push button on that was the kind

20   of push button where, when you push it, it makes the noise, but

21   it's not like an on and off switch, right?

22   A.  Well, all switches operate in the same manner, where it's

23   on and off.  So --

24   Q.  Okay.  But you -- some switches you have to hold down to

25   keep the power flowing.

1    A.   That's correct.

2    Q.   Okay.  Another switch, like a light switch when we think

3    of --

4    A.   Yes.

5    Q.   -- you flick on and you flick off?

6    A.   And this, the one you're describing, you would have to hold

7    down or let -- let go.  It depends how you would wire it up.

8    Q.   Okay.  The way it was wired and examined, you would have to

9    hold it down to get it to make that dinosaur --

10   A.   Yes, ma'am.

11   Q.   -- sound, right?  Okay.

12           And there is a motor attached to it that seemed to

13   have -- like, maybe make parts move?

14   A.   Yes.

15   Q.   Okay.  Potentially dinosaur arms or legs?

16   A.   Potentially.

17   Q.   Okay.  And so this -- let's say this is being used to, to

18   make an IED.  If it's one of those switches where you have to

19   hold it down, we're talking about a suicide bomber who is doing

20   that, right?  Because you've got to be right next to the, to

21   the device in order to hold that button down, right?

22   A.   That's a design.

23   Q.   Okay.  If, if the but -- if the switch has to be held down?

24   A.   That -- that's one way to, to set it up.  Yes.

25   Q.   Okay.  That's the way this was constructed for this

1    dinosaur sound to play, right?

2    A.  That's my understanding.

3    Q.  Okay.  And if you did want to just use -- or you're trying

4    to make a switch for an IED, wouldn't it be easier to just go

5    buy a switch at a store?

6    A.  You could.

7    Q.  Okay.  Fairly easy to get?

8    A.  This one could be used as it is.  It could be a

9    victim-operated switch where it would be armed, and then a

10   victim could step on this other one and function it and close

11   that circuit.

12   Q.  Okay.

13   A.  Does that make sense?

14   Q.  Sort of.

15       MS. BASHI:  Okay.  Can we go to slide 12, please?

16   BY MS. BASHI:

17   Q.  Batteries.  I know these are just generic pictures of

18   batteries, but you got a lot of batteries in this case, right?

19   A.  Yes, ma'am.

20   Q.  We talked about some of them that were actually still in

21   the packaging?

22   A.  I believe so.

23   Q.  With, with whatever it is they came with, like the

24   walkie-talkies?

25   A.  Mh-hmm.

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1   Q.  The kitchen timer?

2   A.  Yeah.

3   Q.  That kind of stuff.

4   A.  That's correct.

5   Q.  And then some of the batteries that you saw in this case

6   were actually in use.  Like, they were within an item, like a

7   remote control or something like that; is that right?

8   A.  Yes.

9   Q.  Okay.  And these were actually recovered from a plastic

10  black tote.  Some of the batteries were from a plastic black

11  tote in the basement; is that, is that your understanding?

12  A.  I don't know about a black tote, but --

13  Q.  Okay.

14  A.  -- I know they were recovered in the search.

15  Q.  Okay.  So you don't -- when you talked earlier about

16  everything being collocated that you were using to make your

17  conclusions, you don't actually know where a lot of this stuff

18  was recovered from in the basement, right?

19  A.  That's a very general question.  I know where numerous

20  things were, but --

21  Q.  You don't know where some of the batteries were recovered?

22  A.  That's -- that is correct.

23  Q.  Okay.  Do you know where the BBs were recovered from?

24  A.  I have heard that they were in a vehicle.

25  Q.  Okay.  They weren't collocated with that stuff --

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1    A.   Correct.

2    Q.   -- that you talked about earlier?

3    A.   Mh-hmm.

4    Q.   You weren't at the search?

5    A.   I was not.

6    Q.   You -- did you even -- did you read, like, the report of

7    where everything came from in the house?

8    A.   Yes.

9    Q.   Okay.  So you read the part of the report, then, where some

10   of the batteries and the drone remotes and stuff were recovered

11   in a black tote in the basement?

12   A.   The black tote part escapes me.

13   Q.   Okay.

14   A.   But I did read the report of where things were recovered

15   from.

16   Q.   Okay.

17   A.   Yeah.

18        MS. BASHI:  If we could go to -- I think it's the next

19   slide.  I'm sorry.  Let me see.

20        Yes.  Okay.

21   BY MS. BASHI:

22   Q.   Sorry.  I already kind of talked about this, but you

23   mentioned these were recovered from a vehicle, right?

24   A.   That's my understanding.

25   Q.   Is that your understanding of where the, the air gun

1    cartridges were, those $CO_2$ cartridges were recovered from, too?

2    A.  I would have to see the collection report again to give you

3    a definitive answer.

4    Q.  Okay.

5    A.  I can't remember exactly where the $CO_2$ cartridges were.

6    Q.  Okay.  But those are the -- one of the main charge

7    containers you put --

8    A.  Yes, ma'am.

9    Q.  -- up here?

10   A.  Mh-hmm.

11   Q.  And both of these -- well, at least the top one is also

12   Crosman brand; is that right?

13   A.  Yes, ma'am.

14   Q.  Okay.  And did you review the, the report of the person who

15   examined -- the other FBI lab member who examined these items?

16   A.  Yes, ma'am.

17   Q.  Okay.  And they are both air gun ammunition, right?

18   A.  Yes.

19   Q.  Okay.

20        MS. BASHI:  Can we go to slide 17, please?

21   BY MS. BASHI:

22   Q.  So you had a miscellaneous section of your report.  I know

23   you talked about this a little earlier, too.

24        You put a lot of the drones and drone-related stuff in

25   the miscellaneous section, right?

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1   A.  Yes.

2   Q.  Okay.  And you said earlier these drones were concerning to

3   you, so you wanted to make sure you examined all of them.

4   A.  Yes.

5   Q.  So you did examine all of them.

6   A.  I did.

7   Q.  Okay.  And some of these drones are tiny, right?

8   A.  Yes, they are.

9   Q.  Like hand -- like hand palm -- one of them is like a palm

10  size, right?  And I can go through each of the measurements.

11  We don't need to do that.

12          But in your examination of this drone here, which I

13  think is the, is that the Emax drone?  Let's see.  Is that item

14  22-1?

15          This Emax drone here, you examined this one?

16  A.  I did.

17  Q.  Okay.  And you found that there were no modifications

18  present.

19  A.  At that -- I did a cursory examination, but I submitted

20  them to another examiner at our Huntsville lab --

21  Q.  Okay.

22  A.  -- to do the detail one to give that opinion.

23  Q.  Okay.  I see.  So someone who is actually more a drone

24  expert, so to speak, took a look at these --

25  A.  Yes, ma'am.

1   Q.   -- in a closer way?

2   A.   Yes.

3   Q.   Okay.   That's what you incorporated into your report?

4   A.   Yes, ma'am.

5   Q.   Okay.   And that person looked at this drone and said,

6   "There's no modifications present."

7   A.   That's correct.

8   Q.   Okay.   And then we talked about a lot of these tools.

9   These are drone-related, right?   I think you called them

10  drone-related tools and drone components?

11  A.   I don't remember saying that.   I remember saying there is

12  drone parts here --

13  Q.   Okay.

14  A.   -- but there are also other -- there are other things that

15  could be used in bomb-making in those photographs, like the

16  soldering iron, the solder --

17  Q.   Okay.

18  A.   -- things like that.

19  Q.   Okay.   Could they also be used in drone -- for

20  drone-related purposes?

21  A.   A soldering iron?   Maybe.

22  Q.   Okay.

23  A.   I don't know.

24  Q.   Do you mess around with drones at all?

25  A.   It's recreationally.

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1  Q.  Okay.

2  A.  I mean, I don't have a soldering iron with my drone at

3  home, so...

4  Q.  Okay.  Do you take apart and put together your own drones?

5  A.  I do not.

6  Q.  Okay.  Some of the -- I think some of the stuff you, you

7  saw were actually -- like, some of the wires and miscellaneous

8  parts, when you catalogued them in your report, they are

9  actually drone-branded, right?

10  A.  I would have to see how I wrote that up.

11  Q.  Sure.

12  A.  It's possible.

13      (Attorney conference.)

14          MS. BASHI:  Page 23 and 25, just to keep it moving.

15          THE WITNESS:  Great.  Yep.  Yep, yep.

16      (Handed the witness documents.)

17  BY MS. BASHI:

18  Q.  I'm not going to go through every example, but do you see

19  in your report where a couple of examples, like page 23, some

20  of the random, miscellaneous parts were Tarot brand?

21  A.  I do.

22  Q.  And then page 25, another example, some of these

23  miscellaneous parts were Emax brand?

24  A.  Yes.  Yes, ma'am.

25  Q.  Okay.

1    A.  Yes.  So to answer your question, yeah, some of these

2    things do appear to be drone-related components.

3    Q.  Thank you.

4         MS. BASHI:  Okay.  If we could go to slide 18, please.

5    BY MS. BASHI:

6    Q.  Okay.  23-2, this Syma drone, do you see that?

7    A.  Which one?

8    Q.  Sorry.  The top left --

9    A.  Yes, ma'am.

10   Q.  -- the Syma brand drone and the remote controller?  Both of

11   those were also examined, correct?

12   A.  Yes.

13   Q.  Okay.  And no modifications were present for those items;

14   is that right?

15   A.  That's correct, yeah.  Yes, ma'am.

16   Q.  Okay.  And by the way, these remote controls that were

17   found, do you know where those were found?

18   A.  I couldn't tell you exactly.

19   Q.  Okay.  And then this drone frame that you talked about, I

20   think you said this could be something that could -- could do

21   some -- carry something heavier than some of these smaller

22   ones, right?

23   A.  Yes, ma'am.

24   Q.  This is just a frame, though.

25   A.  It is.

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1    Q.   There's no motor attached to it?

2    A.   No, ma'am.

3    Q.   It couldn't lift itself off the ground unless you picked it

4    up?

5    A.   That's correct.

6    Q.   Okay.  And then I think there's a Sharper Image drone down

7    here in this corner?  That one is, like, the palm-size one,

8    right?  It's, like, 5 inches by 3 and a half?

9    A.   It's very small, yes, ma'am.

10   Q.   Yeah.  It's made of plastic, super light; is that right?

11   A.   It is.

12   Q.   Okay.  No modifications on that one either, right?

13   A.   No, ma'am.

14   Q.   I don't know that you could modify that to do anything,

15   but...

16        MS. BASHI:  Okay.  And then if we could go to slide

17   19, please.

18   BY MS. BASHI:

19   Q.   Here's those remotes again.  Again, you don't know where

20   these were found?

21   A.   I can't recall.

22   Q.   Okay.  You didn't see them on that table that you

23   referenced --

24   A.   I don't believe so.

25   Q.   -- earlier?

1          Okay.  And those were also examined, every single one

2   of them, right?

3   A.  Yes, ma'am.

4   Q.  And no modifications were found to any of those, right?

5   A.  None.

6   Q.  Some of them turned on, other ones didn't even turn on; is

7   that -- is that right, to your recollection?

8   A.  To my recollection.

9   Q.  Okay.  Would that have been something you would have noted

10  in your report?

11  A.  It would.

12  Q.  Okay.

13  A.  Or at least in the notes.

14  Q.  Okay.

15  A.  Yeah.  Because there was no modifications.  It was the --

16  was the part we were looking for.

17  Q.  Okay.  So it's fair to say every drone and every drone

18  remote that was found and submitted was examined?

19  A.  Yes.

20  Q.  And every drone and drone remote that was found was found

21  to have no modifications present to any of them?

22  A.  That's correct.

23  Q.  Whoops.

24          Okay.  So I want to talk about the part of your report

25  now where you review the video that you were provided.

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

 1              MS. BASHI:  If we could go to slide 25, please.

 2    BY MS. BASHI:

 3    Q.  So I want to start up at the top, up here.

 4              You reviewed the video and the translation, right?

 5    A.  Yes, ma'am.

 6    Q.  I think in the video they call it Poxipol, but it's epoxy.

 7    That's just a brand for it, right?

 8    A.  Yes, ma'am.

 9    Q.  And are you familiar with what epoxy is?

10    A.  An adhesive.

11    Q.  Yes.

12    A.  Yes.

13    Q.  It's a pretty strong adhesive, right?

14              And this looks like a -- maybe a two-part epoxy?  I

15    can't tell.

16    A.  I would agree to that.

17    Q.  Okay.  So for that, you said instead of using epoxy -- and

18    by the way, you can buy epoxy at, like, Home Depot, right?

19    A.  Yes, you can.

20    Q.  Okay.  Instead of using epoxy, Mr. Naser would use a hot

21    glue gun?

22    A.  Yes, ma'am.

23    Q.  Okay.  And then the video also calls for this container

24    with a funnel and a coffee filter, right?

25              Am I pointing those three things out correct?

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

```
 1              Can you turn around and see what I'm pointing to?
 2              There's the container, and there's the funnel, and
 3    there's the coffee filter?
 4    A.   Right.
 5    Q.   Okay.  And you did receive some coffee filters in this
 6    case, right?
 7    A.   Yes, ma'am.
 8    Q.   They were flat-bottom coffee filters, right?
 9    A.   I believe so.
10    Q.   Okay.
11    A.   I'm not exactly sure, but it's been eight years.
12    Q.   Okay.  Well, did you look at the pictures and stuff before
13    you -- as you prepared to testify?
14    A.   I think they are flat ones.  It's possible, yes.
15    Q.   Okay.  And the one you talked about really remembering was
16    the flat-bottom one that was on top of that glass --
17    A.   Yes, ma'am.
18    Q.   -- container.
19              And you said, I think on direct, it was ready to
20    receive a material?
21    A.   It was in the jar, open in that condition.
22    Q.   Okay.  And I think you also said on direct when you're --
23    when you're -- when you're making explosives, you don't want
24    anything spilled, right?  Which is why --
25    A.   That's -- that's a best practice.
```

CHRISTOPHER RIGOPOULOS - CROSS BY MS. BASHI

1  Q.  Yeah.  Which is why you might use those squeeze bottles and

2  stuff?

3  A.  Yes, ma'am.

4  Q.  Okay.  So this flat-bottom coffee filter was on that glass

5  jar when you received it for examination?

6  A.  Say it again?

7  Q.  When you received the materials for examination, that, that

8  coffee filter was, was on that jar?

9  A.  I don't think it was.

10  Q.  Okay.

11  A.  I don't think it was.

12  Q.  It had been separated from it?

13  A.  I think it had been separated.

14  Q.  Okay.  And so you're just --

15  A.  Because the photographs --

16  Q.  -- looking back at the pictures?

17      (Court reporter requests clarification.)

18          MS. BASHI:  Oh, I'm sorry.

19          THE WITNESS:  Yes, ma'am.

20          The photograph is from the agents who did the

21  search --

22  BY MS. BASHI:

23  Q.  Right.

24  A.  -- is where I'm making that conclusion from.

25  Q.  Okay.  But you got the two items together?

1  A.  Yes, ma'am.

2  Q.  And then you looked at the picture to see how it was --

3  A.  Yeah.

4  Q.  -- I think you said ready to receive a material.

5  A.  Yes, ma'am.

6  Q.  Okay.  And you watched that instructional video that these

7  screenshots are from?  I think you said you watched it several

8  times?

9  A.  Yes, ma'am.

10  Q.  And the purpose of that filter is to -- you've got a

11  material in it, in the filter on the glass, right?  And then

12  you've got to pour acid -- or you've got to pour something over

13  it to wash the acid; is that right?

14  A.  You pour a -- a liquid chemical on top of the, the

15  precipitate to kind of wash it.

16  Q.  Okay.

17  A.  Yeah.  It's not necessarily an acid.

18  Q.  Okay.  So you're washing the -- what's in the filter?

19  A.  Yes, ma'am.

20  Q.  So there's a material in the filter, and then you are

21  pouring stuff on it to wash it?

22  A.  Correct.

23  Q.  And it tells you you need to do that, like, five times,

24  right?

25  A.  It may.  I can't remember exactly what the transcript said,

1    but that's --

2    Q.   Okay.

3    A.   -- that sounds in the ballpark.

4    Q.   Yeah.  I'm ballparking.  Multiple times, you've got to --

5    A.   Numerous times.

6    Q.   -- rinse this stuff.  Okay.

7         And so you didn't receive a funnel in any of the

8    evidence you got?

9    A.   I don't recall a funnel.

10   Q.   Okay.  And if you had a funnel, you probably would have put

11   it side by side with this funnel picture from the video, right?

12   A.   Yes.

13   Q.   Okay.  So if you've got a flat-bottom filter on a cup and

14   you start pouring stuff into it -- I'm not a physicist, but

15   that filter is probably going to drop to the bottom of the cup,

16   right?

17   A.   Not if you're holding it onto the sides of the jar.

18   Q.   Okay.  So you'd have to be holding onto it --

19   A.   With the rubber gloves.

20   Q.   Okay.

21   A.   Sure.

22   Q.   Okay.

23   A.   I'm just giving you the -- another way to look at it.

24   Q.   Okay.

25   A.   Sure.

```
 1   Q.  Yeah.  No.  I appreciate that.
 2           And then when you have to do it time and time again,
 3   you just move -- pick it up and move it to another jar and then
 4   hold onto it?
 5   A.  I guess you could.
 6   Q.  Okay.  Without a funnel, it might be kind of tricky.
 7   A.  Yep.  Yes, ma'am.
 8   Q.  Okay.
 9           MS. BASHI:  Can we go to slide 27, please?
10   BY MS. BASHI:
11   Q.  So this is the container.  I think it's called main charge
12   container; is that right?
13   A.  Yes, ma'am.
14   Q.  And I think you said on direct that you think these ones
15   from the video are glass?
16   A.  They appear to be.
17   Q.  Okay.  What -- what makes you say that, just how they look?
18   A.  It's just the appearance.  It appears to be a couple glass
19   jars.
20   Q.  Okay.  You didn't get any jars or any cylindrical
21   containers in evidence, right?
22   A.  No, ma'am.
23   Q.  Okay.  But fair to say it's pretty easy to go buy
24   containers?
25           There's -- I think there's a store called The
```

 1    Container Store.

 2    A.  It's absolutely easy --

 3    Q.  Okay.

 4    A.  -- to buy these things.

 5    Q.  And so if you wanted to buy a container that would fit

 6    inside of another container, you could go out and do that to

 7    the stores --

 8    A.  Yes.

 9    Q.  -- right?

10         But I think you were pointing to these collection of

11    pickle jars as the main charge containers in this case, right?

12    A.  Yes.

13    Q.  Okay.

14         MS. BASHI:  And then can we go to slide 24, please.

15    BY MS. BASHI:

16    Q.  Okay.  The last picture here is the hacksaw?

17    A.  Yes, ma'am.

18    Q.  I think the video called for scissors?

19    A.  That's correct.

20    Q.  Fairly easy to get scissors.  You didn't get any scissors

21    in evidence?

22    A.  No, ma'am.

23    Q.  Okay.  But we have the hacksaw?

24    A.  Yes.

25         MS. BASHI:  And then slide 23, please.

 1  BY MS. BASHI:

 2  Q.  I know that you're not the chemical guy, so I'm not trying

 3  to trick you at all.  But you did review the video and, and the

 4  instructions.  And they called for hydrochloric acid, right?

 5         I just need you to -- is that yes?

 6  A.  Yes, that's correct.

 7  Q.  You didn't get any hydrochloric acid in evidence?

 8  A.  No, ma'am.

 9  Q.  Okay.  You had the battery acid, the sulfuric acid?

10  A.  Yes, ma'am.

11  Q.  Are you familiar with drain openers that contain sulfuric

12  acid?

13  A.  Yes.

14  Q.  Okay.  And then one more chemical question.  The video

15  calls for ammonium nitrate.  Do you remember that part?

16  A.  I do.

17  Q.  Okay.  You didn't receive any ammonium nitrate in evidence?

18  A.  We did not.

19  Q.  And ammonium nitrate, there's a couple easy ways to get it,

20  right?

21  A.  There are, yep.

22  Q.  The cold packs --

23  A.  Mh-hmm.

24  Q.  -- which you could probably just get at a drugstore?

25         Those are the ones that you take when, you know, kids

 1  playing soccer and they get hurt, you have them in your bag and

 2  you kind of --

 3  A.  Yes, ma'am.

 4  Q.  -- break them and then they turn cold like an ice pack,

 5  right?

 6  A.  Correct.

 7  Q.  But the ammonium nitrate is inside those.  You cut them

 8  open --

 9  A.  It is.

10  Q.  -- and there you have it.  Okay.

11          And then ammonium nitrate is also available just as in

12  fertilizer.

13  A.  It is.

14  Q.  Easy to get.  Home Depot, Menard's, you can get ammonium

15  nitrate in fertilizer?

16  A.  You can.

17  Q.  Okay.

18  A.  Yes, ma'am.

19  Q.  You didn't get any fertilizer or cold packs in this case?

20  A.  We did not.

21  Q.  And then --

22          MS. BASHI:  You can take that PowerPoint down.  Thank

23  you.

24  BY MS. BASHI:

25  Q.  It's not in your PowerPoint, but the video also calls for

1   ball bearings to be used as the shrapnel, if you will; is that

2   right?

3   A.  Yes, ma'am.

4   Q.  Okay.  Again, ball bearings, pretty easy to get at the

5   store, right?

6   A.  Yes.

7   Q.  You didn't get any ball bearings in this case?

8   A.  Well, we had BBs.  There were cylindrical metal balls.

9   Q.  You did.  That's true.

10          Different size than ball bearings, right?

11  A.  Yes.

12  Q.  You got the BBs, and you got the air gun pellets, right?

13  A.  And the pellets, yes, ma'am.

14  Q.  And I think the video says if you can't get ball bearings,

15  just use a bunch of screws or nuts, right?

16  A.  Yes, ma'am.

17  Q.  Also easy to get?

18  A.  Super easy to get.

19  Q.  You didn't get any screws or nuts in this case to examine?

20  A.  We didn't.

21          MS. BASHI:  Can I have one moment?

22          THE COURT:  You may.

23     (Brief pause.)

24  BY MS. BASHI:

25  Q.  Did you know that there was a BB gun that was found in --

1    in Mr. Naser's home in this case?

2    A.  I was aware of that, yes.

3    Q.  Okay.

4           MS. BASHI:  Nothing further.

5           THE COURT:  Noted for the record.  Thank you, Ms.

6    Bashi.

7           Any redirect, Ms. Mohsin?  If so, you may proceed.

8           MS. BASHI:  Do you want me to clear that?

9           MR. MOON:  Sure.  You can leave the evidence if you

10   want.

11                        REDIRECT EXAMINATION

12   BY MS. MOHSIN:

13   Q.  Hello again.

14           I want to talk about your conclusions.  We talked

15   during direct examination, you were asked a lot of questions on

16   cross about the video but also your conclusions about if you

17   are flat-footed, you could make an IED in this case, right?

18           Are those two separate things?  In other words, your

19   conclusions regarding whether or not an IED could be made, and

20   your comparisons of the video.

21   A.  I think they are connected.

22   Q.  But are they also -- in other words, is there an

23   independence factor?  Were there conclusions that you made

24   about whether or not this was an IED --

25   A.  I understand.

1   Q.  -- that was distinct from --

2   A.  I understand your question.  From, from the video itself.

3   Q.  Yes.

4   A.  Yes, ma'am.  They are ultimately connected; but

5   independently, the conclusion that the IED materials were

6   present stands on its own.

7   Q.  So if you had never seen the video, if you had never done

8   the comparison, would you nevertheless have concluded that the

9   items that the defendant had in -- that you were presented with

10  as the evidence in this case were sufficient to be a readily

11  assembled explosive?

12  A.  Yes, ma'am.  Absolutely.

13  Q.  And what was that based upon?  Which specific items do you

14  need to draw that conclusion?

15  A.  Well, we had a main charge container; it could be the glass

16  jars, or it could be the Crosman $CO_2$ cylinders.  We also had --

17  the boxes of matches were present, could be the main explosives

18  charge also.  Also had the precursor chemicals to make TATP.

19          So the fact that all this was present, and then we

20  have the addition of the components for an electrical fuzing

21  system:  Power source, wires, switches, and potential

22  improvised detonator or initiator, rather, all of that was

23  right there.  That's, that's -- that's everything.

24  Q.  And is that what you need to have an IED, to make one?

25  A.  In this case, everything was there.  The answer is yes.

1   Q.   So if you had never seen the video and you'd -- you were

2   focused on the items in the basement, were there multiple

3   different ways in which the individual who possessed those

4   items could have manufactured an IED?

5   A.   Yes.

6   Q.   And so after you drew that conclusion, were you then asked

7   to look at the video?

8   A.   Yes.

9   Q.   And then when you were then asked to look at the video, was

10  the purpose to compare the items the defendant did have with

11  what was in the video?

12  A.   That's correct.  The video came in months later, after the

13  evidence was submitted.  So that was another way to look at it.

14  Another -- allowed me to, to do the comparisons.

15  Q.   Now, you spent some time or you were asked a lot of

16  questions about some of the things that were found, and then

17  some of the things that weren't found.

18        Were all of these things commonly available?

19  A.   Yes.

20  Q.   Were they easy to obtain?

21  A.   Yes.

22  Q.   If you had a CVS on the block next to you, could you walk

23  over and get a bunch of this stuff?

24  A.   You certainly could.

25  Q.   All right.  So if an individual was in the process of

1  manufacturing a device, and they ran out of a particular

2  chemical, it would be easy to go get more.

3  A.  Yes, ma'am.

4  Q.  Is that something you've seen in your experience with IEDs

5  that are made?

6  A.  Yes.

7  Q.  Why do people use common items?

8  A.  Because they are easily accessible.  And that's -- that's

9  the name of the game.  And most common items are cheap; they

10  don't cost a lot of money.  And that's, that's a pattern that

11  we typically see and that we follow in our investigation when

12  we're sourcing where things might have come from.  Like,

13  someone might have a receipt, you know, we can see where they

14  bought these things and what else did they buy, what else --

15  you know, things of that nature.

16  Q.  Now, in your experience, when someone has certain things in

17  the home, right, these are common items, do they repurpose

18  them, or do they go out and buy the exact thing that, you know,

19  a specific brand?

20        MS. BASHI:  Objection.  This calls for speculation.

21        MS. MOHSIN:  This is entirely within the scope of the

22  testimony I think as it relates to him being a specialist in

23  this area, Judge.

24        THE COURT:  He can answer if he is aware based upon

25  his training and experience.

CHRISTOPHER RIGOPOULOS - REDIRECT BY MS. MOHSIN

1        The objection is overruled.

2        MS. MOHSIN:  Thank you.

3   BY MS. MOHSIN:

4   Q.  Based on the experiences that you've had, do people use

5   items that are in their homes?

6   A.  Yes.

7   Q.  So if an individual has a particular brand of -- of an

8   item, is it more likely they use it in the home, based on your

9   experience?

10  A.  It depends on the individual and their training.  If

11  someone is not formally trained or going from a specific

12  recipe, then they will use whatever they have, that's -- that's

13  common or close.

14        If someone is trained from, like, a terrorist camp,

15  per se, they are going to be very specific to follow exactly

16  the steps and the items that are required.

17        In this case, they are using common items that were

18  close to what was in the video, if not exact.

19  Q.  Now, we talked about sulfuric acid versus hydrochloric

20  acid.

21  A.  Yes.

22  Q.  What's your understanding, based on your experience

23  manufacturing TATP, about sulfuric acid versus hydrochloric

24  acid, in the use of the manufacture of TATP?

25  A.  Yes, ma'am.  My understanding -- as I mentioned before, I'm

1    not a chemist.  However, I have observed our chemists make

2    TATP, and they have used sulfuric acid as -- as an acid to

3    manufacture improvised explosives.

4    Q.  So it can be made with either?

5    A.  That's my understanding.

6    Q.  Okay.  We were talking about those Crosman main charge or

7    -- the containers.  Main charge containers?

8    A.  Yes, ma'am.

9    Q.  What were those called?  I think you had a name for them.

10   Crickets?

11   A.  There's a common name, crickets.  That's a street name.

12   Q.  Is that a name that's used -- is that -- is that specific

13   to using them as an explosive?

14   A.  Yes, it is.

15   Q.  So it's not used when they are used in BB guns?

16   A.  No, they are not.

17   Q.  Now, you were asked a lot of questions about drone

18   modifications.

19          None of the drones in this case were modified; is that

20   right?

21   A.  That's my understanding, yes.

22   Q.  But based on your experience, have drones been used, even

23   in an unmodified format, in connection with explosives?

24   A.  Yes.

25   Q.  I want to direct your attention to Exhibit 15-1.71, I hope.

1              I want to direct your attention to the images -- the

2    image here.  These are some of the jars that were in your

3    pictures, in your PowerPoint?

4    A.  Yes, ma'am.

5    Q.  All right.

6              MS. MOHSIN:  One moment, please.

7         (Brief pause.)

8    BY MS. MOHSIN:

9    Q.  Okay.  Can you describe whether -- what you see in this

10   image?

11   A.  I see numerous glass jars.  And in the back here,

12   [indicating], I observe a large glass jar with a smaller glass

13   jar inside of it.

14   Q.  So the smaller jar is nested inside the larger one?

15   A.  That's correct.

16   Q.  And is that the picture that you had displayed that was of

17   not the best quality in your PowerPoint?

18   A.  I think so.

19   Q.  Okay.

20             MS. MOHSIN:  Can you go to the next picture, please,

21   which is 15-1.72?  Nope, that's not the one.

22             Okay.  Thank you.

23   BY MS. MOHSIN:

24   Q.  Oh, and finally, with respect to the exhibit of the

25   switches, your testimony on cross-examination, you were asked

1    questions about the switches.

2         What were the different ways in which they could have

3    been configured?  I think you only talked about one or two.

4    A.  Well, the switches, one was a slide switch and one was a

5    pushbutton switch.  And as we described, switches can be used

6    in an IED, it can be time, action, and command.  Those are the,

7    the general ways that a device would function.

8         So you could have the slide switch be the arming

9    switch, and then the pushbutton switch being the firing switch.

10   And that switch could be -- it could be hidden where, if

11   someone walked and stepped on it, that would close the circuit

12   if it was armed.

13        So it doesn't have to be a suicide bomb.  You know, it

14   could be, you know, wired and hidden and you wouldn't see it.

15        You could even reverse it and, and arm it, and then

16   have the slide switch be the firing switch.  It would be a

17   little harder to set up.  But, you know, everything is

18   interchangeable involving switches.

19   Q.  And the fact that there was a dragon noise that came out of

20   this particular speaker, did you find that unusual?

21   A.  It's irrelevant to me.

22   Q.  Why?

23   A.  It just shows that, that this came from a toy and that's,

24   once again, not uncommon to mine components from something

25   else, if that -- if that makes sense.

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1   Q.  Did you say "mine"?

2   A.  Like, to take out of something to get the parts, yes.

3   Q.  All right.  And so are a lot of -- children's toys, do they

4   have switches?

5   A.  They do.

6   Q.  And is that an easy way to obtain one?

7   A.  If it's very easy and it's -- things are accessible.  And,

8   once again, things that are accessible are what most of the

9   bombers will utilize.

10          MS. MOHSIN:  Okay.  Thank you.

11          THE COURT:  This concludes your testimony.  You may

12   step down.  You're excused.

13          THE WITNESS:  Thank you, sir.

14     (Witness excused, 1:39 p.m.)

15          THE COURT:  The government may call its next witness.

16          MR. SLAVIN:  Thank you.  The government calls Raleigh

17   Parrott.

18          THE COURT:  Mr. Parrott, if you would come forward and

19   just pause at the witness stand so that you may be placed under

20   oath.

21          THE LAW CLERK:  Sir, can you raise your right hand,

22   please?

23     (**Raleigh Parrott,** sworn, 1:40 p.m.)

24          THE LAW CLERK:  Thank you.  You may be seated.

25          THE COURT:  You may proceed, Mr. Slavin.

 1              MR. SLAVIN:  Thank you.

 2                        DIRECT EXAMINATION

 3   BY MR. SLAVIN:

 4   Q.  Good afternoon.

 5   A.  Good afternoon.

 6   Q.  Can you please introduce yourself to the jury and spell

 7   your name.

 8   A.  Sure.  My name is Raleigh Parrott.  The spelling of my name

 9   is -- my first name, R-A-L-E-I-G-H; last name, P-A-R-R-O-T-T.

10   Q.  And where do you work?

11   A.  I work at the FBI Laboratory in Quantico, Virginia.

12   Q.  What do you do there?

13   A.  My current job at the FBI lab is I'm a supervisory chemist

14   in the Scientific Response and Analysis Unit.

15   Q.  And what does that mean?

16   A.  So I supervise a total of six people.  The group that I

17   supervise is called the Operations Integration Group.

18              Primarily what we're involved in in operations

19   integration is helping plan and do logistics for different

20   types of deployments revolving around chemical, biological,

21   radiological, nuclear, and explosive events and scenes and

22   trainings.

23              We also help prepare operational scientists that go

24   out to scene with supplying them critical and up-to-date

25   information on ongoing threats, different threats that they

1    could come across, and also their logistical needs.  So keeping

2    their training up to date, sampling supplies, things of that

3    nature.

4    Q.  And how long have you been doing that?

5    A.  Just under two years.

6    Q.  What did you do before that?

7    A.  So prior to that, I was a chemist forensic examiner in the

8    Explosives Unit at the FBI Laboratory, and I had been in that

9    position, to include training, since 2009.

10   Q.  Can you explain to the jury what a forensic examiner does?

11   A.  As a chemist forensic examiner, I was responsible for

12   receiving evidence that was suspected to be related to

13   explosive events.

14         As part of that, as a chemist, I would analyze that

15   evidence for any type of explosive residues, bulk explosives,

16   explosive precursor chemicals, and then write a report to those

17   findings and testify, if needed.

18   Q.  And what did you do before that position?

19   A.  Prior to that position, I held a couple of contracting

20   positions with the FBI.  For six or so months before I was in

21   the Explosives Unit, I pulled hairs and fibers off of tape that

22   was associated from improvised explosive devices, primarily

23   from Iraq at that point in time.

24         And prior to that, for ten months, I did research for

25   the FBI revolving around detection capabilities for microbial

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1    threat agents, or bacteria that's really bad for you, and also

2    developing a hyperspectral database for explosive chemicals.

3        Hyperspectral imaging is a type of -- I would liken it

4    to a fancy camera that has multiple sensors on it.  So you can

5    take a high-resolution picture, but it also has chemical

6    detection information to where you can color different pixels

7    of that picture, certain colors, if there is a chemical that

8    shows up.

9    Q.  Can you please describe your education.

10   A.  I have a master's of chemistry.  I also have a bachelor's

11   of science in chemistry, and also one in biochemistry,

12   molecular biology.

