**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                        CASE NO. 22-20504
                                         HON. JONATHAN J.C. GREY

v.

AWS MOHAMMED NASER,

      Defendant.

_____/

**ORDER TO REDACT JUROR NAMES FROM**
**TRIAL TRANSCRIPT FOR JUNE 2, 2025**

On June 2, 2025, while selecting the alternate jurors, the Court announced the names of the four alternate jurors. In the interests of justice, including the privacy of the jurors, whose names are not material to the issues before the Court,

**IT IS ORDERED** that the alternate jurors' names shall be, and hereby are, **REDACTED** from the trial transcript for June 2, 2025.

Dated: June 2, 2025                **s/Jonathan J.C. Grey**
                                                  JONATHAN J.C. GREY
                                                  UNITED STATES DISTRICT COURT

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 2, 2025.

                        <u>s/ **S. Osorio**</u>
                        Sandra Osorio
                        Case Manager