**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                                 CASE NO. 22-20504
                                                    HON. JONATHAN J.C. GREY

v.

AWS MOHAMMED NASER,

      Defendant.

_____/

**ORDER TO REDACT JUROR NAMES FROM**
**TRIAL TRANSCRIPT FOR JUNE 3, 2025**

On June 3, 2025, while polling the jurors regarding the jury verdict, the Court announced the names of the twelve jurors. In the interests of justice, including the privacy of the jurors, whose names are not material to the issues before the Court,

**IT IS ORDERED** that the twelve jurors' names shall be, and hereby are, **REDACTED** from any trial transcript prepared for June 3, 2025.

Dated: June 4, 2025                           **s/Jonathan J.C. Grey**
                                                           JONATHAN J.C. GREY
                                                           UNITED STATES DISTRICT COURT

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
