United States District Court
Eastern District of Michigan
Southern Division

United States of America,

        Plaintiff,

v.

Aws Mohammed Naser,

        Defendant.
_____/

Criminal No. 22-20504

Hon. Jonathan J.C. Grey

## **VERDICT FORM**

1. As to Count 1 of the indictment, which charges attempting to provide material support or resources to a designated foreign terrorist organization, ISIS, we, the jury, by unanimous verdict, find the defendant, Aws Mohammed Naser:

    _____ Not guilty, *proceed directly to count 2 on the next page*

    \_\_✓\_\_\_\_ Guilty, *address the additional finding below*

We, the jury, unanimously find that the commission of this crime resulted in, or created a foreseeable risk of, death or serious bodily injury to another person:

    _____ No

    \_\_✓\_\_\_\_ Yes

2.  As to Count 2 of the indictment, which charges attempting to provide material support or resources to a designated foreign terrorist organization, ISIS, we, the jury, by unanimous verdict, find the defendant, Aws Mohammed Naser:

_____ Not guilty

__✓__ Guilty

3.  As to Count 3 of the indictment, which charges felon in possession of a firearm, specifically a destructive device, we, the jury, by unanimous verdict, find the defendant, Aws Mohammed Naser:

_____ Not guilty

__✓__ Guilty

**s/Jury Foreperson**
**In compliance with the Privacy adopted by the Judicial Conference, the verdict form with the original signatuture has been filed under seal.**

Dated: June 3, 2025

2