UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

v.              Case No. 2:22−cr−20504−JJCG−DRG
              Hon. Jonathan J.C. Grey

Aws Mohammed Naser,

      Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Aws Mohammed Naser

The defendant(s) shall appear before District Judge Jonathan J.C. Grey at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 250, Detroit, Michigan, for the following proceeding(s):

- SENTENCING:  October 6, 2025 at 03:00 PM

**ADDITIONAL INFORMATION:** Sentencing Memos are due one week prior

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/Sandra A Osorio
                 Case Manager

Dated:  June 4, 2025