UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO. 22-cr-20504
  v.

                                HON. JONATHAN J.C. GREY

AWS NASER,

    Defendant.
_____/

## EX PARTE ORDER TO ALLOW LAPTOP AND OTHER ELECTRONIC EQUIPMENT IN THE CORRECTIONAL FACILITY

Defendant, Aws Naser, through his attorneys, Amada Bashi, of the Federal Community Defender Office, respectfully requests that this Court Order that Meredith Veltri, Ph.D., be permitted to bring a laptop and other electronic equipment into his place of incarceration and a private room will be made available for the Defendant and Dr. Meredith Veltri, for a psychological evaluation of client.

**SO ORDERED**.

Dated: March 2, 2026

                              **s/Jonathan J.C. Grey**
                              Hon. Jonathan J.C. Grey
                              United States District Court

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 2, 2026.

>                    s/ **S. Osorio**
>                    Sandra Osorio
>                    Case Manager