UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case No. 22-20504

v.

Hon. Jonathan J.C. Grey

AWS MOHAMMED NASER,

Defendant.

_____/

## Order Granting Ex Parte Motion for Leave to Upload Exhibits Using Media File Upload (ECF No. 392)

The matter is before the Court on the government's Ex Parte Motion for Leave to File Exhibits Using the Media File Upload with respect to the Government's Sentencing Memorandum, namely Exhibits 5 and 6. (ECF No. 17.) The Court **GRANTS** the motion and orders the government to meet the below requirements when uploading Exhibits 5 and 6 as media files:

1.  The party must indicate a timestamp citation for each instance where the exhibit is referenced in the paper pursuant to R6.

2.    All audible portions of the media file shall be transcribed and submitted in written form as an exhibit e-filed in the usual manner.

3.    Because of storage limitations, the party is directed to limit the size of the media file to the minimum necessary to support its position and to not file any media files duplicative of those already filed. Instead, the party is instructed to include a timestamp citation and reference to the previously uploaded exhibit.

4.    The Court will not accept any media file that has proprietary security features or codes requiring additional files, software, applications or plug-ins to successfully view the file. Any files received that cannot be viewed by the Court will need to be reformatted and resubmitted.

5.    The submitting party shall serve copies of the media files on opposing counsel in accordance with applicable federal and local rules.

**SO ORDERED**.

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY

Dated: April 30, 2026          UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 30, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager