UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                  Case No.  22-CR-20504

v.

                                  Hon. Jonathan J.C. Grey

Aws Mohammad Naser,


          Defendant.

_____/

**Government's Sentencing Memo**

**Index of Exhibits**


**Exhibit**      **Description**

Exhibit 1:    Transcript of January 13, 2012, audio recording

Exhibit 2:    Letter from Dean of HFCC

Exhibit 3:    Spreadsheet containing summaries of jail calls and emails

Exhibit 4:    MDOC misconduct violations report

Exhibit 5:    Trial Exhibit 16-1.42, audio recording

Exhibit 5A:    Trial Exhibit 16-1.42A, transcript of audio recording

Exhibit 6:    Audio recording

Exhibit 6A:    Transcript of audio recording