

**GOVERNMENT EXHIBIT 1**

**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



Detroit Field Office

File Number: █████████

Requesting Official(s) and Office(s): ████

Date Completed: 3/5/2025

Names and Office of Transcriptionist: ██████████ / Detroit Field Office

Source File Information:

5999724T Audio

Full Verbatim Transcription

Participants:

Aws Mohammed Naser – AN

Russell Dennison – RD

**Transcription:**

[00:00]

[Phone ringing].

AN: [Unintelligible] salam alaikum.

RD: Wa alaykumu salam. Listen I'm not gonna be getting there around four-[Unintelligible]- it's gonna be around six-thirty now.

AN: [Unintelligible]. You're still gonna leave huh?

RD: Nah they wouldn't let me on the first flight man. You know?

AN: What happened?

RD:     Nah I mean, they just- you know they said "Oh, you know, your- you know your name's on a list. So, we have to-" You know they have to call people, and- you know. They have to go through all this extra stuff. [Sighs].

AN:     Okay, but you're still coming though, right?

RD:     Yeah, I'm still coming, yeah. I have to go through all this extra stuff, and then you know- I then those damn F-B-I agents were here to talk to me again. You know.

AN:     They ask you where you're going and stuff right?

RD:     Yeah. Like you know "Where you going?" This and that. No. They were- they were trying to pressure me, like- like before they came at me they were nice, but today they were like pushy. Like "Ooh!". Like "Listen we know [Unintelligible]-" "Listen I don't- I didn't know anything about- about this stuff", you know what I mean?

AN:     [Unintelligible]-

RD:     Like "Oh, you know your videos are-". Like "Listen my videos are not out there trying to tell people to do anything", but "Oh but somebody might get inspired by your videos, and you never know, you know, what's gonna happen, and people might take them the wrong way or-". "Listen I, you know, I understand that I've- I had nothing to do with that, but", they're basically just- I think they were just telling me like, you know you can speak out if you want, but we advise you don't, you know.

AN:     Okay. So, are they gonna let you fly now or what?

RD:     Yeah, yeah, I'm cool. No, they were just giving me the warning, I guess. Like "Listen, yeah you can speak out against the US government if you want, but you know if things keep happen- in the future name comes up. It's gonna just cause problems for you." And I was like "Listen. I understand." You know? [Unintelligible] we're living in a crazy time man. You know what I mean?

AN:     Well, let's hope they don't give you any problems when we leave bro. Cause I mean dang you just going from state to state, what the-

RD:     No, the thing is they know that I plan on leaving. That's the thing.

AN:     Okay so [Laughter]. Tell them "Okay. You guys have problems with me, I'm leaving. Leave me alone!"

RD:     Yeah, I know. Yeah, yeah. No, they told me. They said "You know, we-" they- they know I'm leaving. That's it, and they know I'm not coming back I guess, you know. So, I think they just-

AN:      Yes-

RD:      -they wanted to talk to me now si-

AN:      -bro, bro, like look. Tell them- "Look. One of my friends, look what happened to him, alright? And I know one hundred percent he got set up. That's it. You guys keep complaining about my stupid videos, alright. Complain about them. I don't care what-". Anybody can watch anything and get anything he wants from it. It doesn't matter if I was freaking singing a love song bro. Somebody would think I'm calling people to fornicate, you know?

RD:      Yes, I know, I know.

AN:      [Unintelligible] some people-

RD:      I know I mean.

AN:      -[Unintelligible] about some girl. Some people- you know what I'm saying?

RD:      You know I tried to be cool. I didn't get mad. I didn't even raise my voice, but I let them know like "Listen, I got nothing to do with this. Listen I'm gonna get on my plane." You know how it is. I think they just wanted to talk to me again before I leave and travel, you know?

AN:      Man…

RD:      You know.

AN:      Alright man.

RD:      This is the time we're living in man. You know how it is.

AN:      Alright man. It's- it's all good man. As long as you're still gonna be here bro cause um-

RD:      Yeah inshallah I'm coming.

AN:      Alright bro.

RD:      Alright I'm leaving-

AN:      [Unintelligible]

RD:      -I'm getting ready to get on the plane now, so I'll talk to you soon inshallah, okay?

AN:             Inshallah bro.

RD:             Alright. Salam alaikum.

AN:             [Unintelligible]

[Call ending]

[03:28]