GOVERNMENT
EXHIBIT
2

11-236



# HENRY FORD COMMUNITY COLLEGE

5101 Evergreen Road · Dearborn, Michigan 48128-1495 · 313-845-9600 · www.hfcc.edu

March 29, 2011

Mr. Aws Naser
29712 Warren Road
Westland, MI 48185

Dear Mr. Naser:

It has been brought to my attention that you were involved in a disturbance on campus today, March 29, 2011. You were attempting to engage students in an activity in which you attempted to serve as leader. Your conduct, outside of the College's Liberal Arts Building, was found to be disruptive to the teaching and learning environment and Campus Safety was called. You were repeatedly asked to leave, but refused to do so. You were informed that your conduct was a violation of College policy, particularly the Student Code of Conduct. You still refused to cease your behavior. It was not until Campus Safety informed you that Dearborn Police would be called that you left the area.

On several occasions during today's incident, you were asked if you were a current student. You indicated that yes, you were.  In fact, Mr. Naser, you are not a student and have not been a student since December 2010.  Prior to this incident, the Director of the College Library contacted Campus Safety because you were gathering with other individuals and were being loud and disruptive. After being asked several times to quiet down or leave, you refused to do either. When Campus Safety arrived, you were combative and made direct attempts to provoke the officers.

It is for these reasons Mr. Naser that you are **banned from Henry Ford Community College effective immediately.**  Should you be found on campus, you will be considered to be trespassing and the Dearborn Police will be called. The College's function is to provide a quality education to individuals who seek this education and abide by the College's conduct rules. These rules are in place to ensure a quality and peaceful environment for all students. Your conduct is counterproductive to these values and goals.

A hold has been placed on your record, preventing you from enrolling for future semesters. Should you seek a re-evaluation of this action, you will need to submit a letter of request to this office. In this letter, you will need to express your intent to abide by all College and Board policies. Additionally, a meeting with you and me and/or a designee will need to take place. If it is determined that you intend to follow College policies, show respect for its educational processes and members of the faculty and staff, reinstatement may occur. If not, your campus ban will remain in place.

Sincerely,

Lisa Jones-Harris, PhD
Vice President, Student Affairs

LJH/jkk

xc:    √Ms. K. Schoen
       Dr. G. Mee
       Dr. R. Gerlica
       Ms. M. Swan

*Your Best Choice.* **Guaranteed!**