GOVERNMENT
EXHIBIT
3

| | Date | Type | With | Summary | Notes and Times: |
|---|---|---|---|---|---|
| 1 | 11/20/2017-12/05/2017 | Call | Noor Al Bahiya | Naser says "I have to fight this case, the PPO.  They found the BB gun in your room, they are trying to say it's mine.  You have to come, you know, and do that". | 110150453_153_13_173_404  Clip starts at 2:21 |
| 2 | 11/20/2017-12/05/2017 | Call | Noor Al Bahiya | Naser stated he wished Noor would be more helpful to him with the charges..that  he has 10 charges just for her things.  Naser says "I'm gonna to need…basically you're gonna have to come and testify that the PPO stuff and everything there is a complete, you know, false." Naser says, "They are trying to say, all right, that the BB gun is mine and it was found in your room. So, you have to come testify to that. That this room is yours, that I have no control over this room. This room is basically like, ah, is not under my control. I never even knew that thing was even there from the first place.  You know what I'm saying?  You have to come and help me through this." | 1510167628_153_13_207_920 Clip starts at 15:20 |
| 3 | 11/20/2017-12/05/2017 | Call | Noor Al Bahiya | Naser says he wants Noor to come to court on his side as his witness and tell the truth.  She answers, "Oh, really?"  Noor says that she is going to take her stuff and leave the next day. Naser says. "Please don't do that. It's your house." Noor says that Naser has already kicked her out of it. | 1510169689_153_12_195_504 Clip starts at 13:29 |
| 4 | 11/20/2017-12/05/2017 | Call | Noor Al Bahiya | Naser repeats that the PPO she filed against him would send him back to prison, he says he wants her to be his witness for the BB gun they found in her room. | 1510170725_153_12_150_777  Clip starts at 15:52 |
| 5 | 11/20/2017-12/05/2017 | Call | Osama Naser and Noor Al Bahiya | "They are trying to say that the BB gun is mine. They found it in Noor's room and I'm in the basement. They are trying to say it's mine." | 1510178303_115_12_196_311 Clip starts at 18:33 |
| 6 | 11/20/2017-12/05/2017 | Call | Noor Al Bahiya | Noor says, "How do you want me to support you Naser? You want me to come and tell the…um… I left my BB gun…in the …and." Naser says in 00:14:12 Arabic, "Noor, I tell you, my dear, this whole talk is all, they are recording it, so no need for you to talk like this. Noor says in 00:14:21: "… yes I told you, you want me to tell them it is mine, um, I mean I forgot it there, right?" Naser answers, "Noor, you were moving, you were moving out of the room, all right?" Noor says, "Yeah but I left stuff here and I left everything." Naser says, "Of course, and I did not know these things were there, I literally did not know. Okay? They pulled out from your room and they want to say it is my room, and I'm in the basement. Okay? So that alone is gonna… [A pause] prove, all right?" | 1510187312_153_12_154_807 Clip starts at 13:52 |
| 7 | 11/20/2017-12/05/2017 | Call | Osama Naser | Naser calls his brother Osama. Naser asks Osama if he remembers that Naser sold him the car on September the 27th and that they signed the title. Naser says, "I need you to make a copy of the title, okay? Make sure that you have my signature and your signature, my name printed and your name printed, and the date on it." Osama tells Naser that they cannot find the title though they have searched for it. Naser says he also needs his registration which expired on the 1st of October and which he never renewed, he adds, "I need to show that this is not my car, it is actually your car, you know, and the way to prove it is that I have to have a copy of the title." | 1510406006_104_12_198_970  Clip starts at 1:52 |
| 8 | 11/20/2017-12/05/2017 | Call | Noor Al Bahiya | Naser tells Noor that the only thing they got against him is the PPO and that if Noor does not testify against him they will have nothing. Noor says that she is not coming to testify against him.<br>Noor reminds him of what he did to her, how he forced her to move out though she has just given birth three days earlier. She says that he had said to her once that he had no sympathy for her. | 1510775795_125_13_153_431  Clip starts at 9:09 |
| 9 | 11/20/2017-12/05/2017 | Call | Osama Naser | Naser tells Osama that he wants the paper that proves that Naser sold the car to Osama for $4,000 and that it should bear both of their names. Naser tells Osama that if Noor would not testify then Osama would have to come and testify that Noor was living in the house and that the room is hers and he is not responsible for what is in her room. | 1512223487_104_12_189_135 Clip starts at 8:37-9:37 then again from 11:07-11:30 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | 12/30/2017 | Email | Noor Al Bahiya | "you asked me what did u do to me. Aws do u even think about the things you do? Aws you left a bruise on my face for a week and a half. one side of my face was swollen.I was embarrassed to go out with it. that's why I sat my butt home those 2 weeks." | |
