**UNITED STATES DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF INVESTIGATION**



Detroit Field Office

File Number: ██████████

Requesting Official(s) and Office(s): ████

Date Completed: 3/28/2025

Names and Office of Transcriptionist: ████████████ / Detroit Field Office

Source File Information:

93440750K Audio

Partial Verbatim ██████████

<u>Participants:</u>

Aws Mohammed Naser – AN

Noor Al-Bahiya – NB

**Transcription:**

[00:00]

AN: Keep acting like a little girl. Keep acting like that. Go ahead. Act like a little girl. Freaking teenager. Thirty years old, acting like a little girl. Huh, that's what you want to do? Huh? What do you want? Huh? Stepping over here with your shoes and stuff. Made my carpet dirty.

NB: Not your carpet.

AN: Whose carpet is it?

NB: Mine.

AN: Are you gonna come take it?

NB: I should.

AN: Huh?!

NB: I should.

AN: You should huh?

NB: Mm-hmm.

AN: Why did you leave? Why didn't you wait for me? Huh? Cause you just washed your clothes and left huh? That's what you do? Just use my stuff? Huh?! Is that what you do? Did you see the outside? Hello? Did you see the outside? Hello? You hear me?

NB: I'm gonna go move my stuff tomorrow to my parents' house, okay?

AN: What stuff?

NB: The stuff I have here in the house, or at this house.

AN: What house?

NB: This house.

AN: But why?

NB: Because, I don't want to do this with you anymore.

AN: Do what?

NB: You don't make me feel good anymore, at all. You just make me feel worse and worse.

AN: [Sighs]. Am I the one who's making you feel like that-

NB: Yeah, you are.

AN: -or are you the one who's making you feel like that?

NB: You are the one who's making me feel like that.

AN: So, I'm the cause.

NB: And you always- and you always- you always wanna blame it on me.

AN:       [Unintelligible].

NB:       You always wanna say it's my fault.

AN:       Cause I'm using you right?

NB:       Yeah.

AN:       [Unintelligible crosstalk].

NB:       [Unintelligible] I mean- this is just words I'm repeating. These are just words that I'm repeating.

AN:       Right, right, right. I understand, I understand.

NB:       You-

AN:       But what is-

NB:       -misleaded me.

AN:       Huh?

NB:       You used me.

AN:       I used you-

NB:       You did all that. Just to get-

AN:       Huh?

NB:       -what you wanted, okay.

AN:       What is- what- what did I want?

NB:       Mm-hmm. You got the house. You got the gold-

AN:       Wait, what do you mean, the house? What- no- where did I get from you?

NB:       You- you got- you got my life. You took eight years of my damn life. That's what you took.

AN:       Eight years? That's a long time.

NB:       Yeah it's a fucking long time.

AN:     So why did you do that, for eight years? Didn't you worry about your invested eight years? Didn't you think about the invested eight years you invested, or you didn't think about that?

NB:     [Sigh]. Yeah, you're right. I invested on you.

AN:     [Unintelligible] you're gonna think-

NB:     I hate you.

AN:     -about that or…?

NB:     I really hate you, with everything.

AN:     Hm, okay.

NB:     I can't wait till my life gets better.

AN:     Till your what? You can't wait till your life gets better? That what you said? Huh?

NB:     Mm-hmm.

AN:     Mm, are you gonna take revenge on me?

NB:     No. I don't even want revenge. I just wanna be free from your evil.

AN:     Hm, subhan Allah.

NB:     Yep.

AN:     So, you feel like-

NB:     You're an evil man.

AN:     -I'm holding you?

NB:     You are an evil man.

AN:     [Sighing]. I'm an evil guy. Okay.

NB:     You are.

[02:56]

[03:56]

[Noor crying on and off throughout]

NB:     Listen you jerk. Listen you evil person, that all you talk about "Oh, so I'm supposed to have one pair of jeans." Look at- look at the way you think, you manipulator. Alright.

AN:     I'm manipulating-

NB:     I bought you-

AN:     -you because

NB:     I bought you-

AN:     [Unintelligible]

NB:     I- yeah you- you- I- you wanted clothes. You wanted food. You wanted someone to be there for you. That's what you wanted, and I gave you all that [Unintelligible].

AN:     Ok, ok-

NB:     Mm-hmm. And you cannot appreciate it just, wallah. Wallah, you're gonna see cause I swear to God if you did any wrong to me. If you [Unintelligible] limits me [Unintelligible] in any way, I hope God gives you back ten times worse. I really hope so.

AN:     You know what's really funny Noor?

NB:     Shut up. You don't have any right to say "what's funny" or nothing. [Crying].

AN:     Well let me tell you something.

NB:     I hope you die. [Sniffle].

AN:     Alright, um, so listen, look-

NB:     Shut up.

AN:     All this time-

NB:     Shut up

AN:     -that you've been living here, with me. [Unintelligible]-

NB:     Uh-huh, you've been cheating on me. I know.

AN:     And you- and you talk about "Oh it's not about money. It's not about money." This whole time you've been living here in this house, you know what I felt like?

NB:     What?

AN:     It was all about money with you.

NB:     You-

AN:     Everything.

NB:     You were always about money.

AN:     Everything. Money, money-

NB:     You were always about money.

AN:     -money, money, money, money-

NB:     Shut up. All I wanted a house. All I wanted was to be comfortable.

AN:     Really?

