# UNITED STATES DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION



Detroit Field Office

File Number:       █████████

Requesting Official(s) and Office(s):  ████

Date Completed:      3/31/2025

Names and Office of Transcriptionist:  ████████████ Detroit Field Office

Source File Information:

93452087K Audio

Partial Verbatim Transcription

<u>Participants:</u>

Aws Mohammed Naser – AN

Noor Al-Bahiya – NB

**Transcription:**

[08:29]

AN:  Hey listen, I wanna go to sleep, ok?

NB:  Why?

AN:  Because I have work tomorrow.

NB:  But why?

AN:  That's where I make a lot of money.

NB:  Okay and…

AN:  Yeah, so you kinda like, you know, have to be sleeping now, so I can be rested.

NB:     Yeah, you'll be okay though, cause you know you don't have to make it to work till ten. And I like the [Unintelligible] at six anyways, not that I go to sleep, you know, because you know your son? The guy that like, you put inside me?

AN:     Uh-huh.

NB:     And beat the crap out of me the same day, or the second day you found out-

AN:     Oh, did I?

NB:     -that I was pregnant? Yeah remember?

AN:     Oh, I don't remember.

NB:     Yeah, you don't remember Aws, alright. And remember how you like wanted to drag me to that room and kill me? Remember?

AN:     No, I don't remember that.

NB:     Okay well you know, and then on top of all that- on top of everything-

AN:     Mm-hm.

NB:     -I chose to stay, okay. And you know you did that on purpose. That part that you chose- like you know, when you supposedly wanted- supposedly wanted to kill me [Unintelligible].

AN:     Did that- I did that on purpose?

NB:     Yeah, you did that on purpose. Like you wanted like- [Sighs].

AN:     What did I want?

NB:     You wanted-

AN:     What did I want? What did I want?

NB:     [Unintelligible]-

AN:     Huh?

NB:     You wanted to do that. You wanted to hurt me Aws, because you knew- you know…

AN:     What did I know?

NB:      I mean [Unintelligible] freaking report you. I didn't report about any of that stuff.

AN:      Oh okay. That's good.

NB:      I stayed with you, you know.

AN:      Yeah.

NB:      Because I wanted you- I wanted you to treat me like I was really your wife. Like damn-

AN:      Okay.

NB:      -like you never- I don't think you've ever really treated me like that. Maybe you liked me like one point in your life when we first met, but maybe after we first met you realized like "Damn, I really don't like her." You know what I mean?

AN:      Okay.

NB:      Yeah maybe you [Unintelligible].

AN:      [Unintelligible].

NB:      And maybe you were just [Unintelligible]-

AN:      I don't know what you mean.

NB:      I don't know. I just don't know what I'm supposed to do. Like why would you just walk away?

[Child in the background]

NB:      [Laughter]. Our baby's sleep talking.

AN:      [Yawns]. [Unintelligible].

NB:      You don't even sleep in the same house as your children. You know what Taha told me?

AN:      Hmm?

NB:      Taha told me, so Osama's my dad now.

AN:      Mm-hmm.

NB:     Mm-hmm. I'm like "Oh, okay." "Is he your dad?" He's like "Yeah, cause he lives with us now." I'm like "Ohhh, Yeah, sure thing."

[Baby Noise].

NB:     Right?

AN:     Oh, that's what you told him.

NB:     He's constantly [Arabic]. Osama's playing with him. Osama's the one who's teaching him stuff.

AN:     Good.

NB:     [Arabic] yeah.

AN:     [Unintelligible].

NB:     [Unintelligible] why should he- why should he have a dad, you know.

AN:     He has a substitute.

NB:     Yeah. He's got a really good substitute InshaAllah.

AN:     Good.

NB:     Yeah. They really getting along, I'm glad.

AN:     See, there you go.

NB:     You know when me-

[11:35]

[16:00]

NB:     You know you're really good at that. You really are. Deceiving me.

AN:     [Unintelligible].

NB:     You really are. I fall for it, every time.

AN:     Hmm, really?

NB:     Every single time. Because we [Unintelligible]. We had sex [Unintelligible]. [Unintelligible] deceiving, huh?

AN:       [Unintelligible].

NB:       All the way to the very end, huh?

AN:       No.

NB:       Alhamdulillah.

AN:       [Unintelligible].

NB:       At least now I know what it looks like.

AN:       Eh whatever. Think what you want.

NB:       [Unintelligible].

AN:       I don't care.

NB:       [Unintelligible]. I'm glad the house is in your name Aws. I really am.

AN:       Why you keep talking about the house?

NB:       Because you [Unintelligible] came back for me in order to deceive me, just because you wanted the house, and here I am.

AN:       Wait, the house-

NB:       You see, you came back-

AN:       -[Unintelligible].

NB:       -you came back-

AN:       Wait-

NB:       -[Unintelligible].

AN:       -whose house is this?

NB:       It's your house.

AN:       Why didn't you just-

NB:       But the reason-

AN:     -give it back when I asked you then?

NB:     -because the reason-

AN:     Cause what?

NB:     -you came back-

AN:     Wait, but why didn't you just give it back when [Unintelligible]-

NB:     What?

AN:     -[Unintelligible]? It's mine, right?

NB:     Yeah, it's your house.

AN:     So why didn't give it back when I told you to give it back?

NB:     When you were asking for me to give it back?

AN:     Why didn't you just give it back in the first place?

NB:     Didn't I give it to you?

AN:     [Laughter].

NB:     Or you deceived me to give it to you.

AN:     Wait- did I- did I-

NB:     Because the way I see it-

AN:     -did you give me something that belongs to me or belongs to you?

NB:     Well technically, first of all, you never gave me back my gold. So, it's still mine.

AN:     Okay.

NB:     And what the deal was, was that I sell it, and then I take my ten ounces of gold.

AN:     Oh.

NB:     Okay.

AN:     So that's the plan then?

NB:        But that's okay. It doesn't- it doesn't matter. You wanted it-

AN:        So that's the plan?

NB:        Aws instead of [Arabic] you bought a car for [Unintelligible]- you know what? It's okay. It- it doesn't- it doesn't mean I'm mad at- because the thing is…when you came back, that's what you came back for. [Arabic]-

AN:        [Unintelligible].

NB:        -you know.

AN:        Really good now, we're better than before-

NB:        [Sighs]. I hate you. Like, I don't know what to do, like-

AN:        Okay, if you rate our relationship before and after, were we better before or after?

NB:        Before you went to jail, or after you went to jail?

AN:        No, no, no, no, no. Before this happened. [Sighs].

NB:        Before what happened?

AN:        [Unintelligible]?

NB:        Before what happened? Give me [Arabic].

AN:        Rate our relationship before you put the P-P-O on me, and after you put the P-P-O on me.

NB:        [Laugh].

AN:        Which relationship is better?

NB:        It was the exact same. You did not treat me any differently, and you had this test here, okay. Before I put the P-P-O on you-

AN:        [Unintelligible].

NB:        -[Arabic]. [Arabic]. You started threatening me that you were gonna take-

AN:        Listen Noor, I don't-

NB:        - the kids and go to Iraq.

AN:            -listen-

[18:40]