UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AWS MOHAMMED NASER,

       Defendant.

_____/

CR. NO.  22-20504

HON. JONATHAN J.C. GREY

## **Exhibit List**

Exhibit A – Military Medical Records (SEALED)
Exhibit B – P4P Report
Exhibit C – Mubin Shaikh CV
Exhibit D – BOP Regional Counsel Memo
Exhibit E – O'Donnell Interview Regarding TFO Wright
Exhibit F – Family Support Letters