# EXHIBIT B



**Bench Memorandum**

**Parents for Peace Assessment – Aws Naser**

**1. Parents for Peace (P4P) is a 501(c)(3) organization specializing in disengagement and deradicalization from violent extremist ideologies, partially supported by the Department of Homeland Security, Targeted Violence and Terrorism Prevention (TVTP) grant. P4P has worked directly with Aws Naser while he has been in custody.**

**2. Mr. Naser's case involves adult ideological and legal circumstances. P4P initiated services while he was in custody to assess his current ideological posture, level of radicalization, and potential threat to public safety.**

**3. Since intake and first direct session, P4P has conducted multiple structured engagements with Mr. Naser, totaling 6 hours.  Sessions focused on rapport-building, ideological assessment, structured dialogue, and evaluation of grievance framing.**

**4. P4P assesses that Mr. Naser currently presents as relatively moderate in his religious and political views, explicitly rejecting extremism and terrorism. He has demonstrated insight into the reputational and theological harm caused by violence committed in the name of religion and does not articulate ideological justification for violence against the government or the public.**

**5. From a risk perspective, Mr. Naser does not presently exhibit indicators of ideological mobilization, grievance-fueled radicalization, or violent intent. He remains responsive to structured dialogue and demonstrates social cognition and reflective capacity consistent with low ideological risk.**

Recommendation:
**Parents for Peace respectfully recommends that Mr. Naser continue structured engagement with P4P programming as a condition of probation or supervised release, alongside any monitoring measures the Court finds suitable. Continued structured intervention is assessed as supportive of public safety and long-term stability.**

**Overview of Parents for Peace**

www.parents4peace.org *501(c)(3)/EIN#: 47-██████



Introduction and Organizational Expertise

Parents for Peace (PFP) is a registered 501(c)(3) nonprofit organization that empowers families to counter extremism and build a more resilient, inclusive society. Our mission is rooted in prevention, education, and intervention. Through our confidential national helpline, families and individuals can access free, compassionate, and professional guidance when concerned about a loved one showing signs of radicalization or attraction to violent extremist movements.

Our multidisciplinary intervention teams are composed of professionals with training and experience in psychology, social work, religious studies, behavioral threat assessment and management (BTAM), and peer support. Each team member brings a specialized skillset that contributes to a holistic approach. Some have lived experience in disengagement and reintegration, while others provide clinical or academic expertise in trauma-informed care, moral development, and group behavior dynamics. All team members operate within a structured ethical framework and are covered by liability insurance to ensure professional accountability.

Parents for Peace is partially funded by the U.S. Department of Homeland Security's Targeted Violence and Terrorism Prevention (TVTP) grant program. This grant supports our efforts to intervene in cases of radicalization before violence occurs and to strengthen families as protective factors against extremist recruitment. We are frequently engaged by law enforcement and the Courts for assistance.

**Understanding Disengagement and Deradicalization**

Disengagement and deradicalization are related but distinct stages within the process of rehabilitation from extremism.

Disengagement involves ceasing participation in extremist activity, networks, or rhetoric. It focuses primarily on behavioral change and helping individuals separate from groups, online spaces, or social influences that reinforce extremism.

Deradicalization, on the other hand, targets cognitive and emotional transformation. It helps individuals critically evaluate extremist ideologies, resolve moral conflicts, and reconstruct their belief systems in a healthier, prosocial direction.

At Parents for Peace, we recognize that extremism is rarely the result of ideology alone. It is often a symptom of deeper unmet needs, emotional distress, identity conflict, perceived injustice, or social isolation. Many individuals who adopt rigid ideological positions are

www.parents4peace.org *501(c)(3)/EIN#: 47-▪▪▪▪▪▪



searching for belonging, meaning, or empowerment. Our work addresses these underlying vulnerabilities by meeting people where they are and guiding them toward self-awareness, accountability, and constructive identity formation.

**The P4P Model as Applied to Mr. Naser**

Assessment and Stabilization

This phase includes gathering information from the individual and relevant partners, identifying risk factors and protective elements, and prioritizing emotional safety. In Mr. Naser's case, early sessions focused on listening carefully to his narrative framing, including perceived grievances, without immediate confrontation, in order to assess rigidity, hostility, and mobilization risk. In preparation for this assessment, the PSR and Rule 19 Briefing was reviewed after having being shared by counsel.

Engagement and Relationship Building

Extremist worldviews often thrive in environments of mistrust and alienation. Our approach emphasizes respect, empathy, and curiosity. Mr. Naser engaged openly and meaningfully, even when aware of my professional background in undercover counterterrorism operations, which is an area that frequently triggers defensiveness among highly radicalized individuals. His openness suggested cognitive flexibility rather than entrenched ideological hostility.

