# EXHIBIT C

MR. MUBIN SHAIKH

**1. NATSEC CONSULTING INC.**, (2010 – Present)

- Internationally recognized specialist in national security, public safety, counter extremism/terrorism/deradicalization and related fields.
- Briefings to Command Staff of CENTCOM, SOCCENT, NATO, and other special operations forces and functions during Coalition anti-ISIS campaign (2012-2020).
- Pre deployment training and instruction at intelligence, military and police facilities, related to religion and culture of Middle East, Balkans, Asia, and Africa.
- Executive instruction overseas of senior military officers from multiple countries related to counter terrorism, border security, and risk and threat assessment.

**2. PEER EXIT INTERVENTIONIST, Parents4Peace.** (2015 – Present)

- Prevention and intervention in local/state/federal hate, extremism, and terrorism cases.
- Training for education institutions, frontline professionals and LE, and Behavioral Threat Assessment and Management.
- Public speaking and communications.

**3. INSTRUCTOR, uOttawa Professional Development Institute** (2022 – Present)

- National Security and Intelligence: Advanced Certificate with instruction related to Al Qaeda, ISIS, and other Islamist extremist groups.

**4. PROFESSOR, Seneca Polytechnic** (2020 – 2023)

- Instructor, Honours Bachelor of Crime and Intelligence Analysis (CIA), Advanced Investigations and Enforcement program, and guest lecturer to Emergency Management faculty at various institutions.

**5. COUNTER TERRORISM OPERATIONS AND PROSECUTIONS** (2004 – 2010)

- Generating human intelligence for the Canadian Security Intelligence Service (CSIS) on persons/groups as risks to Canadian national security, in covert capacity, related to security intelligence investigations.
- Generating evidence for the Royal Canadian Mounted Police (RCMP) - Integrated National Security Enforcement Team INSET (Toronto), in covert capacity, related to federal terrorism investigations and prosecutions.
- Establishing, maintaining, and defending (by Examination and Cross Examination) the accuracy, authenticity, and integrity of case related evidence, and doing so in a truthful and credible manner.

**Education/Training:**

Temerty Faculty of Medicine, University of Toronto
Concurrent Disorders Certificate
Apr 2024 - Mar 2025

University of Toronto School of Continuing Studies
Certificate, Project Management
Jan 2024 - Jul 2024

Public Information Officer - Basic
FEMA
Apr 2024

Ontario Government
EM (Emergency Management) 200
Mar 2024

Ontario Government
IMS (Incident Management System) 200
Feb 2024

Master Trainer Program - Threat Evaluation and Reporting Overview
U.S. Department of Homeland Security
Aug 2023

Certified Peer Supporter (Mental Health)
Peer Support Canada
Jul 2023

Ontario Government
IMS (Incident Management System) 100
Jul 2023

Standard First Aid - AED - Basic Life Support (BLS) *Current*
Canadian Red Cross
May 2023

TRAP 18 (Terrorist Radicalization Assessment Protocol-18)
Multi-Health Systems Inc.
Mar 2022

Master of Policing, Intelligence and Counter Terrorism
Macquarie University
2008 - 2010

Criminal Investigative Analysis
Toronto Police Service
Sep 2009

Criminal Intelligence Analysis
Toronto Police Service
Jul 2009

Firearms License: Restricted and Non-Restricted *Current*
Royal Canadian Mounted Police
Sep 2005

University of Windsor
Faculty of Law: Alternative Dispute Resolution – Advanced
Jul 2004 - Jul 2004

University of Windsor
Faculty of Law: Alternative Dispute Resolution – Basic
May 2004 - May 2004

University of Waterloo
Religious Studies with Minor in Social Work
2002 - 2004
*Transferred to MPICT