# EXHIBIT E

FD-302 (Rev. 5-8-10)



No Label Text 1

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      03/07/2024

FBI Special Agent Jeffrey O'Donnell was interviewed telephonically.  After being advised of the identity of the interviewing Agent and the Assistant United States Attorney, Saima Mohsin, and the nature of the interview, O'Donnell provided the following information:

O'Donnell gave Charles Wright, an established MDOC TFO on the JTTF, a brief overview of the Aws Naser case prior to the 05/19/2017 home visit conducted by MDOC as part of Naser's parole terms.  However, O'Donnell never directed Wright to do anything specific as it pertained to the Aws Naser investigation.  O'Donnell did not ask Wright to do anything that was outside of his normal parole duties.  He did not tell, or ask, Wright to take over parole supervision of Naser.  O'Donnell also never called MDOC to ask to have Wright take over supervision of Naser. O'Donnell thought that occurred internally at MDOC.

With regards to the 08/16/2017 MDOC home visit, O'Donnell gave Wright no prior direction or taskings.  O'Donnell never told Wright to seize Naser's LG cell phone "because we had absolutely no clue he had that phone".

O'Donnell noted that Naser was scheduled to conclude his parole on or about 10/31/2017.  As such, O'Donnell had a coordination meeting on 10/11/2017 to advise MDOC of all of Naser's known parole violations to date.  The FBI found out about the information from TFO Megan McAteer who had looked through LEIN reports for Naser.  For example, Naser failed to advise MDOC about police contact in Dearborn, MI as well as a Personal Protective Order that his wife had issued against Naser.

On 10/30/2017, the FBI conducted a search warrant of Naser's home. The warrant was based on derogatory information found in Naser's LG phone and was not based on the fact that Naser was coming off of parole on 10/31/2017.  Before the search, Wright and his MDOC partner spoke with Naser and asked if he wanted to talk to the FBI.  Naser agreed.  After the interview, MDOC took custody of Naser based on his numerous parole violations. After Naser departed the residence, the FBI executed the search warrant.

No Label Text 1

Investigation on   03/06/2024   at   Detroit, Michigan, United States (Phone)

File #   No Label Text 1                                                    Date drafted   03/07/2024

by   SA Karly J. Wood

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

NASER--00011240

FD-302a (Rev. 5-8-10)

No Label Text 1

No Label Text 1

No Label Text 1

Continuation of FD-302 of  Interview of SA Jeffrey O'Donnell  , On  03/06/2024  , Page  2 of 2



No Label Text 1