# EXHIBIT F

Dear Judge Jonathan J.C. Grey,

I am writing to you not only as a concerned family member of Aws Mohammed Naser, but as someone who knows his character deeply and firmly believes that he is not guilty of the crimes for which he has been convicted.

We respect the judicial process and understand the seriousness of the charges. However, our family is heartbroken and confused by the outcome, as it does not reflect the Aws we know—a kind, thoughtful, and at times troubled young man, but never someone capable of supporting violence or terrorism.

Throughout his life, Aws has faced many challenges and struggled with feeling disconnected from others. Yet even in his most difficult moments, he has never expressed the kind of hatred or intent to harm that these charges suggest. We worry that misunderstood interests, youthful naivety, or past mistakes have been used to paint a version of him that simply isn't true.

Most importantly, Aws is the father of three young children. They are growing up without their father, and it is taking a deep emotional toll on them. They ask about him constantly, waiting for the day they can simply be with him again—to laugh with him, learn from him, and feel his presence in their lives.

If released, Aws will live with his family and remain in close, daily contact with us. He will not be left unsupported. We will ensure he is surrounded by structure, community, and love—and that he complies with any and all conditions the court may require.

I respectfully ask the Court to consider reviewing the circumstances of his case and the broader context of who Aws is and how he has been portrayed. We do not see him as a radical or a threat—we see a misunderstood young man who has already endured years of separation, scrutiny, and misjudgment.

Please allow our family the opportunity to help guide him forward. We believe strongly in his innocence and hope you will take this into consideration.

Thank you for your time, your service, and your consideration.

With hope and respect,

Fady Naser

(On behalf of the Naser family)

Nahla Fuath
(MOTHER)

Dear Honorable Judge Grey,

My name is Fady Naser, and I am the brother of Aws Naser. I have known him my entire life, since I was a baby. We have grown up together, sharing a close family bond. I am currently employed at a hospital, where I work in imaging. Through both our upbringing and my personal experiences with him over the years, I have come to know his character very well. He has played an important role in my life not only as a brother but also as someone I have looked up to and relied on for support and guidance.

Aws is someone whose character is best understood through his actions. Growing up together, I have consistently seen him put others before himself, especially when it comes to family.

One moment that stands out to me is when we reunited with our extended family after spending a long time apart. Aws made the effort to bring bags of gifts for everyone, making sure no one was left out. What stood out to me most was not just the gifts themselves, but the thought and care he put into making each person feel remembered and valued. It showed how much he prioritizes maintaining strong family bonds and bringing joy to others.

Another example of his character is how he has always been there for me personally. There have been times when I needed guidance or support, and he made himself available, offering advice and encouragement. Whether it was helping me make important decisions or simply being someone I could talk to, he has always shown patience and understanding.

In addition, he has always treated others with respect and kindness. I have seen him go out of his way to help people, even when it was inconvenient for him. That level of consistency in how he treats others reflects the kind of person he is at his core.

From my perspective, he is someone who is responsible, caring, and deeply committed to his family. His actions over the years have shown that he values doing the right thing and being there for the people around him, and that is the person I know him to be.

I understand that Aws has been found guilty, and I respect the legal process. I am writing not to challenge that outcome, but to provide insight into his character and who he is beyond this situation.

Before this, Aws was actively working toward building a better future for himself. He was attending college and had clear goals of becoming successful through honest means. One of his ambitions was to open a car detailing business, with the intention of serving the community and building something of his own through hard work and dedication. This goal reflected his motivation to be productive, independent, and contribute positively to those around him.

Based on my knowledge of him, I truly believe that Aws has the ability to learn from this experience and continue on a better path. He is someone who cares deeply about his future and his family, and I believe he still has strong potential to be a positive and contributing member of society.

I respectfully ask that you take his character, his efforts to build a meaningful future, and his potential into consideration when determining his sentence. He has my full support, and I remain confident in his ability to move forward in a positive direction.

Sincerely,
Fady Naser