MIED (Rev. 04/09/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

Plaintiff(s),                                    Case No.  CR. NO. 22-20504

v.                                                        Jonathan J.C. Grey

AWS MOHAMMED NASER

Defendant(s).

_____/

## **NOTICE OF APPEAL**

Notice is hereby given that  AWS MOHAMMED NASER _____ appeals to

the United States Court of Appeals for the Sixth Circuit from the:     ☑ Judgment      ☐ Order

☐  Other: _____

entered in this action on  May 8, 2026 _____  .

Date:  May 11, 2026                                Amanda Bashi _____

Counsel is:  FDO

Amanda Bashi
Federal Community Defender Office
613 Abbott Street, Suite 500
Detroit, MI 48226

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $605.00 check payable to:  Clerk, U.S. District Court.