13   Q.  Did you receive any training when you joined the FBI?

14   A.  Yes.  The training for a chemist forensic examiner lasts

15   approximately two years.  It involves having hands-on

16   experience analyzing different types of chemicals related to

17   explosives, explosives themselves, residues.  So we have a

18   whole host of different types of training samples that we go

19   through.

20        We also have different types of tests that we have to

21   pass.  So we have competency tests to make sure we understand

22   how to go through the different procedures we're expected to

23   know and operate within, work different instrumentation.

24        We also have oral tests with administrative

25   procedures, instruments, explosives, standard operating

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1    procedures.  And also, we get some training in testimony.

2    Q.  Have you published any articles on chemistry?

3    A.  Through my master's degree, I published eight or nine

4    different articles back when I was doing that work as related

5    to explosives.

6         I recently, last -- I think it was the end of 2023, I

7    helped publish a book chapter in a book detailing about the

8    analysis of explosives and related chemicals with mass

9    spectrometry.

10   Q.  And was all this work you just talked about peer reviewed?

11   A.  Yes, it was.

12   Q.  Have you testified on chemical forensic analysis before?

13   A.  This is my eleventh testimony.

14   Q.  And have you trained others in forensic chemistry?

15   A.  Several.

16   Q.  Are you a member of any professional organizations that

17   relate to explosive chemistry?

18   A.  I'm a member of the Organization of Scientific Area

19   Committees.  We call that OSAC, for lack of a better term.

20   That is part of the National Institute of Science and

21   Technology.  It focuses on best practices for forensic science.

22        I am part of a subcommittee group that focuses on

23   gunshot residue, explosives, and ignitable liquids.  And I run

24   a Task Group Chair, is what they call it, which is somebody

25   that's responsible for formulating a best practice document.

1  Q.  Now, in your career, approximately how many explosives

2  investigations have you worked on?

3  A.  So I don't have an exact number of investigations.  I've

4  written just over a thousand reports.  So some of those reports

5  were for a single type of investigation.  But I've written

6  about just over a thousand reports.

7  Q.  Can you tell us about some of the more significant

8  investigations that you've worked on?

9  A.  Ones that people may have heard about in the news, one of

10  the last ones I went out on deployment for was the national

11  bombing in 2020 that was on Christmas day.  So I was the

12  assigned and deployed explosive chemistry examiner on scene

13  that was responsible for leading the residue collection efforts

14  from the post-blast scene, and also at the subject's residence.

15       I also had a part in doing some of the analysis for

16  the Boston Marathon bombings.  Those are two of the notable

17  ones.  Obviously, there's been several others that likely

18  didn't make national news.

19  Q.  And have you also done this kind of work overseas?

20  A.  Yes.  I've done it -- I've done this type of work overseas.

21  I've testified in Kenya before; that was actually my first

22  testimony.  I've done post-blast investigations in Ukraine,

23  Ecuador.  So, yes, I've done work overseas.

24  Q.  Now, I want to ask you about triacetone triperoxide, TATP.

25       Have you worked with TATP in your training and in your

1   career?

2   A.  Yes, I have.  I have worked with TATP, both on the analysis

3   end, so doing the chemical analysis of TATP.  I have also

4   worked with it from a training perspective.

5         I currently teach an improvised explosive training

6   course.  It is down in Alabama.  There is approximately eight

7   to ten iterations of that course per year, depending on fiscal

8   constraints in the federal budget.  And as part of that course,

9   I build and demonstrate a TATP detonator that is made out of a

10  tube of paper.

11  Q.  Now, we're going to be using the word "precursor" a lot.

12  Can you explain what a precursor is?

13  A.  Sure.  A precursor, I would liken it to an ingredient.

14        So when we talk about the synthesis of explosives,

15  it's very similar to baking.  So if you've ever made, like,

16  cupcakes before, things of that nature, you effectively have

17  your ingredients to make the cake:  Flour, sugar, salt, water,

18  what have you.  And then, over that baking process, it

19  transforms itself, hopefully, into a cake.

20        So all precursors are, are chemicals, those

21  ingredients that are needed to make our cake.

22        So in this case, a precursor chemical would be used to

23  make an explosive.

24  Q.  And what are the precursors of TATP?

25  A.  The most common precursors for TATP are acetone, hydrogen

1    peroxide, and a strong acid.

2    Q.  Now, I want to turn your attention to this investigation.

3          Were you asked to do work related to it in the fall of

4    2017?

5    A.  The case, this particular case, when it was assigned to me,

6    was assigned in January of 2018, but yes, the evidence was

7    submitted to the FBI Laboratory in the fall of 2017.

8    Q.  And you were assigned in January 2018?

9    A.  Yes, sir.

10   Q.  And where was your role at that time?

11   A.  I was a chemist forensic examiner within the Explosives

12   Unit, and so it got assigned to me to conduct work on that.

13   Q.  Were you sent a number of items from Detroit and asked to

14   determine their chemistry?

15   A.  Yes.

16   Q.  In doing so, are there any specific manuals and procedures

17   that you have to follow?

18   A.  Several.

19   Q.  Can you give some examples?

20   A.  We have standard operating procedures that are focused on

21   how we go about the chemical analysis of those types of

22   chemicals or explosives themselves.

23          We also have procedures related to our

24   instrumentation.  So each type of instrumentation we have has

25   its own document, its own procedures, its own set of rules.

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1       There's also plenty of administrative procedures we

2   have to follow to include things like report writing, case

3   documentation, things of that sort.

4   Q.  And did you follow all of these procedures when doing your

5   tests and documenting your results in this investigation?

6   A.  Yes.

7   Q.  And did you make determinations that were requested?

8   A.  Yes.  So I provided final conclusions in the form of a

9   laboratory report.

10  Q.  Now, speaking generally, when you're sent items from an FBI

11  field office and you're asked to determine what they are, how

12  do you go about doing that?

13  A.  So in general, when things need to be submitted to the FBI

14  Laboratory for analysis, we typically receive an incoming

15  communication from the field office, that's submitted

16  electronically in one of our case management systems.  And then

17  that evidence typically is shipped through FedEx.

18      So once it arrives at the FBI Laboratory, if it's

19  related to an explosives investigation, it's typically sent

20  directly to the Explosives Unit because of possible acute

21  hazards associated with that.

22      Once it is sent to the Explosives Unit, it is assigned

23  to an examiner.  If there's device components related to the

24  investigation, it's assigned to a hazardous -- hazardous device

25  examiner.  And a physical scientist that works with that

 1    hazardous device examiner goes through a process that we call a
 2    check-in process.
 3         Simply, what a check-in process is, is they are
 4    inventorying the evidence that was sent in to us to make sure
 5    that we got everything that we were supposed to receive; that
 6    there isn't a box that went missing, for instance, during the
 7    shipment process.
 8         And they will also include in their notes how things
 9    were received.  They'll take photos of how things were received
10    in that -- in that sort of vein.
11         At that point, if there is chemicals or any type of
12    chemistry examinations that need to be done, a supervisor in
13    the Explosives Unit or the unit chief themselves will make
14    those assignments.  And that's when I would have been assigned
15    to do that work.
16    Q.  And then when these items were handed over to you, what's
17    the first thing you do?
18    A.  So first thing I do when I receive evidence, if I'm going
19    to work it right away, I'll make note of how that evidence was
20    received to me.  So sometimes evidence is split up from each
21    other, just to make examinations through the lab faster.
22         So I will note -- notate how it was received on my
23    end, what type of container it was in, whether it was sealed,
24    taped, things of that nature.  And then I start my examination
25    process, which begins with just looking at the, the evidence

1    item.  We call that just a visual exam.

2    Q.  And then do the next steps after that depend on the results

3    of that visual exam?

4    A.  So depending on, on what it -- on what it looks like, it

5    will start to dictate, or how much is present, it will start to

6    dictate what types of exams I do first in terms of chemical

7    analysis.  And then based on those notes, I might have to

8    switch gears and use a different standard operating procedure.

9    And we just kind of go step by step through that.

10   Q.  Let's start going through the items that you received in

11   this case.

12          Let's begin with what you list in your report as item

13   5.  Do you know what that item is?

14   A.  Item 5 was a sample of a clear liquid that was sent in.  It

15   was homogenous; a fancy word for meaning that it just looked

16   like a single liquid.  There was no solid particles floating

17   around in it, there wasn't two layers of liquid.  So clear,

18   single-layer liquid that I later identified as acetone.

19   Q.  Okay.  Based on that visual analysis that you just

20   described, did that help you decide what tests to do on that

21   sample?

22   A.  Yes.  So the, the first chemical test that I did on that

23   sample was an examination that uses an instrument called Raman

24   spectroscopy.  What Raman spectroscopy is, is a way to start to

25   identify the chemical bonds that are present within that

1    sample.

2         And Raman spectroscopy has some unique advantages.

3    One, you can focus a laser that is utilized in that examination

4    process, and you can focus that laser through some different

5    types of glass and some different types of plastic so you don't

6    actually have to open up the, the primary container that that

7    liquid is in.  So that has some unique advantages in that I

8    don't have to manipulate the sample, and I don't use any of the

9    sample up in that regard.

10        There are also some advantages to hydrogen -- I'm

11   sorry -- to Raman spectroscopy in that it is blind to water.

12   So if you have a water-based solution you won't see the water,

13   but you will see things dissolved in the water.

14   Q.  And why -- why is that an advantage, for it to be blind to

15   water?

16   A.  So there are some other tests that could be used, but those

17   signatures from water are so broad they tend to obscure other

18   chemical signatures, so you wouldn't be able to see what was

19   dissolved into it.  So that's why it's unique -- uniquely

20   advantageous.

21   Q.  So for those of you who haven't taken a chemistry class

22   since high school, you mentioned that the way -- the way the

23   Raman spectroscopy works involves bonds.

24        Can you -- explain it again for those of us --

25   A.  Sure.

1   Q.  -- who don't remember what's unique about bonds, and how do

2   you figure out a chemical based on that.

3   A.  Yeah.  So if you think of a bond as a spring between two

4   balls, if I were to hold one of the balls in my hand and pull

5   back on the other one, the one that's on top, you'll see that

6   spring move that top ball all over the place.  So it will bend

7   towards me; it will bend towards you; it will bend towards the

8   judge; it will bend towards the gallery.  It moves in all

9   different directions.

10          Effectively, with Raman spectroscopy, what we do is,

11  is we shoot a laser at our sample.  That laser has a known

12  energy.  It's effectively a single wavelength of light.

13          In that bond, depending on what atoms are comprised of

14  that, what that spring is connected to, it will scatter that

15  light that our laser will shine -- shone into it.

16          So based on what that bond is composed of, what that

17  spring is attached to, I will see a change in what that energy

18  is coming back out of that interaction.  And that's what we're

19  measuring.

20          THE COURT:  We're going to have our afternoon break.

21          Members of the jury, this is our last break of the

22  day.  You may retire to the jury room at this time.

23          THE LAW CLERK:  All rise for the jury.

24       (Whereupon the jury was excused, 1:58 p.m.)

25          THE COURT:  You may step down during this break, Mr.

1    Parrott.

2              Court is in recess for ten minutes.

3         (Court in recess, 1:59 p.m.)

4         (Back on the record, 2:09 p.m.)

5              THE LAW CLERK:  All rise.

6              Court is now back in session.

7         (Brief pause.)

8              THE LAW CLERK:  All rise for the jury.

9         (Whereupon the jury entered the courtroom, 2:11 p.m.)

10             THE COURT:  Members of the jury, you may be seated.

11             Everyone in the courtroom may be seated.

12             The witness remains under oath.

13             And you may continue with direct examination, Mr.

14   Slavin.

15             MR. SLAVIN:  Thank you.

16   BY MR. SLAVIN:

17   Q.  Before our break, you had just taught us how Raman

18   spectroscopy works.

19             In this specific case, with item number 5, what was

20   the result that the Raman spectroscopy showed?

21   A.  It was acetone.

22   Q.  Anything else?

23   A.  No, sir.

24   Q.  After completing this test, what did you do next?

25   A.  So after that test with the Raman spectrometer, I performed

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1    another confirmatory test.  This time, because of the

2    sensitivity of the -- of the next instrument, I had to dilute

3    that acetone.  So I used deionized water.

4         All deionized water is, is it's ultrapurified water.

5    It goes through a special filter and process to remove anything

6    that's in that water so it doesn't interfere with our

7    examination process.

8         So I had to dilute it with ultraclean water and then

9    run it through another instrument.  And this one is called

10   headspace gas chromatography-mass spectrometry.

11   Q.  Sounds like --

12   A.  Sorry.

13     (Laughter in the courtroom.)

14   Q.  That's okay.  That's a great acronym.

15   A.  The way that this particular instrument works is acetone is

16   a -- what we call a volatile solvent.  It turns into a gas

17   really easy.

18        So what, what I did was is I diluted it in that water

19   so there is just a little bit of that, at this point, what I

20   think is acetone in that solution.  I put it into a special

21   vial that's able to contain vapors.  That vial gets heated up a

22   little bit.  It turns that acetone into a gas, and then I

23   sample the gas from the vial.  It goes into an instrument.

24        What a gas chromatography system does, it's a fancy

25   way to say that it's a technique that separates things.  So

1  anything that is in the gas phase already, it starts to

2  separate those out.  If I had a mixture, then I'm able to use

3  the mass spectrometer, which is a way that I can effectively,

4  like, weigh things -- it's a fancy scale almost -- to determine

5  what types of chemicals are present.  And in this particular

6  instance, the only thing that was present was acetone.

7  Q.  Are all these standard tests in this field?

8  A.  They are.

9  Q.  Acetone, you said acetone was a result.  Is acetone a

10 common chemical?

11 A.  It is common.

12 Q.  Where do you usually find it?

13 A.  Acetone is what we would call an industrial solvent.  You

14 can find acetone, Home Depot, Lowe's, usually in, like, metal

15 canisters and things of that nature.

16       You can also find it in a lot of different types of

17 commercial products mostly focused around different types of

18 cleaning or different types of products that are able to

19 dissolve certain things.

20       So it could be different types of cleaning solvents

21 for degreasers, nail polish removers, different types of, like,

22 varnish removers and things of that nature.

23 Q.  Now, focusing specifically on nail polish removers, have

24 you seen nail polish removers being used to make explosives?

25 A.  Yes.

1   Q.  How often?

2   A.  I don't have a set number for you or anything, but it's --

3   it's often enough that it's recognizable.

4   Q.  Do you need the nail polish remover to be any specific

5   kind?

6   A.  No.  In fact, a lot of the old underground sort of

7   terrorist literature in the past had recommended using nail

8   polish remover because it's recognized that it contains

9   acetone.

10          Some of the more recent changes in nail polish remover

11  chemical compositions have switched the acetone out to another

12  chemical called methyl ethyl ketone.  If you were to use that

13  accidentally, you'd just make another -- you'd make a cousin to

14  something like TATP, if you're going to go through that

15  process.  You can make another explosive.

16  Q.  But so long as it has that acetone in it, does it have to

17  be any level of -- specific level of purity?

18  A.  No.

19  Q.  What if you have botanicals in the nail polish remover;

20  would that make a difference?

21  A.  Things to make it smell pretty?

22  Q.  Yeah.

23  A.  It doesn't make a difference.

24  Q.  Let's move to what is listed in your report as item 7.  Do

25  you remember that item?

1  A.  I do.

2  Q.  Were you sent a sample of that item or the full container?

3  A.  To my knowledge, it was a sample.

4  Q.  What test did you do on this sample?

5  A.  So, again, I did visual examinations.  This was another

6  clear, homogenous, single-layer liquid, similar to the other

7  one.  Went to the Raman spectrometer and performed a chemical

8  analysis on that.  That's where I started.

9  Q.  I'm not going to ask you to go into the details of exactly

10  how that happened again.

11  A.  Thank you.

12  Q.  What was the result?

13  A.  The result of that indicated that it could potentially be

14  something like sulfuric acid, but I had to do other

15  confirmatory tests to, to follow up on that.

16  Q.  Okay.  So what did you do next?

17  A.  The next test I did -- there is actually two that kind of

18  follow right in line with each other.  One was a pH test.  And

19  so if you've ever taken a pH of any sort of water solution like

20  a pool, it measures how acidic or basic a water solution is.

21  In this case, I used a pH strip to look at that.  It came out

22  to be about a pH of 1, which is extremely acidic.  And

23  accompanied with that, I did a density measurement.  So I

24  weighed 1 milliliter of that solution, and I determined how

25  much 1 milliliter weighed.

1   Q.   And what did these tests tell you about the sample?

2   A.   So the pH test, again, tells me how acidic or basic it was.

3   Neutral is a pH of 7, to give you sort of a scale.  This was a

4   pH of 1, meaning that it's very acidic.

5          The density measurement on this particular sample, any

6   time that we have solutions that we believe are water-based, we

7   take a measurement of the density.  Sometimes that becomes more

8   important later on; sometimes it's not utilized.  So while I

9   was already manipulating the sample and had it out, I performed

10  that test.

11  Q.   Okay.  And if I remember correctly from high school,

12  density is how much stuff there is in a certain volume; is that

13  right?

14  A.   It's the weight --

15  Q.   Weight?

16  A.   -- weight per volume.  So it's, like, how many grams per

17  milliliter.

18  Q.   And what, what does that density test determine for you?

19  A.   At the moment, really nothing.  So it just is some

20  information while I have the sample out and I'm manipulating it

21  that we collect.  That way, we don't have to go back to the

22  sample for other types of analysis if it's asked of us later

23  on.

24  Q.   Okay.  Does the density test help you determine a

25  concentration?

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1  A.  It -- it could.  I ended up not doing that in this case for

2  item 7.

3  Q.  What did you do next with item 7?

4  A.  So at this point, I have a result from the Raman.  I know

5  it is a strong acid from the pH test.

6       At this point, I moved to a confirmation of the Raman

7  result.  This is done using yet another technique called ion

8  chromatography.  Let me first describe what an ion is.

9  Q.  Thank you.

10  A.  So effectively what an ion is, is a species that is

11  dissolved in water and it has a charge.

12       So a simple way to think about this is all of us are

13  probably used to table salt.  The chemical version of table

14  salt is sodium chloride.  We know it as a white crystalline

15  powder that's on our dining room table.

16       If I were to sprinkle that table salt into a cup of

17  water, it will dissolve.  You won't see that table salt float

18  around in the water.  It will go into that water solution, and

19  it's no longer sodium chloride.  In solution, it's a sodium ion

20  that has a positive charge associated with it, and a chloride

21  ion that has a negative charge associated with it.

22       And using ion chromatography, it's another separation

23  technique, and it allows me to pick up these positive and

24  negative ions in water-based solutions to identify them.  So in

25  the case of something like salt water, I'd identify sodium ion,

1    and I would identify a chloride ion.

2    Q.  In this case, what did you identify?

3    A.   In this case, I identified a sulfate ion, and there --

4    which is a negative charge, a negative species.  And there was

5    no counter-ion.  So there was no positively charged species.

6    So this lends further proof that what I had in item 7 was

7    sulfuric acid.

8    Q.  Now, where can you find sulfuric acid in, you know,

9    day-to-day life?

10   A.   In terms of commercial products, the two more common

11   commercial products that that's found in is in some, not all,

12   but some drain cleaners that are acid-based, and also battery

13   acid.

14   Q.  Do you see battery acid around often these days?

15   A.   In terms of explosives or --

16   Q.  Well, have you seen it used in explosives?

17   A.   I have seen it used in explosives, yes.

18   Q.  And how often?

19   A.   We commonly see sulfuric acid in -- and of course this is a

20   -- it's a source of sulfuric acid, is battery acid.  We see

21   sulfuric acid being used for different types of explosive

22   synthesis as a -- as a precursor chemical.

23        It could be in the synthesis of something like TATP.

24   It's also used as a joint acid in some other explosive

25   synthesis that are nitrated explosives.  So things like

**RALEIGH PARROTT - DIRECT BY MR. SLAVIN**

1   trinitrotoluene, you need sulfuric acid to make TNT as well.

2   Q.  What is the role of sulfuric acid in the making of TATP?

3   A.  Specifically for TATP, sulfuric acid is used as a catalyst.

4   Effectively, a catalyst is something that allows a reaction to

5   start and keep going.  But it isn't a direct precursor in the

6   sense that parts of that sulfuric acid end up as part of the

7   molecule of TATP.

8        So when you look at the structure of TATP chemically,

9   how that is made is strictly from acetone and hydrogen

10  peroxide, but the sulfuric acid helps that reaction start and

11  keep going.

12  Q.  How does using sulfuric acid compare to other strong acids,

13  such as hydrochloric acid?

14  A.  Depending on where you get it, sulfuric acid can be more

15  concentrated.  So commercially and industrially, you can get

16  sulfuric acid all the way up to about 98 percent concentrated.

17  Hydrochloric acid commercially, again, tops out about around,

18  like, 35, 36 percent.

19       So in terms of something like TATP synthesis, you

20  would just need less sulfuric acid than hydrochloric acid.

21  Q.  But other than being able to use less of it, can you use

22  either one?

23  A.  You can use either one.

24  Q.  All right.  Let's move on to what was marked as item 8 in

25  your report.  Do you recall that item?

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1  A.  Yes.  Item 8 was another clear, homogenous, single-layer

2  liquid.

3  Q.  Now, can you talk about how that item arrived in the

4  laboratory?

5  A.  So according to check-in notes -- again, this was before I

6  was assigned the case.

7       So according to check-in notes in our case records,

8  this item was originally sent in.  It was inside a glass jar.

9  That glass jar was placed into a sealed plastic Ziploc bag,

10  effectively.  That was within a container that we call a Mark

11  663 container.  Effectively it is like a -- similar to a

12  stainless steel tube.  It is designed by the Navy to withstand

13  a certain amount of explosive force going off inside of it so

14  it doesn't affect anything that's outside of that tube.

15       Within that tube, within that 663 container, was also

16  item 7.  Item 7 was within its own glass jar, within its own

17  plastic sealed bag, but they were situated in the same 663

18  container.

19       That stainless steel tube was then placed into a

20  cardboard box, and that's how it was shipped and first received

21  by our unit in December.

22  Q.  Okay.  Was there something notable about it when it was

23  received?

24  A.  During the check-in process, it was noted that both item 7

25  and item 8 had both leaked out of their main containers.  And

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1   so that liquid that was inside the jar effectively leaked out

2   of it.

3   Q.  Okay.  Do you know why it would have leaked?

4   A.  During the shipment process, unfortunately because of how

5   the, the dimensions of the 663 container are and how Department

6   of Transportation makes us ship hazardous chemicals like this,

7   the 663 container gets placed on its side.  And so that causes

8   these liquids to now start interacting with the, the caps of

9   these jars and vials during the shipment process and then also

10  while awaiting the check-in process at the laboratory.

11  Q.  Do you know how much of it leaked out?

12  A.  I have no idea.

13  Q.  Okay.  Do you know how much of it was left?

14  A.  According to the check-in photos, there was not much left.

15  I would ascertain approximately a few milliliters.

16  Q.  Did you measure the amount that was left?

17  A.  I did not specifically measure it.

18  Q.  Okay.  Why not?

19  A.  Typically -- even if stuff doesn't leak out, we're

20  typically just sent samples from the field.  So measuring a

21  sample that is from a larger volume in the field, there is no

22  logical reason to do so.

23          And then if we have a spillage like this, whatever is

24  left over, there is no reason -- there is no indication of how

25  much was originally there, so it doesn't make a logical reason

1   to, to determine that.

2   Q.  Does this kind of spillage occur every so often?

3   A.  I wouldn't say it's super common, but it does happen every

4   once in a while.

5   Q.  Is there any way to avoid it?

6   A.  With current regulations, not really.

7   Q.  Kind of just the nature of shipping things?

8   A.  Unfortunately, it -- it does occur.  Like I said, it's not

9   often, but it can occur.

10  Q.  Now, since the container leaked, is there any chance that

11  something got into it from outside?

12  A.  Based on my analysis of specific item 8, you're referring

13  to?

14  Q.  Yes.

15  A.  Specific to item 8, I didn't see any other chemicals

16  present except for one that I wrote in my report.

17  Q.  And we'll talk about the conclusions of your report in a

18  minute.

19          When was it that you -- that you personally got

20  item 8?

21  A.  It was in late January.  I believe it was handed over to me

22  on January 23rd of 2018.

23  Q.  And what test did you do on this sample?

24  A.  So similar to the other ones, I took it out, I looked at

25  it.  Again, it was a clear, homogenous, single-layer liquid.

RALEIGH PARROTT - DIRECT BY MR. SLAVIN

1          Like the others, I performed Raman spectroscopy on it.
2   And based on that result, I found it to be hydrogen peroxide.
3   Q.  Did the Raman spectroscopy show anything else in that
4   solution, other than hydrogen peroxide?
5   A.  There were no other chemicals present.  There was a
6   phenomenon called fluorescence that was observed in that
7   particular sample.
8          Oftentimes, with Raman spectroscopy, you can have
9   interactions with the laser with different types of glass.
10  That glass will absorb some of the energy from the laser, and
11  then the glass will emit its own light.  And this typically
12  comes out as a very kind of, like, broadened peak.
13         In this particular case, there was some fluorescence
14  in that spectra, that data that was gathered, but the only
15  chemical signature that was present was that of hydrogen
16  peroxide.
17  Q.  Based on those results --
18         THE COURT:  Mr. Slavin, we're going to stop here
19  today.
20         We have reached the conclusion of the trial day,
21  members of the jury.  Remember that you cannot do any research
22  of any kind related to this case.  You also cannot talk to
23  anyone, including each other about this case.  If you hear of
24  anyone violating my instructions, you must immediately inform
25  me or a member of my staff.

1            Thank you for your time and attention.  You all are

2     excused.

3            THE LAW CLERK:  All rise for the jury.

4         (Whereupon the jury was excused, 2:30 p.m.)

5            THE COURT CLERK:  Court is in recess until the next

6     matter.

7            THE COURT:  Mr. Parrott, we'll see you tomorrow

8     morning.

9            THE WITNESS:  Okay.

10         (Proceedings adjourned, 2:31 p.m.)

11                          —   —   —

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATION OF REPORTERS

 2

 3      I, Leann S. Lizza/Christin E. Douglas, do hereby certify

 4    that the above-entitled matter was taken before me at the time

 5    and place hereinbefore set forth; that the proceedings were

 6    duly recorded by me stenographically and reduced to computer

 7    transcription; that this is a true, full and correct transcript

 8    of my stenographic notes so taken; and that I am not related

 9    to, nor of counsel to either party, nor interested in the event

10    of this cause.