| 11 | 01/16/2018-01/21/2018 | Call | Noor Al Bahiya | Noor says Naser put his wife in a house with his brother.  Naser told Noor that he might have been out if she came and testified that the room was her room.  Noor says no he wouldn't, that she already talked to C Wright.  Naser said all he needed her to say was that it was her room.  Noor said "had I been in that house, none of that would have ever happened, ok-you would have never needed me to come-".  She said C Wright told her to testify against Naser, which Noor said she refused.  Naser said he needs her to come testify FOR Naser and he would have beat every charge. | 4-_1516324317_148_12_193_62 Clip starts at 11:16 |
| 12 | 01/16/2018-01/21/2018 | Call | Mother | Naser said the things that were in Noor's room were claimed to be his things and that Noor did not come to court to say that the room was heres, so it is like she helped them prove their charges | 1516113337_134_12_160_957 (call is in Arabic) |
| 13 | 1/25/2018 | Email | Noor Al Bahiya | "I told you that you need to come testify on my behalf.  It's the only way.  I told you if you don't come they will use your Absence to their advantage" | |
| 14 | 1/27/2018 | Call | Mother | Naser says; "The cars is Osama's. Do you understand me? His stuff that was in the car, okay? His stuff that is in the car… look, I am going to send you a letter… okay? You follow the information that I will put in the letter. Do you understand me?" His mother asks: "You mean that the stuff that was in the car belongs to Osama?" Naser says: "When Osama came to the house, and he heard that Noor is leaving, he put the revolver in the room. Right? He put the gun in the room without telling me and without me knowing about that. Do you understand me? So he must… so now I am filing an appeal. So he [Osama]will come and testify…do you understand me?" Naser says: "It was a mistake, this piece of information… Osama should have told me that he put the thing there, but he did not tell me, and also he did not come to testify on the 14th like I had asked him. Okay?" Naser says to his mother that: "Osama wanted to live in that room so he put things in it." The mother says that Osama is hearing all the talk, and that she is going to discuss with him what he is able to do and that they are trying to help Naser. Naser says: "When you receive the letter you should follow the instruction exactly. Do you understand me? Otherwise it will all fail. I have 90 days to complete this appeal. Okay" Naser' mother whispers [possibly to Osama]: "Can you do it?" then she tells Naser that she is asking Osama if he can do it. Naser says: "He can, he can, 100%. He must do this, you understand me?" The mother says that Osama has problems with his wife. Naser says: "Mother, he must do this. When he came to the house and saw Noor is moving out, he wanted… He must do this." | 1517097596_102_12_182_210 (call is in Arabic) |
| 15 | 1/27/2018 | Call | Mother and Osama Naser | Naser' mother says: "One should know about the stuff that was in the house, so that one can, like, you understand me." Naser says: "I have done everything already. You understand? When you receive the letter you would understand. Just follow the steps that are in the letter." The mother says: "I just hope that you do not put your brother in an awkward situation, like…you understand me? I do not want him to be embarrassment if there is something he does not know. You know." Naser says: "When he found out she is leaving and she took her stuff from the room, he brought and put the thing in the room." The mother says that she talked to Osama about it and that he said that it was his. | 1517098681_102_12_199_472 (call with Mother is in Arabic) |
| 16 | 1/27/2018 | Call | Osama and Mother | Naser tells Osama to file an affidavit and have it notarized and signed for Naser' appeal because, "You are going to show-up at the court because new evidence will change everything." | 1517102211_102_12_188_95   Clip starts at 5:16 |
| 17 | 1/28/2018 | Call | Osama Naser | Osama says he is waiting for Naser letter [TN: The letter with instructions that Naser has said he will send]. Naser says, "Tell them [the lawyers] what you intend to do, who the things belong to, that the car is yours, that the things in the room are yours. | 1517190077_102_13_169_879 Clip starts at 3:33 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | 2/3/2018 | Call | Noor Al Bahiya | Naser tells Noor that she has to come and testify that the room is hers. Noor says she does not have to do that. Naser tells her that they are using Noor to nail him. Noor says that Naser did it to himself. | 1517677226_101_12_198_55 (Clip starts at 8:00.  Arabic and English) |