NB:     Okay, you always wanted-

AN:     All you wanted was to be comfortable? When you're always [Unintelligible]-

NB:     -"Oh, oh, we're gonna fix the house with this. Oh, we're gonna fix the house with that." I was like "Okay, but we're not, we don't have anything right now." "Oh yeah, we're gonna save this much by this time. Oh, you're gonna work, you're gonna do this, alright." I'm tired of [Unintelligible] or you found a freaking hack-

AN:     [Unintelligible].

NB:     -cheating on me with some girl.

AN:     [Laughter].

NB:     Okay, yeah exactly. You might think it's funny, but I still have the messages you sent her, okay.

AN:     Listen-

NB:     So don't- listen-

AN:        Listen-

NB:        -listen, I don't care.

[05:50]

[09:35]

[Noor crying on and off throughout]

AN:        I'm in control of my life. I'm in control of my belongings.

NB:        [Sniffle] You're right-

AN:        And look at you now-

NB:        -you're in control-

AN:        -you're miserable.

NB:        of your kids' miser- cause you put me out-

AN:        [Unintelligible].

NB:        -of my house.

AN:        You're miserable now.

NB:        [Unintelligible].

AN:        Because you went against me.

NB:        No you [Unintelligible]

AN:        And you're getting what you deserve.

NB:        No, I came back to you.

AN:        No you didn't.

NB:        [Unintelligible]-

AN:        I decei- I deceived you, that's why. Idiot. Yeah [Unintelligible] after what you did.

NB:        You piece of shit! I was scared of you.

AN: You know exactly-

NB: You piece of shit.

AN: -why you did what you did.

NB: [Unintelligible].

AN: You did a freaking uh- that P-P-O again-

NB: I fucking hate you.

AN: -[Unintelligible] kicked me out of my own house. You kicked me out of my own house.

NB: [Unintelligible].

AN: You wouldn't let me see my kids. You won't let my kids see their grandparents. [Unintelligible] evil [Unintelligible]-

NB: I don't let their kids see their grandparents?

AN: Yeah.

NB: What the hell are you talking about?

AN: Yeah, yeah.

NB: Yeah, what are even you talking about?

AN: Uh-huh.

NB: What are you fucking talking about?

AN: [Unintelligible]-

NB: [Arabic].

AN: Yeah cause I- I read the letter you wrote-

NB: [Arabic]-

AN: Guess what? I read the letter you wrote.

NB: [Arabic]?

AN:     Yeah [Unintelligible].

NB:     [Arabic]? What letter? [Unintelligible] P-P-O, you piece of shit.

AN:     "[Unintelligible]. He's beating me up. [Unintelligible] pictures. I'm gonna show the world. He wants to take my kids to Iraq." Yeaaaah.

NB:     So, this is what you do.

AN:     Guess what? I-

NB:     This is what you do.

AN:     So, guess what? I accepted the fact-

NB:     [Unintelligible] with me. You never accepted the fact.

AN:     So, guess what?

NB:     You hit me.

AN:     Guess what?

NB:     Okay-

AN:     I accepted-

NB:     -you fucking threatened me. You attempted-

AN:     So, guess what?

NB:     -to fucking kill me. On top of all that- on top-

AN:     So, guess what?

NB:     -of all that [Arabic]. Okay [Arabic].

AN:     Mm-hmm.

NB:     You used to force yourself inside me, even when I didn't want to, alright.

AN:     Ooh, so now I'm a rapist [Unintelligible].

NB:     [Unintelligible]-

AN:     [Unintelligible].

NB:     [Unintelligible]-

AN:     [Unintelligible]-

NB:     [Unintelligible]. I chose to-

AN:     So wait, so what'd you say?

NB:     -stay with you.

AN:     I'm a rapist. I'm a rapist.

NB:     I chose to- Aws- Aws-

AN:     No, no, no, wait go back to that [Unintelligible].

NB:     Whether I freaking dry or whether I was freaking wet-

AN:     [Unintelligible].

NB:     -you always came to me-

AN:     Uh-huh, [Unintelligible]-

NB:     -and you did something. Even when I- you know- you know [Unintelligible]-

AN:     Uh-huh.

NB:     -and I fought you so-

AN:     Just say what- say it.

NB:     -many times.

AN:     Just say it. What is it? What is that called? That you're describing, what is it called?

NB:     [Sighs]. What is it called?

AN:     [Unintelligible].

NB:     What do you want to call it?

AN:     [Unintelligible].

NB:      What do you wanna call it?

AN:      [Unintelligible]. What do you want to call it?

NB:      I call it you not listening to me.

AN:      [Laughter].

NB:      [Unintelligible] asshole. I hate you.

AN:      Ahhhh maaan.

NB:      "Ahhhh maaan." Fuck you. [Crying].

AN:      I'm glad, I'm glad, I'm glad, I'm glad I did what I did.

NB:      I'm glad, I'm so glad you did what you di-

AN:      You helped me make that decision Noor.

NB:      Shut up. "I helped you make that decision"-

AN:      You did.

NB:      -okay. They [Unintelligible]- Aws- listen-

AN:      Don't-

NB:      [Unintelligible]-

AN:      -there's nothing you can- listen-

NB:      You did it. Listen, I don't give a damn.

AN:      There's nothing-

NB:      I don't give a fuck.

AN:      -you can say to me-

NB:      I don't give a fuck.

AN:      -that's gonna make me-

NB:      I don't give a fuck.

AN:           -that's gonna make me have compassion towards you. Nothing.

[12:29]