Transformation and Reintegration

Once trust is established, structured dialogue introduces broader historical context, moral reasoning, and perspective-taking. With Mr. Naser, discussions included Islamic history, civilizational perspective, and the importance of not becoming emotionally over-activated by contemporary events. He articulated that violence committed in the name of religion is sinful and damaging to Islam itself. Such statements are inconsistent with ideological endorsement of extremism.

Disengagement involves helping individuals' distance themselves from grievance amplification and absolutist thinking. In custody, Mr. Naser reports focusing on self-improvement and advising other Muslim inmates to pursue constructive paths. He describes working on himself before attempting to help others, an orientation toward self-regulation rather than ideological agitation.

Deradicalization requires dismantling rigid moral binaries and fostering empathy, nuance, and coexistence. Mr. Naser's current views are cogent, intellectually defensible, and

www.parents4peace.org *501(c)(3)/EIN#: 47-███



explicitly non-violent. While he retains legal grievances, he identifies lawful civil processes, not retaliatory violent action, as the appropriate avenue for redress.

**Techniques and Intervention Tools**

The P4P model is grounded in evidence-based methodologies and trauma-informed practice. Our techniques combine principles from psychology, counseling, psychoeducation, public health, and community engagement.

1. Rapport Building

Trust is foundational. Mr. Naser engaged fully in conversation, demonstrating openness rather than guarded hostility, which is usually manifested by short, vague answers.

2. Motivational Interviewing (MI)

Through reflective dialogue, individuals are encouraged to articulate their own values and resolve ambivalence. Mr. Naser consistently framed violence as morally wrong and religiously impermissible.

3. Cultural and Religious Literacy

Extremist narratives often distort religious doctrine. Structured discussions emphasized historical and theological nuance. Mr. Naser responded with moderate interpretations emphasizing responsibility and restraint.

4. Trauma-Informed Practice

Loss of family connection, divorce, and separation from children represent destabilizing stressors. Sessions prioritized emotional regulation and perspective rather than grievance escalation.

5. Social Cognition Assessment

Discussions about prison dynamics, interpersonal boundaries, and inmate typologies demonstrated intact empathy and situational awareness. This level of social cognition is inconsistent with rigid extremist pathology.

6. Deception Detection and Behavioral Assessment

Structured conversational techniques were used to assess credibility, internal consistency, and ideological rigidity. The credibility assessment was done using professional training for investigators administered by Bruce Pitt-Payne. It also draws from DHS' Threat Evaluation



and Reporting, which falls under Behavioral Threat Assessment and Management principles. No indicators of deception or covert ideological mobilization were detected.

**Ethical Framework and Professional Standards**

Parents for Peace operates under a robust ethical framework emphasizing confidentiality, professionalism, and evidence-informed care. All interventionists adhere to organizational guidelines designed to protect client privacy and maintain safety. Regular supervision and consultation ensure alignment with best practices.

The P4P model aligns with national standards in Behavioral Threat Assessment and Management (BTAM) and complements judicial processes by focusing on rehabilitation and risk reduction. When appropriate, progress updates are provided to judicial partners to document behavioral and ideological shifts.

Our goal is not simply to disengage individuals from harmful rhetoric but to guide them toward sustainable, prosocial lives grounded in accountability, lawful process, and constructive purpose.

Parents for Peace believes that with structured support, empathy, and accountability, transformation is possible. Based on direct engagement with Mr. Aws Naser, he does not presently exhibit ideological justification for violence and demonstrates openness to lawful, constructive reintegration pathways.

**Formal Assessment and Opinion**

I, Mubin Shaikh, serve as a Senior Interventionist with Parents for Peace. I am a former undercover operative with the Canadian Security Intelligence Service (CSIS) and later with the Royal Canadian Mounted Police – Integrated National Security Enforcement Team (RCMP-INSET). From 2012–2020, I was deeply involved as a contractor with various United States government entities in counter-ISIS efforts and am currently recognized as an external Subject Matter Expert on ISIS with the Joint Chiefs of Staff Strategic Multilayer Assessment (SMA) Team. I have worked on multiple high-profile terrorism cases referred by the Federal Bureau of Investigation and other agencies. I hold a Master of Policing, Intelligence and Counter Terrorism and maintain several professional credentials in intervention and counter-extremism practice.

This report concerns my professional engagement with Aws Naser.