11

12

13    S/Leann S. Lizza S/Christin E. Douglas             5/22/2025

14    Leann S. Lizza, CSR-3746, RPR, CRR, RMR, RDR        Date

15    Christin E. Douglas, RDR, CRR, FCRR, CSR

16

17

18

19

20

21

22

23

24

25
```

**'**

**'06** [1] - 51:16
**'3** [1] - 16:24
**'90s** [1] - 45:7
**'96** [1] - 7:12

**1**

**1** [7] - 29:6, 74:10, 75:14, 192:22, 192:24, 192:25, 193:4
**1.124** [1] - 75:15
**1.128** [2] - 41:6, 41:8
**1.27** [1] - 73:20
**10** [4] - 1:9, 89:13, 106:1, 142:2
**100** [1] - 76:11
**108** [1] - 4:7
**10:02** [2] - 49:13, 49:18
**10:15** [1] - 49:19
**10:17** [1] - 49:24
**11** [2] - 7:13, 108:10
**11:16** [2] - 88:4, 88:10
**11:17** [1] - 88:11
**11:25** [1] - 95:3
**12** [2] - 109:22, 147:15
**121** [1] - 3:10
**12:16** [1] - 131:20
**12:17** [1] - 131:22
**12:48** [1] - 131:23
**12:54** [1] - 132:5
**13** [3] - 44:6, 44:7, 110:17
**14** [1] - 111:9
**15** [8] - 49:14, 73:20, 87:17, 89:13, 111:9, 111:16, 121:3, 127:20
**15-1** [2] - 21:5, 23:6
**15-1.128** [2] - 41:4, 41:10
**15-1.13** [1] - 19:8
**15-1.14** [1] - 19:17
**15-1.15** [1] - 20:22
**15-1.16** [1] - 21:3
**15-1.17** [1] - 21:14
**15-1.18** [2] - 21:18, 36:24
**15-1.19** [1] - 22:23
**15-1.25** [1] - 72:14
**15-1.28** [2] - 74:11, 75:14
**15-1.298** [1] - 127:21
**15-1.57** [1] - 29:23
**15-1.71** [1] - 172:25
**15-1.72** [1] - 173:21

**15-128** [1] - 41:1
**15-129** [1] - 41:3
**15-36.1** [4] - 4:3, 15:18, 15:21, 16:8
**15-36.2** [3] - 4:3, 15:18, 16:8
**15-36.3** [3] - 4:3, 15:18, 16:8
**15-37.1** [4] - 4:4, 16:15, 16:23, 17:2
**15-37.2** [3] - 4:4, 16:15, 17:2
**15-37.3** [3] - 4:4, 16:15, 17:2
**15-38** [5] - 4:5, 17:11, 17:20, 18:8, 18:11
**15-40** [1] - 139:13
**15-41** [1] - 139:13
**15-46** [1] - 79:16
**16** [1] - 4:3
**167** [1] - 3:11
**17** [3] - 4:4, 114:18, 150:20
**176** [1] - 3:14
**18** [3] - 4:5, 115:10, 154:4
**18-3** [1] - 89:13
**19** [2] - 115:24, 155:17
**1974** [1] - 47:20
**1984** [2] - 44:9, 45:11
**1988** [1] - 45:11
**1990** [1] - 44:19
**1991** [1] - 44:20
**1997** [3] - 43:17, 44:9, 46:22
**1998** [1] - 8:12
**1:39** [1] - 175:14
**1:40** [1] - 175:23
**1:58** [1] - 187:24
**1:59** [1] - 188:3

**2**

**2** [6] - 2:7, 15:21, 16:23, 29:6, 44:9, 96:5
**20** [2] - 78:3, 116:8
**2001** [1] - 1:16
**2004** [4] - 7:17, 7:21, 7:22, 9:11
**2006** [4] - 7:14, 48:14, 51:16, 51:19
**2009** [2] - 57:16, 177:9
**2015** [1] - 104:20
**2017** [7] - 9:4, 9:5, 9:13, 9:15, 61:9, 182:4, 182:7
**2018** [3] - 182:6, 182:8, 199:22
**202** [2] - 1:21, 4:22

**3**

**3** [7] - 15:21, 32:13, 32:17, 96:21, 124:15, 128:22, 155:8
**30** [1] - 3:5
**300** [1] - 77:5
**30th** [2] - 9:15, 40:3
**313** [3] - 1:17, 2:5, 2:8
**35** [1] - 196:18
**35-minute** [1] - 131:15
**36** [1] - 196:18
**38** [1] - 3:6

**4**

**4** [5] - 32:13, 32:17,

**2020** [2] - 57:6, 180:11
**2021** [4] - 7:15, 43:17, 43:18, 43:19
**2023** [1] - 179:6
**2025** [2] - 1:12, 5:1
**20530** [1] - 1:21
**21** [6] - 101:2, 101:19, 101:24, 116:14, 133:20, 134:18
**21-11** [6] - 4:6, 90:21, 92:9, 92:19, 96:1, 96:5
**21-8** [3] - 4:7, 108:11, 108:16
**21-gram** [1] - 133:8
**211** [1] - 1:16
**22** [4] - 1:12, 5:1, 88:3
**22-1** [1] - 151:14
**22-CR-20504** [2] - 1:5, 5:9
**226-9100** [1] - 1:17
**23** [3] - 153:14, 153:19, 163:25
**23-2** [1] - 154:6
**231** [1] - 1:11
**23rd** [1] - 199:22
**24** [1] - 163:14
**25** [5] - 43:19, 58:16, 153:14, 153:22, 157:1
**26** [3] - 7:7, 7:8, 119:21
**27** [3] - 2:7, 119:22, 162:9
**28** [1] - 41:5
**28th** [1] - 39:22
**29th** [1] - 39:23
**2:09** [1] - 188:4
**2:11** [1] - 188:9
**2:30** [1] - 201:4
**2:31** [1] - 201:10

**5**

**5** [10] - 97:10, 97:19, 97:21, 100:9, 132:12, 132:23, 155:8, 185:13, 185:14, 188:19
**5-1.128** [1] - 76:5
**5-1.129** [1] - 82:25
**5/22/2025** [1] - 202:13
**530-9505** [1] - 2:8
**54** [2] - 99:13, 124:20

**6**

**6** [6] - 3:4, 102:13, 107:4, 118:4, 125:25, 135:8
**613** [1] - 2:3
**616-2846** [1] - 1:21
**663** [9] - 26:25, 28:13, 29:8, 29:9, 197:11, 197:15, 197:17, 198:5, 198:7

**7**

**7** [11] - 97:14, 103:12, 117:14, 191:24, 193:3, 194:2, 194:3, 195:6, 197:16, 197:24
**7600** [1] - 1:20
**77** [2] - 99:13, 124:20

**8**

**8** [10] - 103:18, 122:9, 128:6, 139:7, 196:24, 197:1, 197:25, 199:12, 199:15, 199:20

**9**

**9** [2] - 105:18, 141:19
**9-1** [1] - 113:8
**9/11** [3] - 51:3, 51:4, 56:9
**900** [1] - 77:6
**950** [1] - 1:20
**96** [1] - 4:6
**967-5555** [1] - 2:5
**98** [1] - 196:16

99:21, 129:8, 132:12
**42** [1] - 3:9
**44** [1] - 50:18
**48226** [2] - 1:17, 2:4
**48362** [1] - 2:7

**9:04** [2] - 1:12, 5:4
**9:06** [1] - 6:4
**9:07** [1] - 6:13
**9:51** [1] - 42:9
**9:53** [1] - 42:24

**A**

**a.m** [14] - 1:12, 5:4, 6:4, 6:13, 42:9, 42:24, 49:13, 49:18, 49:19, 49:24, 88:4, 88:10, 88:11, 95:3
**AAA** [1] - 144:9
**Abbott** [1] - 2:3
**able** [7] - 115:23, 121:23, 186:18, 189:21, 190:2, 190:18, 196:21
**above-entitled** [1] - 202:4
**absolutely** [3] - 58:25, 163:2, 168:12
**absorb** [1] - 200:10
**abundance** [2] - 28:12, 29:9
**academy** [1] - 7:12
**access** [1] - 73:5
**accessible** [3] - 170:8, 175:7, 175:8
**accidentally** [1] - 191:13
**accompanied** [1] - 192:23
**according** [3] - 197:5, 197:7, 198:14
**accounts** [1] - 103:1
**accumulated** [1] - 102:7
**accurate** [4] - 45:7, 46:23, 92:14, 122:22
**acetone** [30] - 14:18, 14:20, 15:3, 24:5, 35:4, 76:8, 78:20, 96:25, 97:11, 99:7, 100:2, 117:12, 118:21, 181:25, 185:18, 188:21, 189:3, 189:15, 189:20, 189:22, 190:6, 190:9, 190:13, 190:14, 191:9, 191:11, 191:16, 196:9
**acid** [62] - 13:15, 14:18, 14:19, 15:2, 24:6, 35:5, 35:9, 83:5, 97:1, 97:15, 99:7, 99:25, 117:13, 118:22, 118:23,

128:24, 129:1, 129:3, 129:4, 129:5, 129:6, 160:12, 160:13, 160:17, 164:4, 164:7, 164:9, 164:12, 171:19, 171:20, 171:23, 171:24, 172:2, 182:1, 192:14, 194:5, 195:7, 195:8, 195:12, 195:13, 195:14, 195:19, 195:20, 195:21, 195:24, 196:1, 196:2, 196:3, 196:6, 196:10, 196:12, 196:13, 196:14, 196:16, 196:17, 196:20

**acid-based** [1] - 195:12

**acidic** [4] - 192:20, 192:22, 193:2, 193:4

**acids** [1] - 196:12

**acronym** [1] - 189:14

**action** [1] - 174:6

**activate** [1] - 107:8

**activated** [2] - 44:18, 90:1

**activities** [1] - 75:23

**activity** [1] - 46:20

**acute** [1] - 183:20

**adamant** [1] - 63:13

**add** [2] - 76:20, 76:22

**added** [5] - 69:10, 111:7, 111:23, 111:25, 113:18

**adding** [2] - 110:23, 110:24

**addition** [2] - 119:25, 168:20

**additional** [5] - 51:24, 72:18, 113:2, 115:12, 116:1

**address** [2] - 66:12, 94:25

**adhere** [2] - 112:25, 113:11

**adhesive** [2] - 157:10, 157:13

**adjourned** [1] - 201:10

**adjusting** [1] - 43:5

**administrative** [3] - 91:7, 178:24, 183:1

**admission** [5] - 16:4, 16:23, 17:20, 18:7, 86:8

**admit** [6] - 86:3, 86:10, 86:21, 92:19, 95:4, 108:12

**admitted** [8] - 16:6, 17:1, 17:24, 18:9, 19:6, 79:15, 108:15, 139:12

**advanced** [1] - 77:9

**advantage** [1] - 186:14

**advantageous** [1] - 186:20

**advantages** [3] - 186:2, 186:7, 186:10

**advisor** [2] - 8:15, 58:18

**affect** [2] - 82:15, 197:14

**affected** [1] - 56:8

**Afghanistan** [1] - 8:10

**afternoon** [2] - 121:7, 121:8, 121:9, 176:4, 176:5, 187:20

**agencies** [1] - 50:19

**Agent** [4] - 61:24, 63:21, 67:25, 86:4

**agent** [12] - 7:11, 39:8, 40:5, 43:20, 47:1, 47:12, 47:14, 47:17, 50:8, 50:9, 50:15, 54:23

**agents** [10] - 48:5, 53:24, 55:20, 58:5, 61:21, 73:15, 77:18, 101:21, 159:20, 178:1

**ago** [2] - 33:8, 105:9

**agree** [3] - 91:7, 94:24, 157:16

**agreeing** [1] - 86:2

**agreement** [3] - 28:17, 65:5, 95:5

**ahead** [6] - 18:1, 49:9, 76:10, 89:21, 118:20, 131:13

**air** [6] - 57:22, 136:15, 149:25, 150:17, 166:12

**Airlines** [1] - 57:17

**airplane** [1] - 57:22

**Al** [2] - 58:20

**al'Qaida** [3] - 14:2, 105:12, 105:14

**Al-Shabaab** [2] - 58:20

**Alabama** [4] - 7:18, 47:20, 64:14, 181:6

**all's** [1] - 90:4

**allow** [11] - 74:21, 79:22, 81:22, 95:8, 104:10, 107:11, 109:7, 110:1, 119:24, 137:9, 143:2

**allowed** [1] - 169:14

**allowing** [4] - 79:24, 81:7, 96:13, 96:19

**allows** [9] - 81:6, 86:21, 109:3, 109:5, 112:8, 112:24, 114:2, 194:23, 196:4

**almost** [5] - 12:14, 13:20, 14:4, 55:6, 190:4

**aluminum** [2] - 137:12, 137:13

**Amanda** [1] - 5:20

**AMANDA** [1] - 2:2

**amazing** [1] - 47:21

**amazingly** [1] - 59:4

**Amentum** [1] - 59:17

**AMERICA** [1] - 1:3

**America** [1] - 5:10

**ammonium** [6] - 164:15, 164:17, 164:19, 165:7, 165:11, 165:14

**ammunition** [1] - 150:17

**amount** [13] - 12:13, 26:21, 28:23, 97:22, 98:24, 101:22, 127:6, 133:13, 133:19, 134:1, 197:13, 198:16

**amounts** [1] - 111:23

**Analysis** [1] - 176:14

**analysis** [18] - 62:5, 68:9, 92:3, 120:16, 120:17, 179:8, 179:12, 180:15, 181:2, 181:3, 182:21, 183:14, 185:7, 185:19, 192:8, 193:22, 199:12

**analyze** [1] - 177:14

**analyzed** [3] - 67:19, 70:4, 70:6

**analyzing** [1] - 178:16

**another..** [1] - 143:18

**answer** [12] - 36:1, 56:4, 73:18, 101:8, 121:23, 138:4, 138:9, 143:22, 150:3, 154:1, 168:25, 170:24

**anthrax** [2] - 56:15, 56:18

**anticipate** [1] - 87:15

**antistatic** [2] - 27:4

**apart** [2] - 108:4, 153:4

**apartment** [1] - 54:5

**allowed** [1] - 169:14

**apologize** [2] - 82:14, 87:25

**appear** [4] - 22:12, 97:12, 154:2, 162:16

**appearance** [1] - 162:18

**appearances** [2] - 1:14, 5:11

**Appearances** [1] - 1:23

**APPEARANCES** [1] - 2:1

**appeared** [2] - 98:9, 98:16

**appearing** [1] - 5:14

**applications** [1] - 115:6

**applied** [2] - 104:9, 112:25

**appointed** [1] - 44:9

**appreciate** [1] - 162:1

**approach** [3] - 6:10, 42:13, 51:11

**approachable** [1] - 51:1

**appropriate** [1] - 19:8

**approximation** [2] - 41:25, 101:24

**aqueous** [1] - 97:14

**Arab** [1] - 8:13

**Arabia** [1] - 44:19

**Arabic** [2] - 84:4, 89:18

**area** [13] - 12:10, 28:21, 50:18, 71:20, 73:4, 73:19, 73:22, 74:15, 74:16, 84:16, 113:21, 120:1, 170:23

**Area** [1] - 179:18

**arm** [3] - 109:4, 109:17, 174:15

**arm's** [1] - 75:22

**armed** [2] - 81:7, 147:9, 174:12

**arming** [8] - 81:3, 81:6, 81:14, 107:1, 109:3, 109:16, 144:13, 174:8

**arms** [2] - 109:10, 146:15

**arrive** [1] - 39:16

**arrived** [5] - 37:22, 98:5, 108:7, 123:13, 197:3

**arrives** [2] - 83:2, 183:18

**Arsenal** [1] - 47:19

**article** [1] - 14:3

**articles** [2] - 179:2,

179:4

**ascertain** [1] - 198:15

**Asher** [1] - 5:15

**ASHER** [2] - 1:15, 5:19

**assault** [1] - 44:20

**assemble** [1] - 120:16

**assembled** [5] - 68:15, 69:24, 92:3, 92:11, 168:11

**assigned** [16] - 7:9, 7:12, 9:5, 9:20, 47:14, 58:1, 61:25, 180:12, 182:5, 182:6, 182:8, 182:12, 183:22, 183:24, 184:14, 197:6

**assignments** [1] - 184:14

**assist** [2] - 53:20, 57:12

**assistance** [6] - 45:24, 51:2, 51:15, 54:7, 56:3, 138:15

**Assistant** [1] - 5:14

**assisting** [3] - 52:21, 57:14, 105:4

**associated** [4] - 177:22, 183:21, 194:20, 194:21

**assume** [2] - 125:16, 126:25

**assuming** [5] - 35:10, 35:12, 125:3, 125:25, 126:22

**assumption** [9] - 125:6, 125:11, 125:14, 125:16, 126:7, 126:10, 126:22, 127:1, 127:16

**atoms** [1] - 187:13

**attached** [3] - 146:12, 155:1, 187:17

**attack** [1] - 58:22

**attempt** [1] - 139:3

**attempting** [1] - 108:1

**attend** [2] - 8:2, 47:17

**attended** [1] - 45:10

**attention** [21] - 9:4, 14:24, 15:14, 15:16, 16:14, 17:10, 18:13, 21:19, 22:22, 23:6, 41:1, 75:14, 82:5, 90:20, 100:9, 103:11, 108:9, 172:25, 173:1, 182:2, 201:1

**attorney** [1] - 153:13

**Attorney** [10] - 5:14,

3

30:12, 38:7, 85:6,
88:4, 88:10, 90:8,
92:24, 95:3, 120:23
**Attorney's** [1] - 1:16
**Aurora** [3] - 54:2,
54:3, 64:24
**authenticated** [1] -
86:10
**available** [5] - 8:5,
53:20, 72:9, 165:11,
169:18
**Avenue** [1] - 1:20
**avoid** [1] - 199:5
**awaiting** [1] - 198:10
**aware** [7] - 37:20,
37:21, 87:23, 128:6,
128:9, 167:2, 170:24
**awareness** [4] - 51:12,
63:11, 65:17, 77:12
**AWS** [1] - 1:6
**Aws** [2] - 5:10, 63:23

**B**

**bachelor's** [1] -
178:10
**backing** [1] - 136:10
**backup** [1] - 45:15
**bacteria** [1] - 178:1
**bad** [2] - 36:12, 178:1
**bag** [15] - 12:19,
24:14, 24:15, 26:18,
78:23, 79:9, 79:19,
80:3, 80:4, 80:6,
139:14, 144:25,
165:1, 197:9, 197:17
**bagged** [1] - 26:23
**baggie** [2] - 141:1,
141:8
**bags** [1] - 26:22
**baking** [2] - 181:15,
181:18
**ball** [9] - 53:18, 54:9,
119:25, 166:1,
166:4, 166:7,
166:10, 166:14,
187:6
**ballpark** [1] - 161:3
**ballparking** [1] - 161:4
**balls** [3] - 166:8, 187:4
**bar** [1] - 11:8
**barriers** [1] - 50:25
**Barrow** [3] - 77:10,
87:18, 138:12
**based** [33] - 14:22,
29:20, 35:13, 42:1,
42:2, 42:3, 53:1,
64:7, 66:17, 80:9,
83:18, 90:22, 99:9,
101:3, 102:10,

105:3, 168:13,
170:24, 171:4,
171:8, 171:22,
172:22, 185:7,
185:19, 186:12,
187:2, 187:16,
193:6, 194:24,
195:12, 199:12,
200:2, 200:17
**basement** [16] - 10:14,
10:15, 11:21, 13:8,
18:15, 31:6, 31:9,
33:10, 36:16, 36:18,
36:20, 72:4, 148:11,
148:18, 149:11,
169:2
**Basha** [3] - 5:22,
86:22, 87:3
**BASHA** [1] - 2:2
**Bashi** [9] - 3:5, 3:10,
5:20, 30:16, 38:21,
41:9, 121:2, 132:9,
167:6
**BASHI** [91] - 2:2, 5:20,
16:5, 16:25, 17:21,
30:18, 36:23, 37:1,
37:18, 37:19, 38:5,
38:8, 38:16, 41:4,
41:6, 86:22, 86:25,
87:3, 88:3, 88:5,
88:12, 91:15, 91:21,
92:20, 92:22, 92:25,
94:1, 95:10, 95:12,
108:14, 121:4,
121:6, 121:11,
121:13, 124:9,
124:11, 124:15,
124:16, 127:20,
127:23, 128:3,
128:5, 128:21,
128:23, 129:8,
129:10, 131:11,
132:10, 132:13,
132:23, 132:25,
134:17, 135:8,
135:10, 139:7,
139:11, 141:11,
141:15, 141:19,
141:20, 142:2,
142:3, 147:15,
147:16, 149:18,
149:21, 150:20,
150:21, 153:14,
153:17, 154:4,
154:5, 155:16,
155:18, 157:1,
157:2, 159:18,
159:22, 162:9,
162:10, 163:14,
163:15, 163:25,

164:1, 165:22,
165:24, 166:21,
166:24, 167:4,
167:8, 170:20
**basic** [2] - 192:20,
193:2
**bath** [1] - 36:11
**batteries** [12] - 94:9,
110:1, 110:8,
142:11, 147:17,
147:18, 148:5,
148:10, 148:21,
149:10
**battery** [7] - 129:6,
144:7, 144:9, 164:9,
195:12, 195:14,
195:20
**BB** [4] - 10:22, 11:7,
166:25, 172:15
**BBs** [8] - 102:23,
110:23, 111:2,
118:12, 120:1,
148:23, 166:8,
166:12
**bearings** [6] - 119:25,
166:1, 166:4, 166:7,
166:10, 166:14
**became** [4] - 7:19,
7:22, 46:6, 55:13
**become** [2] - 37:20,
57:24
**becomes** [1] - 193:7
**bed** [1] - 11:10
**bedroom** [1] - 11:4
**bedrooms** [1] - 11:2
**BEFORE** [1] - 1:10
**begin** [4] - 19:8, 58:3,
59:5, 185:12
**beginning** [1] - 106:5
**begins** [1] - 184:25
**behalf** [2] - 5:14, 5:21
**behind** [1] - 128:19
**Beirut** [3] - 57:6,
57:12, 57:14
**bench** [2] - 85:15,
93:2
**Bench** [2] - 88:15,
95:13
**bend** [4] - 187:6,
187:7, 187:8
**best** [4] - 158:25,
173:17, 179:21,
179:25
**better** [6] - 12:3, 76:5,
78:16, 120:5,
121:18, 179:19
**between** [7] - 28:18,
51:6, 52:3, 74:21,
118:12, 136:2, 187:3
**big** [6] - 7:10, 29:11,

55:25, 56:13, 56:23,
57:20
**bigger** [1] - 137:8
**biggest** [3] - 56:5,
56:8, 57:4
**bill** [1] - 112:2
**biochemistry** [1] -
178:11
**biological** [2] - 51:13,
176:20
**biology** [1] - 178:12
**Bisquick** [1] - 22:8
**bit** [11] - 7:9, 25:19,
45:19, 54:13, 56:5,
60:5, 62:6, 70:8,
73:22, 189:19,
189:22
**black** [6] - 56:12,
148:10, 148:12,
149:11, 149:12
**blank** [1] - 82:13
**blast** [8] - 8:11, 9:2,
55:9, 55:12, 55:16,
57:9, 180:14, 180:22
**blasting** [1] - 69:16
**blender** [1] - 20:2
**blind** [2] - 186:11,
186:14
**block** [1] - 169:22
**blow** [1] - 53:16
**blue** [1] - 37:3
**blurry** [1] - 107:6
**board** [1] - 106:9
**board's** [1] - 107:25
**bomb** [58] - 7:19, 7:22,
7:24, 8:1, 8:6, 8:8,
9:7, 9:9, 9:20, 13:10,
13:21, 14:3, 14:10,
15:5, 30:24, 47:1,
47:2, 47:16, 47:17,
47:21, 48:2, 48:10,
49:1, 50:8, 50:9,
54:5, 55:14, 58:4,
58:18, 59:2, 59:20,
59:22, 60:14, 61:3,
61:8, 61:16, 61:25,
63:12, 68:15, 70:12,
71:22, 74:17, 75:23,
77:15, 77:25, 83:15,
97:18, 105:11,
105:22, 107:3,
111:22, 115:3,
118:6, 118:8,
134:22, 152:15,
174:13
**Bomb** [2] - 61:24, 68:1
**bomb-making** [4] -
75:23, 105:11,
115:3, 152:15
**bomb-related** [2] -

61:16, 70:12
**bomber** [4] - 104:19,
104:20, 109:3,
146:19
**bombers** [1] - 175:9
**bombing** [7] - 54:21,
54:24, 57:2, 57:16,
105:8, 112:21,
180:11
**bombings** [2] - 56:25,
180:16
**bombs** [1] - 71:19
**bond** [3] - 187:3,
187:13, 187:16
**bonds** [3] - 185:25,
186:23, 187:1
**booby** [1] - 44:4
**book** [2] - 179:7
**Bosnia** [1] - 55:4
**Boston** [3] - 105:8,
180:16
**botanicals** [1] -
191:19
**bottle** [12] - 13:13,
13:15, 14:20, 19:21,
19:22, 19:23, 20:15,
21:11, 31:13, 79:13,
81:17, 128:3
**bottles** [12] - 13:14,
20:8, 20:12, 83:6,
96:25, 97:11,
104:22, 113:24,
114:6, 129:11,
129:23, 159:1
**bottom** [17] - 14:19,
26:16, 27:3, 57:15,
74:24, 83:1, 106:4,
106:5, 106:6,
107:12, 124:17,
128:18, 158:8,
158:16, 159:4,
161:13, 161:15
**bought** [1] - 170:14
**Boulevard** [1] - 1:11
**bowls** [5] - 12:13,
33:14, 33:15, 33:16,
33:20
**box** [27] - 10:20,
13:15, 15:17, 20:2,
23:15, 23:16, 23:17,
26:10, 27:7, 27:9,
74:3, 76:11, 105:21,
116:4, 129:24,
136:22, 136:24,
139:19, 139:24,
140:2, 140:3, 140:9,
140:23, 141:21,
184:6, 197:20
**boxes** [11] - 13:15,
30:1, 56:12, 77:4,

4

77:6, 78:17, 100:10, 133:23, 134:4, 134:6, 168:17
**brake** [3] - 70:13, 130:15, 130:18
**brand** [11] - 37:9, 134:7, 136:15, 150:12, 153:20, 153:23, 154:10, 157:7, 170:19, 171:7
**branded** [1] - 153:9
**break** [16] - 8:20, 42:14, 42:18, 49:9, 85:8, 85:10, 90:10, 121:3, 131:14, 131:15, 140:18, 165:4, 187:20, 187:21, 187:25, 188:17
**brief** [7] - 85:12, 92:25, 139:10, 141:14, 141:18, 173:7, 188:7
**Brief** [10] - 15:20, 21:25, 23:8, 23:22, 85:4, 101:12, 108:18, 122:3, 127:22, 166:23
**briefly** [4] - 60:11, 94:23, 104:6, 122:8
**bring** [6] - 8:4, 36:23, 52:22, 127:20, 132:11, 134:4
**broad** [1] - 186:17
**broadened** [1] - 200:12
**broken** [3] - 50:25, 140:24, 141:6
**brought** [6] - 5:25, 27:11, 64:24, 86:22, 87:3, 132:3
**budget** [1] - 181:8
**build** [3] - 14:3, 74:16, 181:9
**building** [3] - 27:12, 30:5, 113:21
**bulb** [6] - 77:1, 79:25, 81:9, 81:10, 104:7, 109:7
**bulbs** [3] - 104:21, 105:5, 105:10
**bulk** [2] - 26:4, 177:15
**bunch** [7] - 12:14, 34:1, 34:9, 135:18, 142:5, 166:15, 169:23
**bureau** [1] - 8:14
**Burkina** [1] - 8:17
**burning** [2] - 70:22, 70:23

**burns** [1] - 70:20
**but..** [2] - 37:9, 155:15
**button** [5] - 107:9, 145:16, 145:19, 145:20, 146:21
**buy** [8] - 134:8, 147:5, 157:18, 162:23, 163:4, 163:5, 170:14, 170:18
**BY** [86] - 6:18, 16:9, 17:3, 17:22, 18:2, 18:12, 20:9, 20:18, 20:23, 21:15, 22:1, 23:9, 24:2, 30:3, 30:18, 37:1, 37:19, 38:8, 38:16, 38:25, 41:11, 43:2, 50:5, 72:16, 73:21, 74:12, 76:9, 89:2, 90:14, 91:24, 96:6, 96:22, 99:22, 101:13, 103:19, 105:19, 106:2, 108:19, 109:14, 109:23, 110:18, 111:10, 114:12, 114:19, 115:11, 115:25, 116:9, 116:15, 117:1, 118:17, 120:4, 120:14, 121:6, 121:13, 124:11, 124:16, 127:23, 128:5, 128:23, 129:10, 132:13, 132:25, 134:17, 135:10, 139:11, 141:20, 142:3, 147:16, 149:21, 150:21, 153:17, 154:5, 155:18, 157:2, 159:22, 162:10, 163:15, 164:1, 165:24, 166:24, 167:12, 171:3, 173:8, 173:23, 176:3, 188:16

## C

**cabinet** [10] - 12:22, 13:13, 14:19, 40:22, 73:2, 73:4, 75:16, 75:18, 82:2, 83:1
**cake** [3] - 181:17, 181:19, 181:21
**calibrated** [1] - 40:11
**camera** [1] - 178:4
**camp** [1] - 171:14
**camping** [1] - 36:20

**canisters** [1] - 190:15
**cannot** [3] - 131:16, 200:21, 200:22
**cans** [1] - 20:15
**cap** [1] - 69:17
**capabilities** [1] - 177:25
**capacity** [1] - 52:4
**caps** [1] - 198:8
**captain** [1] - 46:18
**capture** [2] - 31:23, 117:4
**carbon** [1] - 102:21
**cardboard** [2] - 27:8, 197:20
**career** [5] - 7:10, 7:15, 9:10, 180:1, 181:1
**carefully** [1] - 104:7
**carry** [2] - 29:12, 154:21
**cart** [1] - 87:20
**cartridge** [1] - 136:13
**cartridges** [4] - 138:19, 150:1, 150:5
**Case** [3] - 3:2, 3:17, 5:9
**case** [83] - 25:7, 25:9, 25:10, 28:12, 30:4, 30:8, 39:8, 40:5, 52:22, 54:2, 54:22, 56:6, 56:8, 56:11, 58:7, 61:17, 63:18, 63:21, 64:11, 65:1, 67:14, 67:19, 68:17, 69:7, 71:17, 71:25, 78:23, 79:6, 81:23, 82:20, 84:15, 90:22, 91:14, 94:9, 104:1, 105:6, 105:8, 109:1, 110:4, 111:2, 111:17, 111:24, 113:23, 120:6, 121:17, 130:9, 130:18, 130:22, 130:23, 131:3, 131:17, 132:20, 144:3, 147:18, 148:5, 158:6, 163:11, 165:19, 166:7, 166:19, 167:1, 167:17, 168:10, 168:25, 171:17, 172:19, 181:22, 182:5, 183:2, 183:16, 185:11, 188:19, 192:21, 194:1, 194:25, 195:2, 195:3, 197:6, 197:7, 200:13, 200:22,

200:23
**cases** [6] - 55:25, 56:23, 63:9, 64:10, 66:23
**catalogued** [1] - 153:8
**cataloguing** [1] - 52:8
**catalyst** [2] - 196:3, 196:4
**catching** [1] - 59:7
**causes** [2] - 76:22, 198:7
**causing** [1] - 109:6
**caution** [2] - 28:12, 29:9
**center** [6] - 96:25, 100:1, 100:2, 106:11, 112:3, 112:13
**cereal** [1] - 20:2
**certain** [10] - 52:10, 52:12, 64:7, 64:8, 66:10, 170:16, 178:7, 190:19, 193:12, 197:13
**certainly** [11] - 43:9, 65:13, 73:25, 107:7, 111:20, 112:5, 124:14, 140:6, 142:7, 142:25, 169:24
**certification** [1] - 9:10
**CERTIFICATION** [2] - 4:22, 202:1
**certified** [1] - 40:11
**Certified** [1] - 1:24
**certify** [1] - 202:3
**cetera** [1] - 86:7
**chain** [1] - 67:8
**Chair** [1] - 179:24
**challenge** [1] - 46:14
**challenges** [3] - 51:13, 58:19, 59:25
**challenging** [1] - 52:20
**chance** [2] - 111:4, 199:10
**change** [2] - 98:14, 187:17
**changes** [1] - 191:10
**chapter** [1] - 179:7
**charge** [21] - 60:13, 73:9, 73:10, 74:18, 96:10, 96:16, 102:17, 103:2, 135:11, 137:2, 150:6, 162:11, 163:11, 168:15, 168:18, 172:6, 172:7, 194:11, 194:20, 194:21,

195:4