| 19 | 2/5/2018 | Call | Mother and Noor Al Bahiya | Mom says she is by Noor and Noor is listening.  Mom asks Naser how Noor can help him. Naser says Noor must write an affidavit stating that the room is hers and Naser didn't live there. Naser adds that he was told the BB gun was found in his dresser and not Noor's dresser. Naser adds that UM is saying it's Naser' room.  Naser goes on saying Noor has to state in the affidavit that the room is hers, he didn't know what was in the room, the BB gun belongs to her and that she told the UM but he is not saying that she told him. Mom says that Noor says, "But I am not in the room." Naser says it's Noor's room and that she's the last occupant.  Naser adds Noor knows the room and no one will challenge her if she says this. Mom says that Noor is afraid she might be asked more questions.  Mom asks what will be the consequences if they find out she lied. Naser assures her no one will challenge what Noor says. .  Naser says he wants Noor to say it's her room. Naser says that Noor moved her stuff to the basement and he wants her to say that she didn't remove the BB gun to the basement because she didn't want to get him in trouble. Naser addresses Noor and asks her if she knows how to write an affidavit and he says that she has to state the room and the gun were hers.  Naser says they used the PPO to say Noor was not living there. | 1517857730_101_12_185_331 Call is mostly in Arabic          Noor portion clip starts at 13:48 |
| 20 | 2/5/2018 | Call | Noor Al Bahiya | Naser says he was found guilty because they told him that Noor doesn't live in the room. Noor asks him if these are the only two things against him.  Naser says everything else was dismissed or he pleaded guilty, like the things in the car. Naser adds that the PPO was dismissed because Noor didn't show up. Naser gives her specific instructions what to write in her testimony. Naser tells her to put her full name. She states that she occupies this room and that she left an article. Noor says she went to the case worker and Naser asks her if it was on October 30th. Noor responds that was before October 30th | 1517858716_101_13_211_826 Clip starts at 1:39 |
| 21 | 2/6/2018 | Email | Noor Al Bahiya | Naser said "Your missing testimony is the reason they found me guilty.  You made a great mistake not showing up Noor.  Now All I'm asking is you write the testimony so I can use it in the next process."  Naser continued "Noor I told you what they said the only Person that can prove them wrong is you. If you would of showed up to court non of this would of happend. Noor don't forget that i was senteced to 5 years. this sentence came about from the absance of your testemony. So it is extreamly important that you testify it's the only way to reverse this ruling. If you chose not to do so. Then know that you were the tool they used to imprison me." And, "The FBI Scared you off, so you wouldn't testify. They also used Reverse phsycology to make you think that if you didn't show up i would beat the charges. However, I'm a living walking testiment to that lie. Now i'm telling you to correct that mistake. It's the best thing for our family. Noor Remember that if you keep silent you will help them in this oppression. And Noor it should be enough for you that they are targeting me unjustly, pursecuting me, and this is the second time they do this. Put our personal diffrences aside. This is not the time to be emotional. If you act based on your emotions you will deal unjustly. I want to keep my family together that includes you". Continued "do the right thing and write the testimony. But if you choose not to then your free to do so of course.  Just remember that you will be helping the kuffar against a muslim, who is also your husband. And that's a sin you will live with and answer for. If you fear them then remember that Allah is more worthy of that. And finaly what i really wanna ask you is "Where you in my position would I of let them do this to you?" We both know the answer to that. You have a trust that trust is your testimony. Honer the trust Noor. Keep your head up and don't let the shaytan use you to kill your husband." | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | 2/6/2018 | Call | Mother | Mom tells Naser that Noor changed her mind.  