*Scope and Purpose*



My primary concern in cases such as this is not adjudication of underlying charges, but rather assessment of ideological orientation, level of radicalization, and potential threat to public safety. The core question before me is whether the individual demonstrates ideological commitment to violence or grievance-based justification for harm against the government or the broader public.

I have met with Mr. Naser on multiple occasions while he has been in custody and have also communicated with counsel.

*Observations and Engagement*

From our first meeting, Mr. Naser was open, conversational, and fully engaged. He presented as articulate, thoughtful, and socially adept. He discussed his adjustment to custody, noting that he has spent time helping other inmates acclimatize to prison life. He described the significant personal toll of his arrest, including divorce and the inability to maintain involvement in his children's lives due to strained family dynamics. These developments have clearly been emotionally difficult for him.

Mr. Naser framed aspects of his legal situation as persecution connected to his religious identity and practice. During early sessions, I did not challenge this framing, as my objective was to listen carefully and assess cognitive rigidity, grievance intensity, and ideological posture. Over time, our discussions expanded into broader conversations about Islamic history, perspective-taking across historical eras, and the importance of not becoming emotionally over-activated by contemporary geopolitical events. This contextual framing is a common technique in deradicalization work to assess reactivity and narrative absolutism.

Our conversations also moved into constructive topics, including the idea of developing educational video game content that promotes civilizational literacy within an Islamic framework—demonstrating future-oriented thinking rather than grievance fixation. Mr. Naser consistently described himself as someone who communicates effectively and who others gravitate toward. In custody, he reports advising and supporting fellow Muslim inmates and emphasizes the importance of self-improvement before attempting to guide others.

Notably, he demonstrates nuanced awareness of interpersonal dynamics within prison culture. He spoke analytically about how different categories of inmates are treated, including those with mental health challenges or those socially ostracized. This suggests intact social cognition and the absence of the black-and-white ideological thinking often present in highly radicalized individuals.

www.parents4peace.org *501(c)(3)/EIN#: 47-4████



*Assessment of Radicalization and Threat*

As part of my professional practice, I employ both rapport-based engagement and structured techniques to detect ideological rigidity, grievance amplification, and deception indicators. I did not observe markers of operational radicalization, nor did I detect deception patterns during our sessions.

Importantly:

- Mr. Naser's current views are explicitly against extremism and terrorism.

- He articulated that acts of violence committed in the name of Islam are deeply sinful and highly damaging to the religion itself.

- He did not express ideological justification for violence against the government, the public, or any protected group.

- While he retains grievances related to his case, he understands these as civil/legal matters to be pursued through lawful processes rather than through retaliatory or extra-legal means.

In highly radicalized individuals, my own professional background in undercover counterterrorism operations often becomes a point of ideological contention or hostility. That was not the case here. Mr. Naser engaged respectfully and openly, which is inconsistent with hardened extremist positioning.

Based on my professional judgment, Mr. Naser presently does not show ideological justification for violence and is without indicators of mobilization risk. I deliberately did not discuss the underlying offence with him as I did not want to go into case-related matters but rather, discussed the larger context of his life while still able to discover his thoughts and beliefs. As well, legal counsel asked not to make any statements about the allegations.

*Constructive Potential*

In my experience working with individuals across the radicalization spectrum, those who possess communication skills, credibility within peer groups, and lived experience of legal consequences can often become powerful deterrents to others considering extremist pathways.



Mr. Naser has repeatedly emphasized that he had to "work on himself" before helping others and views his role in custody as one of constructive guidance. Should he continue on this trajectory, he would be capable of serving as a positive counter influence against extremist narratives within at-risk communities.

***Conclusion***

Notwithstanding the details surrounding his arrest, which firmly remain within the purview of the Court, I find that the current iteration of Mr. Aws Naser does not exhibit ideological radicalization that would justify concern regarding violence against the government or the public. To the contrary, he expresses clear rejection of terrorism and acknowledges its moral and theological wrongness.

In my professional assessment, he has internalized significant lessons from his period in custody and demonstrates openness to constructive engagement, lawful process, and moderate religious expression.

We respectfully ask that Mr. Naser continue structured work with P4P as part of any condition(s) the Court imposes and we resolve to assist the Court in ensuring compliance in all matters as required.

From a deradicalization and behavioural-risk standpoint, continued community-based intervention, not extended incarceration, is the most effective and appropriate path for Mr. Naser. He is well-positioned to succeed, and this case represents an opportunity for the Court to support public safety in his desire to prevent others from going the same path.

Mubin Shaikh MPICT, CPS

Interventionist, Parents4Peace