**charged** [1] - 195:5
**Charges** [1] - 96:7
**charges** [2] - 96:8, 96:14
**chart** [2] - 117:2, 117:3
**cheap** [1] - 170:9
**check** [13] - 65:14, 66:23, 90:5, 97:7, 97:9, 122:14, 184:2, 184:3, 197:5, 197:7, 197:24, 198:10, 198:14
**check-in** [10] - 66:23, 97:7, 97:9, 184:2, 184:3, 197:5, 197:7, 197:24, 198:10, 198:14
**checked** [3] - 65:23, 98:6, 98:22
**checking** [2] - 52:7, 97:7
**cheese** [2] - 22:25, 23:1
**Chem** [5] - 24:10, 31:16, 42:2, 42:3, 97:25
**chemical** [40] - 28:8, 28:23, 30:1, 35:25, 39:2, 51:13, 60:24, 61:5, 67:17, 69:5, 70:12, 76:7, 101:17, 110:10, 110:14, 130:10, 160:14, 164:2, 164:14, 170:2, 176:20, 178:5, 178:7, 179:12, 181:3, 181:22, 182:21, 185:6, 185:22, 185:25, 186:18, 187:2, 190:10, 191:11, 191:12, 192:7, 194:13, 195:22, 200:15
**chemical-grade** [1] - 35:25
**chemically** [1] - 196:8
**chemicals** [34] - 10:21, 15:2, 24:4, 26:5, 26:12, 26:13, 26:19, 27:15, 29:1, 30:4, 31:8, 38:2, 53:9, 67:14, 67:19, 67:23, 68:21, 68:25, 70:4, 70:9, 71:10, 79:4, 168:18, 177:16, 178:2, 178:16, 179:8,

**181**:20, 182:22, 184:11, 190:5, 198:6, 199:15, 200:5
**chemist** [23] - 35:21, 36:2, 40:9, 60:6, 60:25, 67:20, 68:4, 68:5, 68:8, 68:21, 87:19, 98:23, 99:14, 101:20, 123:18, 138:4, 172:1, 176:13, 177:7, 177:11, 177:14, 178:14, 182:11
**chemist's** [8] - 60:9, 61:1, 61:4, 68:9, 68:20, 90:23, 99:9, 101:17
**chemistry** [19] - 53:4, 64:5, 64:12, 67:21, 68:2, 83:19, 101:4, 101:8, 178:10, 178:11, 179:2, 179:14, 179:17, 180:12, 182:14, 184:12, 186:21
**Chemistry** [3] - 100:12, 100:13, 100:15
**chemists** [4] - 36:5, 67:22, 124:24, 172:1
**Chief** [2] - 3:2, 3:17
**chief** [2] - 53:13, 184:13
**children's** [1] - 175:3
**chloride** [4] - 194:14, 194:19, 194:20, 195:1
**choose** [2] - 66:13, 66:16
**chose** [2] - 64:11, 113:21
**Christin** [2] - 1:25, 202:15
**Christmas** [23] - 12:19, 13:16, 57:16, 57:25, 76:12, 76:13, 76:16, 76:17, 76:20, 77:1, 78:18, 79:6, 81:10, 103:22, 104:3, 104:4, 104:16, 104:21, 105:5, 105:9, 105:15, 112:21, 180:11
**Christopher** [4] - 3:8, 42:12, 42:24, 43:9
**chromatography** [4] - 189:10, 189:24, 194:8, 194:22
**chromatography-**

**mass** [1] - 189:10
**circle** [2] - 108:24, 109:10
**circuit** [11] - 74:21, 81:6, 106:9, 107:25, 108:2, 108:23, 109:2, 109:5, 109:9, 147:11, 174:11
**circular** [1] - 107:14
**circumstances** [1] - 35:14
**city** [2] - 50:17, 57:14
**City** [1] - 56:10
**clan** [1] - 58:21
**clarification** [2] - 38:14, 159:17
**clarify** [2] - 121:14, 122:6
**class** [7] - 8:2, 8:3, 101:21, 102:3, 133:18, 134:5, 186:21
**classes** [3] - 35:20, 52:5, 77:9
**Clean** [2] - 79:12, 81:16
**cleaner** [4] - 11:13, 21:9, 23:6, 23:11
**cleaners** [1] - 195:12
**cleaning** [3] - 21:6, 190:18, 190:20
**clear** [12] - 10:13, 13:13, 35:10, 37:3, 91:19, 113:16, 167:8, 185:14, 185:17, 192:6, 197:1, 199:25
**clearly** [2] - 72:17, 94:8
**CLERK** [21] - 5:5, 6:3, 6:11, 6:14, 42:22, 42:25, 49:12, 49:20, 49:23, 90:3, 131:19, 131:21, 131:24, 132:4, 175:21, 175:24, 187:23, 188:5, 188:8, 201:3, 201:5
**clip** [2] - 77:20, 133:22
**clipped** [2] - 134:19, 135:6
**clipping** [1] - 133:5
**close** [10] - 73:15, 73:17, 74:13, 74:19, 106:11, 107:4, 147:10, 171:13, 171:18, 174:11
**close-up** [4] - 73:15, 74:13, 106:11, 107:4
**closed** [1] - 27:8

**closely** [1] - 94:5
**closer** [2] - 73:22, 152:1
**closet** [3] - 10:20, 11:8, 11:15
**CO2** [5] - 102:18, 136:13, 150:1, 150:5, 168:16
**coffee** [24] - 12:7, 12:18, 17:14, 21:1, 22:7, 22:17, 22:18, 34:7, 73:12, 74:3, 74:25, 75:6, 113:8, 117:23, 117:25, 118:1, 119:15, 157:24, 158:3, 158:5, 158:8, 159:4, 159:8
**Coke** [1] - 20:15
**cold** [3] - 164:22, 165:4, 165:19
**collect** [4] - 9:24, 55:19, 77:14, 193:21
**collected** [16] - 24:9, 31:8, 31:11, 47:5, 58:6, 63:22, 65:1, 116:19, 118:22, 118:23, 119:1, 119:2, 119:5, 119:16, 121:18, 137:7
**collection** [4] - 9:1, 150:2, 163:10, 180:13
**collects** [1] - 27:24
**college** [1] - 45:9
**collocated** [3] - 72:1, 148:16, 148:25
**colocated** [2] - 81:24, 84:15
**color** [1] - 178:6
**Colorado** [2] - 54:3, 64:24
**colored** [1] - 113:8
**colors** [1] - 178:7
**column** [1] - 117:5
**columns** [1] - 117:8
**combat** [4] - 44:3, 44:5, 44:12, 44:17
**combat-related** [1] - 44:5
**combination** [1] - 103:15
**combined** [2] - 70:15, 131:4
**coming** [1] - 107:21, 187:18
**command** [1] - 174:6
**comment** [2] - 73:23, 75:18

**comments** [1] - 98:8
**commercial** [3] - 190:17, 195:10, 195:11
**commercially** [3] - 102:19, 196:15, 196:17
**Committees** [1] - 179:19
**common** [15] - 72:2, 81:23, 103:2, 113:1, 170:7, 170:9, 170:17, 171:13, 171:17, 172:11, 181:25, 190:10, 190:11, 195:10, 199:3
**commonly** [5] - 102:23, 105:21, 110:23, 169:18, 195:19
**communication** [2] - 97:17, 183:15
**communications** [2] - 61:20, 63:25
**Community** [2] - 2:3, 5:21
**community** [1] - 53:12
**company** [3] - 58:18, 59:16, 59:18
**compare** [4] - 90:16, 90:18, 169:10, 196:12
**compared** [2] - 117:6, 117:9
**compares** [1] - 118:2
**comparison** [9] - 84:10, 89:8, 90:24, 94:14, 116:11, 116:12, 118:21, 120:15, 168:8
**comparisons** [3] - 118:18, 167:20, 169:14
**competency** [1] - 178:21
**complete** [1] - 68:14
**completed** [1] - 7:24
**completely** [1] - 61:8
**completing** [1] - 188:24
**complies** [2] - 80:5, 139:15
**compon** [1] - 115:3
**component** [6] - 58:4, 73:10, 76:15, 77:14, 81:25, 111:13
**componentry** [1] - 81:25
**components** [20] -

12:6, 48:21, 60:17, 61:7, 65:22, 68:14, 69:22, 69:24, 71:11, 72:3, 74:22, 77:2, 82:2, 103:15, 112:25, 152:10, 154:2, 168:20, 174:24, 183:23
**composed** [1] - 187:16
**composition** [2] - 28:8, 100:16
**compositions** [1] - 191:11
**comprised** [1] - 187:13
**compromise** [1] - 88:5
**computer** [4] - 52:8, 87:20, 90:9, 202:6
**con** [3] - 25:16, 99:5, 118:8
**concentrated** [2] - 196:15, 196:16
**concentration** [1] - 193:25
**concept** [3] - 78:9, 80:2, 127:4
**concern** [2] - 35:13, 87:8
**concerned** [1] - 135:15
**concerning** [1] - 151:2
**conclude** [1] - 102:16
**concluded** [4] - 88:15, 95:13, 120:15, 168:8
**concludes** [2] - 42:6, 175:11
**conclusion** [20] - 68:16, 69:18, 69:21, 99:12, 100:24, 100:25, 101:19, 102:10, 116:10, 124:18, 124:22, 124:25, 126:11, 126:14, 133:8, 159:24, 168:5, 168:14, 169:6, 200:20
**conclusions** [19] - 61:2, 68:19, 71:15, 83:17, 90:22, 91:22, 94:6, 94:21, 99:5, 100:19, 100:21, 113:7, 148:17, 167:14, 167:16, 167:19, 167:23, 183:8, 199:17
**condition** [8] - 17:5, 65:18, 65:19, 98:5, 98:7, 119:18, 120:2,

158:21
**conditions** [1] - 66:10
**conduct** [5] - 9:20, 13:21, 55:16, 65:10, 182:12
**conducted** [3] - 8:12, 65:11, 145:12
**conducting** [1] - 9:2
**conductors** [2] - 103:15, 105:22
**confer** [2] - 88:8, 94:23
**conference** [14] - 30:12, 38:7, 85:6, 85:15, 88:4, 88:10, 88:15, 90:8, 92:24, 93:2, 95:3, 95:13, 120:23, 153:13
**conferred** [1] - 95:7
**configured** [1] - 174:3
**confirmation** [1] - 194:6
**confirmatory** [2] - 189:1, 192:15
**confused** [1] - 138:17
**conical** [1] - 26:16
**conjunction** [1] - 62:14
**connected** [11] - 80:10, 80:18, 80:20, 107:17, 107:19, 126:14, 140:21, 145:2, 167:21, 168:4, 187:14
**connection** [6] - 61:16, 63:22, 71:7, 107:21, 107:22, 172:23
**connections** [2] - 74:21, 108:4
**consider** [3] - 110:21, 111:7, 111:12
**considered** [2] - 79:25, 103:4
**constitute** [2] - 68:15, 69:25
**constraints** [1] - 181:8
**construct** [2] - 10:1, 112:15
**constructed** [2] - 80:24, 146:25
**constructing** [1] - 76:14
**construction** [9] - 77:8, 106:14, 106:22, 107:3, 111:15, 112:11, 113:1, 118:9, 142:19
**consult** [1] - 65:24
**contact** [5] - 29:3,

39:10, 53:11, 53:13, 83:20
**Contact** [1] - 1:24
**contacted** [2] - 25:21, 53:24
**contacting** [1] - 53:10
**contacts** [2] - 53:7, 53:8
**contain** [6] - 29:20, 73:10, 78:24, 92:16, 164:11, 189:21
**contained** [10] - 29:14, 40:22, 76:12, 79:9, 80:12, 83:4, 97:11, 98:3, 99:24, 104:22
**Container** [1] - 163:1
**container** [48] - 22:4, 26:25, 27:1, 27:7, 29:10, 29:14, 29:15, 37:3, 37:6, 46:8, 46:11, 60:14, 70:25, 71:1, 73:9, 74:19, 78:7, 83:4, 99:24, 103:2, 103:5, 103:7, 103:24, 123:12, 128:6, 128:14, 128:15, 128:19, 137:2, 157:23, 158:2, 158:18, 162:11, 162:12, 163:5, 163:6, 168:15, 184:23, 186:6, 192:2, 197:10, 197:11, 197:15, 197:18, 198:5, 198:7, 199:10
**container's** [2] - 26:25, 60:15
**containers** [25] - 26:11, 26:12, 28:13, 65:16, 76:7, 83:3, 83:6, 83:10, 100:2, 102:17, 117:15, 125:3, 125:6, 125:11, 126:1, 128:11, 129:18, 135:12, 150:7, 162:21, 162:24, 163:11, 172:7, 197:25
**containing** [3] - 70:25, 76:7, 96:25
**contains** [4] - 77:5, 102:21, 105:21, 191:8
**content** [1] - 100:16
**contents** [1] - 73:3
**CONTENTS** [1] - 3:1
**context** [3] - 71:15, 77:15, 96:12

**continually** [1] - 109:2
**continue** [8] - 50:3, 59:14, 67:1, 87:9, 89:1, 96:2, 132:8, 188:13
**continued** [1] - 1:23
**Continued** [1] - 2:1
**contract** [1] - 8:14
**contracting** [1] - 177:19
**contractor** [2] - 59:16, 59:18
**control** [5] - 45:2, 90:4, 90:5, 116:4, 148:7
**controlled** [1] - 142:23
**controller** [1] - 154:10
**controllers** [1] - 116:4
**controls** [1] - 154:16
**conversations** [2] - 53:14, 63:25
**cooking** [2] - 20:13, 106:20
**cool** [1] - 36:11
**coordinator** [1] - 50:14
**copy** [1] - 125:21
**corner** [8] - 12:12, 13:12, 16:1, 16:21, 20:7, 72:15, 82:1, 155:7
**corners** [1] - 59:6
**Corps** [5] - 44:3, 44:6, 44:8, 44:11, 45:6
**correct** [64] - 7:23, 8:24, 13:4, 13:7, 25:15, 28:3, 30:25, 31:12, 31:15, 32:4, 32:15, 32:21, 32:24, 36:7, 39:4, 40:6, 45:8, 47:14, 48:4, 63:19, 64:9, 67:16, 67:24, 75:2, 86:15, 91:11, 97:6, 99:8, 99:16, 99:19, 102:11, 104:2, 109:20, 119:6, 124:23, 126:9, 126:16, 127:2, 127:3, 129:13, 132:19, 134:20, 135:1, 135:25, 136:9, 144:15, 144:18, 146:1, 148:4, 148:22, 149:1, 152:7, 154:11, 154:15, 155:5, 156:22, 157:25, 160:22, 163:19, 164:6,

165:6, 169:12, 173:15, 202:7
**correctly** [2] - 70:1, 73:1, 193:11
**cost** [1] - 170:10
**Counsel** [1] - 5:4
**counsel** [5] - 5:10, 86:2, 86:17, 90:5, 202:9
**counsel's** [1] - 86:8
**counter** [4] - 8:14, 19:25, 21:11, 195:5
**counter-IED** [1] - 8:14
**counter-ion** [1] - 195:5
**Counterterrorism** [1] - 1:19
**countertop** [1] - 19:20
**counties** [1] - 50:18
**country** [1] - 48:3
**county** [1] - 50:17
**County** [2] - 45:22, 59:19
**couple** [9] - 12:3, 15:14, 79:4, 88:9, 137:23, 153:19, 162:18, 164:19, 177:19
**course** [8] - 7:25, 55:15, 100:7, 106:17, 181:6, 181:7, 181:8, 195:19
**court** [9] - 38:14, 49:14, 84:25, 92:7, 131:21, 159:17, 188:2, 188:6, 201:5
**Court** [13] - 5:4, 5:6, 5:9, 49:18, 49:21, 86:3, 86:9, 86:21, 90:1, 95:4, 131:22, 131:25, 188:3
**COURT** [77] - 1:1, 5:5, 5:17, 5:24, 6:5, 6:10, 6:11, 6:14, 6:15, 16:6, 17:1, 17:24, 18:1, 18:9, 23:25, 30:15, 38:6, 38:21, 42:6, 42:10, 42:13, 42:19, 42:22, 42:25, 49:8, 49:11, 49:14, 49:16, 49:20, 49:25, 72:23, 85:7, 85:11, 85:14, 86:12, 86:23, 87:1, 87:14, 88:2, 88:8, 88:14, 89:1, 89:16, 90:3, 90:4, 90:7, 90:12, 91:18, 91:23, 92:23, 93:1, 94:22, 95:2, 95:8, 96:2, 108:15, 121:1,

131:8, 131:13, 131:21, 131:24, 132:2, 132:6, 141:13, 166:22, 167:5, 170:24, 175:11, 175:15, 175:18, 175:25, 187:20, 187:25, 188:10, 200:18, 201:5, 201:7
**Courthouse** [1] - 1:11
**courtroom** [13] - 6:4, 6:6, 42:15, 49:24, 50:2, 85:8, 132:5, 132:7, 134:16, 141:17, 188:9, 188:11, 189:13
**cousin** [1] - 191:13
**craft** [2] - 45:4, 47:2
**CRC** [1] - 1:24
**create** [2] - 60:18, 63:3
**created** [2] - 62:5, 134:22
**Crickets** [1] - 172:10
**crickets** [2] - 103:3, 172:11
**crime** [2] - 47:6, 66:2
**criminal** [1] - 63:8
**critical** [1] - 176:24
**Crosman** [5] - 136:15, 136:24, 150:12, 168:16, 172:6
**Cross** [2] - 3:5, 3:10
**cross** [6] - 30:16, 87:11, 121:2, 132:9, 167:16, 173:25
**CROSS** [2] - 30:17, 121:5
**Cross-Examination** [2] - 3:5, 3:10
**cross-examination** [4] - 30:16, 121:2, 132:9, 173:25
**CROSS-EXAMINATION** [2] - 30:17, 121:5
**cross-examine** [1] - 87:11
**crosses** [1] - 63:14
**CRR** [4] - 1:24, 1:25, 202:14, 202:15
**crystalline** [1] - 194:14
**CSR** [1] - 202:15
**CSR-3746** [2] - 1:24, 202:14
**CSR-5607** [1] - 1:25
**cup** [9] - 12:7, 17:14, 21:22, 22:3, 22:6, 74:5, 161:13,

161:15, 194:16
**cupboard** [1] - 22:24
**cupcakes** [1] - 181:16
**cups** [10] - 12:14, 18:13, 18:23, 18:25, 19:1, 22:9, 111:21, 112:6, 117:16
**current** [8] - 79:22, 81:1, 81:8, 107:11, 109:6, 143:2, 176:13, 199:6
**cursory** [1] - 151:19
**custody** [2] - 54:3, 67:8
**cut** [9] - 66:20, 76:17, 104:10, 112:17, 137:8, 137:17, 137:19, 139:4, 165:7
**cutting** [4] - 59:6, 74:17, 112:14, 112:16
**CVS** [1] - 169:22
**cylinder** [1] - 102:18
**cylinders** [4] - 103:1, 111:21, 118:25, 168:16
**cylindrical** [2] - 162:20, 166:8

---

## D

**D.C** [1] - 1:21
**daily** [1] - 58:25
**damage** [3] - 70:2, 103:9, 111:1
**danger** [3] - 62:10, 63:11
**dangerous** [5] - 9:22, 46:10, 49:1, 60:22, 69:16
**DANIELLE** [1] - 1:15
**Danielle** [1] - 5:15
**Dar** [1] - 56:25
**darkroom** [1] - 66:10
**data** [1] - 200:14
**database** [1] - 178:2
**date** [3] - 8:4, 176:24, 177:2
**Date** [1] - 202:14
**Davidson** [7] - 10:6, 24:22, 31:1, 31:8, 32:2, 33:2, 34:20
**day-to-day** [1] - 195:9
**days** [4] - 56:17, 59:4, 61:19, 195:14
**deal** [2] - 44:4, 44:17
**dealing** [3] - 46:13, 67:22, 69:23
**death** [3] - 70:2, 103:10, 110:25

**decades** [3] - 69:8, 70:18, 106:25
**December** [5] - 43:17, 43:18, 43:19, 45:11, 197:21
**decide** [2] - 62:13, 185:20
**decision** [1] - 25:16
**Defendant** [3] - 1:7, 2:2, 5:4
**defendant** [6] - 63:23, 84:12, 84:13, 100:22, 168:9, 169:10
**defendant's** [4] - 69:19, 70:10, 86:20, 102:16
**Defendant's** [2] - 3:17, 4:11
**Defender** [2] - 2:3, 5:21
**definitive** [1] - 150:3
**deflagration** [1] - 70:20
**Deflagration** [2] - 70:21, 70:22
**degreasers** [1] - 190:21
**degree** [2] - 45:12, 179:3
**deionized** [2] - 189:3, 189:4
**deliver** [4] - 115:7, 115:18, 115:20, 115:23
**delivery** [2] - 115:6, 115:8
**demolition** [1] - 78:5
**demonstrate** [1] - 181:9
**demonstrated** [2] - 84:6, 101:25
**demonstration** [2] - 102:3, 112:16
**Demonstrative** [5] - 4:6, 4:7, 96:1, 108:11, 108:16
**demonstrative** [13] - 92:20, 94:8, 94:11, 94:18, 95:6, 95:9, 108:10, 108:12, 108:15, 108:20, 109:12, 110:5, 119:23
**density** [6] - 192:23, 193:5, 193:7, 193:12, 193:18, 193:24
**department** [4] - 45:17, 45:21, 46:15,

48:7
**Department** [3] - 1:19, 45:22, 198:5
**departments** [2] - 48:8, 48:9
**depicted** [2] - 99:23, 111:16
**depiction** [1] - 106:6
**depicts** [3] - 100:10, 102:15, 103:21
**deployed** [4] - 44:19, 57:12, 57:22, 180:12
**deployment** [3] - 8:10, 57:11, 180:10
**deployments** [2] - 8:9, 176:20
**Depot** [3] - 157:18, 165:14, 190:14
**describe** [6] - 19:17, 48:24, 110:19, 173:9, 178:9, 194:8
**described** [10] - 84:16, 100:5, 102:2, 103:21, 104:6, 111:25, 112:18, 130:10, 174:5, 185:20
**describing** [5] - 74:4, 82:12, 101:21, 109:8, 146:6
**design** [4] - 105:3, 136:4, 143:25, 146:22
**designed** [5] - 29:12, 51:8, 79:21, 96:11, 197:12
**designs** [1] - 143:22
**desk** [1] - 63:14
**destroyed** [1] - 57:14
**destruction** [2] - 50:13, 50:14
**destructive** [3] - 66:1, 66:19, 66:20
**detail** [2] - 103:14, 151:22
**detailing** [1] - 179:7
**details** [2] - 86:17, 192:9
**detection** [2] - 177:25, 178:6
**determinations** [1] - 183:7
**determine** [8] - 32:23, 100:16, 182:14, 183:11, 190:4, 193:18, 193:24, 199:1
**determined** [2] - 69:23, 192:24
**detonate** [1] - 29:14

**detonated** [3] - 50:10, 54:17, 105:1
**detonator** [6] - 69:16, 76:15, 78:25, 81:8, 168:22, 181:9
**Detroit** [20] - 1:12, 1:17, 2:4, 5:2, 7:14, 9:6, 9:13, 40:10, 57:17, 58:5, 61:25, 79:6, 84:1, 97:4, 112:21, 114:21, 115:13, 116:2, 123:6, 182:13
**developing** [1] - 178:2
**device** [36] - 14:22, 29:19, 39:12, 48:17, 48:19, 48:20, 51:20, 51:25, 52:18, 53:7, 53:10, 54:14, 60:8, 60:12, 60:18, 60:20, 61:12, 62:9, 70:1, 73:8, 77:11, 96:10, 102:25, 103:4, 106:14, 109:4, 112:15, 112:16, 113:22, 115:7, 146:21, 170:1, 174:7, 183:23, 183:24, 184:1
**Devices** [1] - 7:17
**devices** [14] - 8:8, 8:25, 10:1, 47:4, 53:5, 58:24, 59:23, 60:2, 60:5, 66:5, 76:14, 105:2, 177:22
**dialogue** [3] - 50:20, 53:14, 54:6
**dictate** [2] - 185:5, 185:6
**difference** [3] - 60:17, 191:20, 191:23
**different** [51] - 15:24, 16:19, 26:11, 44:24, 48:2, 52:25, 53:1, 55:8, 57:19, 59:23, 59:24, 59:25, 60:9, 62:17, 64:22, 65:2, 67:6, 71:6, 71:17, 74:18, 74:21, 83:3, 107:3, 109:25, 112:7, 126:19, 128:14, 142:6, 166:10, 169:3, 174:2, 176:19, 176:25, 178:6, 178:16, 178:18, 178:20, 178:22, 178:23, 179:4, 185:8, 186:4, 186:5, 187:9, 190:16,

190:17, 190:18, 190:20, 190:21, 195:21, 200:9
**different-size** [2] - 15:24, 16:19
**digital** [3] - 12:20, 34:6, 106:19
**dilute** [2] - 189:2, 189:8
**diluted** [1] - 189:18
**dimensions** [2] - 60:24, 198:5
**dining** [1] - 194:15
**dinosaur** [4] - 145:17, 146:9, 146:15, 147:1
**dioxide** [1] - 102:21
**DIRECT** [3] - 6:17, 43:1, 176:2
**Direct** [3] - 3:4, 3:9, 3:14
**direct** [22] - 9:4, 14:24, 15:14, 17:10, 18:13, 21:19, 22:22, 41:1, 50:3, 75:14, 82:5, 90:20, 103:11, 130:15, 158:19, 158:22, 162:14, 167:15, 172:25, 173:1, 188:13, 196:5
**directing** [5] - 15:16, 16:14, 23:6, 100:9, 108:9
**direction** [1] - 35:20
**directions** [1] - 187:9
**directly** [3] - 53:11, 114:3, 183:20
**discipline** [2] - 53:5, 91:6
**disciplines** [3] - 53:2, 63:5, 64:2
**disclosed** [1] - 86:17
**discuss** [2] - 62:18, 131:17
**discussed** [1] - 82:18
**discussing** [2] - 79:19, 87:4
**discussions** [1] - 63:2
**dish** [1] - 77:21
**dishes** [1] - 101:23
**dishwasher** [1] - 19:25
**disk** [1] - 107:14
**displayed** [1] - 173:16
**displaying** [1] - 16:12
**Displaying** [1] - 17:8
**disposal** [1] - 8:21
**dissolve** [2] - 190:19, 194:17
**dissolved** [3] - 186:13, 186:19,

194:11
**distance** [1] - 73:16
**distances** [1] - 96:13
**distinct** [1] - 168:1
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [6] - 5:6, 49:21, 131:25
**divide** [1] - 10:8
**Division** [3] - 48:16, 51:17, 64:1
**division** [2] - 9:6, 40:10
**DIVISION** [1] - 1:2
**Dmitriy** [1] - 5:15
**DMITRIY** [1] - 1:18
**DNA** [4] - 53:3, 62:15, 64:5, 66:13
**document** [4] - 65:7, 121:24, 179:25, 182:25
**documentation** [1] - 183:3
**documented** [2] - 67:13, 113:19
**documenting** [1] - 183:5
**documents** [2] - 4:25, 153:16
**dome** [1] - 104:7
**done** [21] - 8:6, 8:8, 8:10, 8:16, 8:22, 18:14, 25:8, 60:25, 84:9, 92:6, 102:5, 118:8, 138:24, 168:7, 180:19, 180:20, 180:22, 180:23, 184:12, 194:7
**double** [1] - 26:23
**double-bagged** [1] - 26:23
**Douglas** [4] - 1:25, 202:3, 202:13, 202:15
**down** [29] - 8:20, 10:14, 10:15, 11:25, 12:1, 12:2, 20:21, 34:25, 36:17, 37:18, 42:7, 49:16, 50:25, 64:13, 117:7, 120:13, 128:18, 128:21, 145:24, 146:7, 146:9, 146:19, 146:21, 146:23, 155:6, 165:22, 175:12, 181:6, 187:25
**downstairs** [3] - 11:20, 11:21, 11:24

**Dr** [2] - 77:10, 87:18
**dragon** [1] - 174:19
**drain** [2] - 164:11, 195:12
**dramatic** [1] - 96:13
**draw** [3] - 26:20, 68:19, 168:14
**drawer** [2] - 10:24, 11:5
**drawers** [1] - 75:17
**drawing** [1] - 92:1
**dresser** [3] - 10:24, 11:5, 11:11
**drew** [3] - 83:17, 94:21, 169:6
**drink** [1] - 83:5
**drive** [1] - 78:9
**drone** [28] - 12:6, 115:23, 116:6, 149:10, 150:24, 151:12, 151:13, 151:15, 151:23, 152:5, 152:9, 152:10, 152:12, 152:19, 152:20, 153:2, 153:9, 154:2, 154:6, 154:10, 154:19, 155:6, 156:17, 156:20, 172:17
**drone-branded** [1] - 153:9
**drone-related** [5] - 150:24, 152:9, 152:10, 152:20, 154:2
**drones** [12] - 114:13, 115:4, 115:6, 115:17, 150:24, 151:2, 151:7, 152:24, 153:4, 172:19, 172:22
**drop** [1] - 161:15
**drugstore** [1] - 164:24
**dual** [1] - 113:14
**duct** [2] - 82:7, 82:9
**dug** [1] - 44:20
**duly** [1] - 202:6
**dumps** [1] - 143:12
**during** [15] - 7:8, 10:18, 13:2, 39:5, 41:20, 44:11, 47:17, 56:9, 100:6, 167:15, 184:6, 187:25, 197:24, 198:4, 198:9
**dust** [1] - 66:3
**dusting** [2] - 66:3, 66:16
**duties** [1] - 50:12
**duty** [1] - 53:19

**dynamic** [1] - 53:21

E

**early** [1] - 122:24
**easier** [3] - 78:14, 112:14, 147:4
**easily** [1] - 170:8
**EASTERN** [1] - 1:1
**Eastern** [3] - 5:6, 49:21, 131:25
**easy** [16] - 52:13, 114:2, 147:7, 162:23, 163:2, 163:20, 164:19, 165:14, 166:4, 166:17, 166:18, 169:20, 170:2, 175:6, 175:7, 189:17
**Ecuador** [1] - 180:23
**education** [2] - 45:12, 178:9
**effect** [4] - 14:3, 26:9, 28:9, 48:23
**effected** [1] - 44:20
**effectively** [9] - 181:16, 187:10, 187:12, 190:3, 194:10, 196:4, 197:10, 197:11, 198:1
**efficiency** [1] - 112:10
**efficient** [1] - 112:11
**efforts** [1] - 180:13
**eight** [3] - 158:11, 179:3, 181:6
**either** [19] - 8:23, 10:17, 19:4, 28:6, 34:16, 50:10, 53:8, 53:11, 74:5, 79:4, 86:23, 87:1, 105:12, 155:12, 172:4, 196:22, 196:23, 202:9
**elec** [1] - 109:5
**electrical** [11] - 12:6, 12:8, 74:22, 79:11, 79:21, 80:2, 103:13, 103:14, 105:24, 110:2, 168:20
**electricity** [3] - 76:20, 76:21, 104:9
**electronic** [1] - 106:10
**electronically** [1] - 183:16
**electronics** [1] - 82:2
**elements** [1] - 125:4
**eleventh** [1] - 179:13
**eliminate** [1] - 114:6
**Emax** [3] - 151:13,

151:15, 153:23
**embassy** [2] - 8:12, 56:24
**emergency** [1] - 50:19
**Emirates** [1] - 8:13
**emit** [1] - 200:11
**employed** [5] - 7:2, 43:14, 43:16, 45:17, 47:4
**employee** [1] - 59:18
**employment** [3] - 43:20, 46:4, 119:17
**empty** [5] - 11:8, 12:17, 19:22, 20:14, 22:4
**encounter** [1] - 96:19
**end** [10] - 44:8, 63:2, 66:22, 90:3, 127:7, 137:19, 179:6, 181:3, 184:23, 196:6
**ended** [2] - 121:14, 194:1
**energy** [5] - 104:13, 110:2, 187:12, 187:17, 200:10
**engaged** [1] - 83:24
**engineer** [2] - 44:3, 44:12
**English** [2] - 14:1, 89:18
**English-language** [1] - 14:1
**enhancement** [3] - 110:21, 111:8, 120:1
**enlisted** [1] - 44:2
**enlistment** [1] - 44:10
**ensure** [1] - 115:7
**entered** [5] - 6:4, 10:12, 49:24, 132:5, 188:9
**entire** [3] - 8:1, 25:24, 26:4
**entirely** [1] - 170:21
**entitled** [3] - 96:7, 106:3, 202:4
**EOD** [3] - 8:17, 8:20
**epoxy** [8] - 117:20, 119:9, 157:6, 157:9, 157:14, 157:17, 157:18, 157:20
**equal** [1] - 91:5
**equation** [1] - 127:5
**equipment** [3] - 47:23, 47:25, 48:1
**es** [1] - 57:1
**escapes** [1] - 149:12
**essentially** [1] - 134:21
**et** [1] - 86:7
**ethyl** [1] - 191:12

**evaluate** [2] - 84:8, 100:15
**evaluated** [1] - 62:12
**event** [1] - 202:9
**events** [3] - 44:5, 176:21, 177:13
**evidence** [80] - 9:2, 9:24, 14:25, 15:15, 16:8, 17:2, 18:11, 19:6, 24:18, 24:20, 25:3, 25:6, 25:12, 25:20, 26:18, 27:11, 27:12, 27:13, 39:7, 47:5, 48:21, 52:6, 52:7, 52:10, 52:17, 52:23, 55:19, 58:6, 61:16, 61:20, 62:9, 62:11, 62:12, 64:11, 64:18, 64:20, 64:21, 64:23, 65:18, 66:17, 67:3, 68:20, 77:11, 77:14, 80:9, 83:18, 90:23, 94:12, 96:1, 104:1, 105:4, 106:8, 108:7, 108:16, 110:4, 111:17, 120:6, 121:19, 121:21, 136:8, 137:7, 139:2, 143:4, 161:8, 162:21, 163:21, 164:7, 164:17, 167:9, 168:10, 169:13, 177:12, 177:15, 182:6, 183:17, 184:4, 184:18, 184:19, 184:20, 184:25
**Evidence** [1] - 62:1
**exact** [7] - 4:25, 55:11, 101:22, 118:4, 170:18, 171:18, 180:3
**exactly** [18] - 58:8, 64:10, 67:7, 68:6, 79:14, 82:13, 98:15, 101:5, 119:18, 121:9, 133:17, 134:2, 150:5, 154:18, 158:11, 160:25, 171:15, 192:9
**exam** [7] - 66:6, 66:13, 66:15, 98:23, 145:10, 185:1, 185:3
**EXAMINATION** [7] - 6:17, 30:17, 38:24, 43:1, 121:5, 167:11, 176:2
**Examination** [7] - 3:4,

3:5, 3:6, 3:9, 3:10, 3:11, 3:14
**examination** [32] - 30:16, 47:10, 50:3, 52:23, 52:24, 52:25, 53:1, 58:7, 65:11, 83:19, 83:24, 98:23, 100:7, 105:4, 115:2, 121:2, 128:11, 132:9, 135:5, 135:6, 140:23, 151:12, 151:19, 159:5, 159:7, 167:15, 173:25, 184:24, 185:23, 186:3, 188:13, 189:7
**examinations** [16] - 48:23, 49:3, 52:10, 55:17, 60:24, 62:13, 64:7, 64:8, 64:12, 66:1, 66:20, 66:22, 67:6, 184:12, 184:21, 192:5
**examine** [9] - 87:11, 97:23, 103:5, 113:4, 114:23, 129:17, 129:21, 151:5, 166:19
**examined** [22] - 65:22, 113:12, 114:23, 115:8, 123:10, 123:19, 129:18, 129:21, 136:17, 138:18, 139:16, 141:4, 141:22, 145:13, 146:8, 150:15, 151:3, 151:15, 154:11, 156:1, 156:18
**examiner** [34] - 39:13, 48:18, 48:19, 48:20, 48:22, 49:2, 51:25, 53:7, 53:10, 54:14, 54:20, 55:13, 60:8, 61:12, 62:9, 62:23, 66:2, 73:9, 77:11, 81:12, 91:14, 118:6, 123:19, 126:4, 151:20, 177:7, 177:10, 177:11, 178:14, 180:12, 182:11, 183:23, 183:25, 184:1
**Examiner** [1] - 86:4
**examiners** [2] - 62:14, 65:25
**examining** [3] - 60:22, 69:21, 90:23
**example** [17] - 14:16, 26:10, 40:13, 54:1,

54:10, 55:7, 64:24, 70:10, 79:7, 97:20, 104:19, 108:22, 109:1, 110:10, 130:15, 153:18, 153:22
**examples** [5] - 53:6, 56:23, 104:18, 153:19, 182:19
**exams** [4] - 49:6, 53:2, 55:6, 185:6
**excellent** [1] - 46:12
**except** [1] - 199:16
**excise** [2] - 94:18, 94:20
**excuse** [1] - 85:5
**excused** [9] - 42:7, 42:9, 49:13, 131:20, 175:12, 175:14, 187:24, 201:2, 201:4
**execution** [1] - 9:14
**exercise** [6] - 35:1, 77:17, 102:4, 133:2, 133:9, 133:11
**exercising** [1] - 25:17
**Exhibit** [18] - 17:11, 22:23, 23:6, 29:22, 41:1, 72:14, 75:14, 79:16, 82:25, 89:13, 90:20, 92:9, 92:19, 96:5, 108:11, 127:20, 139:13, 172:25
**exhibit** [7] - 17:11, 17:15, 18:3, 20:22, 94:2, 94:20, 173:24
**Exhibits** [6] - 4:1, 4:11, 15:18, 15:21, 16:15, 16:23
**exhibits** [9] - 4:25, 15:17, 16:4, 16:6, 16:12, 16:16, 17:1, 17:8, 139:9
**expanding** [2] - 70:24, 70:25
**expect** [2] - 20:3, 23:2
**expected** [1] - 178:22
**expel** [1] - 102:22
**experience** [20] - 14:22, 43:11, 46:3, 46:13, 52:5, 54:19, 55:2, 69:23, 71:18, 75:23, 91:5, 101:20, 115:5, 170:4, 170:16, 170:25, 171:9, 171:22, 172:22, 178:16
**experienced** [2] - 56:17, 57:8
**experiences** [2] -

57:3, 171:4