Naser says that the FBI, fuckers, brothers of bitches are scaring her so she wouldn't testify because her testimony is the only thing that can get him out. Mom asks what she can do if Noor is scared. Naser says to try and convince Noor. Naser says if Noor doesn't testify and if he serves five years, he says God will take care of him.  Naser says, "She [TN: Noor] better pray and fast; and wish that I don't get out of jail. I will not live in injustice. She has to go and testify" [TN: Naser is indirectly threatening to harm Noor when he leaves if she doesn't testify].  Mom says that Naser is talking nonsense and the attorney refused to take the case. Naser says for Noor to write the testimony.  Naser says he will do the paper work, he says, "I want her testimony. She must/has to testify". Naser says he can't do anything without Noor's testimony. Naser adds the only thing they used against him was her/Noor. Naser starts cursing at Noor because she didn't testify. Naser insists that they [TN: FBI] know Noor lived there.  Naser says, "She wants to run from the truth mom. I will not let her escape from this reality. The reality, she put me in by not coming to testify. She will not escape this reality. I am not going anywhere, even for another five years. She can't escape me". | 1517947460_102_12_177_944 (call is in Arabic) |
| 23 | 2/6/2018 | Call | Mother | Naser calls his mom. Naser says that if Noor doesn't want to testify in his favor because she's afraid of she might get in trouble with the welfare. Naser adds he has something against Noor that can get her in jail, because she stole $800 from his wallet and this is a felony. Naser says Noor did what they [TN: FBI] want. Naser says what's making him go crazy is that Noor is not listening to him and the Prophet said to obey the husband | 1517955792_102_12_195_532 (call is in Arabic) |
| 24 | 2/7/2018 | Email | Noor Al Bahiya | Naser says "Ohh Noor the reason they came to the house to violate me was because of the PPO. LOL. Anyway its worth remembering the only time i needed you for something." | |
| 25 | 2/7/2018 | Email | Noor Al Bahiya | Noor says "you can put the blame on me all you want. u gave me no legs to stand on yet you want me to stand tall. my kids are well taken care of. and PPO was dropped. you asked for witnesses yet I don't see anyone from your family that was there to say yea he's right. you want to put me in a situation where I am not there for my kids. the thing I can't say Allah did this to you. Allah did not do this to you. your actions did. you put the house back in your name, and than laughed at me a shook the keys in my face. you made me move out and in fact you know they do searches in the house. don't try to act like they have searched your stuff before. its just happened this time you had barried yourself and ask the person who you mistreated the most to help you" | |
| 26 | 2/7/2018 | Email | Noor Al Bahiya | Naser says " It dosn't matter how many times you say that the PPO was droped and it wasn't used against you. The fact is It Was used against me. and the only reason they came to arrest me was the PPO. But if you would of came to court you would of heard it for your self. As for my family they werent the ones living/Occuping that room. And don't worry they know that all your stuff is in that room and basement. LOL that's why they scared you from testifying and not my family. Wasn't it you out side the house while the took me away and searched? then quickly followed you to make sure they scare you with some BS?" | |
| 27 | 2/8/2018 | Email | Noor Al Bahiya | Noor says Naser says ""I can go to prison for up to 10 years if they really wanted me too and than where will my children go. how come your mother never came out and said the truth the first time they took you. and I also explained that if I go to prison my kids will be left without father and a mother".  She continues "it seems like when u need something all you can do is see the good is someone. tell them everything they wanna hear but as soon as they tell you they cant help you your true colors come out" | |

| | | | | | |
|---|---|---|---|---|---|
| 28 | 2/8/2018 | Email | Noor Al Bahiya | Noor says "go tell anyone with a right mind that you took your wife and kids out of the household in order for you to make extra money.  see what they tell you. u made 2000 a month. your bills didn't even come out to 500 a month you don't even have a mortgage to pay. and I paid half the bills. you made me move I with your brother, that you did not come to the house but only once a week just to show your face and leave. I put up with your b.s. and your brothers b.s. go ahead and feel as honorable as you want. the man who was not faithful to his wife. the man who sold himself for money, the man who put his kids out of the house and put his wife in a shitti situation. and than asked for her help. go ahead and tell all the lies you want to yourself" | |