**experiment** [1] - 102:3
**experiments** [1] - 102:8
**expert** [2] - 86:18, 151:24
**expertly** [1] - 58:24
**experts** [1] - 94:6
**explain** [5] - 91:3, 106:4, 177:10, 181:12, 186:24
**explaining** [1] - 138:24
**explanation** [1] - 91:19
**explosion** [9] - 57:4, 57:6, 57:7, 71:3, 78:8, 96:19, 102:1, 111:6
**Explosive** [1] - 96:7
**explosive** [89] - 8:21, 8:25, 10:1, 13:3, 13:22, 14:17, 14:22, 35:15, 47:4, 51:13, 52:18, 57:5, 57:19, 57:20, 57:21, 57:23, 58:24, 60:12, 60:13, 60:18, 65:17, 67:22, 68:9, 68:23, 69:1, 69:6, 69:9, 69:10, 69:11, 69:17, 69:25, 70:19, 70:22, 70:24, 73:8, 76:14, 77:8, 83:8, 96:8, 96:10, 96:14, 96:15, 96:16, 101:1, 101:3, 101:18, 101:19, 101:23, 102:7, 102:25, 103:4, 103:7, 104:23, 106:14, 110:8, 110:13, 112:1, 112:8, 112:15, 113:1, 113:14, 115:3, 115:7, 130:4, 130:7, 130:9, 131:4, 137:9, 137:22, 168:11, 172:13, 176:21, 177:13, 177:15, 177:16, 177:22, 178:2, 179:17, 180:12, 181:5, 181:23, 191:15, 195:21, 195:24, 197:13
**explosive-related** [1] - 13:3
**explosives** [66] - 15:9, 28:25, 29:13, 43:12, 44:5, 44:12, 44:14,

44:22, 44:23, 44:24, 48:17, 48:19, 48:20, 48:25, 49:6, 50:10, 51:19, 53:4, 53:5, 53:9, 54:17, 59:14, 60:19, 60:21, 60:23, 62:8, 62:11, 63:10, 64:5, 64:12, 67:20, 67:23, 68:2, 68:4, 68:7, 69:7, 77:10, 78:21, 83:19, 96:11, 101:3, 110:15, 114:1, 114:8, 114:25, 115:15, 158:23, 168:17, 172:3, 172:23, 177:15, 178:17, 178:25, 179:5, 179:8, 179:23, 180:1, 181:14, 182:22, 183:19, 190:24, 195:15, 195:16, 195:17, 195:25
**Explosives** [12] - 25:4, 48:17, 63:10, 67:20, 100:13, 100:15, 177:8, 177:21, 182:11, 183:20, 183:22, 184:13
**explosives-related** [1] - 68:2
**expose** [1] - 140:18
**exposing** [1] - 104:8
**extremely** [2] - 76:24, 192:22
**eye** [1] - 26:14
**eyeballing** [2] - 32:18, 40:19

**F**

**facilitate** [3] - 39:9, 62:25, 111:14
**facilitated** [1] - 51:5
**facility** [2] - 59:19, 59:20
**fact** [11] - 32:10, 44:18, 78:13, 100:25, 112:6, 115:17, 118:11, 137:4, 168:19, 174:19, 191:6
**factor** [1] - 167:23
**factory** [1] - 44:25
**failed** [1] - 104:25
**fair** [2] - 156:17, 162:23
**fairly** [4] - 39:17, 80:15, 147:7, 163:20

**Falcon** [1] - 26:17
**fall** [3] - 61:9, 182:3, 182:7
**fallen** [1] - 108:4
**familiar** [9] - 54:11, 69:3, 69:5, 87:6, 105:7, 105:8, 137:24, 157:9, 164:11
**fancy** [4] - 178:4, 185:15, 189:24, 190:4
**far** [15] - 56:13, 56:23, 57:1, 57:3, 60:22, 63:12, 65:25, 73:14, 79:7, 94:4, 133:18, 138:6, 138:9, 143:25
**far-away** [1] - 73:14
**fashion** [1] - 104:16
**Faso** [1] - 8:17
**fast** [1] - 53:21
**faster** [1] - 184:21
**FBI** [46] - 7:5, 7:6, 27:12, 28:18, 35:20, 36:5, 39:1, 43:14, 43:16, 43:24, 44:10, 46:19, 46:24, 46:25, 47:3, 47:13, 48:5, 48:15, 50:15, 51:1, 55:12, 58:15, 61:10, 77:17, 83:20, 84:1, 84:5, 88:6, 89:4, 90:15, 97:3, 114:21, 115:13, 116:2, 119:5, 150:15, 176:11, 176:13, 177:8, 177:20, 177:25, 178:13, 182:7, 183:10, 183:13, 183:18
**FBI's** [3] - 47:17, 51:17, 56:12
**FCRR** [2] - 1:25, 202:15
**February** [2] - 7:11, 43:17
**federal** [2] - 51:6, 181:8
**Federal** [2] - 2:3, 5:21
**FedEx** [8] - 27:13, 28:6, 28:15, 28:16, 28:18, 28:24, 65:4, 183:17
**fertilizer** [3] - 165:12, 165:15, 165:19
**few** [7] - 12:20, 12:23, 33:8, 40:4, 72:6, 111:5, 198:15
**fibers** [1] - 177:21
**field** [24] - 7:13, 9:6,

28:2, 40:10, 43:11, 47:13, 48:22, 52:6, 52:21, 53:7, 53:24, 55:9, 55:10, 61:21, 61:25, 62:3, 97:18, 115:5, 115:13, 183:11, 183:15, 190:7, 198:20, 198:21
**Fifth** [1] - 2:4
**figure** [6] - 27:20, 40:17, 56:18, 90:10, 107:12, 187:2
**Figure** [1] - 107:4
**figured** [1] - 88:12
**filament** [2] - 76:18, 104:8
**fill** [1] - 137:22
**film** [1] - 24:11
**filter** [24] - 12:7, 17:14, 17:17, 18:3, 22:20, 74:4, 75:1, 75:3, 75:7, 75:9, 113:9, 117:25, 118:1, 157:24, 158:3, 159:4, 159:8, 160:10, 160:11, 160:18, 160:20, 161:13, 161:15, 189:5
**filtered** [1] - 75:4
**filters** [11] - 12:18, 34:7, 73:12, 113:9, 117:23, 117:24, 119:15, 119:17, 158:5, 158:8
**final** [1] - 183:8
**finalized** [2] - 83:20, 92:1
**finally** [2] - 17:10, 82:1, 173:24
**findings** [1] - 177:17
**fine** [2] - 72:24, 95:11
**fingerprint** [3] - 62:22, 63:1, 66:2
**fingerprints** [8] - 53:3, 62:15, 64:5, 64:12, 66:8, 66:15, 66:18, 67:4
**finish** [2] - 40:4, 113:20
**finished** [7] - 7:15, 43:25, 44:2, 45:6, 55:4, 59:10
**fire** [6] - 45:17, 45:21, 45:23, 46:18, 48:9, 117:12
**Fire** [1] - 45:22
**firearm** [1] - 10:22
**firefighter** [3] - 45:20,

46:5, 46:16
**firefighters** [1] - 48:11
**firemen** [1] - 45:25
**fires** [1] - 109:10
**firing** [7] - 81:3, 81:7, 107:1, 109:5, 144:14, 174:9, 174:16
**first** [36] - 7:12, 11:17, 11:19, 11:24, 17:5, 17:15, 18:14, 40:9, 41:17, 44:18, 47:8, 47:15, 64:20, 65:10, 65:13, 65:25, 66:8, 68:17, 75:18, 76:2, 84:9, 87:17, 87:24, 88:1, 89:12, 98:17, 106:4, 120:16, 176:9, 180:21, 184:17, 184:18, 185:6, 185:22, 194:8, 197:20
**first-floor** [2] - 11:17, 11:19
**FirstDefender** [1] - 27:21
**fiscal** [1] - 181:7
**fit** [3] - 55:1, 112:2, 163:5
**five** [4] - 52:3, 78:17, 134:4, 160:23
**flat** [9] - 71:21, 72:11, 73:23, 158:8, 158:14, 158:16, 159:4, 161:13, 167:17
**flat-bottom** [4] - 158:8, 158:16, 159:4, 161:13
**flat-foot** [1] - 73:23
**flat-footed** [3] - 71:21, 72:11, 167:17
**flew** [5] - 54:9, 58:3, 58:6, 58:7, 64:24
**flick** [2] - 146:5
**flight** [1] - 57:17
**Flint** [1] - 2:7
**float** [1] - 194:17
**floating** [1] - 185:16
**floor** [4] - 10:13, 11:17, 11:19, 18:14
**Floor** [1] - 2:4
**flour** [1] - 181:17
**flow** [7] - 74:21, 79:22, 81:8, 107:11, 109:2, 109:6, 143:2
**flowing** [2] - 81:1, 145:25
**fluid** [3] - 70:13, 130:15, 130:18

**fluorescence** [2] - 200:6, 200:13
**foam** [1] - 27:4
**focus** [6] - 13:2, 64:20, 76:2, 107:4, 186:3, 186:4
**focused** [6] - 10:2, 13:6, 70:3, 169:2, 182:20, 190:17
**focuses** [2] - 179:21, 179:22
**focusing** [2] - 61:7, 190:23
**folks** [1] - 30:5
**follow** [12] - 25:11, 29:16, 89:19, 91:9, 131:16, 170:11, 171:15, 182:17, 183:2, 183:4, 192:15, 192:18
**followed** [1] - 28:13
**following** [5] - 15:16, 24:25, 25:1, 25:17, 111:23
**follows** [1] - 67:13
**food** [1] - 22:8
**foot** [1] - 73:23
**footed** [3] - 71:21, 72:11, 167:17
**force** [1] - 197:13
**forced** [1] - 77:23
**forces** [2] - 44:21, 51:2
**foregone** [1] - 66:14
**forensic** [13] - 47:10, 48:24, 67:2, 84:11, 111:12, 177:7, 177:10, 177:11, 178:14, 179:12, 179:14, 179:21, 182:11
**Forensic** [1] - 86:4
**forget** [1] - 78:10
**form** [3] - 14:18, 71:13, 183:8
**formally** [1] - 171:11
**format** [2] - 52:13, 172:23
**formulating** [2] - 100:21, 179:25
**Fort** [1] - 1:16
**forth** [2] - 54:6, 202:5
**forward** [2] - 47:11, 175:18
**foundation** [2] - 87:5, 87:13
**four** [1] - 65:2
**fourth** [1] - 76:2
**fragment** [1] - 118:9
**fragmentation** [6] -

104:24, 110:19, 110:20, 118:10, 118:13, 119:25
**fragments** [1] - 71:2
**frame** [6] - 7:16, 104:20, 115:22, 154:19, 154:24
**frames** [1] - 54:19
**friction** [4] - 69:12, 76:25, 110:14, 138:7
**Friday** [1] - 58:16
**fridge** [4] - 36:14, 36:15, 36:16, 36:18
**friendship** [1] - 50:24
**front** [12] - 19:7, 19:9, 72:8, 74:22, 77:18, 78:13, 78:14, 79:12, 81:16, 82:6, 107:13, 108:3
**fuel** [4] - 110:11, 130:13, 130:20, 132:18
**fuels** [2] - 70:14, 132:20
**fulfilled** [1] - 55:18
**full** [11] - 52:23, 59:11, 59:17, 66:15, 125:3, 125:7, 125:11, 126:1, 128:16, 192:2, 202:7
**full-time** [1] - 59:17
**fully** [1] - 59:15
**fumes** [1] - 66:4
**fuming** [1] - 66:16
**fun** [1] - 77:23
**function** [7] - 48:25, 60:20, 105:3, 107:10, 110:15, 147:10, 174:7
**functioned** [1] - 70:1
**functions** [1] - 109:18
**fundamentally** [1] - 44:25
**funnel** [12] - 38:10, 38:17, 38:18, 38:19, 117:25, 157:24, 158:2, 161:7, 161:9, 161:10, 161:11, 162:6
**furniture** [1] - 11:9
**furtherance** [1] - 47:6
**fuse** [2] - 140:18, 140:21
**fuzing** [10] - 60:13, 79:11, 79:21, 80:2, 80:22, 103:13, 103:14, 105:24, 110:2, 168:20

104:24, 110:19, 110:20, 118:10, 118:13, 119:25
**fragments** [1] - 71:2
**frame** [6] - 7:16, 104:20, 115:22, 154:19, 154:24
**frames** [1] - 54:19
**friction** [4] - 69:12, 76:25, 110:14, 138:7
**Friday** [1] - 58:16
**fridge** [4] - 36:14, 36:15, 36:16, 36:18
**friendship** [1] - 50:24
**front** [12] - 19:7, 19:9, 72:8, 74:22, 77:18, 78:13, 78:14, 79:12, 81:16, 82:6, 107:13, 108:3
**fuel** [4] - 110:11, 130:13, 130:20, 132:18
**fuels** [2] - 70:14, 132:20
**fulfilled** [1] - 55:18
**full** [11] - 52:23, 59:11, 59:17, 66:15, 125:3, 125:7, 125:11, 126:1, 128:16, 192:2, 202:7

**G**

**gallery** [1] - 187:8
**gallons** [2] - 97:19, 97:21
**game** [2] - 46:2, 170:9
**gap** [1] - 136:2
**gas** [11] - 70:23, 70:25, 102:21, 102:22, 189:10, 189:16, 189:22, 189:23, 189:24, 190:1
**gases** [1] - 96:13
**gasoline** [2] - 97:19, 97:21
**gate** [1] - 143:9
**gathered** [1] - 200:14
**gear** [1] - 26:14
**gears** [1] - 185:8
**general** [4] - 143:25, 148:19, 174:7, 183:13
**generally** [1] - 183:10
**generate** [1] - 110:11
**generated** [3] - 27:11, 109:7, 110:13
**generates** [2] - 35:9, 70:15
**generating** [2] - 70:23, 76:23
**generic** [1] - 147:17
**GEROMETTA** [1] - 2:6
**Gerometta** [2] - 2:6, 5:22
**given** [3] - 14:16, 33:5, 111:24
**glass** [47] - 12:15, 12:17, 20:14, 22:5, 22:12, 24:10, 27:23, 33:6, 34:1, 34:13, 34:14, 73:7, 73:8, 74:1, 74:25, 75:3, 75:7, 76:16, 102:15, 118:1, 118:3, 118:5, 118:9, 119:17, 120:2, 140:18, 158:16, 159:4, 160:11, 162:15, 162:18, 168:15, 173:11, 173:12, 186:5, 197:8, 197:9, 197:16, 200:9, 200:10, 200:11
**glasses** [1] - 112:1
**glassware** [1] - 12:13
**gloves** [12] - 26:14, 73:11, 74:3, 83:10, 83:11, 83:13, 83:16,

117:21, 117:22, 119:12, 161:19
**glue** [20] - 13:16, 66:4, 78:24, 79:7, 81:17, 81:21, 112:22, 112:23, 112:24, 113:11, 113:13, 117:20, 119:10, 157:21
**goodness** [1] - 122:19
**gotcha** [1] - 123:11
**Government** [3] - 72:14, 127:20, 139:12
**government** [16] - 5:12, 6:7, 6:8, 16:3, 16:22, 17:19, 42:10, 51:9, 52:16, 58:22, 58:23, 87:4, 92:18, 108:12, 175:15, 175:16
**Government's** [5] - 3:2, 4:1, 79:16, 89:13, 96:4
**government's** [1] - 6:1
**governments** [2] - 50:16, 51:7
**grab** [1] - 139:8
**grade** [1] - 35:25
**graduated** [8] - 7:12, 7:17, 45:11, 79:2, 111:20, 117:15, 117:17, 118:25
**graduation** [2] - 12:15, 33:17
**gram** [1] - 29:6
**grams** [9] - 29:6, 99:13, 101:2, 101:19, 101:24, 124:20, 133:20, 134:18, 193:16
**gray** [3] - 82:6, 82:7, 82:9
**great** [4] - 70:18, 106:18, 153:15, 189:14
**greater** [1] - 110:22
**Greece** [1] - 54:24
**green** [2] - 20:14, 134:23
**Grey** [1] - 5:7
**GREY** [2] - 1:4, 1:10
**ground** [1] - 155:3
**Ground** [1] - 56:10
**group** [3] - 58:20, 176:16, 179:22
**Group** [2] - 176:17, 179:24
**guards** [1] - 116:7
**guess** [2] - 37:10,

162:5
**guidelines** [2] - 28:14, 28:17
**Gulf** [1] - 44:19
**gun** [16] - 10:22, 11:7, 13:16, 81:17, 81:21, 112:22, 112:24, 117:20, 119:10, 136:15, 149:25, 150:17, 157:21, 166:12, 166:25
**guns** [1] - 172:15
**gunshot** [1] - 179:23
**guy** [3] - 53:19, 87:21, 164:2
**guys** [4] - 31:3, 31:22, 59:5, 60:1
**GX** [10] - 4:3, 4:4, 4:5, 4:6, 4:7, 16:8, 17:2, 18:11, 96:1, 108:16

## H

**H-A-U-G** [1] - 6:23
**hack** [1] - 139:3
**hacksaw** [5] - 137:7, 137:17, 139:4, 163:16, 163:23
**hairs** [1] - 177:21
**half** [6] - 7:7, 7:8, 7:14, 59:9, 59:12, 155:8
**hallway** [2] - 11:15, 29:25
**hand** [6] - 16:21, 129:11, 151:9, 175:21, 187:4
**handed** [3] - 153:16, 184:16, 199:21
**Handing** [1] - 121:24
**handle** [2] - 28:18, 44:14
**hands** [2] - 52:5, 178:15
**hands-on** [2] - 52:5, 178:15
**handsaw** [1] - 117:19, 119:3
**hanger** [1] - 11:8
**hard** [3] - 83:12, 116:23, 120:5
**harder** [1] - 174:17
**harm** [2] - 9:22, 103:8
**Haug** [11] - 3:3, 6:9, 6:13, 6:23, 6:24, 30:19, 38:9, 61:24, 63:21, 68:1
**HAUG** [1] - 6:12
**hazardous** [31] - 8:7, 8:8, 24:18, 24:20, 25:2, 27:13, 28:13,

28:18, 46:4, 46:6, 46:8, 46:11, 48:17, 48:19, 48:20, 51:19, 51:24, 53:5, 53:7, 53:10, 54:14, 60:5, 60:8, 61:12, 62:9, 73:8, 77:11, 183:24, 184:1, 198:6
**Hazardous** [1] - 7:17
**hazards** [1] - 183:21
**head** [3] - 77:20, 133:18, 134:22
**headquarters** [1] - 13:24
**heads** [9] - 71:4, 77:7, 78:8, 100:16, 101:18, 133:5, 133:15, 133:22, 134:19
**headspace** [1] - 189:10
**hear** [2] - 6:25, 200:23
**heard** [5] - 38:3, 43:6, 87:2, 148:24, 180:9
**heat** [19] - 35:8, 35:9, 35:22, 69:11, 70:13, 70:15, 76:22, 76:23, 76:24, 78:6, 79:5, 81:9, 81:22, 104:13, 109:7, 110:11, 110:12, 110:14, 138:7
**heated** [1] - 189:21
**heats** [2] - 76:23, 112:24
**heavier** [1] - 154:21
**heavy** [2] - 27:1, 29:11
**held** [7] - 85:15, 88:4, 88:10, 93:2, 95:3, 146:23, 177:19
**hello** [1] - 167:13
**help** [13] - 7:8, 8:4, 9:25, 13:18, 14:13, 27:5, 57:10, 81:24, 106:20, 138:13, 176:23, 185:20, 193:24
**helped** [1] - 179:7
**helpful** [1] - 19:11
**helping** [1] - 176:19
**helps** [2] - 112:14, 196:10
**hereby** [1] - 202:3
**hereinbefore** [1] - 202:5
**hidden** [1] - 174:10, 174:14
**hide** [1] - 60:14
**high** [10] - 43:25, 44:2, 68:23, 69:1, 70:19,

102:24, 178:5, 186:22, 193:11
**high-explosive** [1] - 68:23
**high-resolution** [1] - 178:5
**highlighted** [1] - 125:21
**highly** [1] - 28:21
**historically** [3] - 77:7, 79:1, 115:18
**hit** [4] - 109:17, 111:4, 111:5
**hmm** [7] - 137:14, 140:8, 145:4, 147:25, 149:3, 150:10, 164:23
**hold** [12] - 12:5, 27:5, 71:1, 80:3, 81:22, 145:24, 146:6, 146:9, 146:19, 146:21, 162:4, 187:4
**holder** [1] - 36:25
**holding** [6] - 22:24, 70:25, 80:12, 106:7, 161:17, 161:18
**hole** [2] - 137:5, 137:8
**Home** [3] - 157:18, 165:14, 190:14
**home** [11] - 12:25, 69:20, 72:3, 78:9, 100:22, 111:21, 123:23, 153:3, 167:1, 170:17, 171:8
**homes** [1] - 171:5
**homogenous** [4] - 185:15, 192:6, 197:1, 199:25
**HON** [1] - 1:4
**honestly** [2] - 13:20, 40:16
**Honor** [22] - 5:13, 5:20, 6:8, 6:16, 16:3, 16:22, 18:7, 23:24, 49:15, 50:4, 72:25, 85:12, 89:22, 89:25, 91:15, 92:18, 92:22, 94:1, 96:3, 120:24, 132:10, 141:12
**Honorable** [1] - 5:7
**hook** [1] - 145:6
**hooked** [4] - 144:22, 145:8, 145:15
**hookup** [1] - 141:22
**hope** [1] - 172:25
**hopefully** [2] - 72:8, 181:19
**host** [1] - 178:18
**hot** [1] - 157:20
**hotplate** [1] - 36:19

**house** [6] - 11:2, 31:6, 38:11, 79:24, 112:18, 149:7
**housed** [1] - 51:20
**household** [2] - 72:2, 81:23
**HTH** [1] - 100:4
**hundred** [1] - 103:23
**Huntsville** [5] - 7:18, 47:20, 48:8, 64:13, 151:20
**hurt** [2] - 63:13, 165:1
**hydrochloric** [12] - 117:13, 129:1, 129:3, 129:4, 129:5, 164:4, 164:7, 171:19, 171:23, 196:13, 196:17, 196:20
**hydrogen** [14] - 35:4, 97:1, 98:3, 98:18, 99:7, 116:18, 116:19, 117:10, 181:25, 186:10, 196:9, 200:2, 200:4, 200:15
**hyperspectral** [2] - 178:2, 178:3

## I

**I-Chem** [5] - 24:10, 31:16, 42:2, 42:3, 97:25
**ice** [3] - 36:8, 36:11, 165:4
**idea** [5] - 27:18, 28:7, 37:24, 123:20, 198:12
**identical** [1] - 14:4
**identified** [9] - 11:21, 11:23, 24:3, 68:22, 76:7, 101:17, 107:14, 185:18, 195:3
**identify** [17] - 8:7, 9:25, 10:16, 10:18, 20:10, 22:2, 60:11, 63:19, 72:10, 72:18, 83:1, 119:9, 185:25, 194:24, 194:25, 195:1, 195:2
**identifying** [4] - 8:25, 9:1, 27:22, 52:9
**IED** [28] - 8:14, 48:22, 48:24, 48:25, 68:15, 73:10, 77:8, 80:2, 81:25, 103:2, 106:22, 106:25, 110:21, 110:25,

111:8, 111:14, 115:23, 142:20, 143:21, 146:18, 147:4, 167:17, 167:19, 167:24, 168:5, 168:24, 169:4, 174:6
**IED's** [1] - 111:15
**IEDs** [8] - 9:23, 47:5, 58:23, 72:4, 104:24, 115:18, 130:13, 170:4
**ignitable** [1] - 179:23
**image** [5] - 116:20, 116:22, 120:9, 173:2, 173:10
**Image** [1] - 155:6
**images** [1] - 173:1
**imagine** [2] - 133:23, 137:19
**imaging** [1] - 178:3
**immediate** [1] - 54:6
**immediately** [1] - 200:24
**impact** [2] - 28:9, 59:3
**implements** [1] - 33:6
**important** [2] - 75:7, 193:8
**imported** [1] - 75:8
**improvised** [27] - 10:1, 13:22, 14:17, 35:15, 44:24, 47:4, 52:18, 58:24, 60:12, 60:18, 69:25, 76:14, 76:15, 78:25, 96:10, 102:25, 103:4, 104:12, 104:22, 105:10, 106:14, 112:15, 115:7, 168:22, 172:3, 177:22, 181:5
**inches** [1] - 155:8
**incidents** [1] - 54:17
**include** [5] - 18:17, 50:13, 177:9, 183:2, 184:8
**included** [2] - 13:13, 70:10
**includes** [4] - 66:16, 79:18, 94:6, 106:8
**including** [4] - 31:13, 60:19, 112:20, 200:23
**incoming** [1] - 183:14
**incompatible** [6] - 70:14, 110:12, 130:13, 130:20, 132:18, 132:20
**incorporate** [2] - 69:16, 143:23

**incorporated** [6] - 103:1, 105:9, 107:25, 111:14, 125:2, 152:3
**incorporating** [1] - 49:6
**incorporation** [1] - 79:20
**incorporations** [1] - 106:25
**increases** [1] - 110:25
**independence** [1] - 167:23
**independent** [3] - 91:13, 104:11
**independently** [1] - 168:5
**indicated** [14] - 11:19, 14:9, 14:12, 18:14, 20:7, 23:5, 28:16, 45:5, 49:7, 51:16, 78:12, 90:18, 107:13, 192:13
**indicating** [19] - 19:1, 21:8, 22:5, 73:5, 73:7, 74:1, 74:8, 79:9, 82:12, 83:4, 83:12, 107:9, 107:20, 115:22, 116:5, 117:5, 137:18, 142:9, 173:12
**indicating** [21] - 17:18, 21:22, 22:6, 22:7, 22:9, 30:1, 73:6, 73:13, 74:2, 74:3, 74:4, 74:17, 74:20, 75:2, 79:19, 106:8, 107:22, 107:24, 107:25, 112:18, 144:6
**indication** [1] - 198:24
**indicators** [1] - 14:11
**individual** [13] - 48:21, 52:2, 66:12, 67:9, 75:17, 76:15, 76:17, 77:5, 119:24, 169:3, 169:25, 171:7, 171:10
**industrial** [1] - 190:13
**industrially** [1] - 196:15
**industry** [1] - 51:9
**inform** [1] - 200:24
**information** [13] - 29:4, 39:11, 39:13, 62:3, 67:25, 69:18, 98:5, 99:17, 114:13, 124:13, 176:25, 178:6, 193:20

**informed** [1] - 89:17
**ingredient** [1] - 181:13
**ingredients** [7] - 35:25, 36:6, 99:5, 130:3, 130:4, 181:17, 181:21
**inherently** [2] - 49:1, 60:22
**initial** [1] - 39:12
**initialed** [1] - 67:11
**initiate** [2] - 96:16, 110:8
**initiated** [1] - 69:24
**initiating** [2] - 76:14, 104:12
**initiator** [7] - 77:3, 78:6, 79:4, 103:17, 104:5, 130:10, 168:22
**initiators** [2] - 104:22, 105:10
**injury** [3] - 70:2, 103:10, 110:25
**input** [1] - 62:19
**insert** [1] - 137:9
**inserted** [1] - 112:23
**inside** [16] - 27:3, 29:14, 76:19, 103:7, 104:8, 118:3, 119:24, 135:21, 137:9, 163:6, 165:7, 173:13, 173:14, 197:8, 197:13, 198:1
**insight** [1] - 65:12
**Inspire** [1] - 13:25
**instance** [9] - 62:21, 69:13, 72:3, 75:10, 77:2, 78:11, 110:20, 184:6, 190:6
**instant** [3] - 22:7, 22:17, 22:18
**instead** [3] - 124:2, 157:17, 157:20
**Institute** [1] - 179:20
**instructional** [2] - 84:3, 160:6
**instructions** [10] - 25:17, 25:21, 25:23, 29:16, 36:7, 89:20, 111:24, 131:16, 164:4, 200:24
**instrument** [8] - 27:21, 27:22, 27:25, 185:23, 189:2, 189:9, 189:15, 189:23
**instrumentation** [3] - 178:23, 182:24
**instruments** [1] - 178:25

**intact** [1] - 76:19
**intake** [1] - 100:6
**Integration** [1] - 176:17
**integration** [1] - 176:19
**intel** [1] - 13:24
**interacting** [1] - 198:8
**interaction** [3] - 50:16, 51:6, 187:18
**interactions** [1] - 200:9
**interchangeable** [1] - 174:18
**interchanged** [1] - 107:2
**interest** [3] - 10:17, 10:19, 11:20
**interested** [2] - 94:14, 202:9
**interesting** [1] - 78:21
**interfere** [1] - 189:6
**interpret** [1] - 52:17
**interrupt** [1] - 112:4
**interrupting** [1] - 94:22
**introduce** [1] - 176:6
**inventory** [1] - 65:21
**inventorying** [1] - 184:4
**investigated** [1] - 55:9
**investigating** [2] - 71:18, 75:23
**investigation** [20] - 8:11, 9:17, 52:22, 55:16, 56:11, 56:16, 56:22, 57:9, 57:12, 58:2, 58:3, 71:8, 84:3, 87:9, 170:11, 180:5, 182:2, 183:5, 183:19, 183:24
**investigations** [10] - 9:2, 53:22, 54:15, 71:6, 71:19, 71:23, 180:2, 180:3, 180:8, 180:22
**involved** [6] - 8:22, 52:1, 52:4, 58:10, 62:10, 176:18
**involvement** [1] - 30:8
**involves** [3] - 52:7, 178:15, 186:23
**involving** [1] - 174:18
**ion** [10] - 194:7, 194:8, 194:10, 194:19, 194:21, 194:22, 194:25, 195:1, 195:3, 195:5
**ions** [1] - 194:24
**Iraq** [3] - 8:10, 44:21,

177:23
**iron** [6] - 12:4, 12:5, 74:20, 152:16, 152:21, 153:2
**irrelevant** [1] - 174:21
**ISIS** [2] - 105:12, 105:14
**issuance** [1] - 91:12
**issue** [4] - 14:2, 29:15, 87:25, 91:11
**item** [68] - 41:18, 62:4, 74:25, 79:12, 79:14, 79:17, 79:18, 80:6, 80:18, 80:19, 81:16, 81:23, 82:9, 82:11, 82:12, 82:13, 97:10, 97:14, 97:15, 97:24, 98:2, 98:4, 98:8, 98:11, 101:2, 106:8, 107:13, 107:16, 108:3, 111:13, 113:8, 117:5, 117:14, 118:4, 119:4, 119:5, 122:9, 122:15, 128:6, 129:23, 148:6, 151:13, 171:8, 185:1, 185:12, 185:13, 185:14, 188:19, 191:24, 191:25, 192:2, 194:2, 194:3, 195:6, 196:24, 196:25, 197:1, 197:3, 197:8, 197:16, 197:24, 197:25, 199:12, 199:15, 199:20
**items** [77] - 10:16, 10:18, 11:6, 11:20, 11:23, 12:8, 12:10, 12:23, 13:8, 13:12, 13:18, 14:13, 14:14, 14:16, 14:21, 14:25, 15:8, 15:12, 18:19, 20:11, 21:20, 22:2, 23:2, 24:3, 24:16, 24:17, 24:19, 27:3, 27:5, 40:22, 66:21, 67:5, 69:19, 70:8, 72:11, 73:24, 80:17, 80:20, 84:15, 89:19, 94:15, 97:4, 99:4, 99:6, 100:17, 103:5, 104:1, 111:11, 113:2, 113:3, 113:6, 114:20, 114:23, 115:1, 115:12, 115:15, 116:1, 117:6, 129:21, 150:15, 154:13,

159:25, 168:9,
168:13, 169:2,
169:4, 169:10,
170:7, 170:9,
170:17, 171:5,
171:16, 171:17,
182:13, 183:10,
184:16, 185:10
**iterations** [1] - 181:7
**itself** [12] - 27:7, 34:3,
67:21, 79:25, 80:19,
84:6, 94:20, 118:9,
134:24, 155:3,
168:2, 181:19

## J

**J.C** [3] - 1:4, 1:10, 5:7
**Jack** [2] - 77:10,
138:12
**JAMES** [1] - 2:6
**James** [2] - 2:6, 5:22
**January** [5] - 48:14,
182:6, 182:8,
199:21, 199:22
**jar** [46] - 12:17, 19:21,
22:5, 24:10, 24:11,
24:13, 27:23, 29:8,
29:9, 31:16, 42:2,
42:3, 74:5, 97:23,
97:25, 117:25,
118:1, 118:3, 118:4,
118:5, 118:9,
119:17, 119:24,
120:6, 135:15,
135:16, 135:21,
135:24, 158:21,
159:5, 159:8,
161:17, 162:3,
173:12, 173:13,
173:14, 197:8,
197:9, 197:16, 198:1
**jars** [26] - 12:17, 34:1,
34:9, 34:10, 34:11,
34:13, 34:14, 73:7,
73:8, 74:1, 102:15,
120:2, 121:15,
121:19, 121:21,
122:4, 135:13,
135:18, 136:8,
162:19, 162:20,
163:11, 168:16,
173:2, 173:11, 198:9
**jelly** [1] - 22:8
**Jersey** [1] - 7:13
**job** [3] - 8:7, 50:6,
176:13
**join** [1] - 112:25
**joined** [5] - 10:15,
43:24, 45:21, 46:19,

178:13
**joining** [1] - 113:17
**joint** [1] - 195:24
**Jonathan** [1] - 5:7
**JONATHAN** [2] - 1:4,
1:10
**Judge** [9] - 23:21,
72:22, 85:5, 86:1,
86:16, 87:3, 90:6,
95:12, 170:23
**judge** [2] - 94:13,
187:8
**JUDGE** [1] - 1:10
**judgment** [1] - 25:18
**jury** [53] - 5:25, 6:3,
6:4, 6:5, 6:22, 7:9,
16:11, 17:7, 43:8,
45:19, 49:12, 49:13,
49:23, 49:24, 49:25,
56:5, 60:11, 62:6,
73:24, 80:3, 80:13,
82:24, 84:1, 89:17,
94:4, 94:19, 96:8,
96:23, 102:13,
103:12, 106:4,
108:21, 131:15,
131:18, 131:19,
131:20, 132:3,
132:4, 132:5, 132:6,
141:12, 176:6,
177:10, 187:21,
187:22, 187:23,
187:24, 188:8,
188:9, 188:10,
200:21, 201:3, 201:4
**JURY** [1] - 1:9
**Justice** [1] - 1:19

## K

**keep** [9] - 36:11, 59:6,
59:22, 59:23, 81:25,
145:25, 153:14,
196:5, 196:11
**keeping** [2] - 49:5,
177:1
**keeps** [1] - 60:4
**Kenya** [2] - 56:25,
180:21
**ketone** [1] - 191:12
**kid** [1] - 45:20
**kids** [1] - 164:25
**killing** [1] - 105:2
**kind** [39] - 8:6, 27:1,
28:2, 31:3, 31:6,
36:19, 45:24, 54:20,
60:13, 63:1, 74:5,
77:20, 107:6,
108:24, 112:14,
118:7, 135:5, 133:6,

136:10, 138:21,
138:24, 140:7,
142:4, 143:9,
143:17, 145:19,
148:3, 149:22,
160:15, 162:6,
165:2, 180:19,
185:9, 191:5,
192:17, 199:2,
199:7, 200:12,
200:22
**kinds** [2] - 44:23,
69:23
**kit** [7] - 26:10, 100:4,
129:12, 129:14,
129:17, 129:22,
141:22
**kitchen** [16] - 14:3,
18:17, 18:19, 18:23,
19:16, 19:19, 20:3,
20:4, 20:24, 21:3,
21:16, 22:24, 34:4,
106:20, 144:5, 148:1
**knowledge** [5] - 33:2,
35:3, 35:7, 35:16,
192:3
**known** [1] - 187:11
**knows** [1] - 65:17
**Knox** [1] - 45:22
**Kuwait** [1] - 44:20

## L

**lab** [45] - 25:6, 25:21,
27:9, 27:10, 28:15,
28:24, 29:2, 29:3,
30:6, 32:2, 35:15,
37:21, 39:9, 39:11,
40:5, 40:11, 40:17,
55:1, 62:4, 63:3,
63:5, 63:8, 63:9,
64:14, 65:24, 67:3,
67:14, 97:3, 97:4,
98:4, 100:7, 104:1,
106:6, 107:17,
113:4, 116:2, 118:9,
123:13, 126:15,
138:11, 150:15,
151:20, 176:13,
184:21
**lab's** [1] - 135:5
**lab-certified** [1] -
40:11
**laboratory** [18] -
13:22, 25:14, 28:6,
40:9, 47:9, 49:5,
52:6, 52:9, 53:6,
53:8, 63:5, 63:7,
100:10, 114:20,
115:13, 183:9,

197:4, 198:10
**Laboratory** [8] -
48:16, 51:17, 64:1,
176:11, 177:8,
182:7, 183:14,
183:18
**lack** [2] - 12:3, 179:19
**ladies** [1] - 27:12
**Lafayette** [1] - 1:11
**laid** [2] - 49:3, 71:11
**Lake** [1] - 2:7
**land** [3] - 44:4, 44:16,
44:17
**language** [4] - 14:1,
84:4, 125:3, 125:12
**large** [4] - 27:2, 29:11,
57:2, 57:13, 57:19,
96:19, 111:5, 118:3,
173:12
**larger** [8] - 12:13,
112:10, 115:22,