| 29 | 2/23/2018 | Call | Noor Al Bahiya | Naser says that Noor can help him more. Noor says that she will get into a lot of trouble so she can't and that the FBI people told her that if she lied to them she might go to prison for 5 years. Naser says that this is FBI harassment. Naser says that if the BB gun belongs to anybody except him it is not illegal but for him to own a BB gun it is a felony. Naser keeps trying to convince Noor to testify on his behalf. Naser tells Noor she can help him if she testifies that the BB gun is hers. Noor says no: "Because they already asked me about the Taser and I lied the first time." Naser says the Taser is nothing. Noor says the Taser is something and it needs a concealed weapon license to have it. Naser says: "No you don't." He tries to convince her but she does not accept. | 1519394340_102_13_156_424 Starts at 4:30 but goes between Arabic and English.  BB gun specific is in English from 9:29-11:43 and then from 14:23-to end |
| 30 | 2/25/2018 | Email | Noor Al Bahiya | Naser says "Did they threaten you with charges if you testified? You do know that they cant do that. It's against the law. and they will Never do it because they will get in big trouble and also it will not stand in court. their only hope is you do what they said and not testify. Noor I keep telling you that because you didn't come to testify they did this to me. dosn't that make sence to you that, that's the reason they didn't want you to testify? Noor I have ben in prison for over 3 months now. and im gonna continue to be here if you don't testify. Noor im a felon. that means that i'm not alowed to have a BB gun or any kind of gun even if its a toy. Noor the BB gun that was in your room is a toy. and i got in trouble for it because you didn't come and testify. You can never get in trouble for a toy noor. DNaser what els can i say to make you understand this? Your throwing me in prison for years for some BS Noor. I need your testemoney" | |
| 31 | 2/25/2018 | Call | Noor Al Bahiya | Naser asks: "Did you at least look into the BB gun?" Noor asks what BB gun. Naser says: "The BB gun that was in your room." Noor says that she will not testify because she will be in trouble if she did, and she asks Naser why she should testify.  Naser says he is in a felon and she isn't.  Naser says it is a testimony and it is Haram in Islam to withhold it. Noor laughs at that. Naser tells her that he will be spending 5 years in jail. Noor asks: "Did I put you in that situation?" | 1519581294_101_13_139_852 Clip from 2:44-9:05 |
| 32 | 2/25/2018 | Call | Noor Al Bahiya | Noor reminds Naser of how he put the house back in his name then kicked her out of the house. Noor adds that Naser' mother then manipulated the situation to have Naser' brother, Osama, live in the house | 1519587950_101_12_163_864  Clip from 1:56-4:02 |
| 33 | 3/4/2018 | Call | Noor Al Bahiya | Naser says that she should come and testify on his behalf in court because the PPO she filed was the reason he is in jail. Noor says she will not testify and she has nothing to do with his situation. | 1520223787_148_12_181_79   Clip starts at 11:46 |

| | | | | | |
|---|---|---|---|---|---|
| 34 | 3/7/2018 | Email | Noor Al Bahiya | Naser emails "why don't you testify and let me go on my way? It's clear that your taking what i did heavy at heart. I guess you think it's worth not having a family. I can't tell you how to think or decide what things are worth to you. However, All i'm saying is what's the point of my imprisonment? You don't care about me, You got your payback, and i have to start all over from scratch. If you think that its fair that i do 5 years in prison then continue to withhold your testimoney. But you should know that in less then 40 days your testimoney will not matter anymore because by that time i would have run out of time to appel the dicission. And if you think that our kids will not be affected growing up without a father then you should do some reaserch and learn the true effects that will have on our children. and above all of that you should remember and know that i have ben unjustly imprisond and in no way that's okay anywhere. You can at least do your part to not be a part of this unjust sentence" | |