115:23, 118:5,
119:24, 173:14,
198:21
**largest** [1] - 57:7
**laser** [13] - 19:6, 19:7,
20:10, 27:23, 32:22,
72:8, 186:3, 186:4,
187:11, 187:15,
200:9, 200:10
**last** [13] - 6:21, 38:9,
43:7, 59:10, 81:7,
101:2, 118:3,
120:11, 163:16,
176:9, 179:6,
180:10, 187:21
**lasts** [1] - 178:14
**late** [2] - 45:7, 199:21
**latent** [4] - 53:2,
62:15, 66:8, 66:15
**laughter** [3] - 134:16,
141:17, 189:13
**Law** [1] - 2:6
**LAW** [11] - 6:3, 49:12,
49:23, 131:19,
132:4, 175:21,
175:24, 187:23,
188:5, 188:8, 201:3
**layer** [4] - 185:18,
192:6, 197:1, 199:25
**layers** [1] - 185:17
**laying** [1] - 87:5
**layman's** [1] - 143:8
**lead** [1] - 46:15
**leader** [1] - 62:1
**leading** [2] - 61:19,
180:13
**leak** [2] - 46:8, 198:19
**leaked** [6] - 98:24,
197:25, 198:1,

198:3, 198:11,
199:10
**leaking** [9] - 37:21,
38:2, 98:9, 98:16,
122:10, 122:12,
122:23, 122:24,
123:15
**Leann** [3] - 1:24,
202:3, 202:14
**learn** [2] - 38:1, 48:11
**least** [2] - 150:11,
156:13
**leave** [1] - 167:9
**Lebanese** [1] - 57:8
**left** [39] - 10:12, 12:2,
12:22, 19:19, 20:2,
21:20, 40:14, 44:10,
48:12, 48:14, 58:5,
58:14, 76:6, 83:4,
88:9, 96:24, 97:10,
98:25, 99:2, 99:24,
102:15, 106:4,
106:5, 106:6,
106:15, 107:8,
107:12, 111:20,
115:19, 116:17,
119:4, 132:14,
132:17, 135:12,
154:8, 198:13,
198:14, 198:16,
198:24
**leftover** [1] - 22:8
**legs** [1] - 146:15
**lends** [1] - 195:6
**less** [2] - 196:20,
196:21
**lesser** [1] - 29:15
**lethal** [1] - 58:25
**lethality** [1] - 110:22
**letter** [1] - 11:1
**letters** [1] - 56:16
**level** [2] - 191:17
**Levin** [1] - 1:11
**library** [1] - 27:25
**lid** [8] - 24:11, 24:12,
26:17, 27:5, 29:11,
37:4, 135:22, 135:24
**lids** [1] - 33:25
**lieutenant** [1] - 46:16
**life** [1] - 195:9
**lifetime** [1] - 57:7
**lift** [2] - 43:21, 155:3
**light** [24] - 76:17,
76:19, 76:21, 77:1,
79:23, 79:25, 80:1,
81:9, 81:10, 104:4,
104:5, 104:9,
104:12, 104:21,
105:5, 105:10,
108:25, 109:7,

109:18, 146:2,
155:10, 187:12,
187:15, 200:11
**lighting** [2] - 66:10,
83:10
**lights** [16] - 12:19,
13:16, 76:12, 76:13,
76:16, 78:18,
103:22, 104:16,
105:15, 139:16,
139:20, 139:24,
140:3, 140:14,
140:24, 141:2
**likely** [2] - 171:8,
180:17
**liken** [2] - 178:3,
181:13
**limit** [2] - 28:25, 29:1
**limited** [1] - 13:2
**limits** [1] - 28:23
**line** [5] - 57:2, 128:18,
128:20, 192:18
**lines** [1] - 55:10
**links** [1] - 106:8
**liquid** [39] - 12:16,
13:14, 14:20, 15:3,
16:19, 24:5, 24:10,
25:24, 27:17, 27:18,
28:12, 29:18, 29:20,
31:13, 35:4, 35:10,
40:14, 62:22, 62:23,
114:2, 116:22,
116:24, 123:17,
123:19, 123:22,
128:7, 128:12,
128:18, 128:20,
160:14, 185:14,
185:16, 185:17,
185:18, 186:7,
192:6, 197:2, 198:1,
199:25
**liquids** [7] - 26:3,
26:4, 26:20, 27:22,
40:8, 179:23, 198:8
**list** [1] - 185:12
**listed** [3] - 97:24,
113:2, 191:24
**literally** [2] - 107:8,
107:10
**literature** [5] - 70:18,
105:11, 105:14,
191:7
**living** [1] - 59:11
**Lizza** [3] - 1:24,
202:13, 202:14
**lizza/Christin** [1] -
202:3
**load** [7] - 80:1, 81:8,
103:17, 104:12,
104:15, 109:1, 109:6

**local** [2] - 50:16, 51:6
**locate** [1] - 8:7
**located** [4] - 9:24,
11:14, 19:3, 47:19
**locating** [1] - 9:1
**locations** [2] - 50:9,
50:20
**locker** [5] - 25:3, 67:9,
73:2, 73:25
**logical** [2] - 198:22,
198:25
**logistical** [1] - 177:1
**logistics** [1] - 176:19
**look** [26] - 17:4, 37:6,
51:10, 61:4, 66:9,
72:9, 74:13, 76:4,
78:13, 91:6, 98:16,
101:8, 108:23,
128:16, 140:2,
141:8, 151:24,
158:12, 161:23,
162:17, 169:7,
169:9, 169:13,
192:21, 196:8
**looked** [18] - 12:14,
13:11, 17:15, 21:12,
33:14, 33:25, 34:11,
34:25, 35:14, 51:14,
92:9, 94:5, 129:19,
145:5, 152:5, 160:2,
185:15, 199:24
**looking** [28] - 13:5,
19:15, 19:16, 19:17,
19:19, 22:23, 23:10,
23:23, 29:24, 55:21,
58:8, 63:12, 65:17,
65:18, 71:14, 94:4,
96:23, 102:14,
103:20, 105:20,
106:4, 109:24,
116:16, 128:15,
136:10, 156:16,
159:16, 184:25
**looks** [16] - 19:20,
19:21, 19:23, 19:24,
20:2, 20:12, 20:15,
21:7, 21:8, 22:4,
22:11, 23:1, 103:6,
140:5, 157:14, 185:4
**lose** [1] - 40:15
**low** [10] - 70:19,
70:24, 77:8, 100:25,
101:1, 101:3,
101:18, 101:19,
101:23, 102:7
**low-explosive** [8] -
70:24, 77:8, 101:1,
101:3, 101:18,
101:19, 101:23,
102:7

**Lowe's** [1] - 190:14
**lower** [4] - 106:23,
110:23, 115:19,
116:5
**lunch** [5] - 121:3,
131:8, 131:14,
131:15, 131:21
**Lysol** [2] - 21:7, 22:25

## M

**ma'am** [67] - 43:13,
43:15, 122:7,
124:14, 128:25,
130:24, 132:16,
132:21, 133:3,
133:7, 136:12,
138:16, 139:18,
139:22, 140:1,
140:11, 141:5,
141:23, 142:25,
143:6, 144:4,
144:20, 145:14,
146:10, 147:19,
150:8, 150:13,
150:16, 151:25,
152:4, 153:24,
154:9, 154:15,
154:23, 155:2,
155:9, 155:13,
156:3, 157:5, 157:8,
157:22, 158:7,
158:17, 159:3,
159:19, 160:1,
160:5, 160:9,
160:19, 162:7,
162:13, 162:22,
163:17, 163:22,
164:8, 164:10,
165:3, 165:18,
166:3, 166:13,
166:16, 168:4,
168:12, 170:3,
171:25, 172:8, 173:4
**macaroni** [1] - 23:1
**machine** [2] - 21:1,
32:22
**magazine** [4] - 14:1,
14:5, 14:7
**mail** [2] - 28:10, 56:17
**mailbox** [1] - 56:20
**mailed** [1] - 56:21
**main** [22] - 60:13,
69:10, 73:9, 73:10,
74:18, 96:8, 96:10,
96:16, 96:18,
102:17, 103:2,
130:7, 135:11,
137:1, 150:6,
162:11, 163:11,

168:15, 168:17,
172:6, 172:7, 197:25
**Main** [1] - 96:7
**maintain** [2] - 8:3, 9:9
**maintenance** [2] -
100:4, 129:12
**major** [1] - 56:23
**maker** [3] - 77:16,
77:25, 83:15
**makeup** [2] - 61:5,
101:17
**managed** [1] - 47:25
**management** [2] -
50:19, 183:16
**manager** [1] - 55:12
**managing** [1] - 59:19
**manipulate** [1] - 186:8
**manipulating** [2] -
193:9, 193:20
**manner** [1] - 145:22
**manuals** [1] - 182:16
**manufacture** [6] -
45:2, 75:11, 83:7,
114:1, 171:24, 172:3
**manufactured** [1] -
169:4
**manufacturer's** [1] -
128:14
**manufacturing** [2] -
170:1, 171:23
**Marathon** [2] - 105:9,
180:16
**Marine** [4] - 44:3,
44:6, 44:8, 44:11,
45:6
**Mark** [4] - 10:5, 10:6,
11:24, 197:10
**marked** [3] - 26:18,
26:22, 196:24
**markings** [2] - 12:16,
79:2
**marks** [5] - 33:17,
53:3, 62:16, 66:19,
138:21
**mass** [6] - 50:13,
50:14, 112:8, 179:8,
189:10, 190:3
**massive** [1] - 56:13
**massively** [1] - 57:13
**master's** [2] - 178:10,
179:3
**match** [11] - 71:4,
77:7, 77:20, 78:8,
100:16, 101:18,
133:5, 133:15,
133:22, 134:22
**match-head** [1] -
134:22
**matchbox** [1] - 77:5
**matches** [24] - 13:15,

70:6, 70:17, 77:4,
77:5, 77:6, 77:16,
77:18, 78:4, 78:11,
78:19, 100:11,
100:12, 100:15,
101:22, 133:1,
133:4, 133:13,
134:14, 134:15,
135:2, 135:5, 135:6,
168:17
**material** [40] - 27:24,
28:9, 28:14, 46:8,
46:12, 52:18, 61:6,
68:23, 70:20, 70:24,
71:4, 75:4, 77:8,
77:21, 78:4, 79:8,
83:8, 99:10, 100:5,
101:1, 101:3,
101:18, 101:19,
101:23, 104:23,
110:13, 111:25,
112:1, 112:9,
113:14, 115:3,
115:4, 116:5,
134:23, 137:9,
137:22, 158:20,
160:4, 160:11,
160:20
**Material** [1] - 4:24
**materials** [25] - 13:3,
26:6, 28:6, 28:16,
28:19, 39:2, 39:6,
39:16, 40:5, 45:3,
46:4, 46:6, 46:10,
67:18, 68:2, 68:7,
69:25, 72:2, 73:5,
74:9, 113:12,
126:15, 159:7, 168:5
**matter** [5] - 40:16,
44:18, 56:4, 201:6,
202:4
**McDonald** [8] - 20:6,
21:23, 30:2, 36:23,
72:13, 72:14, 76:3,
120:12
**McNamara** [2] - 27:11,
30:5
**mean** [10] - 37:10,
37:12, 48:2, 54:16,
72:11, 96:8, 103:12,
115:20, 153:2,
176:15
**meaning** [4] - 75:6,
78:15, 185:15, 193:4
**means** [8] - 46:7, 69:9,
81:2, 81:11, 96:11,
126:20, 127:14
**measure** [7] - 31:11,
32:5, 32:20, 40:7,
133:15, 198:16,

198:17
**measurement** [4] -
40:19, 192:23,
193:5, 193:7
**measurements** [2] -
66:24, 151:10
**measures** [1] - 192:20
**measuring** [26] - 12:7,
12:13, 12:14, 12:16,
15:24, 16:19, 17:14,
18:13, 18:23, 18:25,
21:22, 22:3, 22:6,
22:9, 33:5, 33:6,
33:15, 33:16, 40:11,
74:5, 111:21, 112:6,
117:16, 187:19,
198:20
**medical** [2] - 45:23,
117:21
**medium** [1] - 73:14
**meet** [1] - 50:19
**melt** [2] - 81:22,
112:24
**member** [4] - 150:15,
179:16, 179:18,
200:25
**members** [9] - 6:5,
8:17, 49:25, 89:17,
131:15, 132:6,
187:21, 188:10,
200:21
**memory** [3] - 101:10,
101:14, 101:15
**Menard's** [1] - 165:14
**mentioned** [26] -
11:13, 22:17, 34:9,
60:21, 62:5, 62:8,
62:14, 68:12, 71:5,
74:25, 75:20, 76:24,
77:7, 81:10, 96:15,
97:6, 98:6, 103:9,
110:11, 116:10,
122:11, 129:20,
142:19, 149:23,
171:25, 186:22
**mentor** [1] - 8:15
**mess** [2] - 114:5,
152:24
**metal** [11] - 27:7,
29:10, 29:11, 66:20,
137:11, 137:15,
138:2, 138:10,
166:8, 190:14
**metallurgy** [6] - 53:4,
62:16, 64:4, 64:13,
66:19, 67:5
**methyl** [1] - 191:12
**meticulous** [2] -
77:25, 133:6
**meticulously** [1] -

77:20
**Metro** [1] - 45:22
**mh** [7] - 137:14, 140:8,
145:4, 147:25,
149:3, 150:10,
164:23
**mh-hmm** [7] - 137:14,
140:8, 145:4,
147:25, 149:3,
150:10, 164:23
**Michael** [2] - 86:5,
87:20
**MICHIGAN** [1] - 1:1
**Michigan** [8] - 1:12,
1:17, 2:4, 2:7, 5:2,
5:6, 49:21, 131:25
**microbial** [1] - 177:25
**microphone** [5] -
6:25, 43:6, 43:21,
72:22, 72:23
**microswitch** [1] -
109:17
**middle** [2] - 56:21,
128:24
**might** [15] - 27:18,
53:16, 54:11, 66:7,
66:20, 68:12, 72:2,
78:14, 104:20,
122:22, 159:1,
162:6, 170:12,
170:13, 185:7
**military** [3] - 44:22,
57:9, 69:13
**milliliter** [3] - 192:24,
192:25, 193:17
**milliliters** [1] - 198:15
**mine** [2] - 174:24,
175:1
**mines** [3] - 44:4,
44:16, 44:17
**minimize** [1] - 59:3
**minute** [2] - 131:9,
199:18
**minutes** [10] - 33:8,
49:14, 77:19, 77:22,
78:3, 88:3, 88:9,
121:3, 188:2
**miscellaneous** [7] -
111:11, 111:12,
150:22, 150:25,
153:7, 153:20,
153:23
**missing** [1] - 184:6
**mix** [1] - 79:5
**mixed** [3] - 70:13,
110:12, 132:17
**mixing** [1] - 36:4
**mixture** [1] - 190:2
**mobile** [1] - 106:24
**modifications** [8] -

151:17, 152:6,
154:13, 155:12,
156:4, 156:15,
156:21, 172:18
**modified** [2] - 144:22,
172:19
**modify** [2] - 104:4,
155:14
**Mogadishu** [3] - 8:16,
58:17, 58:19
**Mohammed** [1] - 5:10
**MOHAMMED** [1] - 1:6
**Mohsin** [16] - 3:4, 3:6,
3:9, 3:11, 5:13, 6:15,
30:15, 38:23, 49:11,
50:3, 89:1, 89:21,
94:24, 96:2, 121:1,
167:7
**MOHSIN** [136] - 1:15,
5:13, 6:2, 6:8, 6:16,
6:18, 16:3, 16:7,
16:9, 16:22, 17:3,
17:19, 17:22, 17:25,
18:2, 18:7, 18:10,
18:12, 20:6, 20:9,
20:17, 20:18, 20:21,
20:23, 21:14, 21:15,
21:23, 22:1, 23:9,
23:21, 23:23, 24:1,
24:2, 30:2, 30:3,
30:11, 30:13, 30:18,
36:23, 37:1, 37:18,
37:19, 38:5, 38:8,
38:16, 38:25, 41:2,
41:4, 41:5, 41:6,
41:7, 41:11, 42:5,
42:12, 43:2, 49:10,
49:15, 50:4, 50:5,
72:13, 72:16, 72:21,
73:20, 73:21, 74:10,
74:12, 76:3, 76:9,
85:5, 85:12, 86:1,
86:15, 86:22, 86:25,
87:3, 87:16, 88:3,
88:5, 88:12, 88:13,
89:2, 89:12, 89:22,
89:25, 90:6, 90:9,
90:14, 91:15, 91:21,
91:24, 92:18, 92:20,
92:21, 92:22, 92:25,
94:1, 94:13, 95:1,
95:4, 95:10, 95:11,
95:12, 96:3, 96:6,
96:21, 96:22, 99:20,
99:22, 101:13,
103:18, 103:19,
105:18, 105:19,
106:1, 106:2,
108:11, 108:14,
108:17, 108:19,
109:12, 109:14,
109:22, 109:23,
110:17, 110:18,
111:9, 111:10,
114:11, 114:12,
114:18, 114:19,
115:10, 115:11,
115:24, 115:25,
116:8, 116:9,
116:14, 116:15,
116:25, 117:1,

116:9, 116:14,
116:15, 116:25,
117:1, 118:16,
118:17, 118:24,
119:7, 119:14,
119:21, 120:4,
120:11, 120:14,
120:22, 120:24,
167:12, 170:21,
171:2, 171:3, 173:6,
173:8, 173:20,
173:23, 175:10
**molecular** [1] - 178:12
**molecule** [1] - 196:7
**mom** [1] - 14:4
**moment** [16] - 21:24,
23:7, 23:21, 30:11,
38:5, 56:13, 82:13,
85:2, 85:5, 92:22,
108:17, 120:22,
139:8, 166:21,
173:6, 193:19
**moments** [1] - 72:7
**money** [1] - 170:10
**month** [5] - 32:1, 39:1,
39:24, 56:10, 56:16
**months** [4] - 83:25,
169:12, 177:20,
177:24
**MOON** [1] - 167:9
**morning** [20] - 5:13,
5:17, 5:18, 5:19,
5:20, 5:24, 6:5, 6:11,
6:12, 6:19, 6:20,
30:19, 30:20, 42:22,
42:23, 43:3, 43:4,
49:9, 57:25, 201:8
**most** [7] - 43:9, 57:14,
96:12, 128:13,
170:9, 175:8, 181:25
**mostly** [1] - 190:17
**Motions/Other** [1] -
3:21
**motor** [2] - 146:12,
155:1
**motors** [3] - 106:9,
106:10, 107:23
**mouth** [1] - 141:16
**move** [21] - 18:7,
23:24, 49:3, 53:21,
61:9, 67:8, 92:19,
96:13, 99:20,
108:12, 111:6,
131:11, 135:8,
141:19, 142:2,
146:13, 162:3,
187:6, 191:24,
196:24
**moved** [1] - 194:6
**moves** [4] - 16:4,

16:23, 17:19, 187:8
**moving** [2] - 102:12,
153:14
**MR** [8] - 5:18, 6:12,
167:9, 175:16,
176:1, 176:3,
188:15, 188:16
**MS** [226] - 5:13, 5:19,
5:20, 6:2, 6:8, 6:16,
6:18, 16:3, 16:5,
16:7, 16:9, 16:22,
16:25, 17:3, 17:19,
17:21, 17:22, 17:25,
18:2, 18:7, 18:10,
18:12, 20:6, 20:9,
20:17, 20:18, 20:21,
20:23, 21:14, 21:15,
21:23, 22:1, 23:9,
23:21, 23:23, 24:1,
24:2, 30:2, 30:3,
30:11, 30:13, 30:18,
36:23, 37:1, 37:18,
37:19, 38:5, 38:8,
38:16, 38:25, 41:2,
41:4, 41:5, 41:6,
41:7, 41:11, 42:5,
42:12, 43:2, 49:10,
49:15, 50:4, 50:5,
72:13, 72:16, 72:21,
73:20, 73:21, 74:10,
74:12, 76:3, 76:9,
85:5, 85:12, 86:1,
86:15, 86:22, 86:25,
87:3, 87:16, 88:3,
88:5, 88:12, 88:13,
89:2, 89:12, 89:22,
89:25, 90:6, 90:9,
90:14, 91:15, 91:21,
91:24, 92:18, 92:20,
92:21, 92:22, 92:25,
94:1, 94:13, 95:1,
95:4, 95:10, 95:11,
95:12, 96:3, 96:6,
96:21, 96:22, 99:20,
99:22, 101:13,
103:18, 103:19,
105:18, 105:19,
106:1, 106:2,
108:11, 108:14,
108:17, 108:19,
109:12, 109:14,
109:22, 109:23,
110:17, 110:18,
111:9, 111:10,
114:11, 114:19,
114:18, 114:19,
115:10, 115:11,
115:24, 115:25,
116:8, 116:9,
116:14, 116:15,
116:25, 117:1,

118:16, 118:17, 118:24, 119:7, 119:14, 119:21, 120:4, 120:11, 120:14, 120:22, 120:24, 121:4, 121:6, 121:11, 121:13, 124:9, 124:11, 124:15, 124:16, 127:20, 127:23, 128:3, 128:5, 128:21, 128:23, 129:8, 129:10, 131:11, 132:10, 132:13, 132:23, 132:25, 134:17, 135:8, 135:10, 139:7, 139:11, 141:11, 141:15, 141:19, 141:20, 142:2, 142:3, 147:15, 147:16, 149:18, 149:21, 150:20, 150:21, 153:14, 153:17, 154:4, 154:5, 155:16, 155:18, 157:1, 157:2, 159:18, 159:22, 162:9, 162:10, 163:14, 163:15, 163:25, 164:1, 165:22, 165:24, 166:21, 166:24, 167:4, 167:8, 167:12, 170:20, 170:21, 171:2, 171:3, 173:6, 173:8, 173:20, 173:23, 175:10
**multiple** [5] - 84:20, 112:6, 161:4, 169:2, 178:4
**murdering** [1] - 54:4
**must** [3] - 60:25, 131:16, 200:24

# N

**nail** [10] - 13:14, 78:20, 97:11, 190:21, 190:23, 190:24, 191:4, 191:7, 191:10, 191:19
**nails** [1] - 104:23
**Nairobi** [2] - 8:12, 56:25
**name** [17] - 6:21, 30:21, 43:7, 43:8, 46:2, 81:5, 170:9,

172:9, 172:11, 172:12, 176:7, 176:8, 176:9
**narrate** [1] - 109:15
**narrow** [1] - 10:2
**NASER** [1] - 1:6
**Naser** [5] - 5:10, 5:21, 9:17, 63:23, 157:20
**Naser's** [2] - 123:23, 167:1
**National** [2] - 8:15, 179:20
**national** [2] - 180:10, 180:18
**nature** [12] - 9:3, 12:9, 53:9, 60:24, 62:11, 170:15, 177:3, 181:16, 184:24, 190:15, 190:22, 199:7
**Navy** [1] - 197:12
**near** [1] - 66:22
**necessarily** [7] - 34:1, 35:12, 55:20, 60:15, 110:9, 111:13, 160:17
**necessary** [3] - 9:25, 14:16, 62:21
**neck** [1] - 137:8
**need** [30] - 14:17, 14:18, 26:4, 35:7, 35:8, 40:8, 53:19, 54:7, 55:21, 71:22, 77:14, 97:19, 97:20, 121:22, 135:2, 141:15, 143:1, 143:11, 143:20, 144:17, 151:11, 160:23, 164:5, 168:14, 168:24, 183:13, 184:12, 191:4, 196:1, 196:20
**needed** [7] - 45:24, 50:22, 51:2, 56:3, 144:2, 177:17, 181:21
**needs** [2] - 140:21, 177:1
**negative** [5] - 130:1, 194:21, 194:24, 195:4
**nervous** [1] - 56:18
**nested** [1] - 173:14
**neutral** [1] - 193:3
**never** [6] - 122:5, 140:9, 168:7, 169:1
**nevertheless** [1] - 168:8
**new** [3] - 7:11, 23:15, 69:8

**New** [2] - 7:13, 56:9
**Newark** [1] - 7:13
**newer** [1] - 8:4
**news** [5] - 53:16, 53:24, 54:12, 180:9, 180:18
**next** [42] - 6:1, 6:7, 20:22, 21:14, 24:24, 39:18, 42:10, 65:6, 65:7, 66:14, 72:1, 73:20, 74:10, 76:4, 77:4, 96:18, 102:12, 103:11, 109:22, 114:11, 115:10, 115:24, 116:11, 116:25, 118:16, 118:24, 119:7, 119:14, 120:12, 131:11, 146:20, 149:18, 169:22, 173:20, 175:15, 185:2, 188:24, 189:2, 192:16, 192:17, 194:3, 201:5
**nine** [1] - 179:3
**nitrate** [6] - 164:15, 164:17, 164:19, 165:7, 165:11, 165:15
**nitrated** [1] - 195:25
**nobody** [2] - 63:14, 130:17
**noise** [4] - 145:17, 145:20, 174:19
**nom** [1] - 105:22
**none** [5] - 34:16, 130:19, 141:24, 156:5, 172:19
**north** [1] - 55:5
**Northwest** [1] - 57:17
**notable** [2] - 180:16, 197:22
**notate** [1] - 184:22
**NOTE** [1] - 4:24
**note** [2] - 184:19, 184:22
**noted** [3] - 156:9, 167:5, 197:24
**notes** [14] - 52:12, 65:20, 66:25, 67:1, 98:7, 98:9, 121:25, 123:14, 156:13, 184:8, 185:7, 197:5, 197:7, 202:8
**nothing** [6] - 9:22, 36:11, 64:10, 127:12, 167:4, 193:19
**nothing's** [1] - 109:16
**notice** [1] - 130:2

**noticed** [1] - 115:5
**Noticed** [1] - 86:18
**November** [2] - 39:25, 40:1
**nuclear** [2] - 51:13, 176:21
**number** [23] - 23:20, 41:7, 55:11, 76:11, 96:21, 97:14, 99:21, 102:13, 103:12, 105:18, 106:1, 108:9, 115:10, 115:24, 133:10, 133:17, 133:20, 180:3, 182:13, 188:19, 191:2
**Number** [5] - 4:2, 4:12, 5:9, 109:22, 114:18
**numbers** [2] - 125:7, 127:5
**numerous** [24] - 50:11, 52:5, 53:25, 55:11, 71:5, 73:7, 84:21, 102:6, 103:1, 103:16, 104:17, 104:21, 104:24, 105:5, 105:23, 106:21, 111:3, 115:6, 116:3, 117:16, 117:23, 148:19, 161:5, 173:11
**nuts** [2] - 166:15, 166:19
**NW** [1] - 1:20

# O

**oath** [3] - 132:8, 175:20, 188:12
**object** [1] - 91:15
**objecting** [2] - 86:8, 94:17
**objection** [9] - 16:5, 16:25, 17:21, 87:24, 91:18, 94:1, 108:14, 170:20, 171:1
**objection's** [1] - 91:23
**obscure** [1] - 186:17
**observation** [2] - 13:9, 60:23
**observe** [7] - 15:12, 18:19, 18:23, 21:20, 23:16, 114:25, 173:12
**observed** [9] - 15:6, 17:5, 17:16, 98:10, 98:19, 105:5, 123:7, 172:1, 200:6

**Obtain** [1] - 1:24
**obtain** [2] - 169:20, 175:6
**obvious** [1] - 118:8
**obviously** [1] - 180:17
**occupation** [1] - 44:4
**occur** [7] - 52:10, 62:13, 62:20, 71:3, 199:2, 199:8, 199:9
**occurred** [2] - 51:4, 57:10
**occurrence** [1] - 58:25
**occurs** [1] - 111:7
**October** [3] - 9:4, 9:5, 9:15
**OF** [5] - 1:1, 1:3, 3:1, 4:22, 202:1
**offered** [2] - 94:11, 94:13
**office** [12] - 7:13, 27:12, 47:13, 47:15, 61:25, 62:3, 65:4, 84:8, 97:5, 115:13, 183:11, 183:15
**Office** [2] - 1:16, 2:6
**officers** [1] - 48:8
**offices** [1] - 52:22
**often** [7] - 83:16, 191:1, 191:3, 195:14, 195:18, 199:2, 199:9
**oftentimes** [1] - 200:8
**oil** [3] - 19:21, 20:13, 23:1
**old** [4] - 34:11, 34:13, 34:14, 191:6
**olive** [1] - 23:1
**once** [55] - 31:5, 45:3, 46:10, 50:20, 50:21, 54:10, 55:13, 55:22, 56:17, 60:3, 63:16, 64:23, 67:12, 71:18, 73:13, 73:25, 74:18, 75:20, 75:22, 77:6, 78:24, 81:22, 83:3, 83:7, 83:15, 84:20, 97:6, 97:17, 100:2, 102:5, 104:13, 105:23, 111:5, 111:7, 112:23, 113:9, 113:11, 113:16, 113:20, 115:2, 115:17, 117:15, 117:17, 117:25, 125:8, 125:13, 126:4, 140:9, 174:24, 175:8, 183:18, 183:22, 199:4
**one** [135] - 8:3, 8:10,

10:20, 10:24, 11:2, 12:20, 12:21, 15:17, 17:7, 21:24, 22:10, 22:11, 23:7, 23:21, 30:11, 30:24, 31:1, 38:5, 38:9, 45:22, 47:22, 52:25, 53:17, 54:22, 55:4, 55:5, 55:6, 56:25, 57:1, 57:11, 57:25, 60:2, 61:25, 63:5, 65:6, 65:10, 65:11, 65:13, 71:20, 76:16, 77:2, 80:6, 80:20, 83:10, 85:2, 85:5, 96:17, 96:18, 98:3, 103:2, 103:21, 103:22, 105:3, 105:7, 106:15, 106:19, 106:25, 107:1, 107:7, 107:8, 107:9, 107:21, 108:17, 109:3, 109:10, 110:25, 112:17, 112:19, 112:20, 114:3, 115:18, 118:3, 119:10, 119:23, 120:20, 120:22, 122:15, 124:24, 128:10, 130:23, 131:9, 135:12, 135:15, 135:21, 136:18, 137:1, 139:20, 143:1, 144:6, 144:10, 144:19, 146:6, 146:18, 146:24, 147:8, 147:10, 150:6, 150:11, 151:9, 151:15, 151:22, 154:7, 155:7, 155:12, 156:1, 158:15, 158:16, 164:14, 166:21, 168:24, 173:6, 173:14, 173:21, 174:3, 174:4, 175:6, 178:11, 180:9, 183:16, 186:3, 187:4, 187:5, 189:9, 192:7, 192:18, 196:22, 196:23, 199:16

**one-week** [1] - 8:3

**ones** [18] - 62:17, 68:22, 111:3, 111:5, 112:9, 112:11, 119:1, 119:16, 136:17, 154:22, 156:6, 158:14,

162:14, 164:25, 180:9, 180:10, 180:17, 199:24

**ongoing** [4] - 7:25, 46:14, 75:4, 176:25

**ooh** [1] - 41:20

**op** [1] - 55:1

**open** [9] - 23:15, 33:6, 65:16, 139:19, 141:8, 141:24, 158:21, 165:8, 186:6

**opened** [2] - 26:10, 26:13

**openers** [1] - 164:11

**opens** [2] - 29:12, 143:12

**operable** [2] - 47:23, 143:21

**operate** [4] - 48:1, 52:3, 145:22, 178:23

**operated** [2] - 50:17, 147:9

**operating** [3] - 178:25, 182:20, 185:8

**operational** [2] - 46:13, 176:23

**Operations** [1] - 176:17

**operations** [3] - 51:6, 65:9, 176:18

**opinion** [10] - 52:17, 57:7, 71:14, 73:8, 74:16, 80:25, 91:7, 100:22, 104:25, 151:22

**opposed** [1] - 68:5

**opposite** [2] - 21:11, 21:16

**options** [3] - 135:11, 142:5, 142:6

**or..** [1] - 35:11

**oral** [1] - 178:24

**order** [5] - 52:10, 65:9, 84:7, 91:9, 146:21

**ordnance** [1] - 8:21

**Organization** [1] - 179:18

**organizations** [1] - 179:16

**orient** [2] - 73:24, 82:24

**original** [2] - 97:12, 144:23

**originally** [3] - 66:21, 197:8, 198:25

**Orion** [1] - 2:7

**OSAC** [1] - 179:19

**Osorio** [1] - 42:20

**otherwise** [4] - 40:11, 87:24, 88:1, 131:10

**ounces** [2] - 32:13, 32:17

**outcome** [1] - 57:23

**outer** [1] - 135:24

**outreach** [1] - 51:8

**outside** [4] - 12:21, 101:25, 197:14, 199:11

**outward** [1] - 96:13

**overall** [1] - 56:8

**overruled** [2] - 91:23, 171:1

**overseas** [3] - 180:19, 180:20, 180:23

**own** [13] - 25:18, 52:4, 54:8, 91:16, 91:22, 153:4, 168:6, 182:25, 197:16, 200:11

**oxidizer** [1] - 110:11

**oxidizers** [1] - 70:14

## P

**P-A-R-R-O-T-T** [1] - 176:9

**p.m** [12] - 131:20, 131:22, 131:23, 132:5, 175:14, 175:23, 187:24, 188:3, 188:4, 188:9, 201:4, 201:10

**pack** [2] - 113:13, 165:4

**package** [7] - 25:5, 39:21, 55:19, 98:7, 115:21, 122:23, 142:17

**packaged** [4] - 30:4, 39:22, 45:1, 67:11

**packages** [1] - 13:17

**packaging** [10] - 16:10, 28:11, 65:19, 65:20, 97:12, 98:7, 98:13, 98:14, 144:10, 147:21

**packet** [3] - 12:18, 12:21

**packing** [1] - 113:13

**packs** [3] - 134:8, 164:22, 165:19

**Page** [3] - 3:2, 3:17, 3:21

**page** [5] - 120:12, 125:25, 153:14, 153:19, 153:22

**palm** [3] - 151:9, 155:7

**palm-size** [1] - 155:7

**panel** [2] - 90:4, 90:5

**pantry** [1] - 23:2

**paper** [2] - 36:24, 181:10

**paperwork** [2] - 27:10, 55:3

**Parrott** [7] - 3:13, 175:17, 175:18, 175:23, 176:8, 188:1, 201:7

**Parrott's** [1] - 126:5

**part** [19] - 9:17, 9:23, 13:23, 51:8, 54:15, 65:8, 101:5, 149:9, 149:12, 156:16, 156:24, 157:14, 164:15, 177:14, 179:20, 179:22, 180:15, 181:8, 196:6

**participate** [6] - 9:14, 12:25, 54:15, 56:1, 57:16, 90:21

**particles** [1] - 185:16

**particular** [22] - 14:2, 21:6, 28:11, 28:23, 28:25, 44:23, 75:6, 78:21, 98:11, 103:7, 108:20, 116:22, 120:9, 170:1, 171:7, 174:20, 182:5, 189:15, 190:5, 193:5, 200:7, 200:13

**particular-size** [1] - 103:7

**partner** [3] - 10:5, 10:8, 33:2

**partnered** [1] - 31:3

**parts** [11] - 48:3, 58:4, 116:6, 120:16, 146:13, 152:12, 153:8, 153:20, 153:23, 175:2, 196:6

**party** [1] - 202:9

**pass** [2] - 141:11, 178:21

**past** [3] - 46:17, 84:9, 191:7

**patent** [1] - 69:14

**patient** [2] - 77:15, 77:25

**pattern** [1] - 170:10

**pause** [17] - 15:20, 21:25, 23:8, 23:22, 42:16, 85:4, 101:12, 108:18, 122:3, 127:22, 139:10, 141:14, 141:18, 166:23, 173:7, 175:19, 188:7

**peak** [1] - 200:12

**peer** [8] - 91:1, 91:3, 91:4, 91:8, 91:11,

91:17, 120:20, 179:10

**pellet** [2] - 102:19, 102:23

**pellets** [5] - 110:24, 111:2, 118:12, 166:12, 166:13

**Pennsylvania** [1] - 1:20

**people** [8] - 51:9, 51:12, 79:1, 79:3, 170:7, 171:4, 176:16, 180:9

**per** [4] - 171:15, 181:7, 193:16

**percent** [2] - 196:16, 196:18

**perception** [1] - 13:9

**perfect** [4] - 127:6, 127:8, 127:12, 131:12

**performed** [4] - 188:25, 192:7, 193:9, 200:1

**perhaps** [11] - 60:23, 65:4, 66:2, 66:18, 73:12, 74:2, 79:4, 106:20, 106:21, 108:2, 122:20

**peril** [1] - 86:16

**period** [4] - 39:5, 39:10, 39:15, 98:13

**permission** [1] - 141:11

**peroxide** [21] - 14:18, 29:21, 32:14, 32:23, 35:5, 37:21, 40:7, 42:1, 97:2, 98:3, 98:18, 99:7, 116:18, 116:19, 117:10, 128:13, 182:1, 196:10, 200:2, 200:4, 200:16

**person** [5] - 91:17, 104:24, 119:11, 150:14, 152:5

**personal** [3] - 70:2, 103:9, 106:23

**personally** [3] - 38:12, 38:15, 199:19

**perspective** [6] - 73:23, 78:22, 80:23, 114:25, 115:16, 181:4

**pH** [8] - 192:18, 192:19, 192:21, 192:22, 193:2, 193:3, 193:4, 194:5

**phase** [2] - 75:5, 190:1

**phenomenon** [1] -

200:6