| 35 | 3/9/2018 | Email | Noor Al Bahiya | Naser emails " You fear the FBI more then you fear Allah. What were you doing outside the house when i got arressted anyway? You don't live thier right? You had no access to the house? you had no property in the house? What were you doing coming to the house after droping off the kids at school? NOTHING? You filed a PPO that started this whole thing. and in the End you could not even come and fix it. This would of never happend if i wasn't on parole. You knew that because i explaind it too you clearly. I EXPALIND EVERYTHING TO YOU. every way they could try to violate me. you remember the reason why i didn't even stay in your room? because they have the wright to search where i stay. and i didn't want them searching your stuff. Now all of a sudden after 22 moths on parole you don't have legs to stand on. Please spare me your incompetence. Your room, Your property, whether your thier or not dosn't change the fact. I'm soo sick of you thinking of you seriously makes me sick | |
| 36 | 9/5/2019 | Email | Noor Al Bahiya | Naser emails in part "Did your father not know that you divorced me 2 years ago, after you helped the FBI solidify their case against me by way of withholding your testimony in which you guaranteed my demise" | |
| 37 | 9/5/2019 | Email | Noor Al Bahiya | Noor emails in part "Now as for my testimony.  you wanted me to lie and say that the BB gun was mine. you wanted to get out of trouble at the sake of getting me in trouble. There I apologize but I didnt help them against you. nor did I help you against them" | |
| 38 | 9/5/2019 | Email | Noor Al Bahiya | Naser says in part "Also about your testimony I know that you sound (maybe in the least to your self) good when you say I asked you to "lie" but aren't you lying now since we made an agreement long before the events even took place? and another Lie is the fabricated story of how you would of gotten in trouble for having a BB gun (Toy) in your possession. when in fact you were threatened by the FBI to withhold your testimony or els they would "charge" you with welfare fraud! and you gave them what they wanted to save your owne skin because you infact did lie in order to get welfare!. Not to mention the undeniable Fact that you were my wife at the time and I had more right to your support then anyone Els. And had you did what we agreed upon before hand then I think you would of found that your relationship with me would of ben much stronger and my support for you would of prevented any harm from reaching you. It was a once in a life time event. a make or break moment. and the last thing is your words and actions regarding how " To you I wasn't your husband for the last two years" another excuse to justify your transgressions. yet here you are attempting to sit on the high stool. So please save the storys for your girlfriends who will agree and listen and talk shit after you leave. And don't forget the PPO that brought them all to the house from the First place. while you watched them from your car on that morning. and the countless times I had to lie in order to cover the police contact forced upon me by you. which I was violated for later on. So don't try and sell me your act. I have already accepted that your a weak minded person." | |

| | | | | | |
|---|---|---|---|---|---|
| 39 | 8/6/2020 | Email | Noor Al Bahiya | Noor emails Naser "YOU!!!!! Put your OWN fucking kids in a house in Detroit with your crazy fucked up brother that caused more problems than me and than put the blame on me because I'm a "bad women". fuck you Naser.  you wanna c a bad women I fucking got you. I went back to work 2 weeks after I gave birth so I can change the fucking home u put us in. and rather than saying dont work. i have a home. well live in it and be pt. your ass didn't give a fuck. you were out with some bitch downtown. Fuck You Naser. and Fuck peace. don't ever mistaken the help that my family is giving me for the bullshit that I'm going through because of you. you lost your money,  shit who are you fooling. you have more money than I do. you lost your family,  your ass did that to your self. go, go tell anyone the shit that you pulled when u made me move into that house in Detroit than asked me to take the fault for your bb gun." | |
| 40 | 9/26/2023 | Call | Noor Al Bahiya | Naser told Noor it was her bedroom and she was living there.  Noor said Naser asked her to lie for him because of the shit he did. | Clip starts at 13:21 |
| 41 | 1/24/2024 | Call | Noor Al Bahiya | Naser tried to get Noor to say she wouldn't testify because that would help him.  She said she didn't want to testify because he was an evil person and she didn't want to be involved with him. | Clip from 9:12-14:42 |
| 42 | 1/27/2024 | Call | Fady Naser | Talked about how Noor refused to testify to help Naser in his case even though she could provide exculpatory evidence. | Clip from 9:09-11:31 |