**Philadelphia** [7] -
47:9, 47:15, 47:16,
48:13, 48:14, 50:18,
56:20
**phone** [4] - 39:12,
56:2, 58:1, 86:20
**photo** [15] - 13:18,
14:12, 21:6, 21:14,
22:16, 23:10, 23:20,
23:23, 34:2, 42:1,
73:20, 74:10, 74:13,
79:17, 107:19
**photograph** [34] -
41:12, 41:18, 41:19,
72:19, 75:10, 76:5,
76:6, 96:24, 100:10,
102:15, 102:18,
103:21, 103:23,
106:5, 106:6,
106:11, 106:23,
108:6, 112:3,
112:13, 112:22,
116:3, 116:17,
116:23, 117:15,
117:22, 118:1,
118:4, 119:8,
128:10, 139:17,
159:20
**photographed** [4] -
97:24, 107:16,
113:3, 122:5
**photographer** [2] -
31:23, 41:13
**photographs** [21] -
18:21, 19:5, 40:21,
65:21, 66:23, 71:7,
71:10, 71:13, 73:3,
83:19, 92:16, 94:14,
94:21, 97:3, 97:8,
97:9, 103:25,
109:25, 115:19,
152:15, 159:15
**photography** [1] -
52:8
**photos** [16] - 14:5,
18:4, 40:24, 72:10,
90:23, 94:7, 94:8,
94:16, 94:17, 94:18,
100:6, 107:6,
111:16, 184:9,
198:14
**physical** [4] - 60:23,
83:18, 139:8, 183:25
**physically** [1] - 15:6
**physicist** [1] - 161:14
**pick** [2] - 162:3,
194:23
**picked** [1] - 155:3
**pickle** [2] - 34:11,

163:11
**picture** [21] - 72:17,
73:14, 78:16, 83:2,
106:11, 110:24,
120:1, 128:2,
128:24, 132:15,
135:12, 135:22,
139:20, 139:23,
160:2, 161:11,
163:16, 173:16,
173:20, 178:5, 178:7
**pictured** [1] - 136:18
**pictures** [11] - 72:7,
72:18, 82:20, 82:23,
120:6, 127:24,
136:11, 147:17,
158:12, 159:16,
173:3
**piece** [3] - 66:17,
127:14, 127:16
**pieces** [2] - 15:15,
49:3
**pink** [1] - 27:4
**pistol** [2] - 102:20,
102:24
**pixels** [1] - 178:6
**place** [13] - 5:11, 27:5,
51:5, 51:12, 51:14,
58:22, 66:5, 74:8,
81:22, 109:4, 114:3,
187:6, 202:5
**placed** [9] - 24:12,
24:13, 25:2, 118:3,
118:5, 175:19,
197:9, 197:19, 198:7
**placing** [1] - 119:24
**plainly** [1] - 94:10
**Plaintiff** [2] - 1:4, 1:15
**plan** [17] - 28:10,
45:15, 49:2, 52:9,
62:5, 62:6, 62:7,
63:3, 63:5, 65:24,
67:3, 67:13, 67:17,
87:16, 98:23,
104:25, 176:19
**plane** [3] - 57:24,
58:17, 64:25
**planes** [1] - 54:9
**plans** [1] - 63:9
**plastic** [20] - 12:19,
22:12, 24:13, 24:15,
26:22, 37:6, 58:10,
80:3, 83:11, 113:23,
119:12, 134:13,
144:25, 148:9,
148:10, 155:10,
186:5, 197:9, 197:17
**plate** [2] - 19:24, 22:8
**play** [8] - 84:17, 86:1,
86:16, 89:12, 90:9,

108:20, 109:12,
147:1
**played** [3] - 89:24,
90:13, 109:13
**playing** [3] - 86:9,
89:14, 165:1
**plenty** [1] - 183:1
**pliers** [1] - 74:17
**plug** [1] - 127:5
**plugged** [1] - 112:23
**PMRs** [1] - 106:23
**point** [18] - 7:18,
10:14, 10:15, 12:24,
25:3, 54:2, 54:22,
71:1, 86:2, 95:6,
107:5, 125:19,
140:3, 177:23,
184:11, 189:19,
194:4, 194:6
**pointer** [5] - 19:7,
19:8, 20:10, 72:8,
106:16
**pointing** [4] - 73:1,
157:25, 158:1,
163:10
**points** [1] - 7:10
**police** [4] - 48:8, 57:9,
58:19, 58:23
**Police** [1] - 8:15
**polish** [10] - 13:14,
78:20, 97:11,
190:21, 190:23,
190:24, 191:4,
191:8, 191:10,
191:19
**pool** [20] - 10:21,
11:13, 23:5, 23:10,
26:6, 26:10, 26:13,
70:11, 70:15, 100:4,
100:5, 129:11,
129:22, 130:6,
130:7, 130:21,
131:5, 132:15,
192:20
**popular** [2] - 76:13,
136:15
**port** [1] - 57:6
**portion** [3] - 84:10,
86:2, 104:7
**position** [8] - 48:16,
48:23, 50:15, 58:18,
72:23, 177:9,
177:18, 177:19
**positioning** [2] -
14:14, 75:6
**positions** [1] - 177:20
**positive** [2] - 194:20,
194:23
**positively** [1] - 195:5
**possessed** [1] - 169:3

**possibility** [1] - 114:6
**possible** [5] - 64:8,
153:12, 158:14,
183:20
**post** [9] - 8:11, 8:14,
9:2, 55:9, 55:12,
55:16, 57:9, 180:14,
180:22
**post-blast** [8] - 8:11,
9:2, 55:9, 55:12,
55:16, 57:9, 180:14,
180:22
**post-bureau** [1] - 8:14
**potential** [9] - 57:23,
62:10, 63:11,
106:13, 110:2,
110:22, 110:25,
115:8, 168:21
**potentially** [10] - 8:8,
62:15, 62:16, 68:2,
115:23, 144:13,
146:15, 146:16,
192:13
**pots** [1] - 19:24
**pour** [4] - 26:20,
160:12, 160:14
**pouring** [3] - 114:4,
160:21, 161:14
**powder** [4] - 26:19,
28:8, 28:24, 194:15
**powders** [1] - 26:15
**power** [18] - 76:20,
76:23, 103:16,
103:17, 104:14,
104:15, 108:25,
110:1, 110:7, 110:9,
143:11, 143:12,
143:13, 145:6,
145:8, 145:15,
145:25, 168:21
**PowerPoint** [13] -
92:4, 92:11, 92:13,
92:16, 94:5, 121:11,
122:9, 124:10,
132:11, 165:22,
165:25, 173:3,
173:17
**PowerPoints** [1] -
94:3
**Poxipol** [1] - 157:6
**practical** [1] - 127:10
**practice** [6] - 60:1,
60:2, 80:25, 108:2,
158:25, 179:25
**practices** [1] - 179:21
**precipitate** [1] -
160:15
**precursor** [11] - 53:9,
115:3, 130:9,
168:18, 177:16,

181:11, 181:12,
181:13, 181:22,
195:22, 196:5
**precursors** [3] -
181:20, 181:24,
181:25
**predictable** [1] - 45:3
**preliminary** [2] - 28:3,
29:19
**prematurely** [1] -
105:1
**prep** [1] - 41:20
**prepare** [4] - 52:16,
90:21, 99:17, 176:23
**prepared** [2] - 52:15,
158:13
**present** [18] - 5:4,
15:17, 24:4, 130:13,
151:18, 152:6,
154:13, 156:21,
168:6, 168:17,
168:19, 185:5,
185:25, 190:5,
190:6, 199:16,
200:5, 200:15
**presented** [1] - 168:9
**presiding** [1] - 5:7
**press** [1] - 107:10
**pressure** [1] - 102:21
**presume** [2] - 5:25,
11:24
**presumptively** [1] -
32:23
**pretty** [7] - 103:6,
125:16, 137:24,
157:13, 162:23,
166:4, 191:21
**previously** [1] - 35:18
**primarily** [3] - 48:7,
176:18, 177:22
**primary** [5] - 69:8,
69:10, 69:17, 96:15,
186:6
**prints** [1] - 66:5
**private** [1] - 51:9
**probative** [1] - 62:24
**problem** [3] - 46:9,
72:21, 94:16
**problems** [1] - 63:18
**procedure** [1] - 185:8
**procedures** [10] -
55:1, 178:22,
178:25, 179:1,
182:16, 182:20,
182:23, 182:25,
183:1, 183:4
**proceed** [12] - 6:15,
23:25, 25:5, 30:16,
38:23, 42:20, 88:14,
89:23, 112:12,

121:2, 167:7, 175:25
**proceedings** [2] - 201:10, 202:5
**process** [26] - 31:24, 54:25, 64:15, 66:7, 67:7, 75:4, 91:4, 97:7, 100:7, 102:2, 133:6, 169:25, 181:18, 184:1, 184:2, 184:3, 184:7, 184:25, 186:4, 189:5, 189:7, 191:15, 197:24, 198:4, 198:9, 198:10
**processes** [1] - 52:7
**produced** [1] - 105:12
**produces** [1] - 104:9
**product** [2] - 13:24, 78:2
**production** [1] - 112:8
**products** [4] - 190:17, 190:18, 195:10, 195:11
**professional** [2] - 50:24, 179:16
**proficient** [1] - 55:22
**program** [3] - 51:20, 55:12, 59:10
**promoted** [4] - 46:16, 46:17, 48:15, 51:16
**proof** [1] - 195:6
**propeller** [1] - 116:7
**propellers** [1] - 116:6
**properly** [4] - 68:15, 69:24, 86:10, 86:17
**property** [3] - 70:2, 103:9, 111:1
**proposal** [1] - 94:24
**Proposed** [5] - 16:14, 16:23, 17:11, 90:20, 92:9
**proposed** [1] - 16:16
**prosecution** [1] - 47:11
**prosecutor** [1] - 130:11
**protect** [1] - 83:15
**protection** [1] - 26:14
**protective** [4] - 9:21, 26:14, 119:11, 119:12
**protocol** [1] - 25:11
**provide** [6] - 28:24, 30:5, 67:17, 100:19, 101:10, 104:13
**provided** [15] - 36:5, 45:23, 48:5, 88:6, 89:4, 89:5, 89:6, 90:15, 94:1, 111:17, 113:3, 114:13,

116:2, 156:25, 183:8
**provider** [1] - 65:5
**providing** [2] - 36:2, 81:9
**provisionally** [3] - 86:3, 86:9, 86:21
**public** [1] - 48:7
**publish** [6] - 17:7, 29:22, 41:2, 72:14, 96:4, 179:7
**published** [2] - 179:2, 179:3
**pull** [2] - 102:22, 187:4
**pulled** [2] - 103:22, 177:21
**punctured** [1] - 137:4
**purity** [1] - 191:17
**purpose** [4] - 13:4, 82:23, 160:10, 169:10
**purposes** [6] - 26:24, 73:16, 94:3, 108:13, 108:15, 152:20
**push** [6] - 102:22, 102:23, 107:9, 145:19, 145:20
**push-button** [1] - 107:9
**pushbutton** [2] - 174:5, 174:9
**pushed** [3] - 13:25, 109:16, 145:16
**put** [38] - 14:1, 24:10, 24:11, 26:15, 26:22, 27:3, 27:6, 27:8, 27:14, 29:18, 31:16, 36:11, 52:12, 60:14, 61:8, 70:24, 77:18, 78:5, 78:7, 79:3, 81:4, 87:24, 88:1, 113:17, 117:3, 118:12, 121:11, 124:9, 126:25, 130:2, 130:25, 133:9, 140:12, 150:7, 150:24, 153:4, 161:10, 189:20
**putting** [2] - 123:5, 140:13

## Q

**qualified** [2] - 52:3, 55:13
**quality** [2] - 45:2, 173:17
**Quantico** [6] - 7:11, 48:16, 51:17, 58:6, 61:14, 176:11

**quantities** [2] - 39:14, 126:15
**quantity** [18] - 41:25, 70:15, 83:5, 97:1, 98:3, 98:18, 99:24, 102:7, 102:22, 103:7, 116:19, 116:21, 116:23, 123:12, 123:17, 123:19, 123:20
**questions** [8] - 30:13, 42:5, 120:24, 137:23, 167:15, 169:16, 172:17, 174:1
**quickly** [2] - 39:17, 39:19
**quite** [4] - 12:23, 40:16, 83:16, 122:1
**quotes** [1] - 4:25

## R

**R-I-G-O-P-O-U-L-O-S** [1] - 43:10
**radiological** [1] - 176:21
**radios** [3] - 106:24, 142:8, 143:2
**raise** [1] - 175:21
**Raleigh** [5] - 3:13, 126:5, 175:16, 175:23, 176:8
**RALEIGH** [1] - 176:9
**Raman** [15] - 185:23, 185:24, 186:2, 186:11, 186:23, 187:10, 188:17, 188:20, 188:25, 192:7, 194:4, 194:6, 200:1, 200:3, 200:8
**ran** [4] - 46:17, 46:18, 56:19, 170:1
**random** [1] - 153:20
**range** [1] - 78:5
**rate** [1] - 102:24
**rather** [3] - 97:24, 116:1, 168:22
**RDR** [4] - 1:24, 1:25, 202:14, 202:15
**re** [1] - 11:17
**reach** [4] - 50:22, 51:15, 71:21, 75:22
**reached** [1] - 200:20
**reaction** [7] - 109:7, 110:10, 110:15, 130:5, 196:4, 196:10
**reacts** [1] - 138:6
**read** [6] - 4:24, 4:24, 13:24, 149:6, 149:9,

149:14
**reader** [1] - 52:14
**readily** [1] - 168:10
**reading** [1] - 14:5
**ready** [8] - 6:1, 35:11, 75:3, 119:18, 143:14, 158:19, 160:4
**real** [1] - 60:2
**realize** [4] - 51:12, 77:24, 87:25, 94:11
**really** [10] - 43:24, 51:5, 55:1, 116:20, 120:5, 158:15, 178:1, 189:17, 193:19, 199:6
**reason** [4] - 52:13, 198:22, 198:24, 198:25
**reasons** [1] - 82:18
**receipt** [1] - 170:13
**receive** [23] - 25:12, 25:21, 25:23, 48:21, 49:2, 51:24, 52:5, 61:16, 62:9, 65:21, 75:4, 98:4, 130:17, 130:20, 158:5, 158:20, 160:4, 161:7, 164:17, 178:13, 183:14, 184:5, 184:18
**Received** [2] - 4:2, 4:12
**received** [27] - 7:14, 9:10, 16:8, 17:2, 18:11, 64:17, 64:21, 67:25, 68:8, 68:19, 69:18, 96:1, 98:4, 108:16, 126:15, 138:18, 139:25, 142:5, 159:5, 159:7, 184:9, 184:20, 184:22, 185:10, 197:20, 197:23
**receiving** [4] - 8:23, 61:20, 126:10, 177:12
**recent** [1] - 191:10
**recently** [3] - 18:21, 37:23, 179:6
**recertification** [1] - 8:2
**recess** [7] - 49:14, 49:18, 131:21, 131:22, 188:2, 188:3, 201:5
**recipe** [1] - 171:12
**recognizable** [1] - 191:3
**recognize** [5] - 15:15,

15:21, 16:15, 17:11, 79:17
**recognized** [2] - 118:14, 191:8
**recollection** [4] - 13:19, 38:10, 156:7, 156:8
**recommend** [1] - 105:15
**recommendation** [1] - 29:6
**recommended** [1] - 191:7
**reconvened** [1] - 31:6
**record** [14] - 4:24, 4:24, 5:11, 15:18, 49:19, 88:4, 88:10, 89:14, 91:20, 95:3, 131:23, 132:2, 167:5, 188:4
**recorded** [1] - 202:6
**recording** [3] - 89:24, 90:13, 109:13
**recordings** [1] - 89:18
**records** [1] - 197:7
**recover** [5] - 38:10, 38:12, 38:15, 38:17, 123:25
**recovered** [21] - 26:2, 56:22, 86:6, 94:9, 117:9, 117:13, 120:2, 121:17, 123:22, 123:24, 124:5, 128:7, 148:9, 148:14, 148:18, 148:21, 148:23, 149:10, 149:14, 149:23, 150:1
**recreationally** [1] - 152:25
**rectifier** [1] - 142:23
**red** [2] - 19:22, 128:3
**redirect** [2] - 38:22, 167:7
**Redirect** [2] - 3:6, 3:11
**REDIRECT** [2] - 38:24, 167:11
**Redstone** [1] - 47:19
**reduced** [1] - 202:6
**reference** [3] - 61:2, 68:13, 125:10
**referenced** [2] - 20:11, 155:23
**references** [1] - 71:6
**referencing** [4] - 13:25, 125:9, 126:6, 126:21
**referring** [4] - 22:3, 25:13, 126:21, 199:12

**reflect** [1] - 4:25
**reflected** [1] - 127:1
**refresh** [3] - 101:10, 101:14, 101:15
**refrigerator** [1] - 20:3
**regard** [1] - 186:9
**regarding** [3] - 69:19, 100:22, 167:19
**regular** [1] - 68:5
**regulated** [1] - 28:21
**regulations** [1] - 199:6
**reiterate** [1] - 75:20
**relate** [1] - 179:17
**related** [23] - 8:25, 13:3, 15:9, 44:5, 61:16, 68:2, 70:12, 116:12, 150:24, 152:9, 152:10, 152:20, 154:2, 177:12, 178:16, 179:4, 179:8, 182:3, 182:23, 183:19, 183:23, 200:22, 202:8
**relates** [2] - 113:6, 170:22
**relation** [2] - 84:2, 115:1
**relationships** [4] - 50:21, 50:22, 51:5, 51:11
**relatively** [1] - 111:3
**relevant** [1] - 14:14
**rely** [1] - 100:21
**relying** [1] - 99:17
**remained** [1] - 39:7
**remains** [3] - 76:19, 132:8, 188:12
**remediate** [1] - 46:9
**remember** [16] - 11:1, 13:23, 14:5, 17:15, 34:1, 34:2, 79:14, 150:5, 152:11, 160:25, 164:15, 187:1, 191:25, 193:11, 200:21
**remembering** [1] - 158:15
**reminded** [2] - 13:20, 14:6
**remote** [6] - 116:4, 148:7, 154:10, 154:16, 156:18, 156:20
**remotes** [2] - 149:10, 155:19
**remove** [3] - 16:10, 101:21, 189:5
**removed** [1] - 140:3
**remover** [7] - 13:14,

78:20, 97:11, 191:4, 191:8, 191:10, 191:19
**removers** [4] - 190:21, 190:22, 190:23, 190:24
**render** [2] - 8:7, 9:24
**rendering** [1] - 9:1
**repackaged** [5] - 98:20, 122:15, 122:17, 123:4, 123:8
**report** [61] - 32:10, 32:13, 32:25, 33:3, 48:24, 52:11, 68:13, 68:14, 68:16, 68:20, 68:21, 83:20, 84:11, 90:22, 90:23, 91:1, 91:10, 91:16, 91:17, 91:25, 99:12, 99:18, 101:8, 101:17, 111:12, 120:9, 120:18, 121:23, 122:4, 124:24, 125:2, 125:3, 125:12, 125:13, 125:25, 126:5, 126:6, 126:10, 130:6, 130:7, 130:12, 142:22, 149:6, 149:9, 149:14, 150:2, 150:14, 150:22, 152:3, 153:8, 153:19, 156:10, 156:24, 177:16, 183:2, 183:9, 185:12, 191:24, 196:25, 199:16, 199:17
**reported** [2] - 122:12, 123:14
**reporter** [2] - 38:14, 159:17
**REPORTER'S** [1] - 4:24
**REPORTERS** [2] - 4:22, 202:1
**reporting** [5] - 47:10, 61:2, 65:8, 66:25, 67:2
**reports** [4] - 61:4, 180:4, 180:6
**repurpose** [1] - 170:17
**request** [1] - 56:4
**requested** [5] - 38:22, 39:8, 54:8, 57:10, 183:7
**requests** [2] - 38:14, 159:17
**required** [4] - 60:15,

72:4, 104:13, 171:16
**requirement** [1] - 55:18
**requiring** [1] - 73:19
**research** [3] - 131:17, 177:24, 200:21
**Reserve** [1] - 44:6
**reserves** [1] - 45:5
**residence** [7] - 9:21, 10:12, 10:13, 70:10, 72:5, 102:16, 180:14
**residue** [3] - 40:14, 179:23, 180:13
**residues** [2] - 177:15, 178:17
**resistance** [1] - 76:22
**resolution** [1] - 178:5
**resources** [1] - 56:3
**respect** [2] - 113:15, 173:24
**respond** [3] - 47:3, 50:9, 59:2
**responded** [4] - 8:11, 56:9, 57:1, 57:5
**Response** [2] - 62:2, 176:14
**response** [2] - 50:18, 77:12
**responsibilities** [3] - 10:8, 50:7
**responsibility** [2] - 29:3, 55:14
**responsible** [5] - 55:14, 65:16, 177:11, 179:25, 180:13
**rest** [1] - 5:22
**result** [8] - 46:4, 188:20, 190:9, 192:12, 192:13, 194:4, 194:7, 200:2
**results** [11] - 61:1, 68:8, 68:11, 68:12, 68:13, 83:18, 91:6, 126:5, 183:5, 185:2, 200:17
**retire** [2] - 131:18, 187:22
**retired** [6] - 7:3, 7:4, 43:19, 47:1, 58:16, 59:15
**retiree** [1] - 59:4
**revealed** [1] - 87:9
**reverse** [1] - 174:15
**review** [15] - 80:9, 84:24, 91:1, 91:3, 91:4, 91:8, 91:13, 91:25, 92:13, 99:9, 101:4, 101:6, 150:14, 156:25,

164:3
**reviewed** [9] - 68:20, 71:13, 91:11, 91:17, 120:20, 124:24, 127:24, 157:4, 179:10
**reviewing** [1] - 122:4
**revolving** [2] - 176:20, 177:25
**rewarding** [1] - 52:20
**ride** [1] - 54:23
**ride-along** [1] - 54:23
**rifle** [2] - 102:20, 102:24
**right-hand** [2] - 16:21, 129:11
**Rigopoulos** [8] - 3:8, 42:12, 42:16, 42:21, 42:24, 43:9, 50:6, 132:14
**rings** [1] - 58:1
**rinse** [1] - 161:6
**rise** [12] - 5:5, 6:3, 49:12, 49:20, 49:23, 131:19, 131:24, 132:4, 187:23, 188:5, 188:8, 201:3
**Riyah** [1] - 5:22
**RIYAH** [1] - 2:2
**RMR** [2] - 1:24, 202:14
**roaring** [1] - 145:17
**role** [13] - 9:19, 10:3, 30:23, 46:24, 56:11, 56:12, 59:3, 59:24, 60:4, 60:8, 60:9, 182:10, 196:2
**rolling** [2] - 53:18, 54:10
**room** [8] - 10:25, 11:1, 11:7, 27:11, 67:9, 131:18, 187:22, 194:15
**rough** [1] - 62:25
**round** [2] - 80:18, 80:19
**rounded** [1] - 37:11
**RPR** [2] - 1:24, 202:14
**rubber** [1] - 161:19
**ruined** [1] - 66:7
**rules** [3] - 58:22, 91:8, 182:25
**ruling** [1] - 95:9
**run** [2] - 179:23, 189:9
**ruptures** [1] - 71:2
**Rural** [1] - 45:22

**S**

**S/Christin** [1] - 202:13
**S/Leann** [1] - 202:13

**SABT** [1] - 50:8
**safe** [14] - 8:7, 9:1, 9:24, 26:21, 46:1, 47:5, 47:7, 49:5, 59:3, 59:6, 63:14, 63:20, 65:18, 109:16
**safety** [6] - 28:5, 29:15, 48:7, 49:4, 65:14, 97:7
**SAIMA** [1] - 1:15
**Saima** [1] - 5:13
**Salaam** [1] - 57:1
**salt** [6] - 181:17, 194:13, 194:14, 194:16, 194:17, 194:25
**sample** [28] - 26:15, 32:5, 40:15, 97:16, 97:21, 117:11, 118:22, 124:3, 124:4, 185:14, 185:21, 185:23, 186:1, 186:8, 186:9, 187:11, 189:23, 192:2, 192:3, 192:4, 193:1, 193:5, 193:9, 193:20, 193:22, 198:21, 199:23, 200:7
**samples** [9] - 26:3, 26:5, 26:8, 26:9, 29:6, 32:6, 32:11, 178:18, 198:20
**sampling** [2] - 32:2, 177:2
**sandpaper** [1] - 113:20
**Saudi** [1] - 44:19
**saw** [34] - 11:25, 13:8, 13:11, 13:12, 13:18, 14:6, 14:12, 15:8, 18:3, 23:5, 33:9, 33:12, 35:3, 35:13, 42:2, 42:3, 51:14, 54:5, 73:12, 77:13, 83:18, 98:17, 112:13, 115:2, 117:21, 118:6, 118:7, 118:14, 122:15, 128:2, 138:21, 148:5, 153:7
**saws** [1] - 112:13
**scale** [2] - 190:4, 193:3
**scatter** [1] - 187:14
**scenario** [2] - 13:21, 14:10
**scene** [4] - 54:21, 176:24, 180:12, 180:14

**scenes** [1] - 176:21

**scheme** [1] - 57:21

**school** [10] - 7:16, 43:25, 44:1, 44:2, 47:18, 47:21, 47:22, 48:9, 186:22, 193:11

**School** [1] - 7:17

**Science** [1] - 179:20

**science** [3] - 45:12, 178:11, 179:21

**scientific** [3] - 52:24, 53:1, 91:4

**Scientific** [2] - 176:14, 179:18

**scientist** [1] - 183:25

**scientists** [2] - 40:18, 176:23

**scissors** [6] - 117:19, 119:3, 141:15, 163:18, 163:20

**scope** [2] - 56:14, 170:21

**scores** [1] - 55:11

**SCR** [5] - 143:5, 143:7, 144:2, 144:3, 144:17

**screen** [4] - 19:9, 72:9, 78:13, 78:15

**screening** [1] - 28:3

**screenshots** [1] - 160:7

**screw** [5] - 24:12, 26:17, 27:2, 27:5, 29:11

**screw-top** [4] - 24:12, 26:17, 27:5, 29:11

**screws** [2] - 166:15, 166:19

**se** [1] - 171:15

**seal** [3] - 24:11, 24:13, 31:20

**sealed** [11] - 10:20, 23:17, 23:18, 26:11, 26:18, 26:22, 26:23, 67:11, 184:23, 197:9, 197:17

**search** [27] - 9:14, 9:15, 9:23, 12:25, 13:2, 13:23, 30:24, 40:3, 40:20, 41:15, 70:9, 70:16, 116:19, 117:6, 117:9, 117:11, 117:12, 117:18, 117:20, 117:23, 119:13, 119:16, 119:18, 127:25, 148:14, 149:4, 159:21

**searched** [1] - 72:5

**searches** [1] - 78:10

**seated** [14] - 5:8, 6:6, 6:14, 42:19, 42:25, 50:1, 50:2, 85:11, 132:6, 132:7, 175:24, 188:10, 188:11

**second** [2] - 64:14, 109:4

**seconds** [2] - 87:17, 89:13

**section** [3] - 130:7, 150:22, 150:25

**Section** [1] - 1:19

**secured** [1] - 25:2

**see** [113] - 12:1, 12:10, 20:3, 21:1, 22:2, 22:10, 23:2, 31:18, 36:16, 36:19, 37:3, 38:17, 41:17, 54:24, 55:2, 58:7, 59:24, 60:16, 61:3, 61:4, 66:2, 66:11, 71:7, 71:23, 72:17, 73:2, 73:3, 73:16, 75:3, 75:10, 75:17, 76:6, 76:12, 77:4, 77:5, 78:15, 78:20, 80:3, 81:1, 81:16, 82:7, 82:9, 82:20, 83:2, 83:3, 83:9, 83:12, 83:16, 84:5, 84:22, 94:23, 98:8, 99:12, 106:12, 107:20, 107:24, 108:6, 108:21, 109:18, 111:20, 112:17, 113:8, 116:3, 116:21, 119:2, 119:10, 120:5, 121:19, 121:21, 121:22, 124:17, 125:13, 125:25, 128:18, 128:20, 135:21, 135:22, 139:20, 140:23, 141:2, 142:23, 143:3, 143:22, 149:19, 150:2, 151:13, 151:23, 153:10, 153:18, 154:6, 155:22, 158:1, 160:2, 170:11, 170:13, 173:9, 173:11, 174:14, 186:12, 186:13, 186:18, 187:5, 187:17, 194:17, 195:14, 195:19, 195:20, 199:15, 201:7

**seeing** [5] - 14:4, 14:5, 60:1, 69:21, 97:8

**seize** [4] - 34:18, 34:19, 34:20, 34:22

**seized** [17] - 14:25, 15:3, 15:5, 15:6, 15:9, 15:12, 24:4, 24:6, 24:8, 25:20, 33:20, 33:22, 34:16, 39:2, 39:6, 63:22, 94:15

**seizing** [1] - 15:6

**semiconductor** [2] - 143:17, 143:20

**send** [13] - 27:10, 28:5, 28:7, 28:10, 28:16, 30:5, 32:2, 48:2, 48:8, 48:11, 97:20, 97:22, 123:6

**sending** [2] - 32:6, 67:5

**Senegal** [1] - 8:18

**senior** [1] - 62:1

**sense** [3] - 147:13, 174:25, 196:6

**sensitive** [5] - 69:11, 69:15, 76:24, 110:14, 138:2

**sensitivity** [3] - 138:6, 138:9, 189:2

**sensitize** [1] - 51:8

**sensors** [1] - 178:4

**sent** [26] - 27:9, 28:9, 39:19, 62:4, 64:15, 67:14, 68:4, 68:7, 97:4, 100:12, 107:16, 120:17, 120:18, 121:20, 121:21, 129:21, 130:17, 182:13, 183:10, 183:19, 183:22, 184:4, 185:14, 192:2, 197:8, 198:20

**separate** [9] - 66:20, 67:21, 75:9, 91:14, 107:22, 127:16, 167:18, 190:2

**separated** [2] - 159:12, 159:13

**separates** [1] - 189:25

**separation** [1] - 194:22

**September** [1] - 45:11

**series** [2] - 109:9, 116:11

**serves** [1] - 45:22

**service** [4] - 45:23, 45:24, 47:3, 56:1

**services** [1] - 57:10

**session** [4] - 5:7, 49:22, 132:1, 188:6

**set** [11] - 35:1, 50:20, 51:2, 69:10, 109:4, 130:19, 146:24, 174:17, 182:25, 191:2, 202:5

**sets** [1] - 8:4

**setting** [1] - 90:1

**several** [11] - 12:17, 13:15, 48:9, 54:14, 62:14, 113:2, 113:23, 160:7, 179:15, 180:17, 182:18

**Shabaab** [2] - 58:20

**shadow** [1] - 54:20

**shape** [1] - 26:16

**shaped** [1] - 27:2

**share** [1] - 62:4

**sharp** [2] - 59:23, 60:4

**Sharper** [1] - 155:6

**shelf** [10] - 11:15, 14:19, 14:20, 30:1, 40:22, 75:25, 76:2, 78:21, 82:16, 83:1

**shells** [1] - 22:25

**shelves** [1] - 75:18

**shift** [1] - 46:17

**shifts** [1] - 46:18

**shine** [1] - 187:15

**ship** [4] - 27:13, 39:1, 39:16, 198:6

**shipment** [3] - 184:7, 198:4, 198:9

**shipped** [7] - 27:8, 39:6, 39:14, 40:5, 183:17, 197:20

**shipping** [4] - 26:24, 27:9, 28:14, 199:7

**ships** [1] - 65:4

**shock** [16] - 23:5, 23:10, 26:6, 69:12, 70:11, 70:15, 76:25, 100:5, 110:14, 129:22, 130:6, 130:7, 130:21, 131:5, 132:15, 138:7

**shone** [1] - 187:15

**shoot** [2] - 27:23, 187:11

**shooting** [1] - 54:2

**shot** [1] - 12:15

**shots** [1] - 73:15

**shoulder** [1] - 55:22

**show** [19] - 16:10, 19:5, 59:5, 71:10, 72:7, 73:3, 78:5, 79:15, 84:12, 86:6, 87:17, 87:18, 87:19,

107:19, 117:8, 121:24, 125:15, 139:12, 200:3

**showed** [3] - 55:3, 80:24, 188:20

**showing** [6] - 82:23, 87:15, 90:3, 109:25, 110:20, 116:18

**shows** [9] - 66:2, 75:8, 117:4, 119:15, 119:17, 119:23, 120:2, 174:23, 178:8

**shrapnel** [1] - 166:1

**sic** [1] - 82:25

**sic]** [2] - 76:5, 127:21

**side** [10] - 19:4, 21:20, 58:3, 94:15, 106:15, 129:11, 161:11, 198:7

**side-by-side** [1] - 94:15

**sidebar** [3] - 85:13, 87:2, 92:25

**sided** [1] - 37:8

**sides** [1] - 161:17

**sign** [1] - 67:10

**signature** [1] - 200:15

**signatures** [2] - 186:17, 186:18

**signed** [1] - 91:10

**significance** [2] - 83:2, 113:6

**significant** [13] - 21:21, 71:16, 72:12, 72:19, 74:14, 80:22, 81:18, 82:3, 112:7, 114:16, 115:15, 118:6, 180:7

**silicon** [1] - 142:23

**silicon-controlled** [1] - 142:23

**silver** [1] - 80:18

**similar** [11] - 14:10, 17:5, 18:25, 112:19, 133:13, 134:6, 144:16, 181:15, 192:6, 197:11, 199:24

**similarities** [1] - 117:8

**simple** [2] - 53:15, 194:12

**simply** [1] - 184:3

**simultaneously** [1] - 89:15

**single** [8] - 156:1, 180:5, 185:16, 185:18, 187:12, 192:6, 197:1, 199:25

**single-layer** [4] - 185:18, 192:6,

197:1, 199:25
**sit** [2] - 74:8, 128:15
**sitting** [3] - 12:21, 18:4, 19:24
**situated** [1] - 197:17
**situation** [2] - 47:24, 77:13
**situations** [2] - 44:17, 52:15
**six** [4] - 105:21, 134:9, 176:16, 177:20
**size** [9] - 12:15, 15:24, 16:19, 80:15, 103:6, 103:7, 151:10, 155:7, 166:10
**sizes** [1] - 112:7
**skill** [1] - 8:4
**skills** [3] - 8:3, 48:11, 52:21
**SLAVIN** [7] - 1:18, 5:18, 175:16, 176:1, 176:3, 188:15, 188:16
**Slavin** [5] - 3:14, 5:15, 175:25, 188:14, 200:18
**slide** [71] - 21:14, 96:5, 96:7, 96:21, 99:20, 99:23, 100:9, 102:12, 102:13, 103:11, 103:18, 103:20, 105:18, 106:1, 106:3, 107:7, 107:20, 108:9, 109:22, 110:17, 110:21, 111:9, 111:16, 113:8, 114:11, 114:18, 115:10, 115:24, 116:8, 116:14, 116:25, 118:16, 118:24, 119:7, 119:8, 119:14, 119:15, 119:21, 119:22, 120:11, 124:15, 126:11, 126:21, 126:23, 126:25, 127:1, 128:22, 129:8, 130:25, 131:12, 132:12, 132:23, 135:8, 139:7, 139:17, 141:19, 142:2, 147:15, 149:19, 150:20, 154:4, 155:16, 157:1, 162:9, 163:14, 163:25, 174:4, 174:8, 174:16
**slides** [2] - 116:11,

122:9
**small** [29] - 12:14, 26:3, 26:4, 26:16, 26:21, 29:6, 40:15, 53:11, 53:12, 55:24, 57:13, 57:20, 57:21, 57:23, 77:21, 80:15, 84:16, 103:4, 103:6, 111:3, 112:9, 112:13, 115:18, 115:20, 115:21, 117:19, 155:9
**small-size** [1] - 80:15
**smaller** [4] - 97:21, 154:21, 173:12, 173:14
**smallest** [1] - 56:6
**smell** [1] - 191:21
**smidge** [1] - 43:21
**smooth** [2] - 51:5, 113:21
**so..** [5] - 37:11, 54:12, 74:6, 103:17, 153:3
**soccer** [1] - 165:1
**social** [2] - 45:12
**sodium** [4] - 194:14, 194:19, 194:25
**solder** [2] - 12:5, 74:20, 152:16
**soldering** [6] - 12:4, 12:5, 74:19, 152:16, 152:21, 153:2
**solid** [3] - 28:8, 28:11, 185:16
**solids** [1] - 27:22
**solution** [9] - 97:14, 186:12, 189:20, 192:19, 192:20, 192:24, 194:18, 194:19, 200:4
**solutions** [2] - 193:6, 194:24
**solvent** [2] - 189:16, 190:13
**solvents** [1] - 190:20
**Somali** [3] - 8:15, 58:19, 58:21
**Somalia** [2] - 58:17, 59:10
**someone** [19] - 45:24, 46:7, 53:12, 55:21, 64:4, 71:19, 91:5, 91:22, 108:1, 108:23, 122:11, 145:13, 151:23, 170:13, 170:16, 171:11, 171:14, 174:11
**sometimes** [7] - 62:19, 63:17, 65:3,

114:4, 184:20, 193:7, 193:8
**somewhere** [2] - 53:16, 137:18
**sorry** [24] - 17:25, 20:19, 21:5, 23:6, 37:12, 41:3, 41:8, 41:19, 75:15, 76:4, 82:6, 86:25, 88:3, 90:21, 112:4, 132:12, 138:14, 149:19, 149:22, 154:8, 159:18, 186:11, 189:12
**sort** [15] - 7:10, 19:21, 20:13, 21:7, 21:8, 29:10, 46:3, 65:9, 67:5, 147:14, 183:3, 184:10, 191:6, 192:19, 193:3
**sorts** [2] - 73:3, 74:15
**sound** [2] - 146:11, 147:1
**sounds** [4] - 134:12, 161:3, 189:11
**source** [13] - 35:8, 35:22, 70:19, 103:16, 104:15, 108:25, 110:9, 143:11, 145:6, 145:8, 145:15, 168:21, 195:20
**sourced** [1] - 70:18
**sources** [4] - 71:6, 103:17, 110:1, 110:7
**sourcing** [1] - 170:12
**SOUTHERN** [1] - 1:2
**space** [1] - 118:12
**spare** [2] - 12:19, 141:2
**spatulas** [1] - 26:15
**speaker** [5] - 80:19, 106:9, 107:14, 107:24, 174:20
**speaking** [1] - 183:10
**Special** [4] - 61:24, 63:21, 67:25, 86:4
**special** [11] - 32:22, 43:20, 47:1, 47:12, 47:14, 47:17, 50:8, 50:9, 55:1, 189:5, 189:20
**specialist** [1] - 170:22
**specialized** [1] - 67:22
**species** [3] - 194:10, 195:4, 195:5
**specific** [19] - 52:9, 66:17, 67:12, 69:7, 76:1, 94:16, 111:23, 168:13, 170:19,

171:11, 171:15, 172:12, 182:16, 188:19, 191:4, 191:17, 199:12, 199:15
**specifically** [12] - 24:5, 29:5, 40:12, 63:7, 65:22, 68:24, 71:25, 73:17, 111:22, 190:23, 196:3, 198:17
**specifics** [1] - 82:24
**spectra** [2] - 27:24, 200:14
**spectrometer** [3] - 188:25, 190:3, 192:7
**spectrometry** [2] - 179:9, 189:10
**spectroscopy** [11] - 185:24, 186:2, 186:11, 186:23, 187:10, 188:18, 188:20, 200:1, 200:3, 200:8
**speculation** [1] - 170:20
**speed** [2] - 96:14, 102:24
**speeds** [1] - 111:6
**spell** [3] - 6:21, 43:7, 176:6
**spelling** [1] - 176:8
**spent** [2] - 56:10, 169:15
**spices** [1] - 19:20
**spill** [2] - 46:7, 114:5
**spillage** [2] - 198:23, 199:2
**spilled** [1] - 158:24
**spilling** [2] - 114:3, 114:9
**spinning** [1] - 113:18
**split** [2] - 31:5, 184:20
**spools** [3] - 105:21, 105:23, 141:24
**spot** [1] - 6:25
**Spotsylvania** [1] - 59:19
**spray** [2] - 20:13, 22:25
**spring** [4] - 187:3, 187:6, 187:14, 187:17
**sprinkle** [1] - 194:16
**squad** [5] - 53:13, 59:2, 67:20, 77:10, 138:12
**squads** [1] - 48:10
**squeeze** [7] - 19:21, 19:22, 20:12, 31:13,

113:23, 114:6, 159:1
**staff** [4] - 59:21, 122:12, 131:16, 200:25
**stainless** [2] - 197:12, 197:19
**stairstep** [1] - 96:17
**stand** [9] - 12:5, 42:15, 42:17, 71:21, 72:20, 72:24, 74:14, 85:8, 175:19
**standard** [4] - 178:25, 182:20, 185:8, 190:7
**standing** [3] - 42:14, 72:21, 85:7
**stands** [1] - 168:6
**start** [24] - 15:19, 26:10, 26:13, 44:8, 53:14, 53:17, 58:2, 58:6, 59:7, 66:8, 77:19, 117:10, 124:15, 131:14, 157:3, 161:14, 184:24, 185:5, 185:10, 185:24, 196:5, 196:10, 198:8
**start-up** [1] - 26:10
**started** [5] - 44:9, 54:9, 66:24, 122:24, 192:8
**starting** [2] - 5:11, 64:14
**starts** [1] - 190:1
**state** [4] - 6:21, 43:7, 50:17, 51:7
**statement** [1] - 86:12
**statements** [1] - 87:10
**STATES** [3] - 1:1, 1:3, 1:10
**States** [12] - 1:11, 5:5, 5:10, 5:14, 5:15, 8:2, 44:3, 47:22, 48:10, 49:20, 59:11, 131:24
**station** [1] - 46:17
**stations** [1] - 46:18
**stay** [2] - 29:14, 66:5
**stayed** [1] - 59:9
**stays** [1] - 6:25
**steel** [3] - 27:1, 197:12, 197:19
**stenographic** [1] - 202:8
**stenographically** [1] - 202:6
**step** [11] - 36:7, 42:7, 49:16, 81:7, 88:9, 147:10, 175:12, 185:9, 187:25
**step-by-step** [1] - 36:7
**Stephen** [5] - 3:3, 6:8,

6:13, 6:23, 61:24
**stepped** [1] - 174:11
**steps** [7] - 11:25, 12:1, 12:2, 84:7, 111:23, 171:16, 185:2
**sterile** [1] - 26:15
**stick** [2] - 66:5, 112:23
**sticks** [6] - 78:24, 79:8, 81:21, 113:11, 113:13
**still** [7] - 47:25, 98:16, 98:24, 110:11, 140:5, 144:10, 147:20
**stimulate** [1] - 143:11
**stirring** [1] - 113:13
**Stockholm** [1] - 104:19
**stool** [1] - 74:7
**stop** [4] - 46:9, 49:8, 77:22, 200:18
**stopping** [1] - 79:24
**stopwatch** [1] - 77:19
**storage** [2] - 24:20, 39:7
**Store** [1] - 163:1
**store** [4] - 24:18, 147:5, 162:25, 166:5
**stored** [1] - 30:1
**stored-up** [1] - 30:1
**stores** [1] - 163:7
**stove** [5] - 19:4, 19:24, 20:7, 21:20, 36:20
**stovetop** [1] - 36:19
**straight** [3] - 37:8, 37:10, 37:12
**straight-sided** [1] - 37:8
**street** [1] - 172:11
**Street** [3] - 1:16, 2:3, 2:7
**stretch** [4] - 42:14, 42:15, 85:7, 85:9
**Stretch** [2] - 42:18, 85:10
**strictly** [1] - 196:9
**string** [1] - 104:11
**stringent** [2] - 28:14, 28:17
**strip** [1] - 192:21
**strippers** [1] - 12:8
**strips** [1] - 129:14
**strong** [4] - 157:13, 182:1, 194:5, 196:12
**structure** [1] - 196:8
**stuck** [2] - 133:17, 140:7
**students** [3] - 55:15, 77:17, 78:3
**studies** [1] - 45:13

**stuff** [28] - 32:5, 33:12, 37:2, 78:1, 94:5, 94:7, 124:13, 129:14, 129:24, 136:3, 137:5, 137:20, 138:25, 140:9, 148:3, 148:17, 148:25, 149:10, 150:24, 153:6, 158:12, 159:2, 160:21, 161:6, 161:14, 169:23, 193:12, 198:19
**style** [1] - 54:25
**subcommittee** [1] - 179:22
**subject** [4] - 86:4, 86:10, 91:1, 95:4
**subject's** [1] - 180:14
**submissions** [1] - 65:2
**submit** [2] - 47:9, 55:19
**submitted** [14] - 38:2, 91:25, 114:20, 115:12, 122:5, 136:20, 143:3, 151:19, 156:18, 169:13, 182:7, 183:13, 183:15
**subsample** [2] - 97:17, 97:22
**subsampled** [1] - 24:17
**subsamples** [1] - 27:14
**subsampling** [1] - 25:5
**subsequent** [3] - 86:13, 87:15, 95:5
**substance** [2] - 28:24, 137:25
**substantially** [1] - 17:4
**substantive** [2] - 92:21, 94:12
**substantively** [1] - 95:7
**successful** [1] - 51:3
**sufficient** [1] - 168:10
**sugar** [1] - 181:17
**suggested** [1] - 88:5
**suicide** [3] - 104:19, 146:19, 174:13
**Suite** [3] - 1:16, 1:20, 2:7
**sulfate** [1] - 195:3
**sulfuric** [25] - 97:15, 99:7, 117:13,

128:24, 129:6, 164:9, 164:11, 171:19, 171:23, 172:2, 192:14, 195:7, 195:8, 195:19, 195:20, 195:21, 196:1, 196:2, 196:3, 196:6, 196:10, 196:12, 196:14, 196:16, 196:20
**Sunday** [1] - 58:17
**Super** [2] - 79:12, 81:16
**super** [5] - 66:4, 155:10, 166:18, 199:3
**supervise** [2] - 176:16, 176:17
**supervisor** [2] - 48:15, 184:12
**supervisory** [2] - 47:1, 176:13
**supplies** [2] - 21:6, 177:2
**supplying** [1] - 176:24
**supporting** [1] - 116:5
**supposed** [1] - 184:5
**suppression** [1] - 45:23
**surfaces** [1] - 62:25
**surprised** [2] - 63:15, 63:16
**surrounded** [1] - 104:23
**suspect** [1] - 54:3
**suspected** [6] - 24:5, 27:17, 37:21, 40:7, 42:1, 177:12
**sustain** [1] - 59:22
**swearing** [1] - 42:20
**Sweden** [1] - 104:20
**Swedes** [1] - 105:5
**sweep** [4] - 10:18, 11:17, 11:19, 18:14
**sweeps** [1] - 9:21
**switch** [35] - 79:23, 81:3, 81:4, 81:6, 81:7, 103:16, 107:1, 107:7, 107:9, 107:20, 108:25, 109:3, 109:5, 109:16, 145:21, 146:2, 146:23, 147:4, 147:5, 147:9, 174:4, 174:5, 174:8, 174:9, 174:10, 174:16, 185:8
**switched** [1] - 191:11
**switches** [36] - 64:15,

79:10, 79:18, 79:20, 79:21, 80:7, 80:10, 80:15, 81:2, 81:11, 81:14, 103:16, 104:14, 106:3, 106:8, 106:12, 106:13, 107:5, 109:1, 109:19, 142:4, 142:6, 144:14, 145:22, 145:24, 146:18, 168:21, 173:25, 174:1, 174:4, 174:5, 174:18, 175:4
**sworn** [5] - 6:10, 6:13, 42:13, 42:24, 175:23
**Syma** [2] - 154:6, 154:10
**synthesis** [6] - 113:10, 181:14, 195:22, 195:23, 195:25, 196:19
**syringe** [5] - 58:10, 73:13, 82:15, 82:21, 112:17, 113:14, 117:17, 119:1, 119:2
**syringes** [2] - 79:2, 79:3
**system** [12] - 52:8, 60:13, 79:11, 79:21, 80:2, 80:22, 103:13, 103:14, 105:24, 110:3, 168:21, 189:24
**systems** [1] - 183:16

---

## T

**TABLE** [1] - 3:1
**table** [20] - 12:3, 12:12, 12:22, 13:11, 13:12, 16:1, 16:21, 20:3, 33:10, 33:12, 73:7, 74:24, 90:5, 135:18, 155:22, 194:13, 194:15, 194:16, 194:17
**tables** [1] - 12:4
**talkies** [5] - 13:17, 142:9, 144:17, 144:21, 147:24
**Tanzania** [1] - 57:1
**tap** [3] - 76:16, 104:7, 140:17
**tape** [7] - 82:6, 82:7, 82:9, 113:16, 128:19, 177:21
**taped** [1] - 184:24
**target** [3] - 111:1, 111:4, 111:5

**Tarot** [1] - 153:20
**task** [1] - 51:2
**Task** [1] - 179:24
**TATP** [49] - 14:17, 35:3, 35:7, 35:11, 35:17, 35:18, 69:2, 69:3, 69:7, 69:14, 70:3, 75:12, 76:24, 78:22, 79:3, 84:4, 84:7, 86:20, 99:10, 99:13, 112:18, 113:10, 124:18, 127:6, 130:3, 131:1, 137:24, 138:3, 138:10, 138:12, 138:14, 168:18, 171:23, 171:24, 172:2, 180:24, 180:25, 181:2, 181:3, 181:9, 181:24, 181:25, 191:14, 195:23, 196:2, 196:3, 196:7, 196:8, 196:19
**taught** [1] - 188:17
**teach** [4] - 14:9, 77:11, 108:23, 181:5
**teacher** [1] - 45:13
**team** [6] - 5:16, 5:23, 9:23, 56:13, 56:19, 62:1
**Team** [1] - 62:2
**teams** [3] - 59:21, 59:22, 77:12
**Tech** [1] - 68:1
**tech** [5] - 8:6, 13:10, 15:5, 47:16, 47:18
**technical** [1] - 91:6
**technically** [1] - 46:12
**technician** [23] - 7:19, 7:22, 7:25, 8:9, 9:7, 9:9, 9:20, 46:6, 47:2, 47:3, 49:1, 50:8, 50:9, 58:4, 59:20, 65:14, 65:15, 67:1, 67:8, 97:18, 98:6, 98:22, 123:14
**Technician** [1] - 61:24
**technicians** [6] - 8:1, 13:22, 47:21, 55:15, 58:19, 62:1
**technique** [4] - 66:16, 189:25, 194:7, 194:23
**technologies** [1] - 8:5
**Technology** [1] - 179:21
**techs** [3] - 14:10, 30:24, 48:2
**ten** [10] - 45:21, 47:8,

47:15, 47:16, 77:19, 77:22, 78:3, 177:24, 181:7, 188:2
**tend** [1] - 186:17
**Tennessee** [2] - 45:10, 45:23
**term** [10] - 12:3, 45:1, 50:24, 54:23, 70:20, 71:21, 103:3, 116:6, 121:18, 179:19
**terminates** [1] - 80:1
**terminology** [2] - 8:19, 105:22
**terms** [6] - 103:2, 143:8, 185:6, 195:10, 195:15, 196:19
**terrorist** [6] - 58:20, 70:12, 70:18, 71:6, 171:14, 191:7
**terrorists** [1] - 59:7
**test** [18] - 28:2, 29:19, 29:20, 129:14, 185:22, 188:24, 188:25, 189:1, 192:4, 192:17, 192:18, 193:2, 193:10, 193:18, 193:24, 194:5, 199:23
**tested** [2] - 56:22, 123:9
**testified** [5] - 46:19, 83:17, 123:16, 179:12, 180:21
**testify** [9] - 52:14, 52:15, 86:13, 86:19, 87:18, 87:21, 88:6, 158:13, 177:17
**testimony** [11] - 42:6, 86:18, 91:21, 94:3, 95:6, 170:22, 173:25, 175:11, 179:1, 179:13, 180:22
**testing** [1] - 39:9
**tests** [9] - 178:20, 178:21, 178:24, 183:5, 185:20, 186:16, 190:7, 192:15, 193:1
**THE** [96] - 5:5, 5:17, 5:24, 6:3, 6:5, 6:10, 6:11, 6:14, 6:15, 16:6, 17:1, 17:24, 18:1, 18:9, 23:25, 30:15, 38:6, 38:15, 38:21, 42:6, 42:8, 42:10, 42:13, 42:19, 42:22, 42:23, 42:25,

49:8, 49:11, 49:12, 49:14, 49:16, 49:17, 49:20, 49:23, 49:25, 72:23, 72:25, 85:7, 85:11, 85:14, 86:12, 86:23, 87:1, 87:14, 88:2, 88:8, 88:14, 89:1, 89:16, 90:3, 90:4, 90:7, 90:12, 91:18, 91:23, 92:23, 93:1, 94:22, 95:2, 95:8, 96:2, 108:15, 121:1, 131:8, 131:13, 131:19, 131:21, 131:24, 132:2, 132:4, 132:6, 141:13, 153:15, 159:19, 166:22, 167:5, 170:24, 175:11, 175:13, 175:15, 175:18, 175:21, 175:24, 175:25, 187:20, 187:23, 187:25, 188:5, 188:8, 188:10, 200:18, 201:3, 201:5, 201:7, 201:9
**theater** [2] - 54:2, 54:4
**themselves** [10] - 60:19, 60:21, 61:7, 62:14, 67:9, 70:17, 71:4, 178:17, 182:22, 184:13
**Theodore** [1] - 1:11
**theoretical** [8] - 99:13, 99:14, 124:18, 126:18, 126:20, 127:4, 127:9, 127:14
**thick** [1] - 29:12
**thin** [2] - 76:18, 76:22
**thinks** [1] - 28:1
**third** [1] - 97:24
**thorough** [1] - 52:19
**thousand** [2] - 180:4, 180:6
**threat** [1] - 178:1
**threats** [2] - 176:25
**three** [19] - 8:1, 11:2, 16:4, 16:16, 26:11, 26:12, 65:2, 77:6, 78:12, 78:14, 99:4, 99:6, 100:10, 129:23, 134:9, 136:19, 136:20, 157:25
**throughout** [1] - 9:10
**tied** [2] - 107:23, 115:4
**timer** [2] - 106:19, 148:1

**timers** [6] - 12:20, 34:4, 34:5, 34:6, 144:5
**tiny** [1] - 151:7
**tip** [1] - 128:3
**tips** [2] - 134:25, 135:2
**title** [2] - 46:25, 47:2
**titles** [1] - 46:25
**TNT** [1] - 196:1
**toaster** [1] - 22:7
**today** [7] - 47:25, 65:6, 84:25, 87:16, 123:16, 128:2, 200:19
**together** [21] - 12:4, 48:3, 60:20, 61:8, 63:2, 64:25, 65:23, 75:24, 81:25, 104:14, 107:21, 107:22, 107:23, 112:25, 113:17, 117:3, 123:6, 134:13, 140:7, 153:4, 159:25
**tomatoes** [1] - 20:14
**tomorrow** [1] - 201:7
**took** [14] - 24:18, 32:10, 39:1, 40:4, 48:15, 54:14, 55:13, 58:17, 101:25, 117:11, 139:16, 139:20, 151:24, 199:24
**tool** [7] - 53:3, 62:16, 66:18, 90:16, 112:14, 113:13
**tools** [3] - 45:4, 152:8, 152:10
**top** [32] - 12:7, 12:18, 17:17, 18:4, 19:24, 24:12, 26:17, 27:2, 27:4, 27:5, 29:11, 55:17, 106:15, 107:7, 110:24, 111:20, 112:13, 112:22, 115:19, 117:10, 118:21, 118:25, 137:19, 144:6, 150:11, 154:8, 157:3, 158:16, 160:14, 187:5, 187:6
**topic** [1] - 98:15
**tops** [1] - 196:17
**total** [1] - 176:16
**totality** [2] - 35:13, 115:2
**tote** [5] - 148:10, 148:11, 148:12, 149:11, 149:12

**towards** [4] - 187:7, 187:8
**towel** [1] - 36:24
**town** [1] - 50:16
**toy** [2] - 145:17, 174:23
**toys** [1] - 175:3
**train** [1] - 59:21
**trained** [12] - 27:12, 44:12, 44:14, 44:17, 54:20, 55:23, 59:5, 60:6, 65:16, 171:11, 171:14, 179:14
**trainee** [1] - 54:19
**trainees** [3] - 133:2, 133:16, 133:22
**training** [48] - 7:11, 7:24, 7:25, 8:10, 8:12, 8:22, 8:23, 13:21, 14:22, 35:1, 35:20, 43:11, 46:12, 47:22, 48:5, 51:24, 52:1, 52:4, 52:16, 52:19, 54:13, 54:16, 54:18, 54:23, 55:6, 55:14, 55:18, 57:8, 59:20, 69:22, 73:15, 77:24, 91:5, 133:1, 133:9, 133:11, 170:25, 171:10, 177:2, 177:9, 178:13, 178:14, 178:18, 179:1, 180:25, 181:4, 181:5
**trainings** [1] - 176:22
**transcribed** [1] - 4:24
**transcript** [3] - 117:4, 160:25, 202:7
**Transcript** [1] - 1:24
**transcription** [1] - 202:7
**transfer** [4] - 7:14, 40:8, 40:13, 114:2
**transferred** [1] - 98:22
**transforms** [1] - 181:19
**transitioned** [1] - 56:15
**translated** [2] - 84:5, 89:19
**translation** [5] - 84:22, 84:24, 89:6, 89:14, 157:4
**translators** [1] - 84:5
**transportation** [1] - 65:5
**Transportation** [1] - 198:6
**traps** [1] - 44:4
**traveled** [1] - 54:24

**treat** [1] - 89:18
**tree** [12] - 12:19, 13:16, 77:1, 78:18, 81:10, 103:22, 104:3, 104:4, 104:21, 105:5, 105:9, 105:15
**tremendous** [2] - 55:17, 111:6
**triacetone** [3] - 69:1, 99:6, 180:24
**TRIAL** [1] - 1:9
**trial** [2] - 41:20, 200:20
**trick** [1] - 164:3
**tricky** [1] - 162:6
**trigger** [1] - 102:22
**trinitrotoluene** [1] - 196:1
**trip** [1] - 55:7
**triperoxide** [3] - 69:2, 99:6, 180:24
**true** [2] - 166:9, 202:7
**try** [4] - 59:3, 69:16, 90:10, 127:21
**trying** [8] - 23:20, 56:12, 75:9, 78:9, 121:22, 133:23, 147:3, 164:2
**tube** [7] - 26:16, 29:11, 181:10, 197:12, 197:14, 197:15, 197:19
**Tubes** [1] - 26:17
**tubular** [1] - 27:1
**Tupperware** [6] - 33:24, 33:25, 34:2, 37:8, 37:9, 37:15
**Turkey** [1] - 8:11
**turn** [6] - 79:23, 143:21, 156:6, 158:1, 165:4, 182:2
**turned** [3] - 19:13, 84:3, 156:6
**turns** [2] - 189:16, 189:22
**two** [46] - 8:9, 8:16, 12:20, 20:12, 30:24, 46:18, 52:3, 55:6, 59:4, 59:9, 59:12, 70:8, 76:7, 79:10, 81:1, 81:11, 96:24, 97:11, 100:2, 106:8, 106:9, 106:11, 106:24, 107:5, 109:19, 117:7, 117:22, 118:13, 122:19, 123:3, 123:5, 135:11, 142:8, 157:14,

159:25, 167:18, 174:3, 177:5, 178:15, 180:16, 185:17, 187:3, 192:17, 195:10
**two-part** [1] - 157:14
**two-way** [1] - 142:8
**type** [13] - 13:6, 18:25, 65:10, 65:19, 66:10, 137:15, 177:15, 178:3, 180:5, 180:20, 182:24, 184:11, 184:23
**types** [22] - 59:23, 71:19, 101:22, 109:25, 110:7, 176:20, 178:16, 178:18, 178:20, 182:21, 185:6, 186:5, 190:5, 190:16, 190:17, 190:18, 190:20, 190:21, 193:22, 195:21, 200:9
**typical** [3] - 64:9, 143:22
**typically** [15] - 60:14, 60:15, 66:23, 69:11, 69:17, 84:10, 102:19, 143:3, 170:11, 183:14, 183:17, 183:19, 198:19, 198:20, 200:11

## U

**U.S** [3] - 1:16, 8:11, 44:6
**Ukraine** [1] - 180:22
**ultimate** [1] - 95:9
**ultimately** [3] - 39:6, 105:2, 168:4
**ultraclean** [1] - 189:8
**ultrapurified** [1] - 189:4
**uncommon** [3] - 71:23, 75:22, 174:24
**under** [9] - 35:20, 59:21, 66:9, 66:10, 102:21, 132:8, 175:19, 177:5, 188:12
**underground** [1] - 191:6
**unfortunately** [2] - 198:4, 199:8
**unique** [10] - 25:7, 47:21, 48:10, 59:4, 60:19, 64:10, 186:2,

186:7, 186:19, 187:1
**uniquely** [1] - 186:19
**unit** [11] - 13:24, 44:18, 53:13, 55:24, 63:7, 64:13, 67:21, 184:13, 197:21
**Unit** [13] - 25:4, 48:17, 63:10, 67:20, 100:13, 100:15, 176:14, 177:8, 177:21, 182:12, 183:20, 183:22, 184:13
**UNITED** [3] - 1:1, 1:3, 1:10
**United** [13] - 1:11, 5:5, 5:10, 5:14, 5:15, 8:2, 8:13, 44:2, 47:22, 48:10, 49:20, 59:11, 131:24
**units** [3] - 8:17, 8:18, 67:6
**University** [1] - 45:10
**unknown** [12] - 13:13, 14:20, 15:2, 24:5, 24:9, 25:24, 27:17, 28:5, 29:18, 29:20, 31:13, 35:4
**unless** [1] - 155:3
**unlike** [1] - 112:17
**unmodified** [1] - 172:23
**unopened** [2] - 142:15, 144:11
**unusual** [2] - 63:4, 174:20
**up** [72] - 8:4, 26:10, 26:13, 29:12, 30:1, 31:3, 31:5, 31:20, 33:6, 35:1, 36:23, 44:21, 50:20, 51:2, 53:16, 54:5, 55:4, 57:3, 60:2, 60:12, 61:19, 64:14, 73:15, 73:17, 74:13, 76:22, 76:23, 78:1, 80:3, 80:12, 81:22, 84:3, 103:3, 105:24, 106:7, 106:11, 107:4, 112:24, 121:12, 124:10, 127:20, 132:11, 133:14, 141:1, 143:12, 144:6, 144:22, 145:6, 145:8, 145:15, 146:7, 146:24, 150:9, 153:10, 155:4, 157:3, 162:3, 174:17, 176:24,

177:2, 178:8, 184:20, 186:6, 186:9, 189:21, 192:15, 194:1, 194:23, 196:6, 196:16
**up-to-date** [1] - 176:24
**upper** [1] - 10:13
**upstairs** [2] - 10:16, 29:25
**uses** [1] - 185:23
**utilize** [1] - 175:9
**utilized** [17] - 77:2, 77:8, 78:24, 79:7, 79:10, 79:20, 81:24, 83:7, 104:21, 106:14, 106:25, 111:22, 113:9, 115:18, 118:11, 186:3, 193:8

## V

**validity** [1] - 91:21
**vapors** [1] - 189:21
**various** [2] - 40:21, 67:5
**varnish** [1] - 190:22
**vase** [2] - 19:23, 20:15
**vegetable** [1] - 20:13
**vehicle** [5] - 113:17, 115:6, 115:8, 148:24, 149:23
**vein** [1] - 184:10
**verbatim** [1] - 4:24
**version** [2] - 143:19, 194:13
**versus** [7] - 5:10, 67:21, 70:19, 111:4, 114:4, 171:19, 171:23
**vertical** [1] - 12:22
**vertically** [1] - 37:12
**vessels** [3] - 15:24, 16:19, 40:11
**via** [3] - 27:13, 27:23, 28:24
**vial** [5] - 26:21, 97:23, 189:21, 189:23
**vials** [1] - 198:9
**victim** [3] - 57:24, 147:9, 147:10
**victim-operated** [1] - 147:9
**victims** [1] - 54:4
**video** [84] - 83:21, 84:2, 84:3, 84:4, 84:6, 84:8, 84:11, 84:13, 84:17, 84:18,

86:2, 86:3, 86:6, 86:8, 86:13, 86:16, 86:19, 86:20, 87:5, 87:6, 87:9, 87:10, 87:13, 87:15, 87:17, 87:19, 87:20, 87:21, 87:22, 88:2, 88:6, 88:7, 89:3, 89:6, 89:15, 90:15, 90:24, 111:24, 112:16, 113:12, 116:11, 116:17, 117:4, 117:8, 117:10, 117:12, 117:21, 118:2, 118:7, 118:14, 118:22, 118:25, 119:4, 119:9, 119:11, 119:15, 119:23, 120:17, 120:18, 129:2, 129:3, 156:25, 157:4, 157:6, 157:23, 160:6, 161:11, 162:15, 163:18, 164:3, 164:14, 165:25, 166:14, 167:16, 167:20, 168:2, 168:7, 169:1, 169:7, 169:9, 169:11, 169:12, 171:18
**videos** [2] - 89:18, 120:15
**view** [7] - 20:24, 21:3, 21:16, 73:22, 74:13, 91:22, 107:4
**viewed** [1] - 83:20
**vinyl** [1] - 83:11
**violating** [1] - 200:24
**Virginia** [4] - 48:16, 59:20, 61:14, 176:11
**visual** [6] - 66:8, 78:14, 185:1, 185:3, 185:19, 192:5
**void** [1] - 118:12
**volatile** [2] - 137:24, 189:16
**VOLUME** [1] - 1:9
**volume** [6] - 25:24, 40:12, 89:25, 193:12, 193:16, 198:21
**volumes** [1] - 12:16
**vouching** [1] - 91:16

## W

**wait** [3] - 40:4, 40:5, 95:9

**waited** [1] - 39:15
**walk** [3] - 36:17, 124:12, 169:22
**walk-around** [1] - 36:17
**walked** [3] - 34:25, 77:12, 174:11
**walkie** [5] - 13:17, 142:9, 144:17, 144:21, 147:24
**walkie-talkies** [5] - 13:17, 142:9, 144:17, 144:21, 147:24
**wall** [2] - 73:2, 73:25
**walled** [1] - 29:12
**wants** [1] - 63:14
**War** [1] - 44:19
**warrant** [4] - 9:14, 9:15, 40:3, 40:20
**wash** [3] - 160:13, 160:15, 160:21
**washing** [1] - 160:18
**Washington** [1] - 1:21
**watch** [1] - 31:20
**watched** [2] - 160:6, 160:7
**watching** [2] - 53:15
**water** [24] - 104:22, 117:13, 181:17, 186:11, 186:12, 186:13, 186:15, 186:17, 189:3, 189:4, 189:6, 189:8, 189:18, 192:19, 192:20, 193:6, 194:11, 194:17, 194:18, 194:24, 194:25
**water-based** [3] - 186:12, 193:6, 194:24
**wavelength** [1] - 187:12
**waves** [1] - 65:3
**ways** [6] - 107:3, 143:23, 164:19, 169:3, 174:2, 174:7
**weaponized** [1] - 57:21
**weapons** [4] - 47:6, 50:13, 50:14, 58:24
**wear** [1] - 83:15
**wearing** [2] - 26:14, 119:11
**week** [1] - 8:3
**weeks** [1] - 40:4
**weigh** [1] - 190:4
**weighed** [2] - 192:24, 192:25

**weight** [4] - 134:18, 193:14, 193:15, 193:16
**welcome** [5] - 30:14, 85:8, 86:23, 87:2, 122:2
**West** [2] - 1:11, 1:16
**wheel** [1] - 113:18
**white** [2] - 113:8, 194:14
**white-colored** [1] - 113:8
**whole** [10] - 46:1, 54:5, 63:8, 74:15, 84:17, 87:19, 104:11, 135:18, 136:22, 178:18
**whoops** [1] - 156:23
**Windex** [3] - 19:23, 20:15, 21:12
**window** [1] - 56:24
**wipes** [2] - 21:7, 22:25
**wiping** [1] - 21:8
**wire** [13] - 12:8, 74:20, 76:18, 76:21, 79:10, 104:8, 105:21, 105:23, 105:24, 106:9, 141:21, 146:7
**wired** [7] - 54:5, 81:2, 81:5, 104:14, 107:24, 146:8, 174:14
**wires** [14] - 74:2, 74:18, 76:17, 79:18, 79:22, 103:15, 104:10, 104:14, 107:17, 108:24, 140:21, 144:25, 153:7, 168:21
**wiring** [1] - 80:17
**withdrawn** [1] - 10:17
**withstand** [1] - 197:12
**witness** [25] - 6:1, 6:7, 33:22, 34:22, 38:17, 42:11, 42:17, 52:16, 78:7, 86:13, 87:4, 87:6, 87:8, 87:12, 87:15, 87:16, 88:6, 121:24, 132:8, 136:23, 153:16, 175:14, 175:15, 175:19, 188:12
**Witness** [3] - 42:9, 80:5, 139:15
**WITNESS** [9] - 38:15, 42:8, 42:23, 49:17, 72:25, 153:15, 159:19, 175:13, 201:9
**witness'** [1] - 86:18

**witnesses** [1] - 138:17
**wonder** [1] - 89:25
**wood** [1] - 134:23
**word** [4] - 76:13, 108:2, 181:11, 185:15
**words** [9] - 13:3, 28:10, 29:3, 44:23, 65:10, 71:15, 91:14, 167:18, 167:22
**works** [4] - 183:25, 186:23, 188:18, 189:15
**workshop** [1] - 74:15
**world** [9] - 52:2, 53:12, 59:25, 69:9, 102:25, 103:5, 127:6, 127:8, 127:12
**worse** [1] - 46:10
**wow** [1] - 14:23
**wrapped** [2] - 134:13, 140:5
**write** [4] - 32:25, 33:2, 52:11, 177:16
**writing** [1] - 183:2
**written** [2] - 180:4, 180:5
**wrote** [3] - 32:10, 153:10, 199:16
**www. transcriptorders. com** [1] - 1:25

## Y

**Yauk** [6] - 86:4, 86:5, 87:20, 87:24, 88:1
**year** [4] - 7:20, 13:24, 59:10, 181:7
**years** [27] - 7:7, 7:8, 7:14, 8:1, 8:16, 41:23, 43:19, 44:6, 44:7, 45:21, 47:8, 47:15, 47:16, 52:3, 54:15, 57:9, 58:16, 59:9, 59:12, 71:5, 105:9, 122:20, 123:3, 123:5, 158:11, 177:5, 178:15
**yellow** [2] - 79:19, 80:4
**Yemen** [2] - 58:1, 58:3
**yield** [6] - 99:13, 99:14, 124:18, 126:18, 127:4, 127:10
**York** [1] - 56:9
**you-all's** [1] - 90:4
**yourself** [1] - 176:6

## Z

**Zero** [1] - 56:10
**Ziploc** [1] - 197:9
**zoom** [5] - 20:6, 21:23, 36:24, 72:15, 128:3